UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
|  | *Jointly Administered* |
| Debtors. |  |
|  | The Honorable Michael B. Kaplan |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints effective September 26, 2018, the below listed creditors to the Official Committee of Asbestos Claimants in the above captioned cases.

| | | |
|---|---|---|
| **Eugene F. Sromek** | **Robert Envall** | **Donald Kurtzer** |
| *Counsel*: | *Counsel:* | *Counsel:* |
| Constantine P. Venizelos, Esq. | Bryn Gallagher Letsch, Esq. | Kathy Byrne, Esq. |
| Kelley & Ferraro, LLP | Brayton Purcell, LLP | Cooney & Conway |
| Ernest & Young Tower | 222 Rush Landing Road | 120 N. LaSalle Street, 30th Fl. |
| 950 Main Avenue, Suite 1300 | Novato, CA 94948 | Chicago, IL 60602 |
| Cleveland, OH 44113 | Tel.: (415) 898-1555 | Tel.: (312) 236-6166 |
| Tel.: (216) 575-0777 | Fax: (415) 898-1247 | Fax: (312) 236-3029 |
| Fax: (216) 575-0799 | (*Co-Chairperson*) | (*Co-Chairperson*) |

---

[1] The Debtors in these jointly administered cases are: Duro Dyne National Corp., (18-27963 MBK); Duro Dyne Corporation, (18-27968 MBK); Duro Dyne Machinery Corp., (18-27969 MBK); Duro Dyne MidWest Corp., (18-27970 MBK); Duro Dyne West Corp., (18-27971 MBK).

Page 2
**Duro Dyne National Corp., et al.**
**Appointment Of Official Committee**
**Of Asbestos Claimants**

**Joseph Barna**
*Counsel:*
Joseph Belluck, Esq.
Belluck & Fox, LLP
546 Fifth Avenue, 4th Floor
New York, NY 10036
Tel.: (212) 681-1575
Fax: (212) 681-1574

**Wendell Betts**
*Counsel:*
Matthew Peterson, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel.: (618) 259-2222
Fax: (618) 259-2251

Counsel for Asbestos Claimants Committee

James P. Wehner, Esq.
Jeffrey A. Liesener, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
Tel.: (202) 862-5000
Fax: (202) 429-3301

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        Region 3

        By: */s/ Martha R. Hildebrandt*
            Martha R. Hildebrandt
            Assistant United States Trustee

            Jeffrey M. Sponder
            Trial Attorney

            Mitchell B. Hausman
            Trial Attorney

Date:   September 27, 2018