YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach, Esq. (New Jersey Bar No. 026982000)
Edwin J. Harron, Esq. (Delaware Bar No. 3396)
Sara Beth A.R. Kohut, Esq. (Delaware Bar No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com
        eharron@ycst.com
        skohut@ycst.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18 –27963 (MBK) |
| Debtors. | (Jointly Administered) |

### JOINDER OF LAWRENCE FITZPATRICK IN
### DEBTORS' REPLY IN SUPPORT OF MOTION TO APPOINT
### THE PROPOSED FUTURE CLAIMANTS' REPRESENTATIVE

Lawrence Fitzpatrick, the proposed legal representative for future claimants in these

cases, respectfully submits this joinder in the Debtors' Reply in Support of Motion to Appoint

the Proposed Future Claimants' Representative.  For the reasons set forth in the Debtors' Reply,

Mr. Fitzpatrick respectfully submits that the objections of the United States Trustee, Federal

Insurance Company, North River Insurance Company, and Hartford Accident and Indemnity

Company filed in response to the Debtors' Motion for an Order Appointing Lawrence Fitzpatrick

as Representative for Future Asbestos Claimants are meritless and should be rejected.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax
identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro
Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).  The
Debtors' corporate headquarters are located at 81 Spence St, Bay Shore, NY 11706.

Accordingly, the Court should overrule the objections and grant the Debtors' Motion for an

Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Claimants.

Dated: October 12, 2018

                                     */s/ Sean M. Beach*
                                    Sean M. Beach (NJ Bar No. 026982000)
                                    Edwin J. Harron (Delaware Bar No. 3396)
                                    Sara Beth A.R. Kohut, Esq. (Delaware Bar No. 4137)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253
                                    Email: sbeach@ycst.com
                                                eharron@ycst.com
                                                skohut@ycst.com