UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*

In re:

Duro Dyne National Corp., *et al.*,[1]

　　　　　　Debtors.

Chapter 11

Case No. 18-27963 (MBK)

**FILED**
JEANNE A. NAUGHTON, CLERK
**OCT 17 2018**
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## ORDER APPOINTING A
## LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY
## CLAIMANTS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

MICHAEL B. KAPLAN, USBJ

10/17/20(8

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
09/10/2018 51047479.1

Page:       2
Debtor:     Duro Dyne National Corp., et al.
Case No.:   18-27963 (MBK)
Caption:    Order Appointing a Legal Representative For Future Asbestos Personal Injury Claimants Effective as
            of the Petition Date

---

Upon consideration of the Debtors' Motion for Entry of an Order (the "Order")

Appointing a Legal Representative For Future Asbestos Personal Injury Claimants Effective as

of the Petition Date (the "Motion")[2], and upon the Certification of Lawrence Fitzpatrick in

Support of the Debtors' Motion for an Order Appointing a Legal Representative for Future

Asbestos Personal Injury Claimants Effective as of the Petition Date filed with the Motion; and

the Court being satisfied that Lawrence Fitzpatrick is a disinterested person and represents no

interest adverse to the Debtors' estates in the matters with respect to which the Legal

Representative is to be employed; and it appearing that the Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157(b) and 1334; and the Court having determined that granting the

relief requested in the Motion is in the best interests of the Debtors, their estates and creditors;

and consideration of the Motion and the relief requested therein being a core proceeding pursuant

to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion is sufficient under the

circumstances; and objections to the requested relief, if any, having been withdrawn or overruled

*an evidentiary hearing held on October 15, 2018,* (MBK)

on the merits; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

*For the reasons set forth on record by the Court on October 16, 2018* (MBK)

1.      ~~The Motion be, and hereby is, GRANTED.~~

2.      Lawrence Fitzpatrick is appointed as the Legal Representative For Future

Asbestos Personal Injury Claimants (the "Legal Representative") effective as of the Petition

Date.

3.      The Legal Representative is appointed subject to the following terms and

conditions:

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Page:      3
Debtor:    Duro Dyne National Corp., et al.
Case No.:  18-27963 (MBK)
Caption:   Order Appointing a Legal Representative For Future Asbestos Personal Injury Claimants Effective as
           of the Petition Date

---

(a)     Standing.  The Legal Representative shall have standing
        under section 1109(b) of the Bankruptcy Code to be heard
        as a party-in-interest in every matter relevant to the
        Debtors' case, including, but not limited to, participating in
        objections to claims; participating in claims estimation; and
        participating in the process of formulating and confirming a
        plan of reorganization, and shall have such powers and
        duties of a committee, as set forth in section 1103 of the
        Bankruptcy Code, as are appropriate for a Legal
        Representative.

(b)     Engagement of Professionals.  The Legal Representative
        may employ attorneys and other professionals consistent
        with sections 105(a), 327 and 1103 of the Bankruptcy
        Code, subject to prior approval of the Bankruptcy Court.

(c)     Compensation.  Compensation, including professional fees
        and reimbursement of expenses, shall be payable to the
        Legal Representative and his professionals from the
        Debtors' estate, subject to approval of the Bankruptcy
        Court, and in accordance with the terms, conditions, and
        procedures set forth in any administrative orders regarding
        the payment of professional fees entered by the Bankruptcy
        Court in this case from time to time.  Mr. Fitzpatrick agrees
        that he will be compensated at my current hourly rate of
        $520, subject to periodic adjustment. The Retainer, as set
        forth in the Pre-Petition Future Claimants' Representative
        Agreement, may remain as security for payment.

(d)     Liability and Indemnification of the Legal Representative.
        The Legal Representative shall not be liable for any
        damages, or have any obligations other than prescribed by
        orders of the Bankruptcy Court, provided, however, that the
        Legal Representative may be liable for damages caused by
        his willful misconduct or gross negligence.  The Legal
        Representative shall not be liable to any person as a result
        of any action or omission taken or made by the Legal
        Representative in good faith. The Company will indemnify
        and defend and hold harmless the Legal Representative and
        his partners, associates, principals and employees (the
        "Indemnified Parties"), to the fullest extent authorized by
        applicable law, from and against any losses, claims,
        damages, or liabilities (or actions in respect thereof) related

Page:       4
Debtor:     Duro Dyne National Corp., et al.
Case No.:   18-27963 (MBK)
Caption:    Order Appointing a Legal Representative For Future Asbestos Personal Injury Claimants Effective as
            of the Petition Date

to or resulting from any information provided to the
Indemnified Parties by the Company that is knowingly
inaccurate in any material respect at the time that it is
provided to the Indemnified Parties by the Company as a
result of misrepresentation, omission, or otherwise, unless
the applicable Indemnified Party actually knew of such
inaccuracy at the time of the misrepresentation, omission,
or other occurrence, or unless such losses, claims, damages,
or liabilities were caused by fraud or willful misconduct on
the part of one or more of the Indemnified Parties in
performing their obligations set forth under the terms and
conditions of this letter. The rights provided by this
paragraph shall not be exclusive of any other right that any
Indemnified Party may have or hereafter acquire under any
statute, provision of the Company's certificate of
incorporation, bylaw, agreement, vote of stockholders or
disinterested directors, or otherwise. In the event that full
indemnification is not available to the Indemnified Parties
as a matter of law, then, to the extent permitted by
applicable law, their aggregate liability shall be limited to
the total fees collected for the services rendered and, in any
event, shall be limited by a final adjudication of their
relative degree of fault and benefit received.

(e)  <u>Right to Receive Notices</u>. The Legal Representative and
his counsel shall be entitled to receive all notices and
pleadings that are served upon any statutory committee and
its counsel pursuant to applicable law or any and all orders
entered in this chapter 11 case.

7. The Bankruptcy Court shall retain jurisdiction to resolve all disputes related to this

Order and the Motion. The Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

8. To the extent that there may be any inconsistency between the terms of the Motion, the

Pre-Petition Future Claimants' Representative Agreement or this Order, the terms of this Order

shall govern.

Page:       5
Debtor:     Duro Dyne National Corp., et al.
Case No.:   18-27963 (MBK)
Caption:    Order Appointing a Legal Representative For Future Asbestos Personal Injury Claimants Effective as
            of the Petition Date

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted

pursuant to this Order in accordance with the Motion.