UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Duro Dyne National Corp.

Case No.:    18-27963

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER VACATING ORDER GRANTING APPLICATION TO EMPLOY CAPLIN & DRYSDALE, CHARTERED AS COUNSEL

The relief set forth on the following pages, numbered two (2) through    2    is hereby **ORDERED**.

**DATED: November 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

#252 Order Granting Application to Employ Caplin & Drysdale, Chartered as Counsel

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

#252 Order Granting Application to Employ Caplin & Drysdale, Chartered as Counsel

dated 11/7/2018 be and the same is hereby vacated.