| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* |

Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### ORDER AUTHORIZING THE REJECTION OF DEBTORS' NON-RESIDENTIAL REAL PROPERTY LEASE WITH CWCA FONTANA 73, LLC, L.P. *NUNC PRO TUNC* AND FIXING A REJECTION CLAIMS BAR DATE

The relief set forth on the following page numbered two (2) is hereby

**ORDERED.**

**DATED: November 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., et al.
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Debtors to Reject Non-Residential Real Property Lease

---

Upon consideration of the Debtors' motion (the "<u>Motion</u>") for entry of an order (the "<u>Order</u>") pursuant to 11 U.S.C. § 365(a) authorizing the rejection of a non-residential real property lease *nunc pro tunc*; and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. sections 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. section 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, its estate, and its creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby

**ORDERED** that:

1. The Debtors' non-residential real property lease with CWCA Fontana 73, LLC ("<u>Landlord</u>") for real property located at 43 Route 46 East, Pine Brook, New Jersey (the "<u>Lease</u>"), is hereby rejected effective as of October 3, 2018.

2. The date by which the Landlord must file a proof of claim on account of any prepetition claims, rejection damage claims, and any other claims with respect to the Lease is thirty (30) days from the entry of this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. The Debtors are hereby authorized and empowered to take such steps and to perform such acts as may be necessary to implement and effectuate the terms of this Order.

6. This Order is effective immediately upon entry.