UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Duro Dyne National Corp.

Case No.:   18-27963

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER VACATING ORDER GRANTING APPLICATION TO EMPLOY CAPLIN & DRYSDALE, CHARTERED AS COUNSEL

The relief set forth on the following pages, numbered two (2) through    2    is hereby **ORDERED**.

**DATED: November 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

#252 Order Granting Application to Employ Caplin & Drysdale, Chartered as Counsel
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

#252 Order Granting Application to Employ Caplin & Drysdale, Chartered as Counsel
_____

dated  11/7/2018_____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-27963-MBK
Duro Dyne National Corp.                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Nov 08, 2018
                               Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             +Duro Dyne National Corp.,   100 Horizon Center Boulevard,   Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          Christina  Salem    on behalf of Interested Party   The North River Insurance Company
           christina.salem@kennedyscmk.com
          Christina  Salem    on behalf of Interested Party   Hartford Accident and Indemnity Company
           christina.salem@kennedyscmk.com
          Daniel Wagner London, I   on behalf of Interested Party   MidStates Reinsurance Corporation
           dlondon@londonfischer.com
          Denise E. Carlon    on behalf of Loss Mitigation   Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeffrey A. Cooper    on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey D. Prol    on behalf of Debtor   Duro Dyne Machinery Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor   Duro Dyne National Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party   Duro Dyne Midwest jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party   Duro Dyne Machinery jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC
           jprol@lowenstein.com,  tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party   Duro Dyne West jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor   Duro Dyne West Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor   Duro Dyne MidWest Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz    on behalf of Creditor Committee   Official Committee of Asbestos Claimants
           john@fialcowitzlaw.com
          Jordan E. Jacobson    on behalf of Creditor   Pension Benefit Guaranty Corp
           jacobson.jordan@pbgc.gov,  efile@pbgc.gov
          Karl J. Norgaard    on behalf of Unknown Role Type   Undisclosed Interested Party
           knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Mark S. Lichtenstein    on behalf of Interested Party   Federal Insurance Company
           mlichtenstein@crowell.com,  mplevin@crowell.com;tyoon@crowell.com

District/off: 0312-3              User: admin                Page 2 of 2                Date Rcvd: Nov 08, 2018
                                 Form ID: pdf903            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
           mheimann@mccarter.com
          Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
          Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
           sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
           sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
           American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                                        TOTAL: 28