UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  mitchell.b.hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Chapter 11 |
| Duro Dyne National Corp.,[1] | Bankr. Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |
| | Honorable Michael B. Kaplan |
| Andrew R. Vara, United States Trustee for Region 3, | |
| Appellant, | Civil Action No. 3:18-cv-15563-MAS |
| v. | Honorable Michael A. Shipp |
| Duro Dyne National Corp., *et al.*, | |
| Appellees. | |

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellant Andrew R. Vara, the Acting United States Trustee for Region 3, by and through his undersigned counsel, hereby submits, pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure, his statement of issues to be presented on appeal and designation of items to be included in the record on appeal with respect to the Order Appointing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date (Docket No. 191), which was entered in the above-captioned case on October 17, 2018, by the United States Bankruptcy Court for the District of New Jersey:

## ISSUES TO BE PRESENTED ON APPEAL

1. Did the bankruptcy court err by appointing Lawrence Fitzpatrick as the future claims representative?

2. Did the bankruptcy court err by imposing limitations on the gathering and presentment of evidence relating to the disinterested person status of Mr. Fitzpatrick?

3. Did the bankruptcy court err in its ruling on evidentiary privileges that interfered with the objecting parties' ability to present a factual record relevant to the determination of Mr. Fitzpatrick's disinterestedness?

4. Did the bankruptcy court err by basing its decision to appoint Mr. Fitzpatrick on findings of fact that were not supported by the record?

# ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

**Duro Dyne National Corp., Bankr. D.N.J. Case No. 18-27963 (MBK)**

| Docket No. | Date | Description |
| --- | --- | --- |
| | | Case Docket for Bankr. D.N.J. Case No. 18-27963 (MBK) |
| 1 | 9/7/18 | Chapter 11 Voluntary Petition of Duro Dyne National Corp. and all supporting documents |
| 3 | 9/7/18 | Declaration of Randall S. Hinden in Support of Chapter 11 Petitions and First Day Pleadings |
| 4 | 9/7/18 | Motion for Joint Administration of 18-27963, 18-27968, 18-27970 & 18-27971 |
| 19 | 9/7/18 | Chapter 11 Plan, and all Exhibits |
| 20 | 9/7/18 | Disclosure Statement |
| 41 | 9/11/18 | Order Granting Motion for Joint Administration |
| 44 | 9/11/18 | Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date, and all Exhibits |
| 45 | 9/12/18 | Application to Shorten Time for Hearing on Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date |
| 46 | 9/12/18 | Order Granting Application to Shorten Time for Hearing on Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date |
| 82 | 9/21/18 | Schedules A, B, D, E, F, G, and H of Duro Dyne National Corp. and all supporting documents |
| 83 | 9/21/18 | Statement of Financial Affairs of Duro Dyne National Corp. |
| 84 | 9/21/18 | Schedules A, B, D, E, F, G, and H of Duro Dyne Corporation and all supporting documents |
| 85 | 9/21/18 | Statement of Financial Affairs of Duro Dyne Corporation |
| 86 | 9/21/18 | Schedules A, B, D, E, F, G, and H of Duro Dyne Machinery and all supporting documents |
| 87 | 9/21/18 | Statement of Financial Affairs of Duro Dyne Machinery |

| 88 | 9/21/18 | Schedules A, B, D, E, F, G, and H of Duro Dyne Midwest and all supporting documents |
|---|---|---|
| 89 | 9/21/18 | Statement of Financial Affairs of Duro Dyne Midwest |
| 90 | 9/21/18 | Schedules A, B, D, E, F, G, and H of Duro Dyne West and all supporting documents |
| 91 | 9/21/18 | Statement of Financial Affairs of Duro Dyne West |
| 94 | 9/26/18 | United States Trustee's Objection to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Claimants, and all Exhibits |
| 103 | 9/27/18 | Federal Insurance Company's (i) Objection to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date and (ii) Alternative Request to Adjourn the Hearing to Permit Federal to Take Discovery Relating to Debtors' Motion, and all Exhibits |
| 108 | 9/27/18 | The North River Insurance Company's Joinder to United States Trustee's Objection and Federal Insurance Company's (i) Objection to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date and (ii) Alternative Request to Adjourn the Hearing to Permit Federal to Take Discovery Relating to Debtors' Motion, and all Exhibits |
| 114 | 9/28/18 | Joinder of Hartford Accident and Indemnity Company in United States Trustee's Objection and Federal Insurance Company's (i) Objection to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date and (ii) Alternative Request to Adjourn the Hearing to Permit Federal to Take Discovery Relating to Debtors' Motion |
| 116 | 9/28/18 | Response of the Debtors to the Objections of the United States Trustee, Federal Insurance Company, North River Insurance Company, and Hartford Accident and Indemnity Company to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Claimants |
| 118 | 9/28/18 | The Official Committee of Asbestos Claimants' Response in Support of Debtors' Motion for an Order Appointing a Legal Representative for Future Personal Injury Claimants Effective as of the Petition Date |

| 120 | 9/28/18 | Joinder of Lawrence Fitzpatrick in Response of the Debtors to the Objections of the United States Trustee, Federal Insurance Company, North River Insurance Company, and Hartford Accident and Indemnity Company to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Claimants |
|---|---|---|
| 125 | 9/30/18 | Compendium of Unreported Authorities Cited in Response of the Debtors to the Objections of the United States Trustee, Federal Insurance Company, North River Insurance Company, and Hartford Accident and Indemnity Company to Debtors' Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Claimants, and all Attachments |
| 132 | 10/3/18 | Transcript of 10/1/18 Hearing on Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date |
| 138 | 10/4/18 | Joint Objection of Certain Insurers as Creditors and Parties in Interest to Debtors' Disclosure Statement, and Exhibit |
| 140 | 10/4/18 | Objection of the United States Trustee to the Disclosure Statement for the Prenegotiated Plan of Reorganization for Duro Dyne National Corp., *et al*. |
| 172 | 10/12/18 | Certain Insurers' Supplemental Brief in Support of Objections to Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Bodily Injury Claims, Effective as of the Petition Date |
| 173 | 10/12/18 | Declaration of Stephen M. Forte in Support of Certain Insurers' Supplemental Brief in Support of Objections to Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Bodily Injury Claims, Effective as of the Petition Date, and all Exhibits |
| 174 | 10/12/18 | Supplemental Objection of the United States Trustee to Motion for an Order Appointing Lawrence Fitzpatrick as Representative for Future Asbestos Claimants, and all Exhibits |
| 175 | 10/12/18 | Debtors' Reply in Support of Motion to Appoint the Proposed Future Claimants' Representative |
| 176 | 10/12/18 | Joinder of Lawrence Fitzpatrick in Debtors' Reply in Support of Motion to Appoint the Proposed Future Claimants' Representative |
| 189 | 10/17/18 | Transcript of 10/16/18 Court Decision on Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date |

| 191 | 10/17/18 | Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date |
| 192 | 10/18/18 | Transcript of 10/15/18 Hearing on Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date |
| 233 | 10/31/18 | Notice of Appeal |
| -- | -- | Transcript of 9/11/18 Hearing on First Day Matters (to be ordered) |

**Duro Dyne Corporation, Bankr. D.N.J. Case No. 18-27968 (MBK)**

| Docket No. | Date | Description |
|---|---|---|
|  |  | Case Docket for Bankr. D.N.J. Case No. 18-27968 (MBK) |
| 1 | 9/7/18 | Chapter 11 Voluntary Petition of Duro Dyne Corporation and all supporting documents |

**Duro Dyne Machinery Corp., Bankr. D.N.J. Case No. 18-27969 (MBK)**

| Docket No. | Date | Description |
|---|---|---|
|  |  | Case Docket for Bankr. D.N.J. Case No. 18-27969 (MBK) |
| 1 | 9/7/18 | Chapter 11 Voluntary Petition of Duro Dyne Machinery Corp. and all supporting documents |

**Duro Dyne Midwest Corp., Bankr. D.N.J. Case No. 18-27970 (MBK)**

| Docket No. | Date | Description |
|---|---|---|
|  |  | Case Docket for Bankr. D.N.J. Case No. 18-27970 (MBK) |
| 1 | 9/7/18 | Chapter 11 Voluntary Petition of Duro Dyne Midwest Corp. and all supporting documents |

**Duro Dyne West Corp., Bankr. D.N.J. Case No. 18-27971 (MBK)**

| Docket No. | Date | Description |
|---|---|---|
| | | Case Docket for Bankr. D.N.J. Case No. 18-27971 (MBK) |
| 1 | 9/7/18 | Chapter 11 Voluntary Petition of Duro Dyne West Corp. and all supporting documents |

                    Respectfully submitted,

                    ANDREW R. VARA
                    ACTING UNITED STATES TRUSTEE

        By:   /s/ Mitchell B. Hausman
                  Mitchell B. Hausman
                  Trial Attorney

Dated: November 14, 2018