YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edwin J. Harron, Esq. (NJ Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (DE Bar No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
        skohut@ycst.com

*Counsel to the Future Claimants' Representative*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS
NEW CASTLE COUNTY     )

     Casey S. Cathcart, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Legal Representative for Future Asbestos Personal Injury Claimants in the above-captioned case, and that on November 14, 2018, she caused a copy of the *Order Authorizing the Future Claimants' Representative to Retain and Employ Young Conaway Stargatt & Taylor, LLP as His Attorneys* [D.I. 269] to be served via first class mail upon the parties identified on the attached service list.

                                    _____
                                      Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this ___ day of November, 2018.

_____
Notary Public
My Commission Expires:

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

01:23675586.5

Jeffrey A. Cooper, Esq.
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(Counsel to 4 Site, LLC)

Mitchell B. Hausman, Esq.
Jeffrey M. Sponder, Esq.
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Karl J. Norgaard, Esq.
Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ 07631-3507
(Counsel to Undisclosed Interested Party)

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(Counsel to Federal Insurance Company)

Matthew Heimann, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(Counsel to Mestek, Inc. and
Mestek Machinery, Inc.)

Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
(Counsel to the Debtors)

Stephen M. Forte, Esq.
Shipman & Goodwin LLP
400 Park Avenue, Fifth Floor
New York, NY 10022-4406
(Counsel to Hartford Accident
and Indemnity Company)

John A. Fialcowitz, Esq.
The Law Office of John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
(Proposed Counsel to the ACC)

William E. McGrath, Jr., Esq.
Dilworth Paxson LLP
2 Research Way
Princeton, NJ 08540
(Counsel to Munich Reinsurance America, Inc.)

Scott S. Rever, Esq.
Wasserman, Jurista & Stolz, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
(Counsel to Sheet Metal, Air, Rail &
Transportation Workers International
Association, AFL-CIO)

Daniel W. London, Esq.
London Fischer, LLP
59 Maiden Lane, 39th Floor
New York, NY 10038
(Counsel to MidStates Reinsurance Corporation)

Jordan Jacobson, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

01:23675586.5

Anthony J. Labruna, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(Local Counsel to PBGC)