| LOWENSTEIN SANDLER LLP | CAPLIN & DRYSDALE, | YOUNG CONAWAY |
|---|---|---|
| Kenneth A. Rosen, Esq. | CHARTERED | STARGATT & TAYLOR, LLP |
| Jeffrey D. Prol, Esq. | James P. Wehner, Esq. | Edwin J. Harron, Esq. |
| One Lowenstein Drive | (admitted *pro hac vice*) | Sara Beth A. R. Kohut, Esq. |
| Roseland, NJ 07068 | Jeffrey A. Liesemer, Esq. | Rodney Square |
| Telephone: (973) 597-2500 | (admitted *pro hac vice*) | 1000 North King Street |
| Facsimile: (973) 597-2400 | One Thomas Circle, N.W. | Wilmington, DE 19801 |
| krosen@lowenstein.com | Washington, DC 20005 | Telephone: (302) 571-6703 |
| jprol@lowenstein.com | Telephone: (202) 862-5000 | Facsimile: (302) 576-3298 |
| *Counsel to the Debtors and* | Facsimile: (202) 429-3301 | eharron@ycst.com |
| *Debtors in Possession* | jwehner@capdale.com | skohut@ycst.com |
|  | jliesemer@capdale.com | *Counsel to the Legal* |
|  | *Counsel to the Asbestos* | *Representative* |
|  | *Claimants Committee* |  |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re: | : | Case No. 18-27963-MBK |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Chapter 11 |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |

**NOTICE OF JOINT MOTION TO EXEMPT ASBESTOS CLAIMS**
**AND DEMANDS FROM THE JANUARY 8, 2019 CLAIMS BAR DATE**

**PLEASE TAKE NOTICE** that on **December 10, 2018 at 11:00 a.m. (ET)**, or as soon thereafter as counsel may be heard, the above-captioned debtors and debtors-in-possession, the Official Committee of Asbestos Claimants, and Lawrence Fitzpatrick in his official capacity as Legal Representative (collectively, "Movants"), by and through their undersigned counsel, shall move (the "Motion") before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, in Courtroom #8 of the United States Bankruptcy Court for the District of New Jersey, 402 E. State

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

-2-

Street, Trenton, New Jersey 08608, for entry of an order, substantially in the form submitted herewith, exempting asbestos claims and demands from the January 8, 2019 claims bar date.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall rely upon the Application in support of the Motion. No brief is necessary as no novel issues of fact or law are presented by the Motion. A proposed form of order is also submitted therewith. Oral argument is requested in the event an objection is timely filed.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed with the Clerk of the Court together with proof of service thereof, and served so as to be **actually received** no later than **December 3, 2018 at 4:00 p.m. (ET)** by proposed counsel to the Debtors, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Jeffrey D. Prol, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules, and other case management rules or orders of this Court; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the relief requested in the Motion may be granted without a hearing.

[*Remainder of Page Intentionally Left Blank*]

-3-

Dated:  November 16, 2018                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*