John A. Fialcowitz, Esq.
THE LAW OFFICE OF JOHN A.
FIALCOWITZ
89 Headquarters Plaza North, Suite 1216
Morristown, NJ  07960
973-532-7208
John@fialcowitzlaw.com

*Local Counsel for the Official Committee
of Asbestos Claimants*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| *In re:* | : | |
| | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*[1] | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF KAMI E. QUINN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GILBERT LLP, *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018

Kami E. Quinn, pursuant to 28 U.S.C. § 1746, declares as follows

1.    I am a partner in the law firm of Gilbert LLP ("**Gilbert**") and authorized to make this declaration on its behalf.  I am a member in good standing with the bars of the District of Columbia, the State of Virginia, and the 3rd Circuit Court of Appeals.  I submit this supplemental declaration in response to certain inquiries from the Office of the United States Trustee regarding the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Gilbert LLP, Nunc Pro Tunc as of September 26, 2018,* filed November 2, 2018 (Doc. No. 244) (the "**Application**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

2. Attached as Exhibit A to the Application was the *Declaration of Kami E. Quinn in Support of the Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Gilbert LLP, Nunc Pro Tunc as of September 26, 2018* (Doc. No. 244-1) (the "**Initial Declaration**").

3. As disclosed in paragraph 10 of my Initial Declaration, Gilbert represents Pfizer, Inc. and BorgWarner, Inc. on various insurance-related matters. Gilbert confirms that neither Pfizer, Inc. or BorgWarner, Inc. have asserted any contribution claims or other commercial claims against the Debtors. If Pfizer, Inc. or BorgWarner, Inc. assert any claims against the Debtors in the future, Gilbert will file a supplemental declaration with this Court.

4. As disclosed in paragraph 17 of my Initial Declaration, Gilbert represented and provided services to the pre-petition *Ad Hoc Committee* (as defined therein). Gilbert confirms that at no time did Gilbert represent or provide services to the pre-petition Future Claimants' Representative related to these cases.

5. As disclosed in paragraph 20 of my Initial Declaration, Gilbert billed Duro Dyne Corporation for services and costs totaling $289,509.27. Gilbert has been paid in full for such services; there is no remaining unpaid fees or costs owing to Gilbert. Gilbert holds a retainer balance of $3,699.05. Gilbert confirms that there were no circumstances in which the fees and costs that Gilbert billed exceeded the retainer payments.

I declare under penalty of perjury that the facts and statements set forth above are either (i) within my personal knowledge and are true and correct, or (ii) based upon information

supplied to me by others, including certain professionals at Gilbert LLP, and as such are true and correct to the best of my knowledge, information and belief.

EXECUTED this 16th day of November 2018

                                            ___*/s/ Kami E. Quinn*_____
                                            Kami E. Quinn