Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27963−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duro Dyne National Corp.
  100 Horizon Center Boulevard
  Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
  11−2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on November 14, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 269 − 217
Order Granting Application to Employ Professional Young Conaway Stargatt & Taylor, LLP as Counsel to the Future Claimants' Representative (Related Doc # 217). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/13/2018. (bwj)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 14, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27963-MBK
Duro Dyne National Corp.                                                Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2018
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
aty             +Young Conaway Stargatt & Taylor, LLP,    Rodney Square,    1000 North King Street,
                  Wilmington, DE 19801-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
        Christina   Salem    on behalf of Interested Party    The North River Insurance Company
          christina.salem@kennedyscmk.com
        Christina   Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
          christina.salem@kennedyscmk.com
        Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
          dlondon@londonfischer.com
        Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
          cooperatty@aol.com;rgaydos@rltlawfirm.com
        Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
          jprol@lowenstein.com,   tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
        John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
          john@fialcowitzlaw.com
        Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
          jacobson.jordan@pbgc.gov,   efile@pbgc.gov
        Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
          knorgaard@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
          mlichtenstein@crowell.com,   mplevin@crowell.com;tyoon@crowell.com

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Nov 14, 2018
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc. mheimann@mccarter.com
        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
        Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
        Stephen  Forte    on behalf of Interested Party    The North River Insurance Company sforte@goodwin.com,    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
        Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company sforte@goodwin.com,    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                                                                 TOTAL: 28