| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**Duane Morris LLP**<br>Sommer L. Ross, Esq. (004112005)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>T: (302) 657-4951<br>F: (302) 657-4901<br><br>*Counsel to MidStates Reinsurance Corporation,<br>f/k/a Mead Reinsurance Corporation* |
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>                    Debtors. |

Chapter 11

(Jointly Administered)

Case No. 18-27963 (MBK)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Duane Morris LLP, acting by and through Sommer L. Ross, Esq. and Jeff D. Kahane, Esq., hereby appears in the above-referenced chapter 11 proceeding as co-counsel for MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation, and, pursuant to Bankruptcy Rule 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in this proceeding be given and served as follows:

| | |
|---|---|
| Sommer L. Ross<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801-1659<br>Telephone: (302) 657-4951<br>Facsimile: (302) 657-4901<br>E-mail: slross@duanemorris.com | Jeff D. Kahane<br>Duane Morris LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>Telephone:  (213) 689-7431<br>Facsimile: (213) 403-6372<br>E-mail:  jkahane@duanemorris.com |

---

[1] The Debtors in these chapter 11 cases, along wit the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp., (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance on behalf of MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation is a supplement to, and not intended to replace or supersede, the Notice of Appearance filed by London Fischer LLP on November 1, 2018 at Docket No. 237.

Respectfully submitted,

Dated: November 27, 2018

*/s/ Sommer L. Ross*
DUANE MORRIS LLP
Sommer L. Ross, Esq. (NJ Bar No. 004112005)
222 Delaware Avenue, Suite 1600

Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  slross@duanemorris.com

*Co-Counsel for MidStates Reinsurance Corporation,
f/k/a Mead Reinsurance Corporation*

3

DM3\5490490.1