LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Case No. 18-27963-MBK |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Chapter 11 |
| Debtors.[1] | : | Jointly Administered |

**DEBTORS' SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**

The above-captioned debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby submit this supplemental designation (the "Supplemental Designation") of items to be included in the record on the appeal by the Acting United States Trustee for Region 3 from the *Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date* [Doc. No. 191] entered on October 17, 2018.

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

31035/3
11/28/2018 203251759.2

## ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Doc. No. | Date | Description |
|---|---|---|
| 192 | 10/18/2018 | Transcript of 10/15/18 Hearing on Debtors' Motion for an Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants Effective as of the Petition Date* |
| \* The Debtors have identified certain typographical errors in the foregoing transcript and, as of the date hereof, are in the process of seeking appropriate corrections thereto.  Accordingly, the Debtors hereby designate all updated and/or corrected versions of, and errata to, the foregoing transcript as part of the record on appeal, whether filed at the same or different docket numbers, and reserve the right to update this Supplemental Designation as necessary in connection therewith. |||

Respectfully submitted,


LOWENSTEIN SANDLER LLP


 _/s/ Jeffrey D. Prol_
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
*Counsel to the Debtors and Debtors in Possession*


Dated:  November 28, 2018