UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | |
|---|---|
| In re: | Chapter:     11 |
| Duro Dyne National Corp. | Case Number:     18-27963 |
| | Civil Number:     18-cv-15563 |
| | Adversary Number:     |
| | Bankruptcy Judge:     Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal            ☐ Order being Appealed              ☒ Designation of Record on Appeal

☒ Statement of Issues         ☐ Transcript                        ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal  ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Certificate of Service.

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.  The parties to the appeal are:

Appellant(s):   United States Trustee Office     Appellee(s):   See Attached Court's Certificate of Service

Attorney:   Mitchell B. Hausman, Esq.     Attorney: _____

Address:   One Newark Center, 1085 Raymond Blvd     Address: _____

     Newark, New Jersey 07102

Title of Order Appealed: _____

Date Entered On Docket: _____

☐ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 18-27963
Duro Dyne National Corp.  :  Chapter: 11
     :
Debtor(s)  :  Adv. Pro. No.: _____

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I __Wendy I. Romero__, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On __October 31, 2018__ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated __October 17, 2018__ was filed.

A copy of the appeal was served on the following parties on __November 1, 2018__.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Jeffrey D. Prol, Esq. Duro Dyne National Corp., Appellee | Lowenstein Sandler, LLP One Lowenstein Drive Roseland, NJ 07068 | NEF |
| James P. Wehner, Esq. Official Committee of Asbestos Appellee | Caplin & Drysdale, Chartered One Thomas Circle, N.W. Washington, DC 20005 | NEF |
| Edwin J. Harron, Esq. Lawrence Fitzpatrick, Legal Representative for Future Asbestos Personal Injury Claimants Appellee | Young Conaway Stargatt & Taylor Rodney Square 1000 North King Street Wilmington, DE 19801 | NEF |
| Joshua Weinberg, Esq. Hartford Accident and Indemnity Co. Appellee | Shipman & Goodwin, LLP 400 Park Avenue, Fifth Floor New York, NY 10022 | NEF |

JEANNE A. NAUGHTON, Clerk

Date: __November 1, 2018__     By: __Wendy I. Romero__
     Deputy Clerk

rev. 1/4/17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 18-27963
Duro Dyne National Corp.  :  Chapter: 11
  :  
Debtor(s)  :  Adv. Pro. No.: _____

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I __Wendy I. Romero__, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On __October 31, 2018__ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated __October 17, 2018__ was filed.

A copy of the appeal was served on the following parties on __November 1, 2018__.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| Mark Plevin, Esq. / Federal Insurance Co. / Appellee | Crowell & Moring / 590 Madison Avenue, 20th Floor / New York, NY 10022 | Notice of Electronic Filing (NEF) |
| George R. Calhoun, Esq. / The North River Insurance Co. / Appellee | Ifrah, PLLC / 1717 Pennsylvania Ave., NW / Washington, DC 20006 | NEF |
| Christina Salem, Esq. / The North River Insurance Co. / Appellee | Kennedys CMK / 570 Lexington Ave., 8th / New York, NY 10022 | NEF |
| Jeffrey A. Cooper, Esq. / 4 Site, LLC / Appellee | Rabinowitz, Lubetkin & Tully, LLC / 293 Eisenhower Parkway, Suite 100 / Livingston, NJ 07039 | NEF |

JEANNE A. NAUGHTON, Clerk

Date: November 1, 2018    By: __Wendy I. Romero__
                               Deputy Clerk

*rev. 1/4/17*