UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SHIPMAN & GOODWIN LLP
Stephen M. Forte, Esq.
400 Park Avenue, Fifth Floor
New York, NY 10022-4406
Tel: (212) 376-3015
Fax: (212) 376-3024
Email: sforte@goodwin.com

Attorneys for Hartford Accident and Indemnity Company

In Re:

DURO DYNE NATIONAL CORP., et al.
Debtors.

Case No.: 18-27963-MBK
Chapter: 11
Adv. No.:
Hearing Date:
Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, __Shanni Alon__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Stephen Forte__, who represents __Hartford A&I Co__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 3, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Opposition of Certain Insurers to Joint Motion to Exempt Asbestos Claims and Demands From the January 8, 2019 Claims Bar Date

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/03/2018              /s/ Shanni Alon
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Trustee<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Sponder<br>Office of the US Trustee<br>One Newark Center<br>Newark, NJ 07102 | Attorney for Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Prol, Esq.<br>Lowenstein & Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Attorney for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James P. Wehner, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005 | Attorney for Asbestos Claimants Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edwin J. Harron, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King St.<br>Wilmington, DE 19801 | Attorney for Legal Representative | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |