**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 10, 2018 AT 11:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Joint Application to Exempt Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date [Docket No. 280, Filed 11/16/18].

    Related Document(s):

    a) Affidavit of Service [Docket No. 313*;* Filed 12/3/18]

    Objection Deadline:        December 3, 2018 at 5:00 p.m.

    Response(s) Received:

    b) Opposition of Certain Insurers to Joint Motion to Exempt Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date [Docket No. 308, Filed 12/3/18].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Amended items appear in bold.

31035/2
12/07/2018 51834459.3

    c)    Opposition of Midstates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation, to Joint Application to Exempt Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date [Docket No. 311, Filed 12/3/18].

    d)    **Reply Memorandum in Support of Plan Proponents' Motion to Exempt Asbestos Claims From the Bar Date [Docket No. 321; Filed 12/6/18]**

Status: This matter is going forward.

Dated: December 7, 2018                      Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*