## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] ) | Case No. 18-27963 (MBK) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 317 | NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 10, 2018 AT 11:00 A.M. (ET) [Re: Docket No. 280] |
| Docket No. 318 | NOTICE OF MOTION FOR AN ORDER AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO MAKE CERTAIN DISTRIBUTIONS TO SHAREHOLDERS ON ACCOUNT OF POST-PETITON INCOME TAXES |
| | DEBTORS' APPLICATION IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO MAKE CERTAIN DISTRIBUTIONS TO SHAREHOLDERS ON ACCOUNT OF POST-PETITON INCOME TAXES |
| | [PROPOSED] ORDER AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO MAKE CERTAIN DISTRIBUTIONS TO SHAREHOLDERS ON ACCOUNT OF POST-PETITION INCOME TAXES |
| Docket No. 319 | APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR NOTICE UNDER FED. R. BANKR. P. 9006(C)(1) AND LIMITING NOTICE ON THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO MAKE CERTAIN DISTRIBUTIONS TO SHAREHOLDERS ON ACCOUNT OF POST-PETITION INCOME TAXES [Re: Docket No. 318] |
| | [PROPOSED] ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE AND SETTING HEARING |
| Docket No. 320 | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE [Re: Docket No. 318] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

| | |
|---|---|
| Docket No. 321 | REPLY MEMORANDUM IN SUPPORT OF PLAN PROPONENTS' MOTION TO EXEMPT ASBESTOS CLAIMS FROM THE BAR DATE [Re: Docket No. 280] |

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On December 6, 2018, at the direction of Lowenstein Sandler LLP, Counsel to the Debtors and Debtors in Possession, the above referenced documents were served on the parties listed in Exhibits A through C via the modes of service indicated thereon:

| | |
|---|---|
| Exhibit A | The Master Service List Parties Address List regarding Docket Nos. 317 through 321 |
| Exhibit B | Address List regarding Docket Nos. 317 and 321<br>• The Master Service List Parties are referenced in Service Lists 68656 and 68660<br>• The Affected Parties are referenced in Service Lists 68657 and 68658 |
| Exhibit C | Address List regarding Docket Nos. 318, 319 and 320<br>• The Master Service List Parties are referenced in Service Lists 68640 and 68650<br>• The Affected Parties are referenced in Service Lists 68643 and 68652 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 7th day of December 2018 at Hawthorne, California.

_____
Mabel Soto

# EXHIBIT A

# Duro Dyne

**Total number of parties: 131**

### Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68638 | AMERICAN ELITE MOLDING, LLC, ATTN: JOHN GAYNOR, JGAYNOR@AEM-TIES.COM | E-mail |
| 68639 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, ESQ., (RE: CMTE MEMBER JOSEPH BARNA), (212) 681-1574 | Fax |
| 68639 | BRAYTON PURCELL, LLP, BRYN GALLAGHER LETSCH, ESQ., (RE: CMTE MEMBER ROBERT ENVALL), (415) 898-1247 | Fax |
| 68638 | CAMBRIDGE RESOURCES, ATTN: STEVE KIELSON, SK@CAMBRIDGERESOURCES.COM | E-mail |
| 68638 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JWEHNER@CAPDALE.COM | E-mail |
| 68638 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JLIESEMER@CAPDALE.COM | E-mail |
| 68638 | CENTURY MECHANICAL SYSTEMS, ATTN: JARI VARGHESE, JARI@DURODYNE.ME | E-mail |
| 68638 | COMMONWEALTH OF PENNSYLVANIA, DEB SECREST, RA-LI-UCTS-BANKRUPT@STATE.PA.US | E-mail |
| 68639 | COONEY & CONWAY, KATHY BYRNE, ESQ., (RE: CMTE MEMBER DONALD KURTZER), (312) 236-3029 | Fax |
| 68638 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), TYOON@CROWELL.COM | E-mail |
| 68638 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), MPLEVIN@CROWELL.COM | E-mail |
| 68638 | CROWELL & MORING LLP, MARK S LICHTENSTEIN ESQ., (RE: FEDERAL INSURANCE CO.), MLICHTENSTEIN@CROWELL.COM | E-mail |
| 68638 | DIE MATIC PRODUCTS, LLC, ATTN: BILL OEHRLEIN, BILLOEHRLEIN@DIEMATICPRODUCTS.COM | E-mail |
| 68638 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH JR., (RE: MUNICH REINSURANCE AMERICA FKA ARC), WMCGRATH@DILWORTHLAW.COM | E-mail |
| 68638 | DUANE MORRIS LLP, JEFF D. KAHANE, (RE: MIDSTATES REINSURANCE CORPORATION), JKAHANE@DUANEMORRIS.COM | E-mail |
| 68638 | DUANE MORRIS LLP, SOMMER L. ROSS, (RE: MIDSTATES REINSURANCE CORPORATION), SLROSS@DUANEMORRIS.COM | E-mail |
| 68638 | DYNAMIC METALS INC, ATTN: TONY FRANGIONE, TONYF@DYNAMICMETALS.COM | E-mail |
| 68638 | HERCULITE PRODUCTS, ATTN: DAVID YOHE, DYOHE@HERCULITE.COM | E-mail |
| 68638 | IFRAH PLLC, GEORGE R. CALHOUN, V, (RE: THE NORTH RIVER INSURANCE COMPANY), GEORGE@IFRAHLAW.COM | E-mail |
| 68638 | JM BURNS STEEL SUPPLY, ATTN: JUSTIN ROBBINS, JROBBINS@JMBSTEEL.COM | E-mail |
| 68639 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), (216) 575-0799 | Fax |
| 68638 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, CHRISTINA.SALEM@KENNEDYSCMK.COM | E-mail |
| 68638 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, MEG.CATALANO@KENNEDYSCMK.COM | E-mail |
| 68638 | L I S ENTERPRISES, INC., ATTN: JASON BRENNER, JWB@LISENTERPRISES.COM | E-mail |
| 68638 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), TFREEDMAN@LOWENSTEIN.COM | E-mail |
| 68638 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), JPROL@LOWENSTEIN.COM | E-mail |
| 68638 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN, (RE: DEBTOR), KROSEN@LOWENSTEIN.COM | E-mail |
| 68638 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, BBUCKALEW@MAJESTICSTEEL.COM | E-mail |
| 68638 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, SSUVAK@MAJESTICSTEEL.COM | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68638 | MCCARTER & ENGLISH, LLP, MATTHEW HEIMANN, ESQ., (RE: MESTEK, INC & MESTEK MACHINERY INC), MHEIMANN@MCCARTER.COM | E-mail |
| 68638 | MIDLAND STEEL WHSE. CORP., ATTN: HOWARD ALLEN, HALLEN@MIDLANDSTEEL.NET | E-mail |
| 68638 | NAKAZAWA DIE CASTING, ATTN: DESMOND KHONG, KHONG@NAKAZAWA.COM.MY | E-mail |
| 68639 | NORGAARD O'BOYLE, (RE: UNDISCLOSED INTERESTED PARTY), (201) 871-3161 | Fax |
| 68638 | OFFICE OF THE US ATTORNEY OF NJ, ATTN EAMONN O'HAGAN, ASST US ATTY, EAMONN.OHAGAN@USDOJ.GOV | E-mail |
| 68638 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | E-mail |
| 68638 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 68638 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 68638 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), JACOBSON.JORDAN@PBGC.GOV | E-mail |
| 68638 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), EFILE@PBGC.GOV | E-mail |
| 68638 | PHD MANUFACTURING INC., ATTN: JONATHON CORBINO, JONATHONC@PHD-MFG.COM | E-mail |
| 68638 | PREGIS HOLDING, ATTN: DANIEL LINDENBAUM, DLINDENBAUM@PREGIS.COM | E-mail |
| 68638 | R2 TAPE, INC., ATTN: JEN HIRSCH, JHIRSCH@PRESTOTAPE.COM | E-mail |
| 68638 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JRABINOWITZ@RLTLAWFIRM.COM | E-mail |
| 68638 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JCOOPER@RLTLAWFIRM.COM | E-mail |
| 68638 | RETRANS FREIGHT, ATTN: BRIAN HILLER, BHILLER@RETRANSFREIGHT.COM | E-mail |
| 68638 | SEALERS INC., ATTN: JIM BERGER, JIM@SEALERSINC.COM | E-mail |
| 68638 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JWEINBERG@GOODWIN.COM | E-mail |
| 68638 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JRUGGERI@GOODWIN.COM | E-mail |
| 68638 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), AWILLIAMS@GOODWIN.COM | E-mail |
| 68638 | SHIPMAN & GOODWIN LLP, STEPHEN M. FORTE, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY CO.), SFORTE@GOODWIN.COM | E-mail |
| 68639 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), (618) 259-2251 | Fax |
| 68638 | SIX-2 FASTENER IMPORTS, ATTN: STEVE COWAN, STEVE@SIX2FAST.COM | E-mail |
| 68638 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 68638 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 68638 | WASSERMAN, JURISTA & STOLZ, PC, SCOTT S. REVER, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), SREVER@WJSLAW.COM | E-mail |
| 68638 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), EHARRON@YCST.COM | E-mail |
| 68638 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SKOHUT@YCST.COM | E-mail |
| 68638 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SBEACH@YCST.COM | E-mail |

**Subtotal for this group: 58**

# EXHIBIT B

**Exhibit B - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68656 | AMERICAN EXPRESS, 200 VESEY STREET, NEW YORK, NY, 10285 | US Mail (1st Class) |
| 68656 | CALIFORNIA ATTY GENERAL`S OFFICE, BK NOTICES DIV/PUBLIC INQUIRY UNIT, CALIFORNIA DEPARTMENT OF JUSTICE, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | US Mail (1st Class) |
| 68656 | CARROLL, MCNULTY & KULL LLC, CR CARROLL;MJ TRICARICO, ET AL., (RE: THE NORTH RIVER INSURANCE COMPANY), 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 68657 | CROWELL & MORING LLP, MARK D. PLEVIN; TACIE H. YOON, MPLEVIN@CROWELL.COM | E-mail |
| 68658 | CROWELL & MORING LLP, MARK D. PLEVIN; TACIE H. YOON, (202) 628-5116 | Fax |
| 68657 | CROWELL & MORING LLP, MARK S LICHTENSTEIN ESQ., MLICHTENSTEIN@CROWELL.COM | E-mail |
| 68656 | DILWORTH PAXSON LLP, WILLIAM E MCGRATH JR; LEAH BARTLOME, (RE: MUNICH REINSURANCE AMERICA FKA ARC), 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 68656 | DLA PIPER LLP (US), AIDAN M MCCORMACK;CYRIL E SMITH ESQ, (RE: FEDERAL INSURANCE COMPANY), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 68657 | DUANE MORRIS LLP, SOMMER L. ROSS, SLROSS@DUANEMORRIS.COM | E-mail |
| 68658 | DUANE MORRIS LLP, SOMMER L. ROSS, (302) 657-4901 | Fax |
| 68656 | DURO DYNE NATIONAL CORPORATION, ATTN RANDALL HINDEN,PRESIDENT & CEO, (RE: DEBTOR), 81 SPENCE STREET, BAY SHORE, NY, 11706 | US Mail (1st Class) |
| 68657 | IFRAH PLLC, GEORGE R. CALHOUN, V, GEORGE@IFRAHLAW.COM | E-mail |
| 68656 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 68656 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY COM), 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 68660 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), ERNEST & YOUNG TOWER, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113<br>*Failed fax* | US Mail (1st Class) |
| 68657 | KENNEDYS CMK LLP, MARGARET F CATALANO;CR SALEM, MEG.CATALANO@KENNEDYSCMK.COM | E-mail |
| 68656 | LONDON FISCHER LLP, J. T.H. DEAVER; SARAH N. DEVITO ESQ, (RE: MIDSTATES REINSURANCE CORP FKA MEAD), 59 MAIDEN LANE, 39TH FLOOR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 68656 | MESTEK, INC., ATTN: BRUCE DEWEY, 260 NORTH ELM STREET, WESTFIELD, MA, 01085 | US Mail (1st Class) |
| 68656 | NEW JERSEY ATTORNEY GENERALS OFFICE, ATTN: DIVISION OF LAW, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET STREET, TRENTON, NJ, 08625-0112 | US Mail (1st Class) |
| 68656 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 68656 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 68656 | NEW YORK CITY DEPT OF FINANCE, CORRESPONDENCE UNIT, ONE CENTRE STREET, 22ND FLOOR, NEW YORK, NY, 10007 | US Mail (1st Class) |
| 68656 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BUILDING 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 68656 | OHIO ATTORNEY GENERAL`S OFFICE, ATTN: BANKRUPTCY NOTICES DIVISION, 30 EAST BROAD STREET, 14TH FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 68657 | SHIPMAN & GOODWIN LLP, AW WILLIAMS, AWILLIAMS@GOODWIN.COM | E-mail |
| 68657 | SHIPMAN & GOODWIN LLP, JD WEINBERG, JWEINBERG@GOODWIN.COM | E-mail |
| 68657 | SHIPMAN & GOODWIN LLP, JP RUGGERI, JRUGGERI@GOODWIN.COM | E-mail |
| 68658 | SHIPMAN & GOODWIN LLP, JP RUGGERI;JD WEINBERG;AW WILLIAMS, (202) 469-7751 | Fax |
| 68657 | SHIPMAN & GOODWIN LLP, STEPHEN M. FORTE, ESQ., SFORTE@GOODWIN.COM | E-mail |
| 68660 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), ONE COURT STREET, ALTON, IL, 62002<br>*Failed fax* | US Mail (1st Class) |
| 68656 | SNYDER MFG INC, ATTN: JOLENE MEESE, 3001 PROGRESS ST., DOVER, OH, 44622 | US Mail (1st Class) |
| 68656 | STATE OF CALIFORNIA DIV OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | US Mail (1st Class) |

Duro Dyne

**Exhibit B - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68656 | STATE OF OHIO DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, PO BOX 530, COLUMBUS, OH, 43216-0530 | US Mail (1st Class) |
| 68656 | THE LAW OFFICE OF JOHN FIALCOWITZ, JOHN FIALCOWITZ ESQ, (RE: PROPOSED COUNSEL FOR OFFICIAL), 89 HEADQUARTERS PLAZA NORTH, SUITE 1216, MORRISTOWN, NJ, 07960 | US Mail (1st Class) |
| 68656 | THE NJ DIV. OF TAXATION COMPLIANCE, AND ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |

**Subtotal for this group: 35**

# EXHIBIT C

**Exhibit C - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68640 | AMERICAN EXPRESS, 200 VESEY STREET, NEW YORK, NY, 10285 | Federal Express Overnight |
| 68640 | CALIFORNIA ATTY GENERAL`S OFFICE, BK NOTICES DIV/PUBLIC INQUIRY UNIT, CALIFORNIA DEPARTMENT OF JUSTICE, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | USPS Express Mail |
| 68640 | CARROLL, MCNULTY & KULL LLC, CR CARROLL;MJ TRICARICO, ET AL., (RE: THE NORTH RIVER INSURANCE COMPANY), 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | Federal Express Overnight |
| 68643 | DEPARTMENT OF TREASURY - IRS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | USPS Express Mail |
| 68640 | DILWORTH PAXSON LLP, WILLIAM E MCGRATH JR; LEAH BARTLOME, (RE: MUNICH REINSURANCE AMERICA FKA ARC), 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | Federal Express Overnight |
| 68640 | DLA PIPER LLP (US), AIDAN M MCCORMACK;CYRIL E SMITH ESQ, (RE: FEDERAL INSURANCE COMPANY), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | Federal Express Overnight |
| 68640 | DURO DYNE NATIONAL CORPORATION, ATTN RANDALL HINDEN,PRESIDENT & CEO, (RE: DEBTOR), 81 SPENCE STREET, BAY SHORE, NY, 11706 | Federal Express Overnight |
| 68652 | FLORIDA DEPARTMENT OF REVENUE, MARK HAMILTON, GEN. COUNSEL, P. O. BOX 6668, TALLAHASSEE, FL, 32314-6668 | USPS Express Mail |
| 68643 | INTERNAL REVENUE SERVICE, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | Federal Express Overnight |
| 68640 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | Federal Express Overnight |
| 68643 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | Federal Express Overnight |
| 68643 | INTERNAL SERVICE REVENUE, 51 HADDONFIELD ROAD SUITE 300, CHERRY HILL, NJ, 08002 | Federal Express Overnight |
| 68643 | INTERNAL SERVICE REVENUE, PAMELA HUNTER, 51 HADDONFIELD ROAD SUITE 300, CHERRY HILL, NJ, 08002 | Federal Express Overnight |
| 68643 | INTERNAL SERVICE REVENUE, PAMELA HUNTER, (RE: DEPT OF TREASURY - IRS), 51 HADDONFIELD ROAD SUITE 300, CHERRY HILL, NJ, 08002 | USPS Express Mail |
| 68640 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY COM), 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | Federal Express Overnight |
| 68650 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), ERNEST & YOUNG TOWER, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113<br>*Failed fax* | Federal Express Overnight |
| 68640 | LONDON FISCHER LLP, J. T.H. DEAVER; SARAH N. DEVITO ESQ, (RE: MIDSTATES REINSURANCE CORP FKA MEAD), 59 MAIDEN LANE, 39TH FLOOR, NEW YORK, NY, 10038 | Federal Express Overnight |
| 68652 | MASSACHUSETTS DEP`T OF REVENUE, 100 CAMBRIDGE STREET, BOSTON, MA, 02114 | Federal Express Overnight |
| 68640 | MESTEK, INC., ATTN: BRUCE DEWEY, 260 NORTH ELM STREET, WESTFIELD, MA, 01085 | Federal Express Overnight |
| 68643 | MINNESOTA REVENUE, MAIL STATION 1765, ST PAUL, MN, 55145-1765 | Federal Express Overnight |
| 68650 | NAKAZAWA DIE CASTING, ATTN: DESMOND KHONG, LOT 46910-BLOCK D, 68100 BATU CAVES, TAMAN PERINDUSTRIAN SELAYANG, SELANGOR DARUL EHSAN, 68100 MALAYSIA<br>*Failed email* | Federal Express Overnight |
| 68640 | NEW JERSEY ATTORNEY GENERALS OFFICE, ATTN: DIVISION OF LAW, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET STREET, TRENTON, NJ, 08625-0112 | Federal Express Overnight |
| 68652 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE & ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695-0001 | Federal Express Overnight |
| 68640 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | Federal Express Overnight |
| 68640 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | Federal Express Overnight |
| 68640 | NEW YORK CITY DEPT OF FINANCE, CORRESPONDENCE UNIT, ONE CENTRE STREET, 22ND FLOOR, NEW YORK, NY, 10007 | Federal Express Overnight |
| 68640 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BUILDING 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227 | Federal Express Overnight |
| 68652 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BLDG 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227-0001 | USPS Express Mail |

**Exhibit C - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68640 | OHIO ATTORNEY GENERAL`S OFFICE, ATTN: BANKRUPTCY NOTICES DIVISION, 30 EAST BROAD STREET, 14TH FLOOR, COLUMBUS, OH, 43215 | Federal Express Overnight |
| 68650 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), ONE COURT STREET, ALTON, IL, 62002<br>*Failed fax* | Federal Express Overnight |
| 68640 | SNYDER MFG INC, ATTN: JOLENE MEESE, 3001 PROGRESS ST., DOVER, OH, 44622 | USPS Express Mail |
| 68640 | STATE OF CALIFORNIA DIV OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | USPS Express Mail |
| 68640 | STATE OF OHIO DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, PO BOX 530, COLUMBUS, OH, 43216-0530 | USPS Express Mail |
| 68640 | THE LAW OFFICE OF JOHN FIALCOWITZ, JOHN FIALCOWITZ ESQ, (RE: PROPOSED COUNSEL FOR OFFICIAL), 89 HEADQUARTERS PLAZA NORTH, SUITE 1216, MORRISTOWN, NJ, 07960 | Federal Express Overnight |
| 68652 | THE NJ DIV OF TAXATION COMPLIANCE &, ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695-0001 | Federal Express Overnight |
| 68640 | THE NJ DIV. OF TAXATION COMPLIANCE, AND ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | Federal Express Overnight |
| 68652 | TX COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 1493418, AUSTIN, TX, 78714-9348 | USPS Express Mail |
| 68643 | WASHINGTON DEPARTMENT OF REVENUE, TAXPAYER ACCOUNT ADMINISTRATION, PO BOX 47476, OLYMPIA, WA, 98504-7476 | USPS Express Mail |

**Subtotal for this group: 38**