UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Daniel Keller (State Bar No. 191738)
Keller, Fishback & Jackson LLP
28720 Canwood Street, Suite 200
Agoura Hills, CA 91301
Tel. 818.342.7442

In Re:

Duro Dyne Corporation,

Debtor.

Case No.: 3:18-bk-27968

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Keller, Fishback & Jackson LLP. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Keller, Fishback & Jackson LLP
28720 Canwood Street, Suite 200
Agoura Hills, CA 91301
dkeller@kfjlegal.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 12/4/2018

_____
Signature

*new.8 1 15*