| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| In Re:<br>Duro Dyne National Corp. | Case No.: 18-27963<br><br>Adv. No.:<br><br>Hearing Date:<br>Judge: Michael B. Kaplan |

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 1 2 2018
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

## ORDER EXEMPTING ASBESTOS CLAIMS AND DEMANDS FROM THE JANUARY 8, 2019 CLAIMS BAR DATE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

_/s/ Michael B. Kaplan_
MICHAEL B. KAPLAN
USBJ

12/12/18

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | | |
|---|---|---|
| LOWENSTEIN SANDLER LLP<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>krosen@lowenstein.com<br>jprol@lowenstein.com<br>*Counsel to the Debtors and*<br>*Debtors in Possession* | CAPLIN & DRYSDALE,<br>CHARTERED<br>James P. Wehner, Esq.<br>(admitted *pro hac vice*)<br>Jeffrey A. Liesemer, Esq.<br>(admitted *pro hac vice*)<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>*Counsel to the Asbestos*<br>*Claimants Committee* | YOUNG CONAWAY<br>STARGATT & TAYLOR,<br>LLP<br>Edwin J. Harron, Esq.<br>Sara Beth A. R. Kohut, Esq.<br>(admitted *pro hac vice*)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6703<br>Facsimile: (302) 576-3298<br>eharron@ycst.com<br>skohut@ycst.com<br>*Counsel to the Legal*<br>*Representative* |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

## ORDER EXEMPTING ASBESTOS CLAIMS AND
## DEMANDS FROM THE JANUARY 8, 2019 CLAIMS BAR DATE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
11/15/2018 51733028.1

Page:      2
Debtor:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Exempting Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date

This matter is before the Court upon the Joint Motion of the Debtors, the Official Committee of Asbestos Claimants and Lawrence Fitzpatrick in his official capacity as Legal Representative (collectively, "**Movants**") to Exempt Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date ("**Motion**")[2]; and the Court having considered the Motion, the statements of counsel, any objections to the Motion, and the record in this case, and the Court having found and concluded that adequate notice of the Motion has been provided to relevant parties-in-interest and no further notice is required; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors and good cause having been shown for granting the Motion in its entirety, *and for the reasons set forth on record on 12/12/18 (MBK)*

**IT IS ORDERED** as follows:

1.  The Motion is GRANTED in its entirety.

2.  Any and all objections to the Motion that have not been withdrawn are hereby overruled.

3.  All Channeled Asbestos Claims are excepted and excluded from the applicability of the Bar Date. Holders of Channeled Asbestos Claims are not, and shall not be, required to file proofs of claim on or before the Bar Date in order to preserve their Channeled Asbestos Claims.

4.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or is otherwise waived;

---

[2] Capitalized terms used herein but not otherwise defined have the meanings ascribed to them in the *Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., et al., Under Chapter 11 of the Bankruptcy Code*, dated October 29, 2018 (Dkt. No. 220), as it may be further amended, modified, or restated.

Page:      3
Debtor:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Exempting Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date

---

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order, *and reserves the right, sua sponte or upon request of a party in interest, to revisit and/or reconsider the provisions of this order subsequent to consideration of motions filed under Fed R Bank P 3018*

(MBK)