**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2018 AT 2:00 P.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1. Motion for Entry of an Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court ("Motion for Administrative Fee Order") [Docket No. 273, Filed 11/15/18].

    Related Document(s):

    a) Supplement to Motion for Administrative Fee Order [Docket No. 303; Filed 10/17/18]

    Objection Deadline:    December 10, 2018 at 5:00 p.m.

    Response(s) Received:

    b) None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

Status: This matter is going forward.

2. Motion for an Order Authorizing, but not Directing, the Debtors to Make Certain Distributions to Shareholders on Account of Post-Petition Income Taxes [Docket No. 318, Filed 12/6/18].

   Related Document(s):

   a) Application to Shorten Time [Docket No. 319; Filed 12/6/18]

   b) Order Granting Application to Shorten Time [Docket No. 320; Entered 12/6/18]

   c) Certificate of Service [Docket No. 325; Filed 12/10/18]

   Objection Deadline: May be presented orally at the hearing (pursuant to Order Granting Application to Shorten Time [Docket No. 320]

   Response(s) Received:

   d) None.

   Status: This matter is going forward.

**CONTESTED MATTERS GOING FORWARD**

3. Motion for Relief from Stay filed by The North River Insurance Company and Hartford Accident and Indemnity Company [Docket No. 92, Filed 9/21/18].

   Related Document(s):

   a) Transcript regarding Hearing Held on 10/16/18 [Docket No. 189; Filed 10/17/18]

   b) Order Continuing Certain Insurer's Motion for Relief from Stay [Docket No. 190; Entered 10/17/18]

   Objection Deadline: October 8, 2018 at 5:00 p.m.

   Response(s) Received:

   c) Committee's Opposition to Certain Insurers Motion for Relief from Stay [Docket No. 153, Filed 10/8/18].

d) Debtors' Memorandum of Law in Opposition to Motion of Certain Insurers for Relief from Automatic Stay [Docket No. 155, Filed 10/8/18].

e) Reply to Oppositions to Certain Insurers' Joint Motion for Relief from Stay [Docket No. 170; Filed 10/11/18]

f) Statement of Midstates Reinsurance Corporation, f/k/a/ Mead Reinsurance Corporation, With Respect to Certain Insurers' Motion for Relief from Stay [Docket No. 328; Filed 12/12/18]

Status: This matter is going forward.

Dated: December 13, 2018                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*