UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**FILED**
JEANNE A. NAUGHTON, CLERK

DEC 1 2 2018

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

In Re:

Duro Dyne National Corp.

Case No.:    18-27963

Adv. No.:

Hearing Date:
Judge: Michael B. Kaplan

## ORDER EXEMPTING ASBESTOS CLAIMS AND DEMANDS FROM THE JANUARY 8, 2019 CLAIMS BAR DATE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

MICHAEL B. KAPLAN
USBJ

12/12/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

| LOWENSTEIN SANDLER LLP<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>krosen@lowenstein.com<br>jprol@lowenstein.com<br>*Counsel to the Debtors and*<br>*Debtors in Possession* | CAPLIN & DRYSDALE,<br>CHARTERED<br>James P. Wehner, Esq.<br>(admitted *pro hac vice*)<br>Jeffrey A. Liesemer, Esq.<br>(admitted *pro hac vice*)<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 862-5000<br>Facsimile: (202) 429-3301<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>*Counsel to the Asbestos*<br>*Claimants Committee* | YOUNG CONAWAY<br>STARGATT & TAYLOR,<br>LLP<br>Edwin J. Harron, Esq.<br>Sara Beth A. R. Kohut, Esq.<br>(admitted *pro hac vice*)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6703<br>Facsimile:  (302) 576-3298<br>eharron@ycst.com<br>skohut@ycst.com<br>*Counsel to the Legal*<br>*Representative* |
|---|---|---|

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## ORDER EXEMPTING ASBESTOS CLAIMS AND
## DEMANDS FROM THE JANUARY 8, 2019 CLAIMS BAR DATE

The relief set forth on the following pages, numbered two (2) through and including three

(3), is hereby **ORDERED**.

---

[1]     The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax
identification number, are Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro
Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
11/15/2018 51733028.1

Page:        2
Debtor:      Duro Dyne National Corp., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Exempting Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date

This matter is before the Court upon the Joint Motion of the Debtors, the Official

Committee of Asbestos Claimants and Lawrence Fitzpatrick in his official capacity as Legal

Representative (collectively, "**Movants**") to Exempt Asbestos Claims and Demands from the

January 8, 2019 Claims Bar Date ("**Motion**")[2]; and the Court having considered the Motion, the

statements of counsel, any objections to the Motion, and the record in this case, and the Court

having found and concluded that adequate notice of the Motion has been provided to relevant

parties-in-interest and no further notice is required; and the Court having determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates and creditors and

*and for the reasons set forth on record on 12/12/18* (MBK)

good cause having been shown for granting the Motion in its entirety;

**IT IS ORDERED** as follows:

1.      The Motion is GRANTED in its entirety.

2.      Any and all objections to the Motion that have not been withdrawn are hereby

overruled.

3.      All Channeled Asbestos Claims are excepted and excluded from the applicability

of the Bar Date.  Holders of Channeled Asbestos Claims are not, and shall not be, required to file

proofs of claim on or before the Bar Date in order to preserve their Channeled Asbestos Claims.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other

request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the

contents of the Motion or is otherwise waived;

---

[2]      Capitalized terms used herein but not otherwise defined have the meanings ascribed to them in the *Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., et al., Under Chapter 11 of the Bankruptcy Code*, dated October 29, 2018 (Dkt. No. 220), as it may be further amended, modified, or restated.

Page:        3
Debtor:      Duro Dyne National Corp., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Exempting Asbestos Claims and Demands from the January 8, 2019 Claims Bar Date

5.    This Order shall be immediately effective and enforceable upon its entry.

6.    The Court shall retain jurisdiction with respect to all matters arising or related to

the implementation of this Order, and reserves The right, sua sponte or upon request of a party in interest, to revisit and/or reconsider the provisions of this order subsequent to consideration of (MBK) motions filed under FedR Bank. P 3018

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-27963-MBK
Duro Dyne National Corp.                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 13, 2018
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
          Christina  Salem    on behalf of Interested Party   The North River Insurance Company
           christina.salem@kennedyscmk.com
          Christina  Salem    on behalf of Interested Party   Hartford Accident and Indemnity Company
           christina.salem@kennedyscmk.com
          Daniel  Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
          Daniel Wagner London, I   on behalf of Interested Party   MidStates Reinsurance Corporation
           dlondon@londonfischer.com
          Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick ,   dlaskin@ycst.com
          Jeffrey A. Cooper   on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey  D. Prol   on behalf of Debtor   Duro Dyne National Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Debtor   Duro Dyne Machinery Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Interested Party   Duro Dyne Midwest jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Interested Party   Duro Dyne Machinery jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Interested Party   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Debtor   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Other Prof.   Getzler Henrich & Associates, LLC
           jprol@lowenstein.com,   tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Interested Party   Duro Dyne West jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Debtor   Duro Dyne West Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey  D. Prol   on behalf of Debtor   Duro Dyne MidWest Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz   on behalf of Creditor Committee   Official Committee of Asbestos Claimants
           john@fialcowitzlaw.com
          Jordan E. Jacobson   on behalf of Creditor   Pension Benefit Guaranty Corp
           jacobson.jordan@pbgc.gov,   efile@pbgc.gov
          Karl J. Norgaard   on behalf of Unknown Role Type   Undisclosed Interested Party
           knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
         mlichtenstein@crowell.com,   mplevin@crowell.com;tyoon@crowell.com
        Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
         mheimann@mccarter.com
        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
         International Association, AFL-CIO srever@wjslaw.com,
         srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
        Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
        Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
         slross@duanemorris.com,   AutoDocketWILM@duanemorris.com
        Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
         sforte@goodwin.com,   bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
         sforte@goodwin.com,   bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
         American Re-Insurance Company wmcgrath@dilworthlaw.com
                                             TOTAL: 31