UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on December 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Duro Dyne National Corp.

| | |
|---|---|
| Case No.: | 18-27963 |
| Hearing Date: | 12/17/2018 |
| Judge: | Michael B. Kaplan |
| Chapter: | 11 |

Recommended Local Form:    ☑ Followed    ☐ Modified

ORDER GRANTING CERTAIN INSURER'S MOTION FOR RELIEF FROM STAY
EFFECTIVE 3/1/2019

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENNEDYS CMK LLP<br>Margaret F. Catalano<br>Christina R. Salem<br>570 Lexington Avenue – 8th Floor<br>New York, New York 10022<br>(212) 252-0004<br>meg.catalano@ kennedyscmk.com<br>christina.salem@kennedyscmk.com<br><br>IFRAH PLLC<br>George R. Calhoun, V (*pro hac vice* forthcoming)<br>1717 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br>(202) 525-4147<br>george@ifrahlaw.com<br><br>*Attorneys for The North River Insurance Company* | SHIPMAN & GOODWIN LLP<br>Stephen M. Forte<br>400 Park Avenue, Fifth Floor<br>New York, NY 10022-4406<br>Tel:  (212) 376-3015<br>sforte@goodwin.com<br><br>*Attorneys for Hartford Accident and Indemnity Company* |

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 18- 27963-MBK |
| Duro Dyne National Corp., *et al.* ) | Related Case Nos :    18-27968 |
| ) | 18-27969 |
| Debtors. ) | 18-27970 |
| _____ ) | 18-27971 |
| ) | Chapter 11 |
| The North River Insurance Company, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Duro Dyne Corporation, et al. ) | |
| ) | |
| Debtors/Respondents. ) | |

**ORDER GRANTING CERTAIN INSURERS' MOTION FOR RELIEF FROM STAY**

The Relief set forth on the following page numbered two (2) is hereby **ORDERED**.

The Court having reviewed movants' motion for relief from an automatic stay, and any related responses or objections, it is hereby

**ORDERED** that:

(1) The automatic stay under 11 U.S.C. § 362(a) does not apply to Duro Dyne Corporation and its affiliated entities' counterclaims and cross-claims in the action pending in the Supreme Court of the State of New York, County of Suffolk, entitled *The North River Insurance Company v. Duro Dyne National Corp. et al.*, Docket No.: 062947/13 (the "New York Coverage Action"); and (2) the automatic stay is lifted pursuant to § 362(d) of the bankruptcy code for the limited purpose of allowing the remaining claims in the New York Coverage Action to proceed.