| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |

Order Filed on December 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### ORDER AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO MAKE CERTAIN DISTRIBUTIONS TO SHAREHOLDERS ON ACCOUNT OF POST-PETITION INCOME TAXES

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: December 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No: 18-27963 (MBK)
Caption: Motion Authorizing, But Not Directing, the Debtors to Make Certain Distributions to Shareholders on Account of Post-Petition Income Taxes

---

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") authorizing, but not directing, the Debtors to make certain distributions to Shareholders on account of post-petition Income Taxes; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* dated as of September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors are authorized, but not directed, in their sole discretion, to make any and all necessary distributions to Shareholders on account of post-petition Income Taxes.

3. Notwithstanding the relief granted herein, nothing in the Motion or this Order, or any actions taken pursuant to this Order, shall be deemed: (a) as impairing the Debtors' right to contest the amount or validity of any of taxes and fees that may be due to any taxing authority; (b) an admission as to the validity of any claim against the Debtors; (c) a waiver of the Debtors' right to dispute any claim on any grounds; (d) a promise or requirement to pay any claim; (e) an implication or admission that any particular claim is of a type specified or defined in the Motion; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No: 18-27963 (MBK)
Caption: Motion Authorizing, But Not Directing, the Debtors to Make Certain Distributions to Shareholders on Account of Post-Petition Income Taxes

---

4. The requirement set forth in Local Rule 9013-2 that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.