**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Duro Dyne National Corp.

| | |
|---|---|
| Case No.: | 18-27963 |
| Hearing Date: | 12/17/2018 |
| Judge: | Michael B. Kaplan |
| Chapter: | 11 |

Recommended Local Form:    ☑ Followed    ☐ Modified

ORDER GRANTING CERTAIN INSURER'S MOTION FOR RELIEF FROM STAY
EFFECTIVE 3/1/2019

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2018**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENNEDYS CMK LLP<br>Margaret F. Catalano<br>Christina R. Salem<br>570 Lexington Avenue – 8th Floor<br>New York, New York 10022<br>(212) 252-0004<br>meg.catalano@ kennedyscmk.com<br>christina.salem@kennedyscmk.com<br><br>IFRAH PLLC<br>George R. Calhoun, V (*pro hac vice* forthcoming)<br>1717 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br>(202) 525-4147<br>george@ifrahlaw.com<br><br>*Attorneys for The North River Insurance Company* | SHIPMAN & GOODWIN LLP<br>Stephen M. Forte<br>400 Park Avenue, Fifth Floor<br>New York, NY 10022-4406<br>Tel:  (212) 376-3015<br>sforte@goodwin.com<br><br>*Attorneys for Hartford Accident and Indemnity Company* |

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 18- 27963-MBK |
| Duro Dyne National Corp., *et al.* ) | Related Case Nos :    18-27968 |
| ) | 18-27969 |
| Debtors. ) | 18-27970 |
| _____ ) | 18-27971 |
| ) | Chapter 11 |
| The North River Insurance Company, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Duro Dyne Corporation, et al. ) | |
| ) | |
| Debtors/Respondents. ) | |

**ORDER GRANTING CERTAIN INSURERS' MOTION FOR RELIEF FROM STAY**

The Relief set forth on the following page numbered two (2) is hereby **ORDERED**.

The Court having reviewed movants' motion for relief from an automatic stay, and any related responses or objections, it is hereby

**ORDERED** that:

(1) The automatic stay under 11 U.S.C. § 362(a) does not apply to Duro Dyne Corporation and its affiliated entities' counterclaims and cross-claims in the action pending in the Supreme Court of the State of New York, County of Suffolk, entitled *The North River Insurance Company v. Duro Dyne National Corp. et al.*, Docket No.: 062947/13 (the "New York Coverage Action"); and (2) the automatic stay is lifted pursuant to § 362(d) of the bankruptcy code for the limited purpose of allowing the remaining claims in the New York Coverage Action to proceed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27963-MBK
Duro Dyne National Corp.                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin              Page 1 of 2              Date Rcvd: Dec 20, 2018
                          Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db             +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
      Christina  Salem    on behalf of Interested Party    The North River Insurance Company
       christina.salem@kennedyscmk.com
      Christina  Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
       christina.salem@kennedyscmk.com
      Daniel  Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
      Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
       dlondon@londonfischer.com
      Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick ,   dlaskin@ycst.com
      Jeffrey A. Cooper    on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
       cooperatty@aol.com;rgaydos@rltlawfirm.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC
       jprol@lowenstein.com,   tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
       tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
       jeffrey.m.sponder@usdoj.gov
      John A. Fialcowitz    on behalf of Creditor Committee   Official Committee of Asbestos Claimants
       john@fialcowitzlaw.com
      Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
       jacobson.jordan@pbgc.gov,   efile@pbgc.gov
      Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
       knorgaard@norgaardfirm.com,
       sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2018
                                  Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
          Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc. mheimann@mccarter.com
          Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence    Fitzpatrick bankfilings@ycst.com
          Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation slross@duanemorris.com, AutoDocketWILM@duanemorris.com
          Stephen Forte    on behalf of Interested Party    The North River Insurance Company sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                                     TOTAL: 31