**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18–27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES OF LOWENSTEIN SANDLER LLP,**
**COUNSEL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP As Counsel To The Debtor Effective As Of The Petition Date*, [Docket No. 194], Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the debtors, hereby provides notice of its revised hourly rates effective as of January 1, 2019:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners of the Firm | $600 - $1,350 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

-2-

| Classification/Experience | Hourly Rate |
|---|---|
| Senior Counsel and Counsel (generally seven or more years of experience) | $470 - $790 |
| Associates | $370 - $640 |
| Paralegals, Practice Support and Assistants | $200 - $350 |

Dated: December 28, 2018            **LOWENSTEIN SANDLER LLP**
                                    One Lowenstein Drive
                                    Roseland, New Jersey 07068
                                    Telephone: (973) 597-2500
                                    Facsimile: (973) 597-2400

                                    /s/ *Jeffrey D. Prol*_____
                                     Jeffrey D. Prol, Esq.

                                    *Counsel to the Debtors and Debtors-in-Possession*