Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−27963−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 18, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 374 − 339
Order Granting Application For Compensation for Gilbert LLP, fees awarded: $70799.25, expenses awarded: $227.77 (Related Doc # 339). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/18/2019. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 18, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-27963-MBK
Duro Dyne National Corp.                                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Jan 18, 2019
                              Form ID: orderntc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
sp             +Gilbert LLP,    1100 New York Avenue, NW,    Suite 700,    Washington, DC 20005-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
             Christina Salem    on behalf of Interested Party   The North River Insurance Company
              christina.salem@kennedyscmk.com
             Christina Salem    on behalf of Interested Party   Hartford Accident and Indemnity Company
              christina.salem@kennedyscmk.com
             Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
             Daniel Wagner London, I    on behalf of Interested Party   MidStates Reinsurance Corporation
              dlondon@londonfischer.com
             Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
              dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
             Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick , dlaskin@ycst.com
             Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
              cooperatty@aol.com;rgaydos@rltlawfirm.com
             Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
              jprol@lowenstein.com,    tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
              tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
             Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
              jeffrey.m.sponder@usdoj.gov
             John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
              john@fialcowitzlaw.com
             Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
              jacobson.jordan@pbgc.gov,    efile@pbgc.gov
             Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
              quinnk@gotofirm.com

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jan 18, 2019
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party knorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
          Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc. mheimann@mccarter.com
          Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com
          Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation slross@duanemorris.com, AutoDocketWILM@duanemorris.com
          Stephen Forte    on behalf of Interested Party    The North River Insurance Company sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                           TOTAL: 33