Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27963–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11–2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 18, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 376 – 338
Order Granting Application For Compensation for Charter Oak Financial Consultants, LLC, fees awarded: $58609.50, expenses awarded: $154.79 (Related Doc # 338). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/18/2019. (wir)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 18, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Duro Dyne National Corp.
     Debtor

Case No. 18-27963-MBK
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jan 18, 2019
                           Form ID: orderntc          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db            +Duro Dyne National Corp.,   100 Horizon Center Boulevard,   Hamilton, NJ 08691-1903
op            +Charter Oak Financial Consultants, LLC,   430 Center Ave.,   Mamaroneck, NY 10543-2254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:

        Christina Salem   on behalf of Interested Party   The North River Insurance Company
         christina.salem@kennedyscmk.com
        Christina Salem   on behalf of Interested Party   Hartford Accident and Indemnity Company
         christina.salem@kennedyscmk.com
        Daniel Keller   on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
        Daniel Wagner London, I   on behalf of Interested Party   MidStates Reinsurance Corporation
         dlondon@londonfischer.com
        Denise E. Carlon   on behalf of Loss Mitigation   Shellpoint Mortgage Servicing
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Edwin J Harron   on behalf of Other Prof. Lawrence Fitzpatrick , dlaskin@ycst.com
        Jeffrey A. Cooper   on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
         cooperatty@aol.com;rgaydos@rltlawfirm.com
        Jeffrey D. Prol   on behalf of Debtor   Duro Dyne National Corp. jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Machinery jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Attorney   Lowenstein Sandler LLP jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne West jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Debtor   Duro Dyne West Corp. jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Machinery Corp. jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Midwest jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Corporation jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Corporation jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Other Prof.   Getzler Henrich & Associates, LLC
         jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey D. Prol   on behalf of Debtor   Duro Dyne MidWest Corp. jprol@lowenstein.com,
         tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
        Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
         jeffrey.m.sponder@usdoj.gov
        John A. Fialcowitz   on behalf of Creditor Committee   Official Committee of Asbestos Claimants
         john@fialcowitzlaw.com
        Jordan E. Jacobson   on behalf of Creditor   Pension Benefit Guaranty Corp
         jacobson.jordan@pbgc.gov, efile@pbgc.gov

District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 18, 2019
                             Form ID: orderntc          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
            quinnk@gotofirm.com
          Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
            knorgaard@norgaardfirm.com,
            sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
            mlichtenstein@crowell.com,  mplevin@crowell.com;tyoon@crowell.com
          Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
            mheimann@mccarter.com
          Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
            International Association, AFL-CIO srever@wjslaw.com,
            srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
          Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
            slross@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
            sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
            sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
            American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                              TOTAL: 33