| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edwin J. Harron, Esq. (Bar No. 040701995)<br>Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: eharron@ycst.com<br>       skohut@ycst.com<br><br>Counsel to the Future Claimants' Representative | Order Filed on January 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>Jointly Administered |

**ORDER ALLOWING FIRST INTERIM APPLICATION OF
LAWRENCE FITZPATRICK AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM SEPTEMBER 7, 2018 THROUGH NOVEMBER 30, 2018**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: January 18, 2019**

                                                            /s/ Michael B. Kaplan
                                                       Honorable Michael B. Kaplan
                                                       United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

01:23957973.2

Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing First Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From September 7, 2018 Through November 30, 2018

---

Upon the *First Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From September 7, 2018 Through November 30, 2018* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided during the Interim Period,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.
2. The Future Claimants' Representative is hereby allowed a first interim allowance of compensation for services rendered in the sum of $31,876.00 and reimbursement of expenses incurred in the sum of $10.30 for the period from September 7, 2018 through November 30, 2018.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

01:23957973.2

-3-

Page: 4
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing First Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From September 7, 2018 Through November 30, 2018

---

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Future Claimants' Representative within ten (10) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

01:23957973.2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27963-MBK
Duro Dyne National Corp.                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jan 18, 2019
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
db          +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:

          Christina Salem    on behalf of Interested Party    The North River Insurance Company
           christina.salem@kennedyscmk.com
          Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
           christina.salem@kennedyscmk.com
          Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
          Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
           dlondon@londonfischer.com
          Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick , dlaskin@ycst.com
          Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
           jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;bnathan@lowenstein.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           john@fialcowitzlaw.com
          Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
           jacobson.jordan@pbgc.gov, efile@pbgc.gov
          Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           quinnk@gotofirm.com

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Jan 18, 2019
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
      knorgaard@norgaardfirm.com,
      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
      mlichtenstein@crowell.com,    mplevin@crowell.com;tyoon@crowell.com
      Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
      mheimann@mccarter.com
      Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
      Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
      International Association, AFL-CIO srever@wjslaw.com,
      srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
      Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
      Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
      slross@duanemorris.com,    AutoDocketWILM@duanemorris.com
      Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
      sforte@goodwin.com,    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
      sforte@goodwin.com,    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
      American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                                          TOTAL: 33