**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.,*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this second monthly fee statement[2] for the period December 1, 2018 through December 31, 2018 (the "**Second Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Second Fee Statement, if any, are due by February 4, 2019.

Dated: January 23, 2019                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Duro Dyne National Corp., *et al.,*[1]     APPLICANT:     Lowenstein Sandler LLP

CASE NO.:    18-27963 (MBK)     CLIENT:     Chapter 11 Debtors

CHAPTER:    11     CASE FILED:     September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

### SECOND MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
### FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

### SECTION I
### FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $426,263.00 | $ 14,045.45 |
| TOTAL FEES ALLOWED TO DATE: | $426,263.00 | $14,045.45 |
| TOTAL RETAINER REMAINING | $      -0- | $      -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 85,252.60 | $      -0- |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2] | $341,010.40 | $14,045.45 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $108,270.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 5,923.25 |
| TOTAL FEE APPLICATION | $114,193.25 |
| MINUS 20% HOLDBACK | - 21,654.00 |
| AMOUNT SOUGHT AT THIS TIME | $ 92,539.25 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04  (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Berger, John L. | 1984 | Partner/Tax | 0.30 | $800.00 | $240.00 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 72.30 | $860.00 | $62,178.00 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 8.00 | $430.00 | $3,440.00 |
| Catalina, Frank T. M. | 2009 | Counsel/Litigation | 0.50 | $635.00 | $317.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 81.10 | $450.00 | $36,495.00 |
| *Freedman, Terri Jane - Travel Time | 1991 | Counsel/Bankruptcy | 4.00 | $225.00 | $900.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate | 0.50 | $650.00 | $325.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 5.90 | $260.00 | $1,534.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 9.50 | $240.00 | $2,280.00 |
| Pagano, Jamie J. | N/A | Paralegal/Litigation | 1.90 | $295.00 | $560.50 |
| **Total Fees** | | | **184.00** | | **$108,270.00** |
| **Attorney Blended Rate** | | | | **$623.25** | |
| *Reflects 50% rate reduction due to non-working travel time | | | | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 5.70 | $2,122.00 |
| Relief from Stay/Adequate Protection Proceedings | 8.20 | $3,977.00 |
| Fee/Employment Applications | 14.20 | $7,890.00 |
| Employment and Retention Applications - Others | 7.20 | $3,470.00 |
| Fee/Employment Objections | 4.20 | $2,095.00 |
| Fee Applications and Invoices - Others | 7.30 | $3,366.00 |
| Non-Working Travel | 12.00 | $4,340.00 |
| Business Operations | 2.30 | $1,240.00 |
| Tax Issues | 22.10 | $13,631.00 |
| Claims Administration and Objections | 72.40 | $48,588.00 |
| Plan and Disclosure Statement (including Business Plan) | 6.50 | $3,583.00 |
| Court Hearings | 17.50 | $11,660.00 |
| Valuation | 2.50 | $1,125.00 |
| Other - Insurance Matters | 1.90 | $1,183.00 |
| **SERVICE TOTALS** | **184.00** | **$108,270.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Computerized legal research | $5,509.97 |
| Transcript charges | $179.45 |
| Travel | $233.83 |
| Photocopies 1 pages at $0.00 per page | $0.00 |
| **TOTAL DISBURSEMENTS** | **$5,923.25** |

---

**SECTION IV**
**CASE HISTORY**

---

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)    DATE CASE FILED: <u>September 7, 2018</u>

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

  a)    Lowenstein Sandler prepared and filed a motion authorizing the Debtors to make certain distributions to shareholders on account of post-petition income taxes;

  b)    Lowenstein Sandler reviewed and analyzed the insurers' second request for production of documents, drafted and served responses to same; and drafted discovery requests to be served on the insurance carriers;

  c)    Lowenstein Sandler prepared for and attended a hearing on the motion to exempt asbestos claimants from the bar date;

  d)    Lowenstein Sandler attended to the estimation and treatment of insurer claims;

  e)    Lowenstein Sandler attended to a stay relief motion, including reviewing a brief in support of stay relief for inter-insurer claims, conducting research on stay relief strategy and preparing for an attending the hearing on the motion;

  f)    Lowenstein Sandler prepared and filed its first interim fee application and rate change certification for 2019, and attended to the payment of fee awards to all professionals;

  g)    Lowenstein Sandler revised the Debtors' administrative fee order and submitted it to the Court for entry;

  h)    Lowenstein Sandler attended to the retention of ordinary course professionals;

  i)    Lowenstein Sandler attended to the closing of certain of the Debtors' bank accounts; and

  m)    Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES:      (unknown at this time)
    (B)    SECURED CREDITORS:           (unknown at this time)
    (C)    PRIORITY CREDITORS:          (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS:  (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at
this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 23, 2019

                    /s/ *Jeffrey D. Prol*_____
                    Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: October 19, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

2.       The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.       Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.       The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.       The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.       This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2018

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Berger, John L. | 1984 | Partner/Tax | 0.30 | $800.00 | $240.00 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 72.30 | $860.00 | $62,178.00 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 8.00 | $430.00 | $3,440.00 |
| Catalina, Frank T. M. | 2009 | Counsel/Litigation | 0.50 | $635.00 | $317.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 81.10 | $450.00 | $36,495.00 |
| *Freedman, Terri Jane - Travel Time | 1991 | Counsel/Bankruptcy | 4.00 | $225.00 | $900.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate | 0.50 | $650.00 | $325.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 5.90 | $260.00 | $1,534.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 9.50 | $240.00 | $2,280.00 |
| Pagano, Jamie J. | N/A | Paralegal/Litigation | 1.90 | $295.00 | $560.50 |
| **TOTAL FEES** | | | **184.00** | | **$108,270.00** |
| **Attorney Blended Rate** | | | | | **$623.25** |

\*        Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 12/03/18 | DC | Tend to filing Affidavits of Service for Prime Clerk | 0.20 | $52.00 |
| B110 | 12/07/18 | DC | Update critical dates memo and attorney calendar; confer with T. Freedman re: upcoming deadlines | 0.40 | $104.00 |
| B110 | 12/07/18 | TJF | Confer with D. Claussen re approval of updated agenda and upcoming critical dates | 0.30 | $135.00 |
| B110 | 12/10/18 | DC | Review docket, update critical dates and tend to e-filing Affidavits of Service | 0.30 | $78.00 |
| B110 | 12/11/18 | DC | Update critical dates and attorney calendar | 0.20 | $52.00 |
| B110 | 12/12/18 | DC | Update calendar with Appeal deadlines as per So Ordered Agreement | 0.20 | $52.00 |
| B110 | 12/12/18 | TJF | Draft affidavit of publication | 1.00 | $450.00 |
| B110 | 12/15/18 | TJF | Draft and forward Affidavit of Publication  for filing | 0.60 | $270.00 |
| B110 | 12/17/18 | DC | Tend to filing Affidavit of Service of BMC | 0.10 | $26.00 |
| B110 | 12/17/18 | DC | Exchange e-mails with Prime Clerk re: publication affidavit | 0.20 | $52.00 |
| B110 | 12/18/18 | DC | Tend to filing Affidavit of Service for First Interim Fee Applications | 0.10 | $26.00 |
| B110 | 12/19/18 | TJF | Finalize and over see filing of Affidavit of Publication | 0.20 | $90.00 |
| B110 | 12/19/18 | TJF | Tend to transcript request from 12/17 hearing | 0.20 | $90.00 |
| B110 | 12/20/18 | DC | Draft e-mail to J&J Court transcribers re: request for transcript of 12/17/18 hearing | 0.20 | $52.00 |
| B110 | 12/20/18 | DC | Tend to filing Affidavit of Service | 0.10 | $26.00 |
| B110 | 12/21/18 | EBL | Finalize and e-file November 2018 monthly operating report | 0.30 | $72.00 |
| B110 | 12/21/18 | TJF | Review and approve November monthly operating report | 0.50 | $225.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 12/31/18 | TJF | Review Notice of Entry of Standing Order 18-4 Staying Civil Matters Involving the United States as a Party | 0.20 | $90.00 |
| B110 | 12/31/18 | TJF | Review file re: upcoming deadlines; e-mail to J. Prol re: motion to assume leases | 0.40 | $180.00 |
| | | | **Total B110 - Case Administration** | 5.70 | $2,122.00 |

### B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 12/01/18 | TJF | Review e-mails from C. Malone re: letters from North River to NY Judge re: relief from stay | 0.50 | $225.00 |
| B140 | 12/12/18 | JDP | Review Mid-States brief in support of stay relief | 0.30 | $258.00 |
| B140 | 12/13/18 | JDP | Review response filed by Midstates in support of stay relief for inter-insurer claims | 0.40 | $344.00 |
| B140 | 12/13/18 | TJF | Telephone call with Anderson Kill re: stay relief strategy and discovery requests to Insurers | 0.40 | $180.00 |
| B140 | 12/13/18 | TJF | Review Statement by Midstates re: Stay Relief Motion | 0.30 | $135.00 |
| B140 | 12/13/18 | TJF | Conduct research on stay relief strategy | 3.30 | $1,485.00 |
| B140 | 12/15/18 | TJF | Research re: non-debtor/automatic stay | 3.00 | $1,350.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 8.20 | $3,977.00 |

### B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 12/06/18 | JDP | Review and edit pre-bill and fee application | 1.20 | $1,032.00 |
| B160 | 12/07/18 | EBL | Prepare draft first interim fee application and related documents | 2.60 | $624.00 |
| B160 | 12/07/18 | JDP | Review pre-bill in preparation for preparing fee application | 0.60 | $516.00 |
| B160 | 12/11/18 | EBL | Review and respond to multiple e-mails from Young Conaway re: first interim fee applications | 0.40 | $96.00 |
| B160 | 12/11/18 | JDP | Prepare fee application | 1.50 | $1,290.00 |
| B160 | 12/12/18 | JDP | Prepare fee application | 2.00 | $1,720.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 12/13/18 | EBL | Work on Lowenstein's first interim fee application and related documents | 1.80 | $432.00 |
| B160 | 12/13/18 | JDP | Attend to preparation of fee application | 1.20 | $1,032.00 |
| B160 | 12/14/18 | DC | Discussions with T. Freedman and E. Lawler re: interim fee applications, retrieve filed copies of all fee applications and update electronic files | 0.50 | $130.00 |
| B160 | 12/14/18 | EBL | Finalize (.4) and e-file (.2) Lowenstein's first interim fee application; two phone calls with J. Prol re: same (.2) | 0.80 | $192.00 |
| B160 | 12/14/18 | JDP | Review and edit first interim fee application | 0.70 | $602.00 |
| B160 | 12/18/18 | DC | Draft e-mail to Judge Kaplan forwarding clean and redlined version of proposed Interim Compensation Order and forward entered order to BMC for service | 0.40 | $104.00 |
| B160 | 12/28/18 | EBL | Finalize and e-file rate change notice for 2019 | 0.20 | $48.00 |
| B160 | 12/28/18 | EBL | Discussions and e-mails with T. Freedman re: objection deadline to first interim fee application and related issues | 0.30 | $72.00 |
| | | | **Total B160 - Fee/Employment Applications** | 14.20 | $7,890.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 12/04/18 | DC | Tend to filing Declaration of Manley Burke in Support of Retention as Ordinary Course Professional | 0.30 | $78.00 |
| B165 | 12/04/18 | TJF | Review Trustee's comments to Debtors' administrative fee order motion | 0.40 | $180.00 |
| B165 | 12/04/18 | TJF | Oversee filing of Manley Burke OCP declaration (.2) and telephone call wth Mazars re: same (.2) | 0.40 | $180.00 |
| B165 | 12/05/18 | TJF | Telephone call with C. Fine re: OCP declaration (.3); review same (.2) | 0.50 | $225.00 |
| B165 | 12/11/18 | JDP | E-mails to/from estate professionals re: fee app deadline | 0.20 | $172.00 |
| B165 | 12/11/18 | TJF | Review e-mails re:  briefing schedule on Trustee's appeal | 0.20 | $90.00 |
| B165 | 12/12/18 | TJF | Review District Court order on appeal briefing schedule | 0.20 | $90.00 |
| B165 | 12/13/18 | TJF | E-mail exchange with J. Sponder re: revised administrative fee order | 0.20 | $90.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 12/13/18 | TJF | Revise administrative fee order re: Trustee's comments | 0.80 | $360.00 |
| B165 | 12/15/18 | TJF | Revise administrative fee order as per Trustee's comments and forward to J. Sponder | 0.40 | $180.00 |
| B165 | 12/18/18 | TJF | Tend to submission of revised administrative fee order | 0.20 | $90.00 |
| B165 | 12/18/18 | TJF | Review file from M. Podgainy re: Discovery documents | 1.80 | $810.00 |
| B165 | 12/20/18 | JDP | E-mails to/from client and estate professionals re: payment of fees before year end | 0.50 | $430.00 |
| B165 | 12/20/18 | TJF | Prepare fee award chart for estate professionals | 0.60 | $270.00 |
| B165 | 12/27/18 | TJF | Review certificates of good standing re: pro hac vice application for C. Malone | 0.20 | $90.00 |
| B165 | 12/31/18 | TJF | Review order staying the US Trustee's appeal from the order appointing the legal representative due to the government shut down and e-mail from J. Prol re: same; review client responses | 0.30 | $135.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 7.20 | $3,470.00 |

B170 Fee/Employment Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B170 | 12/12/18 | TJF | Review e-mail from J. Sponder (.2) re:  Debtors retention of Manley Burke, LPA and Mazars USA LLP as ordinary course professionals (.2) and contact Manley Burke and Mazars re:  same (.1) | 0.50 | $225.00 |
| B170 | 12/15/18 | TJF | Review e-mail from J. Sponder re: request for additional information from Manly Burke and Mazars (.1); forward e-mails to Manly Burke and Mazars re: same (.2); review responses from C. Fine and S. Callen (.1) | 0.40 | $180.00 |
| B170 | 12/17/18 | TJF | Telephone calls to Manley Burke and Mazars re: OCP follow-up (.2); review e-mail from Manley Burke re: same (.2) | 0.40 | $180.00 |
| B170 | 12/17/18 | TJF | Review e-mail from J. Sponder and draft e-mail to Mazars and S. Callan and review response | 0.40 | $180.00 |
| B170 | 12/18/18 | TJF | Tend to Anderson Kill invoice payment issues | 0.50 | $225.00 |
| B170 | 12/18/18 | TJF | Respond to e-mail from T. Funkhouser re: retention and fee waiver issues | 0.30 | $135.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B170 | 12/20/18 | JDP | Follow-up on UST's requests for additioanl information on ordinary course professionals | 0.20 | $172.00 |
| B170 | 12/20/18 | JDP | E-mails from/to J. Sponder and LS team re: retention of ordinary course professionals | 0.30 | $258.00 |
| B170 | 12/20/18 | TJF | Tend to follow-up e-mails from J. Prol re: status of Debtors retention of Manley Burke, LPA and Mazars USA LLP as ordinary course professionals | 0.30 | $135.00 |
| B170 | 12/20/18 | TJF | Telephone call to J. Sponder (.2); review e-mail from J. Sponder re: retention of Manley Burke and Mazars (.1); draft explanation of counsels' roles in case (.2) | 0.50 | $225.00 |
| B170 | 12/20/18 | TJF | E-mails with J. Sponder re: extension of time to object to retention of professionals; review e-mail to court re: same | 0.30 | $135.00 |
| B170 | 12/24/18 | TJF | Review e-mails from Court approving extension of objection time | 0.10 | $45.00 |
| | | | **Total B170 - Fee/Employment Objections** | 4.20 | $2,095.00 |

<u>B175 Fee Applications and Invoices - Others</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 12/11/18 | TJF | Telephone call with M. Silvershotz and C. Malone re: retention/payment issues | 0.30 | $135.00 |
| B175 | 12/13/18 | EBL | Review and respond to e-mails from YCST re: fee applications | 0.20 | $48.00 |
| B175 | 12/14/18 | TJF | Telephone call(s) with M. Podgainy re: filing interim fee application and coordinate same with paralegal | 0.50 | $225.00 |
| B175 | 12/17/18 | TJF | Prepare for court re: review pleadings and conduct legal research re: distributions; confer with J. Prol; prepare order | 2.00 | $900.00 |
| B175 | 12/20/18 | TJF | E-mail exchange with C. O'Callaghan and J. Iannuzzo re: payment of fees | 0.40 | $180.00 |
| B175 | 12/20/18 | TJF | E-mail exchange with all professionals and debtors re: payment of fees | 0.40 | $180.00 |
| B175 | 12/21/18 | JDP | Attention to payment of fee awards | 0.30 | $258.00 |
| B175 | 12/21/18 | TJF | Tend to e-mails with client regarding professional retainer discussion | 0.30 | $135.00 |
| B175 | 12/24/18 | TJF | Review updated information on professional retainer issues | 0.20 | $90.00 |
| B175 | 12/26/18 | TJF | Review chart by C. O'Callaghan re payment amounts to professionals and tend to e-mails re same | 0.50 | $225.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 12/28/18 | TJF | Tend to fee applications payments (.2); confirm amounts of fees and all wire instructions (.3); confer with C. O'Callaghan re: same (.3); e-mail to L. White re: same (.2); e-mails to Gilbert LLC and Young Conaway re: wire transfer instructions (.3); telephone call with L. Fitzpatrick re: wire instructions (.2); e-mail to J. Prol re: same (.2); confer with B. Lawler re: same (.3) | 2.00 | $900.00 |
| B175 | 12/31/18 | TJF | Confirm payment of professional fees | 0.20 | $90.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 7.30 | $3,366.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 12/10/18 | JDP | Travel to and from hearing on bar date | 4.00 | $1,720.00 |
| B195 | 12/17/18 | JDP | Travel to and from Trenton for hearing on motion lift stay, motion to pay tax claim and motion for admin fee procedures order | 4.00 | $1,720.00 |
| B195 | 12/17/18 | TJF | Travel to/from Trenton for motion hearing | 4.00 | $900.00 |
| | | | **Total B195 - Non-Working Travel** | 12.00 | $4,340.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 12/04/18 | JDP | E-mails from/to client re: situation with landlord in CA | 0.30 | $258.00 |
| B210 | 12/04/18 | TJF | E-mail exchange with Trustee re: status of bank accounts and insurance update; discuss same with Debtors; provide updated insurance certificate to Trustee | 0.40 | $180.00 |
| B210 | 12/07/18 | TJF | E-mails with client re: closing of Sterling bank accounts; review letter from Sterling Bank re: same; forward letter to Trustee | 0.50 | $225.00 |
| B210 | 12/10/18 | TJF | Forward letter from Sterling Bank to US Trustee's office re: accounts are all closed | 0.20 | $90.00 |
| B210 | 12/11/18 | TJF | Tend to issues regarding quarterly financial statements for Duro Dyne US and Canadian operations from 2015-Q3 2018 | 0.20 | $90.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 12/13/18 | JDP | E-mails from/to P. Rossetto re: west coast landlord | 0.20 | $172.00 |
| B210 | 12/15/18 | TJF | E-mail re: follow up closing of Sterling Accounts | 0.20 | $90.00 |
| B210 | 12/16/18 | TJF | Follow-up e-mail to Trustee re: Sterling  Bank Accounts | 0.10 | $45.00 |
| B210 | 12/18/18 | TJF | Review response from Trustee's office re: Sterling bank issues resolved; notify client of same | 0.20 | $90.00 |
| | | | **Total B210 - Business Operations** | 2.30 | $1,240.00 |

### B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B240 | 12/01/18 | TJF | E-mail to financial advisors re:  2018 income and tax estimates and review responses | 0.30 | $135.00 |
| B240 | 12/02/18 | TJF | Research and draft motion requesting distributions for taxes; forward same to financial advisors | 1.50 | $675.00 |
| B240 | 12/03/18 | JDP | Review and edit motion to make tax distributions; review research re: same | 2.00 | $1,720.00 |
| B240 | 12/03/18 | TJF | Research re: distribution to shareholders for tax liability | 2.40 | $1,080.00 |
| B240 | 12/03/18 | TJF | Drafting/revising Motion for Shareholder Distribution | 1.80 | $810.00 |
| B240 | 12/04/18 | JDP | Research re: tax payment motion | 1.20 | $1,032.00 |
| B240 | 12/04/18 | TJF | Confer with J. Prol re: motion to distribute tax funds; revise same; telephone call to R. Hinden; e-mail to financial advisors re: information | 0.80 | $360.00 |
| B240 | 12/04/18 | TJF | Continue to revise Motion for tax distributions with additional information from accountants, clients and J. Prol comments; draft applications and order on short notice | 1.80 | $810.00 |
| B240 | 12/05/18 | JDP | Final review of motion to permit distributions to pay taxes | 0.50 | $430.00 |
| B240 | 12/05/18 | JDP | Review and edit motion for authority to pay tax claims | 1.50 | $1,290.00 |
| B240 | 12/05/18 | TJF | Telephone call to Chambers re:motion on short notice | 0.30 | $135.00 |
| B240 | 12/05/18 | TJF | Final revisions to tax distribution motion and confer with J. Prol re same | 1.60 | $720.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B240 | 12/06/18 | EBL | Finalize (.3) and e-file (.2) motion re: shareholder distributions re: post-petition income tax; finalize (.2) and e-file application shortening time re: same (.1); phone call with T. Freedman re: service (.1); phone call with BMC Group re: service (.1) | 1.00 | $240.00 |
| B240 | 12/06/18 | EBL | Review order shortening time re: distribution motion; coordinate service re: same | 0.30 | $72.00 |
| B240 | 12/06/18 | JDP | Research re: alternatives for payment of taxes | 1.50 | $1,290.00 |
| B240 | 12/06/18 | JDP | E-mails to/from C. Fine re: payment of taxes | 0.30 | $258.00 |
| B240 | 12/11/18 | JDP | Research re: tax issues | 0.40 | $344.00 |
| B240 | 12/14/18 | JDP | Research and review cases re: tax distributions to shareholders to pay taxes for subchapter S corps in bankruptcy | 1.50 | $1,290.00 |
| B240 | 12/15/18 | JDP | Confer with J. Berger re: tax claim motion | 0.30 | $258.00 |
| B240 | 12/15/18 | JLB | Confer with J. Prol re: tax issue | 0.30 | $240.00 |
| B240 | 12/19/18 | TJF | Telephone call with C. O'Callaghan re distributions; e-mail to j. Prol re same | 0.30 | $135.00 |
| B240 | 12/19/18 | TJF | E-mail exchange with K. Marshall re: estimate of tax distribution | 0.30 | $135.00 |
| B240 | 12/20/18 | JDP | Review and respond to e-mails re: process for payment of taxes | 0.20 | $172.00 |
| | | | **Total B240 - Tax Issues** | 22.10 | $13,631.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 12/03/18 | JDP | Review and analyze insurer objections to motion to excuse asbestos claimants from filing proofs of claim; develop strategy | 1.60 | $1,376.00 |
| B310 | 12/03/18 | JDP | Review claim estimation/plan discovery propounded by North River to Hinden family members | 1.50 | $1,290.00 |
| B310 | 12/03/18 | JDP | Confer with J. Cooper re: discovery | 0.20 | $172.00 |
| B310 | 12/03/18 | TJF | Complete and forward draft response to certain insurers' second set of document demands to J. Prol | 0.50 | $225.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 12/03/18 | TJF | Telephone call with J. Cooper and J. Prol re: Duro Dyne Discovery | 0.30 | $135.00 |
| B310 | 12/03/18 | TJF | Confer with D. Claussen re: proof of service for Joint Motion to Exempt Asbestos Claims from 1-8-19 Bar Date | 0.20 | $90.00 |
| B310 | 12/03/18 | TJF | Review Hartford and Mid State' Opposition to Motion to Exempt Asbestos Claims and Demands From the January 8, 2019 Claims Bar Date | 0.50 | $225.00 |
| B310 | 12/04/18 | JDP | Telephone conference with counsel to committee and legal rep re: motion to exclude asbestos creditors from bar date | 0.50 | $430.00 |
| B310 | 12/04/18 | JDP | Review and analyze insurers' second request for production of documents; forward to client and J. Cooper | 1.20 | $1,032.00 |
| B310 | 12/04/18 | JDP | Cooordinate insurer discovery served on debtors and shareholders | 0.50 | $430.00 |
| B310 | 12/05/18 | JDP | Telephone conference with M. Podgainy re: discovery and valuation | 0.50 | $430.00 |
| B310 | 12/05/18 | JDP | Review discovery served by insurers | 0.30 | $258.00 |
| B310 | 12/05/18 | JDP | Telephone conference with J. Cooper, R. Hinden, W, Hinden and I. Hinden re: discovery issues | 1.00 | $860.00 |
| B310 | 12/05/18 | TJF | Drafting discovery responses to Insurers discovery demands | 1.00 | $450.00 |
| B310 | 12/05/18 | TJF | Review reply brief re: exempt asbestos claims from filing proof of claims | 0.50 | $225.00 |
| B310 | 12/06/18 | EBL | Finalize, e-file and coordinate service of reply memorandum in support of the Plan Proponents' motion to exempt asbestos claims from the bar date | 1.10 | $264.00 |
| B310 | 12/06/18 | JDP | Review and edit reply brief on motion to excuse asbestos claimants from bar date | 2.00 | $1,720.00 |
| B310 | 12/06/18 | TJF | Review multiple e-mails and revisions to reply to objection to proof of claim exemption motion; revise reply papers and oversee filing | 5.00 | $2,250.00 |
| B310 | 12/06/18 | TJF | Review e-mails re: insurance negotiations | 0.20 | $90.00 |
| B310 | 12/07/18 | JDP | Telephone conference with J. Cooper re: discovery | 0.10 | $86.00 |
| B310 | 12/07/18 | JDP | Review and analyze insurer discovery demands | 1.50 | $1,290.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 12/07/18 | TJF | Draft Debtors' response to discovery served by the Insurers on claim estimation and plan confirmation | 0.80 | $360.00 |
| B310 | 12/10/18 | FTMC | Call with J. Prol re: discovery | 0.30 | $190.50 |
| B310 | 12/10/18 | JDP | Telephone conference with with J. Cooper re: insurer plan discovery | 0.20 | $172.00 |
| B310 | 12/10/18 | JDP | Telephone conference with R. Hinden re: result of bar date motion | 0.20 | $172.00 |
| B310 | 12/10/18 | JDP | Confer with F. Catalina re: discovery | 0.30 | $258.00 |
| B310 | 12/10/18 | TJF | Finalize and forward draft responses to Insurers' second document demand to J. Prol | 0.30 | $135.00 |
| B310 | 12/11/18 | JDP | E-mails from/to PBGC and client re: info requested by PBGC | 0.20 | $172.00 |
| B310 | 12/11/18 | JDP | Telephone conference with client and J. Cooper re: response to insurer discovery | 1.50 | $1,290.00 |
| B310 | 12/11/18 | JDP | Review insurer second set of discovery; develop strategy | 1.20 | $1,032.00 |
| B310 | 12/11/18 | JDP | Respond to G. Calhoun e-mail re: discovery schedule | 0.30 | $258.00 |
| B310 | 12/11/18 | TJF | Review file and forward objections to Insurers' discovery demands to B. Roy | 0.40 | $180.00 |
| B310 | 12/12/18 | JDP | Telephone conference with C. Malone and M. Silvershotz re: claims estimation | 0.50 | $430.00 |
| B310 | 12/12/18 | JDP | Develop strategy for claims estimation | 1.50 | $1,290.00 |
| B310 | 12/12/18 | JJP | Provide assistance to J. Prol re: document review | 0.20 | $59.00 |
| B310 | 12/12/18 | TJF | Forward Debtors' responses to the US Trustee and the Insurers' First set of document demands to J. Cooper | 0.30 | $135.00 |
| B310 | 12/12/18 | TJF | Review e-mails and related caselaw from M. Silvershots re: removal strategy | 1.50 | $675.00 |
| B310 | 12/13/18 | JDP | Telephone conference with M. Podgainy re: claims estimation plan confirmation | 1.00 | $860.00 |
| B310 | 12/13/18 | JDP | Develop discovery to serve on carriers | 1.40 | $1,204.00 |
| B310 | 12/13/18 | JDP | Telephone conference with C. Malone re: strategy on estimation hearing and discovery to be served on carriers | 0.50 | $430.00 |
| B310 | 12/13/18 | TJF | Revise order exempting Asbestos Claimants from the claims bar date | 0.80 | $360.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 12/13/18 | TJF | E-mails with J. Cooper re: status responses to discovery | 0.10 | $45.00 |
| B310 | 12/13/18 | TJF | E-mails with C. Malone re: estimate of potential pre-petition insurer defense cost contribution claims | 0.10 | $45.00 |
| B310 | 12/13/18 | TJF | Review proposed documents demands to be sent to Insureres drafted by C. Malone and comments by M. Silvershotz re: same | 0.50 | $225.00 |
| B310 | 12/14/18 | JDP | Telephone conference with client re: plan/claims discovery and plan strategy | 0.50 | $430.00 |
| B310 | 12/18/18 | TJF | Review e-mails and documents re: Ohio mortgage issues raised by J. Liesemer | 0.40 | $180.00 |
| B310 | 12/19/18 | JDP | Participate in call with counsel to committee and legal representative re: claims estimation and treatment of insurer claims | 0.50 | $430.00 |
| B310 | 12/19/18 | JDP | Telephone conference with G. Calhoun re: settlement of insurer claims | 0.20 | $172.00 |
| B310 | 12/19/18 | JDP | Attention to insurer discovery | 1.50 | $1,290.00 |
| B310 | 12/19/18 | TJF | Draft discovery to send to Asbestos Insurers, telephone call with C. Malone re: same | 1.10 | $495.00 |
| B310 | 12/20/18 | FTMC | Review responses to discovery requests and e-mail J. Prol re: same | 0.20 | $127.00 |
| B310 | 12/20/18 | JDP | Review and draft response to Insurers' second set of discovery requests | 1.50 | $1,290.00 |
| B310 | 12/20/18 | JDP | Review documents pulled for production | 1.50 | $1,290.00 |
| B310 | 12/20/18 | TJF | Confer with J. Prol re: objections to Insurers' discovery requests, review draft responses | 0.50 | $225.00 |
| B310 | 12/20/18 | TJF | Review Debtors' response to North River's second set of requests for production of documents | 0.50 | $225.00 |
| B310 | 12/20/18 | TJF | Review revisions to settlement agreement and e-mails from C. Malone and E. Grim re: same | 0.80 | $360.00 |
| B310 | 12/20/18 | TJF | Review e-mail from PBGC re: follow-up on proof of claim laim | 0.10 | $45.00 |
| B310 | 12/20/18 | TJF | Tend to on-going e-mails and revision to discovery demands and responses | 2.00 | $900.00 |
| B310 | 12/20/18 | TJF | Prep for and attend conference call with J. Prol and M. Podgainy re: discovery and production of documents | 0.70 | $315.00 |
| B310 | 12/21/18 | JDP | Review document cull for insurer discovery requests | 2.00 | $1,720.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 12/21/18 | JDP | Confer with Getzler re: document production requests | 0.80 | $688.00 |
| B310 | 12/21/18 | JDP | Edit responses to insurers' second discovery requests | 2.20 | $1,892.00 |
| B310 | 12/23/18 | TJF | Revise document demands | 1.00 | $450.00 |
| B310 | 12/24/18 | JDP | Review PBGC draft consent orders re: filing consolidated proofs of claim | 0.10 | $86.00 |
| B310 | 12/24/18 | JDP | Attention to response to insurer document requests | 1.20 | $1,032.00 |
| B310 | 12/24/18 | TJF | Continued e-mails re: discovery demands to Insurers | 0.10 | $45.00 |
| B310 | 12/24/18 | TJF | Finalize document demand to Insurers and forward same to C. Malone and J. Prol | 0.20 | $90.00 |
| B310 | 12/26/18 | JDP | Telephone conference with J. Cooper re: responses to insurer discovery demands | 0.50 | $430.00 |
| B310 | 12/26/18 | JDP | Review and edit Hinden Responders responses to document demands | 1.00 | $860.00 |
| B310 | 12/26/18 | JDP | Review, edit and finalize Debtors' responses to insurer document demands | 0.50 | $430.00 |
| B310 | 12/26/18 | JDP | Review documents to be produced pursuant to insurer document demands | 1.30 | $1,118.00 |
| B310 | 12/26/18 | JDP | Review and edit Debtors' first set of document demands to insurance carriers | 0.80 | $688.00 |
| B310 | 12/26/18 | TJF | Tend to e-mails from J. Cooper and J. Prol re:  Response by 4 Site, Randall Hinden, Wendy Hinden and Irene Hinden to Insurers' Document Request | 0.30 | $135.00 |
| B310 | 12/26/18 | TJF | E-mails with J. Prol re: draft Request for Documents to Insurers | 0.50 | $225.00 |
| B310 | 12/26/18 | TJF | Prep for and attend call on discovery and production of documents | 0.50 | $225.00 |
| B310 | 12/26/18 | TJF | Review e-mails re discovery responses to Insurers requests; Review responses by Hinden Entities and e-mail from J. Cooper re: same; prepare for and attend call re: same | 1.50 | $675.00 |
| B310 | 12/27/18 | JDP | Further review of debtors' discovery to insurers | 0.20 | $172.00 |
| B310 | 12/27/18 | JDP | Review info request from UPS Canada; e-mails to/from client re: claims in favor of UPS Canada | 0.20 | $172.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 12/27/18 | JDP | E-mails from/to J. Cooper re: discovery from insurers | 0.20 | $172.00 |
| B310 | 12/27/18 | JDP | Review document cull responsive to insurer discovery | 1.50 | $1,290.00 |
| B310 | 12/27/18 | JJP | Confer with J. Prol re: document production; review drop box information | 0.40 | $118.00 |
| B310 | 12/28/18 | TJF | Review and make revisions to answers from the Debtors to document demands | 3.60 | $1,620.00 |
| B310 | 12/31/18 | JDP | Finalize response to insurer second discovery demand; attend to production | 2.20 | $1,892.00 |
| B310 | 12/31/18 | JJP | Process documents into the existing case database; prepare document production sets; confer with J. Prol re: same; post the production sets to Sharefile and provide a link for distribution of same | 1.30 | $383.50 |
| B310 | 12/31/18 | TJF | Review/respond to e-mails re: DD Insurer Discovery | 0.30 | $135.00 |
| B310 | 12/31/18 | TJF | Finalize and tend to serve responses to Insurer Discovery | 0.80 | $360.00 |
| B310 | 12/31/18 | TJF | Review pleadings from PBGC re: PBGC claims | 0.20 | $90.00 |
| B310 | 12/31/18 | TJF | E-mail exchange with J. Jacobson re: comments to pleadings | 0.20 | $90.00 |
| B310 | 12/31/18 | TJF | Telephone conference with counsel re: strategy and response to objection to motion to exempt  asbestos claimaints from bar date | 0.50 | $225.00 |
| | | | **Total B310 - Claims Administration and Objections** | 72.40 | $48,588.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 12/07/18 | TJF | Review research memo on New Value | 2.30 | $1,035.00 |
| B320 | 12/10/18 | JDP | Meeting with committee and legal rep counsel re: plan terms | 0.20 | $172.00 |
| B320 | 12/11/18 | TJF | Confer with B. Davis re: filing affidavits of publication | 0.20 | $90.00 |
| B320 | 12/12/18 | JDP | Telephone conference with M. Podgainy re: valuation | 1.00 | $860.00 |
| B320 | 12/17/18 | JDP | Meeting with attys for committee and legal rep re: open plan issues | 0.30 | $258.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 12/18/18 | DAS | Review status of Ohio mortgage; various e-mails re: same | 0.50 | $325.00 |
| B320 | 12/20/18 | DC | Exchange e-mails re: service of Disclosure Statement Order | 0.30 | $78.00 |
| B320 | 12/20/18 | TJF | Review docket re: additional filings of plan and disclosure statement in each individual case | 0.20 | $90.00 |
| B320 | 12/21/18 | EBL | Review docket in related cases re: entry of copy of disclosure statement order in response to e-mail re: service of same; e-mails with T. Freedman confirming that service is not necessary | 0.30 | $72.00 |
| B320 | 12/21/18 | TJF | Review ECF notice of service of plan filings in each case and confer with E. Lawlor re: same | 0.40 | $180.00 |
| B320 | 12/27/18 | JDP | Attention to exclusivity | 0.20 | $172.00 |
| B320 | 12/27/18 | TJF | Confer with J. Prol re: exclusivity | 0.30 | $135.00 |
| B320 | 12/31/18 | DC | Follow up with BMC and T. Freedman re: service of Disclosure Statement Order | 0.10 | $26.00 |
| B320 | 12/31/18 | TJF | Review and respond to e-mail from E. Harron re: plan exclusivity | 0.20 | $90.00 |

|  |  |  | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 6.50 | $3,583.00 |

<u>B400 - Bankruptcy-Related Advice</u>

<u>B430A Court Hearings</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 09/11/18 | TJF | Revise Orders on First Day Motions | 0.80 | $360.00 |
| B430A | 12/03/18 | DC | Prepare draft agenda for 12/10/18 hearing; retrieve Objections to Exempt Asbestos Claims motion and revise agenda | 0.40 | $104.00 |
| B430A | 12/04/18 | DC | Finalize Agenda for 12/10/18 hearing | 0.30 | $78.00 |
| B430A | 12/04/18 | JDP | Review and edit agenda for 12/10 hearing | 0.20 | $172.00 |
| B430A | 12/04/18 | TJF | E-mail exchange with D. Claussen re: review agenda for hearing on 12/10/18 | 0.20 | $90.00 |
| B430A | 12/05/18 | DC | Revise Agenda for12/10/18 hearing and arrange for service with BMC | 0.20 | $52.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 12/06/18 | EBL | Finalize and e-file agenda for 12/10/18 hearing | 0.20 | $48.00 |
| B430A | 12/07/18 | DC | Tend to filing and service of Amended Agenda for 12/10/18 hearing | 0.20 | $52.00 |
| B430A | 12/10/18 | JDP | Prepare for hearing on motion to exempt asbestos claims from bar date | 1.00 | $860.00 |
| B430A | 12/10/18 | JDP | Particiate in hearing on motion to exempt asbestos claims from bar date | 2.00 | $1,720.00 |
| B430A | 12/12/18 | JDP | Participate in telephonic hearing to hear decision on motion to exclude asbestos claimants from bar date | 0.30 | $258.00 |
| B430A | 12/12/18 | TJF | Attend telephone hearing re Court's decision on Joint Application to Exempt Asbestos Claims and Demands from Bar Date | 0.30 | $135.00 |
| B430A | 12/13/18 | DC | Prepare and e-file Agenda for 12/17/18 hearing and confer with court staff re: hearing calendar linking issues related to Stay Relief Motion | 1.20 | $312.00 |
| B430A | 12/13/18 | JDP | Review and edit agenda for 12/17 hearing | 0.20 | $172.00 |
| B430A | 12/13/18 | JDP | Prepare for 12/17 hearings | 2.50 | $2,150.00 |
| B430A | 12/17/18 | JDP | Attend hearing on motion to lift stay, motion to pay tax claim and motion for admin fee procedures order | 1.50 | $1,290.00 |
| B430A | 12/17/18 | JDP | Prep for hearing on motion to lift stay, motion to pay tax claim and for admin fee order | 2.50 | $2,150.00 |
| B430A | 12/17/18 | TJF | Telephone with J. Prol R. Hinden, M. Podgainy and C. Malone re: results of hearing and strategy | 0.50 | $225.00 |
| B430A | 12/17/18 | TJF | Attend hearing on motion for administrative fee order, relief from stay and distributions for taxes | 1.50 | $675.00 |
| B430A | 12/19/18 | JDP | Review and edit memo to client re: Monday's hearings | 0.20 | $172.00 |
| B430A | 12/19/18 | TJF | Draft e-mail to client re: results of hearing on 12/17 | 0.80 | $360.00 |
| B430A | 12/19/18 | TJF | Draft e-mail to clients re: outcome of hearings on motions for administrative fee order, distributions to shareholders and relief from stay | 0.50 | $225.00 |
| | | | **Total B430A - Court Hearings** | 17.50 | $11,660.00 |

B450 Valuation

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B450 | 12/14/18 | TJF | Research re: date of valuation | 2.50 | $1,125.00 |
| | | | **Total B450 - Valuation** | 2.50 | $1,125.00 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 12/06/18 | JDP | E-mails to/from K. Quinn re: status of insurance discussions | 0.20 | $172.00 |
| B460 | 12/07/18 | JDP | E-mails to/from K. Quinn re: status of insurance settlement discussions | 0.20 | $172.00 |
| B460 | 12/19/18 | JDP | Review revised settlement agreement | 0.40 | $344.00 |
| B460 | 12/19/18 | TJF | Prepare for and attend conference call with debtors' professionals re: status of asbestos settlements; review follow up e-mail | 1.10 | $495.00 |
| | | | **Total B460 - Other - Insurance Matters** | 1.90 | $1,183.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 5.70 | $2,122.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 8.20 | $3,977.00 |
| B160 | Fee/Employment Applications | 14.20 | $7,890.00 |
| B165 | Employment and Retention Applications - Others | 7.20 | $3,470.00 |
| B170 | Fee/Employment Objections | 4.20 | $2,095.00 |
| B175 | Fee Applications and Invoices - Others | 7.30 | $3,366.00 |
| B195 | Non-Working Travel | 12.00 | $4,340.00 |
| B210 | Business Operations | 2.30 | $1,240.00 |
| B240 | Tax Issues | 22.10 | $13,631.00 |
| B310 | Claims Administration and Objections | 72.40 | $48,588.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 6.50 | $3,583.00 |
| B430A | Court Hearings | 17.50 | $11,660.00 |
| B450 | Valuation | 2.50 | $1,125.00 |
| B460 | Other - Insurance Matters | 1.90 | $1,183.00 |
| | **Total** | **184.00** | **$108,270.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $5,509.97 |
| Transcript charges | $179.45 |
| Travel | $233.83 |
| Photocopies 1 pages at $0.00 per page | $0.00 |
| **Total Disbursements** | **$5,923.25** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 12/17/18 | Transcript Charges  VENDOR: J & J Court Transcribers Inc.; INVOICE#: 2018-02374; DATE: 12/26/2018 - Fee for transcript | $179.45 |
| 11/05/18 | Local Travel  VENDOR: Terri Freedman INVOICE#: 2901508112130201 DATE: 12/13/2018   ; 11/05/18; Mileage; FROM: Office; TO: Court; Travel to Trenton for hearing | $75.21 |
| 11/05/18 | Local Travel  VENDOR: Terri Freedman INVOICE#: 2901508112130201 DATE: 12/13/2018   ; 11/05/18; Parking; Travel to Trenton for hearing | $10.00 |
| 12/10/18 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 2975144112140204 DATE: 12/14/2018   ; 12/10/18; Mileage; FROM: Office; TO: Court; Round trip mileage to Trenton for Hearing | $64.31 |
| 12/10/18 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 2975144112140204 DATE: 12/14/2018   ; 12/10/18; Parking; Parking in Trenton for Hearing | $10.00 |
| 12/17/18 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 2992267612210201 DATE: 12/21/2018   ; 12/17/18; Mileage; FROM: Office; TO: Court; Round trip mileage to Trenton for hearing | $64.31 |
| 12/17/18 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 2992267612210201 DATE: 12/21/2018   ; 12/17/18; Parking; Parking for hearing | $10.00 |
| 10/03/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/03/2018 Court: NJBK Pages: 23 | $2.30 |
| 10/05/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/05/2018 Court: NJBK Pages: 34 | $3.40 |
| 10/09/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019    Date: 10/09/2018 Court: NJBK Pages: 36 | $3.60 |
| 10/09/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/09/2018 Court: MNBK Pages: 6 | $0.60 |
| 10/09/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/09/2018 Court: NJBK Pages: 10 | $1.00 |
| 10/10/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/10/2018 Court: NJBK Pages: 30 | $3.00 |
| 10/11/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/11/2018 Court: NJBK Pages: 5 | $0.50 |
| 10/12/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/12/2018 Court: NJBK Pages: 17 | $1.70 |
| 10/17/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019    Date: 10/17/2018 Court: NJBK Pages: 92 | $9.20 |
| 10/19/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019    Date: 10/19/2018 Court: NJBK Pages: 403 | $40.30 |
| 10/25/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: | $3.40 |

| | | |
|---|---|---|
| | 1/14/2019    Date: 10/25/2018 Court: DEBK Pages: 34 | |
| 10/25/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019    Date: 10/25/2018 Court: 00PCL Pages: 1 | $0.10 |
| 10/29/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/29/2018 Court: NJBK Pages: 386 | $38.60 |
| 10/30/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/30/2018 Court: ILSBK Pages: 4 | $0.40 |
| 10/30/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 10/30/2018 Court: NJBK Pages: 33 | $3.30 |
| 11/01/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019    Date: 11/01/2018 Court: NJBK Pages: 30 | $3.00 |
| 11/01/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/01/2018 Court: NJBK Pages: 3 | $0.30 |
| 11/05/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/05/2018 Court: NJBK Pages: 3 | $0.30 |
| 11/12/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019    Date: 11/12/2018 Court: NJBK Pages: 79 | $7.90 |
| 11/15/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/15/2018 Court: NJBK Pages: 91 | $9.10 |
| 11/16/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/16/2018 Court: NJBK Pages: 364 | $36.40 |
| 11/16/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/16/2018 Court: NYSBK Pages: 30 | $3.00 |
| 11/16/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/16/2018 Court: DEBK Pages: 87 | $8.70 |
| 11/27/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/27/2018 Court: NJBK Pages: 30 | $3.00 |
| 11/28/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/28/2018 Court: NJBK Pages: 2 | $0.20 |
| 11/30/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/30/2018 Court: NJBK Pages: 2 | $0.20 |
| 11/30/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019    Date: 11/30/2018 Court: FLSBK Pages: 38 | $3.80 |
| 12/02/18 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-1.00; LA DOCUMENT ACCESS-5.00; ; | $94.89 |
| 12/03/18 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: ALM MEDIA SERVICE; Charge Type: LA DOCUMENT ACCESS-1.00; LA DOCUMENT ACCESS-1.00; LA DOCUMENT ACCESS-7.00; LA ACCESS CHARGE-12.00; LA DOCUMENT ACCESS-14.00; ; | $1,823.11 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| 12/04/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/04/2018 Court: NJBK Pages: 9 | $0.90 |
| 12/05/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/05/2018 Court: NJBK Pages: 4 | $0.40 |
| 12/07/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 12/07/2018 Court: NJBK Pages: 108 | $10.80 |
| 12/10/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/10/2018 Court: NYSBK Pages: 18 | $1.80 |
| 12/10/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/10/2018 Court: FLSBK Pages: 9 | $0.90 |
| 12/13/18 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-11.00; LA DOCUMENT ACCESS-12.00; ; | $952.06 |
| 12/13/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 12/13/2018 Court: NJBK Pages: 387 | $38.70 |
| 12/13/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/13/2018 Court: NJBK Pages: 3 | $0.30 |
| 12/15/18 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-24.00; LA DOCUMENT ACCESS-16.00; ; | $2,055.52 |
| 12/17/18 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-3.00; LA DOCUMENT ACCESS-13.00; ; | $280.39 |
| 12/17/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/17/2018 Court: NJBK Pages: 7 | $0.70 |
| 12/17/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/17/2018 Court: NYSBK Pages: 7 | $0.70 |
| 12/18/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/18/2018 Court: MABK Pages: 7 | $0.70 |
| 12/18/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/18/2018 Court: DEBK Pages: 189 | $18.90 |
| 12/19/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/19/2018 Court: NJBK Pages: 6 | $0.60 |
| 12/20/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 12/20/2018 Court: NJBK Pages: 174 | $17.40 |
| 12/27/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 12/27/2018 Court: NJBK Pages: 60 | $6.00 |
| 12/28/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 12/28/2018 Court: NJBK Pages: 171 | $17.10 |
| 12/31/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42018 DATE: 1/14/2019   Date: 12/31/2018 Court: NYSBK Pages: 8 | $0.80 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Total Disbursements                                    $5,923.25

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.