| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963-MBK |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM DECEMBER 1, 2018, THROUGH DECEMBER 31, 2018**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this second monthly fee statement[2] for the period commencing December 1, 2018, through December 31, 2018 (the "**Second Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Second Fee Statement, if any, are due by February 4, 2019.

Dated: January 23, 2019    By: */s/ James P. Wehner*
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

2

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT C

**SECOND MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED
FOR THE PERIOD FROM DECEMBER 1, 2018, THROUGH DECEMBER 31, 2018**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $387,673.75 | $7,543.25 |
| TOTAL ALLOWED TO DATE | $387,673.75 | $7,543.25 |
| TOTAL RETAINER (IF APPLICABLE)[3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $375,557.85 | $7,543.25 |
| | | |
| FEE TOTALS – PAGE 2 | $74,808.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $1,279.02 | |
| TOTAL FEE APPLICATION | $76,087.02 | |
| MINUS 20% HOLDBACK | $14,961.60 | |
| AMOUNT SOUGHT AT THIS TIME | $61,125.42 | |

---

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

[3]  As disclosed in its Retention Application, Caplin & Drysdale holds a retainer left over from prepetition services in the amount of $12,115.90 (the "Retainer"). While the Retainer has not yet been applied to amounts requested under its fee applications to date, the total amount received reflects that Caplin & Drysdale has been paid less than requested amounts in the amount of the Retainer.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 0.7 | $800 | $560.00 |
| Kevin C. Maclay, Member | 1994 | 0.8 | $715 | $572.00 |
| Jeffrey A. Liesemer, Member | 1993 | 70.9 | $700/$350* | $45,185.00 |
| James P. Wehner, Member | 1995 | 21.4 | $700/$350* | $13,580.00 |
| Kevin M. Davis, Associate | 2010 | 11.0 | $465 | $5,115.00 |
| Cecilia Guerrero, Paralegal | N/A | 26.3 | $310 | $8,153.00 |
| Brigette A. Wolverton, Paralegal | N/A | 6.2 | $265 | $1,643.00 |
| **TOTAL FEES** | | **137.3** | | **$74,808.00** |
| **ATTORNEY BLENDED RATE** | | | **$544.85** | |

*Reflects 50% rate reduction due to non-working travel time

# SECTION II
# SUMMARY OF SERVICES

| **SERVICES RENDERED** | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.5 | $350.00 |
| **(.04) Case Administration** | 4.9 | $2,020.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 22.4 | $9,787.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 69.9 | $44,219.50 |
| **(.11) Plan and Disclosure Statement** | 7.4 | $5,230.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 3.6 | $2,534.50 |
| **(.16) Travel Time** | 16.7 | $5,845.00 |
| **(.17) Docket Review & File Maintenance** | 0.9 | $238.50 |
| **(.18) Fee Applications-Others** | 11.0 | $4,583.50 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **137.3** | **$74,808.00** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $470.46 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $2.50 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $803.78 |
| **Other (specify): eDiscovery Hosting** | $2.28 |
| **DISBURSEMENTS TOTAL:** | **$1,279.02** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Caplin & Drysdale analyzed issues related to objections filed by the U.S. Trustee and certain insurers to the appointment of the legal representative for future asbestos personal injury claimants as well as preparing related responses;

   b)   Caplin & Drysdale prepared for and attended a hearing on the motion to exempt asbestos claimants from the bar date;

   c)   Caplin & Drysdale reviewed and analyzed issues related to discovery matters;

3

    d)    Caplin & Drysdale spent time on researching and reviewing certain insurers' motion to lift the automatic stay, including preparing for and attending the hearing on the motion;

    e)    Caplin & Drysdale analyzed the U.S. Trustee's and certain insurers' objections to the Plan, reviewed Plan-related insurance issues with special insurance counsel, and developed strategies for the Plan and related materials;

    f)    Caplin & Drysdale spent time communicating with Committee members and attending telephonic Committee calls as well as preparing memoranda and other materials for Committee members;

    g)    Caplin & Drysdale prepared and filed its first interim fee application and notice of rate change for 2019;

    h)    Caplin & Drysdale assisted in the preparation of the interim fee application for other Committee professionals;

    i)    Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, hearings, and status issues, and conferring about and reviewing the fee procedures papers proposed by the Debtors as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

    j)    Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: January 23, 2019                                            */s/ James P. Wehner*
                                                                            Signature

# EXHIBIT A

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301

www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

January 23, 2019
Invoice #: 317056
Page: 1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through December 31, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .03 | **Business Operations** | | | | |
| 12/13/2018 | JAL | Review memo and spreadsheet from J. Sinclair re Debtors' operating results. | 0.1 | $700.00 | $70.00 |
| 12/14/2018 | JPW | Teleconference J. Sinclair re debtor's financial performance. | 0.4 | $700.00 | $280.00 |
| | | Total | 0.50 | | $350.00 |
| .04 | **Case Administration & Calendar Control** | | | | |
| 12/2/2018 | JAL | Review of Debtors' supplement to motion for administrative fee order. | 0.1 | $700.00 | $70.00 |
| 12/5/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/7/2018 | CG | Review local rules and sample materials re upcoming fee applications (2.1); communications re same (.1). | 2.2 | $310.00 | $682.00 |
| 12/10/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/11/2018 | JPW | Meet with CG re case admin issues. | 0.3 | $700.00 | $210.00 |
| 12/11/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/11/2018 | CG | Meet w/ JPW re case admin issues. | 0.3 | $310.00 | $93.00 |
| 12/13/2018 | JPW | Teleconference J. Prol re case admin. | 0.3 | $700.00 | $210.00 |
| 12/13/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/14/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/17/2018 | JAL | Review of UST's markup of proposed administrative fee order and correspondence with J. Prol re same. | 0.2 | $700.00 | $140.00 |
| 12/17/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/18/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 12/19/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/20/2018 | JPW | Communications w/ CG re case admin issues. | 0.3 | $700.00 | $210.00 |
| 12/20/2018 | BAW | Prepare docket update for attorney review. | 0.1 | $265.00 | $26.50 |
| 12/31/2018 | JAL | Correspondence with JPW and BAW re Debtors' recent filings. | 0.2 | $700.00 | $140.00 |
| 12/31/2018 | BAW | Prepare docket update for JAL and JPW. | 0.1 | $265.00 | $26.50 |
| | | Total | 4.90 | | $2,020.00 |
| **.07** | **Fee Applications-Self** | | | | |
| 12/5/2018 | CG | Research re fee application procedures (3.1); communications w/ JPW re same (.2). | 1.3 | $310.00 | $403.00 |
| 12/11/2018 | JAL | Correspondence with J. Prol and JPW re fee applications. | 0.2 | $700.00 | $140.00 |
| 12/11/2018 | CG | Review and revise interim fee application and draft accompanying exhibits (10.3); discuss same w/ KMD (.6). | 5.1 | $310.00 | $1,581.00 |
| 12/12/2018 | JPW | Teleconference CG re interim fee application. | 0.2 | $700.00 | $140.00 |
| 12/12/2018 | KMD | Review and revise draft interim. | 0.7 | $465.00 | $325.50 |
| 12/12/2018 | CG | Draft, review, and revise interim fee application and accompanying exhibits (5.1); confer w/ JPW re same (.2). | 2.1 | $310.00 | $651.00 |
| 12/13/2018 | JAL | Conferences with JPW and KMD re interim fee app. | 0.3 | $700.00 | $210.00 |
| 12/13/2018 | JPW | Review draft fee application and communications re same (1.3); meetings with JAL and KMD re same (0.3). | 1.6 | $700.00 | $1,120.00 |
| 12/13/2018 | KMD | Review and comment on draft interim fee application (0.8); discuss same w/ JAL and JPW (0.3). | 1.1 | $465.00 | $511.50 |
| 12/13/2018 | CG | Communications re fee application procedures (.1); draft, review, and revise interim fee application and accompanying exhibits (4.1). | 4.2 | $310.00 | $1,302.00 |
| 12/14/2018 | JAL | Confer with JPW re draft interim fee application (0.2); review and comments on draft fee application (1.9). | 2.1 | $700.00 | $1,470.00 |
| 12/14/2018 | JPW | Review interim fee application (.8); meet with KMD re same (x2) (.3); meet with JAL re same (.2). | 1.3 | $700.00 | $910.00 |
| 12/14/2018 | KMD | Revise interim fee materials (1.9); discuss same w/ JPW (.3). | 2.2 | $465.00 | $1,023.00 |
| | | Total | 22.40 | | $9,787.00 |
| **.10** | **Litigation** | | | | |
| 12/2/2018 | JAL | Review of Debtors' supplemental designation of record on appeal. | 0.1 | $700.00 | $70.00 |

January 23, 2019
Invoice #: 317056

Page: 3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .10 | Litigation | | | | |
| 12/3/2018 | JAL | Review and analysis of insurers' objections to motion to exempt (1.3); confer with JPW re same (0.2). | 1.5 | $700.00 | $1,050.00 |
| 12/3/2018 | JPW | Emails re motion to exempt (0.3); meet with JAL re insurer responses re same (0.2). | 0.5 | $700.00 | $350.00 |
| 12/3/2018 | BAW | Conduct factual research and prepare materials for attorney review. | 0.5 | $265.00 | $132.50 |
| 12/4/2018 | JAL | Review and analysis of materials for reply brief re motion to exempt (1.4); telephone call with JPW re insurers' objections re same (0.2); teleconference with Debtor, FCR, JPW, and KCM re same (0.3); confer with JPW re bar date issues (0.5); draft and revise reply brief re same (1.1). | 3.5 | $700.00 | $2,450.00 |
| 12/4/2018 | JPW | Emails re bar date issue (0.2); teleconference JAL re same (0.2); teleconference Debtor, FCR, KCM, JAL re same (0.3); meet with JAL re same (0.5). | 1.2 | $700.00 | $840.00 |
| 12/4/2018 | KCM | Teleconference with Debtor, FCR, JPW and JAL re bar date issues. | 0.3 | $715.00 | $214.50 |
| 12/5/2018 | JAL | Draft and revise reply brief re motion to exempt. | 10.0 | $700.00 | $7,000.00 |
| 12/5/2018 | JPW | Teleconference J. Fialcowitz re hearing and upcoming filings. | 0.2 | $700.00 | $140.00 |
| 12/6/2018 | JAL | Review and revise reply brief re bar date issues (1.2); conferences with JPW re same (0.3); review and analysis of materials in prep for oral argument motion to exempt (0.8). | 2.3 | $700.00 | $1,610.00 |
| 12/6/2018 | JPW | Review and revise draft reply re motion to exempt (0.8); emails re same (0.2); meet with JAL re same (x2) (0.3); meet with KCM re same (0.2). | 1.5 | $700.00 | $1,050.00 |
| 12/6/2018 | KCM | Meet with JPW re bar date motion. | 0.2 | $715.00 | $143.00 |
| 12/6/2018 | KMD | Review/revise brief re bar date issues. | 1.8 | $465.00 | $837.00 |
| 12/6/2018 | CG | Review, revise and citecheck reply re bar date motion. | 5.1 | $310.00 | $1,581.00 |
| 12/7/2018 | JAL | Prepare for oral argument re motion to exempt (0.8); review and analysis of materials re same (5.9). | 6.7 | $700.00 | $4,690.00 |
| 12/7/2018 | JAL | Review and analysis of Debtors' motion re distributions to shareholders. | 0.3 | $700.00 | $210.00 |
| 12/7/2018 | JPW | Teleconference J. Fialcowitz re hearing. | 0.2 | $700.00 | $140.00 |
| 12/8/2018 | JAL | Prepare for oral argument re motion to exempt. | 2.1 | $700.00 | $1,470.00 |
| 12/9/2018 | JAL | Review and revise oral argument re motion to exempt. | 4.0 | $700.00 | $2,800.00 |
| 12/10/2018 | JAL | Revise oral argument re motion to exempt (1.2); attend hearing re same (2.4). | 3.6 | $700.00 | $2,520.00 |

January 23, 2019
Invoice #:      317056

Page:      4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 12/10/2018 | JPW | Attend hearing re bar date issue. | 1.5 | $700.00 | $1,050.00 |
| 12/11/2018 | JAL | Correspondence re UST's proposed briefing schedule re FCR appeal. | 0.1 | $700.00 | $70.00 |
| 12/11/2018 | JAL | Review and analysis of insurers' discovery requests (0.5); analysis of issues re same (0.6). | 1.1 | $700.00 | $770.00 |
| 12/11/2018 | JAL | Review and analysis of materials re lift-stay hearing. | 0.7 | $700.00 | $490.00 |
| 12/11/2018 | JPW | Emails re lift-stay and FCR appeal issues. | 0.5 | $700.00 | $350.00 |
| 12/11/2018 | BAW | Prepare materials re FCR issue for attorney review. | 0.9 | $265.00 | $238.50 |
| 12/12/2018 | JAL | Attend telephonic hearing re ruling on motion to exempt (0.4); confer with J. Prol and T. Freedman re same (0.2); review and analysis of insurers' lift-stay motion and memo to K. Quinn and E. Grim re same (0.5); review and analysis of materials re lift-stay motion (0.4). | 1.5 | $700.00 | $1,050.00 |
| 12/12/2018 | JPW | Attend telephonic hearing re ruling on motion to exempt (.4); correspondence re lift stay motion (.7). | 1.1 | $700.00 | $770.00 |
| 12/12/2018 | KMD | Attend telephonic hearing. | 0.3 | $465.00 | $139.50 |
| 12/13/2018 | JAL | Teleconference with JPW, KMD, and J Prol re lift-stay hearing (0.1); review and analysis of materials in prep for same (4.3); confer with KMD re FCR issues (0.4). | 4.8 | $700.00 | $3,360.00 |
| 12/13/2018 | JAL | Teleconference with JPW, KMD, and J. Prol re discovery issues. | 0.1 | $700.00 | $70.00 |
| 12/13/2018 | JPW | Teleconference with JAL, KMD, and J. Prol re discovery issues. | 0.1 | $700.00 | $70.00 |
| 12/13/2018 | JPW | Teleconference with JAL, KMD, and J Prol re lift stay issues. | 0.1 | $700.00 | $70.00 |
| 12/13/2018 | KMD | Teleconference with JPW, JAL, and J Prol re lift stay issues (.1); confer with JAL re FCR issues (.4). | 0.5 | $465.00 | $232.50 |
| 12/13/2018 | KMD | Teleconference with JAL, JPW, and J. Prol re discovery issues. | 0.1 | $465.00 | $46.50 |
| 12/13/2018 | BAW | Factual research and prepare materials re FCR issues. | 2.9 | $265.00 | $768.50 |
| 12/14/2018 | JAL | Confer with JPW re bar date order (.1); review and analysis of materials in prep for lift stay hearing (1.9). | 2.0 | $700.00 | $1,400.00 |
| 12/14/2018 | JPW | Review bar date order (.2); confer w/ JAL re same (.1). | 0.3 | $700.00 | $210.00 |
| 12/17/2018 | JAL | Attend lift stay hearing (1.5); draft and revise memo to ACM, JPW, and Gilbert team re same (0.5). | 2.0 | $700.00 | $1,400.00 |
| 12/18/2018 | ACM | Exchange e-mails re lift stay hearing. | 0.1 | $800.00 | $80.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 12/18/2018 | JPW | Emails re lift stay hearing and related issues. | 0.4 | $700.00 | $280.00 |
| 12/18/2018 | CG | Prepare materials re FCR issue for attorney review. | 0.6 | $310.00 | $186.00 |
| 12/27/2018 | JPW | Review draft discovery; emails re same. | 1.3 | $700.00 | $910.00 |
| 12/28/2018 | JAL | Review and comments on draft discovery responses. | 1.3 | $700.00 | $910.00 |
| | | Total | 69.90 | | $44,219.50 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/1/2018 | ACM | Exchange e-mails with JPW re TDP. | 0.1 | $800.00 | $80.00 |
| 12/2/2018 | JAL | Review and analysis of lease. | 0.3 | $700.00 | $210.00 |
| 12/3/2018 | ACM | Review TDP and exchange e-mails re same. | 0.2 | $800.00 | $160.00 |
| 12/4/2018 | JAL | Review correspondence from K. Quinn re discussions with insurers. | 0.1 | $700.00 | $70.00 |
| 12/14/2018 | JPW | Communications re plan issues. | 0.7 | $700.00 | $490.00 |
| 12/17/2018 | ACM | Exchange e-mails re proposed Trust billing guidelines. | 0.1 | $800.00 | $80.00 |
| 12/17/2018 | JAL | Analysis of plan issues (1.0); confer with Debtors' and FCR counsel re plan issues and next steps (0.4). | 1.4 | $700.00 | $980.00 |
| 12/17/2018 | JAL | Review of email correspondence from E. Grim re insurance issues. | 0.1 | $700.00 | $70.00 |
| 12/19/2018 | JAL | Teleconference with JPW, J. Prol, T. Freedman, and insurance counsel re insurance issues. | 0.5 | $700.00 | $350.00 |
| 12/19/2018 | JPW | Emails re plan issues. | 0.5 | $700.00 | $350.00 |
| 12/19/2018 | JPW | Telephone conference with Debtors, FCR, JAL, and insurance counsel re insurance issues. | 0.5 | $700.00 | $350.00 |
| 12/21/2018 | ACM | Exchange e-mails re proposed Trust billing guidelines. | 0.1 | $800.00 | $80.00 |
| 12/31/2018 | JAL | Draft and revise correspondence re mortgage issue. | 2.8 | $700.00 | $1,960.00 |
| | | Total | 7.40 | | $5,230.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 12/4/2018 | ACM | Exchange e-mails re update to Committee. | 0.1 | $800.00 | $80.00 |
| 12/4/2018 | JAL | Review and comment on memo to Committee. | 0.1 | $700.00 | $70.00 |
| 12/4/2018 | JPW | Draft memo to Committee re bar date issues. | 1.0 | $700.00 | $700.00 |
| 12/11/2018 | KCM | Communicate with constituent re case status and review related materials. | 0.3 | $715.00 | $214.50 |
| 12/12/2018 | JAL | Review and comment on draft memo to Committee. | 0.1 | $700.00 | $70.00 |
| 12/12/2018 | JPW | Draft memo to Committee. | 0.9 | $700.00 | $630.00 |
| 12/18/2018 | JAL | Draft and revise memo to Committee. | 1.1 | $700.00 | $770.00 |

January 23, 2019
Invoice #:    317056

Page:    6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.15** | **Committee Meetings/Conferences** | | | | |
| | | **Total** | **3.60** | | **$2,534.50** |
| **.16** | **Travel** | | | | |
| 12/9/2018 | JAL | Travel to Trenton for hearing. | 2.4 | $350.00 | $840.00 |
| 12/10/2018 | JAL | Travel from Trenton to DC. | 3.2 | $350.00 | $1,120.00 |
| 12/10/2018 | JPW | Travel to Trenton from DC for hearing. | 2.0 | $350.00 | $700.00 |
| 12/10/2018 | JPW | Travel from Trenton to DC. | 2.0 | $350.00 | $700.00 |
| 12/17/2018 | JAL | Travel to Trenton for court hearing (3.5); return travel from Trenton to DC (3.6). | 7.1 | $350.00 | $2,485.00 |
| | | **Total** | **16.70** | | **$5,845.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 12/10/2018 | BAW | Update pleadings for attorney review. | 0.3 | $265.00 | $79.50 |
| 12/13/2018 | BAW | Update pleadings for attorney review. | 0.3 | $265.00 | $79.50 |
| 12/31/2018 | BAW | Update pleadings and prepare same for attorney review. | 0.3 | $265.00 | $79.50 |
| | | **Total** | **0.90** | | **$238.50** |
| **.18** | **Fee Applications-Others** | | | | |
| 12/6/2018 | KMD | Review interim fee procedures and correspond w/ COFC re same. | 0.8 | $465.00 | $372.00 |
| 12/7/2018 | KMD | Review requirements and templates from local counsel re fee applications. | 0.4 | $465.00 | $186.00 |
| 12/11/2018 | KMD | Communications re interim application w/ Charter Oak. | 0.2 | $465.00 | $93.00 |
| 12/12/2018 | KMD | Review and revise draft interim for Charter Oak. | 0.6 | $465.00 | $279.00 |
| 12/12/2018 | CG | Communications re fee application procedures (.1); draft, review, and revise Charter Oak interim fee application (4.2). | 4.3 | $310.00 | $1,333.00 |
| 12/13/2018 | JAL | Teleconference with JPW and J Fialcowitz re Charter Oak interim fee app. | 0.2 | $700.00 | $140.00 |
| 12/13/2018 | JPW | Teleconference J. Fialcowitz, JAL re Charter Oak interim fee application. | 0.2 | $700.00 | $140.00 |
| 12/13/2018 | KMD | Review and comment on draft Charter Oak interim materials. | 0.4 | $465.00 | $186.00 |
| 12/13/2018 | CG | Review and revise Charter Oak interim fee application and accompanying exhibits. | 1.1 | $310.00 | $341.00 |
| 12/14/2018 | JAL | Review and comment on Charter Oak interim fee app. | 0.6 | $700.00 | $420.00 |
| 12/14/2018 | JPW | Review Charter Oak interim fee application. | 0.3 | $700.00 | $210.00 |
| 12/14/2018 | KMD | Revise Charter Oak interim fee application. | 1.9 | $465.00 | $883.50 |
| | | **Total** | **11.00** | | **$4,583.50** |
| | | Total Professional Services | 137.3 | | $74,808.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 58.2 | $700.00 | $40,740.00 |
| JAL | Jeffrey A. Liesemer | Member | 12.7 | $350.00 | $4,445.00 |
| KCM | Kevin C. Maclay | Member | 0.8 | $715.00 | $572.00 |
| ACM | Ann C. McMillan | Member | 0.7 | $800.00 | $560.00 |
| JPW | James P. Wehner | Member | 17.4 | $700.00 | $12,180.00 |
| JPW | James P. Wehner | Member | 4.0 | $350.00 | $1,400.00 |
| KMD | Kevin M. Davis | Associate | 11.0 | $465.00 | $5,115.00 |
| CG | Cecilia Guerrero | Paralegal | 26.3 | $310.00 | $8,153.00 |
| BAW | Brigette A. Wolverton | Paralegal | 6.2 | $265.00 | $1,643.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/11/2018 | Photocopies (Color) [.11] | $2.50 |
| 12/20/2018 | Air & Train - Amtrak DC to NJ 11/5/18 (JPW) [.16] | $286.00 |
| 12/20/2018 | Air & Train - Amtrak DC to NJ 11/5/18 (JAL) [.16] | $364.00 |
| 12/20/2018 | Trvl Exp - Ground Transportation on 11/4/18 (JAL) [.16] | $130.09 |
| 12/21/2018 | Jeffrey A Liesemer- Trvl Exp - Ground Transportation- taxis from office to Union Station and (on return) from Union Station to office [.16] | $23.69 |
| 12/27/2018 | Epiq eDiscovery Solutions - Services for 11/2018 [.17] | $2.28 |
| 12/31/2018 | Database Research - Westlaw CMG 12/6/18 [.10] | $429.63 |
| 12/31/2018 | Database Research - Westlaw JAL 12/5/18 [.10] | $40.83 |
| | Total Disbursements | $1,279.02 |

# EXHIBIT B

## **EXPENSES**

### **DECEMBER 1, 2018 – DECEMBER 31, 2018**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11/2018 | Photocopies (Color) (10 @ $0.25) | $2.50 |
| 12/20/2018 | Air & Train - Amtrak DC to NJ 11/5/18 (JAL) {214601} | $364.00 |
| 12/20/2018 | Air & Train - Amtrak DC to NJ 11/5/18 (JPW) {214601} | $286.00 |
| 12/20/2018 | Trvl Exp - Ground Transportation on 11/4/18 (JAL) {214601} | $130.09 |
| 12/21/2018 | Trvl Exp - Ground Transportation (JAL) {214601} | $23.69 |
| 12/27/2018 | Epiq eDiscovery Solutions - Services for 11/2018 {214653} | $2.28 |
| 12/31/2018 | Database Research - Westlaw CMG 12/6/18 | $429.63 |
| 12/31/2018 | Database Research - Westlaw JAL 12/5/18 | $40.83 |
| | **TOTAL** | **$1,279.02** |

DOC# 3072414

# EXHIBIT C

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
| John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com |
| *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:     3
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.