THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

**SECOND MONTHLY FEE STATEMENT OF THE LAW OFFICE
OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF
<u>DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018</u>**

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this second monthly fee statement[2] for the period commencing December 1, 2018, through December 31, 2018 (the "**Second Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Second Fee Statement, if any, are due by February 4, 2019.

Dated:  January 25, 2019                                   Respectfully submitted,

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**

By: /s/ John A. Fialcowitz
    John A. Fialcowitz
    89 Headquarters Plaza North, Ste. 1216
    Morristown, NJ 07960
    Telephone: (973) 532-7208

*Local Counsel to the Office Committee of
Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

Debtor: Duro Dyne National Corp., et al.[1]    Applicant: The Law Office of John A. Fialcowitz, LLC

Case No.: 18-27963 (MBK)    Client: Official Committee of Asbestos Claimants

Chapter: 11    Case Filed: September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT B

**SECOND MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

## SECTION 1
## FEE SUMMARY

|  | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $16,120.00 | $1,391.30 |
| TOTAL ALLOWED TO DATE | $16,120.00 | $1,391.30 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT | $14,287.30 | |
| FEE TOTALS – PAGE 2 | $7,670.00 | |
| DISBURSEMENT TOTALS – PAGE 3 | | $120.00 |
| TOTAL FEE APPLICATION | $7,790.00 | |
| MINUS 20% HOLDBACK | $1,558.00 | |
| AMOUNT SOUGHT AT THIS TIME | $6,232.00 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 23.6 | $325.00 | $7,670.00 |
| TOTAL FEES | | | | $7,670.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | 1.3 | $422.50 |
| Fee Applications – Self | 4.3 | $1,397.50 |
| Financing | | |
| Litigation | 9.2 | $2,990.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | 4.0 | $1,300.00 |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 4.8 | $1,560.00 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| SERVICE TOTALS: | 23.6 | $7,670.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | $120.00 |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | |
| Travel | |
| Other (specify): | |
| **DISBURSEMENTS TOTALS:** | $120.00 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257]. See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   (a)    LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I

3

    reviewed and filed all of the Committee's submissions during the Application Period;

(b) Fialcowitz, as local counsel for the Committee, attended hearings on the motion to exempt asbestos claimants from the bar date and the lift stay motion;

(c) Fialcowitz prepared and filed his first interim fee application;

(d) Fialcowitz assisted in the preparation, review and filing of the interim fee applications for other Committee professionals;

(e) Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A) ADMINISTRATION EXPENSES: (unknown at this time)
  (B) SECURED CREDITORS: (unknown at this time)
  (C) PRIORITY CREDITORS: (unknown at this time)
  (D) GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: January 25, 2019      Respectfully submitted,

             **THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**

         By: /s/ John A. Fialcowitz
             John A. Fialcowitz
             89 Headquarters Plaza North, Suite 1216
             Morristown, NJ 07960
             Telephone (973) 532-7208
             Email: john@fialcowitzlaw.com

4

# EXHIBIT A

# DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the
### Official Committee of Asbestos Claimants
### December 1-30, 2018

| Description of Services | Time | Charge |
|---|---|---|
| Review opposition and reply briefs in support of Plan Proponents to exempt asbestos claimants from the bar date (12/6/18) | 1.1 | $357.50 |
| Review agenda for Monday hearing (12/6/18) | .2 | $65.00 |
| Attendance in United States Bankruptcy Court, District of New Jersey for oral argument of motions to except asbestos claimants from the bar date (12/10/18) | 6.7 | $2,177.50 |
| Review and respond to Peggy at Gilbert re: fee application questions (12/10/18) | .1 | $32.50 |
| Telephone conference with court clerk and ECF office re: adding K. Quinn to ECF notification list (12/10/18) | .4 | $130.00 |
| Schedule court call for all Committee lawyers (12/11/18) | .4 | $130.00 |
| Review and respond to additional questions from Peggy at Gilbert re: fee application (12/11/18) | .3 | $97.50 |
| Attendance on court call for Judge Kaplan's decision on motion to exempt asbestos claimants from bar date (12/12/18) | .3 | $97.50 |
| Preparation of first interim fee application (12/13/18) | 4.3 | $1,397.50 |

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Telephone conference with Jeff, Jim and Kevin re: action items related to fee applications (12/13/18) | .2 | $65.00 |
| Telephone conference with Clerk's office re: K. Quinn ECF notification problem; update Kelly Saunders (12/14/18) | .3 | $97.50 |
| Review and filing of first interim fee applications for Caplin & Drysdale, Gilbert, LLP, Charter Oak and myself (12/14/18) | 3.5 | $1,137.50 |
| Appearance in United States Bankruptcy Court, District of New Jersey for hearing on the insurers' motion to list the stay and other matters (12/17/18) | 5.6 | $1,820.00 |
| Review miscellaneous orders entered after hearing (12/18/18) | .2 | $65.00 |
| | 23.6 | $7,670.00 |

| **Description of Disbursement** | | **Charge** |
|---|---|---|
| Fee Charged by Court Call for 12/12/18 hearing through Court Call (3 lawyers) | | $120.00 |
| | | $7,790.00 |
| Total December Balance | | $7,790.00 |
| Amount due from last invoice | | $17,511.30 |
| Payment | | ($14,287.30) |
| | | $3,224.00 |
| Total Balance from Prior Invoice | | $3,224.00 |
| **Total Amount Due** | | **$11,014.00** |

# EXHIBIT B

Case 18-27963-MBK    Doc 404    Filed 01/25/19    Entered 01/25/19 10:03:20    Desc Main
                Document      Page 11 of 13
Case 18-27963-MBK    Doc 340-1    Filed 12/14/18    Entered 12/14/18 21:54:52    Desc
                Exhibit      Page 2 of 4
Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
                Document      Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Proposed Co-Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: November 8, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-27963-MBK    Doc 404    Filed 01/25/19    Entered 01/25/19 10:03:20    Desc Main
            Document      Page 12 of 13
Case 18-27963-MBK    Doc 340-1    Filed 12/14/18    Entered 12/14/18 21:54:52    Desc
            Exhibit      Page 3 of 4
Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
            Document      Page 2 of 3

Page:     2
Debtor:   Duro Dyne National Corp., et al., et al.
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
          Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Fialcowitz does not represent any person or entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1.  The Application is **GRANTED** as set forth herein.

2.  The Committee is authorized to employ and retain Fialcowitz, effective as of the Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3.  Fialcowitz shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Case 18-27963-MBK    Doc 404    Filed 01/25/19    Entered 01/25/19 10:03:20    Desc Main
           Document      Page 13 of 13
Case 18-27963-MBK    Doc 340-1    Filed 12/14/18    Entered 12/14/18 21:54:52    Desc
           Exhibit     Page 4 of 4
Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
           Document      Page 3 of 3

Page:     3
Debtor:   Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or is otherwise waived.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of the Order.