| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KENNEDYS CMK LLP<br>Christina R. Salem<br>570 Lexington Avenue – 8th Floor<br>New York, New York 10022<br>(212) 252-0004<br>christina.salem@kennedyscmk.com<br>Attorneys for The North River Insurance Company | Case No.:     18-27963-MBK<br><br>Chapter:     11 |
| In Re:<br><br>Duro Dyne National Corp., et al.,<br><br>Debtors. | Adv. No.:<br><br>Hearing Date:<br><br>Judge:     MBK |

## CERTIFICATION OF SERVICE

1. I, _____Massiel Consuegra_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Christina R. Salem_____, who represents The North River Insurance Company in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____January 11, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion of the North River Insurance Company Pursuant to Bankruptcy Rule 3018 for Temporary Allowance of its Proofs of Claim for Voting Purposes; Memorandum of Law in Support of the North River Insurance Company's Motion Pursuant to Bankruptcy Rule 3018 for Temporary Allowance of its Proofs of Claim; Declaration of Ricky Glover; Declaration of Marc Scarcella; Order Granting the North River Insurance Company's Motion Pursuant to Bankruptcy Rule 3018 for Temporary Allowance of its Proofs of Claim for Voting Purposes.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____January 11, 2019_____

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey D. Prol, Esq.<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>jprol@lowenstein.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DN.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey A. Cooper, Esq.<br>Rabinowitz, Lubetkin, et al.<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039<br>jcooper@rltlawfirm.com | Counsel for Creditor, 4 Site, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DN.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John A. Fialcowitz, Esq.<br>John A Fialcowitz, LLC<br>89 Headquarters Plaza North<br>Suite 1216<br>Morristown, New Jersey 07960<br>john@fialcowitzlaw.com | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DN.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean M. Beach, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DN.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark S. Lichtenstein, Esq.<br>Crowell & Moring<br>590 Madison Avenue<br>20th Floor<br>New York, New York 10022<br>mlichtenstein@crowell.com | Counsel for Federal Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DN.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stephen Forte, Esq.<br>Shipman & Goodwin, LLP<br>400 Park Ave<br>Fifth Floor<br>New York, NY 10022<br>sforte@goodwin.com | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>DN.J. LBR 5005-1(d)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew B. Heimann, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>mheimann@mccarter.com | Counsel for Creditor, Mestek, Inc. and Mestek Machinery, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>DN.J. LBR 5005-1(d)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jordan E. Jacobson, Esq.<br>jacobson.jordon@pbgc.gov | Counsel for Creditor, Pension Benefit Guaranty Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>DN.J. LBR 5005-1(d)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William E. McGrath, Jr., Esq.<br>Dilworth Paxson, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>wmcgrath@dilworthlaw.com | Counsel for Munich Reinsurance America, Inc. f/k/a American Re-insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>DN.J. LBR 5005-1(d)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karl J. Norgaard, Esq.<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood, New Jersey 07631<br>Knorgaard@norgaardfirm.com | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>DN.J. LBR 5005-1(d)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott S. Rever, Esq.<br>srever@wjslaw.com | Counsel for Creditor, Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DN.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John T. Dorsey, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edwin J. Harron, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sara Beth A. R. Kohut, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey A. Liesener, Esq.<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kevin C. Maclay, Esq.<br>1 Thomas Circle, N.W.<br>Washington, DC 20005 | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Abigail W. Williams, Esq.<br>Shipman & Goodwin, LLP<br>400 Park AVenue, Fifth Floor<br>New York, New York 10022 | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua D. Weinberg, Esq.<br>Shipman & Goodwin LLP<br>400 Park Avenue, Fifth Floor<br>New York, New York 10022 | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charter Oak Financial Consultants, LLC<br>430 Center AVe.<br>Mamaroneck, New York 10543 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice,<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Acting U.S.Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>D.N.J. LBR 5005-1(d)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Ste. 406<br>Westmont, New Jersey 08108<br>dcarlon@kmllawgroup.com | Counsel for Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kami E. Quinn, Esq.<br>Gilbert Heintz & Randolph, LLP<br>1100 New York Ave. N.W.<br>Ste. 700<br>Washington, DC 20005 | Counsel for Official Committee of Abestos Claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Keller Fishback & Jackson<br>28720 Canwood Street, Ste. 200<br>Agoura Hills, CA 91301 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deb Seacrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 | Office of Unemployment Compensation Tax Services (UCTS), et al. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Constantine P. Venizelos, Esq.<br>Kelley & Ferraro, LLP<br>Ernst & Young Tower<br>950 Main Avenue, Ste. 1300<br>Cleveland, OH 44113 | Eugene F. Sromek | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bryn Gallagher Letsch, Esq.<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA 94948 | Robert Envall | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kathy Byrne, Esq.<br>Cooney & Conway<br>120 N. LaSalle Street, 30th Floor<br>Chicago, IL 60602 | Donald Kurtzer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Belluck, Esq.<br>Belluck & Fox, LLP<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036 | Joseph Barna | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Peterson, Esq.<br>Simmons Hanly Conroy<br>One Court Street<br>Alton, IL 62002 | Wendell Betts | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sommer L. Ross, Esq.<br>Duane Morris, LLP<br>222 Delaware Avenue, Ste. 1600<br>Wilmington, DE 19801<br>slross@duanemorris.com | Counsel for Midstates Reinsurance Corporation f/k/a Mead Reinsurance Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other D.N.J. LBR 5005-1(d<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |