**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Cort T. Malone ("**Malone**") of the law firm of Anderson

Kill P.C., hereby appears in the above-captioned bankruptcy proceeding as special insurance

counsel to the debtors Duro Dyne National Corp., *et al*. (the "**Debtors**") pursuant to Section

1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy**

**Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**").  The Debtors, by and through Malone, hereby request, pursuant to Bankruptcy Rules

2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro
Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Cort T. Malone, Esq.
> Anderson Kill P.C.
> 1251 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 278-1382
> E-mail: cmalone@andersonkill.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Debtors are, or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 29, 2019

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Jeffrey D. Prol
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile: (973) 597-2400
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January ___, 2019, I caused a copy of the foregoing document to be

served by the Electronic Case Filing System for the United States Bankruptcy Court for the

District of New Jersey.

Dated: January ___, 2019

/s/ *Jeffrey D. Prol*
Jeffrey D. Prol, Esq.