**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 31, 2019 AT 10:00 A.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1. Motion to Extend Time to Assume or Reject Unexpired Leases of Non-residential Real Property [Docket No. 365, Filed 1/5/19].

    Related Document(s):

    a) Certificate of Service [Docket No. 367; Filed 1/8/19]

    Objection Deadline:    January 24, 2019 at 5:00 p.m.

    Response(s) Received:

    d) None.

    Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**CONTESTED MATTERS GOING FORWARD**

2. Motion of Midstates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation, for Entry of an Order Requiring Compliance with Rule 2019 [Docket No. 362, Filed 1/4/19].

    Related Document(s):

    a) Certificate of Service [Docket No. 364; Filed 1/4/19]

    Objection Deadline:        January 24, 2019 at 5:00 p.m.

    Response(s) Received:

    b) Brief in Opposition to Motion of Midstates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation, for Entry of an Order Requiring Compliance with Rule 2019 [Docket No. 402, Filed 1/24/19].

    Status: This matter is going forward.

3. Motion of North River Insurance Company Pursuant to Rule 3018 for Temporary Allowance of its Proof of Claim [Docket No. 368, Filed 1/11/19].

    Related Document(s):

    a) None.

    Objection Deadline:        January 25, 2019 at 5:00 p.m.

    Response(s) Received:

    b) Response of MidStates Reinsurance Corporation to Motion of North River Insurance Company and Hartford Accident and Indemnity Company Pursuant to Rule 3018 for Temporary Allowance of its Proof of Claim [Docket No. 403, Filed 1/24/19].

    c) Plan Proponents' Opposition to the North River Insurance Company's Motion for Temporary Allowance of its Claims [Docket No. 409; Filed 1/25/19].

    Status: This matter is going forward.

Dated: January 29, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*