UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LOWENSTEIN SANDLER LLP**

Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER EXTENDING THE DEBTORS' TIME TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: February 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No: 18-27963 (MBK)
Caption: Motion To Extend The Debtors' Time To Assume Or Reject Unexpired Leases Of Nonresidential Real Property

---

Upon consideration of the motion (the "Motion")[2] for entry of an order pursuant to section 365(d)(4) of the Bankruptcy Code extending the time by which the Debtors must assume or reject the Leases, all as more fully set forth in the Application, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances of these Chapter 11 Cases and that no further or other notice need be given; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors and that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and objections, if any, to the requested relief having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time within which the Debtors must assume or reject the Leases is extended through and including **April 8, 2019.**

3. The extension granted in this Order is without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject the Leases pursuant to section 365(d)(4) of the Bankruptcy Code.

4. The Debtors are authorized to take all actions necessary to effect the relief granted pursuant to this Order.

5. Nothing in the Motion or this Order shall be deemed or construed as (a) an assumption or rejection of any agreement, contract or lease pursuant to section 365 of the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No: 18-27963 (MBK)
Caption: Motion To Extend The Debtors' Time To Assume Or Reject Unexpired Leases Of Nonresidential Real Property

---

Bankruptcy Code, or (b) an admission, for any purpose, with respect to whether any of the Debtors' contracts, agreements or leases is an unexpired lease of nonresidential real property within the meaning of section 365 of the Bankruptcy Code.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation and implementation of this Order.