**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (NJ Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
 skohut@ycst.com

Counsel to the Future Claimants' Representative

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO LAWRENCE FITZPATRICK, LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018
**[DOCKET NO. 399]**

The undersigned counsel to Lawrence Fitzpatrick, the Legal Representative for Future Claimants (the "Future Claimants' Representative"), hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Second Monthly Fee Statement of Young Conaway Stargatt & Taylor, LLP as Counsel to Lawrence Fitzpatrick, Legal Representative for Future Claimants, for the Period December 1, 2018 Through December 31, 2018* [Docket No. 399] (the "Application"), filed on January 23, 2019, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

01:24142638.1

answer, objection, or other responsive pleading to the Application appears thereon.  Objections to the Application were to be filed and served no later than February 4, 2019.

Pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 345], the Debtors are now authorized to pay 80% ($12,861.20) of requested fees ($16,076.50) and 100% of requested expenses ($2,207.98), for a total of $15,069.18, on an interim basis without further order of the Court.

Dated: February 6, 2019                    Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Edwin J. Harron*
Edwin J. Harron, Esq. (NJ Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
          skohut@ycst.com

*Counsel to the Future Claimants' Representative*