**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, December 1, 2018 through December 31, 2018 (the "December Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Second Fee Statement, if any, are due by February 18, 2019.

Dated: February 6, 2019

Respectfully submitted,

**GETZLER HENRICH &ASSOCIATES LLC**

/s/ Mark D. Podgainy
Mark D. Podgainy
295 Madison Avenue
New York, NY 10017
*Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
02/06/2019 52244318.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**SECOND MONTHLY FEE STATEMENT OF GETZLER HENRICH AND
ASSOCIATES FOR THE PERIOD DECEMBER 1, 2018
THROUGH DECEMBER 31, 2018**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 121,943.25 | $ 2,119.79 |
| TOTAL FEES ALLOWED TO DATE: | $ 121,943.25 | $ 2,119.79 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 24,388.65- | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH ANDASSOCIATES | $ 97,554.60 | $ 2,119.79 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $57,791.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 517.03 |
| TOTAL FEE APPLICATION | $ 58,308.03 |
| MINUS 20% HOLDBACK | -$11,558.20 |
| AMOUNT SOUGHT AT THIS TIME | $46,749.83 |

31035/2
02/06/2019 52244318.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Gupta, Charvi | Senior Associate since 2018 (1 year) | 42.2 | $350.00 | $14,770.00 |
| Lebwohl, Andrew | Senior Associate since 2018 (1 year) | 2.6 | $350.00 | $910.00 |
| O'Callaghan, Chris | Specialist since 2013 (6 years) | 67.4 | $350.00 | $23,590.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | 5.9 | $175.00 | $1,032.50 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | 39.3 | $445.00 | $17,488.50 |
| | | **Grand Total:** | **157.4** | **$57,791.00** |
| | | **Blended Rate:** | **$367.16** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Bankruptcy Consulting | .1 | $44.50 |
| Confirmation Issues | 10.6 | $4,270.50 |
| DIP Financing | 2.7 | $1,125.50 |
| Fee/Employment Application | 6.5 | $2,645.50 |
| Monthly Operating Report | 47.3 | $16,764.00 |
| Motion Review / Analysis | 2.9 | $1,081.50 |
| Plan of Reorganization | 79.4 | $30,108.00 |
| Supplier Issues | 2.0 | $719.00 |
| Travel | 5.9 | $1,032.50 |
| **SERVICE TOTALS** | **157.4** | **$57,791.00** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Telecommunications | $41.00 |
| Transportation | $476.03 |
| **TOTAL DISBURSEMENTS** | **$517.03** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

  a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for November 2018;

  b) Getzler assisted the Debtors in monitoring the budget and certain payments to ensure compliance with the cash collateral order;

  c) Getzler assisted the Debtors in responding to information requests from the U.S. Trustee's office;

  d) Getzler assisted the Debtors in addressing issues related to confirmation, including responding to discovery requests and preparing analyses to support the Debtors' Plan of Reorganization;

  e) Getzler consulted with and assisted the Debtors and their counsel regarding motions to be filed with the Court; and

  f) Getzler provided such other services consistent with its engagement letter.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A) ADMINISTRATION EXPENSES:       (unknown at this time)
  (B) SECURED CREDITORS:              (unknown at this time)
  (C) PRIORITY CREDITORS:             (unknown at this time)
  (D) GENERAL UNSECURED CREDITORS:    (unknown at this time)

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 6, 2019

                                       /s/ *Mark D. Podgainy*  
                                          Mark D. Podgainy

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
|---|
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* |

**Order Filed on October 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO
THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

___

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:    3
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page: 4
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 499    Filed 02/08/19    Entered 02/08/19 09:36:02    Desc Main
Document    Page 10 of 16

Page:     5
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
          as Financial Advisor to the Debtors as of the Petition Date

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duro Dyne National Corp.
  100 Horizon Center Boulevard
  Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
  11–2504664

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

Jeanne Naughton
Clerk

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
DECEMBER 1 - DECEMBER 31, 2018
TIME DETAIL - DECEMBER 2018

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Podgainy | Bankruptcy Consulting | 12/07/18 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ T Freeman and L White re: status of Sterling accounts and communication with the US Trustee's office |
| | **Bankruptcy Consulting Total** | | **0.1** | | **$ 44.50** | |
| O'Callaghan | Confirmation Issues | 12/11/18 | 0.7 | $350.00 | $ 245.00 | Reviewing financial statements in response to information request |
| Podgainy | Confirmation Issues | 12/11/18 | 2.0 | $445.00 | $ 890.00 | Conf call w/ J Prol, J Rabinowitz, W Hinden and R Hinden re: insurers' discovery request |
| O'Callaghan | Confirmation Issues | 12/12/18 | 0.2 | $350.00 | $ 70.00 | Conversation with CEO and controller re: financial request |
| O'Callaghan | Confirmation Issues | 12/12/18 | 0.2 | $350.00 | $ 70.00 | Follow up with counsel re: financial request |
| Podgainy | Confirmation Issues | 12/17/18 | 1.6 | $445.00 | $ 712.00 | Work on discovery request from North River |
| O'Callaghan | Confirmation Issues | 12/18/18 | 0.2 | $350.00 | $ 70.00 | Follow up call with M. Podgainy re: discovery request |
| O'Callaghan | Confirmation Issues | 12/18/18 | 0.6 | $350.00 | $ 210.00 | Gathering information for discovery request |
| O'Callaghan | Confirmation Issues | 12/18/18 | 1.0 | $350.00 | $ 350.00 | Call w/ M Podgainy re: discovery request |
| Podgainy | Confirmation Issues | 12/18/18 | 1.4 | $445.00 | $ 623.00 | Conf call w/ C O'Callaghan re: review of discovery materials 1.0, review potential additional materials .2, and related follow up call w/ C O'Callaghan .2 |
| O'Callaghan | Confirmation Issues | 12/21/18 | 0.7 | $350.00 | $ 245.00 | Conference call with counsel and M Podgainy re: discovery request |
| O'Callaghan | Confirmation Issues | 12/21/18 | 1.1 | $350.00 | $ 385.00 | Research re: discovery request |
| Podgainy | Confirmation Issues | 12/21/18 | 0.7 | $445.00 | $ 311.50 | Conf call w/ J Prol, T Freedman and C O'Callaghan re: discovery request |
| Podgainy | Confirmation Issues | 12/31/18 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ J Prol, C O'Callaghan and J Wienclaw re: information request from insurance companies |
| | **Confirmation Issues Total** | | **10.6** | | **$ 4,270.50** | |
| Podgainy | DIP Financing | 12/03/18 | 0.2 | $445.00 | $ 89.00 | Review of booking/shipping report for the week ended 12/1 |
| Podgainy | DIP Financing | 12/07/18 | 0.3 | $445.00 | $ 133.50 | Review of AvB for week ended 12/1 and updated 13 week budget from Debtors .2 and related correspondence w/ R Hinden .1 |
| Podgainy | DIP Financing | 12/10/18 | 0.2 | $445.00 | $ 89.00 | Review of weekly booking/shipping report |
| Podgainy | DIP Financing | 12/14/18 | 0.2 | $445.00 | $ 89.00 | Review of CF AvB for week ended 12/8 and new 13-week budget from the debtors, and related correspondence |
| Podgainy | DIP Financing | 12/17/18 | 0.1 | $445.00 | $ 44.50 | Review of weekly booking/shipping report |
| O'Callaghan | DIP Financing | 12/18/18 | 0.2 | $350.00 | $ 70.00 | Emails with counsel re: payments to ordinary course professionals |
| Podgainy | DIP Financing | 12/21/18 | 0.3 | $445.00 | $ 133.50 | Review of management's latest 13 week cash flow forecast and AvB for the week ended 12/16 .2 and related correspondence with management re: questions .1 |
| Podgainy | DIP Financing | 12/24/18 | 0.1 | $445.00 | $ 44.50 | Review of weekly booking/shipping report |
| O'Callaghan | DIP Financing | 12/26/18 | 0.1 | $350.00 | $ 35.00 | Correspondence re: professional fee payments w/ M Podgainy |
| Podgainy | DIP Financing | 12/26/18 | 0.1 | $445.00 | $ 44.50 | Correspondence re: professional fee payments w/ C O'Callaghan |
| O'Callaghan | DIP Financing | 12/27/18 | 0.3 | $350.00 | $ 105.00 | Call with controller re: fee payments |
| Podgainy | DIP Financing | 12/28/18 | 0.2 | $445.00 | $ 89.00 | Review of AvB for the week ended 12/22 and latest 13-week CF forecast from the Debtors |
| Podgainy | DIP Financing | 12/28/18 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ R Hinden, T Freedman, and C O'Callaghan re: payment of professional fees with cash collateral |
| O'Callaghan | DIP Financing | 12/28/18 | 0.2 | $350.00 | $ 70.00 | Emails with counsel re: fee payments |
| | **DIP Financing Total** | | **2.7** | | **$ 1,125.50** | |
| Lebwohl | Fee / Employment Application | 12/13/18 | 2.6 | $350.00 | $ 910.00 | Prepare First Interim fee application |
| Podgainy | Fee / Employment Application | 12/13/18 | 0.4 | $445.00 | $ 178.00 | Completed review and editing of October time detail and expenses |
| Podgainy | Fee / Employment Application | 12/13/18 | 0.9 | $445.00 | $ 400.50 | Review of November time detail and expenses |

Getzler Henrich & Associates LLC

DURO DYNE (DIP)

DECEMBER 1 - DECEMBER 31, 2018

TIME DETAIL - DECEMBER 2018

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Podgainy | Fee / Employment Application | 12/14/18 | 2.6 | $445.00 | $ 1,157.00 | Final preparation of First Interim fee application, and sent to counsel for filing |
| | Fee / Employment Application Total | | 6.5 | | $ 2,645.50 | |
| O'Callaghan | Monthly Operating Report | 12/05/18 | 0.6 | $350.00 | $ 210.00 | Reviewing November disbursements |
| O'Callaghan | Monthly Operating Report | 12/05/18 | 0.6 | $350.00 | $ 210.00 | Reviewing updated weekly cash projections |
| O'Callaghan | Monthly Operating Report | 12/05/18 | 0.7 | $350.00 | $ 245.00 | Reviewing departmental budget worksheets |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 0.3 | $350.00 | $ 105.00 | Discussion with AP manager re: inventory receipt procedures |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 0.8 | $350.00 | $ 280.00 | Meeting with accounting staff re: accounting procedures |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 3.7 | $350.00 | $ 1,295.00 | Preparing cash disbursement journals for MOR |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 0.8 | $350.00 | $ 280.00 | Meeting with outside auditors |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 0.7 | $350.00 | $ 245.00 | Meeting with President and SVP re: accounting procedures and meeting with auditors |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 1.1 | $350.00 | $ 385.00 | Reviewing expense reimbursement procedures to make monthly close more efficient |
| O'Callaghan | Monthly Operating Report | 12/06/18 | 1.2 | $350.00 | $ 420.00 | Reviewing November receipts |
| O'Callaghan | Monthly Operating Report | 12/07/18 | 1.6 | $350.00 | $ 560.00 | Reviewing Duro Dyne financial analysis |
| O'Callaghan | Monthly Operating Report | 12/11/18 | 0.2 | $350.00 | $ 70.00 | Discussion with Asst. Controller re: cash receipts |
| O'Callaghan | Monthly Operating Report | 12/11/18 | 0.6 | $350.00 | $ 210.00 | Reviewing results of physical inventory count |
| O'Callaghan | Monthly Operating Report | 12/11/18 | 0.3 | $350.00 | $ 105.00 | Email correspondence with accountant re: status of open invoices and ordinary course professional payment procedures |
| O'Callaghan | Monthly Operating Report | 12/11/18 | 1.6 | $350.00 | $ 560.00 | Reviewing updated Duro Dyne financial analysis |
| O'Callaghan | Monthly Operating Report | 12/12/18 | 2.6 | $350.00 | $ 910.00 | Updating schedule of receipts and disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 12/12/18 | 1.9 | $350.00 | $ 665.00 | Drafting MOR 1 |
| O'Callaghan | Monthly Operating Report | 12/13/18 | 1.8 | $350.00 | $ 630.00 | Meeting with Asst. Controller re: Excel-based reports |
| O'Callaghan | Monthly Operating Report | 12/13/18 | 0.6 | $350.00 | $ 210.00 | Reviewing bank statements and recs for MOR |
| O'Callaghan | Monthly Operating Report | 12/17/18 | 0.7 | $350.00 | $ 245.00 | Reviewing November financial statements |
| O'Callaghan | Monthly Operating Report | 12/17/18 | 2.2 | $350.00 | $ 770.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 12/18/18 | 0.3 | $350.00 | $ 105.00 | Discussion with AP manager re: payments to ordinary course professionals |
| O'Callaghan | Monthly Operating Report | 12/18/18 | 3.4 | $350.00 | $ 1,190.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 12/19/18 | 2.8 | $350.00 | $ 980.00 | Finalizing draft of MOR |
| O'Callaghan | Monthly Operating Report | 12/19/18 | 0.6 | $350.00 | $ 210.00 | Disccusion with Asst. Controller re: Excel schedules |
| O'Callaghan | Monthly Operating Report | 12/19/18 | 0.8 | $350.00 | $ 280.00 | Call with M. Podgainy to review MOR |
| Podgainy | Monthly Operating Report | 12/19/18 | 1.1 | $445.00 | $ 489.50 | Review of draft November MOR |
| Podgainy | Monthly Operating Report | 12/19/18 | 0.8 | $445.00 | $ 356.00 | Tele conv w/ C O'Callaghan re: review of November MOR draft and potential changes |
| O'Callaghan | Monthly Operating Report | 12/20/18 | 0.7 | $350.00 | $ 245.00 | Submitting MOR for filing |
| O'Callaghan | Monthly Operating Report | 12/20/18 | 0.4 | $350.00 | $ 140.00 | Emails re: ordinary course professional invoices |
| Podgainy | Monthly Operating Report | 12/20/18 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ counsel re: final MOR |
| Podgainy | Monthly Operating Report | 12/21/18 | 0.2 | $445.00 | $ 89.00 | Review of November detailed operating financials produced by management |
| O'Callaghan | Monthly Operating Report | 12/24/18 | 2.6 | $350.00 | $ 910.00 | Preparation of sales commissions analysis |
| O'Callaghan | Monthly Operating Report | 12/24/18 | 0.4 | $350.00 | $ 140.00 | Call with management re: sales commissions analysis |
| O'Callaghan | Monthly Operating Report | 12/26/18 | 0.6 | $350.00 | $ 210.00 | Updating sales commissions analysis |
| O'Callaghan | Monthly Operating Report | 12/27/18 | 1.7 | $350.00 | $ 595.00 | Reviewing sales commission information from company |
| O'Callaghan | Monthly Operating Report | 12/27/18 | 0.7 | $350.00 | $ 245.00 | Call with management to review sales commission information |

*Page 2 of 4*

Getzler Henrich & Associates LLC

DURO DYNE (DIP)

DECEMBER 1 - DECEMBER 31, 2018

TIME DETAIL - DECEMBER 2018

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Monthly Operating Report | 12/28/18 | 0.2 | $350.00 | $ 70.00 | Emails with AP manager re: ordinary course payments |
| O'Callaghan | Monthly Operating Report | 12/28/18 | 4.3 | $350.00 | $ 1,505.00 | Updating sales commissions analysis |
| O'Callaghan | Monthly Operating Report | 12/28/18 | 1.0 | $350.00 | $ 350.00 | Drafting memo to management re: commission analysis |
| | **Monthly Operating Report Total** | | **47.3** | | **$ 16,764.00** | |
| Podgainy | Motion Review / Analysis | 12/03/18 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ Mazars and T Freeman re: information needed for tax motion |
| Podgainy | Motion Review / Analysis | 12/03/18 | 0.2 | $445.00 | $ 89.00 | Review of information requested by counsel for tax motion, and related correspondence w/ Mazars |
| Podgainy | Motion Review / Analysis | 12/04/18 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ Mazars re: information for tax motion |
| O'Callaghan | Motion Review / Analysis | 12/05/18 | 0.8 | $350.00 | $ 280.00 | Gathering information for and commenting on tax distribution motion |
| Podgainy | Motion Review / Analysis | 12/05/18 | 0.2 | $445.00 | $ 89.00 | Correspondence from T Freedman and the board re: comments on tax motion |
| O'Callaghan | Motion Review / Analysis | 12/13/18 | 0.2 | $350.00 | $ 70.00 | Conversation with Asst. Controller re: estimated tax payments |
| O'Callaghan | Motion Review / Analysis | 12/18/18 | 0.2 | $350.00 | $ 70.00 | Call with outside accountant re: tax payments |
| O'Callaghan | Motion Review / Analysis | 12/18/18 | 0.6 | $350.00 | $ 210.00 | Follow up analysis of tax payments |
| O'Callaghan | Motion Review / Analysis | 12/19/18 | 0.4 | $350.00 | $ 140.00 | Follow up discussions re: tax payments |
| | **Motion Review / Analysis Total** | | **2.9** | | **$ 1,081.50** | |
| O'Callaghan | Plan of Reorganization | 12/03/18 | 4.7 | $350.00 | $ 1,645.00 | Updating financial projections |
| Gupta | Plan of Reorganization | 12/03/18 | 1.8 | $350.00 | $ 630.00 | Research valuation information |
| Gupta | Plan of Reorganization | 12/03/18 | 0.4 | $350.00 | $ 140.00 | Discussion with Mark Podgainy regarding valuation |
| Podgainy | Plan of Reorganization | 12/03/18 | 0.4 | $445.00 | $ 178.00 | Meeting w/ C Gupta re: questions regarding valuation |
| Podgainy | Plan of Reorganization | 12/03/18 | 2.2 | $445.00 | $ 979.00 | Work on valuation to support POR |
| O'Callaghan | Plan of Reorganization | 12/04/18 | 2.1 | $350.00 | $ 735.00 | Finalizing financial projections |
| Gupta | Plan of Reorganization | 12/04/18 | 2.9 | $350.00 | $ 1,015.00 | Developing valuation model |
| Gupta | Plan of Reorganization | 12/04/18 | 3.6 | $350.00 | $ 1,260.00 | Discussions with Mark Podgainy regarding valuation approach |
| Podgainy | Plan of Reorganization | 12/04/18 | 0.4 | $445.00 | $ 178.00 | Work on equity valuation for POR |
| Podgainy | Plan of Reorganization | 12/04/18 | 3.6 | $445.00 | $ 1,602.00 | Meetings w/ C Gupta re: work on equity valuation and approach |
| O'Callaghan | Plan of Reorganization | 12/05/18 | 0.9 | $350.00 | $ 315.00 | Reviewing projected 2018 financials prepared by company |
| O'Callaghan | Plan of Reorganization | 12/05/18 | 1.7 | $350.00 | $ 595.00 | Conducting analysis of realized price increase |
| Gupta | Plan of Reorganization | 12/05/18 | 0.4 | $350.00 | $ 140.00 | Call with J Prol, Mark Podgainy regarding valuation |
| Gupta | Plan of Reorganization | 12/05/18 | 1.6 | $350.00 | $ 560.00 | Continued work on valuation model |
| O'Callaghan | Plan of Reorganization | 12/05/18 | 0.7 | $350.00 | $ 245.00 | Call with M. Podgainy re: projections and valuation |
| O'Callaghan | Plan of Reorganization | 12/05/18 | 0.4 | $350.00 | $ 140.00 | Follow up call with M. Podgainy |
| Podgainy | Plan of Reorganization | 12/05/18 | 0.4 | $445.00 | $ 178.00 | Follow up call w/ C O'Callaghan re: projections and value |
| Podgainy | Plan of Reorganization | 12/05/18 | 0.4 | $445.00 | $ 178.00 | Call w/ J Prol, C Gupta re: projections and value, and plan confirmation process |
| Podgainy | Plan of Reorganization | 12/05/18 | 0.7 | $445.00 | $ 311.50 | Tele conv w/ C O'Callaghan re: long term projections and valuation |
| Podgainy | Plan of Reorganization | 12/05/18 | 2.9 | $445.00 | $ 1,290.50 | Revised projections and valuation for POR based on new information |
| Podgainy | Plan of Reorganization | 12/05/18 | 0.4 | $445.00 | $ 178.00 | Review of TTM projections prepared by C O'Callaghan |
| Gupta | Plan of Reorganization | 12/10/18 | 0.3 | $350.00 | $ 105.00 | Preparation of valuation model |
| Podgainy | Plan of Reorganization | 12/11/18 | 1.7 | $445.00 | $ 756.50 | Tele conv w/ C Gupta re: Duro Dyne valuation methodology |
| Podgainy | Plan of Reorganization | 12/11/18 | 0.3 | $445.00 | $ 133.50 | Research SIC code for comp development, and related correspondence w/ debtors' management |
| Gupta | Plan of Reorganization | 12/11/18 | 1.7 | $350.00 | $ 595.00 | Call with Mark Podgainy to discuss valuation materials |
| Gupta | Plan of Reorganization | 12/11/18 | 3.4 | $350.00 | $ 1,190.00 | Continued preparation of valuation model |
| Gupta | Plan of Reorganization | 12/12/18 | 1.2 | $350.00 | $ 420.00 | Preparation of guideline company analysis |

**Getzler Henrich & Associates LLC**

DECEMBER 1 - DECEMBER 31, 2018

DURO DYNE (DIP)
TIME DETAIL - DECEMBER 2018

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Gupta | Plan of Reorganization | 12/12/18 | 1.4 | $350.00 | $ 490.00 | Preparation of transaction comps |
| O'Callaghan | Plan of Reorganization | 12/12/18 | 1.1 | $350.00 | $ 385.00 | Tele conv w/ M Podgainy re: projections for valuation model |
| Podgainy | Plan of Reorganization | 12/12/18 | 1.1 | $445.00 | $ 489.50 | Tele conv w/ C O'Callaghan re: projections for valuation model |
| Podgainy | Plan of Reorganization | 12/12/18 | 1.0 | $445.00 | $ 445.00 | Review of C Gupta work product re: assumptions and model construction |
| Podgainy | Plan of Reorganization | 12/12/18 | 1.1 | $445.00 | $ 489.50 | Discussion w/ J Prol re: valuation and potential tweaks to POR |
| Podgainy | Plan of Reorganization | 12/12/18 | 0.7 | $445.00 | $ 311.50 | Research re: valuation for Plan |
| Podgainy | Plan of Reorganization | 12/13/18 | 0.3 | $445.00 | $ 133.50 | Discussions w/ C Gupta re: valuation report |
| Gupta | Plan of Reorganization | 12/13/18 | 0.3 | $350.00 | $ 105.00 | Discussion with Mark Podgainy regarding valuation |
| Gupta | Plan of Reorganization | 12/18/18 | 5.4 | $350.00 | $ 1,890.00 | Preparation of draft valuation narrative |
| Gupta | Plan of Reorganization | 12/18/18 | 1.1 | $350.00 | $ 385.00 | Discussion with Mark Podgainy regarding valuation format, content; reviewing report to date |
| Podgainy | Plan of Reorganization | 12/18/18 | 1.1 | $445.00 | $ 489.50 | Meeting w/ C Gupta re: valuation narrative |
| Podgainy | Plan of Reorganization | 12/18/18 | 0.9 | $445.00 | $ 400.50 | Preparation of introduction for valuation |
| Podgainy | Plan of Reorganization | 12/19/18 | 1.7 | $445.00 | $ 756.50 | Meetings w/ C Gupta re: development of valuation to support Plan |
| Gupta | Plan of Reorganization | 12/19/18 | 5.1 | $350.00 | $ 1,785.00 | Continued preparation of valuation narrative |
| Gupta | Plan of Reorganization | 12/19/18 | 1.7 | $350.00 | $ 595.00 | Discussions with Mark Podgainy regarding valuation report |
| Podgainy | Plan of Reorganization | 12/20/18 | 2.3 | $445.00 | $ 1,023.50 | Meetings w/ C Gupta re: valuation to support POR |
| Gupta | Plan of Reorganization | 12/20/18 | 2.6 | $350.00 | $ 910.00 | Developing valuation narrative and updating model |
| Gupta | Plan of Reorganization | 12/20/18 | 2.3 | $350.00 | $ 805.00 | Discussions with Mark Podgainy regarding valuation narrative |
| O'Callaghan | Plan of Reorganization | 12/21/18 | 0.8 | $350.00 | $ 280.00 | Updating analysis of EBITDA |
| O'Callaghan | Plan of Reorganization | 12/21/18 | 0.4 | $350.00 | $ 140.00 | Call with Controller re: year end estimate |
| Gupta | Plan of Reorganization | 12/21/18 | 4.2 | $350.00 | $ 1,470.00 | Continued preparation of valuation narrative and update supporting charts |
| Gupta | Plan of Reorganization | 12/21/18 | 0.8 | $350.00 | $ 280.00 | Discussion with Mark Podgainy regarding valuation report |
| Podgainy | Plan of Reorganization | 12/21/18 | 0.8 | $445.00 | $ 356.00 | Meeting w/ C Gupta re: valuation to support POR |
| | **Plan of Reorganization Total** | | **79.4** | | **$ 30,108.00** | |
| O'Callaghan | Supplier Issues | 12/13/18 | 0.8 | $350.00 | $ 280.00 | Responding to vendor request for financial information re: establishing credit terms |
| O'Callaghan | Supplier Issues | 12/21/18 | 0.4 | $350.00 | $ 140.00 | Discussion with controller re: professional fee apps and payments |
| Podgainy | Supplier Issues | 12/24/18 | 0.2 | $445.00 | $ 89.00 | Call and correspondence w/ J Iannazzo re: reconciliation of professional fee retainers to determine amounts to be paid |
| O'Callaghan | Supplier Issues | 12/26/18 | 0.6 | $350.00 | $ 210.00 | Reviewing fee apps and creating schedule of professional fees to pay |
| | **Supplier Issues Total** | | **2.0** | | **$ 719.00** | |
| O'Callaghan | Travel | 12/05/18 | 1.5 | $175.00 | $ 262.50 | Travel to client location |
| O'Callaghan | Travel | 12/06/18 | 0.4 | $175.00 | $ 70.00 | Travel from client location |
| O'Callaghan | Travel | 12/11/18 | 1.2 | $175.00 | $ 210.00 | Travel to client location |
| O'Callaghan | Travel | 12/13/18 | 0.8 | $175.00 | $ 140.00 | Travel from client location |
| O'Callaghan | Travel | 12/18/18 | 1.0 | $175.00 | $ 175.00 | Travel to client |
| O'Callaghan | Travel | 12/19/18 | 1.0 | $175.00 | $ 175.00 | Travel from client location |
| | **Travel Total** | | **5.9** | | **$ 1,032.50** | |
| | **Grand Total** | | **157.4** | | **$ 57,791.00** | |

**Getzler Henrich & Associates LLC**  DECEMBER 1 - DECEMBER 31, 2019  **DURO DYNE (DIP)**
**EXPENSE DETAIL DECEMBER 2018**

| Timekeeper | Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| Podgainy | Telecommunications | Telephone / Cell Phone | 12/14/18 | $ 41.00 | Phone charges for the 10/22-11/21 period |
| | **Telecommunications Total** | | | **$ 41.00** | |
| Podgainy | Transportation | Transportation - Taxi | 12/04/18 | $ 9.80 | Taxi from office |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/05/18 | $ 42.51 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/05/18 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/05/18 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/05/18 | $ 23.44 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/06/18 | $ 23.44 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/06/18 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/06/18 | $ 42.51 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 12/18/18 | $ 42.51 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 12/18/18 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 12/18/18 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 12/18/18 | $ 23.44 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 12/19/18 | $ 23.44 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 12/19/18 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 12/19/18 | $ 42.51 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/11/18 | $ 42.51 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/11/18 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/11/18 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/11/18 | $ 23.44 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/13/18 | $ 23.44 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/13/18 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/13/18 | $ 42.51 | Mileage from client |
| | **Transportation Total** | | | **$ 476.03** | |
| | **Grand Total** | | | **$ 517.03** | |