|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**Duane Morris LLP**<br>Sommer L. Ross, Esq. (004112005)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>T: (302) 657-4951<br>F: (302) 657-4901<br><br>Jeff D. Kahane, Esq. (*Pro Hac Vice*)<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>T: (213) 689-7431<br>F: (213) 403-6372<br><br>**London Fischer LLP**<br>James T.H. Deaver, Esq. (*Pro Hac Vice*)<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>Telephone: (212) 331-9580<br>Fax:  (212) 972-1030<br><br>*Co-Counsel to MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation* |   |
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 18-27963 (MBK) |

**MIDSTATES REINSURANCE CORPORATION'S JOINDER IN SUPPORT OF THE OBJECTION OF THE ACTING UNITED STATES TRUSTEE TO SECOND AMENDED PRENEGOTIATED PLAN OF REORGANIZATION FOR DURO DYNE NATIONAL CORP., ET AL., UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

DM3\5625177.1

MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation ("MidStates"), a party-in-interest in the above-captioned jointly administered chapter 11 cases, acting by and through its undersigned counsel, hereby files this joinder ("Joinder") in support of the *Objection of the Acting United States Trustee to Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., et. al., Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 447] ("UST Plan Objection"). MidStates hereby joins in and adopts the arguments set forth in the UST Plan Objection as if set forth herein at length.

WHEREFORE, for the reasons stated in the UST Plan Objection, MidStates respectfully requests that this Court enter an order (i) denying confirmation of the Plan, and (ii) granting any other further relief it deems just and appropriate.

Respectfully submitted,

Dated: February 12, 2019

/s/ Sommer L. Ross
DUANE MORRIS LLP
Sommer L. Ross, Esq. (NJ Bar No. 004112005)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: slross@duanemorris.com

Jeff D. Kahane, Esq. (*Pro Hac Vice*)
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7431
Facsimile: (213) 403-6372
E-mail: jkahane@duanemorris.com

and

LONDON FISCHER LLP
James T.H. Deaver, Esq. (*Pro Hac Vice*)
59 Maiden Lane, 39th Floor
New York, New York 10038
Telephone: (212) 331-9580
Fax: (212) 972-1030
E-mail: jdeaver@londonfischer.com

*Co-Counsel for MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation*