UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                    Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Jeffrey D. Prol, Esq.<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>jprol@lowenstein.com | Counsel for Duro Dyne National Corp., *et al.* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey A. Cooper, Esq.<br>Rabinowitz, Lubetkin, et al.<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039<br>jcooper@rltlawfirm.com | Counsel for Creditor, 4 Site, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John A. Fialcowitz, Esq.<br>John A. Fialcowitz, LLC<br>89 Headquaters Plaza North<br>Suite 1216<br>Morristown, NJ 07960<br>john@fialcowitzlaw.com | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean M. Beach, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark S. Lichtenstein, Esq.<br>Crowell & Moring<br>590 Madison Avenue<br>20th Floor<br>New York, NY 10022<br>mlichtenstein@crowell.com | Counsel for Federal Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Stephen Forte, Esq.<br>Shipman & Goodwin, LLP<br>400 Park Avenue<br>Fifth Floor<br>New York, NY 10022<br>sforte@goodwin.com | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew B. Heimann, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>mheimann@mccarter.com | Counsel for Creditor, Mestek, Inc. and Mestek Machinery, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jordan E. Jacobson, Esq.<br>jacobson.jordan@pbgc.gov | Counsel for Creditor, Pension Benefit Guaranty Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William E. McGrath, Jr., Esq.<br>Dilworth Paxson, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>wmcgrath@dilworthlaw.com | Counsel for Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karl J. Norgaard, Esq.<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood, NJ 07631<br>knorgaard@norgaardfirm.com | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name/Address | Role | Service Method |
|---|---|---|
| Scott S. Rever, Esq.<br>srever@wjslaw.com | Counsel for Creditor, Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christina Salem, Esq.<br>Kennedys Cmk<br>570 Lexington Avenue<br>8th Floor<br>New York, NY 10022<br>christina.salem@kennedyscmk.com | Counsel for Hartford Accident and Indemnity Company; The North River Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| George R. Calhoun, Esq.<br>Ifrah PLLC<br>1717 Pennsylvania Ave., NW<br>Washington, DC 20006 | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John T. Dorsey, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edwin J. Harron, Esq.<br>Young Conaway Stargatt, et al.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Sara Beth A.R. Kohut, Esq.<br>Young Conaway Stargatt, et al<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Counsel for Lawrence Fitzpatrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey A. Liesener, Esq.<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin C. Maclay, Esq.<br>1 Thomas Circle N.W.<br>Washington, DC 20005 | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Abigail W. Williams, Esq.<br>Shipman & Goodwin, LLP<br>400 Park Avenue, Fifth Floor<br>New York, NY 10022-4406 | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua D. Weinberg, Esq.<br>Shipman & Goodwin LLP<br>400 Park Avenue, Fifth Floor<br>New York, NY 10022-4406 | Counsel for Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charter Oak Financial Consultants, LLC<br>430 Center Ave.<br>Mamaroneck, NY 10543 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice, Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | Acting U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108<br>dcarlon@kmllawgroup.com | Counsel for Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d) on 11/14/18<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kami E. Quinn, Esq.<br>Gilbert Heintz & Randolph, LLP<br>1100 New York Ave. N.W.<br>Suite 700<br>Washington, DC 20005 | Counsel for Official Committee of Asbestos Claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Keller, Fishback & Jackson LLP<br>28720 Canwood Street, Suite 200<br>Agoura Hills, CA 91301 | | ☒ Regular Mail |
| Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 | Office of Unemployment Compensation Tax Services (UCTS), *et al.* | ☒ Regular Mail |
| Constantine P. Venizelos, Esq.<br>Kelley & Ferraro, LLP<br>Ernst & Young Tower<br>950 Maine Avenue, Suite 1300<br>Cleveland, OH 44113 | Eugene F. Sromek | ☒ Regular Mail |
| Bryn Gallagher Letsch, Esq.<br>Brayton Purcell LLP<br>222 Rush Landing Road<br>Novato, CA 94948 | Robert Envall | ☒ Regular Mail |
| Kathy Byrne, Esq.<br>Cooney & Conway<br>120 N. LaSalle Street, 30th Fl.<br>Chicago, IL 60602 | Donald Kurtzer | ☒ Regular Mail |

| | | |
|---|---|---|
| Joseph Belluck, Esq.<br>Belluck & Fox, LLP<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036 | Joseph Barna | ☒ Regular Mail |
| Matthew Peterson, Esq.<br>Simmons Hanly Conroy<br>One Court Street<br>Alton, IL 62002 | Wendell Betts | ☒ Regular Mail |
| Cort T. Malone, Esq.<br>Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020 | Special insurance counsel to Debtors | Regular Mail |