**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>DURO DYNE NATIONAL CORP., *et al.*[1]<br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND**
**MONTHLY FEE STATEMENT OF CHARTER OAK FINANCIAL CONSULTANTS**
**FOR THE PERIOD FROM DECEMBER 1, 2018, THROUGH DECEMBER 31, 2018**
**[DOCKET NO. 407]**

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Second Monthly Fee Statement of Charter Oak Financial Consultants, LLC as financial advisor to the Official Committee of the Asbestos Claimants (the "**Committee**"), for the Period of December 1, 2018 Through December 31, 2018 [Docket No. 407] (the "**Application**"), filed on January 25, 2019, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than February 4, 2019.

Pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 345], the Debtors are now authorized to pay Charter Oak 80% of requested fees ($24,660.90) and 100% of requested expenses ($2.90), for the total of $19,729.30 on an interim basis without further order of the Court.

Dated: February 13, 2019	By:/s/ John Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
Telephone: 973-532-7208
John@fialcowitzlaw.com

*Local Counsel to the Official Committee of Asbestos Claimants*