UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Duro Dyne National Corp.

Case No.: _____18-27963_____

Chapter: _____11_____

Judge: _____Michael B. Kaplan_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 25, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____John A. Fialcowitz_____ for the reduction of time for a hearing on _Motion to Approve Compromise under Rule 9019_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March 6, 2019_____ at _10:00 a.m._ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____,

Courtroom No. ___8___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_U.S. Trustee, Creditor Committee and any and all interested parties._____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

    ☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

    ☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

    ☒ on the same day as the date of this order, or

    ☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

    ☒ is not required

    ☐ must be provided to _____

        ☐ on the same day as the date of this Order, or

        ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*