| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM JANUARY 1, 2019, THROUGH JANUARY 31, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this third monthly fee statement[2] for the period commencing January 1, 2019, through January 31, 2019 (the "**Third Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1]    The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]    Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Second Fee Statement, if any, are due by March 7, 2019.

Dated: February 25, 2019     By: */s/ James P. Wehner*
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**THIRD MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED
FOR THE PERIOD FROM JANUARY 1, 2019, THROUGH JANUARY 31, 2019**

**SECTION 1**
**FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $462,481.75 | $8,822.27 |
| TOTAL ALLOWED TO DATE | $462,481.75 | $8,822.27 |
| TOTAL RETAINER (IF APPLICABLE)[3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $375,557.85 | $7,543.25 |
| | | |
| FEE TOTALS – PAGE 2 | $149,663.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $4,636.16 | |
| TOTAL FEE APPLICATION | $154,299.66 | |
| MINUS 20% HOLDBACK | $29,932.70 | |
| AMOUNT SOUGHT AT THIS TIME | $124,366.96 | |

---

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

[3]  As disclosed in its Retention Application, Caplin & Drysdale holds a retainer left over from prepetition services in the amount of $12,115.90 (the "Retainer"). While the Retainer has not yet been applied to amounts requested under its fee applications to date, the total amount received reflects that Caplin & Drysdale has been paid less than requested amounts in the amount of the Retainer.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 5.1 | $840 | $4,284.00 |
| Kevin C. Maclay, Member | 1994 | 7.4 | $775 | $5,735.00 |
| Jeffrey A. Liesemer, Member | 1993 | 97.5 | $735/$367.50* | $69,604.50 |
| James P. Wehner, Member | 1995 | 74.4 | $735/$367.50* | $53,067.00 |
| Jeanna Rickards Koski, Of Counsel | 2005 | $565.00 | 16.6 | $9,379.00 |
| Cecilia Guerrero, Paralegal | N/A | 18.8 | $325 | $6,110.00 |
| Brigette A. Wolverton, Paralegal | N/A | 5.3 | $280 | $1,484.00 |
| TOTAL FEES | | 225.1 | | $149,663.50 |
| ATTORNEY BLENDED RATE | | | $664.88 | |

*Reflects 50% rate reduction due to non-working travel time

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.3 | $220.50 |
| **(.07) Fee Applications-Self** | 15.7 | $5,468.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 159.4 | $111,584.50 |
| **(.11) Plan and Disclosure Statement** | 32.1 | $24,043.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 3.5 | $2,628.50 |
| **(.16) Travel Time** | 10.0 | $3,675.00 |
| **(.17) Docket Review & File Maintenance** | 1.5 | $420.00 |
| **(.18) Fee Applications-Others** | 2.6 | $1,624.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | 225.1 | $149,663.50 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $1,673.59 |
| **Conference Call Charges** | $71.59 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $557.30 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $1.50 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $2,332.18 |
| **Other (specify):** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$4,636.16** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Caplin & Drysdale analyzed motions filed by insurers relating to Rule 2019 and for temporary allowance of certain claims for voting purposes, as well as preparing related responses;

    b) Caplin & Drysdale prepared for and attended a hearing on the motions relating to rule 2019 and for temporary allowance of certain claims for voting purposes;

    c) Caplin & Drysdale reviewed and analyzed issues related to discovery matters and conducted discovery, including an expert deposition;

3

  d)  Caplin & Drysdale analyzed voting on the plan, objections to the Plan, reviewed Plan-related insurance issues with special insurance counsel, and developed strategies for the Plan and related materials;

  e)  Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

  f)  Caplin & Drysdale prepared and filed its monthly fee application;

  g)  Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

  h)  Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, hearings, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

  i)  Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A) ADMINISTRATION EXPENSES: (unknown at this time)
  (B) SECURED CREDITORS: (unknown at this time)
  (C) PRIORITY CREDITORS: (unknown at this time)
  (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: February 25, 2019       */s/ James P. Wehner*
                  Signature

# EXHIBIT A

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000  Fax: (202) 429-3301

Official Committee of Asbestos Claimants of Duro Dyne National

February 25, 2019
Invoice #: 317677
Page: 1

RE: Duro Dyne Bankruptcy

For Professional Services Rendered Through January 31, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.05** | **Claims Administration & Objections** | | | | |
| 1/9/2019 | JAL | Review and analysis of Debtors' motions re PBGC claim and motion to extend time to assume or reject leases. | 0.3 | $735.00 | $220.50 |
| | | Total | 0.30 | | $220.50 |
| **.07** | **Fee Applications-Self** | | | | |
| 1/2/2019 | BAW | Review and prepare materials re monthly fee payment. | 0.6 | $280.00 | $168.00 |
| 1/2/2019 | CG | Draft and revise monthly fee application and accompanying exhibits. | 3.5 | $325.00 | $1,137.50 |
| 1/3/2019 | JPW | Meet with CG re billing issues. | 0.2 | $735.00 | $147.00 |
| 1/3/2019 | BAW | Prepare materials and notice re updated rates for 2019 for attorney review. | 1.3 | $280.00 | $364.00 |
| 1/3/2019 | CG | Review and revise monthly fee application and circulate same (.9); meet w/ JPW re same (.2). | 1.1 | $325.00 | $357.50 |
| 1/4/2019 | CG | Review and revise monthly fee application and accompanying exhibits. | 4.2 | $325.00 | $1,365.00 |
| 1/17/2019 | JPW | Teleconference CG re monthly fee app. | 0.2 | $735.00 | $147.00 |
| 1/17/2019 | CG | Review and revise monthly fee application and accompanying exhibits (2.1); confer w/ JPW re same (.2). | 2.3 | $325.00 | $747.50 |
| 1/18/2019 | JPW | Emails re billing issues. | 0.4 | $735.00 | $294.00 |
| 1/22/2019 | JPW | Review fee app. | 0.2 | $735.00 | $147.00 |
| 1/22/2019 | CG | Attention to invoicing issues (.4); review, revise and finalize monthly application and cover sheet (1.1); circulate same for review (.1). | 1.6 | $325.00 | $520.00 |

February 25, 2019
Invoice #:    317677

Page:    2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.07** | **Fee Applications-Self** | | | | |
| 1/23/2019 | JPW | Emails re monthly fee apps. | 0.1 | $735.00 | $73.50 |
| | | Total | 15.70 | | $5,468.00 |
| **.10** | **Litigation** | | | | |
| 1/2/2019 | JAL | Review and comments on Debtors' draft discovery to insurers. | 2.3 | $735.00 | $1,690.50 |
| 1/2/2019 | JAL | Confer with JPW re draft discovery requests to insurers. | 0.3 | $735.00 | $220.50 |
| 1/2/2019 | JPW | Review draft discovery (.2); meet with JAL re same (.3). | 0.5 | $735.00 | $367.50 |
| 1/4/2019 | JPW | Emails re insurance issues (0.5); review Midstate motion and research re same (1.5); call with JAL and KCM re 2019 motion (.2). | 2.2 | $735.00 | $1,617.00 |
| 1/4/2019 | KCM | Call with JPW and JAL re 2019 materials. | 0.2 | $775.00 | $155.00 |
| 1/4/2019 | BAW | Research, select, and prepare 2019 materials for attorney review (1.3); communications w/ KCM re same (.2). | 1.5 | $280.00 | $420.00 |
| 1/8/2019 | JAL | Review and analysis of insurer's Rule 2019 motion and related documents in preparation for opposition to Rule 2019 motion. | 2.9 | $735.00 | $2,131.50 |
| 1/9/2019 | JAL | Analysis re insurer's Rule 2019 motion. | 0.4 | $735.00 | $294.00 |
| 1/14/2019 | JPW | Emails re insurance issues (0.4); review and analyze Motion (1.9). | 2.3 | $735.00 | $1,690.50 |
| 1/15/2019 | JPW | Review insurer motions (2.8); teleconference Debtor, FCR, insurance counsel re motions (1.2); emails re motions, plan issues (0.9); teleconference JRK re motions (0.3). | 5.2 | $735.00 | $3,822.00 |
| 1/15/2019 | JRK | Research re voting and plan issues (4.4); confer w/ JPW re same (.3). | 4.7 | $565.00 | $2,655.50 |
| 1/16/2019 | JAL | Correspondence with JRK re research re Rule 3018 motion (0.3); analysis re same (4.8); confer with JRK re research re same (0.3); confer with JPW re voting issues (0.2); review and analysis of draft mortgage (0.5). | 6.1 | $735.00 | $4,483.50 |
| 1/16/2019 | JPW | Draft response to insurer motion (2.5); confer with JAL re voting issues (.2). | 2.7 | $735.00 | $1,984.50 |
| 1/16/2019 | JRK | Research re voting and plan issues (4.6); confer w/ JAL re same (.3). | 4.9 | $565.00 | $2,768.50 |
| 1/17/2019 | JAL | Further email correspondence with JRK re Rule 3018 issue (0.3); review and analysis of materials re same (5.6); conference with JPW, Debtors' counsel, and insurance counsel re same (1.5); review and analysis of JRK memo re Rule 3018 issues and emails re same (0.5). | 7.9 | $735.00 | $5,806.50 |
| 1/17/2019 | JPW | Draft objection to motion. | 4.8 | $735.00 | $3,528.00 |
| 1/17/2019 | JPW | Teleconference Debtor, FCR, and JAL re motions. | 1.5 | $735.00 | $1,102.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .10 | Litigation | | | | |
| 1/17/2019 | JRK | Research re voting and plan issues. | 5.8 | $565.00 | $3,277.00 |
| 1/18/2019 | JAL | Review draft inserts re opposition to Rule 3018 motion (1.8); review JRK's research memo re same (1.2); draft and revise same (2.2); correspondence re insurance issues (0.7); correspond with JRK re next steps (0.1). | 6.0 | $735.00 | $4,410.00 |
| 1/18/2019 | JPW | Revise and draft opposition; research re same. | 2.7 | $735.00 | $1,984.50 |
| 1/18/2019 | KCM | Review/analyze draft 2019 brief and communicate with JPW re same. | 0.6 | $775.00 | $465.00 |
| 1/19/2019 | JAL | Review and comment on draft opposition to Rule 2019 motion (0.2); correspondence with Plan Proponents' counsel re insurance-related plan issue (0.2). | 0.4 | $735.00 | $294.00 |
| 1/20/2019 | JAL | Draft and revise opposition to insurer's Rule 3018 motion. | 5.3 | $735.00 | $3,895.50 |
| 1/20/2019 | JPW | Revise opposition (1.9); emails re opposition (0.2). | 2.1 | $735.00 | $1,543.50 |
| 1/21/2019 | JAL | Teleconference with JPW, Debtors' counsel, and insurance recovery counsel re Rule 3018 motion (0.3); draft and revise opposition re same (5.4). | 5.7 | $735.00 | $4,189.50 |
| 1/21/2019 | JPW | Teleconference Debtors, insurance counsel, and JAL re oppositions. | 0.3 | $735.00 | $220.50 |
| 1/22/2019 | JAL | Review and revise opposition to Rule 3018 motion. | 10.9 | $735.00 | $8,011.50 |
| 1/22/2019 | CG | Review, revise, and citecheck opposition to N. River 3018 motion. | 1.7 | $325.00 | $552.50 |
| 1/23/2019 | JAL | Confer with JPW and KCM re draft opposition to Rule 3018 motion (0.4); telephone call with S.B. Kohut re same (0.1); meet with JPW re opposition briefing (0.2); review and comments re same (0.2). | 0.9 | $735.00 | $661.50 |
| 1/23/2019 | JPW | Meet with JAL re opposition brief (0.2); teleconference J. Fialcowitz re oppositions (0.2); review draft Order; emails re same (1.1); teleconference E. Harron re opposition (0.2); review and edit draft opposition (2.8); meet with JAL and KCM re opposition (0.4). | 4.9 | $735.00 | $3,601.50 |
| 1/23/2019 | KCM | Review/analyze draft opposition and related correspondence and materials. | 1.7 | $775.00 | $1,317.50 |
| 1/23/2019 | KCM | Meet with JPW and JAL re opposition brief. | 0.4 | $775.00 | $310.00 |
| 1/23/2019 | JRK | Review brief and perform research for same. | 1.2 | $565.00 | $678.00 |
| 1/23/2019 | CG | Review, revise, and citecheck opposition to N. River 3018 motion. | 2.1 | $325.00 | $682.50 |

February 25, 2019
Invoice #:       317677

Page:           4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 1/24/2019 | JAL | Review and revise draft Rule 3018 opposition (1.2); email exchange with Debtors' counsel and insurance counsel re same (0.2); confer with JPW re plan issues (0.2); review and analysis of MidStates' response to North River's Rule 3018 motion (0.1); analysis of issues re Rule 3018 motion (0.3). | 2.0 | $735.00 | $1,470.00 |
| 1/24/2019 | JPW | Revise and finalize objections (2.3); teleconference E. Harron re motion (0.2); meet with JAL re motion issues (0.2); emails re motion, etc. (0.9). | 3.6 | $735.00 | $2,646.00 |
| 1/24/2019 | KCM | Review/analyze draft briefs and communicate with JPW re same. | 0.7 | $775.00 | $542.50 |
| 1/25/2019 | JAL | Review, revisions, and edits to revised draft of Rule 3018 opposition (4.5); review and analysis of materials in prep for hearing on insurer's Rule 3018 motion (0.6). | 5.1 | $735.00 | $3,748.50 |
| 1/25/2019 | JAL | Review and analysis of correspondence re proposed protective order for Rule 3018 discovery. | 0.1 | $735.00 | $73.50 |
| 1/25/2019 | JPW | Review draft response (1.0); teleconference J. Fialcowitz re filings x2 (0.2); teleconference E. Grim re protective order (0.2); teleconference J. Prol re PO issue (0.2); review same (0.8). | 2.4 | $735.00 | $1,764.00 |
| 1/25/2019 | CG | Review, revise, and citecheck N. River and MidStates briefs and prepare exhibits re same. | 1.3 | $325.00 | $422.50 |
| 1/26/2019 | JAL | Review and analysis of materials in prep for hearing on insurer's Rule 3018 motion. | 1.4 | $735.00 | $1,029.00 |
| 1/27/2019 | JAL | Email exchanges with JPW and K. Quinn re insurer's Rule 3018 motion (0.3); further review and analysis of materials in prep for hearing on insurer's Rule 3018 motion (3.8). | 4.1 | $735.00 | $3,013.50 |
| 1/28/2019 | JAL | Review correspondence re insurance issues (0.1); confer with JPW re planning and strategy for deposition and hearing (0.3); review and analysis of materials in prep for hearing (1.4). | 1.8 | $735.00 | $1,323.00 |
| 1/28/2019 | JPW | Emails re motion and related discovery (2.2); review North River discovery materials (2.0); meet with JAL re discovery issues (0.3). | 4.5 | $735.00 | $3,307.50 |
| 1/28/2019 | CG | Communications re scheduling of upcoming depositions. | 0.3 | $325.00 | $97.50 |
| 1/29/2019 | JAL | Review and analysis of materials in prep for call with Plan Proponents' counsel re Rule 3018 motion (0.4); conference call with Plan Proponents' counsel re same (0.8); review and analysis of materials in prep for hearing (0.2). | 1.4 | $735.00 | $1,029.00 |
| 1/29/2019 | JPW | Teleconference Debtor, insurance counsel re motion (0.8); emails re deposition and hearing issues (1.3); deposition preparation (5.2). | 7.3 | $735.00 | $5,365.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 1/30/2019 | JAL | Attend Scarcella deposition (3.2); review and analysis of materials in prep for Rule 3018 hearing (2.1). | 5.3 | $735.00 | $3,895.50 |
| 1/30/2019 | JPW | Meeting with FCR counsel re depo (0.3); depo prep (1.2); teleconference Debtors counsel re depo (0.3); deposition of Marc Scarcella (3.8); hearing prep (1.2); teleconference J. Prol re depo, hearing (0.2). | 7.0 | $735.00 | $5,145.00 |
| 1/31/2019 | JAL | Prepare for hearing on 3018 motion (0.5); attend hearing (2.9); confer with S.B. Kohut re developments and next steps (0.3). | 3.7 | $735.00 | $2,719.50 |
| 1/31/2019 | JPW | Hearing prep (1.8); attend hearing on motions (2.5). | 4.3 | $735.00 | $3,160.50 |
| | | **Total** | **159.40** | | **$111,584.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/2/2019 | JAL | Review and analysis of correspondence re mortgage issues (0.1); revise and edit draft correspondence re same (1.7). | 1.8 | $735.00 | $1,323.00 |
| 1/3/2019 | ACM | Teleconference S. Kohut re proposed Trust guidelines (.1); exchange e-mails re same (.1). | 0.2 | $840.00 | $168.00 |
| 1/4/2019 | ACM | Exchange e-mails re proposed Trust guidelines (.1); review Midstates motion (.3); exchange e-mails re same (.1). | 0.5 | $840.00 | $420.00 |
| 1/4/2019 | JAL | Review and comments re draft insurance agreement. | 1.7 | $735.00 | $1,249.50 |
| 1/4/2019 | JAL | Telephone call with KCM re insurer's Rule 2019 motion (0.2); email correspondence with J. Prol re insurance-related plan issues (0.2); review and analysis of materials re issues relating to insurer's Rule 2019 motion (0.4). | 0.8 | $735.00 | $588.00 |
| 1/4/2019 | KCM | Review/analyze materials re 2019 issues. | 0.9 | $775.00 | $697.50 |
| 1/4/2019 | KCM | Confer with JAL re 2019 issues. | 0.2 | $775.00 | $155.00 |
| 1/7/2019 | JAL | Review and comments on revised draft insurance agreement (1.4); revisions and editing to same (3.8). | 5.2 | $735.00 | $3,822.00 |
| 1/7/2019 | JAL | Review correspondence re mortgages and respond to same. | 0.2 | $735.00 | $147.00 |
| 1/8/2019 | JPW | Emails re plan issues. | 0.9 | $735.00 | $661.50 |
| 1/8/2019 | BAW | Prepare materials re proofs of claim for attorney review. | 0.2 | $280.00 | $56.00 |
| 1/9/2019 | JAL | Draft and revise correspondence re draft mortgages. | 0.2 | $735.00 | $147.00 |
| 1/10/2019 | ACM | Exchange e-mails re Trust guidelines. | 0.1 | $840.00 | $84.00 |
| 1/10/2019 | JAL | Telephone call with C. Grear re mortgage issues. | 0.1 | $735.00 | $73.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 1/11/2019 | JAL | Communications with JPW re developments and next steps. | 0.1 | $735.00 | $73.50 |
| 1/11/2019 | BAW | Prepare transcript re status conference for attorney review. | 0.2 | $280.00 | $56.00 |
| 1/14/2019 | JAL | Review and analysis of insurer's proposed lift-stay order, and correspondence with JPW, K. Quinn, and E. Grim re same. | 0.2 | $735.00 | $147.00 |
| 1/14/2019 | JAL | Review and analysis of North River's motion and accompanying documents (1.4); review correspondence re draft mortgage (0.6). | 2.0 | $735.00 | $1,470.00 |
| 1/16/2019 | ACM | Exchange e-mails re Trust guidelines (.1); exchange e-mails re voting (.3); teleconference JPW re same (.1). | 0.5 | $840.00 | $420.00 |
| 1/16/2019 | JAL | Further review and analysis of draft mortgage and correspondence re same (1.5); review and analysis of correspondence re 3018 motion (0.4); conferences with JPW re insurer's Rule 3018 motion and related issues (1.1); emails to JRK re same (0.2); review correspondence re draft mortgage (0.2); draft and revise correspondence re same (0.3); correspond w/ JRK re research re same (0.4). | 4.1 | $735.00 | $3,013.50 |
| 1/16/2019 | JPW | Meet with KCM re case status (0.2); meet with JAL re objections x2 (1.1); teleconference J. Sinclair (0.3); teleconference ACM re voting issues x2 (0.2); emails re plan issues (1.1). | 2.9 | $735.00 | $2,131.50 |
| 1/16/2019 | KCM | Meet with JPW re case status and strategy. | 0.2 | $775.00 | $155.00 |
| 1/16/2019 | KCM | Communications re voting issues. | 0.3 | $775.00 | $232.50 |
| 1/17/2019 | ACM | Exchange e-mails re voting. | 0.1 | $840.00 | $84.00 |
| 1/22/2019 | ACM | Teleconference KCM and JPW re voting issues (.6); exchange e-mails re same (.2); review draft agreement (.3). | 1.1 | $840.00 | $924.00 |
| 1/22/2019 | JPW | Teleconference ACM and KCM re plan issues (0.6); teleconference J. Prol re plan issues (0.2); communications with ACM re plan issues x2 (0.3); meet with KCM re plan issues (0.2). | 1.3 | $735.00 | $955.50 |
| 1/22/2019 | KCM | Teleconference with ACM and JPW re case status and POR issues. | 0.6 | $775.00 | $465.00 |
| 1/22/2019 | KCM | Meet with JPW re POR issue. | 0.2 | $775.00 | $155.00 |
| 1/23/2019 | ACM | Exchange e-mails re ballot results (.1); review and revise draft agreement (1.3); research re Trust issues (.4). | 1.8 | $840.00 | $1,512.00 |
| 1/23/2019 | JAL | Review draft insurance agreement. | 0.9 | $735.00 | $661.50 |
| 1/24/2019 | ACM | Exchange e-mails re Trust issues (.2); exchange e-mails re balloting (.1); teleconference K. Quinn, E. Grim re draft agreement (.1); review same (.3). | 0.7 | $840.00 | $588.00 |

February 25, 2019
Invoice #:   317677

Page:   7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/24/2019 | JPW | Emails re plan issues. | 0.5 | $735.00 | $367.50 |
| 1/25/2019 | JPW | Emails re plan issues. | 1.3 | $735.00 | $955.50 |
| 1/28/2019 | ACM | Exchange e-mails re balloting. | 0.1 | $840.00 | $84.00 |
| | | **Total** | **32.10** | | **$24,043.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/2/2019 | JPW | Emails re Committee inquiries. | 0.2 | $735.00 | $147.00 |
| 1/7/2019 | JAL | Review and comment on JPW's draft communication to Committee. | 0.2 | $735.00 | $147.00 |
| 1/7/2019 | JPW | Draft memo to Committee. | 0.8 | $735.00 | $588.00 |
| 1/16/2019 | KCM | Plan/prepare for and communicate with constituents re case status and related issues. | 0.4 | $775.00 | $310.00 |
| 1/22/2019 | KCM | Plan/prepare for and communicate with constituents re case status. | 0.9 | $775.00 | $697.50 |
| 1/28/2019 | JAL | Review draft memo to Committee and correspondence with JPW re same. | 0.1 | $735.00 | $73.50 |
| 1/28/2019 | JPW | Memo to Committee. | 0.8 | $735.00 | $588.00 |
| 1/28/2019 | KCM | Review/analyze draft Committee communication. | 0.1 | $775.00 | $77.50 |
| | | **Total** | **3.50** | | **$2,628.50** |
| **.16** | **Travel** | | | | |
| 1/30/2019 | JAL | Travel to Trenton NJ for hearing on insurer's Rule 3018 motion. | 2.4 | $367.50 | $882.00 |
| 1/30/2019 | JPW | Travel to Trenton for hearing. | 1.2 | $367.50 | $441.00 |
| 1/31/2019 | JAL | Return travel from Trenton to DC. | 3.2 | $367.50 | $1,176.00 |
| 1/31/2019 | JPW | Return travel to DC. | 3.2 | $367.50 | $1,176.00 |
| | | **Total** | **10.00** | | **$3,675.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 1/2/2019 | BAW | Update pleadings file. | 0.3 | $280.00 | $84.00 |
| 1/8/2019 | BAW | Update pleadings file. | 0.1 | $280.00 | $28.00 |
| 1/16/2019 | BAW | Conduct factual research re 3018 motions (.9); prepare materials for attorney re same (.2). | 1.1 | $280.00 | $308.00 |
| | | **Total** | **1.50** | | **$420.00** |
| **.18** | **Fee Applications-Others** | | | | |
| 1/9/2019 | JPW | Review monthly fee app (1.0); meet with CG re fee app x2 (0.3). | 1.3 | $735.00 | $955.50 |
| 1/9/2019 | CG | Communications w/ Charter Oak re monthly fee application (.2); meet w/ JPW re same (.3). | 0.5 | $325.00 | $162.50 |
| 1/25/2019 | JPW | Teleconference J. Sinclair re fee app (0.2); emails re fee apps (0.4). | 0.6 | $735.00 | $441.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .18 | **Fee Applications-Others** | | | | |
| 1/25/2019 | CG | Communications w/ Charter Oak re monthly fee application. | 0.2 | $325.00 | $65.00 |
| | | **Total** | **2.60** | | **$1,624.00** |
| | | Total Professional Services | 225.1 | | $149,663.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 91.9 | $735.00 | $67,546.50 |
| JAL | Jeffrey A. Liesemer | Member | 5.6 | $367.50 | $2,058.00 |
| KCM | Kevin C. Maclay | Member | 7.4 | $775.00 | $5,735.00 |
| ACM | Ann C. McMillan | Member | 5.1 | $840.00 | $4,284.00 |
| JPW | James P. Wehner | Member | 70.0 | $735.00 | $51,450.00 |
| JPW | James P. Wehner | Member | 4.4 | $367.50 | $1,617.00 |
| JRK | Jeanna Rickards Koski | Of Counsel | 16.6 | $565.00 | $9,379.00 |
| CG | Cecilia Guerrero | Paralegal | 18.8 | $325.00 | $6,110.00 |
| BAW | Brigette A. Wolverton | Paralegal | 5.3 | $280.00 | $1,484.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/08/2019 | Trvl Exp - Ground Transportation from office to Union Station [.16] | $12.00 |
| 01/08/2019 | Trvl Exp - Meals (dinner on 12/9; breakfast on 12/10) [.16] | $157.35 |
| 01/08/2019 | Trvl Exp - Hotel charges (JAL) [.16] | $147.87 |
| 01/08/2019 | Photocopies [.11] | $1.50 |
| 01/09/2019 | Conf. Call Premiere Global Services - 11/2018 JAL [.01] | $71.59 |
| 01/23/2019 | Trvl Exp - Ground Transportation re Trenton hearing (JPW) [.16] | $15.52 |
| 01/25/2019 | Pacer Charges- BAW - Usage from 10/01/18 - 12/31/18 [.01] | $503.50 |
| 01/25/2019 | Pacer Charges- CG - Usage from 10/01/18 - 12/31/18 [.01] | $18.30 |
| 01/25/2019 | Pacer Charges- JAL - Usage from 10/01/18 - 12/31/18 [.01] | $29.50 |
| 01/25/2019 | Pacer Charges- KD - Usage from 10/01/18 - 12/31/18 [.01] | $6.00 |
| 01/31/2019 | Database Research - Westlaw - JPW - January 29, 2019 [.01] | $406.58 |
| 01/31/2019 | Database Research - Westlaw - BAW - January 23, 2019 [.01] | $22.39 |
| 01/31/2019 | Database Research - Westlaw - CMG - January 22-25, 2019 [.01] | $323.15 |
| 01/31/2019 | Database Research - Westlaw - JAL - January 16-30, 2019 [.01] | $462.47 |

February 25, 2019
Invoice #: 317677

Page: 9

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/31/2019 | Database Research - Lexis - BAW - January 23, 2019 [.01] | $459.00 |
| 01/31/2019 | Air & Train - Amtrak from Trenton to DC 12/10/18 (JAL) [.16] | $450.00 |
| 01/31/2019 | Air & Train - Amtrak from Trenton to DC 12/10/18 (JPW) [.16] | $450.00 |
| 01/31/2019 | Air & Train - AA DC to Pittsburgh 12/16-17/2018 (JPW) [.16] | $676.44 |
| 01/31/2019 | Air & Train - Amtrak Trenton to DC 12/17/18 (JAL) [.16] | $423.00 |
| | Total Disbursements | $4,636.16 |

# EXHIBIT B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com<br><br>*Proposed Local Counsel for the Official Committee of Asbestos Claimants* | **Order Filed on November 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:     3
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

---

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.