**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey  07920
Tele: (973) 467-2700 / Fax:  (973) 467-8126
Local Counsel for International Association of
Sheet Metal, Air, Rail and Transportation Workers
**SCOTT S. REVER, ESQ.**

In Re:

**DURO DYNE NATIONAL CORP.,**

　　　　　　　　　　　Debtor.

Case No.: 18-27963 MBK
　　　　　　18-27968 MBK
　　　　　　18-27969 MBK

Chapter: 11

Hearing Date:

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1.　　I, Denise R. Mendez:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for Scott S. Rever, Esq. who represents International Association of Sheet Metal, Air, Rail and Transportation Workers, in this matter.

☐ am the _____ in this case and am representing myself.

2.　　On February 27, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

　　　Application for an Order *Pro Hac Vice* and proposed form of Order.

3.　　I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  February 27, 2019

　　　　　　　　　　　　　　　　*/s/   Denise R. Mendez*
　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey D. Prol, Esq.<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitchell Hausman, Esq.<br>Jeffrey M. Sponder, Esq.<br>Office of the US Trustee<br>One Newark Center, #2100<br>Newark, NJ  07102 | US Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John A. Fialcowitz, Esq.<br>89 Headquarters Plaza North #1216<br>Morristown, NJ 07960 | Counsel to Official Committee of Asbestos Claimants | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey A. Liesemer, Esq.<br>Kevin C. Maclay, Esq.<br>1 Thomas Circle NW<br>Washington DC 20005 | Counsel to Official Committee of Asbestos Claimants | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kami Elizabeth Quinn<br>Gilbert LLP<br>1100 New York Ave, NW<br>Suite 700<br>Washington DC 20005 | Counsel to Official Committee of Asbestos Claimants | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King St.<br>Wilmington DE 19801 | Counsel to Official Committee of Asbestos Claimants | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*