**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.,*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD JANUARY 1, 2019 THROUGH JANUARY 31, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this third monthly fee statement[2] for the period January 1, 2019 through January 31, 2019 (the "**Third Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Third Fee Statement, if any, are due by March 11, 2019.

Dated: March 1, 2019          Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Duro Dyne National Corp., *et al.,*[1]          APPLICANT:   Lowenstein Sandler LLP

CASE NO.:   18-27963 (MBK)          CLIENT:   Chapter 11 Debtors

CHAPTER:   11          CASE FILED:   September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRD MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD JANUARY 1, 2019 THROUGH JANUARY 31, 2019**

## SECTION I
## FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$534,533.00** | **$ 19,968.70** |
| TOTAL FEES ALLOWED TO DATE: | **$426,263.00** | **$14,045.45** |
| TOTAL RETAINER REMAINING | **$      -0-** | **$      -0-** |
| TOTAL HOLDBACK (IF APPLICABLE) | **$ 21,654.00** | **$      -0-** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2] | **$512,879.00** | **$19,968.70** |

|  |  |
|---|---|
| FEE TOTALS - PAGE 2 | $112,413.25 |
| DISBURSEMENTS TOTALS - PAGE 3 | $      170.39 |
| TOTAL FEE APPLICATION | $112,583.64 |
| MINUS 20% HOLDBACK | -  22,482.65 |
| AMOUNT SOUGHT AT THIS TIME | $ 89,930.60 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04  (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 63.70 | $895.00 | $57,011.50 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 4.50 | $447.50 | $2,013.75 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 0.20 | $450.00 | $90.00 |
| *Freedman, Terri Jane - Travel Time | 1991 | Counsel/Bankruptcy | 3.60 | $235.00 | $846.00 |
| ***Freedman, Terri Jane - Rate Increase 2019 | 1991 | Counsel/Bankruptcy | 89.80 | $470.00 | $42,206.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate | 7.10 | $695.00 | $4,934.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate | 2.30 | $755.00 | $1,736.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 10.00 | $270.00 | $2,700.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.50 | $250.00 | $875.00 |
| **Total Fees** | | | **184.70** | | **$112,413.25** |
| **Attorney Blended Rate** | | | | **$635.74** | |
| *Reflects 50% rate reduction due to non-working travel time | | | | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 4.10 | $1,394.50 |
| Meetings of and Communication with Creditors | 0.20 | $179.00 |
| Fee/Employment Applications | 5.10 | $2,336.50 |
| Employment and Retention Applications - Others | 8.80 | $3,982.00 |
| Fee/Employment Objections | 3.90 | $1,833.00 |
| Fee Applications and Invoices - Others | 1.80 | $824.00 |
| Assumption/Rejection of Leases and Contracts | 4.50 | $2,270.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 1.00 | $395.00 |
| Non-Working Travel | 8.10 | $2,859.75 |
| Business Operations | 1.50 | $860.00 |
| Financing/Cash Collateral | 3.80 | $2,779.00 |
| Tax Issues | 0.90 | $423.00 |
| Claims Administration and Objections | 104.60 | $71,074.50 |
| Plan and Disclosure Statement (including Business Plan) | 23.30 | $13,701.00 |
| Court Hearings | 12.50 | $7,220.00 |
| Other - Insurance Matters | 0.60 | $282.00 |
| **SERVICE TOTALS** | **184.70** | **$112,413.25** |

# SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Bulk rate/special postage | $17.30 |
| Computerized legal research | $38.10 |
| Telecommunications | $31.99 |
| Travel | $78.44 |
| Photocopies 38 pages at $0.12 per page | $4.56 |
| **TOTAL DISBURSEMENTS** | **$170.39** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

a)   Lowenstein Sandler attended to confirmation issues, including (i) reviewing and analyzing the balloting report; (ii) attending to service of the solicitation package; (iii) finalizing and filing the certification of balloting; and (iv) participating in calls with the Debtors and professionals regarding preparation for the effective date and post-confirmation corporate structure;

b)   Lowenstein Sandler prepared for and attended hearings on behalf of the Debtors;

c)   Lowenstein Sandler attended to various claims issues, including (i) the estimation and treatment of insurer claims; (ii) reviewing and analyzing North River Insurance Company's 3018 motion and preparing and filing an objection thereto; and (iii) negotiating a settlement with the PBGC;

d)   Lowenstein Sandler prepared for and participated in discovery related to claims estimation;

e)   Lowenstein Sandler responded to creditor inquiries;

f)   Lowenstein Sandler attended to tax distribution issues;

g)   Lowenstein Sandler reviewed mortgage and note documents, analyzed inter-creditor conflicts and corresponded with counsel to Bank of America regarding same;

h)   Lowenstein Sandler attended to the retention of ordinary course professionals;

i)   Lowenstein Sandler prepared and filed its second monthly fee statement, and reviewed fee statements filed by other professionals; and

m)   Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

      (A)    ADMINISTRATION EXPENSES:      (100%)
      (B)    SECURED CREDITORS:      (100%)
      (C)    PRIORITY CREDITORS:      (100%)
      (D)    GENERAL UNSECURED CREDITORS:      (100%)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.


      I certify under penalty of perjury that the foregoing is true and correct.


Dated:  March 1, 2019


      /s/ *Jeffrey D. Prol*_____
      Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Duro Dyne National Corp., *et al.*[1]

                    Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: October 19, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.       The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

### EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through January 31, 2019

In re: Chapter 11

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 63.70 | $895.00 | $57,011.50 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 4.50 | $447.50 | $2,013.75 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 0.20 | $450.00 | $90.00 |
| *Freedman, Terri Jane - Travel Time | 1991 | Counsel/Bankruptcy | 3.60 | $235.00 | $846.00 |
| ***Freedman, Terri Jane - Rate Increase 2019 | 1991 | Counsel/Bankruptcy | 89.80 | $470.00 | $42,206.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate | 7.10 | $695.00 | $4,934.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate | 2.30 | $755.00 | $1,736.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 10.00 | $270.00 | $2,700.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.50 | $250.00 | $875.00 |
| **TOTAL FEES** | | | **184.70** | | **$112,413.25** |
| **Attorney Blended Rate** | | | | | **$635.74** |

\*        Reflects 50% rate reduction due to non-working travel time
\*\*\*        Reflects rate increase effective January 1st, 2019

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 01/02/19 | JDP | Review standing orders re: stay of cases involving issues with UST | 0.30 | $268.50 |
| B110 | 01/03/19 | DC | Exchange e-mails with T. Freedman and BMC re: service of orders | 0.10 | $27.00 |
| B110 | 01/03/19 | DC | Tend to e-filing Affidavits of Service of BMC Group | 0.20 | $54.00 |
| B110 | 01/04/19 | DC | Review local rule re: Certification of Consent and discuss same with T. Freedman | 0.20 | $54.00 |
| B110 | 01/04/19 | DC | Review docket, update attorney calendar and critical dates memo | 0.50 | $135.00 |
| B110 | 01/04/19 | DC | Draft e-mail to BMC Group re: service of pleadings | 0.10 | $27.00 |
| B110 | 01/08/19 | DC | Update attorney calendar and critical dates memo and tend to filing Affidavits of Service for BMC | 0.50 | $135.00 |
| B110 | 01/14/19 | DC | Update critical dates memo and attorney calendar | 0.30 | $81.00 |
| B110 | 01/15/19 | DC | Tend to filing Affidavit of Service from BMC | 0.10 | $27.00 |
| B110 | 01/18/19 | DC | Tend to filing Affidavit of Service for supplemental Solicitation Package | 0.10 | $27.00 |
| B110 | 01/23/19 | DC | Draft e-mail to BMC Group re: service of notice of change of hearing date and Certification of Service relating to same | 0.20 | $54.00 |
| B110 | 01/23/19 | TJF | E-mail exchange with C. O'Callghan re payment of UST Quarterly Fees; review calculation of actual v. estimated fees | 0.50 | $235.00 |
| B110 | 01/24/19 | DC | Tend to filing Affidavit of Service of BMC Group | 0.10 | $27.00 |
| B110 | 01/25/19 | DC | Tend to filing Affidavits of Service for BMC Group | 0.20 | $54.00 |
| B110 | 01/29/19 | DC | E-filing and service of Notice of Agenda for 1/31/19 hearing (.20), tend to filing Notice of Appearance for C. Malone (.10), and Affidavit of Service for BMC (.10) | 0.40 | $108.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 01/29/19 | DC | Exchange e-mails with C. Cahart re: transcripts for 12/12 and 12/17 hearings and forward copy of 12/17 transcript via e-mail | 0.10 | $27.00 |
| B110 | 01/31/19 | DC | Update critical dates memo and attorney calendar | 0.20 | $54.00 |

| | | | **Total B110 - Case Administration** | 4.10 | $1,394.50 |

B150 Meetings of and Communication with Creditors

| B150 | 01/16/19 | JDP | Respond to creditor inquiries re: bar date | 0.20 | $179.00 |

| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.20 | $179.00 |

B160 Fee/Employment Applications

| B160 | 01/08/19 | EBL | Begin preparing second monthly fee statement of Lowenstein Sandler | 0.60 | $150.00 |
| B160 | 01/16/19 | JDP | Review December pre-bill; prepare monthly fee statement | 1.20 | $1,074.00 |
| B160 | 01/17/19 | DC | Discussion with T. Freedman re: deadlines for filing monthly fee applications and update calendar and critical dates with all deadlines | 0.30 | $81.00 |
| B160 | 01/18/19 | TJF | Edit December monthly fee application | 0.40 | $188.00 |
| B160 | 01/22/19 | EBL | Prepare Lowenstein Sandler's second monthly fee statement | 1.20 | $300.00 |
| B160 | 01/22/19 | JDP | Review and edit December monthly fee application | 0.30 | $268.50 |
| B160 | 01/23/19 | EBL | Revise and finalize (.6); e-file (.2) and coordinate service of (.1) Lowenstein Sandler's second monthly fee statement | 0.90 | $225.00 |
| B160 | 01/24/19 | EBL | Prepare e-mail to client re: Lowenstein Sandler's second monthly fee statement | 0.20 | $50.00 |

| | | | **Total B160 - Fee/Employment Applications** | 5.10 | $2,336.50 |

B165 Employment and Retention Applications - Others

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 12/18/18 | TJF | Tend to submission of revised administrative fee order | 0.20 | $90.00 |
| B165 | 01/07/19 | TJF | Draft pro hac vice application for C. Malone and forward same to him for review | 0.90 | $423.00 |
| B165 | 01/09/19 | TJF | E-mail to T. Funkhouser re: follow-up on UST's retention issues | 0.20 | $94.00 |
| B165 | 01/14/19 | DC | Tend to filing and service of Application for pro hac vice admission of C. Malone | 0.40 | $108.00 |
| B165 | 01/14/19 | TJF | E-mail exchange with S. Kohut re: fee application status | 0.20 | $94.00 |
| B165 | 01/14/19 | TJF | Confer with C. Malone re: ordinary course retention; review draft motion for amended ordinary course retention | 0.30 | $141.00 |
| B165 | 01/14/19 | TJF | Revise pro hac vice application of C. Malone and over see filing of same | 0.30 | $141.00 |
| B165 | 01/14/19 | TJF | Review and revise Anderson Kill motion in support of amendment to prior OCP Order | 1.00 | $470.00 |
| B165 | 01/15/19 | TJF | E-mail to M. Podgainy re: Mazars retention | 0.10 | $47.00 |
| B165 | 01/16/19 | JDP | E-mails from/to Court re: fee applications | 0.20 | $179.00 |
| B165 | 01/16/19 | TJF | Review e-mail from Judge Kaplan's Chambers re: submission of order for Manley Burke retention | 0.10 | $47.00 |
| B165 | 01/16/19 | TJF | Revise motion for an amended OCP order and respond to e-mail from C. Malone re: same | 0.40 | $188.00 |
| B165 | 01/17/19 | JDP | Review docket re: fee orders | 0.20 | $179.00 |
| B165 | 01/17/19 | TJF | E-mail to C. O'Callaghan re: information on post petition fees to complete motion for amended order on OCP | 0.20 | $94.00 |
| B165 | 01/18/19 | TJF | Telephone call with C. Malone re:  status of motion to amend ordinary course professional order (.2); e-mail from C. O'Callaghan re: still gathering information for motion (.1) | 0.30 | $141.00 |
| B165 | 01/20/19 | TJF | Draft e-mail to L. White re: payment of 20% holdback | 0.50 | $235.00 |
| B165 | 01/21/19 | TJF | Drafting Motion for Amended OCP order and forward to J. Prol; e-mail exchange with C. Malone re: same | 0.90 | $423.00 |
| B165 | 01/21/19 | TJF | Finalize and forward supplemental ordinary course professional motion to J. Prol | 0.50 | $235.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 01/22/19 | DC | Revisions to Motion for Amended Order re: Retention of Ordinary Course Professionals and tend to filing and service of same | 0.60 | $162.00 |
| B165 | 01/22/19 | TJF | Make additional revisions and tend to filing and service of of OCP motion | 0.40 | $188.00 |
| B165 | 01/28/19 | DC | Prepare Notice of Appearance for C. Malone | 0.40 | $108.00 |
| B165 | 01/28/19 | TJF | Forward pro hac order to C. Malone; review and revise notice of appearance for C. Malone | 0.30 | $141.00 |
| B165 | 01/30/19 | DC | Tend to filing and service of Certification in Support of Mazars retention as ordinary course professional | 0.20 | $54.00 |

|  |  |  | **Total B165 - Employment and Retention Applications - Others** | 8.80 | $3,982.00 |

B170 Fee/Employment Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B170 | 01/09/19 | TJF | E-mail exchange with J. Sponder re objection to Manley Burke resolved, time to object to Mazars extended | 0.30 | $141.00 |
| B170 | 01/10/19 | TJF | E-mail exchange with J. Sponder re: Mazars' post-petition activity | 0.20 | $94.00 |
| B170 | 01/10/19 | TJF | Review docket re: no objections to fee statements | 0.20 | $94.00 |
| B170 | 01/11/19 | TJF | E-mail to T. Funkhouser and C. Fine re: Trustee's questions regarding retention | 0.30 | $141.00 |
| B170 | 01/17/19 | TJF | Telephone call with M. Podgainy re: Mazars' employment (.2); review follow up e-mail from M. Podgainy re: same (.1) | 0.30 | $141.00 |
| B170 | 01/20/19 | TJF | E-mail to J. Sponder re: responding to questions regarding Mazars' retention | 0.30 | $141.00 |
| B170 | 01/21/19 | TJF | Confer with C. O'Callaghan re: Mazars retention; review e-mail regarding same and forward amended information to UST | 0.40 | $188.00 |
| B170 | 01/23/19 | TJF | Review revised Second Monthly Fee Statement | 0.20 | $94.00 |
| B170 | 01/25/19 | TJF | Review e-mail from judge Kaplan's Chambers re: reset of deadline to object to Mazars | 0.10 | $47.00 |
| B170 | 01/28/19 | TJF | Draft Certification C. Fine re: US Trustee's request | 1.00 | $470.00 |
| B170 | 01/29/19 | TJF | Forward supplement Cert to C. Fine | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B170 | 01/30/19 | TJF | Review and revise e-mail from C. O'Callaghan (.2); tend to revise and file supplemental cert of C. Fine (.2) | 0.40 | $188.00 |
| | | | **Total B170 - Fee/Employment Objections** | 3.90 | $1,833.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 01/08/19 | EBL | E-mail with C. Cathcart at Young Conaway re: monthly fee applications | 0.10 | $25.00 |
| B175 | 01/14/19 | TJF | E-mail with S. Kohut re: status of fee applications | 0.20 | $94.00 |
| B175 | 01/17/19 | TJF | Review administrative fee order (.2); confer with J. Prol re: same (.1); confer with D. Claussen re: calendar due dates (.1) | 0.40 | $188.00 |
| B175 | 01/20/19 | TJF | Review Getzler Henrich December Fee Statement at request of M. Podgainy | 0.20 | $94.00 |
| B175 | 01/21/19 | TJF | Forward fee application form to C. Malone; advise on status of OCP motion | 0.20 | $94.00 |
| B175 | 01/23/19 | TJF | Follow up with C. O'Callaghan re: payment of hold back | 0.20 | $94.00 |
| B175 | 01/28/19 | TJF | Review Monthly Fee Statements for December 2018 for Lowenstein Sandler;  Lawrence  Fitzpatrick, Young Conaway Stargatt & Taylor, LLP, Caplin & Drysdale, John A. Fialcowitz ; Gilbert LLP; and Charter Oak Financial Consultants, LLC | 0.50 | $235.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.80 | $824.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 01/04/19 | DC | Update Notice of Motion and tend to filing Motion to Extend Time for Assumption/Rejection of Unexpired Leases | 0.50 | $135.00 |
| B185 | 01/04/19 | JDP | Review and edit draft motion to extend time to assume non-residential real property leases | 0.60 | $537.00 |
| B185 | 01/04/19 | TJF | Draft/revise motion to extend time to assume/reject leases; forward to client; confer with J. Prol re same; tend to discussion of filing and service of the same | 3.00 | $1,410.00 |
| B185 | 01/06/19 | TJF | Review emails re: service of Motion to Extend Time | 0.20 | $94.00 |
| B185 | 01/07/19 | TJF | Discussion with claims agent re: service of motion to extend time to assume or reject real estate lease | 0.20 | $94.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 4.50 | $2,270.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 01/02/19 | JDP | Review order scheduling oral argument in NY state court litigation | 0.20 | $179.00 |
| B190 | 01/25/19 | DC | Tend to filing and service of Opposition to North River's 3018 Motion | 0.70 | $189.00 |
| B190 | 01/29/19 | DC | Review and circulate supplemental responses from Midstates to 3018 Motion | 0.10 | $27.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 1.00 | $395.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 01/31/19 | JDP | Travel to and from Trenton for 1/31 hearings | 4.50 | $2,013.75 |
| B195 | 01/31/19 | TJF | Travel to hearing in Trenton | 3.60 | $846.00 |
| | | | **Total B195 - Non-Working Travel** | 8.10 | $2,859.75 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 01/02/19 | JDP | Review notices from IRS re: missising returns; forward to C. Fine; e-mails from/to C. Fine and C. O'Callahan re: same | 0.30 | $268.50 |
| B210 | 01/11/19 | JDP | E-mails from/to P. Rosetto and telephone conference with supplier re: operational issues | 0.30 | $268.50 |
| B210 | 01/22/19 | DC | Review Monthly Operating Report for redactions, confer with C. O'Callaghan and T. Friedman and tend to filing and service of same | 0.50 | $135.00 |
| B210 | 01/22/19 | TJF | Review and approve December MOR | 0.40 | $188.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B210 - Business Operations** | 1.50 | $860.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 01/04/19 | DAS | Review mortgage and trust note documents; conference with S. Yusem re: Bank of America collateral | 1.50 | $1,042.50 |
| B230 | 01/04/19 | SSY | Review Bank of America collateral description | 0.30 | $226.50 |
| B230 | 01/22/19 | SSY | Analyze issue related to draft mortgage and intercreditor conflict; prepare correspondence to counsel for Bank of America regarding same | 2.00 | $1,510.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 3.80 | $2,779.00 |

B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B240 | 01/09/19 | TJF | Review and respond to e-mails from C. O'Callaghan re: tax distribution details | 0.20 | $94.00 |
| B240 | 01/10/19 | TJF | Telephone call with C. O'Callghan re: tax distributions and merger issues | 0.30 | $141.00 |
| B240 | 01/10/19 | TJF | E-mail exchange with C. O'Callaghan' re: confirmation that only immediately due tax payments should be distributed now | 0.20 | $94.00 |
| B240 | 01/15/19 | TJF | E-mail exchange with T. Funkhouser re: responses to Trustee's concerns | 0.20 | $94.00 |
| | | | **Total B240 - Tax Issues** | 0.90 | $423.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 01/01/19 | TJF | E-mail to J. Prol re: PBGC pleadings; review e-mail exchange with PBGC re: comments on pleadings | 0.30 | $141.00 |
| B310 | 01/02/19 | JDP | E-mail exchange with G. Calhoun re: settlement discussions with North River | 0.20 | $179.00 |
| B310 | 01/02/19 | JDP | Review and edit draft discovery to insurers; forward to committee and legal rep | 0.40 | $358.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 01/02/19 | TJF | Review emails from C. Malone re: NYSCEF Notification on oral argument; forward briefing scheduling R. 3018 motions to C. Malone | 0.30 | $141.00 |
| B310 | 01/02/19 | TJF | Revise Claims Estimation Discovery to Insurers Requests; confer with J. Prol re: same; review comments to discovery requests from J. Liesemer | 1.00 | $470.00 |
| B310 | 01/03/19 | TJF | E-mail exchange with J. Jacobson re: stipulation and order regarding claims | 0.20 | $94.00 |
| B310 | 01/03/19 | TJF | Confer with C. Malone re comments to claims estimation discovery; rework and revise draft discovery; forward same to counsel | 2.80 | $1,316.00 |
| B310 | 01/04/19 | JDP | Review Midstates motion to compel filing of R. 2019 statements; develop position; forward to committee and legal rep | 0.60 | $537.00 |
| B310 | 01/04/19 | JDP | Review e-mail from G. Calhoun re: treatment of insurer claims; develop postion; forward to committee and legal rep | 0.30 | $268.50 |
| B310 | 01/04/19 | TJF | Revise PBGC stipulation and order and forward to J. Jacobson.; confer with J. Jacobson re: same; confer withJ. Prol re: same; over see filing of same | 2.00 | $940.00 |
| B310 | 01/04/19 | TJF | Review e-mails and Hartford's redlines to draft settlement agreement | 0.30 | $141.00 |
| B310 | 01/04/19 | TJF | Review Motion Requiring Compliance With Rule 2019 filed by MidStates Reinsurance Corporation; review related response from J. Lieseme | 0.80 | $376.00 |
| B310 | 01/04/19 | TJF | Review e-mail from G. Calhoun re: claims and 3018 motion | 0.20 | $94.00 |
| B310 | 01/07/19 | TJF | Make additional revisions suggested by K. Quinn to discovery directed to Insurers | 0.40 | $188.00 |
| B310 | 01/08/19 | TJF | E-mail exchange with J. Prol re: discovery, vote tally and claims deadline | 0.20 | $94.00 |
| B310 | 01/08/19 | TJF | Research re: Rule 2019 | 2.00 | $940.00 |
| B310 | 01/09/19 | TJF | Research re Rule 3018 and estimation | 4.00 | $1,880.00 |
| B310 | 01/11/19 | TJF | Confer with J. Prol; e-mail exchange with K. Quinn and E. Grim re: service of discovery on Hartford | 0.30 | $141.00 |
| B310 | 01/11/19 | TJF | Review and respond to e-mail from J. Prol and C. Malone re: filing of 3018 motions | 0.20 | $94.00 |
| B310 | 01/11/19 | TJF | E-mail to J. Prol re: reclassification of claims | 0.10 | $47.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 01/12/19 | TJF | Review and analysis of North River's Motion Pursuant to Bankruptcy Rule 3018 | 0.80 | $376.00 |
| B310 | 01/14/19 | JDP | Review North River motion to estimate claim; develop strategy | 3.00 | $2,685.00 |
| B310 | 01/14/19 | JDP | E-mails to/from client re: North River claim estimation motion | 0.30 | $268.50 |
| B310 | 01/14/19 | JDP | Telephone conference with C. Malone re: North River claims estimation motion | 0.60 | $537.00 |
| B310 | 01/14/19 | TJF | E-mail with B. Daniel re: request for detailed report of all claims and status of voting (.1); review same (.3) | 0.40 | $188.00 |
| B310 | 01/14/19 | TJF | Prepare for (.2) and attend call re: claims estimation briefing/hearing strategy(.6) | 0.80 | $376.00 |
| B310 | 01/14/19 | TJF | Review motion in support of estimation of claims(.6); review e-mails regarding motion(.2); call with C. Malone, J. Prol and V. Michael re: strategy(.5); e_mail exchange with C. Malone re: questions on motion(.2) | 1.50 | $705.00 |
| B310 | 01/14/19 | TJF | E-mail exchange with J. Jacobson re: PBGC order re: filing claims | 0.20 | $94.00 |
| B310 | 01/14/19 | TJF | E-mail exchange with B. Daniels re: claim and vote status; review detailed chart re: same | 0.40 | $188.00 |
| B310 | 01/15/19 | JDP | Telephone conference with L. Harrison re: voting on plan | 0.20 | $179.00 |
| B310 | 01/15/19 | JDP | Research re: allowance of contingent claims for voting purposes | 2.20 | $1,969.00 |
| B310 | 01/15/19 | JDP | Confer with committee and legal rep re: North River estimation motion | 1.00 | $895.00 |
| B310 | 01/15/19 | JDP | Confer with T. Freedman re: claims estimation response and discovery | 0.40 | $358.00 |
| B310 | 01/15/19 | JDP | Review and edit estimation discovery | 1.20 | $1,074.00 |
| B310 | 01/15/19 | JDP | Follow-up call with C. Malone re: claims estimation | 0.20 | $179.00 |
| B310 | 01/15/19 | JDP | Review and analyze North River motion to estimate claim and expert report | 1.50 | $1,342.50 |
| B310 | 01/15/19 | TJF | Prepare for (.2) and attend call with committee and futures representative re: estimation hearing (.8) | 1.00 | $470.00 |
| B310 | 01/15/19 | TJF | Review and forward updated claims report to J. Prol; e-mail exchange with B. Daniel re: claims status report | 0.40 | $188.00 |
| B310 | 01/15/19 | TJF | Review a preliminary outline of the 3018 brief and related e_mails | 0.30 | $141.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/16/19 | JDP | E-mails from/to G. Calhoun re: meet and confer on insurer discovery | 0.20 | $179.00 |
| B310 | 01/16/19 | JDP | E-mails to/from client re: discovery on claims estimation | 0.20 | $179.00 |
| B310 | 01/16/19 | JDP | Telephone conference with J. Cooper re: insurer claims estimation discovery | 0.20 | $179.00 |
| B310 | 01/16/19 | TJF | Draft subpoena to Marc Scarcella; review e-mail from J. Liesemer re: same | 1.50 | $705.00 |
| B310 | 01/16/19 | TJF | Revise discovery requests to North River (.3);  confer with J. Prol re: same (.2); serve discovery demands on G. Calhoun (.2) | 0.70 | $329.00 |
| B310 | 01/16/19 | TJF | Review e-mail from G. Calhoun re: discovery and related e-mails scheduling a call re: same | 0.20 | $94.00 |
| B310 | 01/17/19 | JDP | Develop response to insurer claims estimation motion | 2.00 | $1,790.00 |
| B310 | 01/17/19 | JDP | Telephone conference with committee and legal rep re: claims estimation hearing | 1.50 | $1,342.50 |
| B310 | 01/17/19 | JDP | Participate in meet and confer with G. Calhoun re: insurer discovery | 0.40 | $358.00 |
| B310 | 01/17/19 | JDP | Prepare for meet and confer with G. Calhoun | 0.30 | $268.50 |
| B310 | 01/17/19 | TJF | Prepare for (.3) and attend meet and confer call with G. Calhoun re: discovery(.5) | 0.80 | $376.00 |
| B310 | 01/17/19 | TJF | E-mail exchange with B. Daniel re: service of solicitation package | 0.10 | $47.00 |
| B310 | 01/17/19 | TJF | Prepare for (.2) and attend  follow-up call with all parties re: further discussion on response to 3018 motion (1.5); review e-mails related to call (.2) | 1.90 | $893.00 |
| B310 | 01/18/19 | JDP | Review and edit claims estimation brief | 1.50 | $1,342.50 |
| B310 | 01/18/19 | TJF | Review e-mail from B. Daniels re: audit of Mazur & Kittle ballot and e-mail from J. Prol re: same | 0.20 | $94.00 |
| B310 | 01/19/19 | JDP | Research re: claims estimation | 1.20 | $1,074.00 |
| B310 | 01/19/19 | JDP | Review and edit estimation brief | 1.00 | $895.00 |
| B310 | 01/20/19 | TJF | Review emails re continued legal/factual  discussion over  brief in response to North River's 3018 brief | 1.00 | $470.00 |
| B310 | 01/20/19 | TJF | Review initial draft of portions of brief in response to North River's 3018 brief | 0.90 | $423.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/20/19 | TJF | E-mail to C. Malone and V. Michael re: question regarding Keyspan and review response | 0.80 | $376.00 |
| B310 | 01/21/19 | JDP | Telephone conference with committee counsel re: claims estimation | 0.20 | $179.00 |
| B310 | 01/21/19 | JDP | E-mails to/from G. Calhoun re: expert depositions | 0.20 | $179.00 |
| B310 | 01/21/19 | JDP | Review and edit inserts to claims estimation brief | 1.50 | $1,342.50 |
| B310 | 01/21/19 | TJF | Review claims information | 0.80 | $376.00 |
| B310 | 01/21/19 | TJF | Analyze Order Approving Voting Procedures and respond to B. Daniel regarding claim discrepancy | 0.40 | $188.00 |
| B310 | 01/21/19 | TJF | Review initial draft of response to 2019 motion and confer with J. Prol re: same | 0.60 | $282.00 |
| B310 | 01/22/19 | JDP | Review draft North River Protective Order | 0.30 | $268.50 |
| B310 | 01/22/19 | JDP | E-mails to/from G. Calhoun re: estimation discovery and depositions | 0.20 | $179.00 |
| B310 | 01/22/19 | JDP | Emails to/from client re: estimation issues | 0.10 | $89.50 |
| B310 | 01/22/19 | JDP | Review claims register (.2); develop strategy re: claims objections (.3); confer with T. Freedman re: same (.2) | 0.70 | $626.50 |
| B310 | 01/22/19 | JDP | Confer with T. Freedman re: objection to SMART proof of claim | 0.30 | $268.50 |
| B310 | 01/22/19 | JDP | Research/review brief in opposition to claims estimation | 2.00 | $1,790.00 |
| B310 | 01/22/19 | TJF | Continue review of drafts of objection to 3018 motion | 2.00 | $940.00 |
| B310 | 01/22/19 | TJF | Discuss claims objection motion with J. Prol | 0.30 | $141.00 |
| B310 | 01/22/19 | TJF | Review additional 3018 Opposition Brief - Insurance Insert and exhibits | 0.50 | $235.00 |
| B310 | 01/22/19 | TJF | Review claims registry (.3); confer with J. Prol re: claims objections (.2); prepare e-mails to client re: validity of prepetition claims (.3); discuss claims with C. O;Callghane (.1); telephone call and e_mail to C. Malone re: Insurers claims objections (.3) | 1.20 | $564.00 |
| B310 | 01/22/19 | TJF | Review claims filed by SMART; confer with J. Prol re: same | 0.20 | $94.00 |
| B310 | 01/23/19 | JDP | Review and edit opposition to North River claims estimation motion | 3.50 | $3,132.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 01/23/19 | JDP | Confer with C. Malone re: opposition to North River estimation motion | 0.20 | $179.00 |
| B310 | 01/23/19 | JDP | Review North River responses to estimation discovery | 1.00 | $895.00 |
| B310 | 01/23/19 | JDP | Review and edit protective order | 0.30 | $268.50 |
| B310 | 01/23/19 | JDP | E-mails to/from G. Calhoun, J. Wehner and S. Kohut re: protective order | 0.30 | $268.50 |
| B310 | 01/23/19 | JDP | Respond to creditor inquiries re: balloting | 0.20 | $179.00 |
| B310 | 01/23/19 | TJF | Review updated Ballot tabulation | 0.20 | $94.00 |
| B310 | 01/23/19 | TJF | Review North River Protective Order | 0.20 | $94.00 |
| B310 | 01/23/19 | TJF | Review documents cited as exhibits in the insurance insert for the 3018 opposition brief | 0.30 | $141.00 |
| B310 | 01/24/19 | JDP | Review and edit claims estimation brief | 4.00 | $3,580.00 |
| B310 | 01/24/19 | JDP | E-mails to/from G. Calhoun, J. Wehner and E. Harron re: scheduling deposition of M. Scarcella | 0.20 | $179.00 |
| B310 | 01/24/19 | JDP | Negotiate form of Protective Order | 0.30 | $268.50 |
| B310 | 01/24/19 | JDP | Review updated ballot tabulation | 0.20 | $179.00 |
| B310 | 01/25/19 | JDP | Review, edit and finalize brief and certification in opposition to North River claims estimation motion | 4.50 | $4,027.50 |
| B310 | 01/25/19 | TJF | Review continued discussion and revisions to Plan Proponents' Brief in Opposition to North River Insurance Company's Motion for Temporary Allowance of Its Claims | 2.00 | $940.00 |
| B310 | 01/25/19 | TJF | E-mail discussion with C. Malone and V. Michael re certification; review and revise certification of C. Malone in support of objection to 3018 motion in accordance with same | 1.50 | $705.00 |
| B310 | 01/26/19 | JDP | E-mails to/from G. Calhoun re: scheduling deposition of M. Scarcella | 0.40 | $358.00 |
| B310 | 01/26/19 | JDP | Prepare for deposition of M. Scarcella | 1.00 | $895.00 |
| B310 | 01/26/19 | JDP | Review revised form of protective order; forward to committee and legal rep counsel for review | 0.30 | $268.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 01/28/19 | JDP | Review and analyze ballot report | 0.30 | $268.50 |
| B310 | 01/28/19 | JDP | Prepare for deposition of M. Scarcella | 2.00 | $1,790.00 |
| B310 | 01/28/19 | JDP | E-mails to/from G. Calhoun re: deposition of M. Scarcella | 0.50 | $447.50 |
| B310 | 01/28/19 | JDP | Draft status update to client | 0.40 | $358.00 |
| B310 | 01/28/19 | TJF | Drafting claims objection motions | 2.90 | $1,363.00 |
| B310 | 01/28/19 | TJF | Review e-mails re: scheduling deposition | 0.30 | $141.00 |
| B310 | 01/29/19 | JDP | Review and edit objection to North River proof of claim | 0.50 | $447.50 |
| B310 | 01/29/19 | JDP | E-mails to/from G. Calhoun re: depositions | 0.20 | $179.00 |
| B310 | 01/29/19 | TJF | Revise protecive order and begin draft application in support | 2.00 | $940.00 |
| B310 | 01/29/19 | TJF | Continued revisions to Objection to North River's Insurance Claim | 0.40 | $188.00 |
| B310 | 01/29/19 | TJF | Participate in conference re: prep for Hearing on 3018 motion and 2019 motion | 1.00 | $470.00 |
| B310 | 01/30/19 | DC | Tend to filing and service of Application in Support of Objection to Midstates' Proofs of Claim | 0.30 | $81.00 |
| B310 | 01/30/19 | JDP | Particiate in portion of dep of M. Scarcella | 2.00 | $1,790.00 |
| B310 | 01/30/19 | JDP | Prepare for deposition of M. Scarcella | 0.90 | $805.50 |
| B310 | 01/30/19 | JDP | Telephone conference with J. Wehner following deposition of M. Scarcella | 0.20 | $179.00 |
| B310 | 01/30/19 | JDP | Review and edit objection to North River proof of claim | 0.50 | $447.50 |
| B310 | 01/30/19 | JDP | Review and analyze North River's reply brief in support of claims estimation | 1.20 | $1,074.00 |
| B310 | 01/30/19 | JDP | Confer with C. Malone and LS team re: North River reply brief and preparation for hearing on claims estimation | 0.50 | $447.50 |
| B310 | 01/30/19 | TJF | Participate in prep session for expert deposition (.9); discuss same with J. Prol (.1) | 1.00 | $470.00 |
| B310 | 01/30/19 | TJF | Participate in video expert deposition of M. Scacella | 3.30 | $1,551.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/30/19 | TJF | Review documents in preparation for phone conference with J. Wehner and E. Harron re: expert deposition | 1.50 | $705.00 |
| B310 | 01/30/19 | TJF | Review reply by North River to Debtors' Objection to 3018 Motion | 0.30 | $141.00 |
| B310 | 01/30/19 | TJF | Oversee filing of Objection to North River's claims, the Supplemental Cert. of Craig Fine and the Declaration of Balloting from Brad Danie | 0.20 | $94.00 |
| B310 | 01/31/19 | TJF | Review and print deposition transcript prior to hearing | 0.50 | $235.00 |
| | | | **Total B310 - Claims Administration and Objections** | 104.60 | $71,074.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 01/02/19 | DAS | E-mails with J. Liesemer, C. O'Callaghan and L. White re: tenant owned property; conference with J. Prol re: same | 0.70 | $486.50 |
| B320 | 01/02/19 | JDP | Review and respond to e-mails re: open issues on real estate mortgages | 0.30 | $268.50 |
| B320 | 01/02/19 | TJF | Review emails re potential North River settlement discussions | 0.20 | $94.00 |
| B320 | 01/03/19 | TJF | Review and respond to questions re: service of corrected Amended Order approving the Disclosure Statement | 0.20 | $94.00 |
| B320 | 01/03/19 | TJF | Review file re: locate board consents relating to the mergers and forward to C. O'Callghan | 0.30 | $141.00 |
| B320 | 01/03/19 | TJF | Review e-mail re: requested merger documents; forward same to C. O'Callaghan | 0.20 | $94.00 |
| B320 | 01/04/19 | DC | Tend to filing and service of Application in Support of Stipulation with PBGC re: proofs of claim | 0.40 | $108.00 |
| B320 | 01/04/19 | TJF | Review and respond to e-mails from C. Malone and S. Kohut re: revised discovery; review revisions proposed by K. Quinn | 0.30 | $141.00 |
| B320 | 01/07/19 | DAS | E-mails re: leasehold improvements | 0.30 | $208.50 |
| B320 | 01/08/19 | TJF | E-mail with C. O'Callaghan re: locate various board consents; review file re: same | 0.30 | $141.00 |
| B320 | 01/09/19 | DAS | E-mails with opposing counsel re: liens on leasehold improvements | 0.20 | $139.00 |
| B320 | 01/09/19 | TJF | Review and respond to e-mail from C. O'Callaghan re: issues regarding emergence from bankruptcy | 0.20 | $94.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 01/10/19 | TJF | Review file re: merger documents | 0.30 | $141.00 |
| B320 | 01/14/19 | TJF | Review/respond to e-mail from C. O'Callghan re: time between confirmation and effective date | 0.20 | $94.00 |
| B320 | 01/14/19 | TJF | Tend to forwarding solicitation package to Luke Harrison | 0.20 | $94.00 |
| B320 | 01/15/19 | DC | Confer with BMC re: delivery of solicitation package to Levy firm | 0.10 | $27.00 |
| B320 | 01/15/19 | JDP | Telephone conference with J. Cooper re: status and claims estimation process | 0.10 | $89.50 |
| B320 | 01/15/19 | TJF | Review e-mails from B. Daniels to L. Harrison re: serve solicitation package | 0.20 | $94.00 |
| B320 | 01/16/19 | TJF | Review memo from C. O'Callghan re: Duro Dyne Post-bankruptcy Planning | 0.20 | $94.00 |
| B320 | 01/16/19 | TJF | Review documents for merger of the subsidiaries into DD National (.4); forward to C. O'Callaghan (.1) | 0.50 | $235.00 |
| B320 | 01/17/19 | DAS | Review revised draft form of mortgage | 0.30 | $208.50 |
| B320 | 01/18/19 | JDP | Prepare for plan confirmation | 1.30 | $1,163.50 |
| B320 | 01/18/19 | JDP | Review status of balloting | 0.20 | $179.00 |
| B320 | 01/20/19 | TJF | Drafting certification of balloting | 1.00 | $470.00 |
| B320 | 01/21/19 | JDP | Participate in call with client and professionals to prepare for Effective Date | 0.80 | $716.00 |
| B320 | 01/21/19 | JDP | Follow up call with P. Rossetto and D. Krupnik re: post-confirmation corporate structure | 0.20 | $179.00 |
| B320 | 01/21/19 | TJF | Prepare for call on discussion of post-petition logistics(.2); attend call re: same (.7) | 0.90 | $423.00 |
| B320 | 01/22/19 | DAS | Review and comment on revised draft Ohio mortgage | 2.40 | $1,668.00 |
| B320 | 01/22/19 | JDP | E-mails to/from BMC and committee attorneys re: balloting | 0.20 | $179.00 |
| B320 | 01/22/19 | JDP | Telephone conference with J. Wehner re: balloting and estimation discovery | 0.20 | $179.00 |
| B320 | 01/22/19 | TJF | Discussion with BMC re: ballot tabulation and request for updates | 0.30 | $141.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 01/22/19 | TJF | Review e-mail from E. Grim re: revised Hartford Agreement; review related comments from J. Liesemer | 0.20 | $94.00 |
| B320 | 01/23/19 | DAS | Review NY form of mortgage; strategy conference with S. Yusem and J. Prol; prepare summary of mortgage issues for BoA counsel | 1.70 | $1,181.50 |
| B320 | 01/24/19 | TJF | Ongoing e-mails and discussion re 2019 motion and objection, 3018 motion and objection, ballot tabulation. monthly applications, Hartford agreement; claims objection, Mazars retention, drafting and revising related pleadings | 3.50 | $1,645.00 |
| B320 | 01/24/19 | TJF | Review Ballot tabulation provided by bmc and discussion regarding claims | 0.40 | $188.00 |
| B320 | 01/25/19 | JDP | Review updated balloting report | 0.30 | $268.50 |
| B320 | 01/25/19 | TJF | Discuss tabulation results with B. Daniel | 0.20 | $94.00 |
| B320 | 01/28/19 | TJF | Review tabulation report | 0.20 | $94.00 |
| B320 | 01/28/19 | TJF | Review Response Of Midstates To The Plan Proponents' Opposition  To The North River Insurance Company's Motion For Temporary Allowance Of Claims  and Review Reply Of Midstates In Further Support Of Its Motion For  Entry Of An Order Requiring Compliance With Rule 2019 | 0.50 | $235.00 |
| B320 | 01/28/19 | TJF | Review e-mails re: results of North River settlement meeting | 0.20 | $94.00 |
| B320 | 01/29/19 | TJF | Draft cert of balloting and confer with B. Daniel re: same | 1.00 | $470.00 |
| B320 | 01/30/19 | EBL | Finalize, e-file and coordinate service of Declaration of Balloting agent and tabulation of votes | 0.50 | $125.00 |
| B320 | 01/30/19 | JDP | Review and edit certification of balloting | 0.40 | $358.00 |
| B320 | 01/30/19 | TJF | Tend to revise and file Declaration of Balloting (6).; confer with B. Daniel re: same (.2) | 0.80 | $376.00 |
| B320 | 01/30/19 | TJF | Confer with B. Daniel re: revisions to certificate of balloting | 0.20 | $94.00 |

|  | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 23.30 | $13,701.00 |

B400 - Bankruptcy-Related Advice

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A Court Hearings | | | | | |
| B430A | 01/04/19 | TJF | Forward transcript of hearing from 12/17/18 to C. Malone | 0.20 | $94.00 |
| B430A | 01/27/19 | TJF | Review and edit agenda for January 31, 2019 hearings | 0.20 | $94.00 |
| B430A | 01/28/19 | DC | Prepare Notice of Agenda for 1/31/19 hearing, revise same and follow up with J. Prol re: additional revisions | 0.80 | $216.00 |
| B430A | 01/28/19 | TJF | Tend to second revision of agenda | 0.20 | $94.00 |
| B430A | 01/28/19 | TJF | Review e-mail from Jeffrey A. Cooper re: status | 0.10 | $47.00 |
| B430A | 01/28/19 | TJF | Review and respond to e-mails with R. Hinden and J. Prol | 0.20 | $94.00 |
| B430A | 01/29/19 | DC | Prepare hearing binder for January 31, 2019 | 0.90 | $243.00 |
| B430A | 01/29/19 | JDP | Review agenda for 1/31 hearings | 0.20 | $179.00 |
| B430A | 01/29/19 | JDP | Participate in call with committee and legal rep counsel to prepare for claims estimation hearing | 0.90 | $805.50 |
| B430A | 01/29/19 | TJF | Review transcript of the second day hearing revised per errata sheet submitted by the UST | 0.40 | $188.00 |
| B430A | 01/29/19 | TJF | Prep for hearings on 3018 motion, 2019 motion and extension of time to object to claims | 0.60 | $282.00 |
| B430A | 01/30/19 | DC | Retrieve supplmental responses, prepare and file Amended Notice of Agenda for 1/31/19 hearing and update hearing binders | 0.50 | $135.00 |
| B430A | 01/30/19 | TJF | Tend to updating litigation binders | 0.20 | $94.00 |
| B430A | 01/30/19 | TJF | Review amended Notice of Agenda | 0.10 | $47.00 |
| B430A | 01/31/19 | JDP | Attend hearings on 1/31 motions | 3.10 | $2,774.50 |
| B430A | 01/31/19 | TJF | Draft e-mail to clients summarizing results of hearings | 0.80 | $376.00 |
| B430A | 01/31/19 | TJF | Attend hearings on 2019 motion, 3018 motion and motion to extend time | 3.10 | $1,457.00 |
| | | | **Total B430A - Court Hearings** | 12.50 | $7,220.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 Other - Insurance Matters | | | | | |
| B460 | 01/07/19 | TJF | Review redlined draft of the Hartford agreement containing J. Leisemer's  suggested changes | 0.20 | $94.00 |
| B460 | 01/21/19 | TJF | Review detailed e-mail from C. Malone explaining Keyspan decision | 0.40 | $188.00 |
| | | | **Total B460 - Other - Insurance Matters** | 0.60 | $282.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|------:|-----:|
| B110 | Case Administration | 4.10 | $1,394.50 |
| B150 | Meetings of and Communication with Creditors | 0.20 | $179.00 |
| B160 | Fee/Employment Applications | 5.10 | $2,336.50 |
| B165 | Employment and Retention Applications - Others | 8.80 | $3,982.00 |
| B170 | Fee/Employment Objections | 3.90 | $1,833.00 |
| B175 | Fee Applications and Invoices - Others | 1.80 | $824.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 4.50 | $2,270.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.00 | $395.00 |
| B195 | Non-Working Travel | 8.10 | $2,859.75 |
| B210 | Business Operations | 1.50 | $860.00 |
| B230 | Financing/Cash Collateral | 3.80 | $2,779.00 |
| B240 | Tax Issues | 0.90 | $423.00 |
| B310 | Claims Administration and Objections | 104.60 | $71,074.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 23.30 | $13,701.00 |
| B430A | Court Hearings | 12.50 | $7,220.00 |
| B460 | Other - Insurance Matters | 0.60 | $282.00 |
|  | **Total** | **184.70** | **$112,413.25** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Bulk rate/special postage | $17.30 |
| Computerized legal research | $38.10 |
| Telecommunications | $31.99 |
| Travel | $78.44 |
| Photocopies 38 pages at $0.12 per page | $4.56 |
| **Total Disbursements** | **$170.39** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/13/18 | Other Telecommunications Charges  VENDOR: American Express INVOICE#: 3021819302040202 DATE: 2/4/2019 ; 12/13/18; Misc - Other; Telephonic court appearance | $31.99 |
| 01/31/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3077436102040202 DATE: 1/30/2019   ; 01/31/19; Mileage; FROM: Office; TO: Court; Round trip mileage to attend hearing | $68.44 |
| 01/31/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3077436102040202 DATE: 1/30/2019   ; 01/31/19; Parking; Parking to attend hearing | $10.00 |
| 10/02/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 10/02/2018 Court: NJBK Pages: 5 | $0.50 |
| 10/03/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 10/03/2018 Court: NJBK Pages: 41 | $4.10 |
| 10/11/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 10/11/2018 Court: NJBK Pages: 41 | $4.10 |
| 10/16/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 10/16/2018 Court: NJBK Pages: 32 | $3.20 |
| 11/06/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 11/06/2018 Court: NJBK Pages: 52 | $5.20 |
| 11/08/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 11/08/2018 Court: NJBK Pages: 30 | $3.00 |
| 11/20/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 11/20/2018 Court: NJBK Pages: 150 | $15.00 |
| 12/13/18 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42018 DATE: 1/14/2019   Date: 12/13/2018 Court: NJBK Pages: 30 | $3.00 |
| | Bulk rate/special postage | $17.30 |
| | Internal photocopies:  38 pages at $0.12 per page | $4.56 |
| | Total Disbursements | $170.39 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**