| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>MAR 04 2019<br>U.S. BANKRUPTCY COURT<br>CAMDEN, N.J.<br>BY_____DEPUTY |
|---|---|
| In Re:<br><br>Notice of Change of Address<br>Debtor: Duro Dyne National Corp. | Case No.: __18-27963__<br>Chapter: 11<br>Judge: _Michael B. Kaplan_ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     _Wells Fargo Bank, N.A._____
(Example: John Smith, creditor)

Old address:    300 Tri-State International, Suite 400_____
                _Lincolnshire, IL 60069_____

New address:    _MAC F0005-055_____
                _800 Walnut St._____
                Des Moines, IA 50309 _____

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/26/19                    _Emily R. Alery_
                                    Signature

rev.2/1/16