**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 6, 2019 – MARCH 8, 2019 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD – CONFIRMATION HEARING**

1. Amended Order (I) Approving Second Amended Disclosure Statement as Providing Adequate Information Within the Meaning of Section 1125(A) of the Bankruptcy Code; (II) Establishing Procedures For Solicitation and Tabulation of Votes on Amended Plan of Reorganization; (III) Approving the Form of Ballots; (IV) Scheduling A Hearing on Confirmation of the Plan; (V) Approving the Form, Manner and Scope of Mailed and Published Notices of the Time Fixed to (A) Vote on the Amended Plan, and (B) File Objections to Confirmation of the Amended Plan; and (VI) Granting Related Relief [Docket No. 289; Entered 11/20/18]

   Related Document(s):

   a) Affidavit of Publication [Docket No. 347] Filed 12/19/18]

   b) Affidavit of Service [Docket No. 375; Filed 1/18/19]

   c) Certification of Balloting [Docket No. 427; Filed 1/30/19

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
03/05/2019 52369763.1

Responses Received:

d) Objection to Confirmation of Debtors' Second Modified Plan of Reorganization and to Substantive Consolidation [Docket No 438; Filed 2/6/19]

e) Joint Objection of Certain Insurers to Debtors' Second Amended Plan of Reorganization for Duro Dyne National Corp., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 445; Filed 2/8/19]

f) Midstates Reinsurance Corporation's (I) Joinder in Support of the Joint Objection of Certain Insurers to Debtors' Second Amended Plan of Reorganization for Duro Dyne National Corp., *et al.* Under Chapter 11 of the Bankruptcy Code and (II) Supplemental Plan Objections [Docket No. 446; Filed 2/8/19]

g) Objection of the Acting United States Trustee to Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 447; Filed 2/8/19]; Amended Exhibit A to Objection of the United States Trustee [Docket No. 461; Filed 2/21/19]

h) Limited Joinder of the North River Insurance Company in the Objection of the Acting United States Trustee to Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 452; Filed 2/12/19]

i) Midstates Reinsurance Corporation's Joinder in Support of the Objection of the Acting United States Trustee to Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 453; Filed 2/12/19]

Amended Plan Supplement and Supporting Documents Filed:

j) Amended Plan Supplement for Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., *et al.* [Docket No. 481; Filed 2/26/19]

k) Plan Proponents' Memorandum of Law in Support of Entry of an Order Confirming the Second Amended Prenegotiated Plan of Reorganization and Response to Plan Objections [Docket No. 482; Filed 2/26/19]

l) Certification of Mark Podgainy in Support of Confirmation of the Second Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., *et al.* Under Chapter 11 of the United States Bankruptcy Code [Docket No. 483; Filed 2/26/19]

m) Declaration of Lawrence Fitzpatrick in Support of Confirmation of the Second Amended Prenegotiated Plan of Reorganization for Duro Dyne

    National Corp., *et al.* Under Chapter 11 of the United States Bankruptcy Code [Docket No. 483; Filed 2/26/19]

    <u>Status</u>:    This matter is going forward.

2. Plan Proponents' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 2002, 6004 and 9019(a) for an Order Authorizing and Approving the Debtors' Entry Into a Settlement Agreement with Hartford Accident and Indemnity Company and Authorizing the Sale of Policies Free and Clear of Liens, Claims, Interests and Other Encumbrances [Docket No. 468; Filed 2/22/19]

    <u>Related Document(s)</u>:

    a) Application for Order Shortening Notice Period Under Fed. R. Bank. P. 9006(C)(1) on Plan Proponents' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 2002, 6004 and 9019(a) for an Order Authorizing and Approving the Debtors' Entry Into a Settlement Agreement with Hartford Accident and Indemnity Company and Authorizing the Sale of Policies Free and Clear of Liens, Claims, Interests and Other Encumbrances [Docket No. 469; Filed 2/22/19]

    b) Motion of the Plan Proponents Pursuant to 11 U.S.C. §§ 107(b) and 105(a), Federal Rule of Bankruptcy Procedure 9018, and Local Civil Rule 5.3 for Authority to (I) File Documents Under Seal and (II) Redact Commercially Sensitive, Nonpublic Information [Docket No. 470; Filed 2/22/19]

    c) Application for Order Shortening Notice Period Under Fed. R. Bank. P. 9006(C)(1) on Plan Proponents Pursuant to 11 U.S.C. §§ 107(b) and 105(a), Federal Rule of Bankruptcy Procedure 9018, and Local Civil Rule 5.3 for Authority to (I) File Documents Under Seal and (II) Redact Commercially Sensitive, Nonpublic Information [Docket No. 471; Filed 2/22/19]

Dated: March 5, 2019    Respectfully submitted,

    **LOWENSTEIN SANDLER LLP**

    /s/ *Jeffrey D. Prol*
    Kenneth A. Rosen, Esq.
    Jeffrey D. Prol, Esq.
    One Lowenstein Drive
    Roseland, New Jersey 07068
    (973) 597-2500 (Telephone)
    krosen@lowenstein.com
    jprol@lowenstein.com

    *Counsel to the Debtors and Debtors-in-Possession*