IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                             )
                                                   )    Chapter 11
                                                   )    Case No. 18-27963 (MBK)
Duro Dyne National Corp., et al.[1]                )
                                                   )
                        Debtors.                   )
                                                   )    (Jointly Administered)
                                                   )

AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 500 | NOTICE OF PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH FEDERAL INSURANCE COMPANY AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES |
| | PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH FEDERAL INSURANCE COMPANY AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES |
| | [PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND FEDERAL INSURANCE COMPANY, AND AUTHORIZING THE SALE OF THE POLICIES (AS DEFINED IN THE SETTLEMENT AGREEMENT) FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES |
| Docket No. 502 | NOTICE OF MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

| | |
|---|---|
| Docket No. 502 | MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION |
| | [PROPOSED] FINDINGS OF FACTS CONCLUSIONS OF LAW AND ORDER GRANTING MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION |
| | DECLARATION OF JEFFREY D. PROL IN SUPPORT OF MOTION TO SEAL |
| Docket No. 505 | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE [Re: Docket No. 500] |
| Docket No. 506 | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE [Re: Docket No. 502] |
| Docket No. 508 | [PROPOSED] ORDER APPROVING SETTLEMENT BETWEEN THE DEBTORS AND FEDERAL INSURANCE COMPANY, AND AUTHORIZING THE SALE OF THE POLICIES (AS DEFINED IN THE SETTLEMENT AGREEMENT) FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND OTHER ENCUMBRANCES [Re: Docket No. 500] [revised] |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On March 5, 2019, at the direction of The Law Office of John A. Fialcowitz, L.L.C, Counsel to the Asbestos Claimants Committee, the above referenced documents were served on the parties listed in Exhibit A via the modes of service indicated thereon:

Exhibit A    Address List regarding Docket Nos. 500, 502, 505, 506 and 508

- The Master Service List Parties are referenced in Service Lists 69330 and 69331
- The Taxing Authorities are referenced in Service List 69329
- The Asbestos Claimants Creditor Committee are referenced in Service List 69336

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 5th day of March 2019 at Los Angeles, California.

*(signature)*

James H. Myers

# EXHIBIT A

# Duro Dyne

**Total number of parties: 115**

### Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69330 | AMERICAN ELITE MOLDING, LLC, ATTN: JOHN GAYNOR, JGAYNOR@AEM-TIES.COM | E-mail |
| 69331 | AMERICAN EXPRESS, 200 VESEY STREET, NEW YORK, NY, 10285 | Federal Express Overnight |
| 69331 | ANDERSON KILL & OLICK PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | Federal Express Overnight |
| 69330 | ANDERSON KILL PC, CORT T MALONE ESQ, (RE: DURO DYNE NATIONAL CORP), CMALONE@ANDERSONKILL.COM | E-mail |
| 69336 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, 546 5TH AVENUE, 4TH FLOOR, NEW YORK, NY, 10036-5000 | Federal Express Overnight |
| 69331 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, ESQ., (RE: CMTE MEMBER JOSEPH BARNA), 546 FIFTH AVENUE, 4TH FLOOR, NEW YORK, NY, 10036 | Federal Express Overnight |
| 69336 | BRAYTON PURCELL LLP, BRYN GALLAGHER LETSCH, 222 RUSH LANDING ROAD, NOVATO, CA, 94945-2469 *Service suspended Due to Natural Disaster* | Federal Express Overnight |
| 69331 | BRAYTON PURCELL, LLP, BRYN GALLAGHER LETSCH, ESQ., (RE: CMTE MEMBER ROBERT ENVALL), 222 RUSH LANDING ROAD, NOVATO, CA, 94948 *Service suspended Due to Natural Disaster* | Federal Express Overnight |
| 69329 | CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0531 | USPS Express Mail |
| 69331 | CALIFORNIA ATTY GENERAL`S OFFICE, BK NOTICES DIV/PUBLIC INQUIRY UNIT, CALIFORNIA DEPARTMENT OF JUSTICE, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | USPS Express Mail |
| 69330 | CAMBRIDGE RESOURCES, ATTN: STEVE KIELSON, SK@CAMBRIDGERESOURCES.COM | E-mail |
| 69330 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JWEHNER@CAPDALE.COM | E-mail |
| 69330 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JLIESEMER@CAPDALE.COM | E-mail |
| 69331 | CARROLL, MCNULTY & KULL LLC, CR CARROLL;MJ TRICARICO, ET AL., (RE: THE NORTH RIVER INSURANCE COMPANY), 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | Federal Express Overnight |
| 69330 | CENTURY MECHANICAL SYSTEMS, ATTN: JARI VARGHESE, JARI@DURODYNE.ME | E-mail |
| 69329 | CITY OF FAIRFIELD, FAIRFIELD INCOME TAX, 701 WESSEL DRIVE, FAIRFIELD, OH, 45014-3611 | Federal Express Overnight |
| 69329 | CITY OF FONTANA, ATTN: BUSINESS LICENSE, 8353 SIERRA AVE, FONTANA, CA, 92335-3528 | Federal Express Overnight |
| 69329 | CITY OF FONTANA, ATTN: BUSINESS LICENSE, 8353 SIERRA AVE, FONTANA, CA, 92335-3598 | Federal Express Overnight |
| 69330 | COMMONWEALTH OF PENNSYLVANIA, DEB SECREST, RA-LI-UCTS-BANKRUPT@STATE.PA.US | E-mail |
| 69331 | COONEY & CONWAY, KATHY BYRNE, ESQ., (RE: CMTE MEMBER DONALD KURTZER), 120 N. LASALLE STREET, 30TH FL., CHICAGO, IL, 60602 | Federal Express Overnight |
| 69336 | COONEY AND CONWAY, KATHY BYRNE, 120 NORTH LASALLE STREET, SUITE 3000, CHICAGO, IL, 60602-2466 | Federal Express Overnight |
| 69330 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), TYOON@CROWELL.COM | E-mail |
| 69330 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), MPLEVIN@CROWELL.COM | E-mail |
| 69330 | CROWELL & MORING LLP, MARK S LICHTENSTEIN ESQ., (RE: FEDERAL INSURANCE CO.), MLICHTENSTEIN@CROWELL.COM | E-mail |
| 69329 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | USPS Express Mail |
| 69331 | DEXTER HOFING, LLC, 45 ROCKEFELLER PLAZA, SUITE 2000, NEW YORK, NY, 10111 | Federal Express Overnight |
| 69330 | DIE MATIC PRODUCTS, LLC, ATTN: BILL OEHRLEIN, BILLOEHRLEIN@DIEMATICPRODUCTS.COM | E-mail |
| 69331 | DILWORTH PAXSON LLP, WILLIAM E MCGRATH JR; LEAH BARTLOME, (RE: MUNICH REINSURANCE AMERICA FKA ARC), 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | Federal Express Overnight |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69330 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH JR., (RE: MUNICH REINSURANCE AMERICA FKA ARC), WMCGRATH@DILWORTHLAW.COM | E-mail |
| 69331 | DLA PIPER LLP (US), AIDAN M MCCORMACK;CYRIL E SMITH ESQ, (RE: FEDERAL INSURANCE COMPANY), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | Federal Express Overnight |
| 69330 | DUANE MORRIS LLP, JEFF D. KAHANE, (RE: MIDSTATES REINSURANCE CORPORATION), JKAHANE@DUANEMORRIS.COM | E-mail |
| 69330 | DUANE MORRIS LLP, SOMMER L. ROSS, (RE: MIDSTATES REINSURANCE CORPORATION), SLROSS@DUANEMORRIS.COM | E-mail |
| 69331 | DURO DYNE NATIONAL CORPORATION, ATTN RANDALL HINDEN,PRESIDENT & CEO, (RE: DEBTOR), 81 SPENCE STREET, BAY SHORE, NY, 11706 | Federal Express Overnight |
| 69330 | DYNAMIC METALS INC, ATTN: TONY FRANGIONE, TONYF@DYNAMICMETALS.COM | E-mail |
| 69329 | FLORIDA DEPARTMENT OF REVENUE, MARK HAMILTON, GEN. COUNSEL, P. O. BOX 6668, TALLAHASSEE, FL, 32314-6668 | USPS Express Mail |
| 69329 | FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0531 | USPS Express Mail |
| 69330 | HERCULITE PRODUCTS, ATTN: DAVID YOHE, DYOHE@HERCULITE.COM | E-mail |
| 69330 | IFRAH PLLC, GEORGE R. CALHOUN, V, (RE: THE NORTH RIVER INSURANCE COMPANY), GEORGE@IFRAHLAW.COM | E-mail |
| 69331 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | Federal Express Overnight |
| 69329 | INTERNAL SERVICE REVENUE, PAMELA HUNTER, (RE: DEPARTMENT OF TREASURY - IRS), 51 HADDONFIELD ROAD SUITE 300, CHERRY HILL, NJ, 08002 | Federal Express Overnight |
| 69331 | JACKSON LEWIS LLP, ONE NO. BROADWAY, WHITE PLAINS, NY, 10601 | Federal Express Overnight |
| 69331 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY COM), 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | Federal Express Overnight |
| 69330 | JM BURNS STEEL SUPPLY, ATTN: JUSTIN ROBBINS, JROBBINS@JMBSTEEL.COM | E-mail |
| 69331 | KELLER, FISHBACK & JACKSON LLP, DANIEL KELLER, 28720 CAMVOOD STREET, SUITE 200, AGOURA HILLS, CA, 91301 | Federal Express Overnight |
| 69331 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), ERNEST & YOUNG TOWER, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113 | Federal Express Overnight |
| 69336 | KELLEY & FERRARO, CONSTANTINE P. VENIZELOS, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113-7210 | Federal Express Overnight |
| 69330 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, CHRISTINA.SALEM@KENNEDYSCMK.COM | E-mail |
| 69330 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, MEG.CATALANO@KENNEDYSCMK.COM | E-mail |
| 69330 | L I S ENTERPRISES, INC., ATTN: JASON BRENNER, JWB@LISENTERPRISES.COM | E-mail |
| 69331 | LONDON FISCHER LLP, J. T.H. DEAVER; SARAH N. DEVITO ESQ, (RE: MIDSTATES REINSURANCE CORP FKA MEAD), 59 MAIDEN LANE, 39TH FLOOR, NEW YORK, NY, 10038 | Federal Express Overnight |
| 69330 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), TFREEDMAN@LOWENSTEIN.COM | E-mail |
| 69330 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), JPROL@LOWENSTEIN.COM | E-mail |
| 69330 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN, (RE: DEBTOR), KROSEN@LOWENSTEIN.COM | E-mail |
| 69330 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, BBUCKALEW@MAJESTICSTEEL.COM | E-mail |
| 69330 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, SSUVAK@MAJESTICSTEEL.COM | E-mail |
| 69331 | MANLEY BURKE LPA, 225 WEST COURT ST., CINCINNATI, OH, 45202 | Federal Express Overnight |
| 69329 | MASSACHUSETTS DEP'T OF REVENUE, 100 CAMBRIDGE STREET, BOSTON, MA, 02114 | Federal Express Overnight |
| 69331 | MAZURS USA, LLP, 135 WEST 50TH STREET, NEW YORK, NY, 10020 | Federal Express Overnight |
| 69331 | MCCARTER & ENGLISH, LLP, MATTHEW HEIMANN, ESQ., (RE: MESTEK, INC & MESTEK MACHINERY INC), FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | Federal Express Overnight |
| 69331 | MELTZER, LIPPE, GOLDSTEIN, & BREITSTONE, LLP, 190 WILLIS AVENUE, MINEOLA, NY, 11501 | Federal Express Overnight |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69331 | MESTEK, INC., ATTN: BRUCE DEWEY, 260 NORTH ELM STREET, WESTFIELD, MA, 01085 | Federal Express Overnight |
| 69330 | MIDLAND STEEL WHSE. CORP., ATTN: HOWARD ALLEN, HALLEN@MIDLANDSTEEL.NET | E-mail |
| 69329 | MINNESOTA REVENUE, MAIL STATION 1765, ST PAUL, MN, 55145-1765 | USPS Express Mail |
| 69330 | NAKAZAWA DIE CASTING, ATTN: DESMOND KHONG, KHONG@NAKAZAWA.COM.MY | E-mail |
| 69331 | NEW JERSEY ATTORNEY GENERALS OFFICE, ATTN: DIVISION OF LAW, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET STREET, TRENTON, NJ, 08625-0112 | Federal Express Overnight |
| 69331 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | Federal Express Overnight |
| 69331 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | Federal Express Overnight |
| 69331 | NEW YORK CITY DEPT OF FINANCE, CORRESPONDENCE UNIT, ONE CENTRE STREET, 22ND FLOOR, NEW YORK, NY, 10007 | Federal Express Overnight |
| 69331 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BUILDING 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227 | Federal Express Overnight |
| 69329 | NJ DIVISION OF TAXATION, PO BOX 666, TRENTON, NJ, 08646-0666 | USPS Express Mail |
| 69331 | NORGAARD O'BOYLE, (RE: UNDISCLOSED INTERESTED PARTY), 184 GRAND AVENUE, ENGLEWOOD, NJ, 07631-3507 | Federal Express Overnight |
| 69329 | NYS DEPARTMENT OF TAXATION, BUILDING 9, WA HARRIMAN CAMPUS, ALBANY, NY, 12227-0001 | USPS Express Mail |
| 69330 | OFFICE OF THE US ATTORNEY OF NJ, ATTN EAMONN O'HAGAN, ASST US ATTY, EAMONN.OHAGAN@USDOJ.GOV | E-mail |
| 69330 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | E-mail |
| 69330 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69330 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69331 | OHIO ATTORNEY GENERAL'S OFFICE, ATTN: BANKRUPTCY NOTICES DIVISION, 30 EAST BROAD STREET, 14TH FLOOR, COLUMBUS, OH, 43215 | Federal Express Overnight |
| 69329 | OHIO BUREAU OF WORKERS COMPENSATION, PO BOX 15567, COLUMBUS, OH, 43215-0567 | USPS Express Mail |
| 69329 | OHIO BUREAU OF WORKERS' COMP, JILL A. WHITWORTH, BWC ATTORNEY, 30 W SPRING ST 26TH FLOOR, COLUMBUS, OH, 43215 | Federal Express Overnight |
| 69329 | OHIO DEPT OF TAXATION, BUSINESS TAX DIVISION, PO BOX 16158, COLUMBUS, OH, 43216-6158 | USPS Express Mail |
| 69329 | OHIO TREASURER OF STATE, OHIO DEPARTMENT OF TAXATION, PO BOX 181140, COLUMBUS, OH, 43218-1140 | USPS Express Mail |
| 69330 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), JACOBSON.JORDAN@PBGC.GOV | E-mail |
| 69330 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), EFILE@PBGC.GOV | E-mail |
| 69330 | PHD MANUFACTURING INC., ATTN: JONATHON CORBINO, JONATHONC@PHD-MFG.COM | E-mail |
| 69330 | PREGIS HOLDING, ATTN: DANIEL LINDENBAUM, DLINDENBAUM@PREGIS.COM | E-mail |
| 69330 | R2 TAPE, INC., ATTN: JEN HIRSCH, JHIRSCH@PRESTOTAPE.COM | E-mail |
| 69330 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JRABINOWITZ@RLTLAWFIRM.COM | E-mail |
| 69330 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JCOOPER@RLTLAWFIRM.COM | E-mail |
| 69330 | RETRANS FREIGHT, ATTN: BRIAN HILLER, BHILLER@RETRANSFREIGHT.COM | E-mail |
| 69331 | SCULLY, SCOTT, MURPHY & PRESSER, PC, 400 GARDEN CITY PLAZA, SUITE 300, GARDEN CITY, NY, 11530 | Federal Express Overnight |
| 69330 | SEALERS INC., ATTN: JIM BERGER, JIM@SEALERSINC.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JWEINBERG@GOODWIN.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JRUGGERI@GOODWIN.COM | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69330 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), AWILLIAMS@GOODWIN.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, STEPHEN M. FORTE, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY CO.), SFORTE@GOODWIN.COM | E-mail |
| 69336 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ONE COURT STREET, ALTON, IL, 62002-6267 | Federal Express Overnight |
| 69331 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), ONE COURT STREET, ALTON, IL, 62002 | Federal Express Overnight |
| 69330 | SIX-2 FASTENER IMPORTS, ATTN: STEVE COWAN, STEVE@SIX2FAST.COM | E-mail |
| 69331 | SNYDER MFG INC, ATTN: JOLENE MEESE, 3001 PROGRESS ST., DOVER, OH, 44622 | Federal Express Overnight |
| 69331 | STATE OF CALIFORNIA DIV OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | USPS Express Mail |
| 69329 | STATE OF MICHIGAN, MICHIGAN DEPARTMENT OF TREASURY, PO BOX 30774, LANSING, MI, 48909-8274 | USPS Express Mail |
| 69331 | STATE OF OHIO DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, PO BOX 530, COLUMBUS, OH, 43216-0530 | USPS Express Mail |
| 69329 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 1493418, AUSTIN, TX, 78714-9348 | USPS Express Mail |
| 69331 | THE LAW OFFICE OF JOHN FIALCOWITZ, JOHN FIALCOWITZ ESQ, (RE: PROPOSED COUNSEL FOR OFFICIAL), 89 HEADQUARTERS PLAZA NORTH, SUITE 1216, MORRISTOWN, NJ, 07960 | Federal Express Overnight |
| 69331 | THE NJ DIV. OF TAXATION COMPLIANCE, AND ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | Federal Express Overnight |
| 69329 | TREASURER STATE OF IOWA, COMPOSITE RETURN PROCESS, PO BOX 9187, DES MOINES, IA, 50306- | USPS Express Mail |
| 69331 | UCAC INC, 5737 CORPORATE WAY, WEST PALM BEACH, FL, 33407 | Federal Express Overnight |
| 69330 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69330 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69329 | WASHINGTON DEPARTMENT OF REVENUE, TAXPAYER ACCOUNT ADMINISTRATION, PO BOX 47476, OLYMPIA, WA, 98504-7476 | USPS Express Mail |
| 69330 | WASSERMAN, JURISTA & STOLZ, PC, S. REVER; D. STOLZ, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), SREVER@WJSLAW.COM | E-mail |
| 69330 | WASSERMAN, JURISTA & STOLZ, PC, S. REVER; D. STOLZ, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), DSTOLZ@WJSLAW.COM | E-mail |
| 69330 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), EHARRON@YCST.COM | E-mail |
| 69330 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SKOHUT@YCST.COM | E-mail |
| 69330 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SBEACH@YCST.COM | E-mail |

**Subtotal for this group: 115**