**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD JANUARY 1, 2019 THROUGH JANUARY 31, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, January 1, 2019 through January 31, 2019 (the "January Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Third Fee Statement, if any, are due by March 18, 2019.

Dated: March 8, 2019

                                              Respectfully submitted,

                                              **GETZLER HENRICH & ASSOCIATES LLC**

                                              /s/ *Mark D. Podgainy*
                                              Mark D. Podgainy
                                              295 Madison Avenue
                                              New York, NY 10017
                                              *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

## SECTION I
## FEE SUMMARY

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES
FOR THE PERIOD JANUARY 1, 2019 THROUGH JANUARY 31, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$179,734.25** | **$2,636.82** |
| TOTAL FEES ALLOWED TO DATE: | **$121,943.25** | **$2,119.79** |
| TOTAL RETAINER (IF APPLICABLE) | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ -0- | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH ANDASSOCIATES | **$121,943.25** | **$2,119.79** |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | **$51,938.00** |
| DISBURSEMENTS TOTALS - PAGE 3 | **$ 1,240.80** |
| TOTAL FEE APPLICATION | **$53,178.80** |
| MINUS 20% HOLDBACK | **-$10,387.60** |
| AMOUNT SOUGHT AT THIS TIME | **$42,791.20** |

31035/2
03/08/2019 52354626.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | 130.7 | $350.00 | $45,745.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | 6.4 | $175.00 | $1,120.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | 11.4 | $445.00 | $5,073.00 |
| | **Grand Total:** | | **148.5** | **$51,938.00** |
| | **Blended Rate:** | **$349.75** | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Bankruptcy Consulting | 20.7 | $7,311.50 |
| Claims Analysis & Negotiation | 2.6 | 957.50 |
| Confirmation Issues | .2 | 89.00 |
| Court Hearing Prep | .2 | 89.00 |
| DIP Financing | 44.8 | 15,756.00 |
| Fee/Employment Application | 3.4 | 1,513.00 |
| Fresh Start Accounting Issues | 7.1 | 2,551.50 |
| Monthly Operating Report | 52.2 | 18,450.50 |
| Motion Review / Analysis | 2.5 | 960.50 |
| Plan of Reorganization | 4.9 | 1,914.50 |
| Supplier Issues | 3.5 | 1,225.00 |
| Travel | 6.4 | 1,120.00 |
| **SERVICE TOTALS** | **148.50** | **$51,938.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Telecommunications | $38.00 |
| Transportation | $1,202.80 |
| **TOTAL DISBURSEMENTS** | **$1,240.80** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

- a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for December 2018;
- b) Getzler assisted the Debtors in monitoring the budget and certain payments to ensure compliance with the cash collateral order;
- c) Getzler assisted the Debtors in addressing supplier issues;
- d) Getzler assisted the Debtors in analyzing claims filed with the Court;
- e) Getzler assisted the Debtors in addressing issues related to confirmation, including responding to discovery requests determining post-confirmation structure;
- f) Getzler consulted with and assisted the Debtors and their counsel regarding motions to be filed with the Court; and
- g) Getzler provided such other services consistent with its engagement letter.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

(A) ADMINISTRATION EXPENSES: (100%)
(B) SECURED CREDITORS: (100%)
(C) PRIORITY CREDITORS: (100%)
(D) GENERAL UNSECURED CREDITORS: (100%)

3

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2019

/s/ *Mark D. Podgainy*
Mark D. Podgainy

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* |

**Order Filed on October 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:                                                                 Chapter 11

Duro Dyne National Corp., *et al.*[1]                 Case No. 18-27963 (MBK)

                      Debtors.                                   (Jointly Administered)

# ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

51635/2
09/26/2018 51210348.1

Page:    2
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:      3
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page: 4
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 599    Filed 06/09/19    Entered 06/09/19 02:59:03    Desc Main
Document    Page 10 of 16

Page:       5
Debtors:    Duro Dyne National Corp., Inc., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
            as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−27963−MBK
                Chapter: 11
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 − 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                                                     Jeanne Naughton
                                                                                                    Clerk

Getzler Henrich & Associates LLC

DURO DYNE (DIP)
JANUARY 1 - JANUARY 31, 2019
TIME DETAIL - JANUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 01/03/19 | 1.8 | $350.00 | $ 630.00 | Meeting with management re: cost savings re: streamlining commissions calculations |
| O'Callaghan | Bankruptcy Consulting | 01/04/19 | 0.4 | $350.00 | $ 140.00 | Conference call with management and accountants re: estimated financials and tax distributions |
| O'Callaghan | Bankruptcy Consulting | 01/08/19 | 0.6 | $350.00 | $ 210.00 | Additional call with accountants to discuss tax adjustments |
| O'Callaghan | Bankruptcy Consulting | 01/09/19 | 2.3 | $350.00 | $ 805.00 | Follow up analysis re tax distributions |
| O'Callaghan | Bankruptcy Consulting | 01/18/19 | 1.6 | $350.00 | $ 560.00 | Meeting with insurance broker re: insurance policies and related costs |
| Podgainy | Bankruptcy Consulting | 01/21/19 | 0.7 | $445.00 | $ 311.50 | Participated on conf call w/ counsel, C O'Callaghan Mazars, management, and shareholders re: tasks to complete to reach effective date |
| O'Callaghan | Bankruptcy Consulting | 01/28/19 | 4.2 | $350.00 | $ 1,470.00 | Operational review with board of directors re: December financials |
| O'Callaghan | Bankruptcy Consulting | 01/29/19 | 3.9 | $350.00 | $ 1,365.00 | Preparing and presenting financial results to board of directors |
| O'Callaghan | Bankruptcy Consulting | 01/29/19 | 3.1 | $350.00 | $ 1,085.00 | Follow up meeting with board of directors re: December financials |
| O'Callaghan | Bankruptcy Consulting | 01/31/19 | 2.1 | $350.00 | $ 735.00 | Conference call with accounting system vendor re: system updates post bankruptcy |
| | **Bankruptcy Consulting Total** | | **20.7** | | **$ 7,311.50** | |
| Podgainy | Claims Analysis & Negotiation | 01/02/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ J Prol re: negotiations w/ North River re: claims estimation |
| Podgainy | Claims Analysis & Negotiation | 01/02/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ J Prol re: potential IRS claim and related tax return data |
| O'Callaghan | Claims Analysis & Negotiation | 01/02/19 | 0.4 | $350.00 | $ 140.00 | Researching response to IRS re: missing tax returns |
| O'Callaghan | Claims Analysis & Negotiation | 01/22/19 | 0.9 | $350.00 | $ 315.00 | Reviewing proofs of claim and related correspondence w/ counsel and M Podgainy |
| Podgainy | Claims Analysis & Negotiation | 01/22/19 | 0.3 | $445.00 | $ 133.50 | Brief review of claims filed, and related correspondence w/ T Freedman and C O'Callaghan |
| O'Callaghan | Claims Analysis & Negotiation | 01/31/19 | 0.8 | $350.00 | $ 280.00 | Reviewing claims analysis |
| | **Claims Analysis & Negotiation Total** | | **2.6** | | **$ 957.50** | |
| Podgainy | Confirmation Issues | 01/08/19 | 0.2 | $445.00 | $ 89.00 | Tele conv .1 and correspondence .1 w/ C Malone re: insurance information request |
| | **Confirmation Issues Total** | | **0.2** | | **$ 89.00** | |
| Podgainy | Court Hearing Prep | 01/02/19 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ J Prol and W Hinden re: status of US Trustee appeal |
| | **Court Hearing Prep Total** | | **0.2** | | **$ 89.00** | |
| Podgainy | DIP Financing | 01/04/19 | 0.4 | $445.00 | $ 178.00 | Review of weekly booking/shipping report .2 and review of CF AvB for week ended 12/28 and latest 13 week budget from the debtors .2 |
| O'Callaghan | DIP Financing | 01/08/19 | 0.7 | $350.00 | $ 245.00 | Meeting with controller re: weekly cash flow |
| O'Callaghan | DIP Financing | 01/09/19 | 0.1 | $350.00 | $ 35.00 | Correspondence w/ M Podgainy re: timing of tax payment |
| Podgainy | DIP Financing | 01/09/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: timing of tax payment |
| O'Callaghan | DIP Financing | 01/09/19 | 1.6 | $350.00 | $ 560.00 | Meeting with management re: physical inventory recap |
| O'Callaghan | DIP Financing | 01/16/19 | 0.4 | $350.00 | $ 140.00 | Call with accountants re: upcoming audit |
| O'Callaghan | DIP Financing | 01/17/19 | 0.9 | $350.00 | $ 315.00 | Call with lender to discuss status of case and introduce new relationship manager |
| O'Callaghan | DIP Financing | 01/18/19 | 1.7 | $350.00 | $ 595.00 | Meeting with controller re: year end adjustments |
| O'Callaghan | DIP Financing | 01/21/19 | 2.4 | $350.00 | $ 840.00 | Meeting with controller and asst controller re cash flow projections |
| O'Callaghan | DIP Financing | 01/21/19 | 0.3 | $350.00 | $ 105.00 | Meeting with controller and asst controller re: budget |
| O'Callaghan | DIP Financing | 01/22/19 | 2.4 | $350.00 | $ 840.00 | Reviewing status of 2019 budget |
| O'Callaghan | DIP Financing | 01/22/19 | 2.2 | $350.00 | $ 770.00 | Meetings with management re: consignment inventory, salesmen accounts on AR and unapplied cash |
| O'Callaghan | DIP Financing | 01/22/19 | 1.7 | $350.00 | $ 595.00 | Preparing AR aging for auditors |
| O'Callaghan | DIP Financing | 01/23/19 | 1.3 | $350.00 | $ 455.00 | Reviewing and updating weekly cash flow |
| O'Callaghan | DIP Financing | 01/23/19 | 0.7 | $350.00 | $ 245.00 | Updating weekly cash flow files |
| O'Callaghan | DIP Financing | 01/23/19 | 0.9 | $350.00 | $ 315.00 | Reviewing cash comparative and weekly projection |
| O'Callaghan | DIP Financing | 01/23/19 | 0.7 | $350.00 | $ 245.00 | Processing additional professional fee payments |
| O'Callaghan | DIP Financing | 01/23/19 | 1.2 | $350.00 | $ 420.00 | Updating financial statements for year end financial summary |
| O'Callaghan | DIP Financing | 01/24/19 | 0.7 | $350.00 | $ 245.00 | Discussion with management re: obsolete inventory |
| O'Callaghan | DIP Financing | 01/24/19 | 2.6 | $350.00 | $ 910.00 | Preparation of ratio analysis for year end summary |
| O'Callaghan | DIP Financing | 01/24/19 | 1.7 | $350.00 | $ 595.00 | AR analysis for year end summary |
| O'Callaghan | DIP Financing | 01/24/19 | 0.5 | $350.00 | $ 175.00 | Prepared payroll analysis for year end summary |
| O'Callaghan | DIP Financing | 01/24/19 | 2.1 | $350.00 | $ 735.00 | Preparing expense statements for year end summary |
| O'Callaghan | DIP Financing | 01/25/19 | 5.3 | $350.00 | $ 1,855.00 | Writing financial notes and finalizing board package |
| Podgainy | DIP Financing | 01/27/19 | 0.3 | $445.00 | $ 133.50 | Review last two weeks AvB and latest 13-week CF projection from the Debtors |
| O'Callaghan | DIP Financing | 01/29/19 | 2.5 | $350.00 | $ 875.00 | Reviewing budget worksheets |
| O'Callaghan | DIP Financing | 01/30/19 | 2.6 | $350.00 | $ 910.00 | Meetings with accounting staff and management re: post bankruptcy accounting changes |
| O'Callaghan | DIP Financing | 01/30/19 | 2.8 | $350.00 | $ 980.00 | Reviewing cash flow projections |
| O'Callaghan | DIP Financing | 01/31/19 | 1.8 | $350.00 | $ 630.00 | Meeting with cost accountant re: standard costs |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
JANUARY 1 - JANUARY 31, 2019
TIME DETAIL - JANUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 01/31/19 | 2.2 | $350.00 | $ 770.00 | Meeting with cost accountant and IT director re: cost variances in system due to Bill of Materials issues |
| | **DIP Financing Total** | | **44.8** | | **$ 15,756.00** | |
| Podgainy | Fee / Employment Application | 01/17/19 | 0.8 | $445.00 | $ 356.00 | Initial preparation of December fee statement time detail |
| Podgainy | Fee / Employment Application | 01/18/19 | 1.2 | $445.00 | $ 534.00 | Completed review/revision of December time detail for fee application |
| Podgainy | Fee / Employment Application | 01/21/19 | 1.4 | $445.00 | $ 623.00 | Completed draft December 2018 fee statement and sent to counsel |
| | **Fee / Employment Application Total** | | **3.4** | | **$ 1,513.00** | |
| O'Callaghan | Fresh Start Accounting Issues | 01/03/19 | 1.2 | $350.00 | $ 420.00 | Planning issues for post-confirmation merger of subs into DD National |
| Podgainy | Fresh Start Accounting Issues | 01/03/19 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ C O'Callaghan and T Freedman re: preparation of accounting for merger of related companies |
| O'Callaghan | Fresh Start Accounting Issues | 01/08/19 | 1.4 | $350.00 | $ 490.00 | Meeting with controller re: post-bankruptcy accounting |
| O'Callaghan | Fresh Start Accounting Issues | 01/09/19 | 0.1 | $350.00 | $ 35.00 | Correspondence w/ M Podgainy re: post-confirmation structure |
| Podgainy | Fresh Start Accounting Issues | 01/09/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: post-bankruptcy structure per plan |
| Podgainy | Fresh Start Accounting Issues | 01/15/19 | 0.2 | $445.00 | $ 89.00 | Review and draft correspondence re: post-bankruptcy accounting |
| O'Callaghan | Fresh Start Accounting Issues | 01/15/19 | 0.8 | $350.00 | $ 280.00 | Drafting memo regarding post bankruptcy planning |
| O'Callaghan | Fresh Start Accounting Issues | 01/16/19 | 0.1 | $350.00 | $ 35.00 | Correspondence w/ M Podgainy re: post-confirmation structure |
| Podgainy | Fresh Start Accounting Issues | 01/16/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: post-bankruptcy planning |
| O'Callaghan | Fresh Start Accounting Issues | 01/16/19 | 0.3 | $350.00 | $ 105.00 | Email correspondence with accountant re: fresh start |
| Podgainy | Fresh Start Accounting Issues | 01/17/19 | 0.1 | $445.00 | $ 44.50 | Review of new share structure from R Hinden |
| O'Callaghan | Fresh Start Accounting Issues | 01/17/19 | 0.3 | $350.00 | $ 105.00 | Reviewing and updating new shareholdings listing |
| O'Callaghan | Fresh Start Accounting Issues | 01/21/19 | 1.4 | $350.00 | $ 490.00 | Preparing for .7 and participating in .7 conference call to discuss post-bankruptcy planning |
| O'Callaghan | Fresh Start Accounting Issues | 01/21/19 | 0.8 | $350.00 | $ 280.00 | Meetings with management re: consolidation of subsidiaries upon emergence |
| | **Fresh Start Accounting Issues Total** | | **7.1** | | **$ 2,551.50** | |
| O'Callaghan | Monthly Operating Report | 01/02/19 | 0.8 | $350.00 | $ 280.00 | Reviewing product line gross margin analysis |
| O'Callaghan | Monthly Operating Report | 01/02/19 | 0.5 | $350.00 | $ 175.00 | Meeting with cost accountant re: gross margin analysis |
| O'Callaghan | Monthly Operating Report | 01/02/19 | 0.8 | $350.00 | $ 280.00 | Researching alternatives to expense reimbursement procedures |
| Podgainy | Monthly Operating Report | 01/02/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ L White re: December close process and timing |
| O'Callaghan | Monthly Operating Report | 01/03/19 | 2.3 | $350.00 | $ 805.00 | Preparing disbursement journals for MOR |
| O'Callaghan | Monthly Operating Report | 01/03/19 | 0.7 | $350.00 | $ 245.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 01/04/19 | 0.7 | $350.00 | $ 245.00 | Call with controller to finalize 2018 income estimate |
| O'Callaghan | Monthly Operating Report | 01/04/19 | 1.4 | $350.00 | $ 490.00 | Follow up call to review estimated financials |
| O'Callaghan | Monthly Operating Report | 01/04/19 | 0.6 | $350.00 | $ 210.00 | Additional follow up call to review estimated financials |
| O'Callaghan | Monthly Operating Report | 01/04/19 | 0.8 | $350.00 | $ 280.00 | Drafting memo to recap updated commissions procedures |
| O'Callaghan | Monthly Operating Report | 01/07/19 | 0.9 | $350.00 | $ 315.00 | Updating tax schedule for MOR |
| O'Callaghan | Monthly Operating Report | 01/07/19 | 0.4 | $350.00 | $ 140.00 | Prepared memo to board re tax distributions to be made |
| O'Callaghan | Monthly Operating Report | 01/08/19 | 0.8 | $350.00 | $ 280.00 | Conference call with outside accountants re tax distributions |
| O'Callaghan | Monthly Operating Report | 01/08/19 | 0.4 | $350.00 | $ 140.00 | Staff meeting with accounting department to set up completion of MOR |
| O'Callaghan | Monthly Operating Report | 01/08/19 | 0.6 | $350.00 | $ 210.00 | Reviewing tax adjustment calculations |
| O'Callaghan | Monthly Operating Report | 01/08/19 | 0.7 | $350.00 | $ 245.00 | Updating disbursement journals |
| O'Callaghan | Monthly Operating Report | 01/09/19 | 0.4 | $350.00 | $ 140.00 | Follow up call with accountants |
| O'Callaghan | Monthly Operating Report | 01/09/19 | 1.5 | $350.00 | $ 525.00 | Additional work on cash disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 01/10/19 | 3.1 | $350.00 | $ 1,085.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 01/10/19 | 0.8 | $350.00 | $ 280.00 | Meeting with cost accountant re: inventory valuation |
| O'Callaghan | Monthly Operating Report | 01/11/19 | 0.7 | $350.00 | $ 245.00 | Reviewing AR aging for MOR |
| O'Callaghan | Monthly Operating Report | 01/15/19 | 2.7 | $350.00 | $ 945.00 | Meetings to identify discrepancies in inventory counts |
| O'Callaghan | Monthly Operating Report | 01/15/19 | 1.0 | $350.00 | $ 350.00 | Reviewing bank statements and recs for MOR |
| Podgainy | Monthly Operating Report | 01/15/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ T Freedman re: Mazars review of financial statements |
| O'Callaghan | Monthly Operating Report | 01/16/19 | 3.1 | $350.00 | $ 1,085.00 | Updating schedules of receipts and disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 01/17/19 | 1.4 | $350.00 | $ 490.00 | Reviewing draft financial statements |
| O'Callaghan | Monthly Operating Report | 01/17/19 | 1.2 | $350.00 | $ 420.00 | Creating company trial balances for MOR |
| O'Callaghan | Monthly Operating Report | 01/17/19 | 3.4 | $350.00 | $ 1,190.00 | Updating draft of MOR |
| O'Callaghan | Monthly Operating Report | 01/17/19 | 1.2 | $350.00 | $ 420.00 | Updating schedule of taxes for MOR |
| O'Callaghan | Monthly Operating Report | 01/17/19 | 1.8 | $350.00 | $ 630.00 | Researching discrepancies in receipts and disbursements |
| O'Callaghan | Monthly Operating Report | 01/18/19 | 1.3 | $350.00 | $ 455.00 | Additional drafting of MOR |

Getzler Henrich & Associates LLC

DURO DYNE (DIP)
JANUARY 1 - JANUARY 31, 2019
TIME DETAIL - JANUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Monthly Operating Report | 01/18/19 | 0.8 | $350.00 | $ 280.00 | Meeting with controller and asst controller re: budgeting process |
| O'Callaghan | Monthly Operating Report | 01/18/19 | 0.8 | $350.00 | $ 280.00 | Reviewing AR rollforward |
| O'Callaghan | Monthly Operating Report | 01/19/19 | 1.9 | $350.00 | $ 665.00 | Finalizing MOR draft |
| Podgainy | Monthly Operating Report | 01/21/19 | 1.6 | $445.00 | $ 712.00 | Review of December MOR 1.3, and related discussion w/ C O'Callaghan .3 |
| Podgainy | Monthly Operating Report | 01/22/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ T Freedman and D Claussen re: status of December MOR and timing of filing |
| O'Callaghan | Monthly Operating Report | 01/21/19 | 0.5 | $350.00 | $ 175.00 | Final review of MOR .2 and related discussion w/ M Podgainy .3 |
| O'Callaghan | Monthly Operating Report | 01/23/19 | 0.9 | $350.00 | $ 315.00 | Researching discrepancies in perpetual vs. GL inventory |
| O'Callaghan | Monthly Operating Report | 01/23/19 | 1.1 | $350.00 | $ 385.00 | Meetings regarding slow moving inventory |
| O'Callaghan | Monthly Operating Report | 01/23/19 | 0.3 | $350.00 | $ 105.00 | Researching unpaid professional invoices |
| O'Callaghan | Monthly Operating Report | 01/23/19 | 0.4 | $350.00 | $ 140.00 | Calculations for US Trustee Q4 Fees |
| O'Callaghan | Monthly Operating Report | 01/23/19 | 0.6 | $350.00 | $ 210.00 | Meeting regarding advertising / marketing budget |
| O'Callaghan | Monthly Operating Report | 01/23/19 | 0.4 | $350.00 | $ 140.00 | Call with board member re: tax distributions |
| O'Callaghan | Monthly Operating Report | 01/28/19 | 3.3 | $350.00 | $ 1,155.00 | Researching inventory discrepancies |
| O'Callaghan | Monthly Operating Report | 01/28/19 | 0.9 | $350.00 | $ 315.00 | Responding to management re expense detail |
| O'Callaghan | Monthly Operating Report | 01/30/19 | 2.4 | $350.00 | $ 840.00 | Additional review of inventory discrepancy |
| | **Monthly Operating Report Total** | | **52.2** | | **$ 18,450.50** | |
| O'Callaghan | Motion Review / Analysis | 01/16/19 | 0.4 | $350.00 | $ 140.00 | Responding to counsel re: OCP responsibilities |
| Podgainy | Motion Review / Analysis | 01/17/19 | 0.3 | $445.00 | $ 133.50 | Tele conv w/ T Freedman re: accountant retention issue .2 and related correspondence w/ C Fine |
| Podgainy | Motion Review / Analysis | 01/17/19 | 0.2 | $445.00 | $ 89.00 | Tele conv w/ C Fine re: retention issue, and related correspondence w/ T Freedman |
| Podgainy | Motion Review / Analysis | 01/17/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ T Freedman re: information needed for OCP motion |
| O'Callaghan | Motion Review / Analysis | 01/18/19 | 0.6 | $350.00 | $ 210.00 | Researching information re OCP fees for counsel and related correspondence w/ M Podgainy |
| Podgainy | Motion Review / Analysis | 01/18/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ C O'Callaghan and T Freedman re: information for OCP motion |
| O'Callaghan | Motion Review / Analysis | 01/21/19 | 0.6 | $350.00 | $ 210.00 | Providing counsel with information re: OCP average billings |
| Podgainy | Motion Review / Analysis | 01/21/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ C O'Callaghan and T Freedman re: OCP motion information |
| Podgainy | Motion Review / Analysis | 01/28/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ T Freedman re: Mazars certification re: retention |
| | **Motion Review / Analysis Total** | | **2.5** | | **$ 960.50** | |
| O'Callaghan | Plan of Reorganization | 01/02/19 | 1.1 | $350.00 | $ 385.00 | Researching effect of leasehold improvement transfer (for mortgage note) |
| O'Callaghan | Plan of Reorganization | 01/03/19 | 0.6 | $350.00 | $ 210.00 | Call with accountants re: leasehold improvements and security interest for mortgage issued to trust |
| O'Callaghan | Plan of Reorganization | 01/03/19 | 0.2 | $350.00 | $ 70.00 | Email to counsel re: tax consequences of leasehold transfer |
| O'Callaghan | Plan of Reorganization | 01/07/19 | 0.9 | $350.00 | $ 315.00 | Responding to counsel re: leasehold improvements for trust mortgage |
| Podgainy | Plan of Reorganization | 01/09/19 | 2.1 | $445.00 | $ 934.50 | Reviewed and edited valuation narrative |
| | **Plan of Reorganization Total** | | **4.9** | | **$ 1,914.50** | |
| O'Callaghan | Supplier Issues | 01/10/19 | 2.6 | $350.00 | $ 910.00 | Discussions with management re: payments to overseas vendors |
| O'Callaghan | Supplier Issues | 01/11/19 | 0.9 | $350.00 | $ 315.00 | Preparing for and participating in conference call with overseas vendor re: payments by wire |
| | **Supplier Issues Total** | | **3.5** | | **$ 1,225.00** | |
| O'Callaghan | Travel | 01/02/19 | 0.6 | $175.00 | $ 105.00 | Travel to client |
| O'Callaghan | Travel | 01/03/19 | 0.2 | $175.00 | $ 35.00 | Travel from client location |
| O'Callaghan | Travel | 01/08/19 | 1.0 | $175.00 | $ 175.00 | Travel to client |
| O'Callaghan | Travel | 01/11/19 | 0.6 | $175.00 | $ 105.00 | Travel from client location |
| O'Callaghan | Travel | 01/15/19 | 0.6 | $175.00 | $ 105.00 | Travel to client location |
| O'Callaghan | Travel | 01/18/19 | 0.9 | $175.00 | $ 157.50 | Travel from client location |
| O'Callaghan | Travel | 01/21/19 | 0.3 | $175.00 | $ 52.50 | Travel to client location |
| O'Callaghan | Travel | 01/24/19 | 0.8 | $175.00 | $ 140.00 | Travel from client location |
| O'Callaghan | Travel | 01/28/19 | 0.8 | $175.00 | $ 140.00 | Travel to client location |
| O'Callaghan | Travel | 01/31/19 | 0.6 | $175.00 | $ 105.00 | Travel home from client |
| | **Travel Total** | | **6.4** | | **$ 1,120.00** | |
| | **Grand Total** | | **148.5** | | **$ 51,938.00** | |

Getzler Henrich & Associates LLC                                JANUARY 1 - JANUARY 31, 2019                                                            DURO DYNE (DIP)
                                                                                                                                                        EXPENSE DETAIL JANUARY 2019

| Timekeeper | Category | Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| Podgainy | Telecommunications | Telephone / Cell Phone | 01/04/19 | $ 38.00 | Phone charges for the 11/22-12/21 period |
| | **Telecommunications Total** | | | **$ 38.00** | |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/02/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/02/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/02/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/02/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/03/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/03/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/03/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/08/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/08/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/08/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/08/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/10/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/10/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/10/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/15/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/15/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/15/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/15/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/17/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/17/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/17/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/17/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/18/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/18/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/18/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/21/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/21/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/21/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/21/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/22/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/22/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/22/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/22/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/23/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/24/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 01/24/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/24/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/28/19 | $ 45.24 | Mileage to client |

1

**Getzler Henrich & Associates LLC**  **JANUARY 1 - JANUARY 31, 2019**  **DURO DYNE (DIP)**
**EXPENSE DETAIL JANUARY 2019**

| Timekeeper | Category | Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/28/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/28/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/28/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/29/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/30/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/31/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/31/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/31/19 | $ 45.24 | Mileage from client |
| | **Transportation Total** | | | **$ 1,202.80** | |
| | **Grand Total** | | | **$ 1,240.80** | |

2