THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

Local Counsel for the Official Committee of Asbestos Claimants

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY FEE
STATEMENT OF GILBERT, LLP FOR THE PERIOD FROM
JANUARY 1, 2019, THROUGH JANUARY 31, 2019 [DOCKET NO. 465]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection,

or other responsive pleading to the Third Monthly Fee Statement of Gilbert, LLC, special insurance

counsel to the Official Committee of the Asbestos Claimants (the "Committee"), for the Period of

January 1, 2019 through January 31, 2019 [Docket No. 465] (the "Application"), filed on February

22, 2019, has been received. The undersigned further certifies that a review of the Court's docket

in these cases reflects that no answer, objection, or other responsive pleading to the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

appears thereon. Objections to the Application were to be filed and served no later than March 4, 2019.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court [Docket No. 345], the Debtors are now authorized to pay Gilbert 80% of requested fees ($42,234.00) and 100% of requested expenses ($34.76), for the total of $33,821.96 on an interim basis without further order of the Court.

Dated: March 8, 2019          By:/s/ John Fialcowitz
                              John A. Fialcowitz
                              89 Headquarters Plaza North, Suite 1216
                              Morristown, NJ 07960
                              Telephone: 973-532-7208
                              John@fialcowitzlaw.com

                              Local Counsel to the Official Committee of
                              Asbestos Claimants