| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF CONSENT REGARDING THE DEBTORS' CONSENT ORDER APPROVING SETTLEMENT AGREEMENT AND GENERAL RELEASE BETWEEN THE DEBTORS AND THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS UNION PURSUANT TO FED. R. BANK P. 9019

I, Jeffrey D. Prol, hereby certify that with respect to the *Consent Order Approving Settlement Agreement and General Release Between the Debtors and the International Association of Sheet Metal, Air, Rail and Transportation Workers Union Pursuant to Fed.R.Bank P. 9019* (the "Consent Order") that will be submitted to the Court on the date hereof, the following conditions have been met:

(a) The terms of the copy of the captioned Consent Order are identical to those set forth in the original Consent Order;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

-2-

(b) The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c) I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case.

(d) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: March 13, 2019                                     Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**

BY: */s/ Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*