Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−27963−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

### Notice That a Transcript Has Been Filed

   You are Noticed that a Transcript has been filed on 3/12/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: March 12, 2019
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27963-MBK
Duro Dyne National Corp.                                                  Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Mar 12, 2019
                             Form ID: tsntc        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
```
db         +Duro Dyne National Corp.,   100 Horizon Center Boulevard,   Hamilton, NJ 08691-1903
aty        +Abigail W Williams,   Shipman & Goodwin LLP,   400 Park Avenue, Fifth Floor,
             New York, NY 10022-9439
aty        +Cort T. Malone,   Anderson Kill P.C.,   1251 Avenue of the Americas,   New York, NY 10020-1182
aty        +Emily P Grim,   Gilbert LLP,   1100 New York Avenue, NW,   7th Floor,
             Washington, DC 20005-6176
aty        +George R Calhoun,   Ifrah PLLC,   1717 Pennsylvania Ave., NW,   Washington, DC 20006-4614
aty         Jeff D. Kahane,   Duane Morris LLP,   865 South Figueroa Street, Suite 3100,
             Los Angeles, CA  90017-5450
aty        +Jeffrey A. Liesemer,   One Thomas Circle, N.W.,   Washington, DC 20005-5802
aty        +John T Dorsey,   Young Conaway Stargatt & Taylor, LLP,   Rodney Square,
             1000 North King Street,   Wilmington, DE 19801-3335
aty        +Joshua D weinberg,   Shipman & Goodwin LLP,   400 Park Avenue, Fifth Floor,
             New York, NY 10022-9439
aty        +Kevin C. Maclay,   1 Thomas Circle N.W.,   Washington, DC 20005-5812
aty        +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty        +Sara Beth A.R. Kohut,   Young Conaway Stargatt & Taylor, LLP,   Rodney Square,
             1000 North King Street,   Wilmington, DE 19801-3335
aty        +Sarah Grossman-Swenson,   MaCrackern, Stemerman & Holsberry, LLP,   595 Market Street,
             Suite 800,   San Francisco, CA 94105-2813
aty        +Young Conaway Stargatt & Taylor, LLP,   Rodney Square,   1000 North King Street,
             Wilmington, DE 19801-3335
cr         +4 Site, LLC,   c/o Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway,   Suite 100,
             Livingston, NJ 07039-1711
op         +Charter Oak Financial Consultants, LLC,   430 Center Ave.,   Mamaroneck, NY 10543-2254
cr         +Commonwealth of Pennsylvania Department of Labor a,   Deb Secrest,   651 Boas Street, Room 702,
             Harrisburg, PA 17121-0751
intp       +Daniel Keller,   Keller, Fishback & Jackson,   28720 Canwood Street,   Suite 200,
             Agoura Hills, CA  91301,   US 91301-3465
intp       +Duro Dyne Corporation,   c/o Jeffrey D. Prol, Esq.,   One Lowenstein Drive,
             Roseland, NJ 07068-1740
intp       +Duro Dyne Machinery,   c/o Jeffrey D. Prol, Esq.,   One Lowenstein Drive,
             Roseland, NJ 07068-1740
intp       +Duro Dyne Midwest,   c/o Jeffrey D. Prol, Esq.,   Lowenstein Sandler LLP,
             One Lowenstein Drive,   Roseland, NJ 07068-1791
intp       +Duro Dyne West,   c/o Jeffrey D. Prol, Esq.,   Lowenstein Sandler LLP,   One Lowenstein Drive,
             Roseland, NJ 07068-1791
op         +Getzler Henrich & Associates, LLC,   Attn: Mark D. Podgainy,   295 Madison Avenue,   20th Floor,
             New York, NY 10017-6358
sp         +Gilbert LLP,   1100 New York Avenue, NW,   Suite 700,   Washington, DC 20005-4376
intp       +Hartford Accident and Indemnity Company,   Shipman & Goodwin,   400 Park Avenue,   5th Floor,
             New York, NY 10022-4406
intp       +MidStates Reinsurance Corporation,   10560 Success Ln #A,   Dayton, OH 45458-3697
intp       +Munich Reinsurance America, Inc. f/k/a American Re,   555 College Road East,
             Princeton, NJ  08543,   UNITED STATES 08540-6616
crcm       +Official Committee of Asbestos Claimants,   Caplin & Drysdale, Chartered,
             One Thomas Circle, N.W.,   Washington, DC 20005-5894
lm         +Shellpoint Mortgage Servicing,   55 Beattie Pl. Suite 500,   MS-501,
             Greenville, SC 29601-5116
intp       +The North River Insurance Company,   Kennedys CMK LLP,   570 Lexington Avenue,   8th Floor,
             New York, NY 10022-6737
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 23:33:47   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:46   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +Fax: 202-326-4112 Mar 12 2019 23:42:33   Pension Benefit Guaranty Corp,
             Office of the General Counsel,   1200 K Street, N.W.,   Attn: Jordan Jacobson,
             Washington, DC 20005-4025
```
                                                                                  TOTAL: 3


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty         Young Conaway Stargatt & Taylor, LLP
na          BMC Group, Inc.
cr          WELLS FARGO BANK, N.A.
```
                                                                          TOTALS: 3, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin            Page 2 of 3          Date Rcvd: Mar 12, 2019
                              Form ID: tsntc          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
          Christina Salem   on behalf of Interested Party   The North River Insurance Company
          christina.salem@kennedyscmk.com
          Christina Salem   on behalf of Interested Party   Hartford Accident and Indemnity Company
          christina.salem@kennedyscmk.com
          Daniel Keller   on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
          Daniel Stolz   on behalf of Creditor   Sheet Metal, Air, Rail & Transportation Workers
          International Association, AFL-CIO dstolz@wjslaw.com,
          dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Wagner London, I   on behalf of Interested Party   MidStates Reinsurance Corporation
          dlondon@londonfischer.com
          Denise E. Carlon   on behalf of Loss Mitigation   Shellpoint Mortgage Servicing
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Edwin J Harron   on behalf of Other Prof. Lawrence Fitzpatrick , dlaskin@ycst.com
          Jeffrey A. Cooper   on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
          cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne MidWest Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Attorney Cort T. Malone jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne National Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Machinery jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Attorney   Lowenstein Sandler LLP jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne West jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne West Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Machinery Corp. jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Midwest jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Corporation jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Corporation jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Other Prof.   Getzler Henrich & Associates, LLC
          jprol@lowenstein.com,
          tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz   on behalf of Other Prof.   Charter Oak Financial Consultants, LLC
          john@fialcowitzlaw.com
          John A. Fialcowitz   on behalf of Spec. Counsel   Gilbert LLP john@fialcowitzlaw.com
          John A. Fialcowitz   on behalf of Creditor Committee   Official Committee of Asbestos Claimants
          john@fialcowitzlaw.com
          Jordan E. Jacobson   on behalf of Creditor   Pension Benefit Guaranty Corp
          jacobson.jordan@pbgc.gov, efile@pbgc.gov
          Kami Elizabeth Quinn   on behalf of Creditor Committee   Official Committee of Asbestos Claimants
          quinnk@gotofirm.com
          Karl J. Norgaard   on behalf of Unknown Role Type   Undisclosed Interested Party
          knorgaard@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Mark S. Lichtenstein   on behalf of Interested Party   Federal Insurance Company
          mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
          Matthew B. Heimann   on behalf of Creditor   Mestek, Inc. and Mestek Machinery, Inc.
          lrestivo@mccarter.com
          Mitchell Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov
```

```
District/off: 0312-3        User: admin            Page 3 of 3            Date Rcvd: Mar 12, 2019
                           Form ID: tsntc          Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
          Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
           slross@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
           sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
           sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
           American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                              TOTAL: 37