THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

Local Counsel for the Official Committee of Asbestos Claimants

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY FEE
STATEMENT OF CAPLIN & DRYSDALE CHARTERED
FOR THE PERIOD FROM JANUARY 1, 2019, THROUGH JANUARY 31, 2019
[DOCKET NO. 474]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection,

or other responsive pleading to the Third Monthly Fee Statement of Caplin & Drysdale, Chartered

Counsel to the Official Committee of the Asbestos Claimants (the "Committee"), for the period of

January 1, 2019 through January 31, 2019 [Docket No. 474] (the "Application"), filed on February

25, 2019, has been received. The undersigned further certifies that a review of the Court's docket

in these cases reflects that no answer, objection, or other responsive pleading to the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne
Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

appears thereon. Objections to the Application were to be filed and served no later than March 7, 2019.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay Caplin & Drysdale 80% of requested fees ($149,663.50) and 100% of requested expenses ($4,636.16), for the total of $124,366.96 on an interim basis without further order of the Court.

Dated: March 25, 2019      By:/s/ John Fialcowitz
        John A. Fialcowitz
        89 Headquarters Plaza North, Suite 1216
        Morristown, NJ 07960
        Telephone: 973-532-7208
        John@fialcowitzlaw.com

        Local Counsel to the Official Committee of
        Asbestos Claimants