**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

### FOURTH MONTHLY FEE STATEMENT OF THE LAW OFFICE
### OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF
### FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fourth monthly fee statement[2] for the period commencing February 1, 2019 through February 28, 2019 (the "**Fourth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court,* dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Fourth Fee Statement, if any, are due by April 4, 2019.

Dated: March 25, 2019

Respectfully submitted,

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**

By: /s/ John A. Fialcowitz
    John A. Fialcowitz
    89 Headquarters Plaza North, Ste. 1216
    Morristown, NJ 07960
    Telephone: (973) 532-7208

*Local Counsel to the Office Committee of
Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

Debtor: Duro Dyne National Corp., et al.[1]   Applicant: The Law Office of John A. Fialcowitz, LLC

Case No.: 18-27963 (MBK)   Client: Official Committee of Asbestos Claimants

Chapter: 11   Case Filed: September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT B

**THIRD MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

## SECTION 1
## FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $28,437.50 | $1,584.11 |
| TOTAL ALLOWED TO DATE | $28,437.50 | $1,584.11 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT | $20,519.50 | |
| FEE TOTALS – PAGE 2 | $5,915.00 | |
| DISBURSEMENT TOTALS – PAGE 3 | | $155.14 |
| TOTAL FEE APPLICATION | $6,070.14 | |
| MINUS 20% HOLDBACK | $1,183.00 | |
| AMOUNT SOUGHT AT THIS TIME | $4,732.00 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 18.2 | $325.00 | $5,915.00 |
| TOTAL FEES | | | | $5,915.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 2.1 | $682.50 |
| Financing | | |
| Litigation | 11.9 | $3,867.50 |
| Plan and Disclosure Statement | 2.1 | $682.50 |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 2.1 | $682.50 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| SERVICE TOTALS: | 18.2 | $5,915.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | $63.50 |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | $91.64 |
| Travel | |
| Other (specify): | |
| **DISBURSEMENTS TOTALS:** | $155.14 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)     DATE CASE FILED: September 7, 2018

(2)     CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)     DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257]. See Order attached.

(4)     SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    (a)     LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period;

3

(b)  Fialcowitz, as local counsel for the Committee, assisted in the preparation and filing of the motions to approve the Hartford settlement and the related motions to seal and shorten time;

(c)  Fialcowitz prepared and filed his third interim fee application;

(d)  Fialcowitz assisted in the preparation, review and filing of the third interim fee applications for other Committee professionals;

(e)  Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)  ADMINISTRATION EXPENSES: (unknown at this time)
   (B)  SECURED CREDITORS: (unknown at this time)
   (C)  PRIORITY CREDITORS: (unknown at this time)
   (D)  GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: March 25, 2019                    Respectfully submitted,

**THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**

By:  /s/ John A. Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

4

# EXHIBIT A

## DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the Official Committee of Asbestos Claimants
### February 1, 2019 through February 28, 2019

| **Description of Services** | **Time** | **Charge** |
|---|---|---|
| Review and respond to email from Peggy at Gilbert regarding fee application question (2/1/19) | .1 | $32.50 |
| Review and file certificates of no objection; update Caplin team (2/6/19) | .3 | $97.50 |
| Assist Gilbert firm with motions to approve and seal (2/8/19) | 1.1 | $357.50 |
| Review US Trustee objections to plan of confirmation; update Caplin team (2/8/19) | .5 | $162.50 |
| Review orders entered by the Court granting North River's stay relief motion (2/8/19) | .1 | $32.50 |
| Review and respond to E. Grim of Gilbert re: questions on sealing procedure in District of New Jersey (2/13/19) | .2 | $65.00 |
| Review Midstates joinder to US Trustee objection to plan confirmation; update Jeff and Jim at Caplin firm (2/13/19) | .1 | $32.50 |
| Review North River joinder to US Trustee objection; update Caplin team (2/13/19) | .1 | $32.50 |
| Prepare and file certificate of no objection for Charter Oak (2/13/19) | .2 | $65.00 |
| Prepare and file certificate of no objection for Fialcowitz fee application (2/13/19) | .2 | $65.00 |
| Prepare and file certificate of no objection for Gilbert fee application (2/13/19) | .2 | $65.00 |

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Preparation of monthly fee application for Fialcowitz law firm (2/19/19) | 1.8 | $585.00 |
| Draft e-mail to Caplin team re: various action items (2/19/19) | .1 | $32.50 |
| Draft reminder e-mail to Peggy of Gilbert re: fee application deadline (2/19/19) | .1 | $32.50 |
| Review proposed motions to seal and approve Hartford settlement (2/21/19) | 1.1 | $357.50 |
| Review US Trustee amended objection to plan confirmation; update Jim and Jeff of Caplin (2/21/19) | .2 | $65.00 |
| Telephone call to Judge Kaplan's chambers re: question on substituted exhibit to motion to seal (2/22/19) | .2 | $65.00 |
| Telephone call with E. Grim of Gilbert re: motion to seal (2/22/19) | .3 | $97.50 |
| Review and file Gilbert third monthly fee application (2/22/19) | .3 | $97.50 |
| File Fialcowitz third monthly fee application (2/22/19) | .1 | $32.50 |
| Assist in preparation and filing of motions for approval of settlement and to seal Hartford settlement and motions to shorten time (2/22/19) | 5.8 | $1,885.00 |
| Attendance on conference calls with E. Grim of Gilbert re: motions to seal and approve Hartford settlement (2/22/19) | .3 | $97.50 |
| Review and e-file unredacted settlement agreement under seal (2/22/19) | .3 | $97.50 |
| Review various court orders on motions to shorten time; draft emails to BMC Group re: service of orders and pleadings (2/25/19) | .4 | $130.00 |

2

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Telephone conference with Steve at BMC group re: service of orders to shorten time (2/25/19) | .3 | $97.50 |
| Review and respond to e-mails from Steve at BMC Group re: questions on service instructions (2/25/19) | .2 | $65.00 |
| Review and file Caplin monthly fee application (2/25/19) | .4 | $130.00 |
| Review and file Charter Oak monthly fee application (2/25/19) | .3 | $97.50 |
| Review and file proof of service for Hartford settlement approval/sealing motions (2/25/19) | .2 | $65.00 |
| Review draft brief in support of confirmation of plan (2/24/19) | 2.1 | $682.50 |
| Draft certification of service regarding fee applications (2/26/19) | .2 | $65.00 |
| Review and file affidavit of service (2/27/19) | .1 | $32.50 |
| Review team emails re: confirmation and settlements (2/28/19) | .1 | $32.50 |
| Review and respond to e-mails from Gilbert re: E. Grim *pro hac vice* application (2/28/19) | .2 | <u>$65.00</u> |
| | | $5,915.00 |
| Subtotal – Fees | | $5,915.00 |

| **Description of Disbursement** | | **Charge** |
|---|---|---|
| PACER fees | | $63.50 |
| Alphagraphics copying charges | | <u>$91.64</u> |
| | | $155.14 |
| Subtotal – Disbursements | | $155.14 |

3

**Total Amount Due for this Invoice** $6,070.14

# EXHIBIT B

Case 18-27963-MBK    Doc 580    Filed 03/25/19    Entered 03/25/19 12:30:48    Desc Main
                     Document    Page 13 of 15
Case 18-27963-MBK    Doc 466    Filed 02/22/19    Entered 02/22/19 14:37:54    Desc Main
                     Document    Page 11 of 13
Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
                     Document    Page 1 of 3

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) |
|---|
| **THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC** <br> John Fialcowitz (JF-0752) <br> 89 Headquarters Plaza North, Suite 1216 <br> Morristown, New Jersey 07960 <br> 973.532.7208 <br> john@fialcowitzlaw.com <br> *Proposed Co-Counsel for the Official Committee of Asbestos Claimants* |
| In re: <br><br> Duro Dyne National Corp., *et al.*[1] |

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

DATED: November 8, 2018

 */s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-27963-MBK    Doc 580    Filed 03/25/19    Entered 03/25/19 12:30:48    Desc Main
                Document    Page 14 of 15
Case 18-27963-MBK    Doc 466    Filed 02/22/19    Entered 02/22/19 14:37:54    Desc Main
                Document    Page 12 of 13
Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
                Document    Page 2 of 3

Page: 2
Debtor: Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

Upon consideration of the application (the "Application") of the Official Committee of Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Fialcowitz does not represent any person or entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Committee is authorized to employ and retain Fialcowitz, effective as of the Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3. Fialcowitz shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Case 18-27963-MBK    Doc 580    Filed 03/25/19    Entered 03/25/19 12:30:48    Desc Main
                              Document      Page 15 of 15
Case 18-27963-MBK    Doc 466    Filed 02/22/19    Entered 02/22/19 14:37:54    Desc Main
                              Document      Page 13 of 13
Case 18-27963-MBK    Doc 237    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
                              Document      Page 3 of 3

Page:     3
Debtor:   Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or is otherwise waived.

5.  The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.  This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of the Order.