| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM FEBRUARY 1, 2019, THROUGH FEBRUARY 28, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fourth monthly fee statement[2] for the period commencing February 1, 2019, through February 28, 2019 (the "**Fourth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Second Fee Statement, if any, are due by April 4, 2019.

Dated:  March 25, 2019	By: /s/ *James P. Wehner*
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746**

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**FOURTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM FEBRUARY 1, 2019, THROUGH FEBRUARY 28, 2019**

## SECTION 1
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $612,145.25 | $13,458.43 |
| TOTAL ALLOWED TO DATE | $462,481.75 | $8,822.27 |
| TOTAL RETAINER (IF APPLICABLE)[3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $375,557.85 | $7,543.25 |
| | | |
| FEE TOTALS – PAGE 2 | $165,249.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $2,242.43 | |
| TOTAL FEE APPLICATION | $167,491.93 | |
| MINUS 20% HOLDBACK | $33,049.90 | |
| AMOUNT SOUGHT AT THIS TIME | $134,442.03 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

[3] As disclosed in its Retention Application, Caplin & Drysdale holds a retainer left over from prepetition services in the amount of $12,115.90 (the "Retainer"). While the Retainer has not yet been applied to amounts requested under its fee applications to date, the total amount received reflects that Caplin & Drysdale has been paid less than requested amounts in the amount of the Retainer.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 15.7 | $840 | $13,188.00 |
| Kevin C. Maclay, Member | 1994 | 12.6 | $775 | $9,765.00 |
| Jeffrey A. Liesemer, Member | 1995 | 55.8 | $735 | $41,013.00 |
| James P. Wehner, Member | 1993 | 123.6 | $735 | $90,846.00 |
| Jeanna Rickards Koski, Of Counsel | 2005 | 13.9 | $565 | $7,853.50 |
| Kevin M. Davis, Associate | 2010 | 2.4 | $505 | $1,212.00 |
| Brigette A. Wolverton, Paralegal | N/A | 4.9 | $280 | $1,372.00 |
| TOTAL FEES | | 228.9 | | $165,249.50 |
| ATTORNEY BLENDED RATE | | | $721.93 | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| (.01) Asset Analysis and Recovery | 10.9 | $8,011.50 |
| (.03) Business Operations | 0.0 | $0.00 |
| (.04) Case Administration | 0.0 | $0.00 |
| (.05) Claims Administration and Objections | 0.0 | $0.00 |
| (.07) Fee Applications-Self | 0.5 | $367.50 |
| (.09) Financing | 0.0 | $0.00 |
| (.10) Litigation | 6.7 | $4,597.50 |
| (.11) Plan and Disclosure Statement | 210.1 | $151,891.00 |
| (.12) Relief from Stay Proceedings | 0.0 | $0.00 |
| (.13) Tax Issues | 0.0 | $0.00 |
| (.15) Committee Meetings/Conferences | 0.4 | $298.00 |
| (.16) Travel Time | 0.0 | $0.00 |
| (.17) Docket Review & File Maintenance | 0.0 | $0.00 |
| (.18) Fee Applications-Others | 0.3 | $84.00 |
| (.19) Retention Applications-Others | 0.0 | $0.00 |
| (.20) Retention Applications-Self | 0.0 | $0.00 |
| (.22) Review Fee Application-Other Parties | 0.0 | $0.00 |
| SERVICE TOTALS: | 228.9 | $165,249.50 |

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $337.28 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $1,585.40 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $1.65 |
| **Reproduction Services - In-house** | $31.70 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $256.79 |
| **Other (specify): eDiscovery platform, meals** | $29.61 |
| **DISBURSEMENTS TOTAL:** | **$2,242.43** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)   Caplin & Drysdale analyzed and briefed objections to the Plan, reviewed Plan-related insurance issues with special insurance counsel, and developed strategies for the Plan and related materials;

    b)   Caplin & Drysdale analyzed issues relating to temporary allowance of certain claims for voting purposes;

    c)   Caplin & Drysdale assisted with a mediation related to insurance issues;

    d)   Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

    e)    Caplin & Drysdale prepared and filed its monthly fee application;

    f)    Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

    g)    Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, hearings, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

    h)    Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  March 25, 2019                                         */s/ James P. Wehner*
                                                                                Signature

# EXHIBIT A



**Caplin & Drysdale**
ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000                                                                 Fax: (202) 429-3301

Official Committee of Asbestos Claimants of Duro Dyne National

March 25, 2019
Invoice #:    318341
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through February 28, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .01 | **Asset Analysis & Recovery** | | | | |
| 2/1/2019 | JAL | Review, analysis, and comments on draft insurance agreement. | 0.7 | $735.00 | $514.50 |
| 2/4/2019 | JAL | Revisions and editing to draft insurance agreement. | 3.6 | $735.00 | $2,646.00 |
| 2/5/2019 | JAL | Review and comment on revised drafts of insurance agreement. | 4.0 | $735.00 | $2,940.00 |
| 2/6/2019 | JAL | Confer with JPW re insurer's mediation proposal. | 0.2 | $735.00 | $147.00 |
| 2/7/2019 | JAL | Email correspondence with J. Prol re insurer's mediation request (0.2); teleconference with JPW, Debtors' counsel, FCR's counsel, and insurance counsel re same and next steps (0.7). | 0.9 | $735.00 | $661.50 |
| 2/19/2019 | JAL | Review and comments on draft motion to approve insurance agreement (0.6); email correspondence with J. Prol and E. Grim re comments on draft motion to approve insurance agreement (0.2). | 0.8 | $735.00 | $588.00 |
| 2/22/2019 | JAL | Review and comments draft motion to seal insurance agreement and related documents. | 0.2 | $735.00 | $147.00 |
| 2/27/2019 | JAL | Review and comments on marked up insurance agreement. | 0.5 | $735.00 | $367.50 |
| | | Total | 10.90 | | $8,011.50 |
| .07 | **Fee Applications-Self** | | | | |
| 2/22/2019 | JPW | Review draft fee application (0.3); meet with CG re monthly fee application (0.2). | 0.5 | $735.00 | $367.50 |
| | | Total | 0.50 | | $367.50 |
| .10 | **Litigation** | | | | |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .10 | Litigation | | | | |
| 2/1/2019 | JPW | Emails re insurance issues. | 0.5 | $735.00 | $367.50 |
| 2/8/2019 | JAL | Review and analysis of bench decision re Rule 3018 motion and draft and revise correspondence re same (0.6); confer with JPW re same and upcoming mediation (0.1); review confirmation objections (0.2). | 0.9 | $735.00 | $661.50 |
| 2/8/2019 | JPW | Emails re litigation issues (1.7); meet with KCM re litigation issues (0.3). | 2.0 | $735.00 | $1,470.00 |
| 2/8/2019 | KCM | Meet with JPW re case status, tasks and strategy. | 0.3 | $775.00 | $232.50 |
| 2/8/2019 | KCM | Review/analyze materials re appeals issues. | 1.1 | $775.00 | $852.50 |
| 2/8/2019 | KCM | Meet with KMD re appeal issues. | 0.2 | $775.00 | $155.00 |
| 2/8/2019 | KMD | Discuss UST appeal from FCR appointment w/ KCM. | 0.2 | $505.00 | $101.00 |
| 2/11/2019 | KMD | Review UST appeal filing re FCR appointment (.5); research related issues (1.0). | 1.5 | $505.00 | $757.50 |
| | | Total | 6.70 | | $4,597.50 |
| .11 | Plan & Disclosure Statement | | | | |
| 2/1/2019 | ACM | Review insurance agreement. | 0.3 | $840.00 | $252.00 |
| 2/6/2019 | ACM | Exchange e-mails re insurance agreement. | 0.1 | $840.00 | $84.00 |
| 2/6/2019 | JPW | Emails re insurance issues (0.3); meet with JAL re insurance issues (0.3). | 0.6 | $735.00 | $441.00 |
| 2/7/2019 | ACM | Exchange e-mails re insurance issues. | 0.1 | $840.00 | $84.00 |
| 2/7/2019 | JPW | Teleconference Debtor, FCR, insurance counsel re insurance issues (0.8); memo to Committee; emails re same (0.5); emails re insurance issues (0.5). | 1.8 | $735.00 | $1,323.00 |
| 2/8/2019 | ACM | Exchange e-mails re billing guidelines (.1); exchange e-mails re objections (.1). | 0.2 | $840.00 | $168.00 |
| 2/9/2019 | JAL | Review and analysis of confirmation objections. | 2.7 | $735.00 | $1,984.50 |
| 2/10/2019 | JAL | Further review and analysis of confirmation objections. | 2.4 | $735.00 | $1,764.00 |
| 2/11/2019 | JAL | Analysis of confirmation objections and review of related materials (5.3); conferences with JPW re same (0.9); conference with KMD re same (0.2). | 6.4 | $735.00 | $4,704.00 |
| 2/11/2019 | JPW | Review Plan objections (2.5); meet with KCM re plan objections x2 (0.5); meet with JAL re plan objections (0.5). | 3.5 | $735.00 | $2,572.50 |
| 2/11/2019 | KCM | Meet with JPW re confirmation issues. | 0.3 | $775.00 | $232.50 |
| 2/11/2019 | KCM | Review/analyze briefs and materials re confirmation issues. | 2.7 | $775.00 | $2,092.50 |

March 25, 2019
Invoice #:    318341

Page:    3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | Plan & Disclosure Statement | | | | |
| 2/12/2019 | JAL | Confer with JRK re insurers' objections to confirmation (0.2); review and analysis of confirmation objections and related materials (5.0); telephone calls with JRK re same (0.4). | 5.6 | $735.00 | $4,116.00 |
| 2/12/2019 | JPW | Research and draft insert for confirmation brief. | 2.3 | $735.00 | $1,690.50 |
| 2/12/2019 | KCM | Meet with JRK re confirmation issues. | 0.1 | $775.00 | $77.50 |
| 2/12/2019 | BAW | Research, select, and prepare confirmation materials for attorney review. | 2.1 | $280.00 | $588.00 |
| 2/13/2019 | JAL | Further review and analysis of materials in connection with preparing response to plan objections (6.1); teleconference with JPW, KCM, Debtors' counsel, FCR counsel, and insurance recovery counsel re same (0.6); review and analysis of materials in prep for conference call with Plan Proponents re same (0.4); confer with JPW and KCM re same (0.3). | 7.4 | $735.00 | $5,439.00 |
| 2/13/2019 | JPW | Teleconference Debtor, FCR re confirmation (0.6); meet with JAL and KCM re confirmation (0.3). | 0.9 | $735.00 | $661.50 |
| 2/13/2019 | JPW | Research and draft objection response. | 3.7 | $735.00 | $2,719.50 |
| 2/13/2019 | KCM | Review/analyze confirmation, objections and related materials and plan/prepare next steps. | 1.1 | $775.00 | $852.50 |
| 2/13/2019 | KCM | Teleconference with Debtor, FCR, JPW and JAL re confirmation issues. | 0.6 | $775.00 | $465.00 |
| 2/13/2019 | KCM | Meet with JPW and JAL re confirmation issues. | 0.3 | $775.00 | $232.50 |
| 2/13/2019 | JRK | Research questions for response to insurer objections to confirmation. | 2.7 | $565.00 | $1,525.50 |
| 2/14/2019 | JAL | Email correspondence with JRK re issues relating to confirmation objections (0.5); analysis of confirmation objections in connection with preparing plan proponents' response (7.2). | 7.7 | $735.00 | $5,659.50 |
| 2/14/2019 | JPW | Research and draft confirmation response. | 3.6 | $735.00 | $2,646.00 |
| 2/14/2019 | JRK | Research questions for response to insurer objections to confirmation. | 3.7 | $565.00 | $2,090.50 |
| 2/15/2019 | JAL | Further review and analysis of materials in connection with preparing response to confirmation objections (5.4); review and analysis of correspondence from UST re confirmation objections and follow-up demands, and confer with JPW re same (0.5); review and analysis of memo from JRK re issues relating to confirmation objections (0.2). | 6.1 | $735.00 | $4,483.50 |
| 2/15/2019 | JPW | Research and draft confirmation objection response. | 3.7 | $735.00 | $2,719.50 |
| 2/15/2019 | KCM | Review/analyze UST and proposed materials and briefs re confirmation issues. | 1.2 | $775.00 | $930.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 2/15/2019 | JRK | Research questions for response to insurer objections to confirmation. | 2.9 | $565.00 | $1,638.50 |
| 2/16/2019 | JRK | Research questions for response to insurer objections to confirmation. | 4.6 | $565.00 | $2,599.00 |
| 2/17/2019 | JAL | Correspondence with JRK re issues relating to confirmation objections and research (0.4); draft and revise response brief to confirmation objections (4.0). | 4.4 | $735.00 | $3,234.00 |
| 2/18/2019 | ACM | Review draft response to UST Objection. | 0.3 | $840.00 | $252.00 |
| 2/18/2019 | JAL | Further drafting and revisions to brief in response to confirmation objections (8.2); telephone call with JPW re confirmation objections and upcoming mediation with objecting insurer (0.1); email exchanges with JRK re research re issues relating to confirmation objections (0.2). | 8.5 | $735.00 | $6,247.50 |
| 2/18/2019 | JPW | Emails re plan, insurance issues (0.8); teleconference JAL re insurance issues (0.3). | 1.1 | $735.00 | $808.50 |
| 2/18/2019 | JPW | Research and draft response paper. | 3.9 | $735.00 | $2,866.50 |
| 2/18/2019 | KCM | Review/edit draft brief and related materials re confirmation issues. | 2.1 | $775.00 | $1,627.50 |
| 2/19/2019 | ACM | Exchange e-mails re TDP (.1); review same (.2); review draft response to UST objection (.3). | 0.6 | $840.00 | $504.00 |
| 2/19/2019 | JAL | Further drafting and revisions to response brief re confirmation objections. | 6.3 | $735.00 | $4,630.50 |
| 2/19/2019 | JPW | Teleconference K. Quinn re insurance issues (0.2); emails re plan issues, insurance issue (0.8). | 1.0 | $735.00 | $735.00 |
| 2/19/2019 | JPW | Research confirmation issues, confirmation brief. | 2.5 | $735.00 | $1,837.50 |
| 2/20/2019 | JAL | Further drafting and revisions of response brief re confirmation objections. | 8.2 | $735.00 | $6,027.00 |
| 2/21/2019 | JAL | Review of UST's amended exhibit to confirmation objections (0.2); further drafting and revisions to brief in response to confirmation objections (7.8). | 8.0 | $735.00 | $5,880.00 |
| 2/22/2019 | ACM | Exchange e-mails re briefing issues (.1); conference FCR counsel re same (.4). | 0.5 | $840.00 | $420.00 |
| 2/22/2019 | JAL | Revisions and editing to brief in response to confirmation objections (2.6); telephone call with JPW re confirmation brief and next steps (0.1); office conference with JPW re confirmation brief and next steps (0.2); email correspondence with J Prol and E Grim re prep for confirmation hearing (0.2); review and edits to draft of combined confirmation brief (1.0). | 4.1 | $735.00 | $3,013.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 2/22/2019 | JPW | Teleconference J. Sinclair re confirmation issues (0.4); teleconference J. Prol re confirmation briefs (0.3); draft and research response brief (4.2); meet with KCM re draft brief (0.8); emails re confirmation brief (0.9). | 6.6 | $735.00 | $4,851.00 |
| 2/22/2019 | KCM | Review/edit section of confirmation brief and review/analyze related materials. | 1.7 | $775.00 | $1,317.50 |
| 2/22/2019 | KCM | Meet with JPW re confirmation issues. | 0.8 | $775.00 | $620.00 |
| 2/23/2019 | ACM | Review draft brief (1.7); revise same (.8); exchange e-mails re same (.1); exchange e-mails re Cooperation Agreement (.2). | 2.8 | $840.00 | $2,352.00 |
| 2/23/2019 | KMD | Research issue re response to insurer confirmation objections (0.6); correspond w/ JAL re same (0.1). | 0.7 | $505.00 | $353.50 |
| 2/24/2019 | ACM | Exchange e-mails re draft brief and Cooperation Agreement. | 0.2 | $840.00 | $168.00 |
| 2/24/2019 | JAL | Telephone call with JPW re comments on draft confirmation brief and next steps (0.2); review of comments and edits on confirmation brief (2.1); further drafting and revisions to confirmation brief (2.9). | 5.2 | $735.00 | $3,822.00 |
| 2/24/2019 | JPW | Revise confirmation brief (5.1); research for confirmation brief (2.6); emails re confirmation brief (0.7); teleconference JAL re confirmation brief (0.3). | 8.7 | $735.00 | $6,394.50 |
| 2/25/2019 | ACM | Review brief (1.1); teleconference JPW, JAL re same (.1); teleconference KCM re same (.1); exchange e-mails re same (.3); review and revise Cooperation Agreement (.5); exchange e-mails re same (.1). | 2.2 | $840.00 | $1,848.00 |
| 2/25/2019 | JAL | Revisions and editing to confirmation brief (10.6); telephone call with J Prol re draft confirmation brief (0.1); telephone call with ACM and JPW re confirmation brief and next steps (0.1); review of draft Podgainy certification (0.3). | 11.1 | $735.00 | $8,158.50 |
| 2/25/2019 | JPW | Review and revise brief insert (2.7); emails re confirmation brief (0.8); teleconference ACM, JAL re trust issues (0.2). | 3.7 | $735.00 | $2,719.50 |
| 2/26/2019 | ACM | Revise Cooperation Agreement (.3); exchange e-mails re same (.1); exchange e-mails re brief (.1); review same (.5); exchange e-mails re TDP (.4); exchange e-mails re insurance agreement (.2). | 1.6 | $840.00 | $1,344.00 |

March 25, 2019
Invoice #: 318341

Page: 6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 2/26/2019 | JAL | Revisions and editing to confirmation brief (4.8); correspondence with ACM and plan parties and confer with Guerrero re changes to confirmation brief (0.3); review of correspondence from ACM and E. Harron re TDP matters (0.2); review and comment on draft declaration of FCR in support of confirmation (1.0); draft and revise memo to plan group re confirmation brief (0.3); analysis in prep for confirmation hearing (1.7). | 8.3 | $735.00 | $6,100.50 |
| 2/26/2019 | JPW | Emails re confirmation briefing. | 0.5 | $735.00 | $367.50 |
| 2/27/2019 | ACM | Conference JPW, JAL re confirmation objection and related issues (.5); teleconference JPW, JAL, Debtor counsel, FCR counsel and insurance counsel re same (.9); exchange e-mails re insurance agreement (.2); exchange e-mails re insurance agreement (.2); review TDP and circulate description of proposed changes (.8). | 2.6 | $840.00 | $2,184.00 |
| 2/27/2019 | JAL | Review and analysis of materials in prep for confirmation hearing (2.1); office conference with ACM and JPW re upcoming confirmation hearing and preparation (0.6); teleconference with ACM, JPW, and counsel for other plan parties re prep for confirmation hearing and related issues (0.9); second office conference with ACM and JPW re prep for confirmation hearing and related issues (0.1); draft and revise memo to plan group re confirmation hearing and related issues (0.8). | 4.5 | $735.00 | $3,307.50 |
| 2/27/2019 | JPW | Meet with JAL re confirmation issues (0.3); emails re confirmation issues (0.5);meet with ACM and JAL re confirmation issues (0.8); teleconference FCR, Debtors re confirmation issues (0.9). | 2.5 | $735.00 | $1,837.50 |
| 2/27/2019 | BAW | Research and prepare cases and materials re upcoming hearing re second amended PoR. | 2.3 | $280.00 | $644.00 |
| 2/28/2019 | ACM | Teleconference S. Kohut re Trust issue (.1); teleconference KCM re Plan amendments (.1); exchange e-mails re TDP issues (.3); revise insurance agreement (.5); revise Release (.8); revise TDP and Trust Agreement (1.8); review Plan (.6). | 4.2 | $840.00 | $3,528.00 |
| 2/28/2019 | JAL | Correspondence with J. Prol, K. Quinn, and J. Fialcowitz re insurance-related plan issues (0.4); draft and revise correspondence re confirmation hearing prep (0.2); draft and revise amendments to Plan and TDP (2.3); review and analysis of motion to extend exclusivity periods (0.3); drafting and revisions to proposed confirmation order (1.0); review and analysis of revised trust agreement and TDP (0.4). | 4.6 | $735.00 | $3,381.00 |
| 2/28/2019 | JPW | Emails re confirmation issues. | 1.1 | $735.00 | $808.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/28/2019 | JPW | Review plan documents. | 0.9 | $735.00 | $661.50 |
| 2/28/2019 | JPW | Meet with JAL re confirmation hearing. | 0.2 | $735.00 | $147.00 |
| 2/28/2019 | BAW | Conduct factual research re PoR and prepare materials for attorney review. | 0.2 | $280.00 | $56.00 |
| | | Total | 210.10 | | $151,891.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 2/7/2019 | JAL | Review and comment on JPW's draft memo to Committee. | 0.1 | $735.00 | $73.50 |
| 2/18/2019 | JAL | Review and comment on JPW's draft memo to Committee. | 0.1 | $735.00 | $73.50 |
| 2/18/2019 | KCM | Review Committee memo. | 0.1 | $775.00 | $77.50 |
| 2/19/2019 | JAL | Review of K. Quinn's report to the Committee. | 0.1 | $735.00 | $73.50 |
| | | Total | 0.40 | | $298.00 |
| **.18** | **Fee Applications-Others** | | | | |
| 2/25/2019 | BAW | Review COFC monthly fee application and update fee reconciliation chart. | 0.3 | $280.00 | $84.00 |
| | | Total | 0.30 | | $84.00 |
| | | Total Professional Services | 228.9 | | $165,249.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 123.6 | $735.00 | $90,846.00 |
| KCM | Kevin C. Maclay | Member | 12.6 | $775.00 | $9,765.00 |
| ACM | Ann C. McMillan | Member | 15.7 | $840.00 | $13,188.00 |
| JPW | James P. Wehner | Member | 55.8 | $735.00 | $41,013.00 |
| JRK | Jeanna Rickards Koski | Of Counsel | 13.9 | $565.00 | $7,853.50 |
| KMD | Kevin M. Davis | Associate | 2.4 | $505.00 | $1,212.00 |
| BAW | Brigette A. Wolverton | Paralegal | 4.9 | $280.00 | $1,372.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/08/2019 | Epiq eDiscovery Solutions - Services for Dec. 2018 [.01] | $2.28 |
| 02/13/2019 | Photocopies [.11] | $5.70 |
| 02/14/2019 | Trvl Exp - Ground Transportation r/t to Union Station for 2/1/19 hrg (JPW). [.01] | $34.18 |

March 25, 2019
Invoice #:  318341

Page:  8

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/19/2019 | Court Reporting/Transcript Service - Expedited transcript re Scarcella depo. [.01] | $1,585.40 |
| 02/25/2019 | Photocopies (Color) [.11] | $26.00 |
| 02/26/2019 | Local Transportation - DC - 1/3/19 OT from office to home (CG). [.11] | $86.76 |
| 02/26/2019 | OT Meals- Working dinner for CG. [.11] | $15.98 |
| 02/26/2019 | OT Meals- Working dinner for CG. [.10] | $9.07 |
| 02/28/2019 | Epiq eDiscovery Solutions - Services for Jan. 2019 [.01] | $2.28 |
| 02/28/2019 | Database Research - Westlaw JPW - Feb 12-18, 2019 [.01] | $91.48 |
| 02/28/2019 | Database Research - Westlaw CMG - Feb 26, 2019 [.01] | $33.72 |
| 02/28/2019 | Database Research - Westlaw JAL - Feb 11-25, 2019 [.01] | $210.08 |
| 02/28/2019 | Database Research - Lexis BAW- Feb 27, 2019 [.01] | $2.00 |
| 02/28/2019 | Postage [.01] | $1.65 |
| 02/28/2019 | Trvl Exp - Ground Transportation 02/26 - 02/28/19 DC to Davidsonville, MD. [.16] | $135.85 |
| | Total Disbursements | $2,242.43 |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
|---|
| John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com  *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

DATED: November 9, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtor:      Duro Dyne National Corp., *et al*.
Case No.:    18-27963 (MBK)
Caption:     Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1.  The Application is granted and approved;

2.  The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3.  Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Case 18-27963-MBK    Doc 388    Filed 03/09/19    Entered 03/09/19 15:00:45    Desc Main
Document    Page 19 of 39

Page:       3
Debtor:     Duro Dyne National Corp., *et al*.
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
            Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.