Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Duro Dyne National Corp.
100 Horizon Center Boulevard
Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
11–2504664

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      5/2/19
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
John A. Fialcowitz, Creditor Comm. Atty

COMMISSION OR FEES
fee: $5,915.00,

EXPENSES
$155.14

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 26, 2019
JAN: kmf

Jeanne Naughton
Clerk