| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone:  (973) 813-7227<br>john@fialcowitzlaw.com<br>*Co-counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR THE PERIOD FROM FEBRUARY 1, 2019, THROUGH FEBRUARY 28, 2019**

Charter Oak Financial Consultants, LLC, ("**Charter Oak**" or the "**Applicant**"), financial advisor for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fourth monthly fee statement[2] for the period commencing February 1, 2019, through February 28, 2019 (the "**Fourth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 338).

Pursuant to the Interim Compensation Order, responses to the Fourth Fee Statement, if any, are due by April 5, 2019.

Dated:  March 26, 2019             By:   /s/ James P. Sinclair
                                         James P. Sinclair
                                         Senior Managing Director
                                         Charter Oak Financial Consultants, LLC
                                         430 Center Ave.
                                         Mamaroneck, NY 10543
                                         Telephone:  (914) 372-1874
                                         Facsimile: (914) 930-6867
                                         jsinclair@charteroakfc.com


                                         *Financial Advisor for the Official Committee of Asbestos Claimants*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., et al. [1] | Applicant: | Charter Oak Financial Consultants, LLC |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT C

**FOURTH MONTHLY FEE STATEMENT[2] OF CHARTER OAK
FINANCIAL CONSULTANTS, LLC, FOR THE PERIOD FROM
FEBRUARY 1, 2019, THROUGH FEBRUARY 28, 2019**

### SECTION 1
### FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $90,225.50 | $168.49 |
| TOTAL ALLOWED TO DATE | $90,225.50 | $168.49 |
| TOTAL RETAINER (IF APPLICABLE)[3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $8,372.80 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $58,609.50 | $154.79 |
| | | |
| FEE TOTALS – PAGE 2 | $12,096.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $11.00 | |
| TOTAL FEE APPLICATION | $12,107.00 | |
| MINUS 20% HOLDBACK | $2,419.20 | |
| AMOUNT SOUGHT AT THIS TIME | $9,687.80 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 338).

[3] As disclosed in its Retention Application, Charter Oak held a retainer left over from prepetition services in the amount of $38,291.00 (the "Retainer"). The Retainer has been applied to fees and expense requested and approved to date, and the Total Received By Applicant amount reflects the drawing down of the entire retainer amount of $38,291.00 plus a payment received from the Debtors in the amount of $8,751.39.

| NAME OF PROFESSIONAL & TITLE | YEARS EXPERIENCE | HOURS | RATE | FEE |
|---|---|---|---|---|
| James P. Sinclair, Senior Managing Director | 45+ | 8.30 | $870 | $7,221.00 |
| Gibbons H. Sinclair, Director | 10+ | 7.50 | $650 | $4,875.00 |
| TOTAL FEES | | 15.8 | | $12,096.00 |
| PROFESSIONAL BLENDED RATE | | | $760 | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| (h) Fee Applications | .90 | $585.00 |
| (o) Accounting/Auditing | 2.2 | $1,672.00 |
| (m) Plan and Disclosure Statement | 12.7 | $9,839.00 |
| SERVICE TOTALS: | 15.8p | $12,096.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Research | $11.00 |
| DISBURSEMENTS TOTAL: | $11.00 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

2

    a)    Charter Oak analyzed company-provided financials and projections and drafted related memoranda and exhibits for purposes of advising counsel on settlement matters;

    b)    Charter Oak reviewed and analyzed monthly and year-end financial statements of the Debtor and affiliate entities for due diligence, and;

    c)    Charter Oak reviewed documents related to Confirmation Hearing for due diligence and for purposes of advising counsel;

    d)    Charter Oak drafted a monthly fee application.

.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  March 26, 2019                             /s/ James P. Sinclair
                                                                 Signature

# Exhibit A

Charter Oak Financial Consultants, LLC - Duro Dyne  Exhibit A
Services Rendered during the Period February 1, 2019 through February 28, 2019

| Date | Staff | Description | Hours | 2018 Rate | Amount |
|---|---|---|---|---|---|
| **Fee Applications** | | | | | |
| 22-Feb-19 | GS | Draft Monthly Fee Statement (partial). | 0.90 | $650.00 | $ 585.00 |
| | | Total Fee Applications | 0.90 | | $ 585.00 |
| **Accounting/Auditing** | | | | | |
| 1-Feb-19 | GS | Review preliminary financials of Duro Dyne. | 1.10 | $650.00 | $ 715.00 |
| 1-Feb-19 | JS | Write memorandum to several parties regarding monthly and year ending operating results with exhibits. | 1.10 | $870.00 | $ 957.00 |
| | | Total Accounting/Auditing | 2.20 | | $ 1,672.00 |
| **Plan and Disclosure Statement** | | | | | |
| 4-Feb-19 | JS | Call with Mark Podgainy regarding 2019 projections. | 0.10 | $870.00 | $ 87.00 |
| 22-Feb-19 | JS | Conference call with J. Wehner and G.Sinclair regarding confirmation documents and next steps. | 0.30 | $870.00 | $ 261.00 |
| 22-Feb-19 | GS | Call with J. Sinclair and J. Wehner regarding confirmation hearing. | 0.30 | $650.00 | $ 195.00 |
| 25-Feb-19 | GS | Review UST Objection. | 0.30 | $650.00 | $ 195.00 |
| 25-Feb-19 | GS | Review draft of Podgainy Declaration. | 0.80 | $650.00 | $ 520.00 |
| 27-Feb-19 | GS | Review Podgainy Declaration and exhibits for discussion with J. Sinclair. | 2.00 | $650.00 | $ 1,300.00 |
| 27-Feb-19 | GS | Review Amended Plan Supplement and related documents. | 1.40 | $650.00 | $ 910.00 |
| 28-Feb-19 | JS | Review for comment Certification of Mark Podgainy in support of Plan confirmation. | 2.70 | $870.00 | $ 2,349.00 |
| 28-Feb-19 | JS | Review for comment financial exhibits/schedules relating to Podgainy Certification. | 2.60 | $870.00 | $ 2,262.00 |
| 28-Feb-19 | JS | Review, analyze relevant documents for Confirmation Hearing in reference to the Objections of the US Trustee. | 1.50 | $870.00 | $ 1,305.00 |
| 28-Feb-19 | GS | Commence financial analysis of Podgainy Declaration. | 0.70 | $650.00 | $ 455.00 |
| | | Total Plan and Disclosure Statement | 12.70 | | $ 9,839.00 |
| | | **Total Professional Hours and Fees** | **15.80** | | **$ 12,096.00** |

# **Exhibit B**

Charter Oak Financial Consultants, LLC - Duro Dyne                                                                                                    Exhibit B
Out-Of-Pocket Expenses Incurred During the Period February 1, 2019 through February 28, 2019

| Date | Staff | Description | Amount |
|---|---|---|---|
| 28-Feb-19 | GS | Online Research - Pacer | $ 11.00 |
| | | Total Expenses During the Period February 1, 2019 through February 28, 2019 | $ 11.00 |

# **<u>Exhibit C</u>**

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1 |
| John A. Fialcowitz, Esq. |
| THE LAW OFFICE OF JOHN A. FIALCOWITZ |
| 89 Headquarters Plaza North, Ste. 1216 |
| Morristown, New Jersey 07960 |
| 973.532.7208 |
| John@fialcowitzlaw.com |
| Proposed Local Counsel for the Official Committee of Asbestos Claimants |

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re: | : | Chapter 11 |
| --- | --- | --- |
| DURO DYNE NATIONAL CORP., et al., | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC AS THE COMMITTEE'S FINANCIAL ADVISOR, EFFECTIVE *NUNC PRO TUNC* AS OF OCTOBER 5, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

DATED: November 26, 2018

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective* Nunc Pro Tunc *as of October 5, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on November 6, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) Charter Oak Financial Consultants, LLC ("**Charter Oak**") does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Charter Oak; (ii) Charter Oak is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Charter Oak as its financial advisor should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Charter Oak as its financial advisor on the terms set forth in the Application, pursuant to §§ 105(a), 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of October 5, 2018;

3. Charter Oak shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page: 3
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.