**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>LOWENSTEIN SANDLER LLP<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*, | Case No. 18-27963-MBK |
| Debtors.[1] | Jointly Administered |

**DEBTORS' SUPPLEMENTAL CERTIFICATION IN SUPPORT OF**
**MOTIONS TO APPROVE SETTLEMENT AGREEMENTS AND**
**AUTHORIZE THE SALE OF POLICIES FREE AND CLEAR OF**
**LIENS, CLAIMS, INTERESTS, AND OTHER ENCUMBRANCES**

Pursuant to the Court's request, the Duro Dyne National Corp., Duro Dyne Corporation, Duro Dyne West Corp., Duro Dyne Midwest Corp., and Duro Dyne Machinery Corp., the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submit the following supplemental certification in support of the Plan Proponents' motions to approve settlement agreements (the "Agreements") with Hartford Accident & Indemnity Company ("Hartford A&I"),

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

Federal Insurance Company ("Federal"), MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corp. ("MidStates"), Munich Reinsurance America, Inc., f/k/a American Re-Insurance Company ("MRAm") (collectively, the "Approval Motions").[2] *See* ECF Nos. 468-1, 500-1, 518-1, 522-1.

The Debtors' understanding of the remaining limits of the policies to be sold under each of the Agreements is as follows:

## I. HARTFORD

### A. The Policies

| Policies | | | |
|---|---|---|---|
| **Policy No.** | **Policy Period** | **Limits** | **Remaining Limits** |
| 12 RHU VJ9777 | 6/23/86–6/23/87 | $4,000,000 | $3,644,754 |
| 12 RHU VJ9777 | 6/23/87–6/23/88 | $4,000,000 | $3,644,754 |
| 12 RHU VG9777 | 6/23/88–6/23/89 | $5,000,000 | $4,644,754 |
| **TOTAL:** | | **$13,000,000** | **$11,934,262** |

The remaining Policies subject to the Hartford A&I Agreement are exhausted primary policies.

### B. The Released Overseas Policy Interests

The Parties to the Hartford A&I Agreement executed mutual releases with respect to any Claims based on, arising from, or attributable to certain Overseas Policies that arise from (a) exposure or alleged exposure to asbestos (including any Asbestos Claims); and (b) any Claim discharged under any Plan (the "Released Overseas Policy Interests," as defined in the Hartford A&I Agreement). The Parties' understanding, based on information obtained to date, is that the

---

[2] Except as otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in their respective Agreements.

Overseas Policies apply only to foreign risks (not including Canada), and thus provide no coverage for any Released Overseas Policy Interests.

## II.    FEDERAL

| Policy No. | Policy Period | Limits | Remaining Limits |
|---|---|---|---|
| FXL 7702037 | 5/15/72–8/1/75 | $3,000,000 | $3,560,024.17[3] |
| FXL 79237702 | 8/1/75–3/8/78 | $3,000,000 | |
| **TOTAL:** | | **$6,000,000** | **$3,560,024.17** |

The remaining Policies subject to the Federal Agreement are exhausted primary policies.

## III.    MIDSTATES

| Policy No. | Policy Period | Limits | Remaining Limits |
|---|---|---|---|
| UMB 1080 | 5/23/80–5/11/81 | $3,000,000 | $2,878,760.15 |
| UMB 1193 | 5/11/81–5/11/82 | $5,000,000 | $4,878,760.16 |
| UMB 1373 | 5/11/82–5/11/83 | $5,000,000 | $4,878,760.16 |
| **TOTAL:** | | **$13,000,000** | **$12,636,280.47** |

MidStates's status as a runoff insurer that is not generating new business was also relevant to the Debtors' settlement analysis.

## IV.    MRAm

| Policy No. | Policy Period | Limits | Remaining Limits |
|---|---|---|---|
| M1666475 | 9/9/77–9/9/78 | $1,000,000 | $1,000,000 |
| EUR400592 | 9/9/78–9/9/79 | $1,000,000 | $1,000,000 |
| EUL5070240 | 9/9/79–9/9/80 | $1,000,000 | $1,000,000 |
| **TOTAL:** | **Debtors' Position:** | **$3,000,000** | **$3,000,000** |
| | **MRAm Position:** | **$1,000,000** | **$1,000,000** |

---

[3] The Debtors do not know the specific breakdown of remaining limits between the two unexhausted Federal Policies.

MRAm has contended that its three policies combined offer only $1,000,000 in total available limits based on the policies' non-cumulation and prior insurance clauses.

## V. ADDITIONAL SETTLEMENT CONSIDERATIONS

In addition to the face value of the limits of each policy released under the Agreements, the Debtors' settlement analysis was driven by: (i) when, if ever, those limits would be accessed or eroded by covered claims (an issue hotly disputed by the Debtors and the insurers in the Coverage Action); (ii) the time value of money; and (iii) the risks, expense, and delays of continued litigation with each of the insurers.

Dated: March 28, 2019

By: */s/ Jeffrey D. Prol*

LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*