**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, February 1, 2019 through February 28, 2019 (the "February Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Fourth Fee Statement, if any, are due by April 12, 2019.

Dated: April 2, 2019

                        Respectfully submitted,

                        **GETZLER HENRICH &ASSOCIATES LLC**

                        /s/  *Mark D. Podgainy*
                        Mark D. Podgainy
                        295 Madison Avenue
                        New York, NY  10017
                        *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$231,672.25** | **$3,877.62** |
| TOTAL FEES ALLOWED TO DATE: | **$168,176.05** | **$2,636.82** |
| TOTAL RETAINER (IF APPLICABLE) | **$       -0-** | **$       -0-** |
| TOTAL HOLDBACK (IF APPLICABLE) | **$ 11,558.20** | **$       -0-** |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | **$168,176.05** | **$2,636.82** |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $64,857.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | +**$1,105.60** |
| TOTAL FEE APPLICATION | $65,963.10 |
| MINUS 20% HOLDBACK | -**$12,971.50** |
| AMOUNT SOUGHT AT THIS TIME | **$52,991.60** |

31035/2
04/02/2019 52556682.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Gupta, Charvi | Associate since 2018 (1 year) | $350.00 | 2.9 | $1,015.00 |
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $350.00 | 161.2 | $56,420.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $175.00 | 3.0 | $525.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 15.5 | $6,897.50 |
| | | **Grand Total:** | **182.6** | **$64,857.50** |
| | | **Blended Rate:** | **$355.19** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Bankruptcy Consulting | 0.0 | $0.00 |
| Claims Analysis & Negotiation | 33.6 | 11,807.50 |
| Committee Conference Call / Meeting | .2 | 89.00 |
| Confirmation Issues | 14.3 | 5,280.50 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 38.1 | 13,563.00 |
| Disclosure Statement Issues | 21.2 | 8,037.50 |
| Fee/Employment Application | 2.5 | 1,112.50 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 68.5 | 24,022.50 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 1.2 | 420.00 |
| Travel | 3.0 | 525.00 |
| **SERVICE TOTALS** | **182.6** | **$64,857.50** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Telecommunications | $28.00 |
| Transportation | $1,077.60 |
| **TOTAL DISBURSEMENTS** | **$1,105.60** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

- a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for January 2018;
- b) Getzler assisted the Debtors in updating and monitoring the DIP budget, monitoring certain payments to ensure compliance with the cash collateral order, and assisting the proposed exit financing lender with its due diligence;
- c) Getzler assisted the Debtors in addressing information needs and issues related to confirming the Debtors' proposed Second Amended Plan of Reorganization;
- d) Getzler assisted the Debtors in updating long term projections and the liquidation analysis related to the Second Amended Disclosure Statement;
- e) Getzler assisted the Debtors in addressing supplier issues;
- f) Getzler responded to information requests made by the Asbestos Claimants Committee
- g) Getzler assisted the Debtors in analyzing claims filed with the Court and in negotiation discussions;
- h) Getzler assisted the Debtors in addressing issues related to confirmation, including responding to discovery requests determining post-confirmation structure;

3

      i)       Getzler consulted with and assisted the Debtors and their counsel regarding motions to be filed with the Court; and

      j)       Getzler provided such other services consistent with its engagement letter.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES:     (unknown at this time)
    (B)   SECURED CREDITORS:     (unknown at this time)
    (C)   PRIORITY CREDITORS:     (unknown at this time)
    (D)   GENERAL UNSECURED CREDITORS:     (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2019

                                                  /s/ *Mark D. Podgainy*
                                                  Mark D. Podgainy

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

51035/2
09/26/2018 51210348.1

Page: 2
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:     3
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page: 4
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 596    Filed 04/02/19    Entered 04/02/19 09:51:02    Desc Main
Document    Page 10 of 58

Page:     5
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 18–27963–MBK
                      Chapter: 11
                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duro Dyne National Corp.
  100 Horizon Center Boulevard
  Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
  11–2504664

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                             Jeanne Naughton
                                                                              Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

FEBRUAR 1 - FEBRUARY 28, 2019

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Claims Analysis & Negotiation | 02/05/19 | 0.4 | $350.00 | $ 140.00 | Meeting with management re SMART proof of claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/06/19 | 1.7 | $350.00 | $ 595.00 | Preparing for and participating in call re: SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/06/19 | 1.0 | $350.00 | $ 350.00 | Additional research into SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/09/19 | 0.8 | $350.00 | $ 280.00 | Additional research into SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/11/19 | 0.7 | $350.00 | $ 245.00 | Reviewing tax and PBGC claims |
| O'Callaghan | Claims Analysis & Negotiation | 02/11/19 | 1.0 | $350.00 | $ 350.00 | Reviewing SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/12/19 | 2.4 | $350.00 | $ 840.00 | Analyzing SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/12/19 | 0.6 | $350.00 | $ 210.00 | Researching lease rejection information |
| O'Callaghan | Claims Analysis & Negotiation | 02/12/19 | 0.8 | $350.00 | $ 280.00 | Meeting to discuss SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/12/19 | 3.2 | $350.00 | $ 1,120.00 | Performing lease analysis |
| O'Callaghan | Claims Analysis & Negotiation | 02/12/19 | 1.1 | $350.00 | $ 385.00 | Additional analysis of SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/13/19 | 2.6 | $350.00 | $ 910.00 | Finalizing lease analysis for board call |
| O'Callaghan | Claims Analysis & Negotiation | 02/13/19 | 1.6 | $350.00 | $ 560.00 | Call with attorneys re: SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/13/19 | 2.4 | $350.00 | $ 840.00 | Gathering additional information re: SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/13/19 | 0.4 | $350.00 | $ 140.00 | Meeting with management re lease analysis |
| O'Callaghan | Claims Analysis & Negotiation | 02/14/19 | 3.7 | $350.00 | $ 1,295.00 | Additional analysis of SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/14/19 | 1.4 | $350.00 | $ 490.00 | Meeting with management re: SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/14/19 | 1.0 | $350.00 | $ 350.00 | Preparing internal report re: SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/15/19 | 0.2 | $350.00 | $ 70.00 | Call with M Podgainy re: SMART Claim |
| Podgainy | Claims Analysis & Negotiation | 02/15/19 | 0.2 | $445.00 | $ 89.00 | Call w/ C O'Callaghan re: union claim |
| Podgainy | Claims Analysis & Negotiation | 02/19/19 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ J Prol and management re: union claim status and issues |
| O'Callaghan | Claims Analysis & Negotiation | 02/20/19 | 2.2 | $350.00 | $ 770.00 | Additional analysis on SMART claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/21/19 | 1.3 | $350.00 | $ 455.00 | Updating analysis re SMART Claim |
| O'Callaghan | Claims Analysis & Negotiation | 02/21/19 | 0.4 | $350.00 | $ 140.00 | Reviewing SMART analysis with management |
| O'Callaghan | Claims Analysis & Negotiation | 02/22/19 | 1.2 | $350.00 | $ 420.00 | Reviewing status of tax claims |
| O'Callaghan | Claims Analysis & Negotiation | 02/25/19 | 1.0 | $350.00 | $ 350.00 | Meeting with IP attorney re: SMART claim |
| Podgainy | Claims Analysis & Negotiation | 02/26/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ J Prol and P Rossetto re: SMART claim |
| | **Claims Analysis & Negotiation Total** | | **33.6** | | **$ 11,807.50** | |
| Podgainy | Committee Conf Call/Meeting | 02/04/19 | 0.2 | $445.00 | $ 89.00 | Call w/ J Sinclair re: discussion of 2018 results and 2019 projections |
| | **Committee Conf Call/Meeting Total** | | **0.2** | | **$ 89.00** | |
| Podgainy | Confirmation Issues | 02/17/19 | 0.2 | $445.00 | $ 89.00 | Correspondence w/ T Freedman re: information to respond to US Trustee's POR objection |
| O'Callaghan | Confirmation Issues | 02/18/19 | 0.8 | $350.00 | $ 280.00 | Gathering and providing information to counsel to respond to UST objection, and related correspondence w/ M Podgainy |
| Podgainy | Confirmation Issues | 02/18/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: information on exit financing to answer UST confirmation objection |
| Podgainy | Confirmation Issues | 02/18/19 | 0.1 | $445.00 | $ 44.50 | Discussion w/ J Prol re: confirmation issues |
| Podgainy | Confirmation Issues | 02/19/19 | 0.3 | $445.00 | $ 133.50 | Initial review of Podgainy affidavit and related correspondence w/ J Prol |
| Podgainy | Confirmation Issues | 02/20/19 | 0.6 | $445.00 | $ 267.00 | Review of draft affidavit for confirmation and make edits |
| Podgainy | Confirmation Issues | 02/20/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ J Prol re: update on mediation |
| Podgainy | Confirmation Issues | 02/20/19 | 0.1 | $445.00 | $ 44.50 | Tele conv w/ T Freedman re: information needed for confirmation-related pleadings |
| O'Callaghan | Confirmation Issues | 02/25/19 | 1.8 | $350.00 | $ 630.00 | Reviewing and commenting on Podgainy certification |
| O'Callaghan | Confirmation Issues | 02/25/19 | 0.8 | $350.00 | $ 280.00 | Calculating allocation of Hinden family contribution |
| O'Callaghan | Confirmation Issues | 02/25/19 | 0.7 | $350.00 | $ 245.00 | Updating shareholder contribution analysis |

**Getzler Henrich & Associates LLC**

FEBRUAR 1 - FEBRUARY 28, 2019

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Confirmation Issues | 02/26/19 | 0.4 | $350.00 | $ 140.00 | Arranging shareholder trust contributions |
| O'Callaghan | Confirmation Issues | 02/26/19 | 1.1 | $350.00 | $ 385.00 | Calls with board members re: shareholder contributions |
| Podgainy | Confirmation Issues | 02/26/19 | 0.7 | $445.00 | $ 311.50 | Review of drafts of declaration in support of confirmation, and related correspondence w/ counsel |
| Podgainy | Confirmation Issues | 02/26/19 | 0.6 | $445.00 | $ 267.00 | Correspondence w/ J Prol and W Hinden re: allocation of equity contribution and logistics for payment |
| O'Callaghan | Confirmation Issues | 02/27/19 | 0.5 | $350.00 | $ 175.00 | Follow up discussion with asst controller re: shareholder contributions |
| O'Callaghan | Confirmation Issues | 02/27/19 | 5.0 | $350.00 | $ 1,750.00 | Discussions re: funds for settlement contribution from estate trust |
| Podgainy | Confirmation Issues | 02/27/19 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ J Prol re: certification of Larry Fitzpatrick |
| O'Callaghan | Confirmation Issues | 02/28/19 | 0.3 | $350.00 | $ 105.00 | Additional follow up re: shareholder contributions |
| | **Confirmation Issues Total** | | **14.3** | | **$ 5,280.50** | |
| O'Callaghan | DIP Financing | 02/04/19 | 1.7 | $350.00 | $ 595.00 | Updating weekly cash flow forecast |
| O'Callaghan | DIP Financing | 02/05/19 | 1.0 | $350.00 | $ 350.00 | Meeting with controller re: weekly cash flow |
| O'Callaghan | DIP Financing | 02/06/19 | 2.3 | $350.00 | $ 805.00 | Updating cash flow projection |
| Podgainy | DIP Financing | 02/07/19 | 0.4 | $445.00 | $ 178.00 | Review of AvB from the last two weeks and latest 13-week DIP forecast .3; related correspondence w/ C O'Callaghan .1 |
| O'Callaghan | DIP Financing | 02/11/19 | 1.2 | $350.00 | $ 420.00 | Updating weekly cash flow information |
| O'Callaghan | DIP Financing | 02/15/19 | 0.6 | $350.00 | $ 210.00 | Updating weekly cash flow information |
| O'Callaghan | DIP Financing | 02/19/19 | 2.7 | $350.00 | $ 945.00 | Compiling information for bank collateral audit |
| O'Callaghan | DIP Financing | 02/20/19 | 0.7 | $350.00 | $ 245.00 | Reviewing diligence request with controller and asst. controller |
| O'Callaghan | DIP Financing | 02/20/19 | 0.5 | $350.00 | $ 175.00 | Conference call with collateral auditor |
| O'Callaghan | DIP Financing | 02/21/19 | 1.6 | $350.00 | $ 560.00 | Updating 13 week cash flow |
| Podgainy | DIP Financing | 02/21/19 | 0.2 | $445.00 | $ 89.00 | Review of latest CF projection and AvB comparison |
| O'Callaghan | DIP Financing | 02/22/19 | 2.5 | $350.00 | $ 875.00 | Gathering information for outside auditors |
| O'Callaghan | DIP Financing | 02/25/19 | 1.3 | $350.00 | $ 455.00 | Gathering information for collateral audit |
| O'Callaghan | DIP Financing | 02/25/19 | 0.4 | $350.00 | $ 140.00 | Meeting with collateral auditors |
| O'Callaghan | DIP Financing | 02/25/19 | 2.6 | $350.00 | $ 910.00 | Updating inventory schedules for collateral auditors |
| O'Callaghan | DIP Financing | 02/26/19 | 1.3 | $350.00 | $ 455.00 | Conference call to discuss post-bankruptcy inventory reporting |
| O'Callaghan | DIP Financing | 02/26/19 | 1.6 | $350.00 | $ 560.00 | Meeting with management and lender |
| O'Callaghan | DIP Financing | 02/26/19 | 1.0 | $350.00 | $ 350.00 | Updating and sharing inventory rollforward calculations with collateral auditors |
| O'Callaghan | DIP Financing | 02/26/19 | 2.2 | $350.00 | $ 770.00 | Assembling and providing additional diligence info to collateral auditors |
| O'Callaghan | DIP Financing | 02/26/19 | 0.7 | $350.00 | $ 245.00 | Reviewing cost and expense data provided to auditors |
| Podgainy | DIP Financing | 02/26/19 | 1.8 | $445.00 | $ 801.00 | Review and revise 13-week cash flow projection and put into bankruptcy format |
| O'Callaghan | DIP Financing | 02/27/19 | 1.0 | $350.00 | $ 350.00 | Reviewing inventory test count selections from collateral auditors |
| O'Callaghan | DIP Financing | 02/27/19 | 0.8 | $350.00 | $ 280.00 | Preparing AR confirm letters for outside auditors |
| O'Callaghan | DIP Financing | 02/27/19 | 1.2 | $350.00 | $ 420.00 | Assembling additional information for collateral auditors |
| O'Callaghan | DIP Financing | 02/27/19 | 0.4 | $350.00 | $ 140.00 | Meeting with outside auditor re: inventory discrepancy |
| O'Callaghan | DIP Financing | 02/28/19 | 0.5 | $350.00 | $ 175.00 | Meeting with controller and asst controller re: status of diligence requests |
| O'Callaghan | DIP Financing | 02/28/19 | 1.3 | $350.00 | $ 455.00 | Reviewing AR rollforward info for auditors |
| O'Callaghan | DIP Financing | 02/28/19 | 0.5 | $350.00 | $ 175.00 | Assembling and providing financial statements to auditors |
| O'Callaghan | DIP Financing | 02/28/19 | 0.5 | $350.00 | $ 175.00 | Call with inventory appraisal firm |
| O'Callaghan | DIP Financing | 02/28/19 | 2.4 | $350.00 | $ 840.00 | Assembling information for inventory appraisal firm |
| O'Callaghan | DIP Financing | 02/28/19 | 1.2 | $350.00 | $ 420.00 | Meeting with HR director re: planning for updates to post-petition payroll |
| | **DIP Financing Total** | | **38.1** | | **$ 13,563.00** | |
| O'Callaghan | Disclosure Issues | 02/18/19 | 0.2 | $350.00 | $ 70.00 | Tele conv w/ M Podgainy re: projections for confirmation hearing |

**Getzler Henrich & Associates LLC**

FEBRUAR 1 - FEBRUARY 28, 2019

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Podgainy | Disclosure Issues | 02/18/19 | 0.3 | $445.00 | $ 133.50 | Tele conv w/ C O'Callaghan re: revisions to projections for confirmation hearing .2, and related correspondence w/ T Freedman .1 |
| O'Callaghan | Disclosure Issues | 02/20/19 | 2.8 | $350.00 | $ 980.00 | Updating long term projections |
| Gupta | Disclosure Issues | 02/21/19 | 2.9 | $350.00 | $ 1,015.00 | Modification of long term projections |
| O'Callaghan | Disclosure Issues | 02/21/19 | 1.8 | $350.00 | $ 630.00 | Tele conv w/ M Podgainy re: projections for confirmation hearing |
| Podgainy | Disclosure Issues | 02/21/19 | 1.8 | $445.00 | $ 801.00 | Call w/ C O'Callaghan re: projections for confirmation |
| O'Callaghan | Disclosure Issues | 02/22/19 | 2.3 | $350.00 | $ 805.00 | Reviewing and updating affidavit with additional information |
| Podgainy | Disclosure Issues | 02/22/19 | 1.6 | $445.00 | $ 712.00 | Review and revise projections for confirmation |
| O'Callaghan | Disclosure Issues | 02/23/19 | 2.4 | $350.00 | $ 840.00 | Preparation of monthly Rollforward for liquidation analysis |
| Podgainy | Disclosure Issues | 02/24/19 | 1.4 | $445.00 | $ 623.00 | Completed revision of financial projections |
| O'Callaghan | Disclosure Issues | 02/25/19 | 0.9 | $350.00 | $ 315.00 | Updating liquidation analysis |
| O'Callaghan | Disclosure Issues | 02/25/19 | 1.1 | $350.00 | $ 385.00 | Conference call with M. Podgainy and counsel re: projections and liquidation analysis |
| Podgainy | Disclosure Issues | 02/25/19 | 1.1 | $445.00 | $ 489.50 | Conf call w/ J Prol and C O'Callaghan re: projections and liquidation analysis |
| O'Callaghan | Disclosure Issues | 02/26/19 | 0.3 | $350.00 | $ 105.00 | Tele conv w/ counsel and M Podgainy re: changes to liquidation analysis |
| Podgainy | Disclosure Issues | 02/26/19 | 0.3 | $445.00 | $ 133.50 | Tele conv w/ counsel and C O'Callaghan re: changes to liquidation analysis |
| | **Disclosure Issues Total** | | **21.2** | | **$ 8,037.50** | |
| Podgainy | Fee / Employment Application | 02/10/19 | 0.6 | $445.00 | $ 267.00 | Initial preparation of Third Monthly Fee Application |
| Podgainy | Fee / Employment Application | 02/11/19 | 0.6 | $445.00 | $ 267.00 | Preparation of time detail for January 2019 fee application |
| Podgainy | Fee / Employment Application | 02/17/19 | 1.3 | $445.00 | $ 578.50 | Completed January 2019 fee application and sent to counsel for review / filing |
| | **Fee / Employment Application Total** | | **2.5** | | **$ 1,112.50** | |
| O'Callaghan | Monthly Operating Report | 02/04/19 | 0.6 | $350.00 | $ 210.00 | Meetings with management re: year end adjustments |
| O'Callaghan | Monthly Operating Report | 02/04/19 | 1.4 | $350.00 | $ 490.00 | Reviewing month end AR and AP |
| Podgainy | Monthly Operating Report | 02/04/19 | 0.1 | $445.00 | $ 44.50 | Tele conv w/ C O'Callaghan re: status of Mazars review of financial statements |
| O'Callaghan | Monthly Operating Report | 02/05/19 | 1.2 | $350.00 | $ 420.00 | Meeting with new head of production re: cost accounting and inventory |
| O'Callaghan | Monthly Operating Report | 02/05/19 | 1.8 | $350.00 | $ 630.00 | Meeting with controller and cost accountant re: inventory |
| O'Callaghan | Monthly Operating Report | 02/05/19 | 0.9 | $350.00 | $ 315.00 | Meeting with management re: bills of materials and COGS |
| O'Callaghan | Monthly Operating Report | 02/05/19 | 2.4 | $350.00 | $ 840.00 | Updating inventory rollforward and researching discrepancies |
| O'Callaghan | Monthly Operating Report | 02/05/19 | 0.2 | $350.00 | $ 70.00 | Email correspondence with outside accountant re: year end financials |
| O'Callaghan | Monthly Operating Report | 02/06/19 | 1.4 | $350.00 | $ 490.00 | Working with accounting staff re 2018 year end results |
| O'Callaghan | Monthly Operating Report | 02/06/19 | 2.8 | $350.00 | $ 980.00 | Additional research into inventory discrepancy |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.2 | $350.00 | $ 420.00 | Reviewing year-end sales rebate information |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.3 | $350.00 | $ 455.00 | Meeting with cost accountant and IT director re: inventory |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 0.7 | $350.00 | $ 245.00 | Call with accounting system vendor re: inventory |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.0 | $350.00 | $ 350.00 | Meeting with management re: facilities |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.4 | $350.00 | $ 490.00 | Additional analysis re: facilities |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.7 | $350.00 | $ 595.00 | Researching errors in year-end journal entries |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.6 | $350.00 | $ 560.00 | Reviewing January commission calculations |
| O'Callaghan | Monthly Operating Report | 02/07/19 | 1.0 | $350.00 | $ 350.00 | Additional analysis re: inventory |
| O'Callaghan | Monthly Operating Report | 02/08/19 | 0.2 | $350.00 | $ 70.00 | Call with outside accountant re: 2018 audit |
| O'Callaghan | Monthly Operating Report | 02/08/19 | 0.7 | $350.00 | $ 245.00 | Conference call with management and outside accountants |
| O'Callaghan | Monthly Operating Report | 02/08/19 | 0.4 | $350.00 | $ 140.00 | Call with Asst. Controller |
| O'Callaghan | Monthly Operating Report | 02/08/19 | 4.5 | $350.00 | $ 1,575.00 | Additional research into inventory discrepancy |
| O'Callaghan | Monthly Operating Report | 02/11/19 | 5.2 | $350.00 | $ 1,820.00 | Preparation of inventory rollforward, and related analysis |
| O'Callaghan | Monthly Operating Report | 02/12/19 | 0.6 | $350.00 | $ 210.00 | Reviewing month end AR aging |

**Getzler Henrich & Associates LLC**

FEBRUAR 1 - FEBRUARY 28, 2019

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Monthly Operating Report | 02/12/19 | 1.8 | $350.00 | $ 630.00 | Discussions with management re: errors in batch postings |
| O'Callaghan | Monthly Operating Report | 02/12/19 | 0.4 | $350.00 | $ 140.00 | Meeting with outside accountant re: year end numbers |
| Podgainy | Monthly Operating Report | 02/12/19 | 0.2 | $445.00 | $ 89.00 | Review of management account activity, and related correspondence |
| O'Callaghan | Monthly Operating Report | 02/13/19 | 1.2 | $350.00 | $ 420.00 | Conference call with board re: monthly financials |
| O'Callaghan | Monthly Operating Report | 02/13/19 | 1.3 | $350.00 | $ 455.00 | Meeting with controller re: royalty / management fees |
| O'Callaghan | Monthly Operating Report | 02/13/19 | 0.7 | $350.00 | $ 245.00 | Reviewing request list for collateral audit |
| O'Callaghan | Monthly Operating Report | 02/14/19 | 2.4 | $350.00 | $ 840.00 | Meeting with controller re preparation of financials |
| O'Callaghan | Monthly Operating Report | 02/15/19 | 2.1 | $350.00 | $ 735.00 | Review of cash receipts and disbursement journals |
| O'Callaghan | Monthly Operating Report | 02/15/19 | 1.4 | $350.00 | $ 490.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 02/18/19 | 3.2 | $350.00 | $ 1,120.00 | Drafting financials for MOR |
| O'Callaghan | Monthly Operating Report | 02/18/19 | 2.2 | $350.00 | $ 770.00 | Continued drafting MOR |
| O'Callaghan | Monthly Operating Report | 02/19/19 | 1.4 | $350.00 | $ 490.00 | Meeting with management re: operational analysis for MOR |
| O'Callaghan | Monthly Operating Report | 02/19/19 | 2.4 | $350.00 | $ 840.00 | Updating schedules of cash inflows and outflows for MOR-1 |
| O'Callaghan | Monthly Operating Report | 02/20/19 | 3.1 | $350.00 | $ 1,085.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 02/20/19 | 2.2 | $350.00 | $ 770.00 | Updating financials for MOR |
| O'Callaghan | Monthly Operating Report | 02/20/19 | 0.7 | $350.00 | $ 245.00 | Reviewing sales budget |
| O'Callaghan | Monthly Operating Report | 02/20/19 | 0.6 | $350.00 | $ 210.00 | Reviewing margin analysis for MOR |
| O'Callaghan | Monthly Operating Report | 02/21/19 | 3.2 | $350.00 | $ 1,120.00 | Additional drafting of MOR |
| O'Callaghan | Monthly Operating Report | 02/21/19 | 1.8 | $350.00 | $ 630.00 | Reviewing inventory calculations |
| O'Callaghan | Monthly Operating Report | 02/22/19 | 1.0 | $350.00 | $ 350.00 | Finishing MOR |
| O'Callaghan | Monthly Operating Report | 02/22/19 | 0.7 | $350.00 | $ 245.00 | Additional analysis of inventory discrepancy |
| Podgainy | Monthly Operating Report | 02/22/19 | 0.2 | $445.00 | $ 89.00 | Review of January MOR prior to filing |
| | **Monthly Operating Report Total** | | **68.5** | | **$ 24,022.50** | |
| O'Callaghan | Supplier Issues | 02/05/19 | 0.6 | $350.00 | $ 210.00 | Email and phone correspondence re: ordinary course professional payments |
| O'Callaghan | Supplier Issues | 02/21/19 | 0.6 | $350.00 | $ 210.00 | Reviewing and responding to notice from US Trustee |
| | **Supplier Issues Total** | | **1.2** | | **$ 420.00** | |
| O'Callaghan | Travel | 02/07/19 | 0.3 | $175.00 | $ 52.50 | Travel home from client location |
| O'Callaghan | Travel | 02/11/19 | 0.8 | $175.00 | $ 140.00 | Travel to client location |
| O'Callaghan | Travel | 02/14/19 | 0.7 | $175.00 | $ 122.50 | Travel home from client location |
| O'Callaghan | Travel | 02/19/19 | 0.3 | $175.00 | $ 52.50 | Travel to client location |
| O'Callaghan | Travel | 02/25/19 | 0.9 | $175.00 | $ 157.50 | Travel to client location |
| | **Travel Total** | | **3.0** | | **$ 525.00** | |
| | **Grand Total** | | **182.6** | | **$ 64,857.50** | |

# EXHIBIT B

Case 18-27963-MBK    Doc 596    Filed 04/02/19    Entered 04/02/19 11:51:11    Desc Main
Document      Page 18 of 18

**Getzler Henrich & Associates LLC**

FEBRUARY 1 - FEBRUARY 28, 2019

DURO DYNE (DIP)
EXPENSE DETAIL FEBRUARY 2019

| Timekeeper | Expense Category | Expense Sub Category | Date | Total | Description |
|---|---|---|---|---|---|
| Podgainy | Telecommunications | Telephone / Cell Phone | 02/01/19 | $ 28.00 | Telecommunications charges for the 12/22-1/21 period |
| | **Telecommunications Total** | | | **$ 28.00** | |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/04/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/04/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/04/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/04/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/05/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/06/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/07/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/07/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/07/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/11/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/11/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/11/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/11/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/12/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/13/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/14/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/14/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/14/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/18/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 02/18/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 02/18/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/18/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/19/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/20/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/21/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 02/21/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/21/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/25/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/25/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/25/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/25/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/26/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/27/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/28/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/28/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/28/19 | $ 45.24 | Mileage from client |
| | **Transportation Total** | | | **$ 1,077.60** | |
| | **Grand Total** | | | **$ 1,105.60** | |