**ANDERSON KILL P.C.**
Cort T. Malone, Esq.
Mark D. Silverschotz, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000 (Telephone)
(212) 278-1733 (Facsimile)

*Ordinary Course Insurance*
*Counsel to the Debtors and*
*Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.,*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### FIRST CONSOLIDATED FEE STATEMENT OF ORDINARY
### COURSE INSURANCE COUNSEL ANDERSON KILL P.C. FOR
### THE PERIOD DECEMBER 13, 2018 THROUGH MARCH 31, 2019

Anderson Kill P.C., ordinary course insurance counsel to the above-captioned debtors

and debtors-in-possession (collectively, the "**Debtors**"), submits this first consolidated fee

statement for the period December 13, 2018 through March 31, 2018 (the "**First Fee**

**Statement**")[2] pursuant to the Court's *Order Authorizing the Debtors to Employ and Compensate*

*Ordinary Course Professionals*, dated November 1, 2018 [Docket No. 242] and *Amended Order*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro
Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Anderson Kill previously has billed the Debtors and been paid as ordinary course counsel pursuant to this Court's
Orders [Docket Nos. 242 and 496] for the period from September 7, 2018 through December 12, 2018. Specifically,
Anderson Kill billed Debtors the maximum $150,000 allowed for ordinary course counsel pursuant to the Court's
Orders ($25,000 per month for the period from September 2018 through February 2019), and has been paid nearly
$125,000 to date, with a $25,000 bill outstanding as of filing.

*Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals*, dated February 28, 2019 [Docket No. 496] (the "**Orders**").

Pursuant to the Orders and this Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345], responses to the First Fee Statement, if any, are due by April 22, 2019.

Dated: April 12, 2019                                  Respectfully submitted,

**ANDERSON KILL P.C.**

*/s/ Cort T. Malone*
Cort T. Malone, Esq.
Mark D. Silverschotz, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000 (Telephone)
(212) 278-1733 (Facsimile)
cmalone@andersonkill.com
msilverschotz@andersonkill.com

*Ordinary Course Insurance*
*Counsel to the Debtors and*
*Debtors-in-Possession*

2

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Duro Dyne National Corp., et al.,[1]

CASE NO.: 18-27963 (MBK)

CHAPTER: 11

APPLICANT: Anderson Kill P.C.

CLIENT: Chapter 11 Debtors

CASE FILED: September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FIRST CONSOLIDATED FEE STATEMENT OF ORDINARY
COURSE INSURANCE COUNSEL ANDERSON KILL P.C. FOR
THE PERIOD DECEMBER 13, 2018 THROUGH MARCH 31, 2019**

### SECTION I
### FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ -0- | $ -0- |
| TOTAL FEES ALLOWED TO DATE | $ -0- | $ -0- |
| TOTAL RETAINER REMAINING | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY ANDERSON KILL[2] | $ -0- | $ -0- |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $149,639.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ -0- |
| TOTAL FEE APPLICATION | $149,639.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Anderson Kill was retained to represent the Debtors in insurance coverage matters, including litigation pending in state court in New York. Anderson Kill was paid for all amounts owed for legal services rendered prior to the Petition Date and held no retainer thereafter for services and expenses incurred during these Chapter 11 Cases.

docs-100115582.1

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| William G. Passannante (2019) | 1990 | Shareholder/Insurance | 0.10 | 895.00 | 89.50 |
| William G. Passannante (2018) | 1990 | Shareholder/Insurance | 0.20 | 870.00 | 174.00 |
| Mark D. Silverschotz (2019) | 1981 | Counsel/Bankruptcy & Insurance | 19.00 | 780.00 | 14820.00 |
| Mark D. Silverschotz (2018) | 1981 | Counsel/Bankruptcy & Insurance | 5.70 | 755.00 | 4303.50 |
| Cort T. Malone (2019) | 2003 | Shareholder/Insurance | 137.10 | 715.00 | 98026.50 |
| Cort T. Malone (2018) | 2003 | Shareholder/Insurance | 10.40 | 695.00 | 7228.00 |
| Dennis J. Nolan | 2007 | Shareholder/Bankruptcy | 1.40 | 610.00 | 854.00 |
| Raymond A. Mascia, Jr. | 2010 | Shareholder/Insurance | 0.70 | 560.00 | 392.00 |
| Vivian Michael (2019) | 2014 | Associate/Insurance | 40.70 | 475.00 | 19332.50 |
| Vivian Michael (2018) | 2014 | Associate/Insurance | 0.20 | 450.00 | 90.00 |
| Glenn F. Fields | N/A | Insurance Litigation Support | 0.70 | 425.00 | 297.50 |
| Izak Feldgreber | N/A | Insurance Litigation Support | 3.90 | 375.00 | 1462.50 |
| Harris E. Gershman | N/A | Insurance Litigation Support | 0.60 | 350.00 | 210.00 |
| Daryl Lyew | N/A | IT Litigation Support | 0.50 | 315.00 | 157.50 |
| Claudia A. Ilie | N/A | Paralegal/Insurance | 2.20 | 310.00 | 682.00 |
| James Goodridge | N/A | Law Clerk/Insurance | 9.50 | 160.00 | 1520.00 |
| **Total Fees** | | | **232.90** | | **$149,639.50** |
| **Attorney Blended Rate** | | | | **$642.50** | |

2

docs-100115582.1

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Opposition to Relief from Stay of Insurance Case | 9.30 | $6,625.50 |
| Drafting and Responding to Discovery | 6.40 | $4,552.00 |
| Drafting and Responding to Objections | 16.90 | $12,284.00 |
| Drafting and Editing Briefing and Submissions | 32.90 | $23,419.00 |
| Claims Evaluation and Related Motion Practice | 52.30 | $31,082.00 |
| Prepare, Attend and Argue at Court Hearings | 34.20 | $24,453.00 |
| Settlement Negotiations, Agreements and Mediation | 35.10 | $25,151.00 |
| Insurance Case Work | 45.80 | $22,073.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **SERVICE TOTALS** | **232.90** | **$149,639.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL DISBURSEMENTS** | |

3

docs-100115582.1

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION:  November 1, 2018, effective as of September 7, 2018 [Docket No. 242].

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

Anderson Kill is one of the Debtor's several Ordinary Course Counsel retained pursuant to the Orders.  The firm's primary focus has been in connection with the insurance coverage litigation pending in New York State Supreme Court, Suffolk County, captioned *The North River Insurance Company v. Duro Dyne National Corporation, et al.*, Index No. 062947/2013.  In connection with these Chapter 11 cases, however, the Debtor has called upon Anderson Kill to offer advice, draft and review pleadings, and otherwise become engaged at the confluence of insurance coverage and bankruptcy issues.  Accordingly, given the manner in which the Chapter 11 Cases have experienced an extended tenure before the Bankruptcy Court, Anderson Kill's aggregate work product expanded beyond that which reasonably was anticipated at the commencement of the case, including:

a)  Anderson Kill reviewed and analyzed the insurance companies' requests for production of documents, participated in drafting and editing the responses to same and discovery requests to be served on the insurance companies;

b)  Anderson Kill attended to a stay relief motion, including briefing in support of stay relief strategy and preparing for and attending a hearing on the stay motion;

c)  Anderson Kill provided input regarding confirmation issues, including attendance at portions of the confirmation hearings;

d)  Anderson Kill prepared for, attended, and argued at other hearings, including the claims valuation hearing;

e)  Anderson Kill prepared for and participated in settlement negotiations, drafting and editing settlement agreements, and mediation regarding North River's and other insurance company claims;

f)  Anderson Kill attended to various claims issues, including (i) the estimation and treatment of insurance company claims; and (ii) reviewing and analyzing North River Insurance Company's 3018 motion and preparing and filing an objection thereto; and

4

g)   Anderson Kill performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

| | | |
|---|---|---|
| (A) | ADMINISTRATION EXPENSES: | (100%) |
| (B) | SECURED CREDITORS: | (100%) |
| (C) | PRIORITY CREDITORS: | (100%) |
| (D) | GENERAL UNSECURED CREDITORS: | (100%) |

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 12, 2019

/s/ *Cort T. Malone*
Cort T. Malone, Esq.

# EXHIBIT A

Professional services rendered by Anderson Kill P.C. from December 13, 2018 through March 31, 2019

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

DURO DYNE CORP.                          MATTER:        102620.DDC02

April 12, 2019                           INVOICE:            290418

MATTER:  INSURANCE

## PROFESSIONAL SERVICES through 03/31/19

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|------------------------|------|-------|
| 12/13/18 | Further review of insurance company reimbursement data and legal theories respecting same (.6); conf call J. Prol, T. Freedland, and C. Malone regarding Insurance claims, plan issues regarding same (.6). | MDS | **1.20** |
| 12/14/18 | Follow up C. Malone and T. Freedman re status of modification of ordinary course counsel order (.3) | MDS | **0.30** |
| 12/17/18 | Worked on pro hac vice motion.  Call with JP/TF re insurance issues, ruling on stay motion. Follow up re same, impact on insurance litigation. | CTM | **1.50** |
| 12/17/18 | Follow up T. Freedman regarding form of motion (.2); follow up with C. Malone regarding today's lift stay decision (.5) | MDS | **0.70** |
| 12/18/18 | Call and emails exchanged with MS re OCP Order, discovery to be served on insurance companies. | CTM | **0.60** |
| 12/18/18 | T.c. C. Malone re case status and lift stay issue (.2); email exchange T. Freedman regarding case status and ordinary course professionals extension (.2) | MDS | **0.40** |
| 12/18/18 | Analysis correspondence on status. | WGP | **0.20** |
| 12/19/18 | Prep and call with all counsel re negotiations with insurance companies, other bankruptcy and insurance issues.  Follow up re same.    Detailed review of Federal draft settlement agreement and sent comments to EG re same. | CTM | **2.60** |
| 12/19/18 | Edit draft motion on expanding term of ordinary course counsel terms (1.3) | MDS | **1.30** |
| 12/20/18 | Follow up with EG re edits to Federal draft settlement agreement.    Detailed review and edits to draft discovery demands to insurance companies in advance of estimation motions and hearing. | CTM | **1.50** |
| 12/21/18 | Emails exchanged re North River letter to court in insurance case re bankruptcy court lift stay order effective March 1, 2019. | CTM | **0.30** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

DURO DYNE CORP.

April 12, 2019

MATTER:        102620.DDC02

INVOICE:            290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 12/22/18 | Reviewed bankruptcy court order lifting stay in insurance case effective 3/1/19 and letter from North River to insurance case court attaching same and requesting oral argument in March. Follow up emails exchanged with JP/TF/MS re same, questions about order, and need for response letter to insurance court. Emails exchanged TF re 12/17 bankruptcy hearing transcript needed. | CTM | 1.80 |
| 12/22/18 | Emails C. Malone regarding North River request for oral argument; review of letter and court's order regarding stay modification; emails C. Malone regarding impact of automatic stay and traditional bankruptcy practice concerning counter and cross claims of debtor (.5) | MDS | 0.50 |
| 12/23/18 | Review of revised draft document production request received from T. Freedman (.3) | MDS | 0.30 |
| 12/23/18 | Review letter from North River to court re: bankruptcy proceedings. | VCM | 0.20 |
| 12/24/18 | Reviewed and edited discovery demands to insurance companies re estimation hearing and valuation of claims. Emails exchanged TF re edits to same. | CTM | 1.50 |
| 12/24/18 | Emails C. Malone and T. Freedman regarding discovery demands (.2); review of final draft of document demands to insurance companies (.3) | MDS | 0.50 |
| 12/26/18 | Follow up review of discovery and insurance issues (.3) | MDS | 0.30 |
| 12/27/18 | Worked with DF/TF re pro hac vice motion. | CTM | 0.40 |
| 12/27/18 | Emails regarding pro hac papers for C. Malone (.1) | MDS | 0.10 |
| 12/28/18 | Follow up TF re pro hac motion. | CTM | 0.10 |
| 12/28/18 | Email T. Freedman re pro hac scheduling (.1) | MDS | 0.10 |
| 12/30/18 | Follow up with MS re drafting motion in bankruptcy case. | CTM | 0.10 |
| 01/02/19 | Emails exchanged with JP/MS re stay of US Trustee's appeal and impact of same on pending motions. Follow up re same. Reviewed notice from court in insurance case setting oral argument for 3/18.  Meeting with MS and telephone conversation RM re same, prep for argument, status of bankruptcy motions.  Follow up with TF re schedule on estimation motion and briefing, and discovery drafts. | CTM | 2.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

DURO DYNE CORP.                    MATTER:       102620.DDC02

April 12, 2019                     INVOICE:            290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|------------------------|------|-------|
| 01/02/19 | Communications with Cort Malone re: oral argument date in state court and impact on bankruptcy. | DJN | 0.20 |
| 01/02/19 | Follow up C. Malone and L. Freedman regarding insurance coverage case scheduling (.3); email T. Freedman regarding insurance company discovery issue (.2) | MDS | 0.50 |
| 01/02/19 | Review court order on oral argument of pending motions and calendar same. | VCM | 0.20 |
| 01/03/19 | Sent email report to clients re insurance case argument scheduled for 3/18, impact on bankruptcy. Edited discovery demands to insurance companies re estimation issues; reviewed others' edits re same. Call with TF and emails exchanged re same. Emails exchanged re potential additional Hartford policies sought by Hartford to add to settlement release. | CTM | 2.00 |
| 01/03/19 | Searched files and in-house resources re: certain Hartford primary insurance policies. Sent information to Cort Malone. | IF | 0.50 |
| 01/04/19 | Emails exchanged re Hartford policies, follow up re same. Reviewed latest draft discovery demands and emails exchanged TF re same. Review of 12/17 bankruptcy hearing transcript including ruling lifting stay in insurance case. | CTM | 1.90 |
| 01/06/19 | Reviewed latest draft Hartford settlement agreement, including Hartford edits and Gilbert comments re same. Sent comments to Gilbert. Emails exchanged and follow up re additional Hartford policies included in agreement. | CTM | 1.50 |
| 01/07/19 | Worked with IF/GF re review of new Hartford policies for inclusion in settlement agreement. Follow up re same. Emails exchanged with Gilbert re same. | CTM | 1.00 |
| 01/07/19 | Generating searchable PDFs for I. Feldgreber | DL | 0.50 |
| 01/07/19 | Analysis of recently received primary insurance policies re: asbestos liability coverage issues. | GFF | 0.70 |
| 01/07/19 | Reviewed newly received Hartford Insurance policies re: Asbestos Coverage. Gave information to Cort Malone. | IF | 1.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

DURO DYNE CORP.                          MATTER:      102620.DDC02

April 12, 2019                           INVOICE:        290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 01/08/19 | Emails exchanged with Randy re status of insurance company settlement talks.  telephone conversation with Gilbert counsel re same and follow up emails exchanged with clients, including queries re new Hartford policies. Provided edits to Hartford settlement agreement. Continued work with GF/IF re policy issues regarding settlements.  Edited pro hac vice motion.  Call with Mark P. re Duro Dyne international operations related to new Hartford policies. | CTM | **1.90** |
| 01/09/19 | Call with Randy re historic operations and relation to newly discovered Hartford policies, other case issues.  Follow up with Gilbert firm re same, next steps in settlement negotiations. | CTM | **1.20** |
| 01/10/19 | Worked with MS re draft motion. | CTM | **1.00** |
| 01/10/19 | Follow up emails adversaries and conf. L. Al-Shibib regarding edits to settlement stipulation (.5) | MDS | **0.50** |
| 01/10/19 | Draft amended ordinary course counsel motion regarding additional insurance related work (1.5) | MDS | **1.50** |
| 01/11/19 | Follow up on various case issues and filings, including draft Amended OCP motion, insurance companies' estimation motion, Duro Dyne's affirmative discovery, and pro hac vice motion. Emails exchanged re same. | CTM | **1.40** |
| 01/11/19 | Edit to OCP motion draft (1 hr) | MDS | **1.00** |
| 01/14/19 | Reviewed North River's estimation motion. Emails exchanged and calls with RM, VM, MS, JP, and TF re same, draft opposition.   Began work re same.   Edited Amended OCP motion and follow up with JP/TF re same. | CTM | **2.80** |
| 01/14/19 | Review estimation motion. | DJN | **0.70** |
| 01/14/19 | Review of North River insurance company motion to estimate claim for plan voting purpose, in reliance on NY Court of Appeals insurance decision (.5); conf. C. Malone regarding analysis of North River estimation (.5) | MDS | **1.10** |
| 01/14/19 | Review and analyze North River memo of law and corresponding bankruptcy court documents in preparation for opposition brief (6.1). Strategy meeting and call with Lowenstein Sandler re: same (.7). | VCM | **6.80** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

DURO DYNE CORP.                         MATTER:      102620.DDC02

April 12, 2019                          INVOICE:         290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 01/15/19 | Calls with all counsel, VM, JP re opposition to estimation motion, other case issues. Continued work re same, including review of North River's expert's report. | CTM | **1.90** |
| 01/15/19 | Searched files and in house resources re:  Marc Scarcella. Sent material and information to Vivian Michael. | IF | **1.00** |
| 01/15/19 | Further attention to North River Insurance Company motion for estimation of claim with regard to NY State Court of Appeals decision respecting debtors obligations to insurance company (.5) | MDS | **0.50** |
| 01/15/19 | Review and analysis of expert report in support of North River motion (2.1). Call with all counsel re: strategy for drafting opposition to same (1.3). | VCM | **3.40** |
| 01/16/19 | Worked with JP/TF re pending motions, discovery issues. Continued work on estimation motion opposition.  Reviewed case law re same and emails exchanged VM re same. | CTM | **2.90** |
| 01/16/19 | Research and review new cases citing Keyspan and Viking Pump (.7). Begin research of NY law on retroactive application of precedent (2.6). | VCM | **3.30** |
| 01/17/19 | Emails exchanged TF and continued work on pending motions. Follow up with VM re same. Prep and discovery meet and confer call with JP/TF and GC of North River.  Call with all counsel re estimation motion opposition and various potential arguments for same.   Edited and drafted insurance insert section for opposition, and circulated to counsel for review. | CTM | **4.60** |
| 01/17/19 | Draft insurance law insert for North River opposition brief. | VCM | **6.90** |
| 01/18/19 | Calls and emails exchanged with TF/VM re opposition brief and arguments therein. | CTM | **0.60** |
| 01/18/19 | Correspondence among Duro Dyne counsel re: insurance law insert for opposition brief. | VCM | **1.70** |
| 01/19/19 | Various emails exchanged re status of and arguments for opposition to estimation motion. | CTM | **0.40** |
| 01/19/19 | Answer co-counsel questions re: insert on insurance law for opposition brief. | VCM | **0.70** |
| 01/20/19 | Drafted detailed email response to co-counsel queries re NY insurance law issues for estimation motion opposition brief. | CTM | **0.90** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

DURO DYNE CORP.                           MATTER:        102620.DDC02

April 12, 2019                            INVOICE:            290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 01/21/19 | Follow up with TF/JP/MS re OCP motion.  Worked with VM re opposition to estimation motion. Prep and call with all counsel re same, additional edits and drafting needed re insurance sections, and settlement status with insurance companies. Follow up work re opposition brief insurance inserts. | CTM | **2.50** |
| 01/21/19 | Email C. Malone regarding new insurance-related motion practice issues | MDS | **0.30** |
| 01/21/19 | Call with co-counsel to coordinate completion of opposition brief. | VCM | **0.30** |
| 01/21/19 | Draft insert to opposition brief on all sums allocation per request of J. Liesemer. | VCM | **0.80** |
| 01/21/19 | Prepare and circulate exhibits for insurance insert to 3018 opposition brief. | VCM | **0.50** |
| 01/22/19 | Continued work with TF/JP/MS re Amended OCP motion. Continued work with VM re opposition to North River's estimation of claims motion. Prep and call with all counsel re same, additional edits and insurance drafting needed. Follow up work re same.  Review and comment on latest redlined draft of Hartford settlement agreement. Initial review of insurance company proof of claim and considered objections to same. Calls and emails exchanged with TF/VM re same. | CTM | **3.50** |
| 01/22/19 | Email exchange C. Malone regarding final draft of OCP motion (.2); review final draft of OCP motion (.3) | MDS | **0.50** |
| 01/23/19 | Continued review and edits to latest draft opposition to NR estimation motion. Worked with VM re same. Call with JP re case issues. Follow up with VM/TF re objections to insurance companies' claims.    Reviewed North River discovery responses. Emails exchanged re same. | CTM | **3.90** |
| 01/23/19 | Review and comment on draft opposition brief (.4). Review and propose objections to claims submitted by North River, Hartford, and Federal (.9). | VCM | **1.30** |
| 01/24/19 | Follow up work re opposition brief due tomorrow. | CTM | **0.50** |
| 01/24/19 | Review and comment on opposition brief draft. | VCM | **0.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

DURO DYNE CORP.                          MATTER:        102620.DDC02

April 12, 2019                           INVOICE:           290418

MATTER:  INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|------------------------|------|-------|
| 01/25/19 | Worked with TF/JP/VM and all counsel re finalizing opposition to NR estimation motion and certification and exhibits re same. Edited certification in advance of filing. | CTM | **2.70** |
| 01/25/19 | Review and comment on final draft of opposition brief and Malone affirmation. | VCM | **1.40** |
| 01/28/19 | Received request from Cort Malone and retrieved from PACER, reviewed and organized in binder with tabs briefing and supporting materials re: North River's Motion for Temporary Allowance of its Proofs of Claim for Voting Purposes. Gave binder to Cort Malone. | CAI | **1.30** |
| 01/28/19 | Emails exchanged re settlement status, prep for 1/31 hearing. Worked with VM/CI re materials needed for same.  Emails exchanged with all counsel re case issues, briefing and upcoming hearing.  Call with JP re prep for hearing. Reviewed order re PHV admission and follow up needed.  Emails exchanged TF re objections to North River claims. | CTM | **2.70** |
| 01/28/19 | Review summary of North River settlement discussions and prepare for Thursday hearing. | VCM | **0.30** |
| 01/29/19 | Reviewed MidStates' response to 3018 motion opposition. Prep and call with all counsel in advance of 1/31 hearing and additional prep for same.  Work with VM/TF re additional edits to objections to North River's claims.  Emails exchanged Gilbert re Hartford settlement agreement. | CTM | **2.60** |
| 01/29/19 | Review and edit Duro Dyne objections to North River proof of claim (.4). Review MidStates opposition to North River 3018 motion (.4). | VCM | **0.80** |
| 01/30/19 | Received request from Cort Malone and review and retrieve all briefing re North River's and Hartford's Motions to Renew and Duro Dyne's Cross Motion to Renew. Gave briefs to Cort Malone in preparation for Oral Argument. | CAI | **0.90** |
| 01/30/19 | Reviewed draft Munich settlement agreement and emails exchanged Gilbert re same.  Call with EG re status of Hartford and other settlements, plan for tomorrow's hearing.  Reviewed North River reply brief and follow up emails exchanged and call with JP/TF re issues in advance of hearing.  Emails exchanged with client. Detailed prep for argument at hearing. | CTM | **3.40** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

DURO DYNE CORP.                        MATTER:        102620.DDC02

April 12, 2019                              INVOICE:              290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 01/30/19 | Review North River reply brief to 3018 motion. | VCM | 0.20 |
| 01/31/19 | Call with JP/TF re prep for hearing.  Travel, attend, and argued motion at bankruptcy court hearing. Travel home and follow up re same. | CTM | 6.90 |
| 02/01/19 | Follow up re yesterday's hearing, impact of same going forward.  Worked with VM/JG re research on NY law re defense coverage issues.  Continued work re insurance/bankruptcy projects. | CTM | 1.90 |
| 02/01/19 | Outline of argument on NY law on reimbursement of defense costs for March argument in light of bankruptcy court's questions at hearing. | VCM | 0.40 |
| 02/03/19 | Reviewed and emails exchanged re latest drafts of Hartford and federal settlement agreements. | CTM | 1.00 |
| 02/04/19 | Follow up with VM re recent court decision and emails exchanged re same. | CTM | 0.30 |
| 02/04/19 | Review court orders on MidStates' motion in bankruptcy action and transcript of hearing (.2).  Inquiries from J. Prol re: pre-petition defense costs arguments in connection with plan confirmation (.2). | VCM | 0.40 |
| 02/05/19 | Follow up with MS re recent motions and filings. Follow up with JP re NR's increased Class 6 claims issues and arguments re same. | CTM | 1.00 |
| 02/05/19 | Follow up regarding hearing on OCB counsel motion (.2); conf. C. Malone regarding last week's hearing on insurance matter and next steps (.3) | MDS | 0.50 |
| 02/05/19 | Begin survey of New York cases considering allocation of defense costs to policyholder. | VCM | 1.60 |
| 02/06/19 | Emails exchanged re mediation options with NR. Follow up with VM re defense costs recoupment research project. | CTM | 1.00 |
| 02/06/19 | Reviewed prior motions regarding duty to defend in preparation for research on pending matter | JXG | 2.70 |
| 02/06/19 | Follow up C. Malone regarding insurance negotiations (.2) | MDS | 0.20 |
| 02/06/19 | Continue survey of New York cases considering allocation of defense costs to policyholder and coordinate with law clerk re: assistance on same. | VCM | 1.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

DURO DYNE CORP.                                    MATTER:       102620.DDC02

April 12, 2019                                     INVOICE:            290418

MATTER:  INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 02/07/19 | Emails exchanged re recent court filing.  Prep and detailed call with all counsel re plan for mediation with North River.  Follow up re same.  Emails exchanged re final Hartford settlement.  Meet with MS re bankruptcy and insurance issues, last week's hearing.    COntinued work on research re NY law on recoupment of defense costs. | CTM | **2.90** |
| 02/07/19 | Conf C. Malone regarding N. River settlement (.2); attention to mediation issues for other insurance coverage settlements prior to confirmation (.3) | MDS | **0.50** |
| 02/08/19 | Listened to court ruling on NR 3018 motion and follow up emails exchanged re same.    Initial review of insurance companies' objections to plan confirmation and emails exchanged re same. Follow up re 2/20 mediation, prep work for same. | CTM | **2.00** |
| 02/08/19 | Researched cases supporting proposition that duty to defend requires complete defense | JXG | **6.80** |
| 02/08/19 | Emails C. Malone regarding North River Claims estimation bench opinion (.2); listen to Judge Kaplan's bench opinion on North River claims estimation etc. (.3) | MDS | **0.50** |
| 02/08/19 | Review correspondence from Lowenstein re: outcome in bankruptcy court motions (.3). Review cases from J. Goodridge re: general rule about allocation of defense costs (.9). | VCM | **1.20** |
| 02/09/19 | Sent insurance case decisions to JP/TF. | CTM | **0.20** |
| 02/11/19 | Follow up re request from Munich counsel; worked with Gilbert re same.  Continued work with VM re research on NY duty to defend issues.  Respond to JP re North River defense costs claim valuation questions. | CTM | **2.40** |
| 02/11/19 | Continue survey of New York cases considering allocation of defense costs to policyholder in preparation for 2/20 mediation and 3/18 argument. | VCM | **0.20** |
| 02/12/19 | Emails exchanged and meet with MG re bankruptcy court's ruling on claims estimation motion and impact on insurance issues. | CTM | **0.60** |
| 02/13/19 | Emails exchanged JP re status of pending insurance case motions.    Emails exchanged TF/MS re bankruptcy case deadlines. | CTM | **0.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

DURO DYNE CORP.                                    MATTER:        102620.DDC02

April 12, 2019                                     INVOICE:            290418

MATTER:  INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|------------------------|------|-------|
| 02/13/19 | Initial review of North River confirmation objection (.8); emails C. Malone regarding confirmation process (.2) | MDS | **0.20** |
| 02/13/19 | Continue survey of New York cases considering allocation of defense costs to policyholder in preparation for 2/20 mediation and 3/18 argument. | VCM | **0.40** |
| 02/14/19 | Research re NY duty to defend issues, recoupment of costs. Emails exchanged and meet with VM re same.  Reviewed case law re same. | CTM | **3.00** |
| 02/14/19 | Complete research re: survey of New York cases considering allocation of defense costs to policyholder & research treatises/commentary re: same (in preparation for 2/20 mediation and 3/18 argument). | VCM | **2.40** |
| 02/15/19 | Review of North River confirmation objection and outline responses (2.4) | MDS | **2.40** |
| 02/18/19 | Follow up re 1/31 hearing transcript.  Emails exchanged CI re same and review of same. | CTM | **1.00** |
| 02/18/19 | Draft memorandum to C. Malone regarding legal issues raised by North River in their confirmation objection (2.4 hrs) | MDS | **2.40** |
| 02/19/19 | Call and meet with MS re insurance and bankruptcy issues. Call with JP re mediation prep.  Emails exchanged with client re same. Prep for mediation with North River. | CTM | **2.60** |
| 02/19/19 | Review of notes and follow up with C. Malone regarding North River issue (.5); memo to T. Freedman and J. Prol regarding insurance issues of North River plan objection (.8) | MDS | **1.30** |
| 02/20/19 | Travel and attended mediation with North River and all counsel for Debtors, CC, and FCR. Follow up meetings re same. Emails exchanged MS/TF re edits to response to North River's objections to plan, prior DD expert valuations. | CTM | **6.90** |
| 02/20/19 | Follow up with C. Malone with regard to today's mediation (.5). | MDS | **0.50** |
| 02/21/19 | Call with JP re North River mediation, next steps.  Reviewed prior expert valuations and emails exchanged with TF re same. | CTM | **0.90** |
| 02/22/19 | Follow up re mediation, bankruptcy issues. Meeting with VM re status of NY defense costs research and reviewed law re same. | CTM | **1.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

DURO DYNE CORP.                              MATTER:      102620.DDC02

April 12, 2019                               INVOICE:          290418

MATTER: INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|------------------------|------|-------|
| 02/25/19 | Follow up with TF/JP/MS re pending motions, prep for confirmation hearings. | CTM | **1.20** |
| 02/25/19 | Follow up C. Malone regarding plan status (.3); attention to email traffic regarding OCB counsel issue and draft order submission (.2) | MDS | **0.50** |
| 02/26/19 | Emails exchanged re confirmation hearing prep. Continued work re same, briefing to court re same.  Call with RM re status of CA defense costs decision. | CTM | **1.50** |
| 02/26/19 | Conf. M. Hausman of US Trustee with regard to case status and UST objection to confirmation (.2); conf. C. Malone regarding UST confirmation objection and status of order on OCB professionals (.3) | MDS | **0.50** |
| 02/26/19 | Review updated decision in Polar Mohr. | VCM | **0.20** |
| 02/27/19 | Continued prep for confirmation hearings.  Meet with VM re same.  Prep and joined all-counsel call re same.  Follow up work re same. | CTM | **1.90** |
| 02/28/19 | Follow up with VM re court orders and notices. Call with JP re mediation, settlement talks, and prep for confirmation hearing. Follow up work re same.  Reviewed and commented on draft Federal settlement. Reviewed draft objection to Federal claims and emails exchanged TF re same. | CTM | **2.90** |
| 02/28/19 | Review three orders from bankruptcy court re: upcoming hearings. | VCM | **0.40** |
| 03/01/19 | Emails exchanged with Gilbert re exhaustion issue of INA and Aetna primary policies as part of Federal settlement. | CTM | **0.40** |
| 03/02/19 | Reviewed NR witness and exhibit lists and emails exchanged re same.  Reviewed Federal settlement agreement and emails exchanged re comments to same. | CTM | **0.90** |
| 03/03/19 | Reviewed additional Federal changes to settlement agreement docs and emails exchanged re same. | CTM | **0.50** |
| 03/03/19 | Email with Cort Malone re: report on confirmation hearing. | DJN | **0.10** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

DURO DYNE CORP.                         MATTER:      102620.DDC02

April 12, 2019                          INVOICE:            290418

MATTER:  INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|-------------------------|------|-------|
| 03/04/19 | Reviewed bankruptcy notices and emails exchanged VM re same.  Emails exchanged re Federal settlement agreement terms and sent final draft to client.  Follow up work re same. Continued prep for confirmation hearing, additional negotiation with remaining insurance companies. | CTM | 3.60 |
| 03/04/19 | Review bankruptcy court order re: Anderson Kill application re: ordinary course professionals. | VCM | 0.10 |
| 03/05/19 | Follow up re insurance company settlements and ongoing negotiations.  Emails exchanged Randy re Munich Re status. Review and emails exchanged re edits to MS and MR draft agreements.    Follow up with Gilbert re coverage action dismissals. Follow up emails exchanged re NR objections to HF and Federal settlements. Emails exchanged clients re settlements. Prep for hearing tomorrow. | CTM | 4.40 |
| 03/05/19 | Review and outline responses to North River objections to settlements with Federal and Hartford insurance companies in anticipation of tomorrow's confirmation hearing (2 hrs); emails C. Malone and J. Prol regarding analysis of North River objections to 9019 motions (.5) | MDS | 2.50 |
| 03/05/19 | Coordinate with bankruptcy team re: North River's objections to Federal and Hartford settlements and inquiries about same. | VCM | 0.60 |
| 03/06/19 | Follow up with MS re responses to NR's objections to settlement agreements.  Travel, attended, and participated in all-day confirmation hearings, including discussions with clients and counsel. | CTM | 10.80 |
| 03/06/19 | Communications with Cort Malone re: confirmation hearing. | DJN | 0.40 |
| 03/06/19 | Policy review and color coverage chart edit communications | HEG | 0.60 |
| 03/06/19 | Reviewed American Reinsurance and North River insurance policy information re: "cancellation" and "limits." Sent information to Cort Malone. | IF | 1.30 |
| 03/06/19 | Follow up emails C. Malone regarding today's confirmation hearing (.5) | MDS | 0.50 |
| 03/07/19 | Follow up with GH re case issues.  Meeting with MS re same. Calls with JP/RH re same. | CTM | 1.50 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

DURO DYNE CORP.                     MATTER:      102620.DDC02

April 12, 2019                      INVOICE:        290418

MATTER:  INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|------|------------------------|------|-------|
| 03/07/19 | Conf. C. Malone with regard to status of confirmation hearing (.2); conf call client, C. Malone and J. Prol with regard to briefing schedule and next steps on insurance issues (.3) | MDS | 0.30 |
| 03/08/19 | Prep and call with all counsel re effort to move coverage case hearing.  Follow up re same. | CTM | 0.90 |
| 03/11/19 | Reviewed recent filings and briefing schedule. Follow up emails exchanged MS re same.  Emails exchanged and call with Hartford counsel. Emails exchanged re Hartford letter to NY court requesting adjournment of pending motions. | CTM | 1.40 |
| 03/11/19 | Attention to correspondence re: court filing. | WGP | 0.10 |
| 03/12/19 | Email from NY court postponing case until 6/6. Report to clients and counsel re same.  Follow up re post-hearing bankruptcy briefing work. | CTM | 0.90 |
| 03/13/19 | Call and emails exchanged JP re bankruptcy and insurance issues and NR settlement options. Follow up with TF re same, post-hearing briefing and insurance related issues.  Emails exchanged KQ/EG re withdrawal of insurance case claims involving Federal and MidStates.  Follow up re same and work with RM/VM re draft dismissals. | CTM | 1.90 |
| 03/13/19 | Follow up emails from J. Prol regarding status of discussion with N. River and UST (.3) | MDS | 0.30 |
| 03/13/19 | Conferred with Cort Malone and Vivian Michael regarding strategy for preparing stipulation of dismissal of cross-claims in coverage action; analyzed and reviewed New York law regarding the same. | RAM | 0.70 |
| 03/13/19 | Review bankruptcy filings and correspondence with co-counsel re: same. | VCM | 0.80 |
| 03/14/19 | Reviewed and edited draft joint dismissal stipulations.  Emails exchanged VM re same. Reviewed final drafts and sent to Federal and MidStates counsel. | CTM | 1.00 |
| 03/14/19 | Review settlement and release agreements re: dismissal of coverage action and draft stipulation of voluntary discontinuance to comply with same. | VCM | 1.40 |
| 03/15/19 | Emails exchanged with client re bankruptcy status, insurance settlement status.  Continued work re post-hearing briefing. | CTM | 1.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

DURO DYNE CORP.                          MATTER:        102620.DDC02

April 12, 2019                           INVOICE:            290418

MATTER:  INSURANCE

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|---|---|---|---|
| 03/20/19 | Emails exchanged with Federal and MidStates' counsel re stips dismissing claims. | CTM | **0.40** |
| 03/20/19 | Correspondence with opposing counsel re: proposed stipulation of dismissal. | VCM | **0.20** |
| 03/21/19 | Follow up re insurance companies' remaining limits issues; worked with VM/EG re same.  Meet with RM re stips of dismissal, case issues, and post-hearing briefing.  Follow up work re same. Review and emails exchanged re revised settlements re notice issues.  Emails exchanged RH re NR status. | CTM | **2.40** |
| 03/21/19 | Respond to co-counsel inquiry re: Federal policy erosion. | VCM | **0.10** |
| 03/22/19 | Emails exchanged JP and RH re status of talks with NR. | CTM | **0.30** |
| 03/25/19 | Call with JP re mediation options. Follow up emails exchanged with clients re same. Continued research re insurance issues related to post-hearing briefing submissions. | CTM | **1.50** |
| 03/26/19 | Calls with JP and clients re case update, briefing status, mediation options.  Follow up work re all of the above. Reviewed filings re remaining insurance policy limits. Edits and emails exchanged re same.  Emails exchanged with Federal counsel re stip dismissing insurance action claims. | CTM | **3.40** |
| 03/27/19 | Emails exchanged NR counsel re selecting a mediator.  Call and emails exchanged JP re same, case issues.  Follow up work re same. Call with Federal counsel re dismissal stip, drafting same. | CTM | **1.40** |
| 03/28/19 | Calls with JP, NR counsel re mediator options. Emails exchanged with client re same.  Meet with RM and work on briefing/insurance issues following confirmation hearing. | CTM | **1.90** |
| 03/29/19 | Emails exchanged NR counsel re mediators.  Call with JAMS re same.  Emails exchanged with clients re options.  Follow up vetting of mediator candidates and emails exchanged JP/NR counsel re same. | CTM | **2.00** |

**TOTAL FEES:**                                                          **149,639.50**