**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this fourth monthly fee statement[2] for the period February 1, 2019 through February 28, 2019 (the "**Fourth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Fourth Fee Statement, if any, are due by April 26, 2019.

Dated: April 16, 2019                          Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

_/s/ Jeffrey D. Prol_
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

_Counsel to the Debtors and Debtors-in-Possession_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: Duro Dyne National Corp., et al.,[1]        APPLICANT:    Lowenstein Sandler LLP

CASE NO.:    18-27963 (MBK)        CLIENT:    Chapter 11 Debtors

CHAPTER:    11        CASE FILED:    September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FOURTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

**SECTION I**
**FEE SUMMARY**

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $646,946.25 | $20,139.09 |
| TOTAL FEES ALLOWED TO DATE: | $426,263.00 | $14,045.45 |
| TOTAL RETAINER REMAINING | $      -0- | $      -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 44,136.65 | $      -0- |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2] | $602,809.60 | $19,968.70 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $221,556.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $   7,334.72 |
| TOTAL FEE APPLICATION | $228,891.22 |
| MINUS 20% HOLDBACK | - $44,311.30 |
| AMOUNT SOUGHT AT THIS TIME | $184,579.92 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
04/16/2019 52477276.1

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Leit, David | 1995 | Partner/Corporate | 41.40 | $855.00 | $35,397.00 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 113.80 | $895.00 | $101,851.00 |
| Wovsaniker, Alan | 1977 | Partner/Corporate | 0.20 | $905.00 | $181.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 152.30 | $470.00 | $71,581.00 |
| *Freedman, Terri Jane - Travel Time | 1991 | Counsel/Bankruptcy | 1.00 | $235.00 | $235.00 |
| Hintz, Matthew | 2007 | Counsel/Corporate | 9.30 | $630.00 | $5,859.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate | 2.80 | $695.00 | $1,946.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate | 1.30 | $755.00 | $981.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 10.50 | $270.00 | $2,835.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.40 | $250.00 | $600.00 |
| Pagano, Jamie J. | N/A | Paralegal/Litigation | 0.30 | $300.00 | $90.00 |
| **Total Fees** | | | **335.30** | | **$221,556.50** |
| **Attorney Blended Rate** | | | | **$676.91** | |
| *Reflects 50% rate reduction due to non-working travel time | | | | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 1.60 | $532.00 |
| Asset Disposition | 2.80 | $1,946.00 |
| Fee/Employment Applications | 1.50 | $1,149.00 |
| Employment and Retention Applications - Others | 1.10 | $517.00 |
| Fee Applications and Invoices - Others | 3.70 | $1,277.00 |
| Assumption/Rejection of Leases and Contracts | 0.40 | $168.00 |
| Non-Working Travel | 1.00 | $235.00 |
| Financing/Cash Collateral | 1.30 | $981.50 |
| Tax Issues | 0.60 | $282.00 |
| Claims Administration and Objections | 102.30 | $71,798.00 |
| Plan and Disclosure Statement (including Business Plan) | 207.60 | $136,088.00 |
| Court Hearings | 4.20 | $1,321.50 |
| Other - Insurance Matters | 7.20 | $5,261.50 |
| **SERVICE TOTALS** | **335.30** | **$221,556.50** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Computerized legal research | $5,570.62 |
| Telecommunications | $177.86 |
| Transcript charges | $1,479.70 |
| Travel | $79.96 |
| Meals | $26.58 |
| **TOTAL DISBURSEMENTS** | **$7,334.72** |

---

## SECTION IV
## CASE HISTORY

---

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Lowenstein Sandler attended to confirmation issues, including (i) reviewing various confirmation objections; (ii) drafting the Debtors' affidavit and brief in support of confirmation; (iii) drafting the plan supplement; (iv) preparing for the confirmation hearing; (v) drafting a motion to extend exclusivity; and (vi) confer with the Debtors, the Debtors' financial advisors and the plan proponents regarding confirmation strategy;

   b)   Lowenstein Sandler attended to issues in connection with the settlement of Hartford Accident and Indemnity Co.'s claims;

   c)   Lowenstein Sandler attended to claims issues, including (i) drafting an objection to SMART claim, and engaging in settlement negotiations related thereto; (ii) preparing for and attending mediation regarding North River claims; and (iii) drafted an objection to Federal Insurance Company's proof of claim;

   d)   Lowenstein Sandler attended to tax distribution issues;

   e)   Lowenstein Sandler attended to issues in connection with the rejection of various leases;

   f)   Lowenstein Sandler assisted the Debtors with the preparation and filing of monthly operating reports;

   g)   Lowenstein Sandler prepared and filed monthly fee statements for itself and the Debtors' financial advisor; and

   h)   Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES:          (100%)
    (B)   SECURED CREDITORS:                (100%)
    (C)   PRIORITY CREDITORS:               (100%)
    (D)   GENERAL UNSECURED CREDITORS:      (100%)


(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
    CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at
    this time.


    I certify under penalty of perjury that the foregoing is true and correct.


Dated:  April 16, 2019


                /s/ *Jeffrey D. Prol*_____
                Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Duro Dyne National Corp., *et al.*[1]

                     Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

DATED: October 19, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through February 28, 2019

In re: Chapter 11

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Leit, David | 1995 | Partner/Corporate | 41.40 | $855.00 | $35,397.00 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 113.80 | $895.00 | $101,851.00 |
| Wovsaniker, Alan | 1977 | Partner/Corporate | 0.20 | $905.00 | $181.00 |
| Freedman, Terri Jane | 1990 | Counsel/Bankruptcy | 152.30 | $470.00 | $71,581.00 |
| *Freedman, Terri Jane - Travel Time | 1990 | Counsel/Bankruptcy | 1.00 | $235.00 | $235.00 |
| Hintz, Matthew | 2007 | Counsel/Corporate | 9.30 | $630.00 | $5,859.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate | 2.80 | $695.00 | $1,946.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate | 1.30 | $755.00 | $981.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 10.50 | $270.00 | $2,835.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.40 | $250.00 | $600.00 |
| Pagano, Jamie J. | N/A | Paralegal/Litigation | 0.30 | $300.00 | $90.00 |
| **TOTAL FEES** | | | **335.30** | | **$221,556.50** |
| **Attorney Blended Rate** | | | | | **$676.91** |

\*        Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | | | |

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 02/05/19 | DC | Review docket, update critical dates memo and attorney calendar | 0.20 | $54.00 |
| B110 | 02/07/19 | DC | Tend to filing Affidavit of Service for BMC | 0.10 | $27.00 |
| B110 | 02/21/19 | TJF | Review Delinquency Notice for UST Fees that were paid | 0.20 | $94.00 |
| B110 | 02/22/19 | DC | Review and file Monthly Operating Report for January 2019 and confer with C. O'Callaghan and T. Freedman re: same | 0.20 | $54.00 |
| B110 | 02/22/19 | TJF | Review and approve January Monthly Operating Report | 0.30 | $141.00 |
| B110 | 02/28/19 | DC | Tend to filing several Affidavits of Service received by BMC Group | 0.30 | $81.00 |
| B110 | 02/28/19 | DC | Review docket, update critical dates memo and attorney calendar | 0.30 | $81.00 |
| | | | **Total B110 - Case Administration** | 1.60 | $532.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 02/19/19 | DAS | Review and revise draft form of mortgage; e-mails re: same | 2.80 | $1,946.00 |
| | | | **Total B130 - Asset Disposition** | 2.80 | $1,946.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 02/05/19 | EBL | Prepare and e-file CNO to LS second monthly fee statement | 0.30 | $75.00 |
| B160 | 02/05/19 | JDP | Review and edit CNO for December fee statement | 0.20 | $179.00 |
| B160 | 02/27/19 | JDP | Review and edit January pre-bill | 1.00 | $895.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B160 - Fee/Employment Applications** | 1.50 | $1,149.00 |

<u>B165 Employment and Retention Applications - Others</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 02/05/19 | TJF | Confer with J. Sponder re: retention of Mazars; review e-mail to W. Deere re: objection to Mazars is resolved | 0.20 | $94.00 |
| B165 | 02/07/19 | TJF | E-mail exchange with J. Cooper re: appeal | 0.20 | $94.00 |
| B165 | 02/08/19 | TJF | Review Appeal Brief of United States Trustee to retention of Futures Representative | 0.50 | $235.00 |
| B165 | 02/28/19 | TJF | Review and forward Amended Order on OCP compensation | 0.20 | $94.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 1.10 | $517.00 |

<u>B175 Fee Applications and Invoices - Others</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 02/05/19 | EBL | E-mails with T. Freedman and J. Prol re: Getzler's December 2018 fee statement | 0.20 | $50.00 |
| B175 | 02/05/19 | TJF | Review and approve CNO for filing; confer with C. O'Callaghan re: payments to professionals | 0.20 | $94.00 |
| B175 | 02/06/19 | EBL | Finalize, efile and serve Getzler Henrich's second monthly fee statement; e-mails and discussions with M. Podgainy and T. Freedman re : same | 1.20 | $300.00 |
| B175 | 02/06/19 | TJF | Review Getzler Henrich December fee statement, confer with M. Podgainy re: same; confer with B. Lawler re: filing of fee application | 0.40 | $188.00 |
| B175 | 02/06/19 | TJF | Review certificates of no objections and requests for payment | 0.20 | $94.00 |
| B175 | 02/10/19 | TJF | Review file re: fee payments CNOs | 0.20 | $94.00 |
| B175 | 02/11/19 | EBL | Review and respond to e-mail from T. Freedman re: CNOs filed by other professionals | 0.20 | $50.00 |
| B175 | 02/11/19 | TJF | Review docket re: Certificate of No Objections to December Fee Monthly and confer with B. Lawler re: same | 0.20 | $94.00 |
| B175 | 02/12/19 | TJF | Tend to payment of fees for Debtors' professionals | 0.20 | $94.00 |
| B175 | 02/18/19 | TJF | Tend to GH January fee application | 0.20 | $94.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 02/19/19 | EBL | Prepare (.2) and e-file (.2) CNO to Getzler's seond monthly fee statement; e-mail to client requesting payment re: same (.1) | 0.50 | $125.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 3.70 | $1,277.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 02/04/19 | DC | Review docket and update deadlines re: lease rejection | 0.10 | $27.00 |
| B185 | 02/05/19 | TJF | Review order granting motion to extend Debtors time to assume or reject unexpired leases of nonresidential real property | 0.10 | $47.00 |
| B185 | 02/12/19 | TJF | Confer with C. O'Callaghan re: rejection of leases | 0.20 | $94.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.40 | $168.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B195 | 02/20/19 | TJF | Travel to mediation | 1.00 | $235.00 |
| | | | **Total B195 - Non-Working Travel** | 1.00 | $235.00 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 02/13/19 | SSY | Confer with J. Prol re: timing for completion of exit financing and correspondence to R. Stehl re: same | 0.30 | $226.50 |
| B230 | 02/14/19 | SSY | Confer with R. Stehl re: updating Bank of America checklist for exit financing; review existing status of Bank of America checklist | 1.00 | $755.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 1.30 | $981.50 |

B240 Tax Issues

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B240 | 02/11/19 | TJF | Confer with C. O'Callaghan re: tax claims | 0.30 | $141.00 |
| B240 | 02/22/19 | TJF | E-mail exchange with client re:  tax claims | 0.30 | $141.00 |
| | | | **Total B240 - Tax Issues** | 0.60 | $282.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 02/01/19 | TJF | Drafting claims objection motion | 1.30 | $611.00 |
| B310 | 02/01/19 | TJF | Telephone call to D. Montgomery re: SMART | 0.10 | $47.00 |
| B310 | 02/05/19 | JDP | Review and analyze SMART proof of claim | 1.00 | $895.00 |
| B310 | 02/05/19 | JDP | Confer with client re: IP litigation claim by SMART | 0.20 | $179.00 |
| B310 | 02/05/19 | JDP | E-mails to/from IP and labor counsel re: SMART claim | 0.30 | $268.50 |
| B310 | 02/05/19 | TJF | Review SMART proof of claim; draft claims objections to SMART | 1.30 | $611.00 |
| B310 | 02/05/19 | TJF | Review and respond to e-mail conversations re: SMART claim background and mediation of Insurers' plan objections | 0.50 | $235.00 |
| B310 | 02/06/19 | DL | Confer with J. Prol (.2); review proof of claim (1.5); analysis and advice to J. Prol (.5) | 2.20 | $1,881.00 |
| B310 | 02/06/19 | JDP | Participate in call with client and professionals re: SMART claim | 1.00 | $895.00 |
| B310 | 02/06/19 | JDP | Confer with D. Leit re: SMART claim | 0.30 | $268.50 |
| B310 | 02/06/19 | TJF | Prepare for and attend call on SMART objection (1.2) and review related  documents (.8) | 2.00 | $940.00 |
| B310 | 02/07/19 | DL | Call with D. Krupnik (.5); call with J. Prol (.3); analysis of case based on revised facts (1.8) | 2.60 | $2,223.00 |
| B310 | 02/07/19 | JDP | E-mails and telephone conferences with interested parties to arrange for mediation | 0.80 | $716.00 |
| B310 | 02/07/19 | JDP | Call with counsel to committee and legal rep re: North River request to mediate | 0.60 | $537.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 02/07/19 | JDP | Telephone conference with R. Hinden re: North River request to mediate | 0.20 | $179.00 |
| B310 | 02/07/19 | TJF | Review ongoing e-mails re: mediation details | 0.30 | $141.00 |
| B310 | 02/07/19 | TJF | Review detailed summary and documents regarding the manufacturing of access doors | 1.30 | $611.00 |
| B310 | 02/07/19 | TJF | Drafting and researching claims objection motion | 2.00 | $940.00 |
| B310 | 02/08/19 | DL | Review information from client (1.0); analysis of trademark claim issues (2.0) | 3.00 | $2,565.00 |
| B310 | 02/08/19 | JDP | Compile materials for Judge Sherwood for mediation | 0.80 | $716.00 |
| B310 | 02/08/19 | JDP | Draft update to client re: claims estimation decision, mediation and strategy moving forward | 0.30 | $268.50 |
| B310 | 02/08/19 | JDP | E-mails and telephone conferences to arrange for mediation | 0.50 | $447.50 |
| B310 | 02/08/19 | JDP | Telephone conference with J. Sherwood re: mediation re: North River claim | 0.40 | $358.00 |
| B310 | 02/08/19 | JDP | E-mails to/from parties in interest re: mediation with North River; telephone conferences with interested parties to arrange mediation | 0.70 | $626.50 |
| B310 | 02/08/19 | TJF | Review e-mails re: scheduling mediation with Judge Sherwood | 0.30 | $141.00 |
| B310 | 02/08/19 | TJF | Listen to Judge Kaplan's recorded decision on North River's 3018 motion (.3); review and respond to e-mail requesting summary of same (.1); draft quick summary of decision (.4); review e-mail from J. Prol re: decision and strategy on confirmation issues (.2); review related order (.2) | 1.20 | $564.00 |
| B310 | 02/08/19 | TJF | Review continued e-mail discussion re: historical information on SMART claim | 0.30 | $141.00 |
| B310 | 02/09/19 | TJF | Research and draft pleadings re: confirmation | 6.00 | $2,820.00 |
| B310 | 02/09/19 | TJF | Review file re: confirmation brief issues, and SMART objection | 2.00 | $940.00 |
| B310 | 02/10/19 | TJF | Research and draft pleadings in support of confirmation, claims objejctions and SMART objections | 8.00 | $3,760.00 |
| B310 | 02/11/19 | DL | Correspondence with client and J. Prol (.3); analysis of trademark issues (1.0) | 1.30 | $1,111.50 |
| B310 | 02/11/19 | JDP | Review pleadings to provide to Judge Sherwood to prepare for mediation; e-mail to parties in interest re: same | 0.30 | $268.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 02/11/19 | MH | Review proof of claim and e-mails for preparation of response | 0.30 | $189.00 |
| B310 | 02/11/19 | TJF | Research re: escrow for disputed claims | 2.00 | $940.00 |
| B310 | 02/11/19 | TJF | Continued discussion with plan proponents re: DD/North River Mediation | 0.20 | $94.00 |
| B310 | 02/11/19 | TJF | Review e-mails from C. Malone re: analysis of Duro Dyne/North River Pre-Petition Defense Cost Claim | 0.30 | $141.00 |
| B310 | 02/12/19 | JDP | E-mails to/from Debtors' professionals re: SMART claim | 0.20 | $179.00 |
| B310 | 02/12/19 | TJF | E-mail with K. Weltsch re: SMART claims/strategy conference call | 0.20 | $94.00 |
| B310 | 02/13/19 | DL | Calls with J. Prol and clients (.5); work on objection to proof of claim (2.0); analysis of contracts (.5); instructions to M. Hintz re: SMART objection (1.5) | 4.50 | $3,847.50 |
| B310 | 02/13/19 | JDP | Participate in call with client and professionals re: SMART claim | 0.70 | $626.50 |
| B310 | 02/13/19 | JDP | Draft e-mails to Judge Sherwood re: mediation; forward background materials | 0.40 | $358.00 |
| B310 | 02/13/19 | JDP | Prepare for call with client re: SMART claim | 0.30 | $268.50 |
| B310 | 02/13/19 | JDP | Follow-up call with K. Weltsch re: SMART claim | 0.20 | $179.00 |
| B310 | 02/13/19 | TJF | Telephone call with client and IP counsel re: objection to SMART claim | 0.80 | $376.00 |
| B310 | 02/14/19 | DL | Analysis of TM issues (.8); confer with J. Prol (.2) | 1.00 | $855.00 |
| B310 | 02/15/19 | DL | Analysis of sales spreadsheets and calls with Cris O'Callaghan (1.5); instructions to M Hintz re: SMART objection (.5) | 2.00 | $1,710.00 |
| B310 | 02/18/19 | MH | Research for and prepare draft answer for SMART Proof of Claim | 6.60 | $4,158.00 |
| B310 | 02/19/19 | DL | Review of objection to proof of claim (1.0); call with opposing counsel (.4); instructions to M. Hintz; confer with J. Prol and T. Freedman (.2) | 1.40 | $1,197.00 |
| B310 | 02/19/19 | JDP | Telephone conference with Smart's counsel re: resolution of proof of claim | 0.40 | $358.00 |
| B310 | 02/19/19 | JDP | Follow-up call with D. Leit re: SMART claim | 0.20 | $179.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 02/19/19 | JDP | Draft e-mail to client re: discussions re: resolution of SMART claim | 0.20 | $179.00 |
| B310 | 02/19/19 | JDP | Prepare for mediation with North River | 1.00 | $895.00 |
| B310 | 02/19/19 | TJF | Review and respond to DD/North River Mediation related e-mails | 0.30 | $141.00 |
| B310 | 02/20/19 | DL | Review and revise objection to SMART proof of claim | 3.30 | $2,821.50 |
| B310 | 02/20/19 | JDP | Confer with court and client re: mediation | 0.40 | $358.00 |
| B310 | 02/20/19 | JDP | Telephone conference with R. Hinden re: North River mediation | 0.20 | $179.00 |
| B310 | 02/20/19 | MH | Research for and revise draft Objection to SMART Proof of Claim; e-mail to D. Leit | 2.40 | $1,512.00 |
| B310 | 02/20/19 | TJF | Attend mediation regarding North River's Claim | 2.00 | $940.00 |
| B310 | 02/20/19 | TJF | Draft e-mail to clients re: results of mediation | 0.50 | $235.00 |
| B310 | 02/21/19 | DL | Review and revise objections to SMART proof of claim (1.5); correspondence with clients (.5) | 2.00 | $1,710.00 |
| B310 | 02/21/19 | JDP | Review and edit objection to SMART claim | 2.00 | $1,790.00 |
| B310 | 02/21/19 | TJF | Review draft objection to SMART proof of claim (.4); review e-mails re:  SMART proof of claim and updated client information (.5) | 0.90 | $423.00 |
| B310 | 02/22/19 | DL | Office conference with J. Prol (.2); analysis of spreadsheets on damages (.5); draft additions to objection to SMART proof of claim (3.0); correspondence with clients(.5); call with P. Rosetto (.5) | 4.70 | $4,018.50 |
| B310 | 02/22/19 | JDP | Telephone conference with D. Leit re: filing objection to SMART claim | 0.20 | $179.00 |
| B310 | 02/23/19 | TJF | Research and draft response to SMART objection | 1.20 | $564.00 |
| B310 | 02/24/19 | DL | Revise objection to SMART proof of claim | 2.00 | $1,710.00 |
| B310 | 02/25/19 | DL | Site visit and meeting with clients (5.5); revise SMART objection (1.0); correspondence with J. Prol (.5) | 7.00 | $5,985.00 |
| B310 | 02/26/19 | DL | Revise objection to SMART proof of claim (2.0); confer with J. Prol re: prep for hearing (.4) | 2.40 | $2,052.00 |
| B310 | 02/28/19 | DL | Correspondence with opposing counsel (1.5); confer with J. Prol (.5) | 2.00 | $1,710.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 02/28/19 | JDP | Confer with P. Rosetto and D. Leit re: producing back up for SMART claim to SMART's counsel | 0.30 | $268.50 |
| B310 | 02/28/19 | JDP | Telephone conference with D. Stolz re: addressing SMART claim at confirmation hearing | 0.20 | $179.00 |
| B310 | 02/28/19 | JDP | Review and and analyze SMART settlement proposal | 0.50 | $447.50 |
| B310 | 02/28/19 | TJF | Draft objection to Federal proof of claim | 1.30 | $611.00 |
| B310 | 02/28/19 | TJF | Confer with J. Prol re: hearing on SMART claim | 0.10 | $47.00 |
| B310 | 02/28/19 | TJF | Review e-mails regarding additional evidence and settlement proposal from SMART | 0.40 | $188.00 |
| | | | **Total B310 - Claims Administration and Objections** | 102.30 | $71,798.00 |

<u>B320 Plan and Disclosure Statement (including Business Plan)</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 02/01/19 | JDP | Review Plant Insulation decision approving confirmation of similar plan | 1.20 | $1,074.00 |
| B320 | 02/01/19 | TJF | Multiple calls with C. O'Callaghan re: confirmation prep | 0.30 | $141.00 |
| B320 | 02/01/19 | TJF | Review revised plan documents including claimant release, TDP and Trust Agreement | 1.00 | $470.00 |
| B320 | 02/04/19 | JDP | Prepare for confirmation hearing | 3.00 | $2,685.00 |
| B320 | 02/05/19 | TJF | Confer with J. Prol re: stratgey North River's class 6 claim for pre-petition defense costs | 0.20 | $94.00 |
| B320 | 02/06/19 | DC | Review and circulate Objections filed to confirmation of plan | 0.10 | $27.00 |
| B320 | 02/06/19 | TJF | Review SMART objection to Plan | 0.40 | $188.00 |
| B320 | 02/06/19 | TJF | Draft and research Motion to extend exclusivity and confirmation brief | 2.50 | $1,175.00 |
| B320 | 02/07/19 | DC | Discussions with T. Freedman re: solicitation deadlines and update calendar accordingly | 0.20 | $54.00 |
| B320 | 02/07/19 | TJF | Create overview of analysis and strategy re: claims objections and confirmation issues | 0.60 | $282.00 |
| B320 | 02/08/19 | DC | Review and circulate Objections to Second Amended Plan | 0.20 | $54.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B320 | 02/08/19 | JDP | Draft update e-mail to client | 0.30 | $268.50 |
| B320 | 02/08/19 | JDP | Download and preliminary review of confirmation objections and UST appeal brief; forward to client and co-counsel | 1.20 | $1,074.00 |
| B320 | 02/08/19 | JDP | Attention to confirmation issues | 2.00 | $1,790.00 |
| B320 | 02/08/19 | TJF | Review objections to Plan filed by Trustee and North River | 2.00 | $940.00 |
| B320 | 02/08/19 | TJF | Researching various confirmation issues | 1.00 | $470.00 |
| B320 | 02/09/19 | JDP | Review confirmation objections | 2.00 | $1,790.00 |
| B320 | 02/11/19 | JDP | Review and analyze insurers objection to confirmation | 1.50 | $1,342.50 |
| B320 | 02/11/19 | JDP | E-mails to/from client re: objections to confirmation and process | 0.20 | $179.00 |
| B320 | 02/11/19 | JDP | E-mails to/from D. Montgomery re: post-confirmation corporate structure/union issues | 0.30 | $268.50 |
| B320 | 02/11/19 | TJF | Participate in e-mail discussion with plan proponents re: confirmation /labor issues | 0.30 | $141.00 |
| B320 | 02/12/19 | JDP | Begin review of UST objection to confirmation | 1.50 | $1,342.50 |
| B320 | 02/12/19 | JDP | E-mails from/to client re: confirmation process | 0.20 | $179.00 |
| B320 | 02/12/19 | TJF | Research re: confirmation issues | 2.00 | $940.00 |
| B320 | 02/12/19 | TJF | Review and respond to e-mails with J. Cooper regarding confirmation and related issues | 0.10 | $47.00 |
| B320 | 02/12/19 | TJF | Review and respond to e-mails with C. Malone regarding confirmation and related issues | 0.10 | $47.00 |
| B320 | 02/12/19 | TJF | Review Joinders of North River and MidStates to Objections to Second Amended Plan | 0.30 | $141.00 |
| B320 | 02/13/19 | JDP | Review confirmation objections; develop strategy and outline for response | 4.00 | $3,580.00 |
| B320 | 02/13/19 | JDP | Call with plan proponents to discuss plan objections | 0.60 | $537.00 |
| B320 | 02/13/19 | TJF | Research and draft confirmation brief and objections to claims(4.5); attend conference all with Plan Proponents re: briefing on plan objections (1.0) | 5.50 | $2,585.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 02/13/19 | TJF | Review and respond to ongoing e-mails and discussions e-mails re: SMART objection | 1.50 | $705.00 |
| B320 | 02/14/19 | JDP | Prepare for confirmation hearing; research re: confirmation issues, draft inserts to confirmation brief and affidavit in support | 4.50 | $4,027.50 |
| B320 | 02/14/19 | TJF | Reseach and draft response to plan objections | 5.00 | $2,350.00 |
| B320 | 02/14/19 | TJF | Review and respond to e-mails re: plan objections and related claim issues | 0.50 | $235.00 |
| B320 | 02/15/19 | JDP | Draft affidavit and brief in support of confirmation | 4.50 | $4,027.50 |
| B320 | 02/15/19 | TJF | Researching and drafting Debtors' response to the UST's objection and North River's objection to Plan; review e-mails re: IP issues | 6.50 | $3,055.00 |
| B320 | 02/16/19 | JDP | Draft affidavit and brief in support of confirmation | 3.50 | $3,132.50 |
| B320 | 02/16/19 | TJF | Research and draft Debtors' response to the UST's objection and North River's objection to Plan; review certification of M. Podgainy; research claims and e-mail M. Podgainy and C. O'Callaghan re: same | 8.00 | $3,760.00 |
| B320 | 02/17/19 | TJF | Research and draft Debtors' response to the UST's objection and North River's objection to Plan; drafting confirmation brief | 7.80 | $3,666.00 |
| B320 | 02/18/19 | JDP | Prepare for confirmation hearing | 5.00 | $4,475.00 |
| B320 | 02/18/19 | TJF | Confer with C. O'Callaghan and review Bank of America fees for new loan | 0.30 | $141.00 |
| B320 | 02/18/19 | TJF | Research substantive consolidation and cramdown issues | 3.80 | $1,786.00 |
| B320 | 02/18/19 | TJF | Review Podgainy Cert. and discuss same with J. Prol | 0.30 | $141.00 |
| B320 | 02/19/19 | JDP | Review and edit brief in support of confirmation | 4.00 | $3,580.00 |
| B320 | 02/19/19 | TJF | Review revised Ohio mortgage and related e-mails | 0.30 | $141.00 |
| B320 | 02/19/19 | TJF | Review file and forward Note Issuance and Security Agreement and Trust Note to D. Suckerman | 0.30 | $141.00 |
| B320 | 02/19/19 | TJF | Review and respond to e-mails and various related documents re: SMART Objection | 0.40 | $188.00 |
| B320 | 02/19/19 | TJF | Continued discussions with plan proponents re: Hartford Settlement Motion, confirmation prep; briefing strategy, SMART objection | 1.00 | $470.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 02/19/19 | TJF | Revise certification of M. Podgainy | 1.00 | $470.00 |
| B320 | 02/20/19 | JDP | Prepare for confirmation hearing | 2.50 | $2,237.50 |
| B320 | 02/20/19 | TJF | Review draft of Agenda for Confirmation Hearing | 0.10 | $47.00 |
| B320 | 02/20/19 | TJF | Review comments on Confirmation Objections from M. Silvershotz | 0.30 | $141.00 |
| B320 | 02/20/19 | TJF | Review and Response to Confirmation Objections as per J. Prol comments; research re: same | 3.00 | $1,410.00 |
| B320 | 02/20/19 | TJF | E-mail with C. Malone re: calculation as to future asbestos claims | 0.30 | $141.00 |
| B320 | 02/21/19 | TJF | Telephone call and e-mail with C. O'Callaghan re: various plan issues and effective date | 0.30 | $141.00 |
| B320 | 02/21/19 | TJF | Review Amended Exhibit A to the U.S. Trustee's Objection to Confirmation | 0.10 | $47.00 |
| B320 | 02/21/19 | TJF | E-mail exchange with J. Liesemer re: status of brief and structure | 0.30 | $141.00 |
| B320 | 02/21/19 | TJF | Research re: confirmation brief and response to objections; confer with J. Prol re: same | 4.30 | $2,021.00 |
| B320 | 02/22/19 | JDP | E-mails from/to G. Calhoun, committee and legal representative re: confirmation hearing | 0.30 | $268.50 |
| B320 | 02/22/19 | JDP | Review and edit confirmation brief and supporting documents | 6.50 | $5,817.50 |
| B320 | 02/22/19 | TJF | Draft and revise pleadings in support of confirmation and in response to objections; confer with J. Prol re: confirmation | 5.00 | $2,350.00 |
| B320 | 02/22/19 | TJF | Draft Podgainy Cert. in support of confirmation | 0.50 | $235.00 |
| B320 | 02/22/19 | TJF | Confer with C. O'Callaghan re: financial information related to confirmation details | 0.20 | $94.00 |
| B320 | 02/23/19 | JDP | Review and edit confirmation brief and supporting documents | 7.00 | $6,265.00 |
| B320 | 02/23/19 | TJF | Draft pleadings in support of confirmation and in response to objections | 8.00 | $3,760.00 |
| B320 | 02/23/19 | TJF | Discussions with client and C. O'Callaghan for additional financial information | 0.20 | $94.00 |
| B320 | 02/23/19 | TJF | Research sec. 1129 plan issues | 2.10 | $987.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 02/23/19 | TJF | Draft Plan Supplement | 0.50 | $235.00 |
| B320 | 02/24/19 | TJF | Draft pleadings in support of confirmation and in response to objections | 8.00 | $3,760.00 |
| B320 | 02/25/19 | DC | Review Amended Plan Supplement, retrieve schedules to same and confer with T. Freedman re: final draft with attachments | 1.30 | $351.00 |
| B320 | 02/25/19 | JDP | Review and edit confirmation brief and supporting affidavits; prepare for confirmation hearing | 13.00 | $11,635.00 |
| B320 | 02/25/19 | TJF | Confer with J. Prol re:  confirmation stategy | 0.30 | $141.00 |
| B320 | 02/25/19 | TJF | Draft and revise pleadings in support of confirmation | 9.70 | $4,559.00 |
| B320 | 02/26/19 | AW | Office conference with M. Fernicola re: corporate documents | 0.20 | $181.00 |
| B320 | 02/26/19 | DC | Tend to filing Objection to SMART Proof of Claim | 0.20 | $54.00 |
| B320 | 02/26/19 | DC | Prepare exhibits to Amended Plan Supplement and Certification of M. Podgainy (1.2), meet with T. Freedman to review and revise same (.30) and tend to electronic filing and service with the Court (1.0) | 2.50 | $675.00 |
| B320 | 02/26/19 | JDP | Review and revise confirmation brief and supporting documents; prepare for confirmation hearing | 10.00 | $8,950.00 |
| B320 | 02/26/19 | TJF | Revise pleadings in support of confirmation and in response to objections; confer with J. Prol re:  pleadings in support of confirmation | 7.30 | $3,431.00 |
| B320 | 02/26/19 | TJF | Discussions with client and C. O'Callaghan re: financial information related to confirmation | 0.40 | $188.00 |
| B320 | 02/26/19 | TJF | Review and respond to e-mails re:  briefing and related confirmation issues | 0.80 | $376.00 |
| B320 | 02/27/19 | DC | Coordinate service of Plan Supplement and related documents | 0.30 | $81.00 |
| B320 | 02/27/19 | JDP | Participate in strategy call with plan proponents re: confirmation | 1.00 | $895.00 |
| B320 | 02/27/19 | JDP | E-mails from/to C. O'Callaghan re: feasibility and implementation of the plan | 0.30 | $268.50 |
| B320 | 02/27/19 | JDP | Prepare for confirmation hearing | 5.50 | $4,922.50 |
| B320 | 02/27/19 | TJF | Confer with J. Prol re: confirmation strategy; working with client and C. O'Callaghan re: trust  funding information | 0.50 | $235.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 02/27/19 | TJF | Review e-mails re: Duro Dyne TDP and Trust Agreement | 0.30 | $141.00 |
| B320 | 02/27/19 | TJF | Continue to prepare for confirmation | 1.00 | $470.00 |
| B320 | 02/27/19 | TJF | Attend call re: confirmation hearing prep/ strategy session | 0.90 | $423.00 |
| B320 | 02/28/19 | JDP | Prepare for confirmation hearing | 6.50 | $5,817.50 |
| B320 | 02/28/19 | JDP | Review and edit motion to extend exclusivity | 0.70 | $626.50 |
| B320 | 02/28/19 | JJP | Review correspondence from J. Prol and create new Sharefile links for prior production sets | 0.30 | $90.00 |
| B320 | 02/28/19 | TJF | Finalize motion to extend exclusivity | 0.80 | $376.00 |
| B320 | 02/28/19 | TJF | E-mail exchange with D. Claussen and D. Leit re: presentation of evidence at hearing on confirmation | 0.20 | $94.00 |
| B320 | 02/28/19 | TJF | Revise Plan to conform with concessions to confirmation objections | 0.80 | $376.00 |
| B320 | 02/28/19 | TJF | Review and respond to continued updates on confirmation prep | 0.30 | $141.00 |

|  |  |  | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 207.60 | $136,088.00 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 02/08/19 | JDP | Listen to bench opinion on claims estimation | 0.30 | $268.50 |
| B430A | 02/13/19 | DC | Confer with B. Ribadeneyra re: preparation of hearing binder for confirmation hearing and forward objections for same | 0.50 | $135.00 |
| B430A | 02/20/19 | DC | Prepare draft Agenda for Confirmation Hearing | 1.10 | $297.00 |
| B430A | 02/21/19 | DC | Coordinate with B. Ribadeneyra re: hearing binder for 3/6/19 | 0.40 | $108.00 |
| B430A | 02/27/19 | DC | Revise Notice of Agenda for 3/6/19 hearing | 0.50 | $135.00 |
| B430A | 02/27/19 | DC | Review chambers rules re: electronic display at hearing and confer with courtroom deputy re: same | 0.30 | $81.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 02/28/19 | DC | Prepare PowerPoint presentation for photo display at the confirmation hearing and coordinate with the court re: same | 1.10 | $297.00 |
| | | | **Total B430A - Court Hearings** | 4.20 | $1,321.50 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 02/01/19 | JDP | Review settlement agreement with Hartford | 1.50 | $1,342.50 |
| B460 | 02/01/19 | TJF | Review Hartford's final comments on the settlement agreement and comments related thereto | 0.40 | $188.00 |
| B460 | 02/04/19 | JDP | Continued review of Hartford settlement agreement and draft order approving settlement | 1.50 | $1,342.50 |
| B460 | 02/04/19 | TJF | Review J. Liesemer's edits re: Munich Agreement | 0.20 | $94.00 |
| B460 | 02/07/19 | TJF | Review J. Liesemer's edits to the Hartford agreement and e-mails regarding finalization of Hartford agreement | 0.30 | $141.00 |
| B460 | 02/11/19 | JDP | Review revised Hartford settlement agreement; forward to client for review/signature | 0.20 | $179.00 |
| B460 | 02/19/19 | TJF | Review Hartford settlement and related e-mails | 0.30 | $141.00 |
| B460 | 02/21/19 | TJF | Review Motion to Approve Hartford Agreement | 0.30 | $141.00 |
| B460 | 02/22/19 | DC | Coordinate service of Motions to Approve Settlement with BMC Group | 0.20 | $54.00 |
| B460 | 02/22/19 | JDP | Review motion to approve Hartford settlement and supporting documents | 1.20 | $1,074.00 |
| B460 | 02/24/19 | DC | Review and download Motion to Approve Settlement with Hartford, Motions and Order Shortening Time | 0.40 | $108.00 |
| B460 | 02/28/19 | JDP | E-mails from/to committee and legal rep counsel re: insurance settlements | 0.30 | $268.50 |
| B460 | 02/28/19 | TJF | Review strategy discussion re: Munich settlement agreement | 0.40 | $188.00 |
| | | | **Total B460 - Other - Insurance Matters** | 7.20 | $5,261.50 |

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 1.60 | $532.00 |
| B130 | Asset Disposition | 2.80 | $1,946.00 |
| B160 | Fee/Employment Applications | 1.50 | $1,149.00 |
| B165 | Employment and Retention Applications - Others | 1.10 | $517.00 |
| B175 | Fee Applications and Invoices - Others | 3.70 | $1,277.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.40 | $168.00 |
| B195 | Non-Working Travel | 1.00 | $235.00 |
| B230 | Financing/Cash Collateral | 1.30 | $981.50 |
| B240 | Tax Issues | 0.60 | $282.00 |
| B310 | Claims Administration and Objections | 102.30 | $71,798.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 207.60 | $136,088.00 |
| B430A | Court Hearings | 4.20 | $1,321.50 |
| B460 | Other - Insurance Matters | 7.20 | $5,261.50 |
|  | **Total** | **335.30** | **$221,556.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $5,570.62 |
| Telecommunications | $177.86 |
| Transcript charges | $1,479.70 |
| Travel | $79.96 |
| Meals | $26.58 |
| **Total Disbursements** | **$7,334.72** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/25/19 | Meals (out of town travel)  VENDOR: Leit, David INVOICE#: 3137703503050205 DATE: 3/5/2019   ; 02/25/19; Breakfast with David Leit; Trip to Duro Dyne facility for site visit | $11.25 |
| 02/25/19 | Meals (out of town travel)  VENDOR: Leit, David INVOICE#: 3137703503050205 DATE: 3/5/2019   ; 02/25/19; Lunch with David Leit; Trip to Duro Dyne facility for site visit | $15.33 |
| 02/27/19 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D. INVOICE#: 3136736503010201 DATE: 2/28/2019   ; 02/27/19; Telecom - Other; February 2019 Cell Phone Bill | $177.86 |
| 01/31/19 | Transcript Charges  VENDOR: J & J Court Transcribers Inc.; INVOICE#: 2019-00666; DATE: 4/4/2019 - Fee for transcript | $78.30 |
| 02/14/19 | Transcript Charges  VENDOR: Planet Depos LLC; INVOICE#: 258728; DATE: 2/14/2019 Transcript Charges | $1,401.40 |
| 02/25/19 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Leit, David INVOICE#: 3137703503050205 DATE: 3/5/2019   ; 02/25/19; Public Transit; FROM: Penn Station NY; TO: Deer Park; Trip to Duro Dyne facility for site visit | $32.00 |
| 02/25/19 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Leit, David INVOICE#: 3137703503050205 DATE: 3/5/2019   ; 02/25/19; Public Transit; FROM: Maplewood; TO: NY Penn Station; Trip to Duro Dyne facility for site visit | $15.50 |
| 02/20/19 | Local Travel  VENDOR: Terri Freedman INVOICE#: 3104658903130205 DATE: 3/13/2019   ; 02/20/19; Parking; Attend mediation with Judge Sherwood | $19.00 |
| 02/20/19 | Local Travel  VENDOR: Terri Freedman INVOICE#: 3104658903130205 DATE: 3/13/2019   ; 02/20/19; Mileage; FROM: Roseland; TO: Newark; Attend mediation with Judge Sherwood | $13.46 |
| 02/11/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-8.00; LA DOCUMENT ACCESS-7.00; ; | $688.73 |
| 02/15/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: BRIEFS PLEADINGS MOTIONS; Charge Type: LA DOCUMENT ACCESS-8.00; LA ACCESS CHARGE-8.00; LA DOCUMENT ACCESS-5.00; ; | $1,537.38 |
| 02/16/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-2.00; LA DOCUMENT ACCESS-1.00; ; | $170.58 |
| 02/17/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-6.00; LA DOCUMENT ACCESS-15.00; ; | $537.34 |
| 02/18/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-5.00; LA DOCUMENT ACCESS-11.00; ; | $444.59 |
| 02/20/19 | Computerized legal research: Lexis:  User: FREEDMAN, | $1,026.70 |

| | | |
|---|---|---|
| | TERRI; Service: BRIEFS PLEADINGS MOTIONS; Charge Type: LA DOCUMENT ACCESS-1.00; LA ACCESS CHARGE-9.00; LA DOCUMENT ACCESS-27.00; ; | |
| 02/21/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-5.00; LA DOCUMENT ACCESS-12.00; ; | $446.72 |
| 02/22/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-2.00; LA DOCUMENT ACCESS-2.00; ; | $172.71 |
| 02/23/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: LA ACCESS CHARGE-6.00; LA DOCUMENT ACCESS-19.00; ; | $545.87 |
| | Total Disbursements | $7,334.72 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**