**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE
CONSOLIDATED FIRST FEE STATEMENT OF ANDERSON KILL P.C.
FOR THE PERIOD OF DECEMBER 13, 2018 THROUGH MARCH 31, 2019**

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Order Authorizing Debtors To Employ and Compensate Ordinary Course Professionals* entered on November 1, 2018 [Docket No. 242] and the *Amended Order Authorizing The Debtors To Employ and Compensate Ordinary Course Professionals* [Docket No. 491] (collectively, the "OCP Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

3. On April 12, 2019, Anderson Kill P.C. filed its *First Consolidated Fee Statement of Anderson Kill P.C. for the Period of December 13, 2018 through March 31, 2019* (the "Consolidated First Statement") [Docket No. 612].

4. My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Consolidated First Statement appears thereon. To the best of my knowledge, no answer, objection, or other responsive pleading to the Consolidated First Statement has been filed or served.

5. Pursuant to the OCP Order, the Debtors are authorized to pay *Anderson Kill P.C.* 100% of its fees in the amount of $149,639.50, requested in the Consolidated First Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Consolidated First Statement.

Dated: April 25, 2019                        Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*