|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1 | Hearing Date: June 3, 2019 at 10:00 a.m. <br> Objection Deadline: May 27, 2019 at 5:00 p.m. |
| **LOWENSTEIN SANDLER LLP** <br> Kenneth A. Rosen, Esq. <br> Jeffrey D. Prol, Esq. <br> One Lowenstein Drive <br> Roseland, New Jersey 07068 <br> Tel: (973) 597-2500 <br> Fax: (973) 597-2400 <br><br> *Counsel to the Debtors and Debtors in Possession* |  |
| **In re:** <br><br> **Duro Dyne National Corp., *et al.*[1]** <br><br> **Debtors.** | **Chapter 11** <br><br> **Case No. 18-27963 (MBK)** <br> **Judge Michael B. Kaplan** <br><br> **(Jointly Administered)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

To: Euler Hermes N.A. Insurance Co., Agent of Dynamic Metals Inc.
800 Red Brook Blvd
Owings Mills, MD 2111

    The Debtors have filed the enclosed First Omnibus (Non-Substantive) Objection to Proofs of Claim [Dkt. No. <u>628</u>] ("<u>Objection</u>") which may alter your rights by disallowing any claims which have been satisfied in full pursuant to a prior order of this Court dated October 1, 2018 [Dkt. No. 127].

    If you disagree with the Objection, you must file a written response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before May 27, 2019 5:00 p.m.

    At the same time, you must also serve a copy of the response upon Debtors' attorney: Jeffrey D. Prol, Esq., One Lowenstein Drive, Roseland, New Jersey 07068.

    If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Michael B. Kaplan, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, courtroom no. 8, 402 East State Street, Trenton, NJ 08608 on June 3, 2019 at 10:00 a.m.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*new.11/4/16*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).