THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone:  (973) 813-7227
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Co-Counsel for the Official Committee of Asbestos Claimants*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |

## FIFTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM MARCH 1, 2019, THROUGH MARCH 31, 2019

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fifth monthly fee statement[2] for the period commencing March 1, 2019, through March 31, 2019 (the "**Fifth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1]     The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]     Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Second Fee Statement, if any, are due by May 5, 2019.

Dated:  April 25, 2019                    By:  /s/ James P. Wehner
                                               James P. Wehner, Esq. (admitted *pro hac vice*)
                                               Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                               One Thomas Circle, N.W., Suite 1100
                                               Washington, DC 20005
                                               Telephone:  (202) 862-5000
                                               Facsimile: (202) 429-3301
                                               jwehner@capdale.com
                                               jliesemer@capdale.com

                                               *Counsel to the Official Committee of Asbestos Claimants*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

### FIFTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM MARCH 1, 2019, THROUGH MARCH 31, 2019

---

### SECTION 1
### FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $777,394.75 | $15,700.86 |
| TOTAL ALLOWED TO DATE | $777,394.75 | $15,700.86 |
| TOTAL RETAINER (IF APPLICABLE)[3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $687,334.65 | $15,700.86 |
| | | |
| FEE TOTALS –PAGE 2 | $202,389.75 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $4,071.97 | |
| TOTAL FEE APPLICATION | $206,461.72 | |
| MINUS 20% HOLDBACK | $40,477.95 | |
| AMOUNT SOUGHT AT THIS TIME | $165,983.77 | |

---

[1]      The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]      Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

[3]      As disclosed in its Retention Application, Caplin & Drysdale holds a retainer left over from prepetition services in the amount of $12,115.90 (the "Retainer").  While the Retainer has not yet been applied to amounts requested under its fee applications to date, the total amount received reflects that Caplin & Drysdale has been paid less than requested amounts in the amount of the Retainer.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 20.6 | $840.00 | $17,304.00 |
| Kevin C. Maclay, Member | 1994 | 38.7 | $775.00 | $29,992.50 |
| James P. Wehner, Member | 1995 | 69.0 | $735.00 | $50,715.00 |
| James P. Wehner, Member | 1995 | 5.0 | $367.50* | $1,837.50 |
| Jeffrey A. Liesemer, Member | 1993 | 95.4 | $735.00 | $70,119.00 |
| Jeffrey A. Liesemer, Member | 1993 | 6.9 | $367.50* | $2,535.75 |
| Kevin M. Davis, Associate | 2005 | 45.7 | $505.00 | $23,078.50 |
| Cecilia Guerrero, Paralegal | N/A | 6.3 | $325.00 | $2,047.50 |
| Brigette A. Wolverton, Paralegal | N/A | 17.0 | $280.00 | $4,760.00 |
| **TOTAL FEES** | | **304.6** | | **$202,389.75** |
| **ATTORNEY BLENDED RATE** | | | **$664.44** | |
| *Reflects 50% rate reduction due to non-working travel time | | | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 4.4 | $2,086.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 95.7 | $55,444.50 |
| **(.11) Plan and Disclosure Statement** | 185.3 | $135,022.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 6.4 | $5,007.50 |
| **(.16) Travel Time** | 11.9 | $4,373.25 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 0.9 | $456.50 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **304.6** | **$202,389.75** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $1,302.14 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $78.16 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $2,691.67 |
| **Other (specify):** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$4,071.97** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)    Caplin & Drysdale analyzed and briefed Plan issues, developed strategies for the Plan and related materials, negotiated with objectors re Plan issues, and participated in the confirmation hearing;

   b)    Caplin & Drysdale briefed the appeal of the bankruptcy court's FCR appointment;

   c)    Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   d)    Caplin & Drysdale prepared and filed its monthly fee application;

   e)    Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

3

f)      Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, hearings, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

g)      Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)      ANTICIPATED DISTRIBUTION TO CREDITORS:

(A)      ADMINISTRATION EXPENSES: (unknown at this time)
(B)      SECURED CREDITORS: (unknown at this time)
(C)      PRIORITY CREDITORS: (unknown at this time)
(D)      GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)      FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:   April 25, 2019                              */s/ James P. Wehner*_____
                                                    Signature

# EXHIBIT
# A

# Caplin & Drysdale

A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000

Federal Tax I.D. No.: 52-1226629
www.capdale.com

Fax: (202) 429-3301

Official Committee of Asbestos Claimants of Duro Dyne National

April 25, 2019
Invoice #:        318952
Page:                1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through March 31, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 3/20/2019 | JPW | Review monthly. | 0.8 | $735.00 | $588.00 |
| 3/20/2019 | CG | Communications w/ JPW and Accounting re monthly fee application. | 0.2 | $325.00 | $65.00 |
| 3/25/2019 | JPW | Review monthly fee app and exchange emails re same. | 0.8 | $735.00 | $588.00 |
| 3/25/2019 | CG | Review and revise monthly fee application and accompanying exhibits (1.6); communications w/ JPW and local counsel re same (.2); finalize and prepare same for filing (.8). | 2.6 | $325.00 | $845.00 |
| | | **Total** | **4.40** | | **$2,086.00** |
| **.10** | **Litigation** | | | | |
| 3/8/2019 | JPW | Meet with KCM re appeal and briefing issues. | 0.2 | $735.00 | $147.00 |
| 3/8/2019 | KCM | Meet with JPW re appeal and briefing issues. | 0.2 | $775.00 | $155.00 |
| 3/8/2019 | KCM | Review/analyze materials re UST and appeal issues. | 2.9 | $775.00 | $2,247.50 |
| 3/12/2019 | KCM | Meet with KMD re appeal issues. | 0.2 | $775.00 | $155.00 |
| 3/12/2019 | KMD | Discuss status of response to UST appeal w/ KCM. | 0.2 | $505.00 | $101.00 |
| 3/13/2019 | ACM | Meeting with JPW re confirmation issues (.5); exchange e-mails re same (.1); review materials re same (1.0). | 1.6 | $840.00 | $1,344.00 |
| 3/13/2019 | JAL | Confer with KMD re FCR brief re UST appeal. | 0.4 | $735.00 | $294.00 |
| 3/13/2019 | JPW | Teleconference J. Prol re confirmation issues (0.4); emails re confirmation issues (0.7); meet with ACM re confirmation issues (0.5). | 1.6 | $735.00 | $1,176.00 |

April 25, 2019
Invoice #:        318952

Page:          2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 3/13/2019 | KMD | Research and draft response to UST appeal re FCR appointment (4.0); confer with JAL re same (.4). | 4.4 | $505.00 | $2,222.00 |
| 3/14/2019 | JPW | Emails re confirmation issues. | 1.0 | $735.00 | $735.00 |
| 3/14/2019 | KMD | Research and draft response to UST appeal re FCR appointment. | 3.3 | $505.00 | $1,666.50 |
| 3/15/2019 | KMD | Research and draft response to UST appeal re FCR appointment. | 1.8 | $505.00 | $909.00 |
| 3/16/2019 | KMD | Research and draft response to UST appeal re FCR appointment. | 1.5 | $505.00 | $757.50 |
| 3/17/2019 | KMD | Research and draft response to UST appeal re FCR appointment. | 4.4 | $505.00 | $2,222.00 |
| 3/18/2019 | KMD | Research and draft response to UST appeal re FCR appointment. | 4.1 | $505.00 | $2,070.50 |
| 3/18/2019 | BAW | Research and prepare materials re FCR appeal brief for attorney review. | 0.3 | $280.00 | $84.00 |
| 3/18/2019 | BAW | Prepare and edit template for ACC's FCR Brief for attorney review. | 1.0 | $280.00 | $280.00 |
| 3/19/2019 | KMD | Research and draft response to UST appeal re FCR appointment. | 4.5 | $505.00 | $2,272.50 |
| 3/20/2019 | KCM | Meet with KMD re UST appeal issues. | 0.4 | $775.00 | $310.00 |
| 3/20/2019 | KMD | Research and draft response to UST appeal re FCR appointment (9.8); meet w/ KCM re same (.4). | 5.0 | $505.00 | $2,525.00 |
| 3/20/2019 | BAW | Prepare and edit table of contents and certificate of compliance for FCR appeal brief. | 1.6 | $280.00 | $448.00 |
| 3/21/2019 | KCM | Review/edit draft appeal brief and review/analyze related materials. | 3.5 | $775.00 | $2,712.50 |
| 3/21/2019 | BAW | Review and citecheck ACC's FCR appeal brief. | 2.0 | $280.00 | $560.00 |
| 3/22/2019 | JAL | Review and comments on draft appellees'  brief in UST appeal. | 1.4 | $735.00 | $1,029.00 |
| 3/22/2019 | KCM | Review/edit appeal brief and review/analyze related materials. | 5.6 | $775.00 | $4,340.00 |
| 3/22/2019 | KMD | Review and revise draft joint brief. | 2.0 | $505.00 | $1,010.00 |
| 3/22/2019 | BAW | Review and citecheck ACC's FCR appeal brief (2.0); prepare oral argument materials re same (1.0). | 3.0 | $280.00 | $840.00 |
| 3/23/2019 | KCM | Review/edit appeal brief and review/analyze related materials. | 3.1 | $775.00 | $2,402.50 |
| 3/23/2019 | BAW | Citecheck FCR appeal brief. | 1.3 | $280.00 | $364.00 |
| 3/24/2019 | BAW | Citecheck FCR appeal brief. | 6.0 | $280.00 | $1,680.00 |
| 3/25/2019 | KCM | Review/analyze brief and materials re appeal issues and plan/prepare next steps. | 2.4 | $775.00 | $1,860.00 |
| 3/25/2019 | KCM | Meetings with KMD re appeal issues and tasks. | 0.3 | $775.00 | $232.50 |

April 25, 2019
Invoice #:        318952

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 3/25/2019 | KMD | Review and revise draft joint brief (1.5); discuss same w/ KCM (0.3). | 1.8 | $505.00 | $909.00 |
| 3/25/2019 | BAW | Review, finalize, and citecheck FCR appeal brief. | 0.8 | $280.00 | $224.00 |
| 3/26/2019 | JPW | Meet with KCM re FCR appeal issues (0.2); teleconference KCM re brief (0.2). | 0.4 | $735.00 | $294.00 |
| 3/26/2019 | KCM | Meetings with KMD re appeal issues. | 0.4 | $775.00 | $310.00 |
| 3/26/2019 | KCM | Review/edit appeal brief and review/analyze related materials. | 6.2 | $775.00 | $4,805.00 |
| 3/26/2019 | KCM | Teleconference with FCR and KMD re appeal issues (.5); meetings with JPW re same (.4). | 0.9 | $775.00 | $697.50 |
| 3/26/2019 | KMD | Review and revise draft joint brief (1.1); discuss same w/ KCM (0.4); call w/ YCST and KCM re same (0.5). | 2.0 | $505.00 | $1,010.00 |
| 3/27/2019 | JPW | Review draft appellate brief (0.7); research appellate issue (0.4). | 1.1 | $735.00 | $808.50 |
| 3/27/2019 | KMD | Correspond w/ YCST re FCR appointment appeal brief. | 0.2 | $505.00 | $101.00 |
| 3/28/2019 | JAL | Review and comments on revised draft of appellees' brief in UST appeal. | 4.7 | $735.00 | $3,454.50 |
| 3/28/2019 | JPW | Emails re appellate brief; filings (0.5); review appellate brief x2 (0.5); research appellate issue (0.5). | 1.5 | $735.00 | $1,102.50 |
| 3/28/2019 | KMD | Review FCR appointment appeal brief (0.5); prepare materials for filing (0.5); discuss same w/ JPW (0.2). | 1.2 | $505.00 | $606.00 |
| 3/28/2019 | BAW | Prepare disclosure statement re appeal for attorney review. | 1.0 | $280.00 | $280.00 |
| 3/29/2019 | JAL | Review and comment on revised draft re UST appeal. | 1.2 | $735.00 | $882.00 |
| 3/29/2019 | JPW | Emails re appeal brief (0.6); review draft appeal brief (0.5). | 1.1 | $735.00 | $808.50 |
| | | **Total** | **95.70** | | **$55,444.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/1/2019 | ACM | Exchange e-mails with JAL re Plan provisions re insurance (.2); exchange e-mails re insurance agreement (.1); exchange e-mails re TDP and Trust Agreement (.2); revise Trust Agreement (1.5). | 2.0 | $840.00 | $1,680.00 |
| 3/1/2019 | JAL | Draft and revise email to ACM re insurance-related plan issue (0.5); telephone call with J. Prol re confirmation hearing (0.2); telephone call with K. Quinn re same (0.1); draft and revise proposed confirmation order (4.2); review and analysis of draft proposed insurance agreement (0.5); review revisions to Plan (0.4). | 5.9 | $735.00 | $4,336.50 |

April 25, 2019
Invoice #:        318952

Page:              4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/1/2019 | JPW | Teleconference J. Sinclair re financials (0.3); emails re confirmation issues (1.5). | 1.8 | $735.00 | $1,323.00 |
| 3/2/2019 | JAL | Further drafting and revisions to proposed confirmation order (3.6); review and analysis of North River's exhibit and witness lists re confirmation hearing (0.1). | 3.7 | $735.00 | $2,719.50 |
| 3/2/2019 | JPW | Emails re confirmation issues. | 1.5 | $735.00 | $1,102.50 |
| 3/3/2019 | JAL | Further drafting and revisions to proposed confirmation order (6.5); draft and revise email re Plan amendments (0.2). | 6.7 | $735.00 | $4,924.50 |
| 3/3/2019 | JAL | Review and analysis of draft insurance agreement (0.3); review and comment on draft motion to shorten time (0.4). | 0.7 | $735.00 | $514.50 |
| 3/4/2019 | JAL | Review proposed Plan changes and correspondence with J. Prol re same (0.5); review of materials in prep for hearing (4.3). | 5.0 | $735.00 | $3,675.00 |
| 3/4/2019 | JAL | Review and analysis of insurance agreement (1.3); review correspondence with E. Grim re same (0.1). | 1.4 | $735.00 | $1,029.00 |
| 3/4/2019 | JPW | Teleconference J. Prol re strategic issues (0.4); teleconference Debtors, FCR re plan issues (0.6). | 1.0 | $735.00 | $735.00 |
| 3/4/2019 | JPW | Confirmation prep (4.9); emails re confirmation issues (1.3); review draft filings (0.5). | 6.7 | $735.00 | $4,924.50 |
| 3/4/2019 | KCM | Review/analyze brief and materials re UST issues. | 0.9 | $775.00 | $697.50 |
| 3/5/2019 | ACM | Exchange e-mails re TDP, Trust Agreement and Release (.5); review insurance agreement and exchange e-mails re same (.5); review TDP provision and exchange e-mails re same (.3). | 1.3 | $840.00 | $1,092.00 |
| 3/5/2019 | JAL | Further review and analysis of materials re confirmation hearing (1.5); teleconference with JPW and plan parties re same (0.4); correspondence with ACM and J. Prol re Plan modifications (0.3); conferences with JPW re confirmation hearing and next steps (0.7); review draft mortgage (0.2); review correspondence re same (0.1); prepare oral argument re confirmation hearing (2.1). | 5.4 | $735.00 | $3,969.00 |
| 3/5/2019 | JAL | Review and comments on draft proposed insurance agreement (0.9); review and analysis of objections to related motions (2.0); review and further analysis of proposed insurance agreement (0.5). | 3.5 | $735.00 | $2,572.50 |
| 3/5/2019 | JPW | Confirmation prep (6.8); emails re confirmation issues (1.0); teleconference Debtor, FCR re confirmation (0.4); meet with JAL re confirmation issues (0.7). | 8.9 | $735.00 | $6,541.50 |

April 25, 2019
Invoice #:        318952

Page:        5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/5/2019 | KCM | Review/analyze brief and materials re UST issues. | 1.7 | $775.00 | $1,317.50 |
| 3/5/2019 | CG | Prepare Scarcella deposition exhibits for attorney review. | 0.4 | $325.00 | $130.00 |
| 3/6/2019 | ACM | Teleconferences JAL re hearing and TDP (.2); review TDP and Plan (.8); exchange e-mails re hearing (.1). | 1.3 | $840.00 | $1,092.00 |
| 3/6/2019 | JAL | Review recent filings re insurance and plan-related issues (0.2); review and analysis of materials in prep for hearing (0.8); prepare oral argument re confirmation hearing (0.9); attend confirmation hearing (7.0); telephone calls with ACM (2x) re confirmation-related issues (0.2); confer with JPW re same (0.2); confer with JPW, K. Quinn, E. Harron, and S.B. Kohut re same (0.3); draft and revise email to J. Prol re same (0.7); confer with JPW and K. Quinn re plan issues (0.3); revise oral argument (2.1). | 12.7 | $735.00 | $9,334.50 |
| 3/6/2019 | JPW | Confirmation hearing (8.7); hearing prep (2.0); confer with JAL re same (.2); confer with JAL, K. Quinn, E. Harron, and S.B. Kohut re same (.3); confer with JAL and K. Quinn re plan issues (.3). | 11.5 | $735.00 | $8,452.50 |
| 3/6/2019 | KCM | Update on hearing. | 0.1 | $775.00 | $77.50 |
| 3/6/2019 | KCM | Review/analyze correspondence re TDP issues. | 0.3 | $775.00 | $232.50 |
| 3/6/2019 | KCM | Review/analyze insurance update and related materials. | 0.4 | $775.00 | $310.00 |
| 3/6/2019 | KCM | Review/analyze materials re UST issues. | 0.8 | $775.00 | $620.00 |
| 3/7/2019 | ACM | Exchange e-mails re hearing. | 0.1 | $840.00 | $84.00 |
| 3/7/2019 | JAL | Prepare oral argument re confirmation hearing (0.8); attend confirmation hearing (7.8). | 8.6 | $735.00 | $6,321.00 |
| 3/7/2019 | JPW | Hearing prep (1.1); confirmation hearing (7.3); meet with K. Quinn re hearing (0.5). | 8.9 | $735.00 | $6,541.50 |
| 3/7/2019 | KCM | Review/analyze ACM memo re UST trust issues and related materials. | 0.4 | $775.00 | $310.00 |
| 3/7/2019 | KCM | Review/analyze brief and materials re UST issues. | 0.9 | $775.00 | $697.50 |
| 3/8/2019 | ACM | Meeting with KCM, JPW re confirmation hearing and TDP objections (.5); exchange e-mails re same (.1); review documents and communications re same (.5). | 1.1 | $840.00 | $924.00 |
| 3/8/2019 | JAL | Teleconference with JPW and plan parties re insurance-related plan issue. | 0.3 | $735.00 | $220.50 |
| 3/8/2019 | JPW | Emails re confirmation and insurance issues (0.8); meet with KCM and ACM re TDP issues (0.5); teleconference JAL and plan parties re insurance issues (0.3). | 1.6 | $735.00 | $1,176.00 |

April 25, 2019
Invoice #:        318952

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/8/2019 | KCM | Meet with ACM and JPW re confirmation hearing and strategy. | 0.5 | $775.00 | $387.50 |
| 3/9/2019 | ACM | Exchange e-mails re call with UST re TDP issues. | 0.1 | $840.00 | $84.00 |
| 3/11/2019 | ACM | Conference KCM re teleconference UST. | 0.2 | $840.00 | $168.00 |
| 3/11/2019 | JPW | Meet with KCM re confirmation issues (0.5); teleconference E. Harron and KCM re confirmation issues (0.3). | 0.8 | $735.00 | $588.00 |
| 3/11/2019 | KCM | Teleconference with FCR and JPW re POR issues. | 0.3 | $775.00 | $232.50 |
| 3/11/2019 | KCM | Review/analyze briefs and materials re confirmation issues. | 1.2 | $775.00 | $930.00 |
| 3/11/2019 | KCM | Meet with JPW re confirmation issues. | 0.5 | $775.00 | $387.50 |
| 3/11/2019 | KCM | Review/analyze materials re UST issues (1.4); confer with ACM re same (.2). | 1.6 | $775.00 | $1,240.00 |
| 3/12/2019 | ACM | Exchange e-mails re trust status. | 0.2 | $840.00 | $168.00 |
| 3/12/2019 | ACM | Prepare for call with UST re TDP issues (.4); participate in UST call (.4); conference KCM, JPW re same (.2); exchange e-mails re same (.1). | 1.1 | $840.00 | $924.00 |
| 3/12/2019 | JAL | Correspondence with plan parties re proposed findings and conclusions (0.2); correspondence with C. Grear re issues relating to draft mortgages (0.4). | 0.6 | $735.00 | $441.00 |
| 3/12/2019 | JPW | Teleconference UST re TDP issues (0.4); meet with KCM and ACM re TDP issues (.2). | 0.6 | $735.00 | $441.00 |
| 3/12/2019 | KCM | Teleconference with UST, Debtor, FCR, ACM and JPW re confirmation issues. | 0.4 | $775.00 | $310.00 |
| 3/12/2019 | KCM | Review/analyze materials re confirmation issues and plan/prepare for UST call. | 0.9 | $775.00 | $697.50 |
| 3/12/2019 | KCM | Meet with ACM and JPW re confirmation issues. | 0.2 | $775.00 | $155.00 |
| 3/13/2019 | JAL | Correspondence with JPW re issues relating to North River' s plan objections (0.3); analysis re proposed findings and conclusions (1.8). | 2.1 | $735.00 | $1,543.50 |
| 3/14/2019 | JAL | Correspondence with K. Quinn and JPW re insurance-related plan issues. | 0.2 | $735.00 | $147.00 |
| 3/15/2019 | ACM | Review and analyze TDP (.5); exchange e-mails re same (.5). | 1.0 | $840.00 | $840.00 |
| 3/15/2019 | JPW | Emails re confirmation issues. | 1.8 | $735.00 | $1,323.00 |
| 3/17/2019 | ACM | Exchange e-mails re TDP issues. | 0.1 | $840.00 | $84.00 |
| 3/18/2019 | ACM | Conference JPW, KCM re TDP issues (.2); exchange e-mails re same (.3). | 0.5 | $840.00 | $420.00 |
| 3/18/2019 | JPW | Emails re TDP issues (0.8); meet with ACM and KCM re TDP issues (0.2). | 1.0 | $735.00 | $735.00 |

April 25, 2019
Invoice #:        318952

Page:        7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/18/2019 | KCM | Meet with JPW and ACM re TDP issues. | 0.2 | $775.00 | $155.00 |
| 3/19/2019 | ACM | Exchange e-mails re TDP issues. | 0.5 | $840.00 | $420.00 |
| 3/19/2019 | JAL | Review and analysis of materials re confirmation issues. | 0.2 | $735.00 | $147.00 |
| 3/19/2019 | JPW | Emails re confirmation issues. | 0.9 | $735.00 | $661.50 |
| 3/20/2019 | ACM | Conference JPW re UST objections (.8); exchange e-mails re same (.1). | 0.9 | $840.00 | $756.00 |
| 3/20/2019 | JPW | Research confirmation issues. | 2.3 | $735.00 | $1,690.50 |
| 3/20/2019 | JPW | Meet with ACM re confirmation issues. | 0.8 | $735.00 | $588.00 |
| 3/21/2019 | JAL | Telephone call with T. Freedman re proposed findings and conclusions (0.2); draft and revise email re same (0.5); review and comments on draft brief re UST appeal (3.1). | 3.8 | $735.00 | $2,793.00 |
| 3/21/2019 | JAL | Review and comments on proposed changes to insurance agreement. | 0.3 | $735.00 | $220.50 |
| 3/22/2019 | JAL | Review and analysis of materials re proposed findings and conclusions (0.4); draft and revise same (3.5). | 3.9 | $735.00 | $2,866.50 |
| 3/25/2019 | ACM | Conferences KCM, JPW re TDP issues (.3); teleconference FCR counsel, KCM, JPW re same (.5); exchange e-mails re same (.4). | 1.2 | $840.00 | $1,008.00 |
| 3/25/2019 | JAL | Review of correspondence and materials re proposed findings and conclusions (0.2); draft and revise email to T. Freedman re same (0.4); further revisions re proposed findings and conclusions (2.2). | 2.8 | $735.00 | $2,058.00 |
| 3/25/2019 | JPW | Emails re insurance plan issues (1.0); teleconference FCR, KCM, ACM re confirmation issues (0.5); meet with ACM and KCM re plan issues (0.3); research and analyze plan issues (1.2). | 3.0 | $735.00 | $2,205.00 |
| 3/25/2019 | KCM | Teleconference with FCR, ACM and JPW re plan issues (.5); meet with JPW and ACM re same (.3). | 0.8 | $775.00 | $620.00 |
| 3/26/2019 | ACM | Review transcript re TDP issues (.6); exchange e-mails re same (.5); confer with JPW re same (.1). | 1.2 | $840.00 | $1,008.00 |
| 3/26/2019 | JAL | Confer with JPW re next steps (0.2); review and analysis of materials re proposed findings and conclusions (1.7); further drafting and revisions to same (4.8); review and analysis of correspondence from E. Grim, C. Malone, and J. Prol re plan-related insurance issues (0.4); review correspondence from ACM re TDP matters (0.1). | 7.2 | $735.00 | $5,292.00 |

April 25, 2019
Invoice #:        318952

Page:                8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/26/2019 | JPW | Emails re plan issues (1.3); meet with JAL re plan issues (0.2); teleconference ACM re plan issues (0.1). | 1.6 | $735.00 | $1,176.00 |
| 3/27/2019 | ACM | Exchange e-mails re TDP. | 0.1 | $840.00 | $84.00 |
| 3/27/2019 | JAL | Conference with KMD re research re findings and conclusions (0.8); review and analysis of materials in connection with preparing same (3.9); further drafting and revisions to same (1.3). | 6.0 | $735.00 | $4,410.00 |
| 3/27/2019 | JPW | Emails re plan issues. | 1.0 | $735.00 | $735.00 |
| 3/27/2019 | KMD | Discuss w/ JAL research for conclusions of law/findings of fact (0.8); perform research for conclusions of law/findings of fact (1.3). | 2.1 | $505.00 | $1,060.50 |
| 3/28/2019 | ACM | Teleconference JPW re TDP and UST issues. | 0.1 | $840.00 | $84.00 |
| 3/28/2019 | JAL | Review and analysis of materials re proposed findings and conclusions. | 2.3 | $735.00 | $1,690.50 |
| 3/28/2019 | JPW | Teleconference ACM re plan issues. | 0.1 | $735.00 | $73.50 |
| 3/28/2019 | KMD | Research various topics for conclusions of law/findings of fact. | 2.3 | $505.00 | $1,161.50 |
| 3/29/2019 | ACM | Teleconference JPW and others re TDP issues (1.0); conferences JPW re same (.6); draft and revise TDP proposal (.8); exchange e-mails re same (.1); review UST filings re TDP and related documents (.8). | 3.3 | $840.00 | $2,772.00 |
| 3/29/2019 | JAL | Review and comment on draft email to UST re response to objections (0.3); further drafting and revisions to proposed findings and conclusions (2.5). | 2.8 | $735.00 | $2,058.00 |
| 3/29/2019 | JPW | Teleconference w/ ACM and plan parties re TDP issues (1.0); conferences with ACM re same (0.6); review filings and related materials and exchange emails re same (1.1). | 2.7 | $735.00 | $1,984.50 |
| 3/29/2019 | KMD | Research various topics for conclusions of law/findings of fact (4.2); draft correspondence to JAL re same (0.7). | 4.9 | $505.00 | $2,474.50 |
| 3/29/2019 | CG | Review and revise pro hac applications and declarations (2.3); communications w/ JPW, KCM and local counsel re same (.3). | 2.6 | $325.00 | $845.00 |
| | | **Total** | **185.30** | | **$135,022.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/2/2019 | ACM | Exchange e-mails re Committee update (.1); finalize same (.6). | 0.7 | $840.00 | $588.00 |
| 3/2/2019 | JAL | Review and comment on draft memo to Committee and related correspondence. | 0.2 | $735.00 | $147.00 |
| 3/8/2019 | JAL | Review and comment on draft memo to Committee. | 0.1 | $735.00 | $73.50 |

April 25, 2019
Invoice #:        318952

Page:        9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/8/2019 | JPW | Memo to Committee. | 1.1 | $735.00 | $808.50 |
| 3/15/2019 | ACM | Draft memo to Committee re TDP issues. | 0.8 | $840.00 | $672.00 |
| 3/15/2019 | JAL | Review and comments on ACM' s draft memo to Committee. | 0.1 | $735.00 | $73.50 |
| 3/18/2019 | ACM | Draft report to Committee re TDP issues. | 0.2 | $840.00 | $168.00 |
| 3/18/2019 | JAL | Review of ACM' s memo to Committee and follow up correspondence re same. | 0.6 | $735.00 | $441.00 |
| 3/25/2019 | ACM | Committee call (.5); prepare for same (.5). | 1.0 | $840.00 | $840.00 |
| 3/25/2019 | JAL | Committee teleconference (0.5); review of follow-up email re same (0.1). | 0.6 | $735.00 | $441.00 |
| 3/25/2019 | JPW | Telephonic Committee meeting. | 0.5 | $735.00 | $367.50 |
| 3/25/2019 | KCM | Committee call. | 0.5 | $775.00 | $387.50 |
| | | **Total** | **6.40** | | **$5,007.50** |
| **.16** | **Travel** | | | | |
| 3/5/2019 | JAL | Travel to Trenton for confirmation hearing. | 1.6 | $367.50 | $588.00 |
| 3/5/2019 | JPW | Travel to Trenton. | 2.0 | $367.50 | $735.00 |
| 3/7/2019 | JAL | Return travel from Trenton, following confirmation hearing. | 5.3 | $367.50 | $1,947.75 |
| 3/7/2019 | JPW | Travel to DC. | 3.0 | $367.50 | $1,102.50 |
| | | **Total** | **11.90** | | **$4,373.25** |
| **.18** | **Fee Applications-Others** | | | | |
| 3/25/2019 | CG | Communications w/ local counsel re Charter Oak monthly fee application (.1); communications w/ Charter Oak re same (.1). | 0.2 | $325.00 | $65.00 |
| 3/26/2019 | JPW | Teleconference J. Fialcowitz re filings (0.2); review Charter Oak monthly (0.2). | 0.4 | $735.00 | $294.00 |
| 3/26/2019 | CG | Review and revise Charter Oak monthly fee application (.2); communications w/ Charter Oak re same (.1). | 0.3 | $325.00 | $97.50 |
| | | **Total** | **0.90** | | **$456.50** |
| | | Total Professional Services | 304.6 | | $202,389.75 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 95.4 | $735.00 | $70,119.00 |
| JAL | Jeffrey A. Liesemer | Member | 6.9 | $367.50 | $2,535.75 |
| KCM | Kevin C. Maclay | Member | 38.7 | $775.00 | $29,992.50 |
| ACM | Ann C. McMillan | Member | 20.6 | $840.00 | $17,304.00 |

April 25, 2019
Invoice #:        318952

Page:        10

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JPW | James P. Wehner | Member | 69.0 | $735.00 | $50,715.00 |
| JPW | James P. Wehner | Member | 5.0 | $367.50 | $1,837.50 |
| KMD | Kevin M. Davis | Associate | 45.7 | $505.00 | $23,078.50 |
| CG | Cecilia Guerrero | Paralegal | 6.3 | $325.00 | $2,047.50 |
| BAW | Brigette A. Wolverton | Paralegal | 17.0 | $280.00 | $4,760.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 03/01/2019 | Air & Train - Amtrak o/w NJ to DC 1/31/19 (JPW) [.16] | $318.00 |
| 03/01/2019 | Air & Train - Amtrak r/t DC to NJ 1/30-31/2019 (JAL) [.16] | $342.00 |
| 03/14/2019 | Federal Express - Express Mail- 3/4/19 [.01] | $35.32 |
| 03/14/2019 | Federal Express - Express Mail- 3/4/19 [.01] | $42.34 |
| 03/15/2019 | Trvl Exp - Internet Service (JPW) [.16] | $44.84 |
| 03/15/2019 | Trvl Exp - Meals during confirmation hearing (JPW) [.16] | $454.59 |
| 03/15/2019 | Trvl Exp - Hotel/Lodging confirmation hearing 3/7/19. (JPW) [.16] | $477.99 |
| 03/15/2019 | Trvl Exp - Ground Transportation office to Union Station. (JPW) [.16] | $14.00 |
| 03/15/2019 | Trvl Exp - Ground Transportation Union Station to office. (JPW) [.16] | $12.30 |
| 03/20/2019 | Trvl Exp - Ground Transportation train station to hotel (JAL) [.16] | $111.89 |
| 03/26/2019 | Trvl Exp - Ground Transportation office to train station (JAL) [.16] | $14.60 |
| 03/26/2019 | Trvl Exp - Meals (JAL) [.16] | $105.10 |
| 03/26/2019 | Trvl Exp - Meals (JAL) [.16] | $32.11 |
| 03/26/2019 | Trvl Exp - Hotel/Lodging for confirmation hearing. (JAL) [.16] | $222.37 |
| 03/26/2019 | Trvl Exp - Meals (JAL) [.16] | $9.01 |
| 03/26/2019 | Trvl Exp - Meals (JAL) [.16] | $33.11 |
| 03/26/2019 | Trvl Exp - Miscellaneous Travel Expenses (JAL) [.16] | $5.00 |
| 03/26/2019 | Trvl Exp - Meals (JAL) [.16] | $38.19 |
| 03/26/2019 | Trvl Exp - Hotel/Lodging (JAL) [.16] | $318.66 |
| 03/26/2019 | Trvl Exp - Meals (JAL) [.16] | $66.44 |
| 03/26/2019 | Trvl Exp - Ground Transportation from hotel to train station (JAL) [.16] | $71.47 |
| 03/31/2019 | Postage [.01] | $0.50 |
| 03/31/2019 | Database Research - Westlaw - JPW- March 5-28, 2019 [.01] | $561.51 |
| 03/31/2019 | Database Research - Westlaw - BAW- March 19-26, 2019 [.01] | $14.82 |
| 03/31/2019 | Database Research - Westlaw - JAL- March 14-29, 2019 [.01] | $496.06 |

April 25, 2019

Invoice #:        318952

Page:        11

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 03/31/2019 | Database Research - Lexis - BAW - March 22, 2018 [.01] | $229.75 |
| | Total Disbursements | $4,071.97 |
| | Total Services | $202,389.75 |
| | Total Disbursements | $4,071.97 |
| | Total Current Charges | $206,461.72 |

# EXHIBIT
# B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

John A. Fialcowitz, Esq.
THE LAW OFFICE OF JOHN A.
FIALCOWITZ
89 Headquarters Plaza North, Ste. 1216
Morristown, New Jersey 07960
973.532.7208
John@fialcowitzlaw.com

*Proposed Local Counsel for the Official
Committee of Asbestos Claimants*

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

### [PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018

The relief set forth on the following pages, numbered two (2) through and including three (3), is

hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| Page: | 2 |
|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* |
| Case No.: | 18-27963 (MBK) |
| Caption: | Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018 |

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

| | |
|---|---|
| Page: | 3 |
| Debtor: | Duro Dyne National Corp., *et al.* |
| Case No.: | 18-27963 (MBK) |
| Caption: | Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018 |

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5.      This Order shall be immediately effective and enforceable upon its entry; and

6.      The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.