**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH MONTHLY
FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on December 18, 2018 [Docket No. 345] (the "Administrative Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
04/29/2019 52639063.1

3. On April 16, 2019, Lowenstein Sandler LLP filed its *Fourth Monthly Fee Statement of Lowenstein Sandler LLP for the Period of February 1, 2019 through February 28, 2019* (the "<u>Fourth Monthly Statement</u>") [Docket No. 618].  Pursuant to the Administrative Order, objections to the Fourth Monthly Fee Statement were to be filed and served no later than April 26, 2019.

4. My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Fourth Monthly Statement appears thereon.  To the best of my knowledge, no answer, objection, or other responsive pleading to the Fourth Monthly Statement has been filed or served in accordance with the Administrative Order.

5. Pursuant to the Administrative Order, the Debtors are authorized to pay Lowenstein Sandler LLP 80% of its fees in the amount of $177,245.20 and 100% of its expenses in the amount of $7,334.72, for a total of $184,579.92, requested in the Fourth Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Fourth Monthly Statement.

Dated:  April 29, 2019                                          Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*