Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27963–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Duro Dyne National Corp.
    100 Horizon Center Boulevard
    Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
    11–2504664

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 6, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 670 – 579
Order Granting Application For Compensation for Gilbert LLP, fees awarded: $70884.75, expenses awarded: $4998.68 (Related Doc # 579). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/6/2019. (wir)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 6, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-27963-MBK
Duro Dyne National Corp.                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: May 06, 2019
                              Form ID: orderntc     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
sp              +Gilbert LLP,   1100 New York Avenue, NW,   Suite 700,   Washington, DC 20005-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
          Christina  Salem    on behalf of Interested Party   The North River Insurance Company
           christina.salem@kennedyscmk.com
          Christina  Salem    on behalf of Interested Party   Hartford Accident and Indemnity Company
           christina.salem@kennedyscmk.com
          Daniel  Keller   on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
          Daniel  Stolz    on behalf of Creditor   Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Wagner London, I   on behalf of Interested Party   MidStates Reinsurance Corporation
           dlondon@londonfischer.com
          Denise E. Carlon   on behalf of Loss Mitigation   Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Edwin J Harron   on behalf of Other Prof. Lawrence  Fitzpatrick ,  dlaskin@ycst.com
          Jeffrey A. Cooper   on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne National Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Machinery jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Attorney   Lowenstein Sandler LLP jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne West jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne West Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Machinery Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Midwest jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Other Prof.   Getzler Henrich & Associates, LLC
           jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne MidWest Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Noticing Agent   BMC Group, Inc. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 06, 2019
                             Form ID: orderntc         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
           john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
           john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           john@fialcowitzlaw.com
          Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
           jacobson.jordan@pbgc.gov,  efile@pbgc.gov
          Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           quinnk@gotofirm.com
          Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
           knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
           mlichtenstein@crowell.com,  mplevin@crowell.com;tyoon@crowell.com
          Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
           lrestivo@mccarter.com
          Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence    Fitzpatrick bankfilings@ycst.com
          Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
           slross@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
           sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          Stephen Forte    on behalf of Interested Party    The North River Insurance Company
           sforte@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
           American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                              TOTAL: 40