UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on May 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Duro Dyne National Corp.

| | |
|---|---|
| Case No.: | 18-27963 |
| Hearing Date: | 5/2/2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| John A. Fialcowitz, Creditor Comm. Aty | $5,915.00 | $155.14 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27963-MBK
Duro Dyne National Corp.                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: May 06, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db             +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Christina  Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina  Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel  Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
              Daniel  Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick ,   dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 06, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
         jeffrey.m.sponder@usdoj.gov
        John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
         john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
         john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
         john@fialcowitzlaw.com
        Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
         jacobson.jordan@pbgc.gov, efile@pbgc.gov
        Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
         quinnk@gotofirm.com
        Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
         knorgaard@norgaardfirm.com,
         sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
         mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
        Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
         lrestivo@mccarter.com
        Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
         International Association, AFL-CIO srever@wjslaw.com,
         srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
        Sean M. Beach    on behalf of Other Prof. Lawrence    Fitzpatrick bankfilings@ycst.com
        Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
         slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
         sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        Stephen Forte    on behalf of Interested Party    The North River Insurance Company
         sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
         American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                              TOTAL: 40