**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this fifth monthly fee statement[2] for the period March 1, 2019 through March 31, 2019 (the "**Fifth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Fifth Fee Statement, if any, are due by May 24, 2019.

Dated: May 14, 2019                              Respectfully submitted,

                                       **LOWENSTEIN SANDLER LLP**

                                       */s/ Jeffrey D. Prol*
                                       Kenneth A. Rosen, Esq.
                                        Jeffrey D. Prol, Esq.
                                        One Lowenstein Drive
                                        Roseland, New Jersey 07068
                                        (973) 597-2500 (Telephone)
                                        (973) 597-2400 (Facsimile)
                                        E-mail: krosen@lowenstein.com
                                        E-mail: jprol@lowenstein.com

                                       *Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: Duro Dyne National Corp., et al.,[1]    APPLICANT:   Lowenstein Sandler LLP

CASE NO.:   18-27963 (MBK)    CLIENT:   Chapter 11 Debtors

CHAPTER:   11    CASE FILED:   September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FIFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

**SECTION I**
**FEE SUMMARY**

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $868,502.75 | $27,473.81 |
| TOTAL FEES ALLOWED TO DATE: | $426,263.00 | $14,045.45 |
| TOTAL RETAINER REMAINING | $        -0- | $        -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 88,447.95 | $        -0- |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2] | $779,976.50 | $27,473.81 |
| FEE TOTALS | $153,478.00 | |
| DISBURSEMENTS TOTALS | $   2,036.42 | |
| TOTAL FEE APPLICATION | $155,514.42 | |
| MINUS 20% HOLDBACK | - $30,695.60 | |
| AMOUNT SOUGHT AT THIS TIME | $124,818.82 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
05/14/2019 52788144.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Leit, David | 1995 | Partner/Corporate / Tax | 16.50 | $855.00 | $14,107.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 100.20 | $895.00 | $89,679.00 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 3.00 | $447.50 | $1,342.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 62.10 | $470.00 | $29,187.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 1.80 | $695.00 | $1,251.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 3.40 | $755.00 | $2,567.00 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 22.60 | $470.00 | $10,622.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 10.30 | $270.00 | $2,781.00 |
| Cosentini, Silvana | N/A | Paralegal/Litigation | 1.20 | $330.00 | $396.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.70 | $250.00 | $1,425.00 |
| Pagano, Jamie J. | N/A | Paralegal/Practice Support | 0.40 | $300.00 | $120.00 |
| **TOTAL FEES** | | | **227.20** | | **$153,478.00** |
| **Attorney Blended Rate** | | | | | **$709.71** |
| ***Reflects 50% rate reduction due to non-working travel time** | | | | | |

## SECTION II
## SUMMARY OF SERVICES

| Task Description | Hours | Fees |
|---|---|---|
| Case Administration | 4.00 | $1,277.00 |
| Asset Analysis and Recovery | 0.20 | $94.00 |
| Fee/Employment Applications | 5.50 | $1,859.00 |
| Employment and Retention Applications - Others | 47.70 | $33,639.00 |
| Fee Applications and Invoices - Others | 2.90 | $1,116.50 |
| Assumption/Rejection of Leases and Contracts | 2.70 | $1,189.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 1.00 | $512.50 |
| Non-Working Travel | 3.00 | $1,342.50 |
| Business Operations | 0.70 | $263.00 |
| Tax Issues | 1.20 | $564.00 |

| Task Description | Hours | Fees |
|---|---|---|
| Claims Administration and Objections | 31.00 | $25,542.50 |
| Plan and Disclosure Statement (including Business Plan) | 97.70 | $64,875.00 |
| Court Hearings | 20.60 | $14,702.50 |
| Other - Insurance Matters | 9.00 | $6,501.50 |
| **Total** | **227.20** | **$153,478.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Miscellaneous | $200.40 |
| Computerized legal research | $524.55 |
| Telecommunications | $30.00 |
| Transcript charges | $421.20 |
| Travel | $860.27 |
| **Total Disbursements** | **$2,036.42** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)    DATE CASE FILED: <u>September 7, 2018</u>

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

a)    Lowenstein Sandler attended to confirmation issues, including (i) conducting legal research in preparation for the confirmation hearing; (ii) reviewing witness and exhibit lists; (iii) drafting modifications to the plan; (iv) filing and serving the amended plan; (v) filing a motion to extend exclusivity; (vi) attending the confirmation hearing; and (vii) drafting proposed findings of fact and conclusions of law regarding confirmation of the plan;

b)    Lowenstein Sandler drafted a response to the United States Trustee's appeal of FCR Order and related documents;

c)    Lowenstein Sandler prepared a second motion extending time to assume or reject leases;

d)    Lowenstein Sandler attended to the dismissal of state court asbestos case, James vs. Duro Dyne, *et al;*

e)    Lowenstein Sandler attended to claims issues, including (i) engaging in settlement negotiations related to the SMART claim and revising the related settlement agreement; (ii) drafting an omnibus objection to claims; and (iii) attending to mediation issues with respect to North River claims;

f)    Lowenstein Sandler attended to tax and insurance issues;

g)    Lowenstein Sandler assisted the Debtors with the preparation and filing of monthly operating reports;

h)    Lowenstein Sandler prepared and filed monthly fee statements for itself and the Debtors' financial advisor; and

i)    Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs**.**

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES:     (100%)
    (B)   SECURED CREDITORS:     (100%)
    (C)   PRIORITY CREDITORS:     (100%)
    (D)   GENERAL UNSECURED CREDITORS:     (100%)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 14, 2019

                    /s/ *Jeffrey D. Prol*
                    Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.*[1]

                  Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

       The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtors:    Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
            Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

2.     The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.     Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through March 31, 2019

In re: Chapter 11

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Leit, David | 1995 | Partner/Corporate / Tax | 16.50 | $855.00 | $14,107.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 100.20 | $895.00 | $89,679.00 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 3.00 | $447.50 | $1,342.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 62.10 | $470.00 | $29,187.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 1.80 | $695.00 | $1,251.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 3.40 | $755.00 | $2,567.00 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 22.60 | $470.00 | $10,622.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 10.30 | $270.00 | $2,781.00 |
| Cosentini, Silvana | N/A | Paralegal/Litigation | 1.20 | $330.00 | $396.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.70 | $250.00 | $1,425.00 |
| Pagano, Jamie J. | N/A | Paralegal/Practice Support | 0.40 | $300.00 | $120.00 |
| **TOTAL FEES** | | | **227.20** | | **$153,478.00** |
| **Attorney Blended Rate** | | | | | **$709.71** |

*        Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 03/01/19 | DC | Update critical dates memo and attorney calendar | 0.20 | $54.00 |
| B110 | 03/04/19 | DC | Tend to filing Affidavit of Service of BMC Group | 0.20 | $54.00 |
| B110 | 03/07/19 | DC | Draft e-mail to J&J requesting transcript for 3/6 and 3/7 confirmation hearing and send e-mail to Young Conaway re: same | 0.20 | $54.00 |
| B110 | 03/11/19 | DC | Exchange e-mails with J&J Court Transcribers re: status of transcript for 3/6 and 3/7 confirmation hearing (.2), update critical dates memo and attorney calendar (.3) and file Affidavits of Service (.2) | 0.70 | $189.00 |
| B110 | 03/11/19 | DC | Review and circulate Orders Approving Motions to Seal | 0.10 | $27.00 |
| B110 | 03/12/19 | DC | Discussion with T. Freedman re: upcoming deadlines and update critical dates memo and attorney calendar | 0.60 | $162.00 |
| B110 | 03/13/19 | DC | Update critical dates memo and attorney calendar with all insurance settlement and confirmation deadlines | 0.40 | $108.00 |
| B110 | 03/13/19 | DC | Tend to filing Affidavit of Service for BMC Group | 0.10 | $27.00 |
| B110 | 03/13/19 | JDP | Review updated case calendar | 0.20 | $179.00 |
| B110 | 03/18/19 | DC | Update attorney calendar | 0.10 | $27.00 |
| B110 | 03/29/19 | SC | Prepare brief and accompanying documents for e-filing; e-file brief, appendix, and compendium | 1.20 | $396.00 |
| | | | **Total B110 - Case Administration** | 4.00 | $1,277.00 |

B120 Asset Analysis and Recovery

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 03/18/19 | TJF | Review e-mails from C. O'Callaghan re: disposal of obsolete inventory | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B120 - Asset Analysis and Recovery** | 0.20 | $94.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 03/01/19 | EBL | Revise and finalize (.4), e-file (.2) and coordinate service (.1) of Lowenstein Sandler's third monthly fee statement; calendar related deadlines and update fee application chart (.1) | 0.80 | $200.00 |
| B160 | 03/01/19 | TJF | Review Lowenstein Sandler's Third Monthly Fee Statement (January 2019) | 0.20 | $94.00 |
| B160 | 03/04/19 | EBL | Revisions to Duro Dyne January fee statement | 0.30 | $75.00 |
| B160 | 03/12/19 | EBL | Prepare CNO for LS Third Monthly Fee Statement | 0.30 | $75.00 |
| B160 | 03/13/19 | EBL | Finalize and e-file CNO re: LS third monthly fee statement; email to client requesting payment re: same | 0.40 | $100.00 |
| B160 | 03/15/19 | TJF | Revise February monthly fee statement | 0.50 | $235.00 |
| B160 | 03/18/19 | TJF | Revise February monthly fee statement; forward same to D. Leit for revision | 0.50 | $235.00 |
| B160 | 03/20/19 | EBL | Prepare Lowenstein Sandler's fourth monthly fee statement and related documents | 1.40 | $350.00 |
| B160 | 03/20/19 | TJF | Revise monthly fee statement | 0.60 | $282.00 |
| B160 | 03/21/19 | EBL | Follow up with J. Prol and T. Freedman re: LS fourth monthly fee statement | 0.10 | $25.00 |
| B160 | 03/26/19 | TJF | Confer with D. Leit re: fee application revisions | 0.20 | $94.00 |
| B160 | 03/28/19 | TJF | Review final version of 4th monthly fee application | 0.20 | $94.00 |
| | | | **Total B160 - Fee/Employment Applications** | 5.50 | $1,859.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 03/20/19 | TJF | Telephone call with J. Prol re: filing of findings of fact and appeal brief | 0.20 | $94.00 |
| B165 | 03/21/19 | JDP | Review and edit draft of response to UST appeal of FCR Order | 1.50 | $1,342.50 |
| B165 | 03/21/19 | TJF | Draft Response Brief for UST Appeal of FCR Appointment | 2.50 | $1,175.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 03/21/19 | TJF | Review e-mail re: schedule of appellate filing | 0.20 | $94.00 |
| B165 | 03/22/19 | JDP | Review UST appeal brief; develop strategy for response | 2.50 | $2,237.50 |
| B165 | 03/22/19 | JDP | Review and edit brief in response on UST appeal of order appointing FCR | 3.50 | $3,132.50 |
| B165 | 03/22/19 | TJF | Review updated draft of appeal brief | 1.50 | $705.00 |
| B165 | 03/25/19 | JDP | Review and edit brief in response to UST appeal of appointment of legal rep | 8.50 | $7,607.50 |
| B165 | 03/25/19 | JDP | Telephone conference with S. Kohut re: issues on response to UST appeal | 0.20 | $179.00 |
| B165 | 03/25/19 | TJF | Review Debtors' comments to appellate brief | 1.00 | $470.00 |
| B165 | 03/26/19 | JDP | E-mails from/to S. Kohut re: status of brief in response to UST appeal | 0.20 | $179.00 |
| B165 | 03/27/19 | JDP | Review and edit brief in response to UST appeal | 4.00 | $3,580.00 |
| B165 | 03/27/19 | TJF | Tend to preparation of appendix and compendium | 1.00 | $470.00 |
| B165 | 03/28/19 | JDP | Review, edit and proof read brief and supporting documents in response to UST appeal | 6.00 | $5,370.00 |
| B165 | 03/28/19 | TJF | Confer with J. Prol re: filing of brief | 0.20 | $94.00 |
| B165 | 03/28/19 | TJF | Draft certificate of compliance for appellate brief | 0.70 | $329.00 |
| B165 | 03/28/19 | TJF | Review revised appeal brief; tend to continued revisions of brief | 6.00 | $2,820.00 |
| B165 | 03/28/19 | TJF | Legal research re: filing of brief in district court (.5); confer with J. Prol re: same (.3); e-mail to all parties re: same (.3) | 1.10 | $517.00 |
| B165 | 03/28/19 | TJF | Research on corporate disclosure statements and relay findings to other counsel | 0.40 | $188.00 |
| B165 | 03/29/19 | TJF | Tend to e-mails re: revisions to brief and pleadings (2.0); tend to revising appeal brief and related pleadings (4.0); coordinate filing (.5) | 6.50 | $3,055.00 |

|  |  | **Total B165 - Employment and Retention Applications - Others** | 47.70 | $33,639.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | B175 Fee Applications and Invoices - Others | | |
| B175 | 03/01/19 | JDP | Review Getzler January fee statement (.2); draft e-mail to M. Podgainy re: same (.1) | 0.30 | $268.50 |
| B175 | 03/06/19 | EBL | Follow up with J. Prol re: filing Getzler third monthly fee statement | 0.10 | $25.00 |
| B175 | 03/08/19 | EBL | Finalize (.3), e-file (.1) and coordinate service of (.1), Getzler's third monthly fee statement | 0.50 | $125.00 |
| B175 | 03/13/19 | TJF | E-mail exchange with B. Lawler re: filing CNOs | 0.20 | $94.00 |
| B175 | 03/20/19 | EBL | Prepare CNO re: Getzler's third monthly fee statement | 0.20 | $50.00 |
| B175 | 03/21/19 | EBL | PRepare and e-file CNO to Getzler's January fee statement; e-mail to client requesting payment | 0.50 | $125.00 |
| B175 | 03/26/19 | TJF | Confer with C. O'Callaghan re: fee applications | 0.20 | $94.00 |
| B175 | 03/26/19 | TJF | E-mail exchange with C. O'Callaghan re: payment of December holdbacks | 0.30 | $141.00 |
| B175 | 03/28/19 | EBL | E-mails and revisions re: Paragon monthly fee statements | 0.40 | $100.00 |
| B175 | 03/29/19 | TJF | Review BMC's February 2019 invoice for services | 0.20 | $94.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 2.90 | $1,116.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 03/11/19 | DC | Tend to filing and service of Second Motion Extending Time for Assumption/Rejection | 0.40 | $108.00 |
| B185 | 03/11/19 | TJF | Draft second motion to assume/reject leases | 1.20 | $564.00 |
| B185 | 03/20/19 | TJF | Draft motion on extension of time to assume contracts | 1.00 | $470.00 |
| B185 | 03/29/19 | TJF | Telephone call to court re: hearing on motion to extend time | 0.10 | $47.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 2.70 | $1,189.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 03/04/19 | TJF | Letter to Motley Rice LLC re: James violation of stay | 0.40 | $188.00 |
| B190 | 03/14/19 | JDP | E-mails from/to Motley Rice re: dismissal of PI suit | 0.10 | $89.50 |
| B190 | 03/18/19 | TJF | Email to John Hurst re: filing of dismissal order | 0.20 | $94.00 |
| B190 | 03/18/19 | TJF | Review and respond to e-mail re: dismissal as to debtors of state court asbestos case James v. Duro Dyne, et al | 0.30 | $141.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 1.00 | $512.50 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B195 | 03/05/19 | JDP | Travel to Trenton for confirmation hearing | 1.50 | $671.25 |
| B195 | 03/07/19 | JDP | Return travel from confirmation hearing in Trenton | 1.50 | $671.25 |
| | | | **Total B195 - Non-Working Travel** | 3.00 | $1,342.50 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 03/20/19 | TJF | Review and approve February MOR | 0.40 | $188.00 |
| B210 | 03/21/19 | EBL | Finalize and e-file February monthly operating report | 0.30 | $75.00 |
| | | | **Total B210 - Business Operations** | 0.70 | $263.00 |

B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B240 | 03/19/19 | JAK | Correspondence with J. Prol re: IRS claims | 0.10 | $47.00 |
| B240 | 03/19/19 | JAK | Office conference with T. Freedman re: IRS claims | 0.10 | $47.00 |
| B240 | 03/19/19 | TJF | Review e-mail from P. Hunter re: missing tax returns (.2); telephone call to IRS representative Pamela Hunter (.1) | 0.30 | $141.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B240 | 03/20/19 | TJF | Telephone call with P. Hunter re: missing tax returns (.2); telephone call with C. O'Callaghan re: same  (.2) | 0.40 | $188.00 |
| B240 | 03/28/19 | TJF | Telephone call with C. O'Callaghan re: tax returns (.2); confer with J. Prol re: same (.1) | 0.30 | $141.00 |
| | | | **Total B240 - Tax Issues** | 1.20 | $564.00 |

<u>B300 - Claims and Plan</u>

<u>B310 Claims Administration and Objections</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 03/01/19 | DL | Calls and correspondence with J. Prol and clients re: TM claim by SMART | 2.00 | $1,710.00 |
| B310 | 03/01/19 | JDP | Draft response to SMART proposal | 0.30 | $268.50 |
| B310 | 03/01/19 | JDP | Telephone conference with client re: SMART settlement proposal | 0.90 | $805.50 |
| B310 | 03/01/19 | JDP | Research re: SMART proposal | 0.40 | $358.00 |
| B310 | 03/01/19 | JDP | Draft e-mail to client re: SMART proposal | 0.20 | $179.00 |
| B310 | 03/01/19 | TJF | Review revised settlement agreement and Federal counteroffer | 0.30 | $141.00 |
| B310 | 03/04/19 | DL | Correspondence with J. Prol and C. Claussen re: preparation for confirmation hearing; review and respond to settlement offer from SMART | 2.00 | $1,710.00 |
| B310 | 03/04/19 | JDP | Review SMART response to settlement proposal; e-mails to/from client and D. Leit re: same | 0.70 | $626.50 |
| B310 | 03/05/19 | DL | Meeting with clients; review and revise trademark license agreement; correspondence with opposing counsel | 4.10 | $3,505.50 |
| B310 | 03/05/19 | JDP | Review and negotiate terms of SMART settlement | 0.50 | $447.50 |
| B310 | 03/05/19 | JDP | Confer with client re: terms of Smart settlement | 0.60 | $537.00 |
| B310 | 03/06/19 | DL | Calls and correspondence with opposing counsel, J. Prol and clients re: trademark license and settlement; draft and revise trademark license and settlement agreement and release | 6.00 | $5,130.00 |
| B310 | 03/06/19 | JDP | Review and edit SMART settlement agreement | 0.30 | $268.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 03/07/19 | DL | Correspondence with J. Prol re: status of SMART Proof of Claim | 0.20 | $171.00 |
| B310 | 03/08/19 | DL | Office conference with J. Prol; correspondence with S. Grossman; revise SMART settlement agreement | 0.50 | $427.50 |
| B310 | 03/08/19 | JDP | Review Ohio Bureau of Workers'Compensation claim; forward to J. Diamand | 0.20 | $179.00 |
| B310 | 03/11/19 | DL | Finalize settlement documents; correspondence with Duro Dyne team and opposing counsel | 1.00 | $855.00 |
| B310 | 03/11/19 | JDP | Draft consent order resolving SMART claim | 1.20 | $1,074.00 |
| B310 | 03/11/19 | JDP | E-mails to/from client and S. Rever re: settlement of SMART claim | 0.20 | $179.00 |
| B310 | 03/11/19 | JDP | E-mails from/to client re: resolution of SMART claim | 0.20 | $179.00 |
| B310 | 03/11/19 | TJF | Review emails on resolution of SMART claims | 0.30 | $141.00 |
| B310 | 03/13/19 | DC | Prepare Certificate of Consent for entry of Consent Order Resolving SMART claim and draft e-mail to chambers forwarding Consent Order for entry | 0.70 | $189.00 |
| B310 | 03/13/19 | DL | Correspondence with J. Prol re: SMART claim | 0.20 | $171.00 |
| B310 | 03/13/19 | JDP | Draft-e-mail to committee and legal rep's counsel re: N. River issues | 0.20 | $179.00 |
| B310 | 03/13/19 | JDP | Review executed consent order and settlement agreement with SMART; confer with D. Claussen re: filing | 0.20 | $179.00 |
| B310 | 03/13/19 | JDP | Confer with client and creditor representatives re: N. River request to resume mediation | 0.50 | $447.50 |
| B310 | 03/13/19 | JDP | Draft status update to client re: N. River claim; review and respond to responses | 0.40 | $358.00 |
| B310 | 03/13/19 | JDP | Review executed consent order and stipulation resolving SMART claim; submit to court | 0.30 | $268.50 |
| B310 | 03/13/19 | JDP | Telephone conference with G. Calhoun re: N. River claims | 0.20 | $179.00 |
| B310 | 03/14/19 | TJF | Review consent order resolving SMART claim | 0.20 | $94.00 |
| B310 | 03/19/19 | TJF | Draft omnibus objection to claims | 1.00 | $470.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 03/22/19 | JDP | E-mails and telephone conferences with C. Malone and committee counsel re: N. Review request to go back to mediation | 0.40 | $358.00 |
| B310 | 03/22/19 | TJF | Review e-mails re: North River mediation | 0.40 | $188.00 |
| B310 | 03/23/19 | JDP | Review entered consent order approving SMART settlement; draft e-mail to client re: same | 0.20 | $179.00 |
| B310 | 03/25/19 | JDP | Telephone conference with J. Wehner re: mediation with N. River | 0.20 | $179.00 |
| B310 | 03/25/19 | TJF | Review e-mail re: mediation with North River | 0.20 | $94.00 |
| B310 | 03/26/19 | DL | Office conference with  T. Freedman re:  N. River claims | 0.50 | $427.50 |
| B310 | 03/26/19 | JDP | Telephone conference with C. Malone re: strategy for addressing new mediation with North River | 0.30 | $268.50 |
| B310 | 03/26/19 | JDP | Telephone conference with client re: mediation with North River | 0.80 | $716.00 |
| B310 | 03/26/19 | JDP | Telephone conferences with G. Calhoun and C. Malone re: mediation with N. River | 0.40 | $358.00 |
| B310 | 03/27/19 | JDP | Telephone conference with C. Malone re: mediation with N. River | 0.20 | $179.00 |
| B310 | 03/27/19 | JDP | Telephone conference with R. Hinden re: mediation with respect to North River claims | 0.10 | $89.50 |
| B310 | 03/28/19 | JDP | Research re:  potential mediators for mediation with N. River | 0.60 | $537.00 |
| B310 | 03/28/19 | JDP | Review e-mails from/to N. River's counsel and C. Malone re: mediation of N. River claim | 0.20 | $179.00 |
| B310 | 03/29/19 | JDP | E-mails from/to C. Malone re: mediation with N. River; telephone conference with C. Malone re: same | 0.30 | $268.50 |
| B310 | 03/30/19 | TJF | Review e-mail from C. Malone re: update - efforts to select a mediator | 0.20 | $94.00 |

|  |  |  | **Total B310 - Claims Administration and Objections** | 31.00 | $25,542.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| B320 | 03/01/19 | DC | Tend to filing and service of Motion to Extend Debtors' Exclusive Solicitation Period | 0.30 | $81.00 |
| B320 | 03/01/19 | JAK | Office conference with J. Prol re: legal research in connection with confirmation hearing | 0.10 | $47.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 03/01/19 | JAK | Office conference with J. Prol and T. Freedman re: legal research in connection with confirmation hearing | 0.10 | $47.00 |
| B320 | 03/01/19 | JAK | Conduct legal research re: evidence to be used at confirmation hearing | 4.50 | $2,115.00 |
| B320 | 03/01/19 | JAK | Conduct legal research in preparation for confirmation hearing | 2.10 | $987.00 |
| B320 | 03/01/19 | JDP | Review committee's proposed edits to plan | 0.40 | $358.00 |
| B320 | 03/01/19 | JDP | Draft witness and exhibit list for confirmation | 0.30 | $268.50 |
| B320 | 03/01/19 | JDP | Prepare for confirmation hearing | 6.00 | $5,370.00 |
| B320 | 03/01/19 | TJF | Review Witness/Exhibit Lists | 0.20 | $94.00 |
| B320 | 03/01/19 | TJF | Circulate revised plan for comments and further revise plan (1.0); confer with J. Prol re: same (.2) | 1.20 | $564.00 |
| B320 | 03/01/19 | TJF | Research process/estimation hearings at confirmation re: 502(c) | 2.50 | $1,175.00 |
| B320 | 03/01/19 | TJF | Review and revise Plan, and compare with confirmation brief and proposed amendments re: Insurer's Claims | 1.50 | $705.00 |
| B320 | 03/01/19 | TJF | Revising Plan as per J. Leisemer's comments; confer with J. Prol re: same | 1.50 | $705.00 |
| B320 | 03/01/19 | TJF | Review revised Duro Dyne Trust Agreement | 0.20 | $94.00 |
| B320 | 03/02/19 | JDP | Prepare for confirmation hearing | 2.50 | $2,237.50 |
| B320 | 03/02/19 | TJF | Review North River witness list; e-mail to E. Harron re: same | 0.30 | $141.00 |
| B320 | 03/04/19 | JAK | Conduct legal research re: evidentiary issues and confirmation hearing | 4.60 | $2,162.00 |
| B320 | 03/04/19 | JAK | Telephone conference with J. Prol re: evidentiary issues and confirmation hearing | 0.10 | $47.00 |
| B320 | 03/04/19 | JAK | Conduct legal research re: use of settlement discussions at hearing | 3.20 | $1,504.00 |
| B320 | 03/04/19 | JDP | E-mails to/from G. Calhoun re: witness list and settlement overtures | 0.30 | $268.50 |
| B320 | 03/04/19 | JDP | Prepare for confirmation hearing | 2.50 | $2,237.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 03/04/19 | JDP | Telephone conference with J. Wehner re: modifications to the plan | 0.40 | $358.00 |
| B320 | 03/04/19 | JDP | Draft modifications to plan | 0.60 | $537.00 |
| B320 | 03/04/19 | JDP | Develop alternatives to Plan to address objections | 0.50 | $447.50 |
| B320 | 03/04/19 | JDP | Telephone conference with committee and legal rep attorneys re: amendment to plan to address objections | 0.60 | $537.00 |
| B320 | 03/04/19 | JDP | Telephone conference with UST re: resolving objections to confirmation | 0.80 | $716.00 |
| B320 | 03/04/19 | JJP | Provide assistance to J. Prol re: document production sets | 0.40 | $120.00 |
| B320 | 03/04/19 | TJF | Review e-mail re: Trustee objection to confirmation | 0.10 | $47.00 |
| B320 | 03/05/19 | DAS | E-mails and conferences with J. Prol re: status and form of mortgages (.3); prepare draft comments to form of mortgage (.4); review and comment on mortgagee edits (.4); various e-mails re: same (.2) | 1.30 | $903.50 |
| B320 | 03/05/19 | DC | Tend to filing and service of Second Amended Prenegotiated Plan of Reorganization, As Modified | 0.30 | $81.00 |
| B320 | 03/05/19 | JAK | Conduct legal research re: evidentiary issues and confirmation hearing | 5.20 | $2,444.00 |
| B320 | 03/05/19 | JAK | Conduct legal research re: use of settlement discussions at hearing | 2.30 | $1,081.00 |
| B320 | 03/05/19 | JAK | Telephone conference with J. Prol re: evidentiary issues and confirmation hearing | 0.10 | $47.00 |
| B320 | 03/05/19 | JAK | Office conference with J. Prol re: evidentiary issues and confirmation hearing | 0.10 | $47.00 |
| B320 | 03/05/19 | JDP | Telephone conference with Plan proponents re: strategy for confirmation hearing | 0.50 | $447.50 |
| B320 | 03/05/19 | JDP | Witness prep and prepare for confirmation hearing | 7.50 | $6,712.50 |
| B320 | 03/05/19 | TJF | Review emails confirming Hinden Contribution to Trust | 0.20 | $94.00 |
| B320 | 03/05/19 | TJF | Review revisions to Second Amended Plan and related exhibits and certification | 0.30 | $141.00 |
| B320 | 03/05/19 | TJF | Review redline changes to TDP and Trust Agreement | 0.30 | $141.00 |
| B320 | 03/06/19 | JDP | Prepare for second day of confirmation trial | 1.00 | $895.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 03/06/19 | JDP | Prepare for confirmation hearing | 2.50 | $2,237.50 |
| B320 | 03/06/19 | TJF | Review e-mail from M. Silvershotz re: comments to North River objection | 0.40 | $188.00 |
| B320 | 03/06/19 | TJF | Email exchange with J. Prol re: preliminary ruling on formation (.2); review e-mail from J. Prol re: status of SMART settlement (.1) | 0.30 | $141.00 |
| B320 | 03/06/19 | TJF | Review Debtors' response to objection to Motion to Seal | 0.20 | $94.00 |
| B320 | 03/07/19 | DC | Tend to electronic filing of Reply Brief re: North River's Objection to Motion to Seal and file Affidavits of Service received by BMC Group | 0.40 | $108.00 |
| B320 | 03/07/19 | JDP | Prepare for 2nd day of confirmation hearing | 2.50 | $2,237.50 |
| B320 | 03/08/19 | JDP | Review notes from confirmation hearing; develop strategy for findings of fact and conclusions of law | 4.00 | $3,580.00 |
| B320 | 03/08/19 | SSY | Confer with Lender's counsel re: timing for exit finance closing and delivery of revised loan documents | 0.20 | $151.00 |
| B320 | 03/08/19 | TJF | Email exchange J. Prol re: trial finished | 0.20 | $94.00 |
| B320 | 03/09/19 | TJF | Review e-mail updates on confirmation status and future scheduling | 0.20 | $94.00 |
| B320 | 03/11/19 | JDP | Confer with T. Freedman re: findings of fact and conclusions of law | 0.30 | $268.50 |
| B320 | 03/11/19 | JDP | Develop strategy re: settlements/plan confirmation issues | 0.80 | $716.00 |
| B320 | 03/11/19 | TJF | Confer with J. Prol re: discuss confirmation hearing and preparation of finding of fact and conclusions of law | 0.40 | $188.00 |
| B320 | 03/11/19 | TJF | Research formats of findings of fact and conclusions of law for post -confirmation hearing submission | 1.30 | $611.00 |
| B320 | 03/12/19 | JDP | Telephone conference with UST and creditor representatives re: UST suggested revisions to the TDP | 0.40 | $358.00 |
| B320 | 03/12/19 | JDP | Preliminary review of confirmation hearing transcripts | 1.50 | $1,342.50 |
| B320 | 03/12/19 | JDP | Develop strategy for findings of fact and conclusions of law | 1.20 | $1,074.00 |
| B320 | 03/12/19 | TJF | Prepare for and attend telephone call with Trustee and all parties re: effort to resolve Trustee's objection to confirmation | 1.00 | $470.00 |
| B320 | 03/12/19 | TJF | Review e-mails with J. Liesemer re: format for findings of fact | 0.30 | $141.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 03/12/19 | TJF | E-mail exchange with clients and J. Liesemer re: North River and Trustee settlement postures | 0.40 | $188.00 |
| B320 | 03/12/19 | TJF | Review e-mails re: settlement with SMART | 0.20 | $94.00 |
| B320 | 03/13/19 | JDP | Confer with C. Malone re: N. River claims | 0.30 | $268.50 |
| B320 | 03/13/19 | JDP | Draft status update to client | 0.30 | $268.50 |
| B320 | 03/13/19 | TJF | Email discussion with J. Liesemer re: format for findings of fact | 0.40 | $188.00 |
| B320 | 03/14/19 | DAS | E-mails with Trust counsel re: form of mortgages | 0.30 | $208.50 |
| B320 | 03/14/19 | JDP | E-mails from/to court re: form of findings of fact and conclusions of law | 0.20 | $179.00 |
| B320 | 03/14/19 | JDP | Review transcripts of confirmation hearing | 1.50 | $1,342.50 |
| B320 | 03/15/19 | TJF | Review confirmation transcript re: findings of fact | 2.50 | $1,175.00 |
| B320 | 03/19/19 | TJF | Telephone call to J. Liesemer re: finding of fact | 0.10 | $47.00 |
| B320 | 03/21/19 | TJF | Telephone call with J. Liesemer re: preparation of findings of facts and conclusions of law (.2); review e-mail summarizing call (.2) | 0.40 | $188.00 |
| B320 | 03/22/19 | TJF | Review e-mail from J. Liesemer re: preparation of proposed findings | 0.20 | $94.00 |
| B320 | 03/22/19 | TJF | Review initial draft of proposed findings of fact | 1.00 | $470.00 |
| B320 | 03/25/19 | DAS | Conferences re: status of Bank of America intercreditor agreement | 0.20 | $139.00 |
| B320 | 03/25/19 | SSY | Review revised loan documents from Bank of America, including loan agreement, intercreditor agreement, consents, waivers and checklist | 2.50 | $1,887.50 |
| B320 | 03/25/19 | SSY | Confer with R. Stehl at Otterbourg re: revised loan documents and confer with client re: waivers and consents to be obtained from third parties for benefit of lender | 0.70 | $528.50 |
| B320 | 03/25/19 | TJF | E-mail exchange with J. Liesemer re: findings of fact proposed drafting timetable | 0.20 | $94.00 |
| B320 | 03/26/19 | TJF | Review transcript of confirmation hearing (2.0); draft findings of fact (1.0) | 3.00 | $1,410.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 03/27/19 | JDP | E-mails from/to J. Wehner re: amendments to TDP | 0.20 | $179.00 |
| B320 | 03/27/19 | JDP | Draft status update to client re: settlement discussions concerning North River and UST objections to confirmation | 0.30 | $268.50 |
| B320 | 03/27/19 | TJF | Drafting findings of fact and conclusions of law | 5.00 | $2,350.00 |
| B320 | 03/27/19 | TJF | Review update on resolution with Trustee and carrier objections | 0.30 | $141.00 |
| B320 | 03/28/19 | JDP | Telephone conference with C. Malone re: mediation of N. River claim | 0.20 | $179.00 |
| B320 | 03/28/19 | JDP | Telephone conference with Debtors' counsel re: Solace settlement proposal | 0.40 | $358.00 |
| B320 | 03/28/19 | TJF | Review final Supplemental Certification and tend to filing | 0.30 | $141.00 |
| B320 | 03/29/19 | JDP | Review and edit findings of fact/conclusions of law | 1.50 | $1,342.50 |
| B320 | 03/30/19 | TJF | Review e-mail re: Bank of America request to increase their current retainer | 0.10 | $47.00 |

|  |  |  | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 97.70 | $64,875.00 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 03/01/19 | DC | Coordinate with courtroom deputy re: courtroom technology for the confirmation hearing | 0.40 | $108.00 |
| B430A | 03/04/19 | DC | Discussions with courtroom deputy re: technology request for confirmation hearing and exchange e-mails with attorney team re: same | 0.30 | $81.00 |
| B430A | 03/04/19 | DC | Discussions with J. Prol re: revisions to Notice of Agenda and prepare revised version of same | 1.10 | $297.00 |
| B430A | 03/04/19 | TJF | Review draft confirmation agenda | 0.10 | $47.00 |
| B430A | 03/04/19 | TJF | Review e-mails re: prep for confirmation hearing and confirmation hearing | 0.20 | $94.00 |
| B430A | 03/05/19 | DC | Review motions filed by Plan Proponents (.30), and tend to filing supplemental Amended Plan, Certification, redlined versions of the Plan and related documents (1.10) | 1.40 | $378.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 03/05/19 | DC | Prepare and file amended agenda and finalize hearing binder for confirmation hearing | 1.30 | $351.00 |
| B430A | 03/06/19 | DC | Review 9019 Motions to Approve Settlements, prepare same for confirmation hearing and tend to filing Affidavits of Service | 1.10 | $297.00 |
| B430A | 03/06/19 | JDP | Participate in first day of confirmation hearing | 7.50 | $6,712.50 |
| B430A | 03/07/19 | JDP | Participate in second day of confirmation hearing | 7.00 | $6,265.00 |
| B430A | 03/28/19 | TJF | E-mail with C. Malone re: April 1 hearing | 0.10 | $47.00 |
| B430A | 03/29/19 | EBL | E-mail to L. Eden re: status of 4/1/19 hearing | 0.10 | $25.00 |
| | | | **Total B430A - Court Hearings** | 20.60 | $14,702.50 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 03/04/19 | JDP | Review and edit settlement agreement with Federal and supporting pleadings | 2.20 | $1,969.00 |
| B460 | 03/05/19 | JDP | Review and edit settlements and pleading to approve settlements with Midstates and Munich | 1.50 | $1,342.50 |
| B460 | 03/11/19 | TJF | Review edits to Federal, Midstates and Munich settlement agreements | 0.40 | $188.00 |
| B460 | 03/11/19 | TJF | Review 9019 motions and motion to seal re: settlements with Hartford and Federal and objections thereto by North River | 0.50 | $235.00 |
| B460 | 03/12/19 | TJF | E-mail exchange with C. Malone re: NY court adjourned insurance coverage case | 0.20 | $94.00 |
| B460 | 03/13/19 | JDP | Review court's request for supplemental information regarding insurance settlements; confer with C. Malone and K. Quinn re: same | 0.30 | $268.50 |
| B460 | 03/13/19 | TJF | Review e-mail from R. Earl re: submission of supplemental certifications by remaining insurance availability | 0.20 | $94.00 |
| B460 | 03/13/19 | TJF | Email exchange with C. Malone and J. Prol re: Policy limits remaining | 0.30 | $141.00 |
| B460 | 03/18/19 | TJF | Follow up e-mail to E. Grim re: current policy limits | 0.20 | $94.00 |
| B460 | 03/21/19 | TJF | Confer with J. Prol re: supplemental insurer certification | 0.10 | $47.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 03/21/19 | TJF | Review email and Federal's proposed edits to agreement and proposed order | 0.30 | $141.00 |
| B460 | 03/26/19 | JDP | Review amendments to settlement agreements with insurers | 1.00 | $895.00 |
| B460 | 03/26/19 | TJF | Review amended settlement agreements with Federal and Munich | 0.40 | $188.00 |
| B460 | 03/27/19 | TJF | Review further revised supplemental certification of settlement amounts | 0.20 | $94.00 |
| B460 | 03/28/19 | EBL | Finalize and e-file supplemental certification re: sale of policies | 0.30 | $75.00 |
| B460 | 03/28/19 | JDP | Review revised insurer settlements(.3); draft e-mails to client re: same (.1); e-mail exchange with E. Grim re: same (.1) | 0.50 | $447.50 |
| B460 | 03/29/19 | TJF | E-mail with R. Hinden re: signatures of Settlement Agreement and Release | 0.20 | $94.00 |
| B460 | 03/30/19 | TJF | Review amended settlement agreement with Midstates, as well as a redline showing all changes to the original agreement | 0.20 | $94.00 |

| | | | **Total B460 - Other - Insurance Matters** | 9.00 | $6,501.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|------------------|------:|-----:|
| B110 | Case Administration | 4.00 | $1,277.00 |
| B120 | Asset Analysis and Recovery | 0.20 | $94.00 |
| B160 | Fee/Employment Applications | 5.50 | $1,859.00 |
| B165 | Employment and Retention Applications - Others | 47.70 | $33,639.00 |
| B175 | Fee Applications and Invoices - Others | 2.90 | $1,116.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.70 | $1,189.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.00 | $512.50 |
| B195 | Non-Working Travel | 3.00 | $1,342.50 |
| B210 | Business Operations | 0.70 | $263.00 |
| B240 | Tax Issues | 1.20 | $564.00 |
| B310 | Claims Administration and Objections | 31.00 | $25,542.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 97.70 | $64,875.00 |
| B430A | Court Hearings | 20.60 | $14,702.50 |
| B460 | Other - Insurance Matters | 9.00 | $6,501.50 |
| | **Total** | **227.20** | **$153,478.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Miscellaneous | $200.40 |
| Computerized legal research | $524.55 |
| Telecommunications | $30.00 |
| Transcript charges | $421.20 |
| Travel | $860.27 |
| **Total Disbursements** | **$2,036.42** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/05/19 | Other Office Costs  Catering charges for beverages NJ conf room - Duro Dyne Mtg | $25.00 |
| 03/05/19 | Other Office Costs  VENDOR: Dartcor Food Services; INVOICE#: 0009700150; DATE: 3/8/2019 - Meeting with client | $175.40 |
| 03/20/19 | Long distance telephone - External  VENDOR: Terri Freedman INVOICE#: 3190550703210205 DATE: 3/21/2019    ; 03/20/19; Misc - Other; CourtCall charges | $30.00 |
| 03/12/19 | Transcript Charges  VENDOR: J & J Court Transcribers Inc.; INVOICE#: 2019-00467; DATE: 3/12/2019 - Fee for transcripts | $421.20 |
| 03/07/19 | Travel - Accommodations  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/07/19; Hotel - Lodging; Hotel to attend hearing | $750.95 |
| 03/05/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/05/19; Mileage; FROM: Roseland; TO: Princeton; Mileage to Princeton to attend client meeting | $29.58 |
| 03/06/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/06/19; Mileage; FROM: Princeton; TO: Trenton; Round trip mileage to attend hearing | $15.08 |
| 03/06/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/06/19; Parking; Parking to attend hearing | $10.00 |
| 03/07/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/07/19; Mileage; FROM: Princeton; TO: Trenton; Round trip mileage to attend hearing | $15.08 |
| 03/07/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/07/19; Mileage; FROM: Princeton; TO: Roseland; Mileage to office | $29.58 |
| 03/07/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3170924703130205 DATE: 3/13/2019    ; 03/07/19; Parking; Parking to attend hearing | $10.00 |
| 03/01/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: ACCESS CHARGE-6; DOC ACCESS-9; ; | $524.55 |
| | Total Disbursements | $2,036.42 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**