**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, April 1, 2019 through April 30, 2019 (the "April Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Fifth Fee Statement, if any, are due by June 3, 2019.

Dated: May 23, 2019

                                                           Respectfully submitted,

                                                           GETZLER HENRICH & ASSOCIATES LLC

                                                           /s/ *Mark D. Podgainy*
                                                           Mark D. Podgainy
                                                           295 Madison Avenue
                                                           New York, NY 10017
                                                           *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 361,603.25 | $ 6,280.20 |
| TOTAL FEES ALLOWED TO DATE: | $ 361,603.25 | $ 6,280.20 |
| TOTAL RETAINER (IF APPLICABLE) | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 47,932.00 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 261,612.45 | $ 4,983.22 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $70,639.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 977.74 |
| TOTAL FEE APPLICATION | $71,617.24 |
| MINUS 20% HOLDBACK | $14,127.90 |
| AMOUNT SOUGHT AT THIS TIME | $57,489.34 |

31381/2
05/23/2019 48448599.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $350.00 | 190.9 | $66,815.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $175.00 | 3.8 | $665.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 7.1 | $3,159.50 |
| | | **Grand Total:** | **201.8** | **$70,639.50** |
| | | **Blended Rate:** | **$350.05** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 55.4 | $19,390.00 |
| Bankruptcy Consulting | 31.7 | 11,152.00 |
| Claims Analysis & Negotiation | 3.0 | 1,050.00 |
| Committee Conference Call / Meeting | 0.0 | 0.00 |
| Confirmation Issues | 0.0 | 0.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 83.0 | 29,192.50 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 5.0 | 2,225.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 19.9 | 6,965.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 0.0 | 0.00 |
| Travel | 3.8 | 665.00 |
| **SERVICE TOTALS** | **201.8** | **$70,639.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Accommodations | $0.00 |
| Meals | 0.00 |
| Telecommunications | 0.00 |
| Transportation | 977.74 |
| **TOTAL DISBURSEMENTS** | **$977.74** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for March 2019;

   b)   Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring payments to ensure compliance with the cash collateral order, and assisting the proposed exit financing lender with its due diligence;

   c)   Getzler assisted the Debtors in analyzing claims filed with the Court;

   d)   Getzler assisted the Debtors in analyzing its operational and business performance to improve operational efficiency and profitability;

   e)   Getzler assisted the Debtors in preparing for the audit of its 2018 financial statements and in providing information to the auditors during the audit process; and

   f)   Getzler provided such other services consistent with its engagement letter.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2019

                                                          /s/ *Mark D. Podgainy*
                                                          Mark D. Podgainy

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | **Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

31635/2
09/26/2018 51210348.1

Page:       2
Debtors:    Duro Dyne National Corp., Inc., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

___

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:       3
Debtors:    Duro Dyne National Corp., Inc., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Case 18-27963-MBK    Doc 706    Filed 08/29/19    Entered 08/29/19 09:57:00    Desc Main
Document    Page 9 of 16
Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 706    Filed 06/29/19    Entered 06/29/19 09:57:02    Desc Main
Document    Page 10 of 16

Page:     5
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
          as Financial Advisor to the Debtors as of the Petition Date

_____

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 18−27963−MBK
                  Chapter: 11
                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 − 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                                     Jeanne Naughton
                                                                                     Clerk

Getzler Henrich & Associates LLC   Case 18-27963-MBK   Doc 706   Filed 05/23/19   Entered 05/23/19 11:57:50   Desc Main
Document   Page 12 of 16

APRIL 1, 2019 - APRIL 30, 2019

DURO DYNE (DIP)
TIME DETAIL - APRIL 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 04/01/19 | 0.6 | $ 350.00 | $ 210.00 | Reconciling vendor balances |
| O'Callaghan | Accounting and Audit | 04/01/19 | 0.7 | $ 350.00 | $ 245.00 | Reviewing auditors' information request update |
| O'Callaghan | Accounting and Audit | 04/01/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with outside auditors re: questions presented |
| O'Callaghan | Accounting and Audit | 04/01/19 | 1.9 | $ 350.00 | $ 665.00 | Conducting year-to-year volume comparison |
| O'Callaghan | Accounting and Audit | 04/01/19 | 0.6 | $ 350.00 | $ 210.00 | Meeting with outside auditors re: answers to questions |
| O'Callaghan | Accounting and Audit | 04/02/19 | 1.1 | $ 350.00 | $ 385.00 | Meetings with outside auditors |
| O'Callaghan | Accounting and Audit | 04/02/19 | 1.1 | $ 350.00 | $ 385.00 | Prepared schedules and obtained additional information requested by auditors |
| O'Callaghan | Accounting and Audit | 04/03/19 | 1.7 | $ 350.00 | $ 595.00 | Meetings with outside auditors |
| O'Callaghan | Accounting and Audit | 04/03/19 | 0.6 | $ 350.00 | $ 210.00 | Conference call with US and Canadian auditors |
| O'Callaghan | Accounting and Audit | 04/03/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing inventory analysis |
| O'Callaghan | Accounting and Audit | 04/04/19 | 2.2 | $ 350.00 | $ 770.00 | Preparing additional information for auditors |
| O'Callaghan | Accounting and Audit | 04/05/19 | 1.2 | $ 350.00 | $ 420.00 | Preparing additional schedules for auditors |
| O'Callaghan | Accounting and Audit | 04/09/19 | 2.4 | $ 350.00 | $ 840.00 | Analyzing slow moving inventory calculations |
| O'Callaghan | Accounting and Audit | 04/10/19 | 2.1 | $ 350.00 | $ 735.00 | Updating financial schedules for auditors |
| O'Callaghan | Accounting and Audit | 04/11/19 | 2.2 | $ 350.00 | $ 770.00 | Reviewed information provided to auditors in preparation for questions |
| O'Callaghan | Accounting and Audit | 04/11/19 | 0.8 | $ 350.00 | $ 280.00 | Update call with auditors |
| O'Callaghan | Accounting and Audit | 04/11/19 | 0.5 | $ 350.00 | $ 175.00 | Discussions with auditors re: equipment in service dates |
| O'Callaghan | Accounting and Audit | 04/12/19 | 0.8 | $ 350.00 | $ 280.00 | Providing additional information to auditors |
| O'Callaghan | Accounting and Audit | 04/15/19 | 2.9 | $ 350.00 | $ 1,015.00 | Providing information to auditors |
| O'Callaghan | Accounting and Audit | 04/16/19 | 2.6 | $ 350.00 | $ 910.00 | Gathering information for auditors |
| O'Callaghan | Accounting and Audit | 04/16/19 | 1.3 | $ 350.00 | $ 455.00 | Preparing schedules from the information gathered for auditors |
| O'Callaghan | Accounting and Audit | 04/17/19 | 1.8 | $ 350.00 | $ 630.00 | Researching lease and trust agreements for audit information |
| O'Callaghan | Accounting and Audit | 04/17/19 | 2.7 | $ 350.00 | $ 945.00 | Preparing narrative information for auditors |
| O'Callaghan | Accounting and Audit | 04/18/19 | 2.1 | $ 350.00 | $ 735.00 | Meeting with auditors re: information requests |
| O'Callaghan | Accounting and Audit | 04/18/19 | 0.6 | $ 350.00 | $ 210.00 | Follow up meeting with auditors re: bankruptcy reporting |
| O'Callaghan | Accounting and Audit | 04/18/19 | 3.1 | $ 350.00 | $ 1,085.00 | Responding to information request from auditors |
| O'Callaghan | Accounting and Audit | 04/19/19 | 0.7 | $ 350.00 | $ 245.00 | Updating working capital information for auditors |
| O'Callaghan | Accounting and Audit | 04/19/19 | 0.8 | $ 350.00 | $ 280.00 | Providing additional information to auditors as requested |
| O'Callaghan | Accounting and Audit | 04/22/19 | 2.6 | $ 350.00 | $ 910.00 | Researching discrepancy in prior year reporting re: weekly bookings and shipments |
| O'Callaghan | Accounting and Audit | 04/23/19 | 2.5 | $ 350.00 | $ 875.00 | Preparing schedules of material purchases for auditors |
| O'Callaghan | Accounting and Audit | 04/24/19 | 1.9 | $ 350.00 | $ 665.00 | Preparing schedule of cash receipts for auditors |
| O'Callaghan | Accounting and Audit | 04/24/19 | 2.2 | $ 350.00 | $ 770.00 | Assembling additional information for auditors |
| O'Callaghan | Accounting and Audit | 04/25/19 | 1.1 | $ 350.00 | $ 385.00 | Reviewing and revising additional items provided to auditors |
| O'Callaghan | Accounting and Audit | 04/29/19 | 1.2 | $ 350.00 | $ 420.00 | Meeting with outside auditor |
| O'Callaghan | Accounting and Audit | 04/30/19 | 0.8 | $ 350.00 | $ 280.00 | Meeting with outside auditor |
| O'Callaghan | Accounting and Audit | 04/30/19 | 1.7 | $ 350.00 | $ 595.00 | Preparing financial schedules for auditor |
| | **Accounting and Audit Total** | | **55.4** | | **$ 19,390.00** | |
| O'Callaghan | Bankruptcy Consulting | 04/01/19 | 2.1 | $ 350.00 | $ 735.00 | Conference call with company counsel re: information requested by auditors |
| O'Callaghan | Bankruptcy Consulting | 04/01/19 | 0.4 | $ 350.00 | $ 140.00 | Call with insurance agent re: renewal costs |
| O'Callaghan | Bankruptcy Consulting | 04/02/19 | 0.3 | $ 350.00 | $ 105.00 | Follow up correspondence with insurance agent |
| O'Callaghan | Bankruptcy Consulting | 04/03/19 | 0.4 | $ 350.00 | $ 140.00 | Reviewing open request items from auditors |
| O'Callaghan | Bankruptcy Consulting | 04/05/19 | 1.0 | $ 350.00 | $ 350.00 | Participating in overtime analysis meeting |
| O'Callaghan | Bankruptcy Consulting | 04/10/19 | 0.4 | $ 350.00 | $ 140.00 | Call with plant manager re: equipment financing options |

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 04/10/19 | 0.7 | $ 350.00 | $ 245.00 | Analyzed information re proposed profit sharing program for production employees |
| O'Callaghan | Bankruptcy Consulting | 04/12/19 | 0.8 | $ 350.00 | $ 280.00 | Meeting with management re: overtime expenditures |
| O'Callaghan | Bankruptcy Consulting | 04/15/19 | 1.6 | $ 350.00 | $ 560.00 | Providing financial information for insurance renewal |
| O'Callaghan | Bankruptcy Consulting | 04/15/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with management re: scrap reporting and income |
| O'Callaghan | Bankruptcy Consulting | 04/22/19 | 1.7 | $ 350.00 | $ 595.00 | Analyzing increase in freight billings |
| O'Callaghan | Bankruptcy Consulting | 04/22/19 | 0.6 | $ 350.00 | $ 210.00 | Conference call with insurance broker to discuss D&O policy |
| O'Callaghan | Bankruptcy Consulting | 04/23/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing cost reduction proposal for Midwest facility |
| O'Callaghan | Bankruptcy Consulting | 04/23/19 | 0.5 | $ 350.00 | $ 175.00 | Conference call with management to review cost saving proposal |
| O'Callaghan | Bankruptcy Consulting | 04/23/19 | 2.0 | $ 350.00 | $ 700.00 | Meeting with management re: capacity scheduling |
| O'Callaghan | Bankruptcy Consulting | 04/24/19 | 2.8 | $ 350.00 | $ 980.00 | Review and analysis of first quarter 2019 financial statements |
| O'Callaghan | Bankruptcy Consulting | 04/24/19 | 1.4 | $ 350.00 | $ 490.00 | Meeting with management re: open orders |
| O'Callaghan | Bankruptcy Consulting | 04/25/19 | 0.7 | $ 350.00 | $ 245.00 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 04/25/19 | 0.6 | $ 350.00 | $ 210.00 | Meeting with management to discuss royalty income |
| O'Callaghan | Bankruptcy Consulting | 04/25/19 | 0.4 | $ 350.00 | $ 140.00 | Meeting with accounting staff to discuss operational efficiencies |
| O'Callaghan | Bankruptcy Consulting | 04/26/19 | 0.7 | $ 350.00 | $ 245.00 | Meeting with management re: overtime spending |
| O'Callaghan | Bankruptcy Consulting | 04/26/19 | 2.2 | $ 350.00 | $ 770.00 | Reviewing first quarter actual spending vs budget |
| O'Callaghan | Bankruptcy Consulting | 04/26/19 | 0.6 | $ 350.00 | $ 210.00 | Conference call with M Podgainy re: status and next steps |
| O'Callaghan | Bankruptcy Consulting | 04/26/19 | 1.4 | $ 350.00 | $ 490.00 | Drafting full year operating budget |
| Podgainy | Bankruptcy Consulting | 04/26/19 | 0.6 | $ 445.00 | $ 267.00 | Tele conv w/ C O'Callaghan re: case status and next steps |
| O'Callaghan | Bankruptcy Consulting | 04/29/19 | 1.6 | $ 350.00 | $ 560.00 | Meeting with management re: open orders / back orders |
| O'Callaghan | Bankruptcy Consulting | 04/30/19 | 2.2 | $ 350.00 | $ 770.00 | Reviewing draft of budget with management |
| O'Callaghan | Bankruptcy Consulting | 04/30/19 | 2.5 | $ 350.00 | $ 875.00 | Additional work on budget to incorporate management feedback |
| | **Bankruptcy Consulting Total** | | **31.7** | | **$ 11,152.00** | |
| O'Callaghan | Claims Analysis & Negotiation | 04/08/19 | 1.2 | $ 350.00 | $ 420.00 | Processing SMART union settlement payments |
| O'Callaghan | Claims Analysis & Negotiation | 04/24/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing demand for payment by equipment vendor; consulting with counsel |
| O'Callaghan | Claims Analysis & Negotiation | 04/24/19 | 1.0 | $ 350.00 | $ 350.00 | Researching missing tax returns requested by IRS |
| | **Claims Analysis & Negotiation Total** | | **3.0** | | **$ 1,050.00** | |
| O'Callaghan | DIP Financing | 04/01/19 | 1.6 | $ 350.00 | $ 560.00 | Preparing weekly shipment and bookings analysis |
| O'Callaghan | DIP Financing | 04/02/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing updated schedules from collateral auditors |
| O'Callaghan | DIP Financing | 04/02/19 | 0.7 | $ 350.00 | $ 245.00 | Conference call with collateral auditors |
| O'Callaghan | DIP Financing | 04/02/19 | 0.2 | $ 350.00 | $ 70.00 | Call with lender re: status of collateral audit |
| O'Callaghan | DIP Financing | 04/02/19 | 2.8 | $ 350.00 | $ 980.00 | Responding to information requests from auditors |
| O'Callaghan | DIP Financing | 04/02/19 | 3.3 | $ 350.00 | $ 1,155.00 | Updating monthly financial results for lender |
| O'Callaghan | DIP Financing | 04/02/19 | 0.4 | $ 350.00 | $ 140.00 | Updating financial diligence info for lender |
| O'Callaghan | DIP Financing | 04/03/19 | 2.1 | $ 350.00 | $ 735.00 | Updating estimated professional fees as of confirmation for lender |
| O'Callaghan | DIP Financing | 04/03/19 | 1.7 | $ 350.00 | $ 595.00 | Updating weekly cash flow information for lender |
| O'Callaghan | DIP Financing | 04/03/19 | 1.1 | $ 350.00 | $ 385.00 | Preparing for .6 and participating in .5 call with lender re: review of collateral audit and information requests |
| O'Callaghan | DIP Financing | 04/03/19 | 1.7 | $ 350.00 | $ 595.00 | Responding to additional diligence requests from lender |
| O'Callaghan | DIP Financing | 04/03/19 | 1.2 | $ 350.00 | $ 420.00 | Completing update of monthly financials for lender |
| Podgainy | DIP Financing | 04/03/19 | 0.5 | $ 445.00 | $ 222.50 | Conf call w/ BofA and C O'Callaghan re: status of exit financing, information needed and potential changes in documentation |
| O'Callaghan | DIP Financing | 04/04/19 | 1.0 | $ 350.00 | $ 350.00 | Providing additional diligence information to lender |

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 04/04/19 | 0.5 | $ 350.00 | $ 175.00 | Conference call with exit lender re: collateral audit |
| O'Callaghan | DIP Financing | 04/08/19 | 1.6 | $ 350.00 | $ 560.00 | Updating weekly cash flow information |
| O'Callaghan | DIP Financing | 04/08/19 | 2.2 | $ 350.00 | $ 770.00 | Analyzing booking and shipping data |
| O'Callaghan | DIP Financing | 04/08/19 | 2.5 | $ 350.00 | $ 875.00 | Updating cash flow projections, borrowing base estimates and other financial information for lender |
| O'Callaghan | DIP Financing | 04/08/19 | 2.9 | $ 350.00 | $ 1,015.00 | Assembling additional data requested by lender |
| O'Callaghan | DIP Financing | 04/09/19 | 2.0 | $ 350.00 | $ 700.00 | Attended meeting with Bank of America re: exit financing |
| O'Callaghan | DIP Financing | 04/09/19 | 0.9 | $ 350.00 | $ 315.00 | Call with lender re diligence information |
| O'Callaghan | DIP Financing | 04/09/19 | 0.7 | $ 350.00 | $ 245.00 | Update call with inventory valuation firm |
| O'Callaghan | DIP Financing | 04/09/19 | 1.8 | $ 350.00 | $ 630.00 | Responding to open item list from inventory valuation firm |
| O'Callaghan | DIP Financing | 04/09/19 | 1.9 | $ 350.00 | $ 665.00 | Researching discrepancies in information provided to inventory valuation firm |
| O'Callaghan | DIP Financing | 04/09/19 | 1.3 | $ 350.00 | $ 455.00 | Researching variance between book and physical inventory calculations |
| O'Callaghan | DIP Financing | 04/09/19 | 0.9 | $ 350.00 | $ 315.00 | Analyzing AR roll-forward calculations |
| O'Callaghan | DIP Financing | 04/09/19 | 0.4 | $ 350.00 | $ 140.00 | Responding to additional requests from lender |
| O'Callaghan | DIP Financing | 04/09/19 | 0.5 | $ 350.00 | $ 175.00 | Preparing GL to physical schedule for inventory valuation firm |
| O'Callaghan | DIP Financing | 04/10/19 | 1.7 | $ 350.00 | $ 595.00 | Updating 13 week cash flow projections |
| O'Callaghan | DIP Financing | 04/10/19 | 0.7 | $ 350.00 | $ 245.00 | Analyzing AR by week for borrowing base estimates |
| O'Callaghan | DIP Financing | 04/10/19 | 0.7 | $ 350.00 | $ 245.00 | Follow up call with lender re: financial information provided |
| O'Callaghan | DIP Financing | 04/10/19 | 0.4 | $ 350.00 | $ 140.00 | Follow up research on discrepancies in financial information provided |
| O'Callaghan | DIP Financing | 04/11/19 | 2.5 | $ 350.00 | $ 875.00 | Meeting with management re: cash position and cash flow projections |
| O'Callaghan | DIP Financing | 04/11/19 | 2.1 | $ 350.00 | $ 735.00 | Meeting with management re: slow moving inventory |
| O'Callaghan | DIP Financing | 04/11/19 | 0.8 | $ 350.00 | $ 280.00 | Responding to additional requests from inventory valuation firm |
| O'Callaghan | DIP Financing | 04/12/19 | 0.6 | $ 350.00 | $ 210.00 | Update call with inventory valuation firm |
| O'Callaghan | DIP Financing | 04/12/19 | 0.4 | $ 350.00 | $ 140.00 | Update call with lender re: progress with due diligence |
| Podgainy | DIP Financing | 04/12/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: update on BofA loan approval |
| O'Callaghan | DIP Financing | 04/12/19 | 0.2 | $ 350.00 | $ 70.00 | Updating management re: bank loan approval |
| O'Callaghan | DIP Financing | 04/15/19 | 2.2 | $ 350.00 | $ 770.00 | Analyzing weekly booking and sales data |
| Podgainy | DIP Financing | 04/15/19 | 0.2 | $ 445.00 | $ 89.00 | Review of booking/shipping report |
| O'Callaghan | DIP Financing | 04/15/19 | 2.6 | $ 350.00 | $ 910.00 | Updating weekly cash flow information |
| O'Callaghan | DIP Financing | 04/16/19 | 0.9 | $ 350.00 | $ 315.00 | Researching Ohio deed documentation for exit financing closing |
| O'Callaghan | DIP Financing | 04/16/19 | 1.7 | $ 350.00 | $ 595.00 | Analyzing AR collection times for cash flow forecasting |
| O'Callaghan | DIP Financing | 04/16/19 | 2.2 | $ 350.00 | $ 770.00 | Updating cash flow analysis |
| O'Callaghan | DIP Financing | 04/16/19 | 2.4 | $ 350.00 | $ 840.00 | Reviewing weekly cash projections to actuals |
| O'Callaghan | DIP Financing | 04/19/19 | 2.2 | $ 350.00 | $ 770.00 | Conference call with board re: cash position and cash flow |
| Podgainy | DIP Financing | 04/19/19 | 0.3 | $ 445.00 | $ 133.50 | Review most recent cash flow forecast and actual vs. budget for the week ended 4/12/2019 |
| Podgainy | DIP Financing | 04/22/19 | 0.2 | $ 445.00 | $ 89.00 | Review of latest weekly booking/shipping report |
| O'Callaghan | DIP Financing | 04/23/19 | 1.6 | $ 350.00 | $ 560.00 | Analyzing weekly cash receipts and disbursements |
| O'Callaghan | DIP Financing | 04/23/19 | 1.2 | $ 350.00 | $ 420.00 | Updating cash flow projections |
| O'Callaghan | DIP Financing | 04/27/19 | 7.2 | $ 350.00 | $ 2,520.00 | Additional drafting of full year operating budget to be provided to lender |
| O'Callaghan | DIP Financing | 04/29/19 | 1.7 | $ 350.00 | $ 595.00 | Updating first quarter financial information for lender |
| O'Callaghan | DIP Financing | 04/29/19 | 2.1 | $ 350.00 | $ 735.00 | Additional work on annual budget to be provided to lender |
| O'Callaghan | DIP Financing | 04/30/19 | 1.9 | $ 350.00 | $ 665.00 | Reviewing weekly cash flow actual and projections |
| O'Callaghan | DIP Financing | 04/30/19 | 1.4 | $ 350.00 | $ 490.00 | Updating weekly shipment and bookings information |

Getzler Henrich & Associates LLC  Case 18-27963-MBK    Doc 706    Filed 05/23/19    Entered 05/23/19 11:57:50    Desc Main
APRIL 1, 2019 - APRIL 30, 2019
Document      Page 15 of 16

DURO DYNE (DIP)
TIME DETAIL - APRIL 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 04/30/19 | 1.6 | $ 350.00 | $ 560.00 | Discussions with counsel and lender re: financing |
| Podgainy | DIP Financing | 04/30/19 | 0.2 | $ 445.00 | $ 89.00 | Review of latest weekly booking/shipping report |
| | **DIP Financing Total** | | **83.0** | | **$ 29,192.50** | |
| Podgainy | Fee / Employment Application | 04/01/19 | 1.6 | $ 445.00 | $ 712.00 | Prepared February fee statement narrative document and sent package to counsel |
| Podgainy | Fee / Employment Application | 04/29/19 | 1.8 | $ 445.00 | $ 801.00 | Review and revision of time detail for March 2019 fee application |
| Podgainy | Fee / Employment Application | 04/29/19 | 1.6 | $ 445.00 | $ 712.00 | Completed the narrative and charts for March 2019 fee application, and sent to counsel for filing |
| | **Fee / Employment Application Total** | | **5.0** | | **$ 2,225.00** | |
| O'Callaghan | Monthly Operating Report | 04/02/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing open professional fee invoices |
| O'Callaghan | Monthly Operating Report | 04/16/19 | 2.0 | $ 350.00 | $ 700.00 | Reviewing bank statements and reconciliations for March MOR |
| O'Callaghan | Monthly Operating Report | 04/17/19 | 1.7 | $ 350.00 | $ 595.00 | Preparing disbursement schedules for March MOR |
| O'Callaghan | Monthly Operating Report | 04/19/19 | 2.4 | $ 350.00 | $ 840.00 | Preparing schedule of receipts and disbursements for March MOR |
| O'Callaghan | Monthly Operating Report | 04/20/19 | 3.1 | $ 350.00 | $ 1,085.00 | Preparing financials for March MOR |
| O'Callaghan | Monthly Operating Report | 04/20/19 | 3.6 | $ 350.00 | $ 1,260.00 | Drafting March MOR |
| O'Callaghan | Monthly Operating Report | 04/22/19 | 4.3 | $ 350.00 | $ 1,505.00 | Finalizing MOR |
| O'Callaghan | Monthly Operating Report | 04/22/19 | 0.7 | $ 350.00 | $ 245.00 | Preparing schedule of professional fee payments and US Trustee adjusted billings for March MOR |
| O'Callaghan | Monthly Operating Report | 04/22/19 | 0.8 | $ 350.00 | $ 280.00 | Meeting with management re: March MOR |
| O'Callaghan | Monthly Operating Report | 04/29/19 | 0.7 | $ 350.00 | $ 245.00 | Processing US Trustee quarterly fee payments for Q1 |
| | **Monthly Operating Report Total** | | **19.9** | | **$ 6,965.00** | |
| O'Callaghan | Travel | 04/01/19 | 0.8 | $ 175.00 | $ 140.00 | Travel to client location |
| O'Callaghan | Travel | 04/08/19 | 1.0 | $ 175.00 | $ 175.00 | Travel to client location |
| O'Callaghan | Travel | 04/15/19 | 1.2 | $ 175.00 | $ 210.00 | Travel to client (above 1.25 hours) |
| O'Callaghan | Travel | 04/29/19 | 0.8 | $ 175.00 | $ 140.00 | Travel to client location |
| | **Travel Total** | | **3.8** | | **$ 665.00** | |
| | **Grand Total** | | **201.8** | | **$ 70,639.50** | |

Getzler Henrich & Associates LLC

APRIL 1, 2019 - APRIL 30, 2019

DURO DYNE (DIP)
EXPENSE DETAIL APRIL 2019

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/01/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/01/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/01/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/01/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/02/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/03/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/03/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/08/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/08/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/08/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/08/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/09/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/10/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/11/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/15/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/15/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/15/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/15/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/16/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/17/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/18/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/22/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/22/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/22/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/22/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/23/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/24/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 04/25/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 04/25/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 04/29/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 04/29/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 04/29/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 04/29/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 04/30/19 | $ 49.88 | Mileage to and from client |

$ 977.74