**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.,*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this sixth monthly fee statement[2] for the period April 1, 2019 through April 30, 2019 (the "**Sixth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Sixth Fee Statement, if any, are due by June 3, 2019.


Dated: May 24, 2019                           Respectfully submitted,

                                              **LOWENSTEIN SANDLER LLP**

                                              /s/ *Jeffrey D. Prol*
                                              Kenneth A. Rosen, Esq.
                                              Jeffrey D. Prol, Esq.
                                              One Lowenstein Drive
                                              Roseland, New Jersey 07068
                                              (973) 597-2500 (Telephone)
                                              (973) 597-2400 (Facsimile)
                                              E-mail: krosen@lowenstein.com
                                              E-mail: jprol@lowenstein.com

                                              *Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: Duro Dyne National Corp., et al.,[1]          APPLICANT:    Lowenstein Sandler LLP

CASE NO.:    18-27963 (MBK)                          CLIENT:       Chapter 11 Debtors

CHAPTER:    11                                       CASE FILED:   September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SIXTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| SECTION I | | |
|---|---|---|
| FEE SUMMARY | | |

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,021,980.75 | $29,510.23 |
| TOTAL FEES ALLOWED TO DATE: | $426,263.00 | $14,045.45 |
| TOTAL RETAINER REMAINING | $        -0- | $        -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $119,143.55 | $        -0- |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2] | $779,976.50 | $27,303.42 |
| FEE TOTALS | $87,448.50 | |
| DISBURSEMENTS TOTALS | $    640.78 | |
| TOTAL FEE APPLICATION | $88,089.28 | |
| MINUS 20% HOLDBACK | -$17,489.70 | |
| AMOUNT SOUGHT AT THIS TIME | $70,599.58 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Leit, David | 1995 | Partner/Corporate / Tax | 4.30 | $855.00 | $3,676.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 53.00 | $895.00 | $47,435.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 55.20 | $470.00 | $25,944.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 2.90 | $695.00 | $2,015.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 5.70 | $755.00 | $4,303.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.00 | $270.00 | $810.00 |
| Jacome, Ruth | N/A | Paralegal/Bankruptcy | 1.80 | $230.00 | $414.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 11.40 | $250.00 | $2,850.00 |
| **TOTAL FEES** | | | **137.30** | | **$87,448.50** |
| **Attorney Blended Rate** | | | | | **$688.48** |

## SECTION II
## SUMMARY OF SERVICES

| Task Description | Hours | Fees |
|---|---|---|
| Case Administration | 3.90 | $1,077.00 |
| Meetings of and Communication with Creditors | 0.30 | $268.50 |
| Fee/Employment Applications | 3.90 | $1,371.00 |
| Employment and Retention Applications - Others | 4.40 | $2,963.50 |
| Fee Applications and Invoices - Others | 8.10 | $2,704.00 |
| Assumption/Rejection of Leases and Contracts | 0.40 | $230.50 |
| Business Operations | 2.60 | $1,852.00 |
| Financing/Cash Collateral | 9.50 | $6,742.00 |
| Tax Issues | 1.90 | $893.00 |
| Claims Administration and Objections | 17.90 | $9,519.50 |
| Plan and Disclosure Statement (including Business Plan) | 81.20 | $57,388.50 |
| Other - Insurance Matters | 3.20 | $2,439.00 |
| **Total** | **137.30** | **$87,448.50** |

# SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---:|
| Messenger and delivery charges | $31.80 |
| Computerized legal research | $608.98 |
| **Total Disbursements** | **$640.78** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)    DATE CASE FILED: <u>September 7, 2018</u>

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)    Lowenstein Sandler attended to confirmation issues, including (i) drafting and filing proposed findings of fact and conclusions of law regarding confirmation of the plan; (ii) filing certification in support of confirmation; (iii) reviewing proposed findings of fact and conclusions of law from other parties; (iv) preparing a reply to the findings of fact and conclusions of law regarding confirmation of the plan;

    b)    Lowenstein Sandler attended to the United States Trustee's appeal of FCR Order and related documents;

    c)    Lowenstein Sandler reviewed and revised form of mortgage, loan agreement and intercreditor agreement;

    d)    Lowenstein Sandler attended to claims issues, including (i) attending to payment issues in connection with the SMART claim; (ii) drafting an omnibus objection to claims; and (iii) attending to mediation issues with respect to North River claims;

    e)    Lowenstein Sandler attended to tax and insurance issues;

    f)    Lowenstein Sandler assisted the Debtors with the preparation and filing of monthly operating reports;

    g)    Lowenstein Sandler prepared and filed monthly fee statements for itself and the Debtors' other professionals; and

    h)    Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES:      (100%)
    (B)    SECURED CREDITORS:           (100%)
    (C)    PRIORITY CREDITORS:          (100%)
    (D)    GENERAL UNSECURED CREDITORS:   (100%)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at
this time.


    I certify under penalty of perjury that the foregoing is true and correct.


Dated:  May 24, 2019

                    /s/ *Jeffrey D. Prol*_____
                     Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.*[1]

Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

DATED: October 19, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtors:    Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
            Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

### EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through April 30, 2019

In re: Chapter 11

### I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Leit, David | 1995 | Partner/Corporate / Tax | 4.30 | $855.00 | $3,676.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 53.00 | $895.00 | $47,435.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 55.20 | $470.00 | $25,944.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 2.90 | $695.00 | $2,015.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 5.70 | $755.00 | $4,303.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.00 | $270.00 | $810.00 |
| Jacome, Ruth | N/A | Paralegal/Bankruptcy | 1.80 | $230.00 | $414.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 11.40 | $250.00 | $2,850.00 |
| **TOTAL FEES** | | | **137.30** | | **$87,448.50** |
| **Attorney Blended Rate** | | | | | **$688.48** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 04/02/19 | EBL | E-mail and phone call to J&J Court Transcribers re: obtaining 3/7/19 hearing transcript | 0.20 | $50.00 |
| B110 | 04/04/19 | EBL | E-file two  BMC affidavits of service | 0.30 | $75.00 |
| B110 | 04/04/19 | EBL | Review and respond to e-mails re: 1/31/19 hearing transcript; review file re: same; submit transcript order | 0.40 | $100.00 |
| B110 | 04/08/19 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.50 | $125.00 |
| B110 | 04/15/19 | EBL | Update critical dates memo and attorney calendars | 0.20 | $50.00 |
| B110 | 04/17/19 | EBL | File affidavit of service re: docket no 618 for BMC Group | 0.20 | $50.00 |
| B110 | 04/17/19 | RJ | Tend to filing Affidavit of Service for BMC Group | 0.30 | $69.00 |
| B110 | 04/17/19 | RJ | Reviewed Docket and updated calendar with any new hearing and objections, as well as our critical dates memo | 0.10 | $23.00 |
| B110 | 04/19/19 | TJF | Tend to e-mails with A. Wein | 0.20 | $94.00 |
| B110 | 04/22/19 | RJ | Reviewed docket, updated calendar with new hearings and deadlines, as well as our critical dates memo | 0.30 | $69.00 |
| B110 | 04/23/19 | TJF | Review March operating report | 0.30 | $141.00 |
| B110 | 04/26/19 | DC | Update critical dates memo and attorney calendar | 0.60 | $162.00 |
| B110 | 04/30/19 | RJ | Tend to filing Affidavit of Service for BMC Group, Inc. | 0.30 | $69.00 |
| | | | **Total B110 - Case Administration** | 3.90 | $1,077.00 |

**B150 Meetings of and Communication with Creditors**

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 04/16/19 | JDP | Telephone conference with Wells Fargo re: equipment financing (.1); review e-mails re: same (.1); draft e-mail to client and review response (.1) | 0.30 | $268.50 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.30 | $268.50 |

B160 Fee/Employment Applications

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B160 | 04/14/19 | TJF | Read Reply Appeal Brief of Appellant UST | 1.00 | $470.00 |
| B160 | 04/16/19 | EBL | Finalize (.2), e-file (.2) and coordinate service of (.1) Lowenstein Sandler's fourth monthly fee statement | 0.40 | $100.00 |
| B160 | 04/16/19 | EBL | E-mail to client re: LS Fourth Monthly Fee Statement; calendar related deadlines | 0.20 | $50.00 |
| B160 | 04/16/19 | EBL | Revisions to fourth monthly fee statement (.9); review account (.2); e-mail to T. Freedman and J. Prol re: expenses still outstanding re: third monthly fee statement (.1) | 1.20 | $300.00 |
| B160 | 04/16/19 | TJF | Revise Lowenstein monthly fee application | 0.50 | $235.00 |
| B160 | 04/16/19 | TJF | E-mail exchange re: issues with payment of fee application | 0.10 | $47.00 |
| B160 | 04/25/19 | TJF | Review and approve CNO to LS Fourth Monthly | 0.20 | $94.00 |
| B160 | 04/29/19 | EBL | Prepare CNO to LS fourth monthly fee statement | 0.30 | $75.00 |
| | | | **Total B160 - Fee/Employment Applications** | 3.90 | $1,371.00 |

B165 Employment and Retention Applications - Others

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B165 | 04/08/19 | EBL | Phone call from C. O'Callaghan re: LS February fee statement | 0.10 | $25.00 |
| B165 | 04/12/19 | JDP | Review and analyze UST reply brief on appeal of order appointing legal representative | 1.50 | $1,342.50 |
| B165 | 04/18/19 | JDP | Review Fairbanks decision re: appointment of legal representative; forward to client | 0.20 | $179.00 |
| B165 | 04/18/19 | TJF | Review In re: Fairbanks decision | 0.50 | $235.00 |
| B165 | 04/23/19 | TJF | Review draft letter responding to the UST's letter re: appeal of order appointing legal rep. | 0.20 | $94.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 04/25/19 | JDP | Review and edit supplemental letter to District Court on Trustee appeal of legal representative appointment | 0.30 | $268.50 |
| B165 | 04/25/19 | TJF | Review draft response to UST letter regarding Fairbanks decision; tend to coordinating comments | 0.30 | $141.00 |
| B165 | 04/26/19 | TJF | Review revised version of reply to supplemental letter; e-mail to counsel re filing same | 0.30 | $141.00 |
| B165 | 04/29/19 | DC | Tend to e-filing letter in the United States Disctrict Court in U.S. Trustee v. Duro Dyne | 0.30 | $81.00 |
| B165 | 04/29/19 | JDP | Review revised draft of letter to DNJ re: Fairbanks decision and e-mails commenting on same | 0.30 | $268.50 |
| B165 | 04/29/19 | TJF | Tend to finalizing and filing supplemental letter to District court re: Trustee's letter to District Court re: Fairbanks; tend to serving same | 0.40 | $188.00 |

|  |  |  | **Total B165 - Employment and Retention Applications - Others** | 4.40 | $2,963.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 04/02/19 | EBL | Revise, finalize, e-file and coordinate service of Getzler's fourth monthly fee statement | 1.30 | $325.00 |
| B175 | 04/02/19 | EBL | Phone call with C. O'Callaghan re: payments to professionals | 0.10 | $25.00 |
| B175 | 04/04/19 | TJF | Review e-mail from J. Fialcowitz re: payment of fees (.1); review docket re: status of payment of fee statements and applications (.3); telephone call with C. O'Callaghan re: fee payments (.3); review fee payment spreadsheet (.2) | 0.90 | $423.00 |
| B175 | 04/08/19 | EBL | Phone call from C. O'Callaghan re: payment of asbestos committee fees | 0.10 | $25.00 |
| B175 | 04/11/19 | TJF | Review e-mails re: filing of Anderson Kill fee application | 0.30 | $141.00 |
| B175 | 04/12/19 | EBL | Finalize and e-file Anderson Kill first monthly fee statement; e-mails with J. Prol re: same | 0.40 | $100.00 |
| B175 | 04/12/19 | EBL | Phone call with S. Ordaz at Prime Clerk re: Anderson Kill fee app doesn't have retention order attached; e-mail to J. Prol re: same | 0.20 | $50.00 |
| B175 | 04/12/19 | JDP | Review Anderson Kill fee application | 0.20 | $179.00 |
| B175 | 04/15/19 | EBL | Prepare CNO for Getzler's fourth monthly fee statement | 0.30 | $75.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 04/15/19 | EBL | Review ordinary course professionals order re: fee application procedures; e-mail to J. Prol re: same | 0.30 | $75.00 |
| B175 | 04/15/19 | EBL | Two phone calls with C. Malone re: Anderson Kill fee statement | 0.30 | $75.00 |
| B175 | 04/15/19 | TJF | Tend to Certification of No Objection Regarding Getzler Henrich | 0.20 | $94.00 |
| B175 | 04/15/19 | TJF | Review e-mails re Anderson Kill's fee application; CNO to Getzler's fourth monthly fee statement | 0.20 | $94.00 |
| B175 | 04/16/19 | EBL | Prepare and e-file CNO to Getzler's fourth monthly fee statement (.3); e-mail to Debtors re: payment due | 0.40 | $100.00 |
| B175 | 04/16/19 | EBL | Phone call with C. Malone re: Anderson Kill fee statement; prepare draft CNO for Anderson Kill fee statement | 0.60 | $150.00 |
| B175 | 04/16/19 | EBL | Finalize and e-file BMC Affidavit of Service re: Anderson Kill First Monthly Fee Statement | 0.20 | $50.00 |
| B175 | 04/18/19 | EBL | Review and respond to multiple e-mails from L. Eden re: filing of interim fee applications; e-mail to T. Freedman re: same | 0.40 | $100.00 |
| B175 | 04/22/19 | TJF | Tend to filing fee applications | 0.20 | $94.00 |
| B175 | 04/24/19 | EBL | Review and respond to e-mails from C. Malone re: Anderson Kill CNO (.2);  revise CNO (.2); e-mail to J. Prol and T. Freedman  re: same (.1) | 0.50 | $125.00 |
| B175 | 04/24/19 | TJF | Review and respond to e-mail from John Fialcowitz re fee payment; e-mail to C. O'Callaghan re same | 0.30 | $141.00 |
| B175 | 04/25/19 | EBL | Finalize and  e-file cno to  Anderson Kill fee statement; e-mails with J. Prol and T. Freedman re: same | 0.30 | $75.00 |
| B175 | 04/29/19 | TJF | Review and approve GH fee application | 0.20 | $94.00 |
| B175 | 04/30/19 | TJF | Review and approve CNO for Anderson Kill fee statement | 0.20 | $94.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 8.10 | $2,704.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 04/01/19 | JDP | Review order extending time to assume/reject executory contracts; forward to client | 0.10 | $89.50 |
| B185 | 04/01/19 | TJF | Review order granting motion to extend time | 0.10 | $47.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 04/04/19 | TJF | Review Order Granting Motion to Extend Time To Assume Or Reject Unexpired Leases Of Nonresidential Real Property | 0.20 | $94.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.40 | $230.50 |

### B200 - Operations

### B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 04/02/19 | DL | Analysis of trademark issues re: ad to run in SNIPS; advice to J. Diamand | 2.00 | $1,710.00 |
| B210 | 04/23/19 | EBL | E-mails with C. O'Callaghan, T. Freedman and J. Prol re: March monthly operating report | 0.20 | $50.00 |
| B210 | 04/23/19 | RJ | Tend to filing Monthly Operating Report for March 2019 | 0.40 | $92.00 |
| | | | **Total B210 - Business Operations** | 2.60 | $1,852.00 |

### B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 04/02/19 | TJF | Review e-mails re BONY loan; telephone call with J. Prol re additional retainer; telephone call with C. O'Callaghan re same | 0.40 | $188.00 |
| B230 | 04/03/19 | SSY | Confer with C. O'Callaghan re: status of BAML intercreditor documents and BAML third party certificates for closing and review related documents | 0.80 | $604.00 |
| B230 | 04/08/19 | DAS | E-mails re: finalizing form of mortgage | 0.20 | $139.00 |
| B230 | 04/10/19 | DAS | Review revised draft form of mortgage; e-mails re: same | 0.70 | $486.50 |
| B230 | 04/10/19 | SSY | Review revised loan agreement and review revised intercreditor agreement; compare to earlier draft | 2.00 | $1,510.00 |
| B230 | 04/11/19 | DAS | Conferences with S. Yusem re: next steps on intercreditor issues; e-mails re: open items | 0.50 | $347.50 |
| B230 | 04/11/19 | SSY | Confer with D. Suckerman and J. Prol re: intercreditor issues | 0.40 | $302.00 |
| B230 | 04/15/19 | DAS | Review revised draft mortgages; attend to finalizing | 1.10 | $764.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 04/15/19 | DAS | E-mails re: finalizing mortgages | 0.20 | $139.00 |
| B230 | 04/15/19 | TJF | E-mail to C. O'Callaghan re: BOS retainer | 0.30 | $141.00 |
| B230 | 04/15/19 | TJF | Review e-mail update re: Bank of America credit committee approved the line of credit | 0.20 | $94.00 |
| B230 | 04/23/19 | DAS | E-mails re: BAML intercreditor agreement | 0.20 | $139.00 |
| B230 | 04/23/19 | SSY | Document review and analysis of revised Bank of America loan documents for exit financing; create comparison of revised loan documents for transmittal to Trustee' confer with D. Suckerman re: Trustee's concerns re: Bank of America documentation | 2.50 | $1,887.50 |
| | | | **Total B230 - Financing/Cash Collateral** | 9.50 | $6,742.00 |

### B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B240 | 04/01/19 | TJF | Review 2016 Form 940's and forward to IRS | 0.50 | $235.00 |
| B240 | 04/03/19 | TJF | Telephone call to P. Hunter re: 2016 940 returns | 0.20 | $94.00 |
| B240 | 04/04/19 | TJF | Review and forward 2016 Form 960s for each of the five (5) debtors to the IRS | 0.40 | $188.00 |
| B240 | 04/23/19 | TJF | Telephone calls re: outstanding tax claims status | 0.40 | $188.00 |
| B240 | 04/25/19 | TJF | Review e-mail from C. O'Callghan re: update on taxes | 0.20 | $94.00 |
| B240 | 04/29/19 | TJF | Review e-mail from J. Sanacora additional tax information for IRS | 0.20 | $94.00 |
| | | | **Total B240 - Tax Issues** | 1.90 | $893.00 |

### B300 - Claims and Plan

### B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 04/01/19 | JDP | E-mails from/to C. Malone re: scheduling mediation with N. River | 0.30 | $268.50 |
| B310 | 04/01/19 | TJF | Review e-mails re: Mediator Options | 0.30 | $141.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 04/02/19 | JDP | E-mails from/to client re: mediation with N. River | 0.20 | $179.00 |
| B310 | 04/03/19 | DL | Advice on trademark issues | 1.50 | $1,282.50 |
| B310 | 04/04/19 | TJF | Revise first omnibus claims objection | 1.00 | $470.00 |
| B310 | 04/05/19 | DL | Correspondence re: wire transfer logistics | 0.50 | $427.50 |
| B310 | 04/05/19 | TJF | Tend to SMART settlement payment details | 0.30 | $141.00 |
| B310 | 04/05/19 | TJF | Tend to publication notice | 0.20 | $94.00 |
| B310 | 04/08/19 | DL | Correspondence re: wire transfer logistics | 0.30 | $256.50 |
| B310 | 04/08/19 | JDP | Telephone conference with C. Malone re: upcoming mediation with N. River | 0.40 | $358.00 |
| B310 | 04/08/19 | JDP | Telephone conference with R. Hinden and C. Malone re: mediation with N. River | 0.30 | $268.50 |
| B310 | 04/08/19 | TJF | Tend to continued discussions re: SMART wire instructions | 0.20 | $94.00 |
| B310 | 04/08/19 | TJF | Revise and forward first omnibus claims objection to J. Prol | 0.50 | $235.00 |
| B310 | 04/12/19 | JDP | E-mails fro//Debtors' professionals and creditors' professionals re: mediation with N. River | 0.30 | $268.50 |
| B310 | 04/16/19 | TJF | Revise claim objection motion; confer with J. Prol re: same | 0.50 | $235.00 |
| B310 | 04/16/19 | TJF | Forward Schedule 8.01 to counsel for SMART | 0.30 | $141.00 |
| B310 | 04/16/19 | TJF | Tend to e-mails re: new proposed mediator | 0.30 | $141.00 |
| B310 | 04/17/19 | JDP | E-mails to/from C. Malone and K. Quinn re: mediation with N. River | 0.30 | $268.50 |
| B310 | 04/17/19 | JDP | Telephone conference with C. Malone re: mediation with N. River | 0.20 | $179.00 |
| B310 | 04/17/19 | TJF | Review affidavits of publication in support of Motion to Approve Compromise under Rule 9019 filed by Creditor Committee | 0.20 | $94.00 |
| B310 | 04/18/19 | JDP | E-mails from/to C. Malone and creditor attorneys re: mediation with N. R | 0.20 | $179.00 |
| B310 | 04/18/19 | TJF | Tend to e-mails re: mediator selection | 0.20 | $94.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 04/22/19 | TJF | Review and approve CNO for Anderson Kill fee statement | 0.20 | $94.00 |
| B310 | 04/23/19 | TJF | Review summary of call with UST | 0.20 | $94.00 |
| B310 | 04/23/19 | TJF | Review CNO for Anderson Kill fee statement | 0.20 | $94.00 |
| B310 | 04/24/19 | EBL | Revise omnibus claims objection (.7); review local rules re: claims objections (.2) | 0.90 | $225.00 |
| B310 | 04/24/19 | TJF | Forward North River's Supplemental Objection to the Insurance Settlement to client. | 0.10 | $47.00 |
| B310 | 04/24/19 | TJF | Drafting individual notices of claims objection; revise motion | 3.70 | $1,739.00 |
| B310 | 04/25/19 | DC | Tend to filing and service of First Omnibus Objection to Claims and individual Notices of Objection to each claim | 2.10 | $567.00 |
| B310 | 04/25/19 | TJF | Tend to filing omnibus objection to claims | 0.40 | $188.00 |
| B310 | 04/25/19 | TJF | Review North River's Supplemental Objection to the Insurance Settlement; tend to e-mails from A. Wein and C. Malone re same | 0.50 | $235.00 |
| B310 | 04/26/19 | RJ | Tend to filing of Affidavit of Service | 0.40 | $92.00 |
| B310 | 04/26/19 | TJF | Review e-mails re: Possible response to North River supplemental objection to insurer settlements | 0.20 | $94.00 |
| B310 | 04/30/19 | TJF | Telephone conference with J. Prol, C. Malone and A. Wein re: discuss North River claims | 0.50 | $235.00 |
| | | | **Total B310 - Claims Administration and Objections** | 17.90 | $9,519.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 04/01/19 | JDP | Review A. McMillan e-mail re: proposed modifications to TDP | 0.20 | $179.00 |
| B320 | 04/01/19 | TJF | Reviewing file and transcripts re: drafting FOF/COL | 2.00 | $940.00 |
| B320 | 04/01/19 | TJF | Tend to obtaining and forwarding revised transcript for 3/7/19 hearing  to Young Conaway | 0.40 | $188.00 |
| B320 | 04/02/19 | JDP | E-mails from/to client re: impact of Plan on DD Canada | 0.20 | $179.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 04/02/19 | TJF | Reviewing file and transcripts re: drafting FOF/COL | 4.00 | $1,880.00 |
| B320 | 04/03/19 | JDP | Review and edit draft findings of fact/conclusions of law | 2.50 | $2,237.50 |
| B320 | 04/03/19 | TJF | Reviewing file and transcripts re: drafting FOF/COL | 3.80 | $1,786.00 |
| B320 | 04/04/19 | JDP | Telephone conference with P. Ferdinands re: insurer objection to plan | 0.20 | $179.00 |
| B320 | 04/04/19 | JDP | Review and edit findings of fact/conclusions of law | 2.50 | $2,237.50 |
| B320 | 04/04/19 | TJF | Review file and forward deposition transcriptof M. Scarcella Anderson Kill | 0.40 | $188.00 |
| B320 | 04/04/19 | TJF | Review Trustee's FOF/COL; research response; drafting FOF/COL | 3.00 | $1,410.00 |
| B320 | 04/04/19 | TJF | E-mail exchange with J. Liesemer r:  status of FOF/COL | 0.20 | $94.00 |
| B320 | 04/05/19 | JDP | Review and edit findings of fact/conclusions of law | 1.50 | $1,342.50 |
| B320 | 04/06/19 | TJF | Forward proposed FOF/COL to J. Liesemer | 0.20 | $94.00 |
| B320 | 04/08/19 | JDP | E-mails from/to J. Leisimer and T. Freedman re: findings of fact/conclusions of law | 0.30 | $268.50 |
| B320 | 04/08/19 | JDP | Draft status update to client | 0.20 | $179.00 |
| B320 | 04/08/19 | TJF | Review and respond to e-mails from J. Liesemer re: FOF/COL | 0.20 | $94.00 |
| B320 | 04/08/19 | TJF | Review latest revisions to draft FOF/COL | 1.50 | $705.00 |
| B320 | 04/08/19 | TJF | Review Committee proposal to the UST re: amending the TDP | 0.20 | $94.00 |
| B320 | 04/08/19 | TJF | Review e-mails and revised Statements of fact | 0.20 | $94.00 |
| B320 | 04/09/19 | JDP | Review and edit findings of fact/conclusions of law | 4.00 | $3,580.00 |
| B320 | 04/09/19 | TJF | Confer with J. Prol re: update on SOF/COL | 0.20 | $94.00 |
| B320 | 04/09/19 | TJF | Confer with J. Prol re:  Proposed Findings and Conclusions | 0.20 | $94.00 |
| B320 | 04/10/19 | JDP | Review and edit findings of fact/conclusions of law | 1.50 | $1,342.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B320 | 04/11/19 | JDP | Review and edit findings of fact | 5.00 | $4,475.00 |
| B320 | 04/12/19 | JDP | Draft update to client | 0.30 | $268.50 |
| B320 | 04/13/19 | JDP | Review and edit revised draft of findings of fact/conclusions of law | 2.00 | $1,790.00 |
| B320 | 04/13/19 | TJF | Review most recent revisions to FOF/COL  and revised TDP as to section 5.10 | 2.00 | $940.00 |
| B320 | 04/15/19 | EBL | Finalize and e-file certification in support of confirmation and proposed confirmation order; prepare e-mail transmitting same to chambers; coordinate service of same with BMC | 0.90 | $225.00 |
| B320 | 04/15/19 | JDP | Review and revise mortgages | 3.00 | $2,685.00 |
| B320 | 04/15/19 | JDP | Compile exhibits to mortgages; prepare for filing | 1.00 | $895.00 |
| B320 | 04/15/19 | JDP | Draft certification of counsel for filing of mortgages | 0.50 | $447.50 |
| B320 | 04/15/19 | JDP | Review final version of findings of fact/conclusions of law; direct filing and service | 2.00 | $1,790.00 |
| B320 | 04/15/19 | JDP | E-mails to/from client and interested parties re: info necessary to complete mortgages | 0.50 | $447.50 |
| B320 | 04/15/19 | TJF | Review e-mails related to final version of FOF/COL and review same | 2.00 | $940.00 |
| B320 | 04/15/19 | TJF | Review detailed status report to client and related e-mails | 0.40 | $188.00 |
| B320 | 04/16/19 | JDP | Review UST findings of fact/conclusions of law | 1.00 | $895.00 |
| B320 | 04/16/19 | JDP | Review N. River's findings of fact/conclusions of law | 2.00 | $1,790.00 |
| B320 | 04/16/19 | TJF | Coordinate conference call re: FOF/COL | 0.30 | $141.00 |
| B320 | 04/17/19 | JDP | E-mails fromn/to L. Boddicker re: treatment of Wells Fargo under the Plan | 0.20 | $179.00 |
| B320 | 04/17/19 | JDP | Telephone conference with creditor representatives re: reply to findings of fact | 0.80 | $716.00 |
| B320 | 04/17/19 | JDP | Review findings of fact/conclusions of law proposed by N. River | 1.00 | $895.00 |
| B320 | 04/17/19 | TJF | Participate on call re: FOF/COL reply | 0.50 | $235.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 04/18/19 | JDP | Attention to reply on findings of fact/conclusions of law | 2.00 | $1,790.00 |
| B320 | 04/18/19 | TJF | Review Trustee's FOF/COL | 1.20 | $564.00 |
| B320 | 04/19/19 | JDP | Draft status update to client | 0.30 | $268.50 |
| B320 | 04/22/19 | JDP | Telephone conference with in call with UST and asbestos claimants' representatives re: resolution of UST TDP issues | 1.00 | $895.00 |
| B320 | 04/22/19 | JDP | Prepare reply to findings of fact/conclusions of law | 1.50 | $1,342.50 |
| B320 | 04/22/19 | TJF | Review letter of supplemental authority pursuant to Fed. R. Bankr. P. 8014(f) filed by the UST | 0.30 | $141.00 |
| B320 | 04/22/19 | TJF | Review The North River Insurance Company's Proposed Findings of Fact and Conclusions of Law | 1.60 | $752.00 |
| B320 | 04/23/19 | JDP | Telephone conference with DD's Canadian counsel re: impact of plan on Canadian sub | 0.20 | $179.00 |
| B320 | 04/23/19 | TJF | Review e-mails related to insurance issues raised by North River in its FOF/COL | 0.30 | $141.00 |
| B320 | 04/23/19 | TJF | Telephone call with A. Wein and J. Prol re: North River's claims | 0.80 | $376.00 |
| B320 | 04/23/19 | TJF | Tend to e-mails re insurance question on payment of defense costs | 0.40 | $188.00 |
| B320 | 04/24/19 | JDP | Draft response to findings of fact/conclusions of law | 1.20 | $1,074.00 |
| B320 | 04/24/19 | JDP | Telephone conference with A. Wein re: status and strategy | 0.90 | $805.50 |
| B320 | 04/25/19 | JDP | Telephone conference with J. Wehner re: amendments to tdp | 0.30 | $268.50 |
| B320 | 04/25/19 | JDP | Review and respond to e-mail from E. Wein re: 4/22 hearing | 0.20 | $179.00 |
| B320 | 04/25/19 | TJF | Tend to e-mails from A. Wein re: May 22 hearing and scheduling call | 0.20 | $94.00 |
| B320 | 04/25/19 | TJF | Review reply to supplemental letter FCR Order Appeal - Ltr to D Ct Clerk re: Fairbanks | 0.40 | $188.00 |
| B320 | 04/26/19 | TJF | Drafting reply to Trustee's FOF/COL | 1.20 | $564.00 |
| B320 | 04/29/19 | JDP | Respond to inquiry from Duro Dyne Canada counsel re: impact of Plan on Duro Dyne Canada | 0.20 | $179.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 04/29/19 | TJF | Drafting reply to FOF/COL | 1.50 | $705.00 |
| B320 | 04/30/19 | JDP | Review and edit response to findings of fact/conclusions of law | 5.50 | $4,922.50 |
| B320 | 04/30/19 | TJF | E-mail exchange with C. O'Callaghan re: mediation | 0.20 | $94.00 |
| B320 | 04/30/19 | TJF | Draft reply to FOF/COL; confer with J. Prol re: same, research re: same | 4.00 | $1,880.00 |
| B320 | 04/30/19 | TJF | E-mail with C. O'Callaghan re: approval of loan from BOA; telephone call with C. O'Callaghan re: same | 0.30 | $141.00 |
| B320 | 04/30/19 | TJF | Review current draft of the Plan Proponents' brief in response to the proposed findings and conclusions submitted by the UST and North River | 0.50 | $235.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 81.20 | $57,388.50 |

B400 - Bankruptcy-Related Advice

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 04/01/19 | TJF | Forward R. Hinden's signature pages for MRAm and Midstates | 0.20 | $94.00 |
| B460 | 04/02/19 | TJF | Review draft amended settlement agreement with Federal and related publication notices | 0.50 | $235.00 |
| B460 | 04/03/19 | TJF | Forward Federal Agreement to R. Hinden for signature and tend to returning same to H. Frazier | 0.30 | $141.00 |
| B460 | 04/22/19 | JDP | Participate in call with insurance broker re: extension of D&O coverage | 0.50 | $447.50 |
| B460 | 04/25/19 | JDP | Review e-mail from M. Plevin re: Federal response to insurance settlements (.2); confer with C. Malone re: same (.2) | 0.40 | $358.00 |
| B460 | 04/25/19 | JDP | Review N. River objection to insurance settlements; develop strategy for response | 1.00 | $895.00 |
| B460 | 04/26/19 | JDP | Review e-mail from M. Plevin re: insurance settlements (.1); confer with C. Malone re: same (.1); review response from K. Quinn re: same (.1) | 0.30 | $268.50 |
| | | | **Total B460 - Other - Insurance Matters** | 3.20 | $2,439.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 3.90 | $1,077.00 |
| B150 | Meetings of and Communication with Creditors | 0.30 | $268.50 |
| B160 | Fee/Employment Applications | 3.90 | $1,371.00 |
| B165 | Employment and Retention Applications - Others | 4.40 | $2,963.50 |
| B175 | Fee Applications and Invoices - Others | 8.10 | $2,704.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.40 | $230.50 |
| B210 | Business Operations | 2.60 | $1,852.00 |
| B230 | Financing/Cash Collateral | 9.50 | $6,742.00 |
| B240 | Tax Issues | 1.90 | $893.00 |
| B310 | Claims Administration and Objections | 17.90 | $9,519.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 81.20 | $57,388.50 |
| B460 | Other - Insurance Matters | 3.20 | $2,439.00 |
|      | **Total** | **137.30** | **$87,448.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Messenger and delivery charges | $31.80 |
| Computerized legal research | $608.98 |
| **Total Disbursements** | **$640.78** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

***ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.***

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 03/29/19 | Federal Express  VENDOR: Federal Express INVOICE#: 651174511 DATE: 4/5/2019  REFERENCE: 31035.3 TRACKING #: 481889899318 SEND FROM:PROL JEFFREY D. LOWENSTEIN SANDLER One Lowenstein Drive  ROSELAND NJ 07068  SEND TO: HONORABLE MICHAEL SHIPP UNITED STATES DISTRICT COURT FOR TH 402 EAST STATE STREET  TRENTON NJ 08608 US | $31.80 |
| 01/04/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/04/2019 Court: NJBK Pages: 40 | $4.00 |
| 01/05/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/05/2019 Court: NJBK Pages: 12 | $1.20 |
| 01/14/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/14/2019 Court: NJBK Pages: 30 | $3.00 |
| 01/14/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/14/2019 Court: NJBK Pages: 13 | $1.30 |
| 01/16/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/16/2019 Court: NJBK Pages: 47 | $4.70 |
| 01/18/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/18/2019 Court: NJBK Pages: 40 | $4.00 |
| 01/20/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/20/2019 Court: NYNBK Pages: 7 | $0.70 |
| 01/21/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/21/2019 Court: NJBK Pages: 30 | $3.00 |
| 01/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/22/2019 Court: NJBK Pages: 89 | $8.90 |
| 01/25/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/25/2019 Court: NJBK Pages: 211 | $21.10 |
| 01/27/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/27/2019 Court: NJBK Pages: 30 | $3.00 |
| 01/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/28/2019 Court: NJBK Pages: 127 | $12.70 |
| 01/29/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019   Date: 01/29/2019 Court: NJBK Pages: 90 | $9.00 |
| 01/29/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/29/2019 Court: NJBK Pages: 9 | $0.90 |
| 01/29/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/29/2019 Court: VAEBK Pages: 837 | $83.70 |
| 01/30/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019   Date: 01/30/2019 Court: NJBK Pages: 11 | $1.10 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| | | |
|---|---|---|
| 01/30/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 01/30/2019 Court: NJBK Pages: 3 | $0.30 |
| 02/01/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 02/01/2019 Court: DEBK Pages: 17 | $1.70 |
| 02/01/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 02/01/2019 Court: NYSBK Pages: 64 | $6.40 |
| 02/01/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 02/01/2019 Court: NYSDC Pages: 4 | $0.40 |
| 02/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/06/2019 Court: NJBK Pages: 38 | $3.80 |
| 02/10/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/10/2019 Court: NJBK Pages: 133 | $13.30 |
| 02/11/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/11/2019 Court: NJBK Pages: 104 | $10.40 |
| 02/14/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/14/2019 Court: NJBK Pages: 30 | $3.00 |
| 02/15/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/15/2019 Court: DEBK Pages: 103 | $10.30 |
| 02/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/22/2019 Court: NJBK Pages: 319 | $31.90 |
| 02/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 02/22/2019 Court: NJBK Pages: 31 | $3.10 |
| 02/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/23/2019 Court: NJBK Pages: 343 | $34.30 |
| 02/25/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/25/2019 Court: NJBK Pages: 131 | $13.10 |
| 02/26/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/26/2019 Court: NJBK Pages: 30 | $3.00 |
| 02/26/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 02/26/2019 Court: NJBK Pages: 103 | $10.30 |
| 02/27/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 02/27/2019 Court: NJBK Pages: 168 | $16.80 |
| 02/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 02/28/2019 Court: NJBK Pages: 5 | $0.50 |
| 03/01/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/01/2019 Court: NJBK Pages: 16 | $1.60 |
| 03/01/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 03/01/2019 Court: NJBK Pages: 13 | $1.30 |
| 03/04/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/04/2019 Court: NJBK Pages: 190 | $19.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|---|---|---|
| 03/05/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/05/2019 Court: NJBK Pages: 243 | $24.30 |
| 03/05/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 03/05/2019 Court: NJBK Pages: 112 | $11.20 |
| 03/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/06/2019 Court: NJBK Pages: 4 | $0.40 |
| 03/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 03/06/2019 Court: NJBK Pages: 30 | $3.00 |
| 03/07/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 03/07/2019 Court: NJBK Pages: 8 | $0.80 |
| 03/11/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/11/2019 Court: NJBK Pages: 117 | $11.70 |
| 03/11/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/11/2019 Court: ILNBK Pages: 3 | $0.30 |
| 03/11/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/11/2019 Court: ILSBK Pages: 4 | $0.40 |
| 03/13/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/13/2019 Court: NJBK Pages: 90 | $9.00 |
| 03/13/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12019 DATE: 4/25/2019    Date: 03/13/2019 Court: NJBK Pages: 10 | $1.00 |
| 03/18/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/18/2019 Court: NJBK Pages: 43 | $4.30 |
| 03/27/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/27/2019 Court: NJBK Pages: 120 | $12.00 |
| 03/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12019 DATE: 4/24/2019    Date: 03/28/2019 Court: NJDC Pages: 2 | $0.20 |
| 03/29/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212378-Q12019 DATE: 4/24/2019    Date: 03/29/2019 Court: NJDC Pages: 2 | $0.20 |
| 04/30/19 | Computerized legal research: Lexis:  User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: ACCESS CHARGE-2; DOC ACCESS-7; ; | $183.38 |
| | Total Disbursements | $640.78 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**