UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC
89 Headquarters Plaza North, Ste. 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com

| | |
|---|---|
| Case No.: | 18-27963 |
| Chapter: | 11 |

In Re:

Duro Dyne National Corp.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, _____ John Fialcowitz _____ :

    ☒ represent Official Committee of Asbestos Clai in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ May 24, 2019 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Monthly Fee Statements for Caplin & Drysdale, Chartered, Gilbert, LLP and the Law Office
    of John A. Fialcowitz, LLC

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ May 24, 2019 _____

/s/John Fialcowitz _____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached Schedule A | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

## SCHEDULE A

Jeffrey D. Prol, Esq.
Lowenstein Sandler
One Lowenstein Drive
Roseland, New Jersey 07068
jprol@lowenstein.com

Mark S. Lichtenstein, Esq.
Crowell & Moring
590 Madison Avenue
20th Floor
New York, New York 10022
mlichtenstein@crowell.com

Stephen Forte, Esq.
Shipman & Goodwin, LLP
400 Park Avenue
Fifth Floor
New York, N.Y. 10022
sforte@goodwin.com

Christina Salem, Esq.
Kennedys Cmk
570 Lexington Avenue
8th Floor
New York, NY 10022

Mitchell B. Hausman, Esq.
Jeffrey Sponder, Esq.
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
Mitchell.b.hausman@usdoj.gov
Jeffrey.m.sponder@usdoj.gov

William E. McGrath, Jr., Esq.
Dilworth Paxson, LLP
2 Research Way
Princeton, New Jersey 08540
wmcgrath@dilworthlaw.com

Daniel W. London, Esq.
London Fischer, LLP
59 Maiden Lane, 39th Floor
New York, N.Y. 10038
dlondon@londonfischer.com

Jeffrey A. Cooper, Esq.
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
jcooper@rltlawfirm.com

Karl J. Norgaard, Esq.
Norgaard O'Boyle
184 Grand Avenue
Englewood, New Jersey 07631-3507
knorgaard@norgaardfirm.com

Sheila E. Calello, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
scalello@mccarter.com

Scott S. Rever, Esq.
Wasserman, Jurista & Stolz, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
srever@wjslaw.com

Jordan Jacobson, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington D.C. 20005-4026
Jacobson.jordan@pbgc.gov and efile@pbgc.gov

Edwin J. Harron, Esq.
Young, Conway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
eharron@ycst.com

Summer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
slross@duanemorris.com

Jeff D. Kahane, Esq.
Duane Morris LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
jkahane@duanemorris.com