Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−27963−MBK
        Chapter:  11
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 5/23/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: May 23, 2019
JAN:

                                       Jeanne Naughton
                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 18-27963-MBK
Duro Dyne National Corp.                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 3              Date Rcvd: May 23, 2019
                              Form ID: tsntc             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db          +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903
aty         +Abigail W Williams,    Shipman & Goodwin LLP,    400 Park Avenue, Fifth Floor,
              New York, NY 10022-9439
aty         +Caplin & Drysdale, Chartered,    One Thomas Circle NW,,    Washington DC 20005-5894
aty         +Cort T. Malone,    Anderson Kill P.C.,    1251 Avenue of the Americas,    New York, NY 10020-1182
aty         +Emily P Grim,    Gilbert LLP,    1100 New York Avenue, NW,    7th Floor,
              Washington, DC 20005-6176
aty         +George R Calhoun,    Ifrah PLLC,    1717 Pennsylvania Ave., NW,    Washington, DC 20006-4614
aty          Jeff D. Kahane,    Duane Morris LLP,    865 South Figueroa Street, Suite 3100,
              Los Angeles, CA 90017-5450
aty         +Jeffrey A. Liesemer,    One Thomas Circle, N.W.,    Washington, DC 20005-5802
aty         +John T Dorsey,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
              1000 North King Street,    Wilmington, DE 19801-3335
aty         +Joshua D weinberg,    Shipman & Goodwin LLP,    400 Park Avenue, Fifth Floor,
              New York, NY 10022-9439
aty         +Kevin C. Maclay,    1 Thomas Circle N.W.,    Washington, DC 20005-5812
aty         +Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty         +Sara Beth A.R. Kohut,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
              1000 North King Street,    Wilmington, DE 19801-3335
aty         +Sarah Grossman-Swenson,    MaCrackern, Stemerman & Holsberry, LLP,    595 Market Street,
              Suite 800,    San Francisco, CA 94105-2813
aty         +The Law Office of John A. Fialcowitz, LLC,    89 Headquarters Plaza Nortth,
              Morristown, NJ 07960-6834
aty         +Young Conaway Stargatt & Taylor, LLP,    Rodney Square,    1000 North King Street,
              Wilmington, DE 19801-3335
cr          +4 Site, LLC,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
              Livingston, NJ 07039-1711
op          +Charter Oak Financial Consultants, LLC,    430 Center Ave.,    Mamaroneck, NY 10543-2254
cr          +Commonwealth of Pennsylvania Department of Labor a,    Deb Secrest,    651 Boas Street, Room 702,
              Harrisburg, PA 17121-0751
intp        +Daniel Keller,    Fishback & Jackson,    28720 Canwood Street,    Suite 200,
              Agoura Hills, CA 91301,    US 91301-3465
intp        +Duro Dyne Corporation,    c/o Jeffrey D. Prol, Esq.,    One Lowenstein Drive,
              Roseland, NJ 07068-1740
intp        +Duro Dyne Machinery,    c/o Jeffrey D. Prol, Esq.,    One Lowenstein Drive,
              Roseland, NJ 07068-1740
intp        +Duro Dyne Midwest,    c/o Jeffrey D. Prol, Esq.,    Lowenstein Sandler LLP,
              One Lowenstein Drive,    Roseland, NJ 07068-1791
intp        +Duro Dyne West,    c/o Jeffrey D. Prol, Esq.,    Lowenstein Sandler LLP,    One Lowenstein Drive,
              Roseland, NJ 07068-1791
op          +Getzler Henrich & Associates, LLC,    Attn: Mark D. Podgainy,    295 Madison Avenue,    20th Floor,
              New York, NY 10017-6358
sp          +Gilbert LLP,    1100 New York Avenue, NW,    Suite 700,    Washington, DC 20005-4376
intp        +Hartford Accident and Indemnity Company,    Shipman & Goodwin,    400 Park Avenue,    5th Floor,
              New York, NY 10022-4406
intp        +MidStates Reinsurance Corporation,    10560 Success Ln #A,    Dayton, OH 45458-3697
intp        +Munich Reinsurance America, Inc. f/k/a American Re,    555 College Road East,
              Princeton, NJ 08543,    UNITED STATES 08540-6616
crcm        +Official Committee of Asbestos Claimants,    Caplin & Drysdale, Chartered,
              One Thomas Circle, N.W.,    Washington, DC 20005-5894
lm          +Shellpoint Mortgage Servicing,    55 Beattie Pl. Suite 500,    MS-501,
              Greenville, SC 29601-5116
intp        +The North River Insurance Company,    Kennedys CMK LLP,    570 Lexington Avenue,    8th Floor,
              New York, NY 10022-6737
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:49     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/Text: bncctnotifications@pbgc.gov May 23 2019 23:42:42      Pension Benefit Guaranty Corp,
              Office of the General Counsel,    1200 K Street, N.W.,    Attn: Jordan Jacobson,
              Washington, DC 20005-4025
                                                                                               TOTAL: 3
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Anderson Kill, P.C.
aty             Young Conaway Stargatt & Taylor, LLP
cr              WELLS FARGO BANK, N.A.
                                                                                 TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 3           Date Rcvd: May 23, 2019
                              Form ID: tsntc           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

```
          Christina Salem    on behalf of Interested Party   The North River Insurance Company
           christina.salem@kennedyscmk.com
          Christina Salem    on behalf of Interested Party   Hartford Accident and Indemnity Company
           christina.salem@kennedyscmk.com
          Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
          Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
           dlondon@londonfischer.com
          Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick ,  dlaskin@ycst.com
          Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Attorney Cort T. Malone jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC
           jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Other Prof.   Charter Oak Financial Consultants, LLC
           john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
           john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           john@fialcowitzlaw.com
          Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
           jacobson.jordan@pbgc.gov,   efile@pbgc.gov
          Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           quinnk@gotofirm.com
```

```
District/off: 0312-3          User: admin               Page 3 of 3              Date Rcvd: May 23, 2019
                              Form ID: tsntc            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
      knorgaard@norgaardfirm.com,
      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
      mlichtenstein@crowell.com,    mplevin@crowell.com;tyoon@crowell.com
      Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
      lrestivo@mccarter.com
      Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
      Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
      International Association, AFL-CIO srever@wjslaw.com,
      srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
      Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
      Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
      slross@duanemorris.com,    AutoDocketWILM@duanemorris.com
      Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
      sforte@goodwin.com,    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
      sforte@goodwin.com,    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
      American Re-Insurance Company wmcgrath@dilworthlaw.com

      TOTAL: 40