**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 3, 2019 AT 10:00 A.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1.  Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim (the "First Omnibus Claims Objection Motion") [Docket No. 628, Filed 4/25/19].

    Related Document(s): Certification of Service [Docket No. 647; and Individual Notices of Objection as follows:

    a) American Express National Bank [Docket No. 629]
    b) Black & Decker (US), Inc. [Docket No. 630]
    c) Bristol Aluminum Co. [Docket No. 631]
    d) Burlan Manufacturing, LLC [Docket No. 632]
    e) DuBois Chemical Inc. [Docket No. 634]
    f) Duke Energy Ohio [Docket No. 635]
    g) Euler Homes N.A. Insurance Co. [Docket No. 636]
    h) J.M. Burns Steel Supply, Inc. [Docket No. 638]
    i) MSC Industrial Supply Co. [Docket No. 639]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
05/30/2019 52870582.1

      j)      National Grid [Docket No. 640]
      k)      PSEG LI [Docket No. 641]

Objection Deadline:      May 27, 2019 at 5:00 p.m.

Response(s) Received:

d)      None.

Status: Because the First Omnibus Claims Objection Motion is unopposed, the Debtors respectfully request that the Court consider the First Omnibus Claims Objection Motion on the papers. Accordingly, the Debtors do not intend to appear at the hearing unless the Court directs otherwise.

Dated: May 30, 2019      Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*