Order Filed on June 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtors and Debtors in Possession* |  |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

## ORDER APPROVING THE DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 5, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page No. 2
Debtors: Duro Dyne National Corp., et al.
Case No.: 18-27963 (MBK)
Caption of Order: Order Approving the Debtors' First Omnibus Objection (Non-Substantive) to Claims

---

This matter coming before the Court upon the *Debtors' First Omnibus Objection (Non-Substantive) to Claims* (the "Objection")[2], for entry of an order disallowing the Claims set forth on Exhibit A to this Order; and the Court having reviewed the Objection and any Responses thereto; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Objection and the Hearing was adequate and in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates and their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to § 502(b), the Claims listed on Exhibit A attached to this Order are disallowed and expunged in their entirety.

3. This Order is without prejudice to the rights of the Debtors, or any other party in interest to object to any of the claims affected by this Order or any other claim on any ground.

4. The Debtors and claims agent retained in these Chapter 11 Cases are authorized to take all actions necessary or appropriate to give effect to this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Page No. 3
Debtors: Duro Dyne National Corp., et al.
Case No.: 18-27963 (MBK)
Caption of Order*:* Order Approving the Debtors' First Omnibus Objection (Non-Substantive) to Claims

5. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

6. The Court shall retain jurisdiction over all matters with respect to this Order.

**Exhibit A**

| Count | Name of Claimant | Claim Number | Claim Amount Unsecured | Claim Amount Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 13 | American Express National Bank | 12 | $2,699.76 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 14 | Black & Decker (US) Inc. | 1 | $15,566.70 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 15 | Bristol Aluminum Co. | 9 | $5,758.20 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 16 | Burlan Manufacturing, LLC | 14 | $47,983.37 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 17 | DuBois Chemical Inc. | 26 | $2,191.04 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 18 | DuBois Chemical Inc. | 8 | $4,068.05 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 19 | Duke Energy Ohio | 17 | $3,215.31 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 20 | Euler Hermes N.A. Insurance Co. | 16 | $49,358.10 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 21 | J.M. Burns Steel Supply Inc. | 18 | $382,054.69 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |

| Count | Name of Claimant | Claim Number | Claim Amount Unsecured | Claim Amount Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 22 | MSC Industrial Supply Co. | 7 | $851.14 | $2,030.66 | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 23 | National Grid | 22 | $66.37 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 24 | PSEG LI | 10 | $31,711.22 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |