| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

**Order Filed on June 5, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Duro Dyne National Corp., *et al.*[1]

　　　　　　　　　　　　　Debtors.

Chapter 11

Case No.  18-27963 (MBK)

(Jointly Administered)

### ORDER APPROVING THE DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 5, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page No. 2
Debtors: Duro Dyne National Corp., et al.
Case No.: 18-27963 (MBK)
Caption of Order: Order Approving the Debtors' First Omnibus Objection (Non-Substantive) to Claims

---

This matter coming before the Court upon the *Debtors' First Omnibus Objection (Non-Substantive) to Claims* (the "Objection")[2], for entry of an order disallowing the Claims set forth on Exhibit A to this Order; and the Court having reviewed the Objection and any Responses thereto; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Objection and the Hearing was adequate and in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates and their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to § 502(b), the Claims listed on Exhibit A attached to this Order are disallowed and expunged in their entirety.

3. This Order is without prejudice to the rights of the Debtors, or any other party in interest to object to any of the claims affected by this Order or any other claim on any ground.

4. The Debtors and claims agent retained in these Chapter 11 Cases are authorized to take all actions necessary or appropriate to give effect to this Order.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Page No. 3
Debtors: Duro Dyne National Corp., et al.
Case No.: 18-27963 (MBK)
Caption of Order: Order Approving the Debtors' First Omnibus Objection (Non-Substantive) to Claims

5. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

6. The Court shall retain jurisdiction over all matters with respect to this Order.

**Exhibit A**

| Count | Name of Claimant | Claim Number | Claim Amount Unsecured | Claim Amount Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 13 | American Express National Bank | 12 | $2,699.76 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 14 | Black & Decker (US) Inc. | 1 | $15,566.70 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 15 | Bristol Aluminum Co. | 9 | $5,758.20 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 16 | Burlan Manufacturing, LLC | 14 | $47,983.37 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 17 | DuBois Chemical Inc. | 26 | $2,191.04 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 18 | DuBois Chemical Inc. | 8 | $4,068.05 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 19 | Duke Energy Ohio | 17 | $3,215.31 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 20 | Euler Hermes N.A. Insurance Co. | 16 | $49,358.10 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 21 | J.M. Burns Steel Supply Inc. | 18 | $382,054.69 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |

| Count | Name of Claimant | Claim Number | Claim Amount Unsecured | Claim Amount Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 22 | MSC Industrial Supply Co. | 7 | $851.14 | $2,030.66 | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 23 | National Grid | 22 | $66.37 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |
| 24 | PSEG LI | 10 | $31,711.22 | | Paid pursuant to the GUC Claims Order and therefore the Debtors' books and records do not reflect any liability owed to the claimant. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27963-MBK
Duro Dyne National Corp.                                                  Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2              Date Rcvd: Jun 05, 2019
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db         +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
              Christina  Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina  Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel  Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
              Daniel  Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
              Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick , dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
               tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3                  User: admin                    Page 2 of 2                   Date Rcvd: Jun 05, 2019
                                      Form ID: pdf903                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
      tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
      jeffrey.m.sponder@usdoj.gov
      John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
      john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
      john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
      john@fialcowitzlaw.com
      Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
      jacobson.jordan@pbgc.gov, efile@pbgc.gov
      Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
      quinnk@gotofirm.com
      Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
      knorgaard@norgaardfirm.com,
      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
      mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
      Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
      lrestivo@mccarter.com
      Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
      Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
      International Association, AFL-CIO srever@wjslaw.com,
      srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
      Sean M. Beach    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com
      Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
      slross@duanemorris.com, AutoDocketWILM@duanemorris.com
      Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
      sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      Stephen Forte    on behalf of Interested Party    The North River Insurance Company
      sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
      American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                     TOTAL: 41