| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edwin J. Harron, Esq. (Bar No. 040701995)<br>Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: eharron@ycst.com<br>       skohut@ycst.com<br><br>Counsel to the Future Claimants' Representative | **Order Filed on June 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>Jointly Administered |

**ORDER ALLOWING SECOND INTERIM APPLICATION OF
LAWRENCE FITZPATRICK AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM DECEMBER 1, 2018 THROUGH MARCH 31, 2019**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: June 7, 2019**

                                                      /s/ Michael B. Kaplan
                                                      Honorable Michael B. Kaplan
                                                      United States Bankruptcy Judge

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing Second Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2018 Through March 31, 2019

---

Upon the *Second Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2018 Through March 31, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided during the Interim Period,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. The Future Claimants' Representative is hereby allowed a second interim allowance of compensation for services rendered in the sum of $39,260.00 and reimbursement of expenses incurred in the sum of $20.00 for the period from December 1, 2018 Through March 31, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Future Claimants' Representative within ten (10) days of the entry of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

01:23957973.4

-3-

Page: 4
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing Second Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2018 Through March 31, 2019

_____

        4.       This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Duro Dyne National Corp.  
    Debtor

Case No. 18-27963-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jun 07, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.  
db            +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
           Christina   Salem    on behalf of Interested Party    The North River Insurance Company    christina.salem@kennedyscmk.com  
           Christina   Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company    christina.salem@kennedyscmk.com  
           Daniel   Keller    on behalf of Interested Party Daniel   Keller dkeller@kfjlegal.com  
           Daniel   Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com  
           Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation dlondon@londonfischer.com  
           Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com, dlaskin@ycst.com  
           Edwin J Harron    on behalf of Other Prof. Lawrence   Fitzpatrick , dlaskin@ycst.com  
           Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com  
           Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com  
           Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com, tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3            User: admin             Page 2 of 2              Date Rcvd: Jun 07, 2019
                                Form ID: pdf903         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
      tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
      jeffrey.m.sponder@usdoj.gov
      John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
      john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
      john@fialcowitzlaw.com
      John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
      john@fialcowitzlaw.com
      Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
      jacobson.jordan@pbgc.gov, efile@pbgc.gov
      Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
      quinnk@gotofirm.com
      Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
      knorgaard@norgaardfirm.com,
      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
      mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
      Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
      lrestivo@mccarter.com
      Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
      Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
      International Association, AFL-CIO srever@wjslaw.com,
      srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
      Sean M. Beach    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com
      Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
      slross@duanemorris.com, AutoDocketWILM@duanemorris.com
      Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
      sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      Stephen Forte    on behalf of Interested Party    The North River Insurance Company
      sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
      American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                       TOTAL: 41