| | |
|---|---|
| .UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Local Counsel for the*
*Official Committee of Asbestos Claimants*

**Order Filed on June 7, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No.  18-27963 (MBK)

Jointly Administered

**ORDER ALLOWING SECOND INTERIM APPLICATION OF GILBERT LLP,
SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
CLAIMANTS, FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 1, 2018 TO MARCH 31, 2019**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: June 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtor:    Duro Dyne National Corp., et. al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Allowing Second Interim Application of Gilbert LLP, Special Insurance Counsel
           to the Official Committee of Asbestos Claimants, for Compensation for Services
           Rendered and Reimbursement of Expenses for the Period from December 1, 2018 to
           March 31, 2019

---

Upon the *Second Interim Application of Gilbert, LLP as Special Insurance Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Reimbursement of Expenses for the Period from December 1, 2018 to March 31, 2019*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees and expenses requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1.    The Application is **GRANTED** as set forth herein.

2.    Gilbert, LLP is allowed a second interim allowance of compensation for services rendered to the Committee in the sum of $212,934.75 and reimbursement of expenses in the amount of $8,902.06 for the period December 1, 2018 through March 31, 2019.

3.    The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Gilbert, LLP.

4.    This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27963-MBK
Duro Dyne National Corp.                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2           Date Rcvd: Jun 07, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db              +Duro Dyne National Corp.,   100 Horizon Center Boulevard,   Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
          Christina  Salem   on behalf of Interested Party   The North River Insurance Company
           christina.salem@kennedyscmk.com
          Christina  Salem   on behalf of Interested Party   Hartford Accident and Indemnity Company
           christina.salem@kennedyscmk.com
          Daniel  Keller   on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
          Daniel  Stolz   on behalf of Creditor   Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Wagner London, I   on behalf of Interested Party   MidStates Reinsurance Corporation
           dlondon@londonfischer.com
          Denise E. Carlon   on behalf of Loss Mitigation   Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Edwin J Harron   on behalf of Attorney   Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
           dlaskin@ycst.com
          Edwin J Harron   on behalf of Other Prof. Lawrence  Fitzpatrick ,  dlaskin@ycst.com
          Jeffrey A. Cooper   on behalf of Creditor   4 Site, LLC jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne National Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Machinery jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Attorney   Lowenstein Sandler LLP jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne West jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne West Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Machinery Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Midwest jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Interested Party   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne Corporation jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Debtor   Duro Dyne MidWest Corp. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Other Prof.   Getzler Henrich & Associates, LLC
           jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey D. Prol   on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 07, 2019
                             Form ID: pdf903            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
           tfreedman@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
           john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
           john@fialcowitzlaw.com
          John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           john@fialcowitzlaw.com
          Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
           jacobson.jordan@pbgc.gov,   efile@pbgc.gov
          Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
           quinnk@gotofirm.com
          Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
           knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
           mlichtenstein@crowell.com,   mplevin@crowell.com;tyoon@crowell.com
          Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
           lrestivo@mccarter.com
          Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
           International Association, AFL-CIO srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sean M. Beach    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com
          Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
           slross@duanemorris.com,   AutoDocketWILM@duanemorris.com
          Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
           sforte@goodwin.com,   bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          Stephen Forte    on behalf of Interested Party    The North River Insurance Company
           sforte@goodwin.com,   bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
           American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                              TOTAL: 41