UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

In re:

Duro Dyne National Corp., *et al.*[1]

                                    Debtors.

Order Filed on June 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

**ORDER ALLOWING SECOND INTERIM APPLICATION OF LOWENSTEIN
SANDLER LLP AS COUNSEL TO THE DEBTORS FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM DECEMBER 1, 2018 THROUGH MARCH 31, 2019</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: June 21, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al*
Case No.: 18-27963 (MBK)
Caption:  Order Allowing Second Interim Application of Lowenstein Sandler LLP As Counsel
To The Debtors For Services Rendered And Reimbursement of Expenses For The Period From
December 1, 2018 through March 31, 2019

---

Upon the *Second Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Services Rendered And Reimbursement of Expenses For The Period From December 1, 2018 through March 31, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtors,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted as provided herein.

2.      Lowenstein Sandler LLP is hereby allowed a second interim allowance of compensation for services rendered to the Debtors in the sum of $595,717.75 and reimbursement for costs incurred in the sum of $15,464.78 for the period of December 1, 2018 through March 31, 2019.

3.      The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Lowenstein Sandler LLP.

---

[2]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page: 3
Debtors: Duro Dyne National Corp., *et al*
Case No.: 18-27963 (MBK)
Caption:  Order Allowing Second Interim Application of Lowenstein Sandler LLP As Counsel
To The Debtors For Services Rendered And Reimbursement of Expenses For The Period From
December 1, 2018 through March 31, 2019

---

4.      This Court shall retain jurisdiction over any and all matters arising from or related

to the interpretation and/or implementation of this Order.