THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone:  (973) 813-7227
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Co-Counsel for the Official Committee of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, [1] | : | Case No. 18-27963-MBK |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## SEVENTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM MAY 1, 2019, THROUGH MAY 31, 2019

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this seventh monthly fee statement[2] for the period commencing May 1, 2019, through May 31, 2019 (the "**Seventh Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1]      The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]      Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Seventh Fee Statement, if any, are due by July 5, 2019.

Dated:  June 25, 2019                By:  */s/ James P. Wehner*
                                       James P. Wehner, Esq. (admitted *pro hac vice*)
                                       Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                       One Thomas Circle, N.W., Suite 1100
                                       Washington, DC 20005
                                       Telephone:  (202) 862-5000
                                       Facsimile: (202) 429-3301
                                       jwehner@capdale.com
                                       jliesemer@capdale.com

                                       *Counsel to the Official Committee of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**SEVENTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED
FOR THE PERIOD FROM MAY 1, 2019, THROUGH MAY 31, 2019**

### SECTION 1
### FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,159,111.50 | $22,009.12 |
| TOTAL ALLOWED TO DATE | $979,784.50 | $19,772.83 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,123,246.10 | $22,009.12 |
| | | |
| FEE TOTALS –PAGE 2 | $167,422.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $2,112.35 | |
| TOTAL FEE APPLICATION | $169,534.85 | |
| MINUS 20% HOLDBACK | $33,484.50 | |
| AMOUNT SOUGHT AT THIS TIME | $136,050.35 | |

---

[1]     The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]     Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 26.0 | $840.00 | $21,840.00 |
| Kevin C. Maclay, Member | 1994 | 17.3 | $775.00 | $13,407.50 |
| James P. Wehner, Member | 1995 | 54.4 | $735.00 | $39,984.00 |
| Jeffrey A. Liesemer, Member | 1993 | 96.5 | $735.00 | $70,927.50 |
| Jeffrey A. Liesemer, Member | 1993 | 8.2 | $367.50 | $3,013.50 |
| Kevin M. Davis, Associate | 2010 | 15.8 | $505.00 | $7,979.00 |
| Cecilia Guerrero, Paralegal | N/A | 31.0 | $325.00 | $10,075.00 |
| Brigette A. Wolverton, Paralegal | N/A | 0.7 | $280.00 | $196.00 |
| **TOTAL FEES** | | **249.9** | | **$167,422.50** |
| **ATTORNEY BLENDED RATE** | | | **$669.96** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 2.7 | $1,000.50 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 12.0 | $5,622.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 9.8 | $6,931.00 |
| **(.11) Plan and Disclosure Statement** | 204.8 | $142,223.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 10.2 | $7,835.50 |
| **(.16) Travel Time** | 8.2 | $3,013.50 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 2.2 | $797.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **249.9** | **$167,422.50** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | $1,044.65 |
| Conference Call Charges | $0.00 |
| Courier & Express Carriers | $0.00 |
| Court Reporting | $0.00 |
| Fax | $0.00 |
| Filing Fees | $0.00 |
| Other Research | $0.00 |
| Pacer Fees | $0.00 |
| Postage | $0.00 |
| Reproduction Services - In-house | $0.00 |
| Reproduction Services - Outside | $0.00 |
| Travel | $1,063.14 |
| Other (specify): eDiscovery | $4.56 |
| DISBURSEMENTS TOTAL: | $2,112.35 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)     DATE CASE FILED: September 7, 2018

(2)     CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)     DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)     SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)     Caplin & Drysdale analyzed and briefed Plan issues, developed strategies for the Plan and related materials, negotiated with objectors, and attended court proceedings re Plan issues;

   b)     Caplin & Drysdale participated in a mediation concerning insurance issues;

   c)     Caplin & Drysdale reviewed and analyzed issues arising in the appeal of the bankruptcy court's FCR appointment;

   d)     Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   e)     Caplin & Drysdale prepared and filed its monthly fee application;

f)      Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

g)      Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

h)      Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)      ANTICIPATED DISTRIBUTION TO CREDITORS:

(A)    ADMINISTRATION EXPENSES: (unknown at this time)
(B)    SECURED CREDITORS: (unknown at this time)
(C)    PRIORITY CREDITORS: (unknown at this time)
(D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)      FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:   June 25, 2019                          */s/ James P. Wehner*
                                               Signature

4

# EXHIBIT
# A

# Caplin & Drysdale
## A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000              Federal Tax I.D. No.: 52-1226629              Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National          June 25, 2019
                                                                        Invoice #:    320328
                                                                        Page:              1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through May 31, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 5/20/2019 | JPW | Case administration emails. | 0.3 | $735.00 | $220.50 |
| 5/20/2019 | CG | Attention to case admin issues (NJ Lawyers' Fund). | 2.1 | $325.00 | $682.50 |
| 5/21/2019 | CG | Attention to case admin issues (NJ Lawyers' Fund). | 0.3 | $325.00 | $97.50 |
| | | **Total** | **2.70** | | **$1,000.50** |
| **.07** | **Fee Applications-Self** | | | | |
| 5/6/2019 | JAL | Review interim fee application. | 0.5 | $735.00 | $367.50 |
| 5/6/2019 | JPW | Review interim fee opp; meet w/ CG re same. | 0.8 | $735.00 | $588.00 |
| 5/6/2019 | CG | Draft, review and revise interim fee application (2.7); communications re same (.3). | 3.0 | $325.00 | $975.00 |
| 5/7/2019 | JAL | Review revised interim fee app. | 0.3 | $735.00 | $220.50 |
| 5/7/2019 | JPW | Emails re fee issues (.5); review interim fee application (1.0). | 1.5 | $735.00 | $1,102.50 |
| 5/7/2019 | CG | Review, revise and finalize interim fee application (1.2); communications re same (.2). | 1.4 | $325.00 | $455.00 |
| 5/8/2019 | JPW | Emails re fee issues. | 0.2 | $735.00 | $147.00 |
| 5/21/2019 | CG | Review and revise fee application (2.8); communications re same (.1). | 2.9 | $325.00 | $942.50 |
| 5/22/2019 | JPW | Review monthly fee app. | 0.7 | $735.00 | $514.50 |
| 5/23/2019 | JPW | Review monthly fee statement. | 0.2 | $735.00 | $147.00 |
| 5/24/2019 | CG | Finalize fee application (.4); communications w/ local counsel re same (.1). | 0.5 | $325.00 | $162.50 |
| | | **Total** | **12.00** | | **$5,622.00** |

June 25, 2019
Invoice #:        320328

Page:            2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 5/7/2019 | KCM | Review/analyze communications and materials re UST issues. | 0.7 | $775.00 | $542.50 |
| 5/8/2019 | JAL | Review/analysis of materials re UST appeal issues. | 0.2 | $735.00 | $147.00 |
| 5/8/2019 | KCM | Review/analyze materials re UST issues. | 1.9 | $775.00 | $1,472.50 |
| 5/9/2019 | KCM | Review/analyze materials re UST issues. | 1.2 | $775.00 | $930.00 |
| 5/13/2019 | JAL | Review/analysis of materials re UST appeal issues (1.6); review and comment on letter re same (0.6). | 2.2 | $735.00 | $1,617.00 |
| 5/13/2019 | KMD | Review draft letter for UST appeal re additional authority and related materials. | 1.4 | $505.00 | $707.00 |
| 5/14/2019 | KMD | Review draft letter for UST appeal re additional authority and related materials. | 0.9 | $505.00 | $454.50 |
| 5/29/2019 | ACM | Review materials re UST issues. | 1.0 | $840.00 | $840.00 |
| | | **Total** | **9.50** | | **$6,710.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/1/2019 | ACM | Teleconferences JPW re brief (.2); review same (.4); exchange e-mails re same (.1); review revisions and exchange e-mails re same (.3); revise trust documents and exchange e-mails re same (1.2). | 2.2 | $840.00 | $1,848.00 |
| 5/1/2019 | JAL | Review/analysis re draft brief (0.6); review/analysis re proposed FOF (0.4); review materials from J. Sinclair (0.5); revise response to objectors' proposed FOF (5.3); confer w/ KCM re same (0.2); call w/ JPW and KCM re same (0.2). | 7.2 | $735.00 | $5,292.00 |
| 5/1/2019 | JPW | Call w/ JAL, KCM re brief (0.2); meet w/ KCM re same (0.3); meet w/ KMD re brief (0.1); emails re brief (1.3); calls w/ ACM re same (.2). | 2.1 | $735.00 | $1,543.50 |
| 5/1/2019 | JPW | Review and revise draft brief. | 5.7 | $735.00 | $4,189.50 |
| 5/1/2019 | KCM | Meet w/ JPW re opposition brief (.3); meet w/ JAL re proposed edits (.2); teleconference w/ JPW and JAL re proposed edits (.2); review/edit brief re FOF/COL and review/analyze related materials (3.8). | 4.5 | $775.00 | $3,487.50 |
| 5/1/2019 | KMD | Review/revise reply to UST & North River proposed FOF (2.1); discuss same w/ JPW (0.1). | 2.2 | $505.00 | $1,111.00 |
| 5/1/2019 | BAW | Conduct research and prepare materials re trust issues. | 0.7 | $280.00 | $196.00 |
| 5/1/2019 | CG | Citecheck reply re FOF. | 3.1 | $325.00 | $1,007.50 |
| 5/2/2019 | ACM | Review revised brief (.6); exchange e-mails re trust issues (.1); exchange e-mails re brief (.1). | 0.8 | $840.00 | $672.00 |

June 25, 2019
Invoice #:        320328

Page:              3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/2/2019 | JAL | Analyze issues re opposition to objectors' proposed FOF (1.6); revisions and editing re same (3.6); review response re settlement objection (0.1). | 5.3 | $735.00 | $3,895.50 |
| 5/2/2019 | JPW | Emails re opposition brief (0.8); meet w/ KCM re same (0.4). | 0.8 | $735.00 | $588.00 |
| 5/2/2019 | JPW | Review and revise reply brief. | 0.6 | $735.00 | $441.00 |
| 5/2/2019 | KCM | Communication w/ JAL re opposition brief (.3); review/edit opposition brief and review/analyze related materials (2.9); meetings w/ JPW re same (.4). | 3.6 | $775.00 | $2,790.00 |
| 5/2/2019 | KMD | Review/revise reply to UST & North River proposed FOF (1.4); discuss same w/ CG (0.2). | 1.6 | $505.00 | $808.00 |
| 5/2/2019 | CG | Citecheck reply re FOF (4.1); confer w/ KMD re same (.2). | 4.3 | $325.00 | $1,397.50 |
| 5/3/2019 | ACM | Exchange e-mails re trust documents (.1); review recent filings (.2); exchange e-mails re brief (.1). | 0.4 | $840.00 | $336.00 |
| 5/3/2019 | JAL | Correspondence re response to objectors' proposed FOF (0.1); confer w/ JPW re same (0.2); edit and finalize same (2.2); analyze issues re response to North River's objections to settlements (0.3). | 2.8 | $735.00 | $2,058.00 |
| 5/3/2019 | JAL | Review Debtors' objections to proofs of claims. | 0.1 | $735.00 | $73.50 |
| 5/3/2019 | JPW | Meet w/ JAL re response to proposed FOF (0.2); meet w/ KMD re same (0.2); review and edit same (3.4); emails and communications re same (2.1). | 5.9 | $735.00 | $4,336.50 |
| 5/3/2019 | KMD | Prepare reply to UST & North River proposed FOF (1.6); meet w/ JPW re same (.2). | 1.8 | $505.00 | $909.00 |
| 5/3/2019 | CG | Citecheck, revise, and finalize reply re FOF (3.0); communications w/ KMD re same (.2). | 3.2 | $325.00 | $1,040.00 |
| 5/6/2019 | JAL | Review objectors' response briefs to proposed FOF (1.3); review/analysis of settlement-related materials (2.5); meet w/ JPW re insurance issues (.2). | 4.0 | $735.00 | $2,940.00 |
| 5/6/2019 | JPW | Emails re insurance issues (.5); meet w/ JAL re same (.2); review confirmation filings (.8). | 1.5 | $735.00 | $1,102.50 |
| 5/7/2019 | ACM | Exchange e-mails re trust issues (.6); teleconference JPW re same (.1). | 0.7 | $840.00 | $588.00 |
| 5/7/2019 | JAL | Emails re North River's settlement objections (0.9); review/analysis of materials re drafting response to same (1.6). | 2.5 | $735.00 | $1,837.50 |
| 5/7/2019 | JPW | Emails re trust issues (1.1); call w/ ACM re same (.1). | 1.2 | $735.00 | $882.00 |
| 5/8/2019 | JAL | Analyze issues re response to North River's objections. | 6.3 | $735.00 | $4,630.50 |

June 25, 2019
Invoice #:        320328

Page:            4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/8/2019 | CG | Review hearing transcripts and communications w/ KCM re same (.3); prepare excerpts re same (.8). | 1.1 | $325.00 | $357.50 |
| 5/9/2019 | ACM | Confer w/ JPW re plan issue. | 0.2 | $840.00 | $168.00 |
| 5/9/2019 | JAL | Draft reply brief re insurance settlements. | 8.3 | $735.00 | $6,100.50 |
| 5/9/2019 | JPW | Meet w/ ACM re plan issue (.2); review related materials and draft emails re same (1.3). | 1.5 | $735.00 | $1,102.50 |
| 5/10/2019 | JAL | Further drafting and revisions to reply brief re settlements. | 6.6 | $735.00 | $4,851.00 |
| 5/11/2019 | JAL | Draft and revise reply brief re settlements. | 3.8 | $735.00 | $2,793.00 |
| 5/12/2019 | JAL | Revise reply brief re insurance settlements. | 2.3 | $735.00 | $1,690.50 |
| 5/13/2019 | ACM | Exchange e-mails re hearing. | 0.1 | $840.00 | $84.00 |
| 5/13/2019 | JAL | Revise reply brief re insurance settlements (1.7); meet w/ KCM and JPW re same (0.2); call w/ J. Prol re same (0.2). | 2.1 | $735.00 | $1,543.50 |
| 5/13/2019 | JPW | Review draft brief (2.2); teleconference K. Quinn re insurance issues (0.2); meet w/ JAL and KCM re insurance issues (0.2). | 2.6 | $735.00 | $1,911.00 |
| 5/13/2019 | KCM | Meet w/ JAL and JPW re insurance issues. | 0.2 | $775.00 | $155.00 |
| 5/13/2019 | KMD | Review and revise reply ISO insurance settlements. | 1.7 | $505.00 | $858.50 |
| 5/13/2019 | CG | Review, revise, and citecheck reply brief re settlements. | 1.7 | $325.00 | $552.50 |
| 5/14/2019 | JAL | Review reply brief re insurance settlements.(0.2); revise and edit same (0.9). | 1.1 | $735.00 | $808.50 |
| 5/14/2019 | JPW | Review draft reply brief (1.3); emails re mediation (0.4). | 1.7 | $735.00 | $1,249.50 |
| 5/14/2019 | KMD | Review and revise reply ISO insurance settlements. | 1.5 | $505.00 | $757.50 |
| 5/14/2019 | CG | Review, revise, and citecheck reply brief re settlements. | 3.5 | $325.00 | $1,137.50 |
| 5/15/2019 | JAL | Review revised reply brief (1.2); email w/ KMD re same (0.2); review/analysis of revised agreement (0.6); review materials re mediation prep (0.2). | 2.2 | $735.00 | $1,617.00 |
| 5/15/2019 | CG | Review, revise, and finalize reply brief re settlements (1.1); attention to telephonic court appearances and communications re same (.8). | 1.9 | $325.00 | $617.50 |
| 5/17/2019 | ACM | Exchange e-mails re confirmation hearing. | 0.1 | $840.00 | $84.00 |
| 5/17/2019 | JAL | Attend North River mediation (7.8); email re same (0.4). | 8.2 | $735.00 | $6,027.00 |
| 5/17/2019 | JPW | Research pending case developments (1.3); emails re trust and insurance issues (.6). | 1.9 | $735.00 | $1,396.50 |

June 25, 2019
Invoice #:        320328

Page:        5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/20/2019 | JAL | Confer w/ JPW re North River mediation (0.3); review/analyze revised agreement (2.4). | 2.7 | $735.00 | $1,984.50 |
| 5/20/2019 | JPW | Meet w/ JAL re case status (0.3); emails re insurance issues (0.2). | 0.5 | $735.00 | $367.50 |
| 5/21/2019 | ACM | Exchange e-mails re confirmation hearing (.1); conference E. Harron re same (.1). | 0.2 | $840.00 | $168.00 |
| 5/21/2019 | JAL | Further review re draft agreement and related materials (3.2); confer w/ KMD re same (0.3); analyze materials re same (1.5); confer w/ JPW re plan issue (0.2). | 5.2 | $735.00 | $3,822.00 |
| 5/21/2019 | JPW | Meet w/ KCM re plan issue (0.3); emails re plan issues (0.4); meet w/ JAL re plan issue (0.2). | 0.9 | $735.00 | $661.50 |
| 5/21/2019 | KCM | Meet w/ JPW re POR issues (.3); review/analyze materials re plan issues (.4). | 0.7 | $775.00 | $542.50 |
| 5/21/2019 | KMD | Review and revise agreements (.9); meet w/ JAL re same (.3). | 1.2 | $505.00 | $606.00 |
| 5/22/2019 | ACM | Exchange e-mails re confirmation issues and next steps (.1); teleconference w/ JPW re same (.4). | 0.5 | $840.00 | $420.00 |
| 5/22/2019 | JAL | Attend hearing (1.3); calls w/ JPW re next steps (0.5); confer w/ KMD re same (0.3); draft email re same (0.3); confer w/ KMD re draft agreement (0.2); analyze confirmation issues (1.0). | 3.8 | $735.00 | $2,793.00 |
| 5/22/2019 | JPW | Attend hearing (1.3); teleconference J. Prol re same (0.3); teleconference ACM re same (0.4); emails re same (1.4); review audio file (0.7); meet w/ KCM re same (0.2); teleconferences JAL re next steps (0.5). | 4.8 | $735.00 | $3,528.00 |
| 5/22/2019 | KCM | Meet w/ JPW re hearing and next steps. | 0.2 | $775.00 | $155.00 |
| 5/22/2019 | KMD | Review and revise agreements (.7); confer w/ JAL re same (0.2); discuss next steps w/ JAL (0.3); review memo re same (0.2). | 1.4 | $505.00 | $707.00 |
| 5/23/2019 | ACM | Review hearing transcript (.9); exchange e-mails re same (.1); review trust documents and proposed changes to same (.7). | 1.7 | $840.00 | $1,428.00 |
| 5/23/2019 | JAL | Review/analysis of materials re confirmation issues (0.7); email correspondence re same (0.3); draft email to J. Sinclair re same (0.3). | 1.3 | $735.00 | $955.50 |
| 5/23/2019 | JPW | Emails re plan issues. | 0.7 | $735.00 | $514.50 |
| 5/23/2019 | KMD | Review and revise agreements. | 1.4 | $505.00 | $707.00 |
| 5/24/2019 | JPW | Emails re plan issues. | 0.5 | $735.00 | $367.50 |
| 5/24/2019 | KMD | Review and revise agreements. | 0.7 | $505.00 | $353.50 |

June 25, 2019
Invoice #:        320328

Page:            6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|

**.11    Plan & Disclosure Statement**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 5/28/2019 | ACM | Review hearing transcript, trust documents (.9); conference JPW re same (1.0); teleconferences JPW re same (.4); teleconference KCM re same (.1); exchange e-mails re same (.1); revise trust documents (2.9). | 5.4 | $840.00 | $4,536.00 |
| 5/28/2019 | JAL | Confer w/ JPW re plan issues (0.4); correspondence re same (0.1); review/analysis of materials re insurance settlements (1.1). | 1.6 | $735.00 | $1,176.00 |
| 5/28/2019 | JPW | Emails re confirmation issues (1.2); meet w/ JAL x2 re plan issue (0.4); meet w/ KCM re same (0.2); meet w/ ACM re trust issues (1.0); research same (1.7); teleconferences ACM re same x2 (0.4). | 4.9 | $735.00 | $3,601.50 |
| 5/28/2019 | KCM | Meet w/ JPW re plan issues (.2); teleconference w/ ACM re same (.1). | 0.3 | $775.00 | $232.50 |
| 5/29/2019 | ACM | Revise trust documents (3.9); conference JPW, KCM, JAL re trust issues (1.0). | 4.9 | $840.00 | $4,116.00 |
| 5/29/2019 | JAL | Review and comments on draft agreement (3.5); confer w/ ACM, JPW, and KCM re plan-related materials and next steps (1.0); call w/ K. Quinn re insurance issues (0.2). | 4.7 | $735.00 | $3,454.50 |
| 5/29/2019 | JPW | Emails re confirmation issues (0.9); meet w/ ACM, KCM, JAL re confirmation issues (1.0). | 1.9 | $735.00 | $1,396.50 |
| 5/29/2019 | KCM | Review/analyze trust documents and related materials and plan/prepare for meeting (.3); meet w/ ACM, JPW and JAL re trust issues (1.0). | 1.3 | $775.00 | $1,007.50 |
| 5/30/2019 | ACM | Conference JPW, JAL re plan issues (.3); revise same (2.7); teleconference Debtors, FCR, insurance counsel, JPW, KCM, and JAL re case status and next steps (.7); conference JPW, KCM, JAL re same (.1); review related materials re same (.9). | 4.7 | $840.00 | $3,948.00 |
| 5/30/2019 | JAL | Confer w/ ACM and JPW re plan issues and next steps (0.3); review/analysis of materials re same (1.3); teleconference w/ Plan Proponents' counsel, ACM, KCM, and JPW re confirmation issues (0.7); review plan-related materials (0.2); confer w/ JPW, KCM, and JAL re next steps (.1). | 2.6 | $735.00 | $1,911.00 |
| 5/30/2019 | JPW | Review revisions to draft plan (1.4); teleconference J. Prol re confirmation issues (0.3); meet w/ ACM, JAL re same (0.3); emails re confirmation (0.4); teleconference Debtors, FCR, insurance counsel, JAL, KCM, ACM re confirmation and next steps (0.7); meet w/ JAL, KCM, ACM re same (0.1). | 5.0 | $735.00 | $3,675.00 |
| 5/30/2019 | KCM | Meet w/ ACM, JPW, and JAL re case status and next steps (.1); teleconference Debtors, FCR, insurance counsel, ACM, JPW, and JAL re same (.7). | 0.8 | $775.00 | $620.00 |

June 25, 2019
Invoice #:        320328

Page:        7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/31/2019 | ACM | Conference JPW re plan issues (.3); teleconference re same (.3). | 0.6 | $840.00 | $504.00 |
| 5/31/2019 | JAL | Further review re plan-related materials (0.4); attend status conference (0.3); revise draft agreement (5.4). | 6.1 | $735.00 | $4,483.50 |
| 5/31/2019 | JPW | Attend telephonic status conference (0.3); meet w/ ACM re plan issues (0.3); review revised plan documents (0.9); emails re plan issues (0.7). | 2.2 | $735.00 | $1,617.00 |
| | | **Total** | **204.80** | | **$142,223.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 5/3/2019 | ACM | Email JPW re update to Committee. | 0.1 | $840.00 | $84.00 |
| 5/13/2019 | KCM | Teleconference w/ Committee member re mediation. | 0.2 | $775.00 | $155.00 |
| 5/18/2019 | JAL | Email to constituent (0.3); draft and revise email to Committee (0.5). | 0.8 | $735.00 | $588.00 |
| 5/22/2019 | JAL | Review and comment on draft memo to Committee. | 0.2 | $735.00 | $147.00 |
| 5/22/2019 | JPW | Prepare memo to Committee re hearing and next steps. | 1.2 | $735.00 | $882.00 |
| 5/22/2019 | KCM | Review/analyze memo to Committee. | 0.3 | $775.00 | $232.50 |
| 5/24/2019 | ACM | Exchange e-mails re Committee call. | 0.1 | $840.00 | $84.00 |
| 5/29/2019 | ACM | E-mail Committee re trust documents. | 0.2 | $840.00 | $168.00 |
| 5/30/2019 | ACM | Teleconference JPW re Committee call (.1); prepare for Committee call (.5); participate in Committee call (1.0); conference JPW, KCM, JAL re same (.2); exchange e-mails re same (.1). | 2.1 | $840.00 | $1,764.00 |
| 5/30/2019 | JAL | Attend Committee call (1.0); prepare for Committee call (0.3); meet w/ ACM, JPW, and KCM re same (.2). | 1.5 | $735.00 | $1,102.50 |
| 5/30/2019 | JPW | Prep for Committee (0.8); call w/ ACM re same (.1); attend Committee call (1.0); conference ACM, KCM, JAL re same (.2). | 2.1 | $735.00 | $1,543.50 |
| 5/30/2019 | KCM | Review/analyze materials re Committee issues (.2); attend Committee call (1.0); meet w/ ACM, JPW, and JAL re same (.2). | 1.4 | $775.00 | $1,085.00 |
| | | **Total** | **10.20** | | **$7,835.50** |
| **.16** | **Travel** | | | | |
| 5/16/2019 | JAL | Travel to NYC for mediation. | 4.5 | $367.50 | $1,653.75 |
| 5/17/2019 | JAL | Return travel from NYC. | 3.7 | $367.50 | $1,359.75 |
| | | **Total** | **8.20** | | **$3,013.50** |
| **.18** | **Fee Applications-Others** | | | | |

June 25, 2019
Invoice #:        320328

Page:                    8

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .18 | **Fee Applications-Others** | | | | |
| 5/6/2019 | CG | Communications w/ Charter Oak re upcoming fee applications. | 0.2 | $325.00 | $65.00 |
| 5/7/2019 | CG | Review and revise Charter Oak interim fee application (1.1); communications w/ Charter Oak re same (.2). | 1.3 | $325.00 | $422.50 |
| 5/23/2019 | CG | Review Charter Oak monthly (.4); communications re same (.1). | 0.5 | $325.00 | $162.50 |
| 5/24/2019 | JPW | Review Charter Oak monthly. | 0.2 | $735.00 | $147.00 |
| | | **Total** | **2.20** | | **$797.00** |
| | | Total Professional Services | 249.9 | | $167,422.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 96.5 | $735.00 | $70,927.50 |
| JAL | Jeffrey A. Liesemer | Member | 8.2 | $367.50 | $3,013.50 |
| KCM | Kevin C. Maclay | Member | 17.3 | $775.00 | $13,407.50 |
| ACM | Ann C. McMillan | Member | 26.0 | $840.00 | $21,840.00 |
| JPW | James P. Wehner | Member | 54.4 | $735.00 | $39,984.00 |
| KMD | Kevin M. Davis | Associate | 15.8 | $505.00 | $7,979.00 |
| CG | Cecilia Guerrero | Paralegal | 31.0 | $325.00 | $10,075.00 |
| BAW | Brigette A. Wolverton | Paralegal | 0.7 | $280.00 | $196.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 05/14/2019 | Epiq eDiscovery Solutions - Services Feb. 2019 [.01] | $2.28 |
| 05/14/2019 | Epiq eDiscovery Solutions - Services Mar. 2019 [.01] | $2.28 |
| 05/23/2019 | Trvl Exp - Ground Transportation re mediation (JAL) [.16] | $11.33 |
| 05/23/2019 | Conf. Meals - Dinner re mediation (JAL) [.16] | $175.36 |
| 05/23/2019 | Trvl Exp - Meals (JAL) [.16] | $14.28 |
| 05/23/2019 | Trvl Exp - Hotel plus fees and taxes (JAL) [.16] | $840.03 |
| 05/23/2019 | Trvl Exp - Ground Transportation re mediation (JAL) [.16] | $12.14 |
| 05/23/2019 | Trvl Exp - Misc. tips during travel [.16] | $10.00 |
| 05/31/2019 | Database Research - Westlaw - CMG [.01] | $555.19 |
| 05/31/2019 | Database Research - Westlaw - JAL [.01] | $389.59 |

June 25, 2019
Invoice #:        320328

Page:        9

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 05/31/2019 | Database Research Lexis - CMG [.01] | $99.87 |
| | Total Disbursements | $2,112.35 |
| | | |
| | Total Services | $167,422.50 |
| | Total Disbursements | $2,112.35 |
| | Total Current Charges | $169,534.85 |

# EXHIBIT
# B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

John A. Fialcowitz, Esq.
THE LAW OFFICE OF JOHN A. FIALCOWITZ
89 Headquarters Plaza North, Ste. 1216
Morristown, New Jersey 07960
973.532.7208
John@fialcowitzlaw.com

*Proposed Local Counsel for the Official
Committee of Asbestos Claimants*

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL,
EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is

hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtor:      Duro Dyne National Corp., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
             Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved.  Accordingly, **IT IS HEREBY ORDERED**, that:

1.      The Application is granted and approved;

2.      The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3.      Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:       3
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
            Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5.    This Order shall be immediately effective and enforceable upon its entry; and

6.    The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.