UNITED STATES BANKRUPTCY COURT

District of New Jersey

| In re: | Chapter: | 11 |
|---|---|---|
| Duro Dyne National Corp. | Case Number: | 18-27963 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal        ☐ Order being Appealed       ☐ Designation of Record on Appeal

☐ Statement of Issues     ☐ Transcript                 ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Proposed Findings of Fact and Conclusions of Law for Confirmation _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

| Appellant(s): _____ | Appellee(s): _____ |
|---|---|
| Attorney: _____ | Attorney: _____ |
| Address: _____ | Address: _____ |
| _____ | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

☐  An appeal has not previously been filed in this case.

☐  The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*