| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963-MBK<br><br>(Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM JUNE 1, 2019, THROUGH JUNE 30, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this eighth monthly fee statement[2] for the period commencing June 1, 2019, through June 30, 2019 (the "**Eighth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Eighth Fee Statement, if any, are due by August 4, 2019.

Dated: July 25, 2019                        By: */s/ James P. Wehner*
                                                                    James P. Wehner, Esq. (admitted *pro hac vice*)
                                                                    Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                                                    One Thomas Circle, N.W., Suite 1100
                                                                    Washington, DC 20005
                                                                    Telephone: (202) 862-5000
                                                                    Facsimile: (202) 429-3301
                                                                    jwehner@capdale.com
                                                                    jliesemer@capdale.com

                                                                    *Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**EIGHTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM JUNE 1, 2019, THROUGH JUNE 30, 2019**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,326,534.00 | $24,121.47 |
| TOTAL ALLOWED TO DATE | $979,784.50 | $19,772.83 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,123,246.10 | $22,009.12 |
| | | |
| FEE TOTALS – PAGE 2 | $63,596.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $85.24 | |
| TOTAL FEE APPLICATION | $63,681.74 | |
| MINUS 20% HOLDBACK | $12,719.30 | |
| AMOUNT SOUGHT AT THIS TIME | $50,962.44 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 12.4 | $840.00 | $10,416.00 |
| Kevin C. Maclay, Member | 1994 | 7.4 | $775.00 | $5,735.00 |
| James P. Wehner, Member | 1995 | 33.9 | $735.00 | $24,916.50 |
| Jeffrey A. Liesemer, Member | 1993 | 24.7 | $735.00 | $18,154.50 |
| Kevin M. Davis, Associate | 2010 | 2.3 | $505.00 | $1,161.50 |
| Cecilia Guerrero, Paralegal | N/A | 9.8 | $325.00 | $3,185.00 |
| Brigette A. Wolverton, Paralegal | N/A | 0.1 | $280.00 | $28.00 |
| **TOTAL FEES** | | **90.6** | | **$63,596.50** |
| **ATTORNEY BLENDED RATE** | | | **$701.95** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 1.2 | $882.00 |
| **(.04) Case Administration** | 1.5 | $569.50 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 8.7 | $3,565.50 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 75.7 | $56,331.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 2.1 | $1,711.50 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 1.4 | $537.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **90.6** | **$63,596.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $82.21 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $3.03 |
| **DISBURSEMENTS TOTAL:** | **$85.24** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Caplin & Drysdale analyzed Plan issues, developed strategies for the Plan and related materials, negotiated with objectors, and attended court proceedings re Plan issues;

   b) Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   c) Caplin & Drysdale prepared and filed its monthly fee application;

   d) Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

- e) Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

- f) Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: July 25, 2019                                  */s/ James P. Wehner*
                                                                     Signature

# EXHIBIT A

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

July 19, 2019
Invoice #:    320898
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through June 30, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.03** | **Business Operations** | | | | |
| 6/28/2019 | JAL | Review correspondence re Debtors' financial performance. | 0.5 | $735.00 | $367.50 |
| 6/28/2019 | JPW | Review financial analysis. | 0.7 | $735.00 | $514.50 |
| | | Total | 1.20 | | $882.00 |
| **.04** | **Case Administration & Calendar Control** | | | | |
| 6/5/2019 | CG | Attention to scheduling telephonic court appearance (.1); communications re same (.1). | 0.2 | $325.00 | $65.00 |
| 6/6/2019 | CG | Communications w/ JPW, KCM re upcoming status conference (.2); update docketing calendar (.2). | 0.4 | $325.00 | $130.00 |
| 6/14/2019 | JPW | Meet with CG re transcripts. | 0.2 | $735.00 | $147.00 |
| 6/14/2019 | CG | Update docketing calendar (.2); communications w/ JPW re same (.2). | 0.4 | $325.00 | $130.00 |
| 6/26/2019 | CG | Review docket and update electronic case file (.1); update docketing calendar re same (.2). | 0.3 | $325.00 | $97.50 |
| | | Total | 1.50 | | $569.50 |
| **.07** | **Fee Applications-Self** | | | | |
| 6/5/2019 | JAL | Draft and revise email to J. Fialcowitz re fee app hearing. | 0.1 | $735.00 | $73.50 |
| 6/7/2019 | CG | Communications w/ local counsel re monthly fee application. | 0.2 | $325.00 | $65.00 |
| 6/20/2019 | JPW | Review monthly statement. | 0.6 | $735.00 | $441.00 |
| 6/20/2019 | CG | Review and revise monthly fee application and exhibits. | 2.6 | $325.00 | $845.00 |

July 19, 2019
Invoice #:     320898

Page:     2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .07 | **Fee Applications-Self** | | | | |
| 6/21/2019 | CG | Review, revise monthly fee application and accompanying exhibits. | 1.9 | $325.00 | $617.50 |
| 6/24/2019 | JPW | Review C&D monthly; emails re same. | 0.6 | $735.00 | $441.00 |
| 6/24/2019 | CG | Communications re monthly fee application (.3); review edits re same (.2). | 0.5 | $325.00 | $162.50 |
| 6/25/2019 | JPW | Finalize monthly fee app. | 0.5 | $735.00 | $367.50 |
| 6/25/2019 | CG | Review, revise, and finalize monthly fee application (1.1); communications w/ JPW re same (.2); email local counsel re same (.1); draft, revise and finalize certificate of no objection (.2); email local counsel re same (.1). | 1.7 | $325.00 | $552.50 |
| | | **Total** | **8.70** | | **$3,565.50** |
| .11 | **Plan & Disclosure Statement** | | | | |
| 6/3/2019 | ACM | Email KMD re confirmation issues (.1); teleconferences JPW re trust issues (.2); revise TDP (.4); exchange e-mails re same (.2). | 0.9 | $840.00 | $756.00 |
| 6/3/2019 | JAL | Review and revise agreement (2.1); review and comments re trust issues (0.1); review memo re same (0.3). | 2.5 | $735.00 | $1,837.50 |
| 6/3/2019 | JPW | Emails re plan issues (0.5); teleconference ACM re plan issues (0.2); review plan edits (0.5). | 1.2 | $735.00 | $882.00 |
| 6/3/2019 | KCM | Review/analyze revised POR documents. | 0.4 | $775.00 | $310.00 |
| 6/3/2019 | KMD | Review revised agreement. | 1.3 | $505.00 | $656.50 |
| 6/4/2019 | ACM | Conference JPW re TDP and Trust Agreement (.3); exchange e-mails re same (.1). | 0.4 | $840.00 | $336.00 |
| 6/4/2019 | JAL | Correspondence re summary-judgment hearing in coverage action. | 0.4 | $735.00 | $294.00 |
| 6/4/2019 | JPW | Meet with ACM re plan issues (0.3); emails re plan and insurance issues (0.8). | 1.1 | $735.00 | $808.50 |
| 6/5/2019 | ACM | Teleconference KCM, JPW, FCR counsel re trust issues (.4); conference JPW, KCM re same (.3); exchange e-mails re same (.3); revise trust materials (.4). | 1.4 | $840.00 | $1,176.00 |
| 6/5/2019 | JAL | Review memo re trust issues and confer with JPW re same (0.2); review and revise draft agreement (1.3). | 1.5 | $735.00 | $1,102.50 |
| 6/5/2019 | JPW | Teleconference ACM, KCM, FCR counsel re plan (0.4); meet with ACM, KCM re plan (0.3); emails re plan issues (1.5); meet with JAL re plan issues (0.2). | 2.4 | $735.00 | $1,764.00 |
| 6/5/2019 | KCM | Teleconference with FCR, ACM and JPW re trust and related POR issues. | 0.4 | $775.00 | $310.00 |
| 6/5/2019 | KCM | Meet with ACM and JPW re trust and related POR issues. | 0.3 | $775.00 | $232.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 6/5/2019 | KCM | Teleconference with FCR, ACM and JPW re POR issues. | 0.4 | $775.00 | $310.00 |
| 6/5/2019 | KCM | Meet with ACM and JPW re POR issues. | 0.3 | $775.00 | $232.50 |
| 6/6/2019 | ACM | Exchange e-mails re trust issues (.3); revise same (.4); teleconference JPW re same (.1). | 0.8 | $840.00 | $672.00 |
| 6/6/2019 | JAL | Draft and revise email re plan-related filings (0.4); review, comment, and further revisions to draft agreement (1.9); draft and revise email to J. Prol re same (0.6); correspondence re plan issues (0.5). | 3.4 | $735.00 | $2,499.00 |
| 6/6/2019 | JPW | Emails re plan issues (.4); confer with ACM re same (.1). | 0.5 | $735.00 | $367.50 |
| 6/6/2019 | KMD | Correspond w/ Debtor's counsel re upcoming filings. | 0.6 | $505.00 | $303.00 |
| 6/7/2019 | ACM | Teleconference JAL, Debtor's counsel and FCR counsel re hearing (.3); participate in telephonic hearing (.3); conference JAL, KCM re same (.2); exchange e-mails re same (.1). | 0.9 | $840.00 | $756.00 |
| 6/7/2019 | JAL | Teleconference with ACM, Debtor's counsel and FCR re upcoming status conference (0.3); review and analysis of materials re same (1.5); attend status conference (0.4); confer with KMD re confirmation and disclosure statement issues (0.4); confer with ACM and KCM re next steps (0.2). | 2.7 | $735.00 | $1,984.50 |
| 6/7/2019 | KCM | Plan/prepare for hearing and review/analyze related materials (.5); attend telephonic hearing (.4); conference JAL, ACM re same (.2). | 1.1 | $775.00 | $852.50 |
| 6/7/2019 | KMD | Confer w/ ACM re confirmation and disclosure statement issues. | 0.4 | $505.00 | $202.00 |
| 6/7/2019 | CG | Prepare plan-related materials for attorney review (.3); communications w/ KMD re same (.1). | 0.4 | $325.00 | $130.00 |
| 6/10/2019 | ACM | Conference JPW re hearing. | 0.2 | $840.00 | $168.00 |
| 6/10/2019 | JAL | Confer with JPW re developments and next steps. | 0.4 | $735.00 | $294.00 |
| 6/10/2019 | JPW | Meet with ACM re hearing (0.2); meet with KCM re same (0.3); meet with JAL re same (0.4). | 0.9 | $735.00 | $661.50 |
| 6/10/2019 | KCM | Meet with JPW re case status and TDP issues. | 0.3 | $775.00 | $232.50 |
| 6/11/2019 | ACM | Exchange e-mails re plan issues (.1); conference JPW, JAL re same (.2); review UST objection (.3); review re trust issues (.5). | 1.1 | $840.00 | $924.00 |
| 6/11/2019 | JAL | Confer with ACM and JPW re plan issues (0.2); review and analysis of UST's plan objection and confer with JPW re same (0.4). | 0.6 | $735.00 | $441.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 6/11/2019 | JPW | Emails re plan issues (0.7); teleconference J. Prol re plan issues (0.3); meet with ACM, JAL re plan issues (0.3); teleconference M. Hausman re same (0.2); meet with JAL re plan issues x2 (0.3); review UST objection (0.3). | 2.1 | $735.00 | $1,543.50 |
| 6/11/2019 | BAW | Prepare plan materials for attorney review. | 0.1 | $280.00 | $28.00 |
| 6/12/2019 | ACM | Exchange e-mails re plan issues (.1); teleconferences JPW re same (.3); review same (.3). | 0.7 | $840.00 | $588.00 |
| 6/12/2019 | JAL | Review proposed confirmation orders (1.4); confer with JPW re plan issues (0.3); call with JPW and J. Prol re same (0.3). | 2.0 | $735.00 | $1,470.00 |
| 6/12/2019 | JPW | Teleconference x2 with ACM re plan issues (0.3); emails re plan issues (1.2); meet with JAL re same (0.3); teleconference JAL, J. Prol re plan issues (0.3); review and edit communication re same (0.2). | 2.3 | $735.00 | $1,690.50 |
| 6/13/2019 | JAL | Further review and comments re proposed confirmation orders. | 0.2 | $735.00 | $147.00 |
| 6/13/2019 | JPW | Emails re trust issues. | 0.5 | $735.00 | $367.50 |
| 6/14/2019 | ACM | Review UST comments (.6); conference JPW, KCM, JAL re same (.3); teleconference JPW, JAL, KCM, UST and FCR counsel re same (.2); confer with KCM, JAL, and JPW re hearing (0.7). | 1.8 | $840.00 | $1,512.00 |
| 6/14/2019 | JAL | Teleconference with UST and Plan Proponents' counsel re trust issues (0.2); confer with ACM, JPW, and KCM re same (0.3); confer with KCM, ACM, and JPW re hearing and next steps (0.7); review and analysis of UST's proposed changes re trust documents (0.6); review proposed confirmation orders (1.4). | 3.2 | $735.00 | $2,352.00 |
| 6/14/2019 | JPW | Emails re plan issues (1.1); review UST communication (0.7); teleconference ACM, JAL, KCM, UST and FCR counsel (0.2); meet with ACM, KCM, JAL re UST call (0.3); confer with KCM, ACM, and JAL re hearing (0.7). | 3.0 | $735.00 | $2,205.00 |
| 6/14/2019 | KCM | Teleconference with UST, FCR, Debtors, ACM, JPW, and JAL re plan issues (.2); conference JPW, ACM, JAL re same (.3); confer with ACM, JAL, and JPW re hearing and next steps (0.7). | 1.2 | $775.00 | $930.00 |
| 6/17/2019 | JAL | Further revisions re proposed confirmation orders. | 1.1 | $735.00 | $808.50 |
| 6/17/2019 | JPW | Emails re plan issues. | 0.3 | $735.00 | $220.50 |
| 6/18/2019 | JPW | Research trust issue. | 0.8 | $735.00 | $588.00 |
| 6/20/2019 | ACM | Exchange e-mails re UST issues. | 0.2 | $840.00 | $168.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 6/20/2019 | JAL | Review findings and conclusions and confer with JPW (2x) re same (0.4); teleconference with JPW and J. Prol re developments and next steps (0.3). | 0.7 | $735.00 | $514.50 |
| 6/20/2019 | JPW | Emails re plan issues. | 1.5 | $735.00 | $1,102.50 |
| 6/20/2019 | JPW | Meet with KCM re plan issues (0.2); meet with JAL re plan issues (0.4); teleconference J. Prol re plan issues (0.3). | 0.9 | $735.00 | $661.50 |
| 6/20/2019 | KCM | Meet with JPW re plan issues. | 0.2 | $775.00 | $155.00 |
| 6/21/2019 | ACM | Exchange e-mails re plan issues (.1); conference JPW, JAL re same (.2); call with JPW, JAL, KCM, FCR counsel re same (.4); conference JPW, JAL, KCM re same (.1); teleconference JPW, JAL, KCM, J. Prol re same (.3). | 1.1 | $840.00 | $924.00 |
| 6/21/2019 | JAL | Confer with JPW re trust issues (0.2); confer with ACM, JPW, and KCM re same (0.1); review and analysis re trust issues and related materials (0.3); teleconference with ACM, JPW, KCM, and FCR counsel re same (0.4); teleconference with ACM, JPW, KCM, and J. Prol re same (0.3); confer with ACM and JPW re same (0.2). | 1.4 | $735.00 | $1,029.00 |
| 6/21/2019 | JPW | Emails re trust issues (0.5); review UST proposal (1.8); meet with JAL re plan issues (0.2); meet with ACM, KCM, and JAL re same (0.1); teleconference internal team and FCR re same (0.4); teleconference Debtor and internal team re same (0.3); confer with ACM and JAL re same (0.2). | 3.5 | $735.00 | $2,572.50 |
| 6/21/2019 | KCM | Teleconference with FCR, ACM, JPW and JAL re case status and next steps. | 0.4 | $775.00 | $310.00 |
| 6/21/2019 | KCM | Meet with ACM, JPW and JAL re case status and next steps. | 0.1 | $775.00 | $77.50 |
| 6/21/2019 | KCM | Teleconference with J. Prol, ACM, JPW and JAL re case status. | 0.3 | $775.00 | $232.50 |
| 6/21/2019 | KCM | Review/analyze UST materials. | 1.2 | $775.00 | $930.00 |
| 6/24/2019 | ACM | Exchange e-mails re plan issues (.1); teleconference JPW re same (.1). | 0.2 | $840.00 | $168.00 |
| 6/24/2019 | JPW | Meet with ACM re plan issues (0.1); emails re same (1.0). | 1.1 | $735.00 | $808.50 |
| 6/25/2019 | ACM | Teleconference JPW, J. Prol, E. Harron re plan issues (.3); review draft response and e-mail (.2); conference JPW re same (.2). | 0.7 | $840.00 | $588.00 |
| 6/25/2019 | JAL | Revise communication and response re UST's objection (0.8); review and revise related materials (1.6); review and comments re draft response to UST's objection (0.2). | 2.6 | $735.00 | $1,911.00 |
| 6/25/2019 | JPW | Draft response to UST paper. | 1.8 | $735.00 | $1,323.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/25/2019 | JPW | Teleconference J. Prol, FCR, ACM re plan issues (0.3); meet with ACM re UST paper (0.2); emails re plan issues (1.9). | 2.4 | $735.00 | $1,764.00 |
| 6/26/2019 | ACM | Exchange e-mails re filing. | 0.1 | $840.00 | $84.00 |
| 6/26/2019 | JAL | Confer with JPW re plan issues. | 0.3 | $735.00 | $220.50 |
| 6/26/2019 | JPW | Review revised filing (0.9); emails re plan issues (0.8); meet with JAL re same (0.3); research trust issue (0.5). | 2.5 | $735.00 | $1,837.50 |
| 6/27/2019 | ACM | Meet with JPW re plan issues. | 0.1 | $840.00 | $84.00 |
| 6/27/2019 | JAL | Review and analysis of UST's communication re revised plan documents and draft response (0.3); confer with JPW re plan issues (0.3). | 0.6 | $735.00 | $441.00 |
| 6/27/2019 | JPW | Emails re confirmation issues (1.2); teleconference ACM re plan issues (0.1); meet with JAL re same (0.3); meet with KCM re same (0.2). | 1.8 | $735.00 | $1,323.00 |
| 6/27/2019 | KCM | Review/analyze correspondence and materials re plan issues. | 0.6 | $775.00 | $465.00 |
| 6/27/2019 | KCM | Meet with JPW re plan issues. | 0.2 | $775.00 | $155.00 |
| 6/28/2019 | ACM | Conference JPW re plan issues. | 0.2 | $840.00 | $168.00 |
| 6/28/2019 | JPW | Meet with ACM re plan issues. | 0.2 | $735.00 | $147.00 |
| 6/28/2019 | JPW | Emails re insurance issues. | 0.3 | $735.00 | $220.50 |
| | | **Total** | **75.70** | | **$56,331.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 6/3/2019 | ACM | Send update to Committee re trust issues and hearing. | 0.3 | $840.00 | $252.00 |
| 6/12/2019 | ACM | Exchange e-mails re update to Committee (.1); draft and revise same (.5). | 0.6 | $840.00 | $504.00 |
| 6/12/2019 | JAL | Review draft Committee memo. | 0.4 | $735.00 | $294.00 |
| 6/21/2019 | ACM | Draft update memo to Committee (.5); exchange e-mails re same (.2). | 0.7 | $840.00 | $588.00 |
| 6/21/2019 | JAL | Review Committee memo. | 0.1 | $735.00 | $73.50 |
| | | **Total** | **2.10** | | **$1,711.50** |
| **.18** | **Fee Applications-Others** | | | | |
| 6/20/2019 | CG | Review and comments re Charter Oak monthly invoice (.4); email Charter Oak re same (.1). | 0.5 | $325.00 | $162.50 |
| 6/24/2019 | JPW | Review Charter Oak monthly. | 0.2 | $735.00 | $147.00 |
| 6/25/2019 | CG | Review and comment on Charter Oak monthly fee application (.5); communications w/ Charter Oak re same (.1); email local counsel re same (.1). | 0.7 | $325.00 | $227.50 |
| | | **Total** | **1.40** | | **$537.00** |

July 19, 2019
Invoice #:   320898

Page:   7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Total Professional Services | 90.6 | | $63,596.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 24.7 | $735.00 | $18,154.50 |
| KCM | Kevin C. Maclay | Member | 7.4 | $775.00 | $5,735.00 |
| ACM | Ann C. McMillan | Member | 12.4 | $840.00 | $10,416.00 |
| JPW | James P. Wehner | Member | 33.9 | $735.00 | $24,916.50 |
| KMD | Kevin M. Davis | Associate | 2.3 | $505.00 | $1,161.50 |
| CG | Cecilia Guerrero | Paralegal | 9.8 | $325.00 | $3,185.00 |
| BAW | Brigette A. Wolverton | Paralegal | 0.1 | $280.00 | $28.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 06/21/2019 | Epiq eDiscovery Solutions - Services for April 2019 [.01] | $1.45 |
| 06/21/2019 | Epiq eDiscovery Solutions - Services for May 2019 [.01] | $1.58 |
| 06/30/2019 | Database Research - Westlaw - JAL [.01] | $82.21 |
| | Total Disbursements | $85.24 |
| | Total Services | $63,596.50 |
| | Total Disbursements | $85.24 |
| | Total Current Charges | $63,681.74 |

# EXHIBIT B

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com<br><br>*Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Case 18-27963-MBK    Doc 298    Filed 01/09/19    Entered 01/09/19 08:04:03    Desc Main
Document    Page 18 of 38

Page:       3
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
            Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.