**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF NO OBJECTION REGARDING THE
### FOURTH FEE STATEMENT OF ANDERSON KILL P.C.
### FOR THE PERIOD OF JUNE 1, 2019 THROUGH JUNE 30, 2019

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Order Authorizing Debtors To Employ and Compensate Ordinary Course Professionals* entered on November 1, 2018 [Docket No. 242] and the *Amended Order Authorizing The Debtors To Employ and Compensate Ordinary Course Professionals* [Docket No. 491] (collectively, the "OCP Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
07/30/2019 53110722.1

      3.      On July 19, 2019, Anderson Kill P.C. filed its *Fourth Fee Statement of Anderson Kill P.C. for the Period of June 1, 2019 through June 30, 2019* (the "Fourth Statement") [Docket No. 793].

      4.      My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Fourth Statement appears thereon. To the best of my knowledge, no answer, objection, or other responsive pleading to the Fourth Statement has been filed or served.

      5.      Pursuant to the OCP Order, the Debtors are authorized to pay *Anderson Kill P.C.* 100% of its fees in the amount of $22,351.50, and 100% of its expenses in the amount of $406.20, for a total of $22,757.70 requested in the Fourth Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Fourth Statement.

Dated:  July 30, 2019                          Respectfully submitted,

                                              **LOWENSTEIN SANDLER LLP**

                                              /s/  *Jeffrey D. Prol*
                                              Kenneth A. Rosen, Esq.
                                              Jeffrey D. Prol, Esq.
                                              One Lowenstein Drive
                                              Roseland, New Jersey 07068
                                              (973) 597-2500 (Telephone)
                                              (973) 597-2400 (Facsimile)

                                              *Counsel to the Debtors and*
                                              *Debtors-in-Possession*