**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (New Jersey Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
skohut@ycst.com

*Counsel to the Future Claimants' Representative*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Casey S. Cathcart, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Legal Representative for Future Asbestos Personal Injury Claimants in the above-captioned case, and that on August 5, 2019, she caused copies of the *Certification of No Objection Regarding Docket No. 791* and the *Certification of No Objection Regarding Docket No. 792* to be served as indicated upon the parties identified on the attached service list.

Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 5 day of August, 2019.

Notary Public
My Commission Expires:

DEBBIE ELLEN LARKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 31, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

01:24097254.23

Duro Dyne National Corp.
Case No. 18-27963 (MBK)
<u>Fee Application Service List</u>

Jeffrey A. Cooper, Esq.
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
jcooper@rltlawfirm.com
(Counsel to 4 Site, LLC)
*Electronic Mail*

Mitchell B. Hausman, Esq.
Jeffrey M. Sponder, Esq.
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
mitchell.b.hausman@usdoj.gov
jeffrey.m.sponder@usdoj.gov
*Electronic Mail*

Karl J. Norgaard, Esq.
Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ 07631-3507
knorgaard@norgaardfirm.com
(Counsel to Undisclosed Interested Party)
*Electronic Mail*

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mlichtenstein@crowell.com
(Counsel to Federal Insurance Company)
*Electronic Mail*

Sheila E. Calello, Esq.
Deirdre E. Burke, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
scalello@mccarter.com
dburke@mccarter.com
(Counsel to Mestek, Inc. and Mestek Machinery, Inc.)
*Electronic Mail*

Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
krosen@lowenstein.com
jprol@lowenstein.com
(Counsel to the Debtors)
*Electronic Mail*

Stephen M. Forte, Esq.
Shipman & Goodwin LLP
400 Park Avenue, Fifth Floor
New York, NY 10022-4406
sforte@goodwin.com
(Counsel to Hartford Accident and Indemnity Company)
*Electronic Mail*

John A. Fialcowitz, Esq.
The Law Office of John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
john@fialcowitzlaw.com
(Counsel to the ACC)
*Electronic Mail*

| | |
|---|---|
| William E. McGrath, Jr., Esq.<br>Dilworth Paxson LLP<br>2 Research Way<br>Princeton, NJ 08540<br>wmcgrath@dilworthlaw.com<br>(Counsel to Munich Reinsurance America, Inc.)<br>*Electronic Mail* | Scott S. Rever, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>srever@wjslaw.com<br>(Counsel to Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO)<br>*Electronic Mail* |
| Daniel W. London, Esq.<br>London Fischer, LLP<br>59 Maiden Lane, 39th Floor<br>New York, NY 10038<br>dlondon@londonfischer.com<br>(Counsel to MidStates Reinsurance Corporation)<br>*Electronic Mail* | Jordan Jacobson, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>jacobson.jordan@pbgc.gov and efile@pbgc.gov<br>*Electronic Mail* |
| Anthony J. Labruna, Esq.<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>anthony.labruna@usdoj.gov<br>(Local Counsel to PBGC)<br>*Electronic Mail* | Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>slross@duanemorris.com<br>(Counsel to MidStates Reinsurance Corporation)<br>*Electronic Mail* |
| Jeff D. Kahane, Esq.<br>Duane Morris LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>jkahane@duanemorris.com<br>(Counsel to MidStates Reinsurance Corporation)<br>*Electronic Mail* | Deb Secrest<br>Pennsylvania Dept. of Labor & Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us<br>*Electronic Mail* |
| Daniel L. Keller, Esq.<br>Keller, Fishback & Jackson LLP<br>28720 Canwood Street, Suite 200<br>Agoura Hills, CA 91301<br>dkeller@kfjlegal.com<br>*Electronic Mail* | Cort T. Malone, Esq.<br>Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>cmalone@andersonkill.com<br>(Special Insurance Counsel to the Debtors)<br>*Electronic Mail* |

| | |
|---|---|
| Duro Dyne National Corporation<br>Attn: Randall Hinden, President and CEO<br>81 Spence Street<br>Bay Shore, NY 11706<br>*Overnight Mail* | George R. Calhoun, V, Esq.<br>Ifrah PLLC<br>1717 Pennsylvania Avenue, NW, Suite 650<br>Washington, DC 20006<br>george@ifrahlaw.com<br>(Counsel to North River Ins. Co.)<br>*Electronic Mail* |

01:24097254.23