**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this eighth monthly fee statement[2] for the period June 1, 2019 through June 30, 2019 (the "**Eighth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Eighth Fee Statement, if any, are due by August 18, 2019.

Dated: August 8, 2019                             Respectfully submitted,

                                                  **LOWENSTEIN SANDLER LLP**

                                                  /s/ *Jeffrey D. Prol*
                                                  Kenneth A. Rosen, Esq.
                                                  Jeffrey D. Prol, Esq.
                                                  One Lowenstein Drive
                                                  Roseland, New Jersey 07068
                                                  (973) 597-2500 (Telephone)
                                                  (973) 597-2400 (Facsimile)
                                                  E-mail: krosen@lowenstein.com
                                                  E-mail: jprol@lowenstein.com

                                                  *Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Duro Dyne National Corp., *et al.*,[1]      APPLICANT:    Lowenstein Sandler LLP

CASE NO.:    18-27963 (MBK)                CLIENT:    Chapter 11 Debtors

CHAPTER:    11                        CASE FILED:    September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**EIGHTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

## SECTION I
## FEE SUMMARY

|                                               | FEES          | EXPENSES    |
| --------------------------------------------- | ------------- | ----------- |
| TOTAL PREVIOUS FEES REQUESTED                 | $1,185,601.50 | $42,635.96  |
| TOTAL FEES ALLOWED TO DATE:                   | $1,021,980.75 | $29,510.23  |
| TOTAL RETAINER REMAINING                      | $      -0-    | $      -0-  |
| TOTAL HOLDBACK (IF APPLICABLE)                | $32,724.15    | $      -0-  |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2]       | $1,091,861.25 | $30,151.01  |

|                              |               |
| ---------------------------- | ------------- |
| FEE TOTALS                   | $29,542.50    |
| DISBURSEMENTS TOTALS         | +     527.54  |
| TOTAL FEE APPLICATION        | $30,070.04    |
| MINUS 20% HOLDBACK           | -  5,908.50   |
| AMOUNT SOUGHT AT THIS TIME   | $24,161.54    |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
08/08/2019 53163591.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 21.60 | $895.00 | $19,332.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 14.80 | $470.00 | $6,956.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 0.20 | $695.00 | $139.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 0.90 | $755.00 | $679.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 4.30 | $270.00 | $1,161.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.10 | $250.00 | $1,275.00 |
| **TOTAL FEES** | | | **46.90** | | **$29,542.50** |
| **Attorney Blended Rate** | | | | | **$722.84** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.80 | $216.00 |
| B160 | Fee/Employment Applications | 1.90 | $733.00 |
| B165 | Employment and Retention Applications - Others | 0.20 | $94.00 |
| B175 | Fee Applications and Invoices - Others | 5.90 | $2,240.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.10 | $437.00 |
| B210 | Business Operations | 1.20 | $424.00 |
| B250 | Real Estate | 0.90 | $679.50 |
| B310 | Claims Administration and Objections | 1.90 | $1,318.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 33.00 | $23,400.50 |
| | **Total** | **46.90** | **$29,542.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Computerized legal research | $314.30 |
| Telecommunications | $213.24 |
| **Total Disbursements** | **$527.54** |

---

**SECTION IV**
**CASE HISTORY**

---

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: <u>September 7, 2018</u>

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Lowenstein Sandler attended to confirmation issues, including (i) reviewing the lenders' comments to the proposed findings of fact and conclusions of law regarding confirmation of the plan; (ii) reviewing and revising the TDP and trust agreement and conferring with the Plan Proponents' counsel regarding same; and (iii) attending to the United States Trustee's objections to the plan and resolution thereof;

   b)   Lowenstein Sandler attended to drafting and filing the Debtors' third motion to extend time to assume or reject leases;

   c)   Assisted with the preparation and filing of the Debtors' monthly operating report;

   d)   Lowenstein Sandler prepared and filed monthly fee applications for itself and the Debtors' other professionals; and

   e)   Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs**.**

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)   ADMINISTRATION EXPENSES:           (100%)
   (B)   SECURED CREDITORS:                     (100%)
   (C)   PRIORITY CREDITORS:                     (100%)
   (D)   GENERAL UNSECURED CREDITORS:     (100%)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

   I certify under penalty of perjury that the foregoing is true and correct.


Dated:  August 8, 2019                       <u>/s/ *Jeffrey D. Prol*      </u>
                                                  Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*

**Order Filed on October 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Duro Dyne National Corp., *et al.*[1]

                    Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS**
**EFFECTIVE AS OF THE PETITION DATE**

   The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

DATED: October 19, 2018

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through June 30, 2019

In re: Chapter 11

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 21.60 | $895.00 | $19,332.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 14.80 | $470.00 | $6,956.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 0.20 | $695.00 | $139.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 0.90 | $755.00 | $679.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 4.30 | $270.00 | $1,161.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.10 | $250.00 | $1,275.00 |
| **TOTAL FEES** | | | **46.90** | | **$29,542.50** |
| **Attorney Blended Rate** | | | | | **$722.84** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 06/12/19 | DC | E-file Affidavit of Service from BMC Group | 0.10 | $27.00 |
| B110 | 06/12/19 | DC | Update critical dates memo and attorney calendar | 0.20 | $54.00 |
| B110 | 06/14/19 | DC | Respond to e-mail from B. Wolverton at Capdale re: transcripts | 0.10 | $27.00 |
| B110 | 06/20/19 | DC | Review docket for upcoming deadlines | 0.10 | $27.00 |
| B110 | 06/21/19 | DC | Tend to filing Affidavits of Service for BMC Group | 0.20 | $54.00 |
| B110 | 06/27/19 | DC | Exchange e-mails with BMC re: filing affidavits of service and tend to filing same | 0.10 | $27.00 |
| | | | **Total B110 - Case Administration** | 0.80 | $216.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 06/04/19 | EBL | Prepare and e-file cnos for LS (.3) and Getzler's (.3) sixth monthly fee statements; prepare e-mail to debtors requesting payment (.2) | 0.80 | $200.00 |
| B160 | 06/21/19 | EBL | Phone call with C. O'Callahan re: LS second interim fee order; review docket for entry of order; retrieve order, update fee chart; email to C. O'Callahan re: payment of same | 0.20 | $50.00 |
| B160 | 06/25/19 | EBL | Review emails from J. Prol and G. Bickar re: payments received; update fee chart re: same; calculate payment shortage; e-mail to J. Prol re: same | 0.40 | $100.00 |
| B160 | 06/26/19 | EBL | Follow up with L. Pami re: status of May 2019 invoice | 0.10 | $25.00 |
| B160 | 06/27/19 | JDP | Review May pre-bill | 0.40 | $358.00 |
| | | | **Total B160 - Fee/Employment Applications** | 1.90 | $733.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B165 Employment and Retention Applications - Others** | | | | | |
| B165 | 06/24/19 | TJF | Review Second Supplemental Declaration of Young Conaway in support of Retention of Lawrence Fitzpatrick | 0.20 | $94.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.20 | $94.00 |
| **B175 Fee Applications and Invoices - Others** | | | | | |
| B175 | 06/03/19 | TJF | Email with J. Prol re status of Trustee issues with Mazur's fee application | 0.30 | $141.00 |
| B175 | 06/04/19 | TJF | Email exchange with S. Kohut re Duro Dyne fee hearings | 0.20 | $94.00 |
| B175 | 06/04/19 | TJF | Review Anderson Kill 3rd Fee Statement | 0.20 | $94.00 |
| B175 | 06/09/19 | TJF | Email exchange with T. Funkhouser re Mazur's fees; forward email to J. Sponder | 0.30 | $141.00 |
| B175 | 06/10/19 | TJF | Email exchange with B. Lawler and J. Prol re fee app orders and email to client re same | 0.20 | $94.00 |
| B175 | 06/11/19 | EBL | Review and summarize all entered second interim fee orders and CNOs for 6th monthly fee statements (other professionals); prepare comprehensive email to client re: same; update master fee chart re: same | 1.60 | $400.00 |
| B175 | 06/11/19 | TJF | Draft Email to Client re: CNOs to Professionals' 6th Monthly Fee Statements | 0.80 | $376.00 |
| B175 | 06/12/19 | TJF | Confirm no hearing on fee applications and advise M. Podgainy | 0.20 | $94.00 |
| B175 | 06/20/19 | EBL | Finalize, e-file and coordinate service of Anderson Kill's third monthly fee statement; update charts re: same; emails to C. Malone re: same; e-mail to client re: same | 0.90 | $225.00 |
| B175 | 06/20/19 | TJF | Review email from J. Fialcowitz re payment on sixth monthly fee statement | 0.10 | $47.00 |
| B175 | 06/21/19 | EBL | Phone call with C. O'Callahan re: Getzler's second interim fee order; review docket for entry of order; retrieve order, update fee chart; email to C. O'Callahan re: payment of same | 0.20 | $50.00 |
| B175 | 06/26/19 | TJF | Review response from J. Sponder re Mazurs and forward same to T. Funkhouser for response | 0.30 | $141.00 |
| B175 | 06/27/19 | EBL | Review and respond to email from J. Prol re: Gallagher Law Group invoice; discussions with L. Pami re: same | 0.20 | $50.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 06/27/19 | EBL | Email to M. Podgainy re: Getzler's May 2019 fee statement | 0.10 | $25.00 |
| B175 | 06/27/19 | JDP | Review mediator invoice; e-mails to/from client re: same | 0.30 | $268.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 5.90 | $2,240.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 06/06/19 | TJF | Draft motion to extend time to assume or reject | 0.70 | $329.00 |
| B185 | 06/07/19 | DC | Tend to filing and service of Third Motion to Extend Time to Assume or Reject Leases | 0.40 | $108.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 1.10 | $437.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 06/05/19 | TJF | Tend to email exchange regarding Bank of America requests post-confirmation | 0.20 | $94.00 |
| B210 | 06/24/19 | DC | Review MOR for May 2019 for redactions and confer with T. Freedma re: filing | 0.20 | $54.00 |
| B210 | 06/24/19 | TJF | Review and approve May MOR | 0.30 | $141.00 |
| B210 | 06/25/19 | DC | Tend to filing May 2019 Monthly Operating Report and Affidavit of Service of BMC Group, update critical dates memo and attorney calendar | 0.50 | $135.00 |
| | | | **Total B210 - Business Operations** | 1.20 | $424.00 |

B250 Real Estate

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B250 | 06/05/19 | SSY | Confer with C. O'Callaghan re: timing of corporate restructuring | 0.20 | $151.00 |
| B250 | 06/12/19 | SSY | Review lender's comments to proposed confirmation order; confer with J. Prol re: lender's comments to posed confirmation order | 0.70 | $528.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B250 - Real Estate** | 0.90 | $679.50 |

## B300 - Claims and Plan

### B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 06/03/19 | TJF | Review notice that Motion to Expunge/Reduce/Modify/Object to Claims was granted | 0.10 | $47.00 |
| B310 | 06/04/19 | JDP | E-mail exchange with C. Malone re: adjournment of hearing on insurance coverage action | 0.20 | $179.00 |
| B310 | 06/05/19 | TJF | Continued email discussion with client, C. Malone, J Prol re NY action, TDP and UST | 0.30 | $141.00 |
| B310 | 06/05/19 | TJF | Review email re adjournment of New York action | 0.20 | $94.00 |
| B310 | 06/05/19 | TJF | Review Order approving claims objection | 0.10 | $47.00 |
| B310 | 06/21/19 | JDP | Telephone conference with K. Quinn and C. Malone re: strategy for addressing N. River | 0.80 | $716.00 |
| B310 | 06/28/19 | TJF | Review emails re Call with mediator | 0.20 | $94.00 |
| | | | **Total B310 - Claims Administration and Objections** | 1.90 | $1,318.00 |

### B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 06/04/19 | TJF | Email exchange with A. Wein, C. Malone and J Prol re touching base on NY action, TDP and UST | 0.40 | $188.00 |
| B320 | 06/05/19 | JDP | E-mail exchange with Committee counsel re: revisions to tdp and trust agreement | 0.20 | $179.00 |
| B320 | 06/05/19 | JDP | E-mail to client and Getzler re: updated tdp and trust agreement and revisions to plan | 0.30 | $268.50 |
| B320 | 06/05/19 | JDP | Review creditor revisions to tdp and trust agreement | 0.50 | $447.50 |
| B320 | 06/05/19 | TJF | Review revised TDP and Trust Agreement in response to the Judge's comments and related emails | 0.40 | $188.00 |
| B320 | 06/06/19 | DAS | E-mails with T. Freedman re: draft lease | 0.20 | $139.00 |
| B320 | 06/06/19 | DC | Prepare exhibits to Third Amended Plan and tend to filing same | 2.10 | $567.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 06/06/19 | JDP | Review and analyze committee/legal rep proposed changes to trust agreement and tdp | 2.50 | $2,237.50 |
| B320 | 06/06/19 | JDP | Attention to filing revised plan with exhibits and service on interested parties | 1.50 | $1,342.50 |
| B320 | 06/06/19 | JDP | Review calculations of interest payable to class 6 claims per revised plan | 0.20 | $179.00 |
| B320 | 06/06/19 | JDP | Telephone conference with C. O'Callahan re: interest payable under revised plan | 0.20 | $179.00 |
| B320 | 06/06/19 | JDP | Confer with T. Freedman re: amended plan and exhibits | 0.50 | $447.50 |
| B320 | 06/06/19 | JDP | E-mails to/from Plan Proponents counsel re: amendments to  Plan and supporting documents and strategy for call with Court | 0.30 | $268.50 |
| B320 | 06/06/19 | TJF | Revise Plan as per Court's comments; prepare documents and gather exhibits for filing; review and respond to emails re same | 3.30 | $1,551.00 |
| B320 | 06/06/19 | TJF | Draft email to court re attaching revised TDP and Trust | 0.30 | $141.00 |
| B320 | 06/07/19 | JDP | Telephone conference with Court re: agreement to amend plan and supporting documents | 0.40 | $358.00 |
| B320 | 06/07/19 | JDP | Telephone conference with E. Harron to prepare for call with Court re: confirmation | 0.20 | $179.00 |
| B320 | 06/07/19 | JDP | Participate in call with committee and legal rep counsel to prepare for call with Court re: confirmation | 0.40 | $358.00 |
| B320 | 06/07/19 | JDP | Review BAML loan and security agreement re: confirmation order requirements; confer with T. Freedman re: same | 0.30 | $268.50 |
| B320 | 06/07/19 | JDP | E-mail exchange with A. Wein re: results of hearing on confirmation | 0.20 | $179.00 |
| B320 | 06/07/19 | TJF | Call with J. Prol, J. Liesemer; J. Wehner; S. Kohut, re prep for court hearing; listen to court call; | 1.40 | $658.00 |
| B320 | 06/08/19 | TJF | Review section 6.1(p) (.2); email to J. Prol re same (.2); draft finding to add to order re same  (.7) | 1.10 | $517.00 |
| B320 | 06/10/19 | TJF | Draft additional FOF/ COL for Bank of America (.4); forward proposed order to Otterburg (.2) | 0.60 | $282.00 |
| B320 | 06/11/19 | JDP | Telephone conference with M. Hausman re: UST objections to amended Trust Agreement and TDP | 0.20 | $179.00 |
| B320 | 06/11/19 | JDP | E-mail to plan proponents re: UST objection to revisions to tdp and trust agreement | 0.20 | $179.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 06/11/19 | JDP | Review BAML comments to confirmation order | 0.30 | $268.50 |
| B320 | 06/11/19 | JDP | Telephone conference with J. Wehner re: UST objection to modified plan | 0.20 | $179.00 |
| B320 | 06/11/19 | JDP | Telephone conference with committee counsel re: UST objections to plan, tdp and trust agreement amendments | 0.30 | $268.50 |
| B320 | 06/12/19 | DC | Review and circulate Objection to Third Amended Plan filed by UST | 0.20 | $54.00 |
| B320 | 06/12/19 | JDP | Telephone conference with committee consel re: strategy for call with UST re: plan amendments | 0.20 | $179.00 |
| B320 | 06/12/19 | JDP | E-mails to/from UST  and Plan Proponents re: resolution of UST objections | 0.10 | $89.50 |
| B320 | 06/12/19 | JDP | Review BAML's proposed revisions to confirmation order; edit order | 1.20 | $1,074.00 |
| B320 | 06/12/19 | JDP | E-mails to/from plan proponents and LS team re: BAML proposed edits to confirmation order | 0.30 | $268.50 |
| B320 | 06/12/19 | JDP | Review UST objection to Third Amended Plan | 0.20 | $179.00 |
| B320 | 06/12/19 | JDP | Draft e-mail to client re: UST objection to Third Amended Plan and BAML comments to confirmation order | 0.20 | $179.00 |
| B320 | 06/12/19 | TJF | Review Trustee's objection to plan and discuss with J. Prol re same (.3); arrange call with Trustee re same (.1) | 0.40 | $188.00 |
| B320 | 06/14/19 | JDP | E-mails from/to A. Wein re: UST objection to 3rd amended plan and path forward | 0.30 | $268.50 |
| B320 | 06/14/19 | JDP | Review UST's proposed edits to tdp and trust agreement | 0.50 | $447.50 |
| B320 | 06/14/19 | TJF | Conference call with trustee re revised TDP | 0.30 | $141.00 |
| B320 | 06/14/19 | TJF | Review Trustee's proposed changes to TDP and Trust Agreement and related email discussion | 0.30 | $141.00 |
| B320 | 06/17/19 | JDP | Telephone conference with R. Earl re: UST objection to amendments to tdp and trust agreement | 0.20 | $179.00 |
| B320 | 06/17/19 | JDP | Telephone conference with D. Krupnik re: impact of N. River appeal on confirmation and obligations of reorganized debtor | 0.20 | $179.00 |
| B320 | 06/17/19 | TJF | Review the Committee's edits to the Bank's markup of the confirmation order | 0.20 | $94.00 |
| B320 | 06/18/19 | JDP | Review draft findings of fact/conclusions of law per comments received from BAML and plan proponents response | 1.00 | $895.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 06/20/19 | JDP | Draft follow-up e-mails to UST and plan proponents re: position on UST proposed revisions to TDP And Trust Agreement | 0.20 | $179.00 |
| B320 | 06/20/19 | JDP | E-mail to/from C. Simon re: comments to findings of fact/conclusions of law | 0.10 | $89.50 |
| B320 | 06/20/19 | JDP | Telephone conference with plan proponents re: UST suggested revisions to TDP and Trust Agreement | 0.30 | $268.50 |
| B320 | 06/20/19 | JDP | E-mails to/from UST and Plan Proponents re: further amendments to trust agreement and tdp | 0.20 | $179.00 |
| B320 | 06/21/19 | JDP | Telephone conference with J. Wehner re: response to Court re: UST objections to findings of fact/conclusions of law | 0.20 | $179.00 |
| B320 | 06/24/19 | JDP | Draft e-mail to client re: status | 0.30 | $268.50 |
| B320 | 06/24/19 | JDP | E-mail to Otterbourg re: comments to confirmation order | 0.10 | $89.50 |
| B320 | 06/24/19 | JDP | Follow-up re: UST confirmation objection and resolution thereof | 0.60 | $537.00 |
| B320 | 06/24/19 | TJF | Review email from M. Hausman advising Judge of status of discussions on confirmation order; | 0.10 | $47.00 |
| B320 | 06/25/19 | JDP | Telephone conference with plan proponents re: strategy for dealing with UST objection to amended Trust Agreement and TDP | 0.30 | $268.50 |
| B320 | 06/25/19 | JDP | Telephone conference with R. Earl re: findings of fact/conclusions of law | 0.20 | $179.00 |
| B320 | 06/25/19 | JDP | Review and edit draft response to UST objection to confirmation of third amended plan | 0.20 | $179.00 |
| B320 | 06/25/19 | JDP | Review and edit third amended plan to address BAML comments and plan proponents response | 1.60 | $1,432.00 |
| B320 | 06/26/19 | DC | Update electronic files for Third Amended Plan | 0.10 | $27.00 |
| B320 | 06/26/19 | EBL | Finalize, e-file and coordinate service of response to UST objection to third amended plan | 0.60 | $150.00 |
| B320 | 06/26/19 | JDP | Telephone conferences with M. Hausman re: confirmation issues; follow-up e-mails re: same | 0.20 | $179.00 |
| B320 | 06/26/19 | JDP | Telephone conference with M. Hausman re: plan confirmation objections | 0.20 | $179.00 |
| B320 | 06/26/19 | JDP | Draft status update to client | 0.20 | $179.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 06/26/19 | JDP | Finalize and file amended findings and conclusions; draft e-mail to court re: same | 1.50 | $1,342.50 |
| B320 | 06/26/19 | TJF | Email exchange with client re status of confirmation | 0.30 | $141.00 |
| B320 | 06/26/19 | TJF | Review email from J. Prol to court re status of discussions with US Trustee; review amended confirmation order as per BOA and response to Trustee's objections | 0.40 | $188.00 |
| B320 | 06/26/19 | TJF | Review email to client re discussions with trustee | 0.10 | $47.00 |
| B320 | 06/27/19 | JDP | Review e-mail from UST re: confirmation dispute; draft and send response | 0.20 | $179.00 |
| B320 | 06/27/19 | TJF | Tend to email exchange between J. Prol and M. Hausman to Judge Kaplan re entry of order | 0.30 | $141.00 |

|  |  |  | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 33.00 | $23,400.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 0.80 | $216.00 |
| B160 | Fee/Employment Applications | 1.90 | $733.00 |
| B165 | Employment and Retention Applications - Others | 0.20 | $94.00 |
| B175 | Fee Applications and Invoices - Others | 5.90 | $2,240.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.10 | $437.00 |
| B210 | Business Operations | 1.20 | $424.00 |
| B250 | Real Estate | 0.90 | $679.50 |
| B310 | Claims Administration and Objections | 1.90 | $1,318.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 33.00 | $23,400.50 |
|  | **Total** | **46.90** | **$29,542.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---|
| Computerized legal research | $314.30 |
| Telecommunications | $213.24 |
| **Total Disbursements** | **$527.54** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/31/19 | Other Telecommunications Charges  VENDOR: American Express INVOICE#: 3452041507250202 DATE: 7/25/2019 ; 05/31/19; Misc - Other; Telephonic court appearance | $53.31 |
| 05/31/19 | Other Telecommunications Charges  VENDOR: American Express INVOICE#: 3452041507250202 DATE: 7/25/2019 ; 05/31/19; Misc - Other; Telephonic court appearance | $53.31 |
| 06/07/19 | Other Telecommunications Charges  VENDOR: American Express INVOICE#: 3452041507250202 DATE: 7/25/2019 ; 06/07/19; Misc - Other; Telephonic court appearance | $53.31 |
| 06/07/19 | Other Telecommunications Charges  VENDOR: American Express INVOICE#: 3452041507250202 DATE: 7/25/2019 ; 06/07/19; Misc - Other; Telephonic court appearance | $53.31 |
| 04/02/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/02/2019 Court: NJBK Pages: 32 | $3.20 |
| 04/02/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/02/2019 Court: NYNBK Pages: 118 | $11.80 |
| 04/04/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/04/2019 Court: NJBK Pages: 130 | $13.00 |
| 04/06/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/06/2019 Court: NJBK Pages: 79 | $7.90 |
| 04/15/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/15/2019 Court: NJBK Pages: 60 | $6.00 |
| 04/16/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/16/2019 Court: NJBK Pages: 120 | $12.00 |
| 04/24/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/24/2019 Court: NJBK Pages: 33 | $3.30 |
| 04/26/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/26/2019 Court: NJBK Pages: 82 | $8.20 |
| 04/29/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/29/2019 Court: NJBK Pages: 144 | $14.40 |
| 04/29/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/29/2019 Court: NJDC Pages: 2 | $0.20 |
| 04/30/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 04/30/2019 Court: NJBK Pages: 30 | $3.00 |
| 05/07/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 05/07/2019 Court: NJBK Pages: 56 | $5.60 |
| 05/14/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 05/14/2019 Court: NJDC Pages: 1 | $0.10 |
| 05/15/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 05/15/2019 Court: NJDC Pages: 14 | $1.40 |
| 05/15/19 | Computerized legal research: Pacer  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: | $2.60 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

|  | 7/17/2019    Date: 05/15/2019 Court: NJBK Pages: 26 | |
| --- | --- | --- |
| 05/16/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 05/16/2019 Court: NJBK Pages: 34 | $3.40 |
| 05/21/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 05/21/2019 Court: NJBK Pages: 82 | $8.20 |
| 05/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 05/22/2019 Court: NJBK Pages: 150 | $15.00 |
| 05/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 05/23/2019 Court: DEBK Pages: 29 | $2.90 |
| 05/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 05/23/2019 Court: NJBK Pages: 30 | $3.00 |
| 05/29/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 05/29/2019 Court: NJBK Pages: 30 | $3.00 |
| 05/30/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 05/30/2019 Court: NJBK Pages: 202 | $20.20 |
| 06/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 06/06/2019 Court: NJBK Pages: * | $109.20 |
| 06/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 06/06/2019 Court: NJBK Pages: 30 | $3.00 |
| 06/07/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 06/07/2019 Court: NJBK Pages: 61 | $6.10 |
| 06/07/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 06/07/2019 Court: NJBK Pages: 14 | $1.40 |
| 06/12/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 06/12/2019 Court: NJBK Pages: 47 | $4.70 |
| 06/13/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 06/13/2019 Court: NJDC Pages: 39 | $3.90 |
| 06/25/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 06/25/2019 Court: DEBK Pages: 8 | $0.80 |
| 06/25/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019    Date: 06/25/2019 Court: NJBK Pages: 176 | $17.60 |
| 06/26/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q22019 DATE: 7/17/2019    Date: 06/26/2019 Court: NJBK Pages: 192 | $19.20 |
|  | Total Disbursements | $527.54 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**