**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, June 1, 2019 through June 30, 2019 (the "June Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Seventh Fee Statement, if any, are due by August 18, 2019.

Dated: August 8, 2019

Respectfully submitted,

**GETZLER HENRICH &ASSOCIATES LLC**

/s/ *Mark D. Podgainy*
Mark D. Podgainy
295 Madison Avenue
New York, NY 10017
*Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
08/08/2019 53200155.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 460,962.05 | $ 8,393.38 |
| TOTAL FEES ALLOWED TO DATE: | $ 460,962.05 | $ 8,393.38 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 24,839.70 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 460,962.05 | $ 8,393.38 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $58,053.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $1,043.11 |
| TOTAL FEE APPLICATION | $59,096.11 |
| MINUS 20% HOLDBACK | -$11,610.60 |
| AMOUNT SOUGHT AT THIS TIME | $47,485.51 |

31035/2
08/08/2019 53200155.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $350.00 | 148.2 | $51,870.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $175.00 | 3.8 | $665.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 10.9 | $4,850.50 |
| Podgainy, Mark – travel time | Managing Director since 2014 (5 years) | $222.50 | 3.0 | $667.50 |
| | | **Grand Total:** | **165.9** | **$58,053.00** |
| | | **Blended Rate:** | **$349.93** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 55.5 | $19,425.00 |
| Bankruptcy Consulting | 46.1 | 16,733.50 |
| Budget Preparation | 17.0 | 5,950.00 |
| Claims Analysis & Negotiation | 2.2 | 808.00 |
| Committee Conference Call / Meeting | 1.3 | 502.50 |
| Confirmation Issues | 1.4 | 585.00 |
| Court Hearing Prep | .6 | 229.00 |
| DIP Financing | 18.9 | 6,691.00 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 1.7 | 756.50 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 14.4 | 5,040.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 0.0 | 0.00 |
| Travel | 6.8 | 1,332.50 |
| **SERVICE TOTALS** | **165.9** | **$58,053.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Transportation | 1,043.11 |
| **TOTAL DISBURSEMENTS** | **$1,043.11** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for May 2019;

    b) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring payments to ensure compliance with the cash collateral order, and assisting the proposed exit financing lender with its due diligence;

    c) Getzler assisted the Debtors in updating the 2019 budget;

    d) Getzler assisted the Debtors in analyzing and resolving claims;

    e) Getzler responded to information requests from the Committee's financial advisor;

    f) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency and profitability;

    g) Getzler assisted the Debtors in preparing the May 2019 financial statements and related account analyses, and in completing the audit of the 2018 financial statements; and

    h) Getzler provided such other services consistent with its engagement letter.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (100%)
    (B) SECURED CREDITORS: (100%)
    (C) PRIORITY CREDITORS: (100%)
    (D) GENERAL UNSECURED CREDITORS: (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2019

                                        /s/ *Mark D. Podgainy*
                                        Mark D. Podgainy

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

---

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Duro Dyne National Corp., *et al.*[1]

   Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

# ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

51635/2
09/26/2018 51210348.1

Page:    2
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page: 3
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:      4
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Page:     5
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11–2504664

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                             Jeanne Naughton
                                                                             Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
JUNE 1, 2019 - JUNE 30, 2019
TIME DETAIL - JUNE 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting & Audit | 06/04/19 | 0.3 | $ 350.00 | $ 105.00 | Meeeting with accounting staff re: weekly cash and disbursements |
| O'Callaghan | Accounting & Audit | 06/04/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing potential AR write-offs |
| O'Callaghan | Accounting & Audit | 06/04/19 | 0.6 | $ 350.00 | $ 210.00 | Updating schedule of professional fees |
| O'Callaghan | Accounting & Audit | 06/05/19 | 1.2 | $ 350.00 | $ 420.00 | Meeting with accounting staff re: monthly close |
| O'Callaghan | Accounting & Audit | 06/05/19 | 1.1 | $ 350.00 | $ 385.00 | Reviewing monthly bank account activity |
| O'Callaghan | Accounting & Audit | 06/06/19 | 1.3 | $ 350.00 | $ 455.00 | Updating departmental expense reports for presentation at board meeting |
| O'Callaghan | Accounting & Audit | 06/06/19 | 0.8 | $ 350.00 | $ 280.00 | Updating financial statements |
| O'Callaghan | Accounting & Audit | 06/06/19 | 1.2 | $ 350.00 | $ 420.00 | Reviewing capital expenditures |
| O'Callaghan | Accounting & Audit | 06/06/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing balance sheet accounts for monthly close |
| O'Callaghan | Accounting & Audit | 06/07/19 | 0.1 | $ 350.00 | $ 35.00 | Call with management re: overhead calculations |
| O'Callaghan | Accounting & Audit | 06/10/19 | 2.4 | $ 350.00 | $ 840.00 | Reviewing inventory reconciliation for overseas warehouse |
| O'Callaghan | Accounting & Audit | 06/10/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with accounting staff re: monthly close |
| O'Callaghan | Accounting & Audit | 06/11/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with management re: inventory |
| O'Callaghan | Accounting & Audit | 06/11/19 | 1.2 | $ 350.00 | $ 420.00 | Preparing monthly financial statements for May |
| O'Callaghan | Accounting & Audit | 06/11/19 | 0.9 | $ 350.00 | $ 315.00 | Updating schedule of legal fees |
| O'Callaghan | Accounting & Audit | 06/12/19 | 3.8 | $ 350.00 | $ 1,330.00 | Additional work on monthly closing for May |
| O'Callaghan | Accounting & Audit | 06/12/19 | 2.8 | $ 350.00 | $ 980.00 | Meeting with management regarding costing issues |
| O'Callaghan | Accounting & Audit | 06/17/19 | 1.2 | $ 350.00 | $ 420.00 | Finalizing monthly close |
| O'Callaghan | Accounting & Audit | 06/17/19 | 0.8 | $ 350.00 | $ 280.00 | Call with tax accountant |
| O'Callaghan | Accounting & Audit | 06/17/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing perpetual to GL inventory reconciliation |
| O'Callaghan | Accounting & Audit | 06/17/19 | 1.1 | $ 350.00 | $ 385.00 | Reviewing profit sharing calculations |
| O'Callaghan | Accounting & Audit | 06/17/19 | 0.9 | $ 350.00 | $ 315.00 | Reviewing information request from tax accountants re: corporate tax returns |
| O'Callaghan | Accounting & Audit | 06/18/19 | 0.9 | $ 350.00 | $ 315.00 | Reviewing negative inventory reports |
| O'Callaghan | Accounting & Audit | 06/18/19 | 1.3 | $ 350.00 | $ 455.00 | Attending meeting re negative inventory |
| O'Callaghan | Accounting & Audit | 06/18/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing royalty calculations |
| O'Callaghan | Accounting & Audit | 06/18/19 | 0.9 | $ 350.00 | $ 315.00 | Call with outside auditor |
| O'Callaghan | Accounting & Audit | 06/18/19 | 0.7 | $ 350.00 | $ 245.00 | Reviewing customers on credit hold |
| O'Callaghan | Accounting & Audit | 06/18/19 | 1.2 | $ 350.00 | $ 420.00 | Meeting with accounting staff re: tax return information request |
| O'Callaghan | Accounting & Audit | 06/19/19 | 0.3 | $ 350.00 | $ 105.00 | Memo to board re: tax return and estimated payments |
| O'Callaghan | Accounting & Audit | 06/19/19 | 1.3 | $ 350.00 | $ 455.00 | Call with board member re: tax returns and estimated payments |
| O'Callaghan | Accounting & Audit | 06/19/19 | 1.4 | $ 350.00 | $ 490.00 | Preparing sales by state analysis for tax return |
| O'Callaghan | Accounting & Audit | 06/19/19 | 1.3 | $ 350.00 | $ 455.00 | Reviewing schedules prepared for tax return |
| O'Callaghan | Accounting & Audit | 06/19/19 | 0.7 | $ 350.00 | $ 245.00 | Meeting with management re: capital expenditures |
| O'Callaghan | Accounting & Audit | 06/20/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing additional schedules for tax return |
| O'Callaghan | Accounting & Audit | 06/20/19 | 1.6 | $ 350.00 | $ 560.00 | Reconciling year end sales rebate calculations |
| O'Callaghan | Accounting & Audit | 06/24/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing analysis of freight expenses by location |
| O'Callaghan | Accounting & Audit | 06/24/19 | 0.4 | $ 350.00 | $ 140.00 | Researching equipment in West locations for tax filing |
| O'Callaghan | Accounting & Audit | 06/25/19 | 1.3 | $ 350.00 | $ 455.00 | Meeting with management re inventory discrepancies |
| O'Callaghan | Accounting & Audit | 06/25/19 | 0.9 | $ 350.00 | $ 315.00 | Reviewing correspondence re: inventory reconciliation in Dubai warehouse |
| O'Callaghan | Accounting & Audit | 06/25/19 | 0.6 | $ 350.00 | $ 210.00 | Meeting with cost accountant to review gross margin analysis |
| O'Callaghan | Accounting & Audit | 06/26/19 | 3.6 | $ 350.00 | $ 1,260.00 | Assembling information for auditors to finalize 2019 audit |
| O'Callaghan | Accounting & Audit | 06/26/19 | 0.7 | $ 350.00 | $ 245.00 | Reviewing gross profit analysis on additional product lines |
| O'Callaghan | Accounting & Audit | 06/26/19 | 0.2 | $ 350.00 | $ 70.00 | Reviewing mediator invoice re: expense categorization |
| O'Callaghan | Accounting & Audit | 06/27/19 | 4.4 | $ 350.00 | $ 1,540.00 | Updating information for auditors |

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
JUNE 1, 2019 - JUNE 30, 2019
TIME DETAIL -JUNE 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting & Audit | 06/05/19 | 1.1 | $ 350.00 | $ 385.00 | Reviewing monthly commission calculations |
| O'Callaghan | Accounting & Audit | 06/24/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing supporting documentation for equipment purchases |
| O'Callaghan | Accounting & Audit | 06/26/19 | 0.4 | $ 350.00 | $ 140.00 | Reviewing 401k matching calculations |
| O'Callaghan | Bankruptcy Consulting | 06/05/19 | 1.8 | $ 350.00 | $ 630.00 | Preparing financial presentation for board meeting |
| O'Callaghan | Bankruptcy Consulting | 06/07/19 | 0.2 | $ 350.00 | $ 70.00 | Reviewing financial analysis prepared for board |
| O'Callaghan | Bankruptcy Consulting | 06/04/19 | 1.3 | $ 350.00 | $ 455.00 | Meeting with management re: employee performance and compensation |
| O'Callaghan | Bankruptcy Consulting | 06/04/19 | 0.3 | $ 350.00 | $ 105.00 | Conference call with retirement plan administrator |
| O'Callaghan | Bankruptcy Consulting | 06/04/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing updated 401k management proposal |
| O'Callaghan | Bankruptcy Consulting | 06/05/19 | 0.5 | $ 350.00 | $ 175.00 | Reviewing updated drafts of trust agreements |
| O'Callaghan | Bankruptcy Consulting | 06/06/19 | 0.4 | $ 350.00 | $ 140.00 | Meeting with management on cost issues |
| O'Callaghan | Bankruptcy Consulting | 06/06/19 | 0.7 | $ 350.00 | $ 245.00 | Meeting with vendor to discuss new products |
| O'Callaghan | Bankruptcy Consulting | 06/06/19 | 0.3 | $ 350.00 | $ 105.00 | Call with primary steel vendor |
| O'Callaghan | Bankruptcy Consulting | 06/07/19 | 2.3 | $ 350.00 | $ 805.00 | Call with management re: orders, backlog and overtime |
| O'Callaghan | Bankruptcy Consulting | 06/10/19 | 0.3 | $ 350.00 | $ 105.00 | Meeting with president re: board meeting agenda and open items |
| O'Callaghan | Bankruptcy Consulting | 06/12/19 | 2.9 | $ 350.00 | $ 1,015.00 | Drafting presentation for board meeting |
| O'Callaghan | Bankruptcy Consulting | 06/13/19 | 2.9 | $ 350.00 | $ 1,015.00 | Preparing for board presentation |
| O'Callaghan | Bankruptcy Consulting | 06/13/19 | 6.2 | $ 350.00 | $ 2,170.00 | Attending board on-site board meeting |
| O'Callaghan | Bankruptcy Consulting | 06/14/19 | 8.3 | $ 350.00 | $ 2,905.00 | Attending on-site board meeting |
| O'Callaghan | Bankruptcy Consulting | 06/17/19 | 0.7 | $ 350.00 | $ 245.00 | Reviewing property insurance limits |
| O'Callaghan | Bankruptcy Consulting | 06/17/19 | 1.4 | $ 350.00 | $ 490.00 | Responding to information request re: Canadian subsidiary shareholdings and control |
| O'Callaghan | Bankruptcy Consulting | 06/19/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing benefits of payment via Amex vs. terms |
| O'Callaghan | Bankruptcy Consulting | 06/19/19 | 0.9 | $ 350.00 | $ 315.00 | Reviewing documentation for new forklifts |
| O'Callaghan | Bankruptcy Consulting | 06/19/19 | 0.5 | $ 350.00 | $ 175.00 | Reviewing schedule of goods made vs. purchased |
| O'Callaghan | Bankruptcy Consulting | 06/19/19 | 0.3 | $ 350.00 | $ 105.00 | Discussion with management re: streamlining new product setups in accounting system |
| O'Callaghan | Bankruptcy Consulting | 06/20/19 | 1.6 | $ 350.00 | $ 560.00 | Meeting with management re: potential price increase and utilizing systems to streamline tracking of price changes |
| O'Callaghan | Bankruptcy Consulting | 06/21/19 | 0.4 | $ 350.00 | $ 140.00 | Call with potential vendor |
| O'Callaghan | Bankruptcy Consulting | 06/25/19 | 0.4 | $ 350.00 | $ 140.00 | Call with outside financial advisor re: 401k management agreement |
| O'Callaghan | Bankruptcy Consulting | 06/26/19 | 1.2 | $ 350.00 | $ 420.00 | Meeting with management re: open orders |
| O'Callaghan | Bankruptcy Consulting | 06/27/19 | 0.9 | $ 350.00 | $ 315.00 | Call with accounting staff re: payment methods / Amex |
| O'Callaghan | Bankruptcy Consulting | 06/28/19 | 1.3 | $ 350.00 | $ 455.00 | Call with management re: open orders |
| O'Callaghan | Bankruptcy Consulting | 06/28/19 | 0.2 | $ 350.00 | $ 70.00 | Preparing paperwork for secured loan payment |
| Podgainy | Bankruptcy Consulting | 06/12/19 | 0.1 | $ 445.00 | $ 44.50 | Tele conv w/ P Rossetto re: production forecasting |
| Podgainy | Bankruptcy Consulting | 06/12/19 | 0.1 | $ 445.00 | $ 44.50 | Review of agenda for Thursday's board meeting |
| Podgainy | Bankruptcy Consulting | 06/13/19 | 5.3 | $ 445.00 | $ 2,358.50 | Participated in Duro Dyne board meeting |
| Podgainy | Bankruptcy Consulting | 06/13/19 | 0.8 | $ 445.00 | $ 356.00 | Review of materials in preparation for Duro Dyne board meeting |
| O'Callaghan | Budget Preparation | 06/04/19 | 3.7 | $ 350.00 | $ 1,295.00 | Budget to actual comparison for April and updating budget for remainder of year |
| O'Callaghan | Budget Preparation | 06/05/19 | 1.2 | $ 350.00 | $ 420.00 | Reviewing expense categories from budget with accounting staff |
| O'Callaghan | Budget Preparation | 06/06/19 | 1.4 | $ 350.00 | $ 490.00 | Meeting with management to prepare for board meeting and discuss budget |
| O'Callaghan | Budget Preparation | 06/10/19 | 2.2 | $ 350.00 | $ 770.00 | Updating budget for 2019 |
| O'Callaghan | Budget Preparation | 06/11/19 | 4.9 | $ 350.00 | $ 1,715.00 | Detailed budget review with senior management |
| O'Callaghan | Budget Preparation | 06/12/19 | 3.6 | $ 350.00 | $ 1,260.00 | Updating budget based on management review |
| O'Callaghan | Claims Analysis & Negotiation | 06/05/19 | 1.3 | $ 350.00 | $ 455.00 | Analyzing financial impact of Class 6 interest rate change |
| O'Callaghan | Claims Analysis & Negotiation | 06/06/19 | 0.3 | $ 350.00 | $ 105.00 | Reviewing Class 6 payout analysis |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
JUNE 1, 2019 - JUNE 30, 2019
TIME DETAIL -JUNE 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Claims Analysis & Negotiation | 06/06/19 | 0.2 | $ 350.00 | $ 70.00 | Call with M Podgainy re: Class 6 payout |
| Podgainy | Claims Analysis & Negotiation | 06/06/19 | 0.4 | $ 445.00 | $ 178.00 | Review of North River claim payment analysis .2 and related discussion w/ C O'Callaghan .2 |
| O'Callaghan | Confirmation Issues | 06/05/19 | 0.4 | $ 350.00 | $ 140.00 | Call w/ M Podgainy re analysis of payments on North River claim based on changes in POR |
| Podgainy | Confirmation Issues | 06/05/19 | 0.2 | $ 445.00 | $ 89.00 | Correspondence w/ J Prol re: changes made to plan to confirm case |
| Podgainy | Confirmation Issues | 06/05/19 | 0.4 | $ 445.00 | $ 178.00 | Tele conv w/ C O'Callaghan re: analysis of payments on North River claim related to changes in POR, and cash flow forecasting |
| Podgainy | Confirmation Issues | 06/06/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Prol re: update on TDP changes |
| Podgainy | Confirmation Issues | 06/12/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Prol and A Wein re: UST objection |
| Podgainy | Confirmation Issues | 06/24/19 | 0.2 | $ 445.00 | $ 89.00 | Correspondence w/ J Prol and A Wein re: approach to confirmation to address outstanding issues |
| O'Callaghan | Court Hearing Prep | 06/07/19 | 0.4 | $ 350.00 | $ 140.00 | Participating in update conference call with Court |
| Podgainy | Court Hearing Prep | 06/07/19 | 0.2 | $ 445.00 | $ 89.00 | Participated on call re: Plan confirmation hearing |
| O'Callaghan | Creditor Committee Matter | 06/18/19 | 0.7 | $ 350.00 | $ 245.00 | Assembling information to provide FA to creditors' committee .6 and related correspondence w/ M Podgainy .1 |
| O'Callaghan | Creditor Committee Matter | 06/24/19 | 0.1 | $ 350.00 | $ 35.00 | Correspondence w/ M Podgainy re: latest financials requested by Committee financial advisor |
| Podgainy | Creditor Committee Matter | 06/06/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Sinclair re: Charter Oak information request |
| Podgainy | Creditor Committee Matter | 06/10/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Sinclair re: information request |
| Podgainy | Creditor Committee Matter | 06/18/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: financial information for Charter Oak |
| Podgainy | Creditor Committee Matter | 06/20/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Sinclair re: Duro Dyne financial information |
| Podgainy | Creditor Committee Matter | 06/24/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: financials for Charter Oak |
| O'Callaghan | DIP Financing | 06/04/19 | 1.3 | $ 350.00 | $ 455.00 | Updating weekly booking and shipment information |
| O'Callaghan | DIP Financing | 06/05/19 | 0.4 | $ 350.00 | $ 140.00 | Call with bank to discuss name change upon exit |
| O'Callaghan | DIP Financing | 06/05/19 | 0.3 | $ 350.00 | $ 105.00 | Reviewing information required for name change |
| O'Callaghan | DIP Financing | 06/07/19 | 0.1 | $ 350.00 | $ 35.00 | Call with lender re: status update |
| O'Callaghan | DIP Financing | 06/10/19 | 1.7 | $ 350.00 | $ 595.00 | Updating weekly shipment and booking information |
| O'Callaghan | DIP Financing | 06/10/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing weekly disbursement requests |
| O'Callaghan | DIP Financing | 06/12/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 06/17/19 | 0.8 | $ 350.00 | $ 280.00 | Updating weekly shipment and booking information |
| O'Callaghan | DIP Financing | 06/17/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing weekly collections estimates |
| O'Callaghan | DIP Financing | 06/19/19 | 0.7 | $ 350.00 | $ 245.00 | Meeting with accounting staff re: weekly disbursements |
| O'Callaghan | DIP Financing | 06/19/19 | 1.6 | $ 350.00 | $ 560.00 | Updating weekly cash flow information |
| O'Callaghan | DIP Financing | 06/24/19 | 2.5 | $ 350.00 | $ 875.00 | Updating weekly cash flow projection |
| O'Callaghan | DIP Financing | 06/25/19 | 0.6 | $ 350.00 | $ 210.00 | Call with lender re: status update and due diligence information |
| O'Callaghan | DIP Financing | 06/25/19 | 1.7 | $ 350.00 | $ 595.00 | Updating weekly shipment and bookings detail |
| O'Callaghan | DIP Financing | 06/25/19 | 2.7 | $ 350.00 | $ 945.00 | Additional work on 13 week cash flow |
| O'Callaghan | DIP Financing | 06/26/19 | 1.3 | $ 350.00 | $ 455.00 | Finalizing 13 week cash flow |
| O'Callaghan | DIP Financing | 06/28/19 | 0.3 | $ 350.00 | $ 105.00 | Reviewing cash receipts for the week |
| Podgainy | DIP Financing | 06/04/19 | 0.1 | $ 445.00 | $ 44.50 | Review of bookings/shipping report |
| Podgainy | DIP Financing | 06/10/19 | 0.2 | $ 445.00 | $ 89.00 | Review of booking/shipping report |
| Podgainy | DIP Financing | 06/25/19 | 0.1 | $ 445.00 | $ 44.50 | Review of booking/shipping report |
| Podgainy | DIP Financing | 06/26/19 | 0.3 | $ 445.00 | $ 133.50 | Initial review of latest 13-week cash flow |
| Podgainy | DIP Financing | 06/27/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ W Hinden re: cash flow forecast comments |
| Podgainy | Fee / Employment Application | 06/17/19 | 1.7 | $ 445.00 | $ 756.50 | Preparation of time and expense detail for May fee application |
| O'Callaghan | Monthly Operating Report | 06/20/19 | 3.3 | $ 350.00 | $ 1,155.00 | Preparing schedule of receipts and disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 06/21/19 | 5.6 | $ 350.00 | $ 1,960.00 | Drafting MOR |

**Getzler Henrich & Associates LLC**

JUNE 1, 2019 - JUNE 30, 2019

**DURO DYNE (DIP)**
**TIME DETAIL -JUNE 2019**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Monthly Operating Report | 06/21/19 | 1.3 | $ 350.00 | $ 455.00 | Completing schedule of receipts and disbursements |
| O'Callaghan | Monthly Operating Report | 06/21/19 | 0.8 | $ 350.00 | $ 280.00 | Processing professional fee payments and updating related MOR schedules |
| O'Callaghan | Monthly Operating Report | 06/24/19 | 3.4 | $ 350.00 | $ 1,190.00 | Finalizing Monthly Operating Report |
| O'Callaghan | Travel | 06/04/19 | 1.0 | $ 175.00 | $ 175.00 | Travel to client |
| O'Callaghan | Travel | 06/10/19 | 0.5 | $ 175.00 | $ 87.50 | Travel to client |
| O'Callaghan | Travel | 06/17/19 | 0.8 | $ 175.00 | $ 140.00 | Travel to client |
| O'Callaghan | Travel | 06/24/19 | 0.5 | $ 175.00 | $ 87.50 | Travel to client |
| O'Callaghan | Travel | 06/24/19 | 1.0 | $ 175.00 | $ 175.00 | Travel from client |
| Podgainy | Travel | 06/13/19 | 1.5 | $ 222.50 | $ 333.75 | Travel to Duro Dyne |
| Podgainy | Travel | 06/13/19 | 1.5 | $ 222.50 | $ 333.75 | Travel from Duro Dyne |

# EXHIBIT B

**Getzler Henrich & Associates LLC**   JUNE 1, 2019 - JUNE 30, 2019                                                                              **DURO DYNE (DIP)**
**EXPENSE DETAIL JUNE 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/04/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/04/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/04/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/04/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/05/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/06/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/06/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/06/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/10/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/10/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/10/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/10/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/11/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/12/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/13/19 | $ 49.88 | Mileage to and from client |
| Podgainy | Transportation | Transportation - Train | 06/13/19 | $ 24.00 | Train to/from Bay Shore |
| Podgainy | Transportation | Transportation - Taxi | 06/13/19 | $ 11.55 | Taxi to Penn Station for LIRR train to Bay Shore |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/14/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/14/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/14/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/17/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/17/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/17/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/17/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/18/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/19/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/20/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 06/20/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 06/20/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 06/24/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 06/24/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 06/24/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 06/24/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 06/25/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 06/26/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 06/26/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 06/26/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 1,043.11** | |
| | **Grand Total** | | | **$ 1,043.11** | |

1