**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this ninth monthly fee statement[2] for the period July 1, 2019 through July 31, 2019 (the "**Ninth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
08/14/2019 53220892.1

Pursuant to the Administrative Order, responses to the Ninth Fee Statement, if any, are due by August 26, 2019.

Dated: August 15, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**NINTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,215,144.00 | $43,163.50 |
| TOTAL FEES ALLOWED TO DATE: | $1,021,980.75 | $29,510.23 |
| TOTAL RETAINER REMAINING | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $38,632.65 | $ -0- |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[2] | $1,152,799.05 | $42,635.96 |

| | |
|---|---|
| FEE TOTALS | $12,738.50 |
| DISBURSEMENTS TOTALS | +      1.60 |
| TOTAL FEE APPLICATION | $12,740.10 |
| MINUS 20% HOLDBACK | -  2,547.70 |
| AMOUNT SOUGHT AT THIS TIME | $10,192.40 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
08/14/2019 53220892.1

-2-

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 7.30 | $895.00 | $6,533.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 9.10 | $470.00 | $4,277.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.40 | $270.00 | $378.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 6.20 | $250.00 | $1,550.00 |
| **TOTAL FEES** | | | **24.00** | | **$12,738.50** |
| **Attorney Blended Rate** | | | | | **$659.18** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.50 | $135.00 |
| B160 | Fee/Employment Applications | 2.90 | $879.00 |
| B175 | Fee Applications and Invoices - Others | 5.40 | $1,658.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.30 | $121.00 |
| B210 | Business Operations | 0.50 | $195.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 14.40 | $9,750.50 |
| | **Total** | **24.00** | **$12,738.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Computerized legal research | $1.60 |
| **Total Disbursements** | **$1.60** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler attended to confirmation issues, including (i) attending to the United States Trustee's objections to the plan and resolution thereof; (ii) reviewing the revised TDP and trust agreement; (iii) reviewing the Findings of Fact and Conclusions of Law regarding confirmation; (iv) reviewing North River's objections to the Findings of Fact and Conclusions of Law regarding confirmation; (v) developing a strategy regarding the process before the District Court;

   b) Lowenstein Sandler assisted with the preparation and filing of the Debtors' monthly operating report;

   c) Lowenstein Sandler prepared and filed monthly fee applications for itself and the Debtors' other professionals; and

   d) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:         (100%)
   (B) SECURED CREDITORS:                (100%)
   (C) PRIORITY CREDITORS:               (100%)
   (D) GENERAL UNSECURED CREDITORS:      (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2019                    /s/ *Jeffrey D. Prol*
                                          Jeffrey D. Prol Esq.

Case 18-27963-MBK    Doc 294    Filed 10/19/18    Entered 10/19/18 09:24:03    Desc Main
Document    Page 1 of 3

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* |

**Order Filed on October 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS**
**<u>EFFECTIVE AS OF THE PETITION DATE</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through July 31, 2019

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 7.30 | $895.00 | $6,533.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 9.10 | $470.00 | $4,277.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.40 | $270.00 | $378.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 6.20 | $250.00 | $1,550.00 |
| **TOTAL FEES** | | | **24.00** | | **$12,738.50** |
| **Attorney Blended Rate** | | | | | **$659.18** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 07/17/19 | DC | Tend to filing Affidavits of Service of BMC | 0.30 | $81.00 |
| B110 | 07/22/19 | DC | Tend to electronic filing of Affidavit of Service of BMC | 0.10 | $27.00 |
| B110 | 07/26/19 | DC | Forward court filings to J. Prol and T. Freedman | 0.10 | $27.00 |
| | | | **Total B110 - Case Administration** | 0.50 | $135.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 07/12/19 | EBL | Prepare Lowenstein Sandler's May monthly fee statement and related documents | 0.90 | $225.00 |
| B160 | 07/12/19 | TJF | Review and approve LS and GH May fee applications | 0.40 | $188.00 |
| B160 | 07/16/19 | EBL | Follow up with J. Prol re: approval of May 2019 monthly fee statement; e-mail with J. Straker re: same | 0.20 | $50.00 |
| B160 | 07/16/19 | EBL | Finalize, e-file, and coordinate service of Lowenstein's seventh monthly fee statement (.3); update fee chart (.1); e-mail to client re: same (.1) | 0.50 | $125.00 |
| B160 | 07/16/19 | TJF | Review and approve Lowenstein Sandler's and GH's May 2019 fee statements | 0.30 | $141.00 |
| B160 | 07/29/19 | EBL | Prepare CNO re: LS seventh monthly fee statement | 0.20 | $50.00 |
| B160 | 07/30/19 | EBL | Prepare, finalize and e-file CNO re: LS' May 2019 fee statement; update master fee chart re: same; e-mail to Debtors re: now payable | 0.40 | $100.00 |
| | | | **Total B160 - Fee/Employment Applications** | 2.90 | $879.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 07/01/19 | TJF | Review e-mail from T. Funkhouser re: additional information for the Trustee re: Mazur's fees | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 07/02/19 | EBL | Prepare CNO for Anderson Kill's third monthly fee statement | 0.20 | $50.00 |
| B175 | 07/02/19 | EBL | E-file and serve CNO to Anderson Kill's third monthly fee statement | 0.20 | $50.00 |
| B175 | 07/02/19 | TJF | Review an approve CNO to Anderson Kill's Third Monthly Fee Statement | 0.20 | $94.00 |
| B175 | 07/08/19 | TJF | Forward e-mail lrom Mazurs to J. Sponder | 0.10 | $47.00 |
| B175 | 07/09/19 | TJF | E-mail exchange with J. Sponder re: Mazer's fees | 0.20 | $94.00 |
| B175 | 07/12/19 | EBL | Revisions to Getzler's May 2019 monthly fee statement | 0.50 | $125.00 |
| B175 | 07/16/19 | EBL | Finalize, e-file, and coordinate service of Getzler's seventh monthly fee statement (.3); update fee chart (.1); e-mail to client and e-mail to Getzler re: same (.1) | 0.50 | $125.00 |
| B175 | 07/16/19 | EBL | Follow up with J. Prol re: approval to file Getzler's May monthly fee statement | 0.10 | $25.00 |
| B175 | 07/17/19 | TJF | Review and approve Anderson Kill June fee statement | 0.30 | $141.00 |
| B175 | 07/17/19 | TJF | E-mail to T. Funkhouser re: UST is requiring a fee application for Mazars | 0.20 | $94.00 |
| B175 | 07/19/19 | EBL | Revise Anderson Kill fourth monthly fee statement; follow up with J. Prol and T. Freedman re: filing | 0.30 | $75.00 |
| B175 | 07/19/19 | EBL | Finalize and e-file Anderson Kill's fourth monthly fee statement (.2); update fee chart re: same (.1); e-mail to C. Malone re: same (.1); e-mail to client re: same (.1) | 0.50 | $125.00 |
| B175 | 07/19/19 | TJF | Anderson Kill June fee statement for filing | 0.20 | $94.00 |
| B175 | 07/23/19 | EBL | Update master fee chart re: committee professionals' 7th and 8th monthly fee applications and payments received | 0.50 | $125.00 |
| B175 | 07/29/19 | EBL | Prepare CNO re: Getzler's seventh monthly fee statement | 0.20 | $50.00 |
| B175 | 07/30/19 | EBL | Prepare CNO to Anderson Kill's fourth monthly fee statement | 0.20 | $50.00 |
| B175 | 07/30/19 | EBL | E-mail to C. Malone re: confirming no objections to Anderson Kill's fourth monthly fee statement | 0.10 | $25.00 |
| B175 | 07/30/19 | EBL | Finalize and e-file CNO re: Anderson Kill's fourth monthly fee statement; update master fee application chart re: same; e-mail to debtors requesting payment re: same | 0.30 | $75.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 07/30/19 | EBL | Prepare, finalize and e-file CNO re: Getzler's May 2019 fee statement; update master fee chart re: same; e-mail to Debtors re: now payable | 0.40 | $100.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 5.40 | $1,658.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 07/10/19 | TJF | Review court notice re: motion to extend time to assume or reject | 0.10 | $47.00 |
| B185 | 07/15/19 | DC | Draft e-mail to BMC re: service of Third Order Extending Time to Assume/Reject | 0.10 | $27.00 |
| B185 | 07/15/19 | TJF | Review Third Order Further Extending the Debtors Time to Assume or Reject Unexpired Leases | 0.10 | $47.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.30 | $121.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 07/23/19 | DC | Tend to electronic filing of June 2019 Monthly Operating Report | 0.20 | $54.00 |
| B210 | 07/23/19 | TJF | Review and approve June MOR | 0.30 | $141.00 |
| | | | **Total B210 - Business Operations** | 0.50 | $195.00 |

B300 - Claims and Plan

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 07/01/19 | JDP | Telephone conference with M. Podgainy re: status of plan confirmation | 0.20 | $179.00 |
| B320 | 07/02/19 | TJF | Review reply by UST to the Plan Proponents' Response to the Trustee's Objection To The Third Amended Prenegotiated Plan | 0.40 | $188.00 |
| B320 | 07/03/19 | JDP | Review UST supplemental confirmation objection | 0.50 | $447.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 07/03/19 | JDP | Telephone conference with Plan Proponents re: UST supplemental plan objection | 0.20 | $179.00 |
| B320 | 07/03/19 | JDP | Draft update e-mail to client re: supplemental plan objection by UST | 0.10 | $89.50 |
| B320 | 07/03/19 | TJF | Review e-mail from J. Prol re: status of confirmation | 0.10 | $47.00 |
| B320 | 07/08/19 | TJF | Review e-mail from court re: request for documents | 0.10 | $47.00 |
| B320 | 07/09/19 | JDP | Review clerk request to M. Hausman to submit Word version of his proposed amendments to tdp and trust agreement; e-mails to/from Plan Proponents re: same | 0.20 | $179.00 |
| B320 | 07/09/19 | JDP | Telephone conference with R. Earl re: briefing on findings of fact/conclusions of law | 0.20 | $179.00 |
| B320 | 07/09/19 | JDP | E-mails to/from Plan Proponents re: Court's position on additional briefing on findins of fact and conclusions of law | 0.20 | $179.00 |
| B320 | 07/09/19 | TJF | Review e-mail from M. Hausman forwarding requested documents to court | 0.10 | $47.00 |
| B320 | 07/11/19 | TJF | E-mail with client re: status of findings by Court | 0.20 | $94.00 |
| B320 | 07/11/19 | TJF | Review e-mail from M. Hausmann re: correction of contact information | 0.20 | $94.00 |
| B320 | 07/16/19 | DC | Download Findings of Fact and Conclusions of Law for Confirmation of Plan and circulate same to attorney group | 0.30 | $81.00 |
| B320 | 07/16/19 | JDP | Review Bankruptcy Court's findings of fact and conclusions of law | 2.50 | $2,237.50 |
| B320 | 07/16/19 | TJF | Receive and forward proposed FOF/COL filed by Court to client (.2); respond to related e-mails (.2) | 0.40 | $188.00 |
| B320 | 07/16/19 | TJF | Review proposed FOF/COL and Transmittal Memo to District Court | 2.00 | $940.00 |
| B320 | 07/16/19 | TJF | Review e-mail from Chris O'Callaghan, Abby Wein and J. Prol re procedure in District Court | 0.30 | $141.00 |
| B320 | 07/16/19 | TJF | Review revised TDP and Trust Agreement revised by court | 0.40 | $188.00 |
| B320 | 07/17/19 | TJF | E-mail exchange with D. Claussen re case status | 0.10 | $47.00 |
| B320 | 07/18/19 | JDP | Telephone conference with J. Wehner re: his views on proposed findings of fact and conclusions of law | 0.30 | $268.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 07/19/19 | DC | Telephone conference with District Court Clerk re: Transmittal Memo received from the bankruptcy court, assignment of judge and case number and draft e-mail to J. Prol and T. Freedman re: same | 0.30 | $81.00 |
| B320 | 07/19/19 | JDP | Draft status update to client | 0.20 | $179.00 |
| B320 | 07/19/19 | TJF | Confer with D. Claussen re: status of confirmation in the District Court (.2); review e-mail from J. Prol re: same (.1) | 0.30 | $141.00 |
| B320 | 07/24/19 | JDP | Telephone conference with Plan Proponents re: findings of fact/conclusions of law | 0.60 | $537.00 |
| B320 | 07/24/19 | JDP | Develop strategy re: process before District Court; draft e-mail to client re: same | 1.00 | $895.00 |
| B320 | 07/24/19 | TJF | Review e-mail from J. Prol re: Rule 9033 and client responses | 0.30 | $141.00 |
| B320 | 07/26/19 | TJF | Review notice of assignment of Judge Shipp | 0.10 | $47.00 |
| B320 | 07/30/19 | JDP | Follow up re: objections to findings of fact and conclusions of law; draft e-mail to client re: same | 0.20 | $179.00 |
| B320 | 07/30/19 | TJF | Review e-mail from J. Prol re: no objection filed | 0.10 | $47.00 |
| B320 | 07/31/19 | JDP | Preliminary review of North River's objections to findings of fact and conclusions of law | 0.60 | $537.00 |
| B320 | 07/31/19 | JDP | Draft e-mail to client re: North River objections to fidings of fact and conclusions of law | 0.10 | $89.50 |
| B320 | 07/31/19 | JDP | E-mails to/from Plan Proponents' counsel re: North River objection to findings of fact/conclusions of law | 0.20 | $179.00 |
| B320 | 07/31/19 | TJF | Review e-mails re: objection to confirmation by District Court filed by North River (.1); initial review North River's objection to confirmation in the District Court (1.3) | 1.40 | $658.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 14.40 | $9,750.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.50 | $135.00 |
| B160 | Fee/Employment Applications | 2.90 | $879.00 |
| B175 | Fee Applications and Invoices - Others | 5.40 | $1,658.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.30 | $121.00 |
| B210 | Business Operations | 0.50 | $195.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 14.40 | $9,750.50 |
|  | **Total** | **24.00** | **$12,738.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $1.60 |
| **Total Disbursements** | **$1.60** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 04/25/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22019 DATE: 7/17/2019   Date: 04/25/2019 Court: NJBK Pages: 16 | $1.60 |
| | Total Disbursements | $1.60 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**