**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, July 1, 2019 through July 31, 2019 (the "July Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Ninth Fee Statement, if any, are due by August 26, 2019.

Dated: August 15, 2019

                                            Respectfully submitted,

                                            GETZLER HENRICH &ASSOCIATES LLC

                                            /s/ *Mark D. Podgainy*
                                            Mark D. Podgainy
                                            295 Madison Avenue
                                            New York, NY 10017
                                            *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31381/2
08/15/2019 53228342.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

---

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 508,447.56 | $ 9,436.49 |
| TOTAL FEES ALLOWED TO DATE: | $ 460,962.05 | $ 8,393.38 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 36,450.30 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 460,962.05 | $ 8,393.38 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $35,757.75 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $891.38 |
| TOTAL FEE APPLICATION | $36,649.13 |
| MINUS 20% HOLDBACK | -$7,151.55 |
| AMOUNT SOUGHT AT THIS TIME | $29,497.58 |

31381/2
08/15/2019 53228342.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 156.7 | $32,123.50 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 5.5 | $563.75 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 6.9 | $3,070.50 |
| | | **Grand Total:** | **169.1** | **$35,757.75** |
| | | **Blended Rate:** | **$211.46** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 40.7 | $8,343.50 |
| Bankruptcy Consulting | 33.7 | 6,908.50 |
| Budget Preparation | 0.0 | 0.00 |
| Claims Analysis & Negotiation | 0.0 | 0.00 |
| Creditor Committee Matter | .8 | 260.00 |
| Confirmation Issues | 2.0 | 722.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 52.0 | 11,284.00 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 2.6 | 1,157.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 15.9 | 3,259.50 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 15.9 | 3,259.50 |
| Travel | 5.5 | 563.75 |
| **SERVICE TOTALS** | **169.1** | **$35,757.75** |

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Telecommunications | 10.00 |
| Transportation | 881.38 |
| **TOTAL DISBURSEMENTS** | **$891.38** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for June 2019;

    b) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

    c) Getzler responded to information requests from the Committee's financial advisor;

    d) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency and profitability;

    e) Getzler assisted the Debtors in addressing vendor issues, including participating in calls and meetings with vendors;

    f) Getzler assisted the Debtors in preparing the June 2019 and second quarter 2019 financial statements and related account analyses, and in responding to information requests from its outside accounting firm; and

    g) Getzler provided such other services consistent with its engagement letter.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (100%)
    (B) SECURED CREDITORS: (100%)
    (C) PRIORITY CREDITORS: (100%)
    (D) GENERAL UNSECURED CREDITORS: (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2019

                                              /s/ *Mark D. Podgainy*
                                              Mark D. Podgainy

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* | **Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

51035/2
09/26/2018 51210348.1

Page: 2
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 825    Filed 08/19/19    Entered 08/19/19 04:33:02    Desc Main
Document    Page 10 of 58

Page: 5
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Case 18-27963-MBK    Doc 195    Filed 10/19/18    Entered 10/19/18 09:31:02    Desc
Document    Page 11 of 18

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11–2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: October 19, 2018
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

JULY 1, 2019 - JULY 31, 2019

DURO DYNE (DIP)
TIME DETAIL -JULY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and audit | 07/02/19 | 1.8 | $ 205.00 | $ 369.00 | Updating information for auditors |
| O'Callaghan | Accounting and audit | 07/08/19 | 1.9 | $ 205.00 | $ 389.50 | Meeting with outside accountants |
| O'Callaghan | Accounting and audit | 07/09/19 | 3.3 | $ 205.00 | $ 676.50 | Meeting with accounting staff re: quarterly close |
| O'Callaghan | Accounting and audit | 07/09/19 | 1.6 | $ 205.00 | $ 328.00 | Meeting with management re: inventory discrepancies |
| O'Callaghan | Accounting and audit | 07/10/19 | 0.9 | $ 205.00 | $ 184.50 | Researching information for tax return |
| O'Callaghan | Accounting and audit | 07/10/19 | 0.9 | $ 205.00 | $ 184.50 | Researching discrepancies in AR aging vs. GL |
| O'Callaghan | Accounting and audit | 07/10/19 | 1.4 | $ 205.00 | $ 287.00 | Preparing list of closing adjustments for outside auditors |
| O'Callaghan | Accounting and audit | 07/10/19 | 0.8 | $ 205.00 | $ 164.00 | Researching discrepancies in cash disbursements |
| O'Callaghan | Accounting and audit | 07/11/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing quarterly closing adjustments |
| O'Callaghan | Accounting and audit | 07/11/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with IT re: system error that caused AR discrepancy |
| O'Callaghan | Accounting and audit | 07/11/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing corrected AR information |
| O'Callaghan | Accounting and audit | 07/12/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing quarterly information for management fee invoicing |
| O'Callaghan | Accounting and audit | 07/15/19 | 0.4 | $ 205.00 | $ 82.00 | Meeting with accounting staff re: monthly financials |
| O'Callaghan | Accounting and audit | 07/16/19 | 3.6 | $ 205.00 | $ 738.00 | Finalizing second quarter financial statements |
| O'Callaghan | Accounting and audit | 07/17/19 | 2.4 | $ 205.00 | $ 492.00 | Meeting with outside accountants |
| O'Callaghan | Accounting and audit | 07/17/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing proposed journal entries from outside accountants |
| O'Callaghan | Accounting and audit | 07/17/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with accounting staff re: additional quarterly reporting |
| O'Callaghan | Accounting and audit | 07/17/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing overseas inventory calculations and shipments |
| O'Callaghan | Accounting and audit | 07/17/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: inventory discrepancy in steel |
| O'Callaghan | Accounting and audit | 07/23/19 | 2.2 | $ 205.00 | $ 451.00 | Meeting with accounting staff re: accounting system |
| O'Callaghan | Accounting and audit | 07/23/19 | 1.8 | $ 205.00 | $ 369.00 | Preparing final list of reconciling accounting entries |
| O'Callaghan | Accounting and audit | 07/23/19 | 1.6 | $ 205.00 | $ 328.00 | Meeting with outside vendor for accounting system re: changes to simplify accounting |
| O'Callaghan | Accounting and audit | 07/24/19 | 1.0 | $ 205.00 | $ 205.00 | Reviewing Q2 financials with management |
| O'Callaghan | Accounting and audit | 07/24/19 | 0.7 | $ 205.00 | $ 143.50 | Call with board member to review Q2 financials |
| O'Callaghan | Accounting and audit | 07/24/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: bill of materials issues |
| O'Callaghan | Accounting and audit | 07/25/19 | 2.6 | $ 205.00 | $ 533.00 | Reviewing quarterly expenses compared to budget and prior year actuals |
| O'Callaghan | Accounting and audit | 07/25/19 | 1.6 | $ 205.00 | $ 328.00 | Meeting with accounting staff re: reconciling items on cash statement |
| O'Callaghan | Accounting and audit | 07/26/19 | 0.9 | $ 205.00 | $ 184.50 | Updating schedule of reconciling journal entries |
| O'Callaghan | Accounting and audit | 07/26/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing profitability analysis prepared by cost accountant |
| O'Callaghan | Accounting and audit | 07/30/19 | 0.7 | $ 205.00 | $ 143.50 | Preparing additional 2nd quarter financial information for board meeting |
| O'Callaghan | Accounting and audit | 07/30/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing information request from outside accountants |
| | **Accounting and audit Total** | | **40.7** | | **$ 8,343.50** | |
| O'Callaghan | Bankruptcy Consulting | 07/02/19 | 0.7 | $ 205.00 | $ 143.50 | Conference call re: facilities and equipment update |
| O'Callaghan | Bankruptcy Consulting | 07/02/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing updating agreements re: equipment purchases |
| O'Callaghan | Bankruptcy Consulting | 07/09/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with management re: facilities |
| O'Callaghan | Bankruptcy Consulting | 07/10/19 | 1.6 | $ 205.00 | $ 328.00 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 07/11/19 | 0.7 | $ 205.00 | $ 143.50 | Meeting with purchasing re: material planning forecasting |
| O'Callaghan | Bankruptcy Consulting | 07/11/19 | 1.2 | $ 205.00 | $ 246.00 | Reviewing slow moving inventory items |
| O'Callaghan | Bankruptcy Consulting | 07/11/19 | 0.3 | $ 205.00 | $ 61.50 | Discussions with HR re: corporate housing |
| O'Callaghan | Bankruptcy Consulting | 07/12/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with management re: overtime |
| O'Callaghan | Bankruptcy Consulting | 07/12/19 | 1.3 | $ 205.00 | $ 266.50 | Preparing analysis of inventory items with with excess inventory |
| O'Callaghan | Bankruptcy Consulting | 07/15/19 | 1.8 | $ 205.00 | $ 369.00 | Resolving issues with leased vehicle registration and insurance |
| O'Callaghan | Bankruptcy Consulting | 07/15/19 | 1.7 | $ 205.00 | $ 348.50 | Meeting with management re: price increase |
| O'Callaghan | Bankruptcy Consulting | 07/16/19 | 0.5 | $ 205.00 | $ 102.50 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 07/16/19 | 0.8 | $ 205.00 | $ 164.00 | Updating leased equipment information |
| O'Callaghan | Bankruptcy Consulting | 07/17/19 | 1.2 | $ 205.00 | $ 246.00 | Reviewing projected capital expenditures |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
JULY 1, 2019 - JULY 31, 2019
TIME DETAIL - JULY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 07/18/19 | 2.1 | $ 205.00 | $ 430.50 | Meeting with management to discuss new / discontinued products |
| O'Callaghan | Bankruptcy Consulting | 07/18/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing customers with overdue AR and analyzing current exposure |
| O'Callaghan | Bankruptcy Consulting | 07/18/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with purchasing agent re: stocking levels of multiple raw components |
| O'Callaghan | Bankruptcy Consulting | 07/18/19 | 1.8 | $ 205.00 | $ 369.00 | Updating schedules of leased equipment |
| O'Callaghan | Bankruptcy Consulting | 07/23/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: safety issues and procedures |
| O'Callaghan | Bankruptcy Consulting | 07/24/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing state business registration requirements |
| O'Callaghan | Bankruptcy Consulting | 07/25/19 | 1.7 | $ 205.00 | $ 348.50 | Meeting with management re: new / discontinued products |
| O'Callaghan | Bankruptcy Consulting | 07/25/19 | 0.5 | $ 205.00 | $ 102.50 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 07/25/19 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: cap ex |
| O'Callaghan | Bankruptcy Consulting | 07/25/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing status of overseas inventory and royalty agreement |
| O'Callaghan | Bankruptcy Consulting | 07/26/19 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: overtime and staffing |
| O'Callaghan | Bankruptcy Consulting | 07/26/19 | 2.3 | $ 205.00 | $ 471.50 | Analyzing rolling 12 month finished vs raw materials inventory levels |
| O'Callaghan | Bankruptcy Consulting | 07/26/19 | 0.2 | $ 205.00 | $ 41.00 | Call with management re: personnel issues |
| O'Callaghan | Bankruptcy Consulting | 07/29/19 | 0.6 | $ 205.00 | $ 123.00 | Conference call with prospective safety expert |
| O'Callaghan | Bankruptcy Consulting | 07/29/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing weekly payroll information |
| O'Callaghan | Bankruptcy Consulting | 07/31/19 | 3.7 | $ 205.00 | $ 758.50 | Meeting with management and staff at Duro Dyne Ohio facility to discuss distribution center operations |
| | **Bankruptcy Consulting Total** | | **33.7** | | **$ 6,908.50** | |
| Podgainy | Confirmation Issues | 07/11/19 | 0.1 | $ 445.00 | $ 44.50 | Tele conv w/ T Freedman re: update on confirmation status |
| Podgainy | Confirmation Issues | 07/16/19 | 0.5 | $ 445.00 | $ 222.50 | Review of judge's decision .2 and related correspondence w/ counsel, C O'Callaghan, P Rossetto and W Hinden .3 |
| Podgainy | Confirmation Issues | 07/19/19 | 0.2 | $ 445.00 | $ 89.00 | Correspondence w/ J Prol and A Wein re: update on Plan confirmation process with the district court |
| Podgainy | Confirmation Issues | 07/24/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Prol re: update on confirmation process with District Court, and feedback from Committee and FCR |
| Podgainy | Confirmation Issues | 07/30/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Prol re: confirmation status |
| Podgainy | Confirmation Issues | 07/31/19 | 0.3 | $ 445.00 | $ 133.50 | Brief review of objection to confirmation .2 and related correspondence w/ J Prol and A Wein .1 |
| O'Callaghan | Confirmation Issues | 07/16/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing judge's recommendation for confirmation .6 and related correspondence .1 |
| | **Confirmation Issues Total** | | **2.0** | | **$ 722.00** | |
| Podgainy | Creditor Committee Matter | 07/02/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Sinclair re: 2018 financial information |
| Podgainy | Creditor Committee Matter | 07/16/19 | 0.2 | $ 445.00 | $ 89.00 | Review of draft accountant-prepared financials .1 and related correspondence w/ J Sinclair .1 |
| Podgainy | Creditor Committee Matter | 07/26/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Sinclair re: pension question |
| O'Callaghan | Creditor Committee Matter | 07/29/19 | 0.4 | $ 205.00 | $ 82.00 | Reviewing information request from Committee Financial Advisor |
| | **Creditor Committee Matter Total** | | **0.8** | | **$ 260.00** | |
| O'Callaghan | DIP Financing | 07/01/19 | 4.2 | $ 205.00 | $ 861.00 | Updating weekly cash flow comparative and 13 week projection |
| O'Callaghan | DIP Financing | 07/01/19 | 0.6 | $ 205.00 | $ 123.00 | Call with M. Podgainy re: cash flow .5 and related correspondence .1 |
| O'Callaghan | DIP Financing | 07/01/19 | 1.2 | $ 205.00 | $ 246.00 | Call with management re: open orders / backlog |
| O'Callaghan | DIP Financing | 07/01/19 | 1.1 | $ 205.00 | $ 225.50 | Updating weekly booking and shipment report |
| Podgainy | DIP Financing | 07/01/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: answers to questions about the latest cash flow forecast |
| Podgainy | DIP Financing | 07/01/19 | 0.5 | $ 445.00 | $ 222.50 | Tele conv w/ C O'Callaghan re: latest cash flow forecast and action plan |
| Podgainy | DIP Financing | 07/01/19 | 0.2 | $ 445.00 | $ 89.00 | Tele conv w/ J Prol re: latest DIP cash flow forecast and implications |
| Podgainy | DIP Financing | 07/01/19 | 0.1 | $ 445.00 | $ 44.50 | Review of latest booking/shipping report |
| Podgainy | DIP Financing | 07/01/19 | 0.3 | $ 445.00 | $ 133.50 | Review of latest cash flow AvB and 13-week forecast .2 and related correspondence w/ C O'Callaghan .1 |
| Podgainy | DIP Financing | 07/02/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ W Hinden re: cash flow forecast |
| O'Callaghan | DIP Financing | 07/03/19 | 1.1 | $ 205.00 | $ 225.50 | Call with management re: open orders / backlog |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
JULY 1, 2019 - JULY 31, 2019
TIME DETAIL - JULY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 07/08/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 07/08/19 | 2.6 | $ 205.00 | $ 533.00 | Reviewing weekly disbursements and comparing to budget |
| O'Callaghan | DIP Financing | 07/09/19 | 1.4 | $ 205.00 | $ 287.00 | Updating weekly shipment and order information |
| O'Callaghan | DIP Financing | 07/09/19 | 2.9 | $ 205.00 | $ 594.50 | Updating cash flow projections |
| O'Callaghan | DIP Financing | 07/10/19 | 2.8 | $ 205.00 | $ 574.00 | Finalizing cash flow projections |
| O'Callaghan | DIP Financing | 07/10/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 07/11/19 | 0.5 | $ 205.00 | $ 102.50 | Call with M. Podgainy re: cash flow forecast .4 and related correspondence .1 |
| O'Callaghan | DIP Financing | 07/11/19 | 0.6 | $ 205.00 | $ 123.00 | Responding to board members' inquiries re: cash flow |
| O'Callaghan | DIP Financing | 07/11/19 | 1.8 | $ 205.00 | $ 369.00 | Analyzing multiple cash flow scenarios and effect on cash |
| Podgainy | DIP Financing | 07/11/19 | 0.8 | $ 445.00 | $ 356.00 | Review of latest cash flow forecast and actual vs. budget .4 and related tele conv w/ C O'Callaghan .4 |
| Podgainy | DIP Financing | 07/11/19 | 0.1 | $ 445.00 | $ 44.50 | Email correspondence w/ W Hinden and C O'Callaghan re: cash flow forecast questions |
| O'Callaghan | DIP Financing | 07/12/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 07/15/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: open orders and backlog |
| O'Callaghan | DIP Financing | 07/15/19 | 0.7 | $ 205.00 | $ 143.50 | Updating weekly shipment and bookings information |
| O'Callaghan | DIP Financing | 07/15/19 | 1.6 | $ 205.00 | $ 328.00 | Reviewing prior week's cash disbursements and receipts |
| O'Callaghan | DIP Financing | 07/15/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with accounting staff re: planned cash disbursements for week |
| O'Callaghan | DIP Financing | 07/16/19 | 2.2 | $ 205.00 | $ 451.00 | Updating cash flow projection |
| O'Callaghan | DIP Financing | 07/17/19 | 1.6 | $ 205.00 | $ 328.00 | Finalizing 13 week cash flow projection |
| O'Callaghan | DIP Financing | 07/17/19 | 1.0 | $ 205.00 | $ 205.00 | Meeting with management re: open orders and backlog |
| Podgainy | DIP Financing | 07/18/19 | 0.2 | $ 445.00 | $ 89.00 | Review of booking/shipping report and related correspondence w/ C O'Callaghan |
| O'Callaghan | DIP Financing | 07/19/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: open orders and backlog |
| O'Callaghan | DIP Financing | 07/22/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: orders and shipments |
| O'Callaghan | DIP Financing | 07/22/19 | 1.2 | $ 205.00 | $ 246.00 | Updating weekly cash comparative |
| O'Callaghan | DIP Financing | 07/23/19 | 1.3 | $ 205.00 | $ 266.50 | Preparing report on weekly shipments |
| Podgainy | DIP Financing | 07/23/19 | 0.1 | $ 445.00 | $ 44.50 | Review of weekly booking/shipping report |
| O'Callaghan | DIP Financing | 07/24/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: orders and shipments |
| O'Callaghan | DIP Financing | 07/24/19 | 2.2 | $ 205.00 | $ 451.00 | Updating cash flow forecast |
| O'Callaghan | DIP Financing | 07/26/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: orders and shipments |
| O'Callaghan | DIP Financing | 07/29/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open orders and backlog |
| O'Callaghan | DIP Financing | 07/29/19 | 1.6 | $ 205.00 | $ 328.00 | Updating weekly cash projection to actual comparison |
| O'Callaghan | DIP Financing | 07/29/19 | 1.9 | $ 205.00 | $ 389.50 | Updating 13 week cash flow projection |
| O'Callaghan | DIP Financing | 07/29/19 | 1.0 | $ 205.00 | $ 205.00 | Preparing weekly report on shipments and orders |
| O'Callaghan | DIP Financing | 07/30/19 | 1.0 | $ 205.00 | $ 205.00 | Reviewing weekly disbursements vs. cash position |
| Podgainy | DIP Financing | 07/30/19 | 0.1 | $ 445.00 | $ 44.50 | Review of booking/shipping report |
| | **DIP Financing Total** | | **52.0** | | **$ 11,284.00** | |
| Podgainy | Fee / Employment Application | 07/01/19 | 0.4 | $ 445.00 | $ 178.00 | Finalized May fee statement and sent to counsel for filing |
| Podgainy | Fee / Employment Application | 07/18/19 | 2.2 | $ 445.00 | $ 979.00 | Preparation of time detail and initial preparation of narrative for May 2019 fee application |
| | **Fee / Employment Application Total** | | **2.6** | | **$ 1,157.00** | |
| O'Callaghan | Monthly Operating Report | 07/18/19 | 1.1 | $ 205.00 | $ 225.50 | Updating schedule of professional fees |
| O'Callaghan | Monthly Operating Report | 07/18/19 | 1.5 | $ 205.00 | $ 307.50 | Drafting June MOR |
| O'Callaghan | Monthly Operating Report | 07/19/19 | 3.1 | $ 205.00 | $ 635.50 | Preparation of schedule of cash receipts and disbursements for the June MOR |
| O'Callaghan | Monthly Operating Report | 07/20/19 | 4.2 | $ 205.00 | $ 861.00 | Updating June MOR draft |
| O'Callaghan | Monthly Operating Report | 07/22/19 | 5.3 | $ 205.00 | $ 1,086.50 | Finalizing June Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 07/24/19 | 0.7 | $ 205.00 | $ 143.50 | Preparing schedule of US Trustee quarterly fees |
| | **Monthly Operating Report Total** | | **15.9** | | **$ 3,259.50** | |

**Getzler Henrich & Associates LLC**

JULY 1, 2019 - JULY 31, 2019

**DURO DYNE (DIP)**
**TIME DETAIL -JULY 2019**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Supplier Issues | 07/03/19 | 0.2 | $ 205.00 | $ 41.00 | Call with insurance broker re: D&O policy |
| O'Callaghan | Supplier Issues | 07/03/19 | 0.2 | $ 205.00 | $ 41.00 | Processing D&O payment |
| O'Callaghan | Supplier Issues | 07/16/19 | 0.7 | $ 205.00 | $ 143.50 | Conference call with vendor |
| O'Callaghan | Supplier Issues | 07/19/19 | 1.7 | $ 205.00 | $ 348.50 | Drafting application for D&O renewal |
| O'Callaghan | Supplier Issues | 07/24/19 | 0.4 | $ 205.00 | $ 82.00 | Researching vendor credit hold |
| O'Callaghan | Supplier Issues | 07/25/19 | 0.6 | $ 205.00 | $ 123.00 | Call with outside financial advisor (Merrill Lynch) re: pension plan |
| O'Callaghan | Supplier Issues | 07/29/19 | 0.4 | $ 205.00 | $ 82.00 | Meeting with accounting staff re: status of vendor payments |
| O'Callaghan | Supplier Issues | 07/30/19 | 4.4 | $ 205.00 | $ 902.00 | Off-site meeting with vendor re: pricing |
| O'Callaghan | Supplier Issues | 07/30/19 | 2.1 | $ 205.00 | $ 430.50 | Off-site meeting with second vendor re: building relationship |
| O'Callaghan | Supplier Issues | 07/31/19 | 2.3 | $ 205.00 | $ 471.50 | On-site vendor meeting to discuss current issues |
| O'Callaghan | Supplier Issues | 07/31/19 | 2.9 | $ 205.00 | $ 594.50 | Visit to second vendor to discuss key issues |
| | **Supplier Issues Total** | | **15.9** | | **$ 3,259.50** | |
| O'Callaghan | Travel | 07/08/19 | 0.8 | $ 102.50 | $ 82.00 | Travel to client |
| O'Callaghan | Travel | 07/11/19 | 1.1 | $ 102.50 | $ 112.75 | Travel from client |
| O'Callaghan | Travel | 07/22/19 | 0.5 | $ 102.50 | $ 51.25 | Travel to client |
| O'Callaghan | Travel | 07/25/19 | 0.7 | $ 102.50 | $ 71.75 | Travel from client |
| O'Callaghan | Travel | 07/29/19 | 0.5 | $ 102.50 | $ 51.25 | Travel to client |
| O'Callaghan | Travel | 07/15/19 | 0.8 | $ 102.50 | $ 82.00 | Travel to client |
| O'Callaghan | Travel | 07/18/19 | 1.1 | $ 102.50 | $ 112.75 | Travel from client |
| | **Travel Total** | | **5.5** | | **$ 563.75** | |
| | **Grand Total** | | **169.1** | | **$ 35,757.75** | |

# EXHIBIT B

**Getzler Henrich & Associates LLC**     JULY 1 - JULY 31, 2019     **DURO DYNE (DIP)**
**EXPENSE DETAIL JULY 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| Podgainy | Telecommunications | Telephone / Cell Phone | 07/12/19 | $ 10.00 | Telecom charges for the 5/22-6/21 period |
| | **Telecommunications Total** | | | **$ 10.00** | |
| O'Callaghan | Transportation | Auto Expense - Mileage | 07/08/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 07/08/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 07/08/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 07/08/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 07/09/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 07/10/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 07/11/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 07/11/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 07/11/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/15/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/15/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/15/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/15/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/16/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/17/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/18/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/18/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/18/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/22/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/22/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/22/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/22/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/23/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/24/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/25/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/25/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/25/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/29/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/29/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 07/29/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 07/29/19 | $ 24.94 | Mileage from client |
| | **Transportation Total** | | | **$ 881.38** | |
| | **Grand Total** | | | **$ 891.38** | |