| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com<br>*Co-counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF**
**CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR THE**
**PERIOD FROM JULY 1, 2019, THROUGH JULY 31, 2019**

Charter Oak Financial Consultants, LLC, ("**Charter Oak**" or the "**Applicant**"), financial advisor for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this ninth monthly fee statement[2] for the period commencing July 1, 2019, through July 31, 2019 (the "**Ninth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of*

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 338).

*Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

Pursuant to the Interim Compensation Order, responses to the Ninth Fee Statement, if any, are due by September 4, 2019.

Dated:  August 25, 2019  By: */s/ James P. Sinclair*
James P. Sinclair
Senior Managing Director
Charter Oak Financial Consultants, LLC
430 Center Ave.
Mamaroneck, NY 10543
Telephone:  (914) 372-1874
Facsimile: (914) 930-6867
jsinclair@charteroakfc.com

*Financial Advisor for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Charter Oak Financial Consultants, LLC |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746
RETENTION ORDER(S) ATTACHED AS EXHIBIT C

**NINTH MONTHLY FEE STATEMENT[2] OF
CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR THE
PERIOD FROM JULY 1, 2019, THROUGH JULY 31, 2019**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $248,846.50 | $448.55 |
| TOTAL ALLOWED TO DATE | $142,248.50 | $366.25 |
| TOTAL RETAINER (IF APPLICABLE) [3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $21,319.60 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $224,879.50 | $410.65 |
| | | |
| FEE TOTALS – PAGE 2 | $31,563.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $36.90 | |
| TOTAL FEE APPLICATION | $31,599.90 | |
| MINUS 20% HOLDBACK | $6,312.60 | |
| AMOUNT SOUGHT AT THIS TIME | $25,287.30 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 338).

[3] As disclosed in its Retention Application, Charter Oak held a retainer left over from prepetition services in the amount of $38,291.00 (the "Retainer"). The Retainer has been applied to fees and expense requested and approved to date, and the Total Received By Applicant amount reflects the drawing down of the entire retainer amount of $38,291.00 plus payment received from the Debtors in the amount of $186,999.15.

| NAME OF PROFESSIONAL & TITLE | YEARS EXPERIENCE | HOURS | RATE | FEE |
|---|---|---|---|---|
| James P. Sinclair, Senior Managing Director | 45+ | 24.4 | $870 | $21,228.00 |
| Gibbons H. Sinclair, Director | 11+ | 15.9 | $650 | $10,335.00 |
| **TOTAL FEES** | | | | **$31,563.00** |
| **PROFESSIONAL BLENDED RATE** | | | **$760** | |

## SECTION II
## SUMMARY OF SERVICES

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| **(h) Fee Applications** | 0.50 | $325.00 |
| **(m) Plan and Disclosure Statement** | 5.40 | $4,324.00 |
| **(o) Accounting and Auditing** | 34.40 | $26,914.00 |
| **SERVICE TOTALS** | **40.30** | **$31,563.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| **DISBURSEMENTS** | **AMOUNT** |
|---|---|
| **Computer Assisted Research** | $36.90 |
| **DISBURSEMENTS TOTAL** | **$36.90** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258].  See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)    Charter Oak analyzed Monthly Operating Reports of Debtor for due diligence and plan implementation purposes;

2

    b)     Charter Oak analyzed quarterly and year-end financial statement and of the Debtors, drafted related memoranda, and prepared for conference call with Debtors' financial advisor, and;

    c)     Charter Oak drafted a monthly fee application.

(5)     ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)     ADMINISTRATION EXPENSES: (unknown at this time)
    (B)     SECURED CREDITORS: (unknown at this time)
    (C)     PRIORITY CREDITORS: (unknown at this time)
    (D)     GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)     FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: August 25, 2019                           */s/ James P. Sinclair*
                                                                  Signature

# EXHIBIT A

Charter Oak Financial Consultants, LLC - Duro Dyne  
Services Rendered during the Period July 1, 2019 through July 31, 2019

Exhibit A

| Date | Staff | Description | Hours | 2019 Rate | Amount |
|---|---|---|---|---|---|
| **Fee Applications** | | | | | |
| 22-Jul-19 | GS | Draft Monthly Fee Application (partial). | 0.50 | $650.00 | $ 325.00 |
| | | Total Fee Applications | 0.50 | | $ 325.00 |
| **Plan and Disclosure Statement** | | | | | |
| 1-Jul-19 | JS | Review, analyze financial agreements. | 2.80 | $870.00 | $ 2,436.00 |
| 1-Jul-19 | JS | Calls with G. Sinclair regarding financial analysis. | 0.90 | $870.00 | $ 783.00 |
| 1-Jul-19 | GS | Review and analyze Duro Dyne financial data; review memo from J. Sinclair. | 0.80 | $650.00 | $ 520.00 |
| 1-Jul-19 | GS | Calls with J Sinclair regarding financial analysis. | 0.90 | $650.00 | $ 585.00 |
| | | Total Plan and Disclosure Statement | 5.40 | | $ 4,324.00 |
| **Accounting/Auditing** | | | | | |
| 2-Jul-19 | JS | Review, analyze May 2019 MOR, update and revise exhibit schedules. | 3.10 | $870.00 | $ 2,697.00 |
| 2-Jul-19 | JS | Write memorandum with exhibits to ACC counsel regarding May 2019 MOR and year-to-date financial results. | 0.50 | $870.00 | $ 435.00 |
| 2-Jul-19 | JS | Call with G. Sinclair regarding MOR for May 2019. | 0.10 | $870.00 | $ 87.00 |
| 2-Jul-19 | GS | Review May 2019 MOR and related memorandum (.4); call with J. Sinclair (.1). | 0.50 | $650.00 | $ 325.00 |
| 25-Jul-19 | JS | Review, analyze, reconcile 2018 financial statements. | 4.30 | $870.00 | $ 3,741.00 |
| 26-Jul-19 | JS | Write memorandum in preparation for conference call with Podgainy regarding financial data. | 1.60 | $870.00 | $ 1,392.00 |
| 26-Jul-19 | GS | Review and analysis of monthly and year-end 2018 Duro Dyne financials. | 3.30 | $650.00 | $ 2,145.00 |
| 29-Jul-19 | JS | Review, analyze financial data for 2018 and prior years in preparation for conference call with Podgainy. | 2.20 | $870.00 | $ 1,914.00 |
| 29-Jul-19 | JS | Calls (2) with G. Sinclair regarding financial data in preparation for conference call with Podgainy. | 0.60 | $870.00 | $ 522.00 |
| 29-Jul-19 | GS | Review 2018 Duro Dyne financials. | 1.50 | $650.00 | $ 975.00 |
| 29-Jul-19 | GS | Calls with J. Sinclair regarding 2018 Duro Dyne financials. | 0.60 | $650.00 | $ 390.00 |
| 30-Jul-19 | JS | Review, analyze June 2018 MOR and 2nd quarter 2018 financials. | 3.10 | $870.00 | $ 2,697.00 |
| 30-Jul-19 | JS | Calls (2) with G Sinclair regarding June 2018 MOR. | 0.20 | $870.00 | $ 174.00 |
| 30-Jul-19 | JS | Write memorandum with exhibits to counsel regarding June and 2Q18 financial results. | 1.90 | $870.00 | $ 1,653.00 |
| 30-Jul-19 | GS | Review 2018 Duro Dyne financials. | 0.70 | $650.00 | $ 455.00 |
| 30-Jul-19 | GS | Review reference materials related to review of 2018 Duro Dyne financials. | 0.80 | $650.00 | $ 520.00 |
| 30-Jul-19 | GS | Review and compare Duro Dyne MORs and call with J. Sinclair regarding same. | 0.50 | $650.00 | $ 325.00 |
| 31-Jul-19 | JS | Analyze financial data and review related materials in preparation for conference call with Podgainy. | 2.40 | $870.00 | $ 2,088.00 |
| 31-Jul-19 | JS | Calls (2) with G. Sinclair regarding financial data in preparation for conference call with Podgainy on 9/1/2019. | 0.70 | $870.00 | $ 609.00 |
| 31-Jul-19 | GS | Review year end 2016 and 2018 Duro Dyne financials. | 2.40 | $650.00 | $ 1,560.00 |
| 31-Jul-19 | GS | Draft materials regarding 2018 financials. | 2.70 | $650.00 | $ 1,755.00 |
| 31-Jul-19 | GS | Calls with J. Sinclair regarding 2018 year end financials. | 0.70 | $650.00 | $ 455.00 |
| | | Total Accounting/Auditing | 34.40 | | $ 26,914.00 |
| | | **Total Professional Hours and Fees** | **40.30** | | **$ 31,563.00** |

# **Exhibit B**

Charter Oak Financial Consultants, LLC - Duro Dyne                                                                                              Exhibit B
Out-Of-Pocket Expenses Incurred During the Period July 1, 2019 through July 31, 2019

| Date | Staff | Description | Amount |
|---|---|---|---|
| 31-Jul-19 | GS | Online Research - Pacer | $ 36.90 |

Total Expenses During the Period July 1, 2019 through July 31, 2019  $   36.90

# **Exhibit C**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**
John A. Fialcowitz, Esq.
THE LAW OFFICE OF JOHN A. FIALCOWITZ
89 Headquarters Plaza North, Ste. 1216
Morristown, New Jersey 07960
973.532.7208
John@fialcowitzlaw.com

*Proposed Local Counsel for the Official Committee of Asbestos Claimants*

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC AS THE COMMITTEE'S FINANCIAL ADVISOR, EFFECTIVE *NUNC PRO TUNC* AS OF OCTOBER 5, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

DATED: November 26, 2018

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective* Nunc Pro Tunc *as of October 5, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on November 6, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) Charter Oak Financial Consultants, LLC ("**Charter Oak**") does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Charter Oak; (ii) Charter Oak is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Charter Oak as its financial advisor should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Charter Oak as its financial advisor on the terms set forth in the Application, pursuant to §§ 105(a), 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of October 5, 2018;

3. Charter Oak shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:     3
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.