**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

## NINTH MONTHLY FEE STATEMENT OF THE LAW OFFICE
## OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF
## JULY 1, 2019 THROUGH JULY 31, 2019

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this ninth monthly fee statement[2] for the period commencing July 1, 2019 through July 31, 2019 (the "**Ninth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2]    Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Ninth Fee Statement, if any,

are due by September 4, 2019.

Dated:  August 25, 2019                              Respectfully submitted,

                                             **THE LAW OFFICE OF
                                             JOHN A. FIALCOWITZ, LLC**

                                             By: /s/ John A. Fialcowitz
                                                  John A. Fialcowitz
                                                  89 Headquarters Plaza North, Ste. 1216
                                                  Morristown, NJ 07960
                                                  Telephone: (973) 532-7208

                                                  *Local Counsel to the Office Committee of
                                                  Asbestos Claimants*

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

Debtor:  Duro Dyne National Corp., et al.[1]      Applicant:  The Law Office of John A. Fialcowitz, LLC

Case No.:  18-27963 (MBK)      Client:  Official Committee of Asbestos Claimants

Chapter:  11      Case Filed:  September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT B

**NINTH MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC FOR THE PERIOD FROM
JULY 1, 2019 THROUGH JULY 31, 2019**

| | SECTION 1 FEE SUMMARY | |
|---|---|---|
| | **FEES** | **EXPENSES** |
| TOTAL PREVIOUSLY REQUESTED | $59,995.00 | $3,502.95 |
| TOTAL ALLOWED TO DATE | $51,317.50 | $2,970.36 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | $7,979.21 | N/A |
| TOTAL RECEIVED BY APPLICANT | $51,150.88 | $2,970.36 |
| FEE TOTALS – PAGE 2 | $1,625.00 | |
| DISBURSEMENT TOTALS – PAGE 3 | | $90.20 |
| TOTAL FEE APPLICATION | | |
| MINUS 20% HOLDBACK | $325.00 | |
| AMOUNT SOUGHT AT THIS TIME | $1,390.20 | |

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 5.0 | $325.00 | $1,625.00 |
| **TOTAL FEES** | | | | **$1,625.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 1.6 | $520.00 |
| Financing | | |
| Litigation | 1.8 | $585.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 1.6 | $520.00 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| **SERVICE TOTALS:** | **5.0** | **$1,625.00** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | $90.20 (Alphagraphics) |
| Travel | |
| Other (specify): | |
| DISBURSEMENTS TOTALS: | $90.20 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257]. See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   (a)    LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period.

3

    (b)       Fialcowitz prepared and filed his eighth monthly fee statement;

    (c)       Fialcowitz assisted in the preparation, review and filing of the eighth monthly fee statements for other Committee professionals; and

    (d)       Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: August 25, 2019             Respectfully submitted,

                  **THE LAW OFFICE OF JOHN A.**
                  **FIALCOWITZ, LLC**

           By:    /s/ John A. Fialcowitz
                John A. Fialcowitz
                89 Headquarters Plaza North, Suite 1216
                Morristown, NJ 07960
                Telephone (973) 532-7208
                Email: john@fialcowitzlaw.com

# EXHIBIT A

## DURO DYNE NATIONAL CORP.

**Services and Disbursements Related to Serving as Local Counsel to the
Official Committee of Asbestos Claimants
July 1, 2019 through July 31, 2019**

| **Description of Services** | **Time** | **Charge** |
|---|---|---|
| Preparation and filing of certification of no objection – Fialcowitz monthly fee statement (7/8/19) | .2 | $65.00 |
| Preparation and filing of certification of no objection – Gilbert monthly fee statement (7/8/19) | .2 | $65.00 |
| Preparation and filing of certification of no objection – Charter Oak monthly fee statement (7/8/19) | .2 | $65.00 |
| Review and filing of certification of no objection – Caplin & Drysdale (7/8/19) | .1 | $32.50 |
| Respond to request from Judge Kaplan's chambers for proposed form of orders (7/11/19) | .8 | $260.00 |
| Review findings of fact and conclusions of law for confirmation; update Caplin team (7/16/19) | .7 | $227.50 |
| Preparation of monthly fee statement (eighth) (7/24/19) | 1.4 | $455.00 |
| Draft e-mail to Gilbert re: monthly fee statement (7/24/19) | .1 | $32.50 |
| Review and file Gilbert's eighth monthly fee statement (7/25/19) | .3 | $97.50 |
| Review and file Caplin & Drysdale's eighth monthly fee statement (7/25/19) | .3 | $97.50 |
| Review and file Charter Oak's eighth monthly fee statement (7/25/19) | .3 | $97.50 |

Review and respond to Caplin team e-mails
(7/25/19)                                          .2                              $65.00

Preparation of certification of service
(7/26/19)                                          .2                              $65.00
                                                   5.0                             $1,625.00


**Description of Disbursement**                                         **Charge**
Alphagraphics charges for filing related copies/second
fee statements for Caplin, Gilbert, Charter Oak and
Fialcowitz                                                              $90.20

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Proposed Co-Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

In re:

Duro Dyne National Corp., *et al.* [1]

Case No. 18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

DATED: November 8, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-27963-MBK    Doc 836    Filed 08/25/19    Entered 08/25/19 17:52:55    Desc Main
Document    Page 12 of 13
Case 18-27963-MBK    Doc 798    Filed 07/25/19    Entered 07/25/19 10:36:06    Desc Main
Document    Page 2 of 3
Case 18-27963-MBK    Doc 25    Filed 08/18    Entered 11/09/18 14:28:19    Desc Main
Document    Page 2 of 3

Page:      2
Debtor:    Duro Dyne National Corp., et al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
           Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Fialcowitz does not represent any person or entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1.    The Application is **GRANTED** as set forth herein.

2.    The Committee is authorized to employ and retain Fialcowitz, effective as of the Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3.    Fialcowitz shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Case 18-27963-MBK    Doc 836    Filed 08/25/19    Entered 08/25/19 17:52:55    Desc Main
Case 18-27963-MBK    Doc 798    Filed 07/25/19    Entered 07/25/19 10:36:06    Desc Main
Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
Document      Page 13 of 13
Document      Page 13 of 13
Document      Page 3 of 3

Page:      3
Debtor:    Duro Dyne National Corp., et al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
           Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or is otherwise waived.

5.      The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of the Order.