| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC | CAPLIN & DRYSDALE, CHARTERED |
| John A. Fialcowitz | James P. Wehner (admitted *pro hac vice*) |
| 89 Headquarters Plaza | Jeffrey A. Liesemer (admitted *pro hac vice*) |
| North Suite 1216 | One Thomas Circle, N.W., Suite 1100 |
| Morristown, NJ 07960 | Washington, D.C. 20005 |
| Telephone: (973) 813-7227 | Telephone: (202) 862-5000 |
| john@fialcowitzlaw.com | jwehner@capdale.com |
| | jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NINTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED**
**FOR THE PERIOD FROM JULY 1, 2019, THROUGH JULY 31, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this ninth monthly fee statement[2] for the period commencing July 1, 2019, through July 31, 2019 (the "**Ninth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Ninth Fee Statement, if any, are due by September 4, 2019.

Dated: August 25, 2019	By: /s/ James P. Wehner
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**NINTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED
FOR THE PERIOD FROM JULY 1, 2019, THROUGH JULY 31, 2019**

**SECTION 1**
**FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,390,130.50 | $24,206.71 |
| TOTAL ALLOWED TO DATE | $979,784.50 | $19,772.83 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $82,069.20 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,257,184.10 | $24,121.47 |
| | | |
| FEE TOTALS – PAGE 2 | $59,269.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $1,209.62 | |
| TOTAL FEE APPLICATION | $60,479.12 | |
| MINUS 20% HOLDBACK | $11,853.90 | |
| AMOUNT SOUGHT AT THIS TIME | $48,625.22 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 12.8 | $840 | $10,752.00 |
| Kevin C. Maclay, Member | 1994 | 17.2 | $775 | $13,330.00 |
| James P. Wehner, Member | 1995 | 29.0 | $735 | $21,315.00 |
| Todd E. Phillips, Member | 2005 | 1.8 | $640 | $1,152.00 |
| Jeffrey A. Liesemer, Member | 1993 | 13.3 | $735 | $9,775.50 |
| Cecilia Guerrero, Paralegal | N/A | 8.2 | $325 | $2,665.00 |
| Brigette A. Wolverton, Paralegal | N/A | 1.0 | $280 | $280.00 |
| **TOTAL FEES** | | **83.3** | | **$59,269.50** |
| **ATTORNEY BLENDED RATE** | | | **$711.52** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| (.01) Asset Analysis and Recovery | 0.0 | $0.00 |
| (.03) Business Operations | 0.0 | $0.00 |
| (.04) Case Administration | 0.0 | $0.00 |
| (.05) Claims Administration and Objections | 0.0 | $0.00 |
| (.07) Fee Applications-Self | 5.5 | $2,115.50 |
| (.09) Financing | 0.0 | $0.00 |
| (.10) Litigation | 0.0 | $0.00 |
| (.11) Plan and Disclosure Statement | 68.3 | $50,802.50 |
| (.12) Relief from Stay Proceedings | 0.0 | $0.00 |
| (.13) Tax Issues | 0.0 | $0.00 |
| (.15) Committee Meetings/Conferences | 7.3 | $5,672.50 |
| (.16) Travel Time | 0.0 | $0.00 |
| (.17) Docket Review & File Maintenance | 0.8 | $224.00 |
| (.18) Fee Applications-Others | 1.4 | $455.00 |
| (.19) Retention Applications-Others | 0.0 | $0.00 |
| (.20) Retention Applications-Self | 0.0 | $0.00 |
| (.22) Review Fee Application-Other Parties | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **83.3** | **$59,269.50** |

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $235.88 |
| **Conference Call Charges** | $170.44 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $802.70 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.60 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$1,209.62** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Caplin & Drysdale analyzed Plan issues, developed strategies for the Plan and related materials, and reviewed and analyzed court decisions and pleadings;

    b) Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

    c) Caplin & Drysdale prepared and filed its monthly fee application;

    d) Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

    e) Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

      f)      Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

      (A)    ADMINISTRATION EXPENSES: (unknown at this time)
      (B)    SECURED CREDITORS: (unknown at this time)
      (C)    PRIORITY CREDITORS: (unknown at this time)
      (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  August 25, 2019                                  /s/ James P. Wehner
                                                               Signature

# EXHIBIT A

**Caplin & Drysdale**
ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

August 22, 2019
Invoice #: 321764
Page: 1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through July 31, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.07** | **Fee Applications-Self** | | | | |
| 7/3/2019 | CG | Review and revise monthly fee statement. | 1.1 | $325.00 | $357.50 |
| 7/16/2019 | CG | Review and revise monthly fee statement and draft accompanying exhibits. | 1.9 | $325.00 | $617.50 |
| 7/18/2019 | JPW | Review monthly. | 0.5 | $735.00 | $367.50 |
| 7/19/2019 | JPW | Review and revise monthly. | 0.3 | $735.00 | $220.50 |
| 7/22/2019 | CG | Review, revise and finalize monthly (1.1); communication w/ local counsel re same (.1). | 1.2 | $325.00 | $390.00 |
| 7/29/2019 | CG | Draft and finalize certificate of no objection (.4); communication w/ local counsel re same (.1). | 0.5 | $325.00 | $162.50 |
| | | Total | 5.50 | | $2,115.50 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/1/2019 | JAL | Meet with JPW re plan issues. | 0.2 | $735.00 | $147.00 |
| 7/1/2019 | JPW | Meet with JAL re plan issues. | 0.2 | $735.00 | $147.00 |
| 7/1/2019 | JPW | Draft outline re UST response. | 3.9 | $735.00 | $2,866.50 |
| 7/2/2019 | ACM | Review UST filing (1.2); exchange e-mails re call to discuss same (.1); conference JPW, KCM, JAL re same (.5). | 1.7 | $840.00 | $1,428.00 |
| 7/2/2019 | JAL | Review and analysis of UST filing (1.7); confer with ACM, JPW, and KCM re same (0.5). | 2.2 | $735.00 | $1,617.00 |
| 7/2/2019 | JPW | Review and analyze UST filing (2.6); draft response re same (2.0); meet with ACM, JAL, KCM re same (.5). | 5.1 | $735.00 | $3,748.50 |
| 7/2/2019 | KCM | Review/analyze UST filing. | 0.4 | $775.00 | $310.00 |
| 7/2/2019 | KCM | Meet with ACM, JPW and JAL re UST filing. | 0.5 | $775.00 | $387.50 |

August 22, 2019
Invoice #:    321764

Page:    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 7/3/2019 | ACM | Exchange e-mails re UST issues (.2); teleconference Debtors, FCR, KCM, JPW, and JAL re same (.2). | 0.4 | $840.00 | $336.00 |
| 7/3/2019 | JAL | Email JPW, ACM, and KCM re UST issues (0.2); teleconference with Debtors, FCR, ACM, KCM, and JPW re same (0.2). | 0.4 | $735.00 | $294.00 |
| 7/3/2019 | JPW | Emails re plan issues (0.8); teleconference Debtors, FCR, ACM, KCM, and JAL re UST brief (0.2); meet with KCM re plan issues (0.3). | 1.3 | $735.00 | $955.50 |
| 7/3/2019 | KCM | Meet with JPW re case status and strategy (.3); teleconference with Debtors, FCR, ACM, JPW, and JAL re UST and plan issues (.2). | 0.5 | $775.00 | $387.50 |
| 7/3/2019 | KCM | Emails with ACM, JPW and JAL re UST and plan issues. | 0.5 | $775.00 | $387.50 |
| 7/3/2019 | KCM | Review/analyze UST filing and related materials. | 1.9 | $775.00 | $1,472.50 |
| 7/8/2019 | ACM | Exchange e-mails re UST issues. | 0.1 | $840.00 | $84.00 |
| 7/8/2019 | JAL | Correspondence re next steps. | 0.2 | $735.00 | $147.00 |
| 7/8/2019 | JPW | Emails re plan issues. | 0.3 | $735.00 | $220.50 |
| 7/9/2019 | JAL | Meet with JPW and KCM re plan issues. | 0.3 | $735.00 | $220.50 |
| 7/9/2019 | JPW | Emails re plan issues (1.1); meet with KCM and JAL re plan issues (0.3). | 1.4 | $735.00 | $1,029.00 |
| 7/9/2019 | KCM | Meet with JPW and JAL re plan issues. | 0.3 | $775.00 | $232.50 |
| 7/9/2019 | KCM | Review/analyze materials re UST issues. | 0.9 | $775.00 | $697.50 |
| 7/9/2019 | KCM | Review/analyze correspondence re case status and next steps. | 0.2 | $775.00 | $155.00 |
| 7/11/2019 | JPW | Emails re plan issues. | 0.7 | $735.00 | $514.50 |
| 7/12/2019 | ACM | Conference KCM re UST issues. | 0.2 | $840.00 | $168.00 |
| 7/12/2019 | KCM | Meet with ACM re UST issues. | 0.2 | $775.00 | $155.00 |
| 7/12/2019 | KCM | Review/analyze materials re UST issues and plan/prepare next steps. | 0.7 | $775.00 | $542.50 |
| 7/16/2019 | ACM | Review proposed FOF and revised trust documents (1.0); exchange e-mails re same (.1); teleconference JPW, KCM re same (.1); conference JPW re same (.3); meeting with JPW, KCM, JAL re same (.4). | 1.9 | $840.00 | $1,596.00 |
| 7/16/2019 | JAL | Review and analysis of materials re FOF (2.2); conferences with JPW, KCM, and ACM re same (0.4). | 2.6 | $735.00 | $1,911.00 |
| 7/16/2019 | JPW | Review proposed FOF and COL (2.7); meet with ACM, JAL, KCM re same (0.4); emails re same (0.4); teleconference ACM, KCM re same (0.1); conference ACM re same (0.3). | 3.9 | $735.00 | $2,866.50 |

August 22, 2019
Invoice #:   321764

Page:   3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 7/16/2019 | KCM | Review/analyze FOF/COL and related materials (2.6); teleconference JPW, ACM re same (.1); meet with TEP re same (.2); meet with ACM, JPW and JAL re same (.4). | 3.3 | $775.00 | $2,557.50 |
| 7/16/2019 | TEP | Confer w/ KCM re FOF and COL. | 0.2 | $640.00 | $128.00 |
| 7/16/2019 | BAW | Prepare materials re plan and disclosure statement. | 0.2 | $280.00 | $56.00 |
| 7/17/2019 | ACM | Exchange e-mails re trust issues (.2); meeting with KCM, JPW, JAL, and TEP (partial) re same (1.1); review proposed FOF and related materials (1.5). | 2.8 | $840.00 | $2,352.00 |
| 7/17/2019 | JAL | Confer with ACM, KCM, JPW, and TEP (partial) re confirmation rulings (1.1); review correspondence re same (0.1). | 1.2 | $735.00 | $882.00 |
| 7/17/2019 | JPW | Analyze FOF and COL (1.5); meet with ACM, KCM, JAL, and TEP (partial) re same (1.1); meet with CG re analysis (0.2); emails re plan issue (0.3). | 3.1 | $735.00 | $2,278.50 |
| 7/17/2019 | KCM | Review/analyze FOF/COL and related materials (1.6); meet with ACM, JPW, JAL and TEP (partial) re trust issues and case status (1.1). | 2.7 | $775.00 | $2,092.50 |
| 7/17/2019 | TEP | Attend meeting w/ ACM, JPW, KCM, and JAL re FOF (partial). | 1.0 | $640.00 | $640.00 |
| 7/17/2019 | CG | Prepare materials re trust documents (1.9); meet w/ JPW re same (.2). | 2.1 | $325.00 | $682.50 |
| 7/18/2019 | ACM | Review FOF and trust documents (1.6); meeting with KCM, JPW, TEP re same (.1); teleconference E. Harron, KCM, TEP re same (.3); conference KCM, TEP re same (.1); prepare outline of issues (.8). | 2.9 | $840.00 | $2,436.00 |
| 7/18/2019 | JAL | Review materials re confirmation ruling (0.9); analysis of related materials (1.4); meet with JPW re same (.3). | 2.6 | $735.00 | $1,911.00 |
| 7/18/2019 | JPW | Meeting with ACM, KCM, TEP re FOF and COL (0.1); teleconference J. Prol re case status (0.2); emails re plan issues (0.7); meet with KCM re plan issues (0.2); meet with JAL re plan issues (0.3). | 1.5 | $735.00 | $1,102.50 |
| 7/18/2019 | KCM | Teleconference with FCR, ACM, and TEP re FOF. | 0.3 | $775.00 | $232.50 |
| 7/18/2019 | KCM | Review/analyze materials re trust issues (.6); review communication and materials re plan issues (.3); meet with JPW re same (.2). | 1.1 | $775.00 | $852.50 |
| 7/18/2019 | KCM | Meeting with ACM, JPW, and TEP re FOF and COL (.1); conference ACM, TEP re same (.1). | 0.2 | $775.00 | $155.00 |
| 7/18/2019 | TEP | Meet w/ ACM, KCM, and JPW re FOF (.1); teleconference w/ FCR, ACM, and KCM re same (.3); conference KCM, ACM re same (.1). | 0.5 | $640.00 | $320.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 7/19/2019 | JPW | Emails re plan issues. | 0.3 | $735.00 | $220.50 |
| 7/19/2019 | TEP | Review communication re FOF. | 0.1 | $640.00 | $64.00 |
| 7/23/2019 | JAL | Call with C. Grear re next steps. | 0.1 | $735.00 | $73.50 |
| 7/24/2019 | ACM | Exchange e-mails re confirmation schedule. | 0.1 | $840.00 | $84.00 |
| 7/24/2019 | JAL | Call with J. Prol, E. Harron, and S. Kohut re next steps (0.6); correspondence re same (0.4); review and revise draft agreement (0.5). | 1.5 | $735.00 | $1,102.50 |
| 7/25/2019 | KCM | Review/analyze materials re UST issues. | 0.3 | $775.00 | $232.50 |
| 7/29/2019 | JPW | Emails re insurance issues. | 0.2 | $735.00 | $147.00 |
| 7/30/2019 | JAL | Review/analyze North River's objections to FOF (0.2); call with JPW and K. Quinn re insurance issues (0.2); email re same (0.1). | 0.5 | $735.00 | $367.50 |
| 7/30/2019 | JPW | Emails re insurance issues (0.4); teleconference K. Quinn and JAL re insurance issues (0.2). | 0.6 | $735.00 | $441.00 |
| 7/31/2019 | ACM | Review North River objection (.4); exchange e-mails re same (.1). | 0.5 | $840.00 | $420.00 |
| 7/31/2019 | JAL | Review/analyze materials related to objections to FOF and email re same. | 0.2 | $735.00 | $147.00 |
| 7/31/2019 | JPW | Review objections (2.3); emails re same (0.3); review financial expert analysis and emails re same (0.9); meet with KCM re appeal issue (0.3). | 3.8 | $735.00 | $2,793.00 |
| 7/31/2019 | KCM | Teleconference with FCR re UST issues (.1); meet with JPW re plan and UST issues (.3); review/analyze materials re same and plan/prepare next steps (.9). | 1.3 | $775.00 | $1,007.50 |
| | | **Total** | **68.30** | | **$50,802.50** |
| .15 | **Committee Meetings/Conferences** | | | | |
| 7/3/2019 | ACM | Teleconference JPW re Committee call. | 0.1 | $840.00 | $84.00 |
| 7/3/2019 | JAL | Review and comments on draft memo to Committee. | 0.1 | $735.00 | $73.50 |
| 7/3/2019 | JPW | Draft memo to Committee (.7); teleconference ACM re Committee call (.1). | 0.8 | $735.00 | $588.00 |
| 7/16/2019 | JPW | Communication to Committee re FOF and COL (0.6); meet with KCM re same (0.2). | 0.8 | $735.00 | $588.00 |
| 7/16/2019 | KCM | Meet with JPW re next steps and Committee communications (.2); review/analyze memo to Committee (.1). | 0.3 | $775.00 | $232.50 |
| 7/18/2019 | ACM | Teleconference JPW re Committee call (.1); exchange e-mails re same (.1). | 0.2 | $840.00 | $168.00 |
| 7/18/2019 | JPW | Teleconference ACM re Committee call. | 0.1 | $735.00 | $73.50 |
| 7/19/2019 | ACM | Exchange e-mails re Committee call. | 0.1 | $840.00 | $84.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .15 | **Committee Meetings/Conferences** | | | | |
| 7/22/2019 | ACM | Meeting with KCM, JAL re Committee call (.4); prepare for same (.8); participate in Committee call (.3); conference KCM, JAL re same (.2); exchange e-mails re same (.1). | 1.8 | $840.00 | $1,512.00 |
| 7/22/2019 | JAL | Review and analysis of materials re Committee call (0.3); conferences with ACM and KCM re same (0.6); Committee conference call (0.3). | 1.2 | $735.00 | $882.00 |
| 7/22/2019 | KCM | Plan/prepare for Committee meeting (.5); meetings with ACM and JAL re Committee meeting (.6); attend telephonic Committee meeting (.3). | 1.4 | $775.00 | $1,085.00 |
| 7/29/2019 | JPW | Meet with KCM re Committee call. | 0.2 | $735.00 | $147.00 |
| 7/29/2019 | KCM | Meet with JPW re Committee call. | 0.2 | $775.00 | $155.00 |
| | | **Total** | **7.30** | | **$5,672.50** |
| .17 | **Docket Review & File Maintenance** | | | | |
| 7/3/2019 | BAW | Review recent filings and update electronic case file. | 0.2 | $280.00 | $56.00 |
| 7/16/2019 | BAW | Review recent filings and update electronic case file. | 0.3 | $280.00 | $84.00 |
| 7/23/2019 | BAW | Review recent filings and update electronic case file. | 0.3 | $280.00 | $84.00 |
| | | **Total** | **0.80** | | **$224.00** |
| .18 | **Fee Applications-Others** | | | | |
| 7/22/2019 | CG | Review and revise Charter Oak monthly. | 0.8 | $325.00 | $260.00 |
| 7/23/2019 | CG | Review and revise Charter Oak monthly. | 0.2 | $325.00 | $65.00 |
| 7/24/2019 | CG | Review, revise and finalize Charter Oak monthly. | 0.4 | $325.00 | $130.00 |
| | | **Total** | **1.40** | | **$455.00** |
| | | Total Professional Services | 83.3 | | $59,269.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 13.3 | $735.00 | $9,775.50 |
| KCM | Kevin C. Maclay | Member | 17.2 | $775.00 | $13,330.00 |
| ACM | Ann C. McMillan | Member | 12.8 | $840.00 | $10,752.00 |
| TEP | Todd E. Phillips | Member | 1.8 | $640.00 | $1,152.00 |
| JPW | James P. Wehner | Member | 29.0 | $735.00 | $21,315.00 |
| CG | Cecilia Guerrero | Paralegal | 8.2 | $325.00 | $2,665.00 |
| BAW | Brigette A. Wolverton | Paralegal | 1.0 | $280.00 | $280.00 |

August 22, 2019  
Invoice #: 321764

Page: 6

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---:|
| 07/01/2019 | Conf. Call - CourtSolutions [.11] | $50.00 |
| 07/01/2019 | Conf. Call - CourtSolutions [.11] | $50.00 |
| 07/11/2019 | Conf. Call - Premiere Global Services - May 2019 [.11] | $20.44 |
| 07/17/2019 | Photocopies [.11] | $0.60 |
| 07/24/2019 | Pacer Service Center - Pacer Usage 4/1-6/10/19 BAW [.11] | $685.50 |
| 07/24/2019 | Pacer Service Center - Pacer Usage 4/1-6/10/19 CMG [.11] | $106.40 |
| 07/24/2019 | Pacer Service Center - Pacer Usage 4/1-6/10/19 JAL [.11] | $10.80 |
| 07/30/2019 | Conf. Call - CourtSolutions 5/31 hr'g [.11] | $50.00 |
| 07/31/2019 | Database Research - Westlaw 7/18/19 (JAL) [.11] | $235.88 |

Total Disbursements	$1,209.62

Total Services	$59,269.50  
Total Disbursements	$1,209.62  
Total Current Charges	$60,479.12

# EXHIBIT B

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com |
| *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL,
EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:       3
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

        4.        The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

        5.        This Order shall be immediately effective and enforceable upon its entry; and

        6.        The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.