| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby notifies the Court that the matter identified below has been:

☐ Settled        ☒ **Withdrawn**

Matter: *Debtors' Motion for an Order Authorizing but not Directing, The Debtors to Make Certain Distributions to Shareholders on Account of Post-Petition Income Taxes* [Docket No. 823].

Accordingly, the hearing scheduled for September 12, 2019 at 5:00 p.m. (ET) is hereby cancelled.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

Dated: September 6, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

2