UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

**Party's name/type:**      Wendy Hinden

**Old Address:**      **100 Alden Street**
**Unit 326**
**Provincetown, MA 02657-1481**

**New Address:**      **350 Bradford Street**
**Unit 3**
**Provincetown, MA 02657**

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
09/10/2019 53326547.1

                                              Respectfully submitted,

Dated:  September 10, 2019                **LOWENSTEIN SANDLER LLP**

                                              By: */s/ Jeffrey D. Prol*
                                              Jeffrey D. Prol, Esq.
                                              One Lowenstein Drive
                                              Roseland, New Jersey 07068
                                              Tel: (973) 597-2500
                                              Fax: (973) 597-2400

                                              *Counsel to the Debtors*

*Rev. 2/1/16*