THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>DURO DYNE NATIONAL CORP., et al. [1]<br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING NINTH MONTHLY FEE STATEMENT OF GILBERT, LLP FOR THE PERIOD FROM JULY 1, 2019, THROUGH JULY 31, 2019 [DOCKET NO. 834]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Ninth Monthly Fee Statement of Gilbert, LLC, special insurance counsel to the Official Committee of the Asbestos Claimants (the "Committee"), for the period of July 1, 2019 through July 31, 2019 [Docket No. 834] (the "Application"), filed on August 25, 2019, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

appears thereon. Objections to the Application were to be filed and served no later than September 4, 2019.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay Gilbert 80% ($2,206.40) of requested fees ($2,758.00) and 100% of requested expenses ($54.08), for the total of $2,260.48 on an interim basis without further order of the Court.

Dated: September 26, 2019

By:/s/ John Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
Telephone: 973-532-7208
John@fialcowitzlaw.com

Local Counsel to the Official Committee of Asbestos Claimants