| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**GETZLER HENRICH & ASSOCIATES, LLC**<br>Mark Podgainy<br>295 Madison Avenue<br>New York, NY  10017<br>Phone: (212) 697-2400<br>Fax: (212) 697-4812<br><br>*Financial Advisor To The Debtors*<br><br>In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>      Debtors. | Order Filed on October 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>Jointly Administered |

## ORDER ALLOWING THIRD INTERIM APPLICATION OF GETZLER HENRICH & ASSOCIATES, LLC AS FINANCIAL ADVISOR TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>APRIL 1, 2019 THROUGH JULY 31, 2019</u>

  The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: October 3, 2019**

                       /s/ Michael B. Kaplan
                       Honorable Michael B. Kaplan
                       United States Bankruptcy Judge

Page:     2
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Allowing Third Interim Application of Getzler Henrich & Associates LLC As Financial Advisor To The Debtors For Services Rendered For The Period From April 1, 2019 through July 31, 2019

___

Upon the *Third Interim Application of Getzler Henrich & Associates LLC As Financial Advisor To The Debtors For Services Rendered For The Period From April 1, 2019 through July 31, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Application is in the best interest of the Debtors, the Committee, the estates, and creditors, and after due deliberation, and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Getzler Henrich & Associates LLC is hereby allowed a third interim allowance of compensation for services rendered to the Debtors in the sum of $218,009.25 and reimbursement for costs incurred in the sum of $4,047.67, for the period April 1, 2019 through July 31, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Getzler Henrich & Associates LLC.

___

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Allowing Third Interim Application of Getzler Henrich & Associates LLC As Financial Advisor To The Debtors For Services Rendered For The Period From April 1, 2019 through July 31, 2019

___

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.