UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Local Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

# ORDER ALLOWING THIRD INTERIM APPLICATION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2019 TO JULY 31, 2019

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., et. al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Allowing Third Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2019 to July 31, 2019

---

Upon the *Third Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2019 to July 31, 2019*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees and expenses requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Law Office of John A. Fialcowitz, LLC is allowed a third interim allowance of compensation for services rendered to the Committee in the sum of $10,302.50 and the sum of $857.32 for reimbursement of expenses for the period April 1, 2019 through July 31, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Law Office of John A. Fialcowitz, LLC.

4. This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.