UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

John A. Fialcowitz, Esq.
THE LAW OFFICE OF JOHN A. FIALCOWITZ
89 Headquarters Plaza North, Ste. 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

**Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

DURO DYNE NATIONAL CORP., *et al.*,

Debtors.[1]

Case No. 18-27963-MBK

Chapter 11

Jointly Administered

## ORDER APPROVING THIRD INTERIM FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 3, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al*
Case No.: 18-27963 (MBK)
Caption: Order Approving Third Interim Fee Application of Caplin & Drysdale, Chartered for
Allowance of Fees and Reimbursement of Expenses

---

Upon the *Third Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided,

## IT IS HEREBY ORDERED THAT:

1.      The Application is approved and granted as provided herein.

2.      Caplin & Drysdale, Chartered, is hereby allowed a third interim allowance of compensation for services rendered as counsel to the Official Committee of Asbestos Claimants in the sum of $469,615.50 and reimbursement of costs incurred in the sum of $5,643.50 for the period of April 1, 2019, through July 31, 2019.

3.      The Debtors are authorized and directed to make this payment of the outstanding amount of such sums to Caplin & Drysdale, Chartered.

4.      This Court shall retain jurisdiction over any and all matters arising or related to the interpretation and/or implementation of this Order.

---

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27963-MBK
Duro Dyne National Corp.                                                  Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 04, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db            +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019

Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
               efile@pbgc.gov
              Christina Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
              Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
              Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick ,  dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2019
                             Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jeffrey D. Prol   on behalf of Attorney Cort T. Malone jprol@lowenstein.com,
                jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol   on behalf of Noticing Agent   BMC Group, Inc. jprol@lowenstein.com,
                jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
                jeffrey.m.sponder@usdoj.gov
              John A. Fialcowitz   on behalf of Attorney   Caplin & Drysdale, Chartered john@fialcowitzlaw.com
              John A. Fialcowitz   on behalf of Other Prof.   Charter Oak Financial Consultants, LLC
                john@fialcowitzlaw.com
              John A. Fialcowitz   on behalf of Spec. Counsel   Gilbert LLP john@fialcowitzlaw.com
              John A. Fialcowitz   on behalf of Attorney   The Law Office of John A. Fialcowitz, LLC
                john@fialcowitzlaw.com
              John A. Fialcowitz   on behalf of Creditor Committee   Official Committee of Asbestos Claimants
                john@fialcowitzlaw.com
              Jordan E. Jacobson   on behalf of Creditor   Pension Benefit Guaranty Corp
                jacobson.jordan@pbgc.gov,  efile@pbgc.gov
              Kami Elizabeth Quinn   on behalf of Creditor Committee   Official Committee of Asbestos Claimants
                quinnk@gotofirm.com
              Karl J. Norgaard   on behalf of Unknown Role Type   Undisclosed Interested Party
                knorgaard@norgaardfirm.com,
                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Mark S. Lichtenstein   on behalf of Interested Party   Federal Insurance Company
                mlichtenstein@crowell.com,  mplevin@crowell.com;tyoon@crowell.com
              Matthew B. Heimann   on behalf of Creditor   Mestek, Inc. and Mestek Machinery, Inc.
                lrestivo@mccarter.com
              Mitchell Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Scott S. Rever   on behalf of Creditor   Sheet Metal, Air, Rail & Transportation Workers
                International Association, AFL-CIO srever@wjslaw.com;
                srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Sean M. Beach   on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com
              Sommer Leigh Ross   on behalf of Interested Party   MidStates Reinsurance Corporation
                slross@duanemorris.com,  AutoDocketWILM@duanemorris.com
              Stephen Forte   on behalf of Interested Party   Hartford Accident and Indemnity Company
                stephen.forte@offitkurman.com,
                bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              Stephen Forte   on behalf of Interested Party   The North River Insurance Company
                stephen.forte@offitkurman.com,
                bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William E. McGrath, Jr   on behalf of Interested Party   Munich Reinsurance America, Inc. f/k/a
                American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                                    TOTAL: 42