UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Local Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

### ORDER ALLOWING THIRD INTERIM APPLICATION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2019 TO JULY 31, 2019

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., et. al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Allowing Third Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2019 to July 31, 2019

---

Upon the *Third Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2019 to July 31, 2019*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees and expenses requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Law Office of John A. Fialcowitz, LLC is allowed a third interim allowance of compensation for services rendered to the Committee in the sum of $10,302.50 and the sum of $857.32 for reimbursement of expenses for the period April 1, 2019 through July 31, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Law Office of John A. Fialcowitz, LLC.

4. This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27963-MBK
Duro Dyne National Corp.                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Oct 04, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
               efile@pbgc.gov
              Christina Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
              Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
              Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick ,    dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2019
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
               john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
               john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
               john@fialcowitzlaw.com
              Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
               jacobson.jordan@pbgc.gov, efile@pbgc.gov
              Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
               quinnk@gotofirm.com
              Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
               knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
               mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
              Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
               lrestivo@mccarter.com
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
              Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
               slross@duanemorris.com, AutoDocketWILM@duanemorris.com
              Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
               stephen.forte@offitkurman.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
               stephen.forte@offitkurman.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
               American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                                             TOTAL: 42
```