**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, August 1, 2019 through August 31, 2019 (the "August Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Tenth Fee Statement, if any, are due by November 4, 2019.

Dated: October 23, 2019

                                                      Respectfully submitted,

                                                      GETZLER HENRICH &ASSOCIATES LLC

                                                      /s/ *Mark D. Podgainy*
                                                      Mark D. Podgainy
                                                      295 Madison Avenue
                                                      New York, NY  10017
                                                      *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

## SECTION I
## FEE SUMMARY

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES
FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 579,612.50 | $ 10,327.87 |
| TOTAL FEES ALLOWED TO DATE: | $ 579,612.50 | $ 10,327.87 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 43,601.85- | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 507,404.45 | $ 9,436.49 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $37,972.25 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $968.72 |
| TOTAL FEE APPLICATION | $38,940.97 |
| MINUS 20% HOLDBACK | - $7,594.45 |
| AMOUNT SOUGHT AT THIS TIME | $31,346.52 |

31035/2
10/23/2019 53497622.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 165.2 | $33,866.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 7.5 | $768.75 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 7.5 | $3,337.50 |
| | | **Grand Total:** | **169.1** | **$35,757.75** |
| | | **Blended Rate:** | **$210.72** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 27.4 | $5,617.00 |
| Bankruptcy Consulting | 67.3 | 13,796.50 |
| Budget Preparation | 4.0 | 820.00 |
| Claims Analysis & Negotiation | 0.0 | 0.00 |
| Creditor Committee Matter | 1.4 | 455.00 |
| Confirmation Issues | 2.5 | 776.50 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 38.50 | 7,892.50 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 5.7 | 2,536.50 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 15.9 | 3,259.50 |
| Motion Review / Analysis | 5.6 | 1,148.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 4.4 | 902.00 |
| Travel | 7.5 | 768.75 |
| **SERVICE TOTALS** | **180.2** | **$37,972.50** |

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | **AMOUNT** |
|---|---:|
| Telecommunications | 20.00 |
| Transportation | 948.72 |
| **TOTAL DISBURSEMENTS** | **$968.72** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

  a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for July 2019;

  b) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

  c) Getzler responded to information requests from the Committee's financial advisor;

  d) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency and profitability;

  e) Getzler assisted the Debtors in addressing customer and vendor issues, including participating in calls and meetings with customers and vendors;

  f) Getzler assisted counsel with preparing pleadings to be filed with the Court;

  g) Getzler assisted the Debtors in preparing and updating financial statements and related account analyses; and in addressing various accounting issues; and

  h) Getzler provided such other services consistent with its engagement letter.

3

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (100%)
    (B) SECURED CREDITORS: (100%)
    (C) PRIORITY CREDITORS: (100%)
    (D) GENERAL UNSECURED CREDITORS: (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2019

                                                  /s/ *Mark D. Podgainy*
                                                Mark D. Podgainy

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* |

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

31635/2
09/26/2018 51210348.1

Page:       2
Debtors:    Duro Dyne National Corp., Inc., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

___

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Case 18-27963-MBK    Doc 995    Filed 10/29/19    Entered 10/29/19 09:08:02    Desc Main
                            Document    Page 9 of 18

Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
          as Financial Advisor to the Debtors as of the Petition Date

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 995    Filed 10/29/19    Entered 10/29/19 09:08:02    Desc Main
Document    Page 10 of 58

Page:      5
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7.  Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8.  The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−27963−MBK
                        Chapter: 11
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 − 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                                      Jeanne Naughton
                                                                                      Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
AUGUST 1 - AUGUST 31, 2019
TIME DETAIL -AUGUST 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 08/02/19 | 1.3 | $ 205.00 | $ 266.50 | Updating monthly financials |
| O'Callaghan | Accounting and Audit | 08/02/19 | 1.7 | $ 205.00 | $ 348.50 | Reconciling journal entries from outside accountants to trial balance |
| O'Callaghan | Accounting and Audit | 08/05/19 | 2.1 | $ 205.00 | $ 430.50 | Reviewing schedules of fixed assets |
| O'Callaghan | Accounting and Audit | 08/07/19 | 1.7 | $ 205.00 | $ 348.50 | Additional research regarding fixed asset listings |
| O'Callaghan | Accounting and Audit | 08/07/19 | 0.3 | $ 205.00 | $ 61.50 | Email correspondence with outside auditors re: year end inventory counts |
| O'Callaghan | Accounting and Audit | 08/09/19 | 2.9 | $ 205.00 | $ 594.50 | Drafting presentation for board regarding first half financial results |
| O'Callaghan | Accounting and Audit | 08/09/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with asst controller re: payroll |
| O'Callaghan | Accounting and Audit | 08/12/19 | 0.4 | $ 205.00 | $ 82.00 | Meeting with HR specialist re: weekly payroll |
| O'Callaghan | Accounting and Audit | 08/13/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with HR specialist re: profit sharing |
| O'Callaghan | Accounting and Audit | 08/13/19 | 2.3 | $ 205.00 | $ 471.50 | Reviewing monthly financials |
| O'Callaghan | Accounting and Audit | 08/15/19 | 1.5 | $ 205.00 | $ 307.50 | Resolving problem with payroll |
| O'Callaghan | Accounting and Audit | 08/23/19 | 4.8 | $ 205.00 | $ 984.00 | Updating monthly financial statements |
| O'Callaghan | Accounting and Audit | 08/26/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing weekly payroll |
| O'Callaghan | Accounting and Audit | 08/27/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with management to prepare for year end inventory |
| O'Callaghan | Accounting and Audit | 08/28/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting to review schedule of fixed assets |
| O'Callaghan | Accounting and Audit | 08/28/19 | 1.2 | $ 205.00 | $ 246.00 | Researching discrepancy in inter-company accounts |
| O'Callaghan | Accounting and Audit | 08/01/19 | 2.2 | $ 205.00 | $ 451.00 | Researching discrepancies in steel inventory amounts |
| | **Accounting and Audit Total** | | **27.4** | | **$ 5,617.00** | |
| O'Callaghan | Bankruptcy Consulting | 08/01/19 | 2.2 | $ 205.00 | $ 451.00 | Meeting with management re: inventory levels in Ohio facility, status of equipment in Ohio |
| O'Callaghan | Bankruptcy Consulting | 08/02/19 | 1.4 | $ 205.00 | $ 287.00 | Call with management re: inventory and materials costs |
| O'Callaghan | Bankruptcy Consulting | 08/02/19 | 0.9 | $ 205.00 | $ 184.50 | Researching discrepancies in steel inventory amounts |
| O'Callaghan | Bankruptcy Consulting | 08/05/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 08/06/19 | 3.5 | $ 205.00 | $ 717.50 | Evaluating potential MRP system replacement |
| O'Callaghan | Bankruptcy Consulting | 08/06/19 | 4.2 | $ 205.00 | $ 861.00 | Follow up meeting re: MRP system |
| O'Callaghan | Bankruptcy Consulting | 08/08/19 | 1.4 | $ 205.00 | $ 287.00 | Updating subsidiary incorporation paperwork |
| O'Callaghan | Bankruptcy Consulting | 08/08/19 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 08/08/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with management re: bills of materials |
| O'Callaghan | Bankruptcy Consulting | 08/08/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with HR director re: staffing and overtime |
| O'Callaghan | Bankruptcy Consulting | 08/08/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with shipping manager re: equipment |
| O'Callaghan | Bankruptcy Consulting | 08/08/19 | 1.6 | $ 205.00 | $ 328.00 | Reviewing cost analysis for products being made in house vs. purchased |
| O'Callaghan | Bankruptcy Consulting | 08/09/19 | 1.7 | $ 205.00 | $ 348.50 | Meeting with management to prepare for board meeting |
| O'Callaghan | Bankruptcy Consulting | 08/09/19 | 1.3 | $ 205.00 | $ 266.50 | Reviewing funding options for defined pension plan |
| O'Callaghan | Bankruptcy Consulting | 08/12/19 | 1.3 | $ 205.00 | $ 266.50 | Finalizing presentation for board of directors |
| O'Callaghan | Bankruptcy Consulting | 08/12/19 | 7.5 | $ 205.00 | $ 1,537.50 | Attending all day board of directors meeting |
| O'Callaghan | Bankruptcy Consulting | 08/13/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: bills of material |
| O'Callaghan | Bankruptcy Consulting | 08/14/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with management re: 2nd shift for shipping dept. |
| O'Callaghan | Bankruptcy Consulting | 08/14/19 | 0.6 | $ 205.00 | $ 123.00 | Call with management and outside counsel re: HR issue |
| O'Callaghan | Bankruptcy Consulting | 08/15/19 | 0.3 | $ 205.00 | $ 61.50 | Conference call with company counsel re: HR issue |
| O'Callaghan | Bankruptcy Consulting | 08/19/19 | 1.1 | $ 205.00 | $ 225.50 | Preparing for and participating in conference call with board of directors |
| O'Callaghan | Bankruptcy Consulting | 08/19/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with HR staff re: payroll |
| O'Callaghan | Bankruptcy Consulting | 08/20/19 | 4.8 | $ 205.00 | $ 984.00 | Meeting with management and customer |
| O'Callaghan | Bankruptcy Consulting | 08/20/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: facilities |

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
AUGUST 1 - AUGUST 31, 2019
TIME DETAIL - AUGUST 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 08/21/19 | 8.2 | $ 205.00 | $ 1,681.00 | Initial meeting with management and customer re: improvement of service, account reconciliation, credit terms and related issues |
| O'Callaghan | Bankruptcy Consulting | 08/21/19 | 3.1 | $ 205.00 | $ 635.50 | Follow up meeting with management and customer |
| O'Callaghan | Bankruptcy Consulting | 08/22/19 | 3.4 | $ 205.00 | $ 697.00 | Meeting with management and new customer re: potential for sales growth |
| O'Callaghan | Bankruptcy Consulting | 08/22/19 | 4.2 | $ 205.00 | $ 861.00 | Visit to company's Midwest location and discussion of operational and financial issues |
| O'Callaghan | Bankruptcy Consulting | 08/23/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with inventory manager re: cycle counts, negative inventory and invoice processing |
| O'Callaghan | Bankruptcy Consulting | 08/27/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 08/28/19 | 0.9 | $ 205.00 | $ 184.50 | Updating paperwork for forklift purchase |
| O'Callaghan | Bankruptcy Consulting | 08/29/19 | 1.5 | $ 205.00 | $ 307.50 | Researching share ownership questions |
| | **Bankruptcy Consulting Total** | | **67.3** | | **$ 13,796.50** | |
| O'Callaghan | Budget Preparation | 08/08/19 | 2.2 | $ 205.00 | $ 451.00 | Updating full year budget file |
| O'Callaghan | Budget Preparation | 08/14/19 | 1.8 | $ 205.00 | $ 369.00 | Drafting memo re: 2020 budget process |
| | **Budget Preparation Total** | | **4.0** | | **$ 820.00** | |
| Podgainy | Confirmation Issues | 08/13/19 | 1.1 | $ 445.00 | $ 489.50 | Review of Debtors' response to North River objection, and related email correspondence w/ J Prol re: edits and comments |
| O'Callaghan | Confirmation Issues | 08/13/19 | 1.4 | $ 205.00 | $ 287.00 | Reviewing response to North River objection |
| | **Confirmation Issues Total** | | **2.5** | | **$ 776.50** | |
| O'Callaghan | Creditor Committee Matter | 08/01/19 | 0.4 | $ 205.00 | $ 82.00 | Conference call with Charter Oak, Committee financial advisor, and M Podgainy |
| O'Callaghan | Creditor Committee Matter | 08/01/19 | 0.1 | $ 205.00 | $ 20.50 | Follow up call with M. Podgainy |
| Podgainy | Creditor Committee Matter | 08/01/19 | 0.5 | $ 445.00 | $ 222.50 | Call w/ G and J Sinclair of Charter Oak and C O'Callaghan re: questions regarding pension plans .4 and follow up call w/ C O'Callaghan .1 |
| O'Callaghan | Creditor Committee Matter | 08/13/19 | 0.2 | $ 205.00 | $ 41.00 | Call with M Podgainy re: defined pension plan |
| Podgainy | Creditor Committee Matter | 08/13/19 | 0.2 | $ 445.00 | $ 89.00 | Tele conv w/ C O'Callaghan re: Committee request for pension information |
| | **Creditor Committee Matter Total** | | **1.4** | | **$ 455.00** | |
| O'Callaghan | DIP Financing | 08/05/19 | 1.6 | $ 205.00 | $ 328.00 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 08/05/19 | 2.6 | $ 205.00 | $ 533.00 | Reviewing actual weekly disbursements and cash requirements |
| O'Callaghan | DIP Financing | 08/06/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with accounting staff re: cash requirements |
| O'Callaghan | DIP Financing | 08/07/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 08/07/19 | 3.3 | $ 205.00 | $ 676.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 08/07/19 | 1.9 | $ 205.00 | $ 389.50 | Completing cash comparative |
| O'Callaghan | DIP Financing | 08/09/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with asst controller re: cash management |
| O'Callaghan | DIP Financing | 08/12/19 | 0.5 | $ 205.00 | $ 102.50 | Reviewing weekly disbursements |
| O'Callaghan | DIP Financing | 08/13/19 | 1.9 | $ 205.00 | $ 389.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 08/13/19 | 1.1 | $ 205.00 | $ 225.50 | Updating cash details |
| O'Callaghan | DIP Financing | 08/14/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 08/14/19 | 1.3 | $ 205.00 | $ 266.50 | Updating daily cash balances |
| O'Callaghan | DIP Financing | 08/15/19 | 0.8 | $ 205.00 | $ 164.00 | Updating cash balances |
| O'Callaghan | DIP Financing | 08/16/19 | 1.1 | $ 205.00 | $ 225.50 | Call with management re: open orders |
| O'Callaghan | DIP Financing | 08/16/19 | 0.7 | $ 205.00 | $ 143.50 | Updating cash balances |
| O'Callaghan | DIP Financing | 08/16/19 | 0.6 | $ 205.00 | $ 123.00 | Updating weekly cash flow |
| O'Callaghan | DIP Financing | 08/19/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: open orders |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
AUGUST 1 - AUGUST 31, 2019
TIME DETAIL -AUGUST 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 08/19/19 | 0.6 | $ 205.00 | $ 123.00 | Updating daily cash balances |
| O'Callaghan | DIP Financing | 08/20/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing weekly cash disbursements and receipts |
| O'Callaghan | DIP Financing | 08/20/19 | 1.6 | $ 205.00 | $ 328.00 | Updating cash flow projections |
| O'Callaghan | DIP Financing | 08/23/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 08/26/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting re: open orders |
| O'Callaghan | DIP Financing | 08/26/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing weekly vendor disbursements |
| O'Callaghan | DIP Financing | 08/27/19 | 1.9 | $ 205.00 | $ 389.50 | Preparing report on weekly shipments and orders |
| O'Callaghan | DIP Financing | 08/27/19 | 0.4 | $ 205.00 | $ 82.00 | Updating cash flow budget to actual comparison |
| O'Callaghan | DIP Financing | 08/27/19 | 1.4 | $ 205.00 | $ 287.00 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 08/28/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting re: open orders |
| O'Callaghan | DIP Financing | 08/28/19 | 1.2 | $ 205.00 | $ 246.00 | Additional work on cash flow projections |
| O'Callaghan | DIP Financing | 08/29/19 | 2.2 | $ 205.00 | $ 451.00 | Updating cash flow budget to actual comparison |
|  | **DIP Financing Total** |  | **38.5** |  | **$ 7,892.50** |  |
| Podgainy | Fee / Employment Application | 08/08/19 | 0.6 | $ 445.00 | $ 267.00 | Completed Duro Dyne June fee application and sent to counsel for filing |
| Podgainy | Fee / Employment Application | 08/14/19 | 1.9 | $ 445.00 | $ 845.50 | Preparation of time detail and narrative for the July fee application |
| Podgainy | Fee / Employment Application | 08/15/19 | 2.8 | $ 445.00 | $ 1,246.00 | Preparation of time detail for the Third Interim Fee Application, and related review of narrative, certification and order |
| Podgainy | Fee / Employment Application | 08/16/19 | 0.4 | $ 445.00 | $ 178.00 | Final review of Third Interim Fee Application documents and spreadsheet .2 and related call and correspondence w/ E Lawler .2 |
|  | **Fee / Employment Application Total** |  | **5.7** |  | **$ 2,536.50** |  |
| O'Callaghan | Monthly Operating Report | 08/01/19 | 1.4 | $ 205.00 | $ 287.00 | Updating schedule of professional fees and processing payments |
| O'Callaghan | Monthly Operating Report | 08/14/19 | 0.6 | $ 205.00 | $ 123.00 | Updating schedule of professional fees |
| O'Callaghan | Monthly Operating Report | 08/16/19 | 0.7 | $ 205.00 | $ 143.50 | Updating monthly financials |
| O'Callaghan | Monthly Operating Report | 08/19/19 | 1.8 | $ 205.00 | $ 369.00 | Preparing schedule of cash receipts and disbursements for July MOR |
| O'Callaghan | Monthly Operating Report | 08/19/19 | 1.6 | $ 205.00 | $ 328.00 | Drafting Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 08/23/19 | 1.5 | $ 205.00 | $ 307.50 | Reviewing bank reconciliations for Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 08/26/19 | 3.3 | $ 205.00 | $ 676.50 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 08/26/19 | 0.7 | $ 205.00 | $ 143.50 | Updating schedule of professional fee payments |
| O'Callaghan | Monthly Operating Report | 08/27/19 | 4.3 | $ 205.00 | $ 881.50 | Finalizing MOR |
|  | **Monthly Operating Report Total** |  | **15.9** |  | **$ 3,259.50** |  |
| O'Callaghan | Motion Review / Analysis | 08/27/19 | 0.4 | $ 205.00 | $ 82.00 | Call with outside accountant re: tax motion |
| O'Callaghan | Motion Review / Analysis | 08/14/19 | 1.2 | $ 205.00 | $ 246.00 | Preparing financial analysis for tax distribution motion |
| O'Callaghan | Motion Review / Analysis | 08/14/19 | 0.7 | $ 205.00 | $ 143.50 | Call with tax accountant re: estimated tax payments |
| O'Callaghan | Motion Review / Analysis | 08/14/19 | 0.3 | $ 205.00 | $ 61.50 | Follow up call with tax accountants re: tax motion |
| O'Callaghan | Motion Review / Analysis | 08/28/19 | 1.8 | $ 205.00 | $ 369.00 | Updating financial analysis relating to tax motion |
| O'Callaghan | Motion Review / Analysis | 08/29/19 | 1.2 | $ 205.00 | $ 246.00 | Preparing for and participating in call with outside accountant re: tax distributions |
|  | **Motion Review / Analysis Total** |  | **5.6** |  | **$ 1,148.00** |  |
| O'Callaghan | Supplier Issues | 08/01/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing and processing updated service contract for sanitation / recycling servies |
| O'Callaghan | Supplier Issues | 08/02/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing statement of work from safety expert |
| O'Callaghan | Supplier Issues | 08/09/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with AP manager re: vendor payments |
| O'Callaghan | Supplier Issues | 08/15/19 | 0.3 | $ 205.00 | $ 61.50 | Call with in-house counsel re: various contract reviews |

Getzler Henrich & Associates LLC

**DURO DYNE (DIP)**
AUGUST 1 - AUGUST 31, 2019
TIME DETAIL -AUGUST 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Supplier Issues | 08/22/19 | 1.3 | $ 205.00 | $ 266.50 | Visit to vendor location |
| O'Callaghan | Supplier Issues | 08/28/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with management re vendor payment terms |
| | **Supplier Issues Total** | | **4.4** | | **$ 902.00** | |
| O'Callaghan | Travel | 08/01/19 | 0.7 | $ 102.50 | $ 71.75 | Travel from client |
| O'Callaghan | Travel | 08/05/19 | 0.8 | $ 102.50 | $ 82.00 | Travel to client |
| O'Callaghan | Travel | 08/09/19 | 1.1 | $ 102.50 | $ 112.75 | Travel from client |
| O'Callaghan | Travel | 08/12/19 | 0.2 | $ 102.50 | $ 20.50 | Travel to client |
| O'Callaghan | Travel | 08/14/19 | 1.2 | $ 102.50 | $ 123.00 | Travel from client |
| O'Callaghan | Travel | 08/19/19 | 0.6 | $ 102.50 | $ 61.50 | Travel to client |
| O'Callaghan | Travel | 08/23/19 | 1.6 | $ 102.50 | $ 164.00 | Travel from client |
| O'Callaghan | Travel | 08/26/19 | 0.6 | $ 102.50 | $ 61.50 | Travel to client |
| O'Callaghan | Travel | 08/28/19 | 0.7 | $ 102.50 | $ 71.75 | Travel from client |
| | **Travel Total** | | **7.5** | | **$ 768.75** | |
| | **Grand Total** | | **180.2** | | **$ 37,972.25** | |

# EXHIBIT B

**Getzler Henrich & Associates LLC**  **AUGUST 1 - AUGUST 31, 2019**  **DURO DYNE (DIP)**
**EXPENSE DETAIL AUGUST 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| Podgainy | Telecommunications | Telephone / Cell Phone | 08/03/19 | $ 10.00 | Phone/data costs for the 6/22-7/21 period |
| Podgainy | Telecommunications | Telephone / Cell Phone | 08/31/19 | $ 10.00 | Phone/data charges for the 7/22-8/21 period |
| | **Telecommunications Total** | | | **$ 20.00** | |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/02/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/02/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/02/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/05/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/05/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/05/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/05/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/06/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/07/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/08/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/09/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/09/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/09/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/12/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/12/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/12/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/12/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/13/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/14/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/14/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/14/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/19/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/19/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/19/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/19/19 | $ 8.29 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/23/19 | $ 51.45 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/23/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/26/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/26/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/26/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/26/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/27/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 08/28/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/28/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 08/28/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 948.72** | |
| | **Grand Total** | | | **$ 968.72** | |