**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTMEBER 30, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, September 1, 2019 through September 30, 2019 (the "September Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order").  Pursuant to the Administrative Order, responses to the Tenth Fee Statement, if any, are due by November 4, 2019.

Dated: October 23, 2019

                                                Respectfully submitted,

                                                **GETZLER HENRICH &ASSOCIATES LLC**

                                                /s/  Mark D. Podgainy
                                                Mark D. Podgainy
                                                295 Madison Avenue
                                                New York, NY  10017
                                                *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I
FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES
FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 617,584.75 | $ 11,296.59 |
| TOTAL FEES ALLOWED TO DATE: | $ 579,612.50 | $ 10,327.87 |
| TOTAL RETAINER (IF APPLICABLE) | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 51,196.30 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 536,010.65 | $ 10,327.87 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $40,881.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $2,216.10 |
| TOTAL FEE APPLICATION | $43,097.10 |
| MINUS 20% HOLDBACK | - $8,176.20 |
| AMOUNT SOUGHT AT THIS TIME | $34,920.90 |

31035/2
10/23/2019 53524551.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 107.5 | $22,037.50 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 7.0 | $717.50 |
| Ozarsky, Jeff | Specialist since 2017 (2 years) | $385.00 | 40.0 | $15,400.00 |
| Ozarsky, Jeff – travel time | Specialist since 2017 (2 years) | 192.50 | 10.0 | $1,925.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 1.8 | $801.00 |
| | | **Grand Total:** | **166.3** | **$40,881.00** |
| | **Blended Rate:** | **$245.83** | | |

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 20.4 | $4,182.00 |
| Bankruptcy Consulting | 24.5 | 5,022.50 |
| Budget Preparation | 7.9 | 1,619.50 |
| Claims Analysis & Negotiation | 0.0 | 0.00 |
| Creditor Committee Matter | .2 | 89.00 |
| Confirmation Issues | 0.0 | 0.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 31.9 | 6,659.50 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 0.0 | 0.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 10.5 | 2,152.50 |
| Motion Review / Analysis | .8 | 164.00 |
| Operational Review | 42.2 | 16,115.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 10.9 | 2,234.50 |
| Travel | 17.0 | 2,642.50 |
| **SERVICE TOTALS** | **166.3** | **$40,881.00** |

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Accommodations | $840.57 |
| Meals | 132.33 |
| Transportation | 1,243.20 |
| **TOTAL DISBURSEMENTS** | **$2,216.10** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for August 2019;

    b) Getzler assisted the Debtors with the preparation of financial statements and supporting schedules, and related accounting tasks;

    c) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

    d) Getzler responded to information requests from the Committee's financial advisor;

    e) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency, profitability and safety;

    f) Getzler assisted the Debtors in addressing customer and vendor issues, including participating in calls and meetings with customers and vendors;

    g) Getzler assisted counsel with preparing pleadings to be filed with the Court;

      h)      Getzler assisted the Debtors in preparing and updating financial statements and related account analyses; and in addressing various accounting issues; and

      i)      Getzler assisted the Debtors in establishing a budget process and in preparing the 2020 budget

      j)      Getzler provided such other services consistent with its engagement letter.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

      (A)   ADMINISTRATION EXPENSES:     (100%)
      (B)   SECURED CREDITORS:            (100%)
      (C)   PRIORITY CREDITORS:           (100%)
      (D)   GENERAL UNSECURED CREDITORS:   (100%)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 23, 2019

                                                        /s/ *Mark D. Podgainy*         
                                                          Mark D. Podgainy

Case 18-27963-MBK    Doc 915    Filed 10/19/18    Entered 10/19/18 06:30:02    Desc Main
Document    Page 1 of 5

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 | |

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

51635/2
09/26/2018 51210348.1

Page:     2
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment.  This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 995    Filed 10/29/19    Entered 10/29/19 09:30:02    Desc Main
Document    Page 10 of 59

Page:      5
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                       Case No.: 18−27963−MBK
                                       Chapter: 11
                                       Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Duro Dyne National Corp.
    100 Horizon Center Boulevard
    Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
    11−2504664

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 − 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
SEPTEMBER 1 - SEPTEMBER 30, 2019
TIME DETAIL -SEPTEMBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 09/03/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with accounting staff re: monthly close |
| O'Callaghan | Accounting and Audit | 09/03/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing results of inventory cycle counts |
| O'Callaghan | Accounting and Audit | 09/03/19 | 0.8 | $ 205.00 | $ 164.00 | Planning for year end inventory |
| O'Callaghan | Accounting and Audit | 09/04/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing aged AR |
| O'Callaghan | Accounting and Audit | 09/04/19 | 0.6 | $ 205.00 | $ 123.00 | Call with company president re: status of closing books |
| O'Callaghan | Accounting and Audit | 09/06/19 | 0.2 | $ 205.00 | $ 41.00 | Call with Asst. Controller re: cash balances |
| O'Callaghan | Accounting and Audit | 09/12/19 | 0.6 | $ 205.00 | $ 123.00 | Email correspondence with tax accountants re: status of returns |
| O'Callaghan | Accounting and Audit | 09/13/19 | 0.1 | $ 205.00 | $ 20.50 | Call with accountant re: tax returns |
| O'Callaghan | Accounting and Audit | 09/17/19 | 3.8 | $ 205.00 | $ 779.00 | Drafting monthly financials |
| O'Callaghan | Accounting and Audit | 09/18/19 | 1.2 | $ 205.00 | $ 246.00 | Planning for year-end inventory counts |
| O'Callaghan | Accounting and Audit | 09/19/19 | 0.8 | $ 205.00 | $ 164.00 | Preparing Q3 profit estimate |
| O'Callaghan | Accounting and Audit | 09/24/19 | 2.1 | $ 205.00 | $ 430.50 | Updating monthly financial statements |
| O'Callaghan | Accounting and Audit | 09/24/19 | 0.9 | $ 205.00 | $ 184.50 | Reviewing tax return information |
| O'Callaghan | Accounting and Audit | 09/24/19 | 0.3 | $ 205.00 | $ 61.50 | Reviewing sales tax audit notification |
| O'Callaghan | Accounting and Audit | 09/24/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing foreign AR |
| O'Callaghan | Accounting and Audit | 09/25/19 | 0.7 | $ 205.00 | $ 143.50 | Call with outside accountant re: taxes |
| O'Callaghan | Accounting and Audit | 09/26/19 | 0.4 | $ 205.00 | $ 82.00 | Meeting with IT director re: inventory planning |
| O'Callaghan | Accounting and Audit | 09/26/19 | 1.8 | $ 205.00 | $ 369.00 | Researching inventory discrepancy |
| O'Callaghan | Accounting and Audit | 09/26/19 | 0.4 | $ 205.00 | $ 82.00 | Preparing schedule of secured loan payments |
| O'Callaghan | Accounting and Audit | 09/27/19 | 0.7 | $ 205.00 | $ 143.50 | Additional research on inventory discrepancy |
| O'Callaghan | Accounting and Audit | 09/27/19 | 0.4 | $ 205.00 | $ 82.00 | Call with outside accountant |
| O'Callaghan | Accounting and Audit | 09/30/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: year-end inventory |
| | **Accounting and Audit Total** | | **20.4** | | **$ 4,182.00** | |
| O'Callaghan | Bankruptcy Consulting | 09/03/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with management to discuss facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 09/03/19 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: headcount and production planning |
| O'Callaghan | Bankruptcy Consulting | 09/04/19 | 2.2 | $ 205.00 | $ 451.00 | Meeting with management re: email breach |
| O'Callaghan | Bankruptcy Consulting | 09/04/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with management re: recent price increase and implications |
| O'Callaghan | Bankruptcy Consulting | 09/10/19 | 1.2 | $ 205.00 | $ 246.00 | Conference call with board of directors re: operational issues |
| O'Callaghan | Bankruptcy Consulting | 09/11/19 | 0.4 | $ 205.00 | $ 82.00 | Follow up correspondence with board of directors re: operational issues |
| O'Callaghan | Bankruptcy Consulting | 09/17/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: inventory and bills of material |
| O'Callaghan | Bankruptcy Consulting | 09/19/19 | 0.3 | $ 205.00 | $ 61.50 | Responding to request for workers comp insurance information |
| O'Callaghan | Bankruptcy Consulting | 09/19/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with accounting staff re: startup expenses for new facility |
| O'Callaghan | Bankruptcy Consulting | 09/19/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with president re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 09/19/19 | 1.3 | $ 205.00 | $ 266.50 | Reviewing new equipment lease documentation |
| O'Callaghan | Bankruptcy Consulting | 09/23/19 | 0.9 | $ 205.00 | $ 184.50 | Reviewing start up expenses for new location |
| O'Callaghan | Bankruptcy Consulting | 09/24/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with shipping manager re: equipment leases |
| O'Callaghan | Bankruptcy Consulting | 09/24/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: bills of material and inventory |
| O'Callaghan | Bankruptcy Consulting | 09/25/19 | 0.3 | $ 205.00 | $ 61.50 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 09/25/19 | 4.6 | $ 205.00 | $ 943.00 | Conducting product line profitability analysis |
| O'Callaghan | Bankruptcy Consulting | 09/25/19 | 2.3 | $ 205.00 | $ 471.50 | Meeting with pricing manager re: price book calculations |
| O'Callaghan | Bankruptcy Consulting | 09/26/19 | 2.9 | $ 205.00 | $ 594.50 | Additional work on profitability analysis |
| O'Callaghan | Bankruptcy Consulting | 09/27/19 | 1.2 | $ 205.00 | $ 246.00 | Researching status of leased mail equipment |
| | **Bankruptcy Consulting Total** | | **24.5** | | **$ 5,022.50** | |
| O'Callaghan | Budget Preparation | 09/18/19 | 1.5 | $ 205.00 | $ 307.50 | Meeting with accounting department re: 2020 budget process |
| O'Callaghan | Budget Preparation | 09/19/19 | 1.0 | $ 205.00 | $ 205.00 | Follow up meeting re: 2020 budget process |
| O'Callaghan | Budget Preparation | 09/19/19 | 2.2 | $ 205.00 | $ 451.00 | Additional preparation work for 2020 budget |
| O'Callaghan | Budget Preparation | 09/23/19 | 0.5 | $ 205.00 | $ 102.50 | Meeting with accounting staff re: 2020 budget process |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
SEPTEMBER 1 - SEPTEMBER 30, 2019
TIME DETAIL - SEPTEMBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Budget Preparation | 09/24/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: capital expenditures budget |
| O'Callaghan | Budget Preparation | 09/24/19 | 0.9 | $ 205.00 | $ 184.50 | Follow up meeting with accounting team re: budget process |
| O'Callaghan | Budget Preparation | 09/26/19 | 0.7 | $ 205.00 | $ 143.50 | Follow up with managers re: budget process |
| | **Budget Preparation Total** | | **7.9** | | **$ 1,619.50** | |
| Podgainy | Creditor Committee Matter | 09/25/19 | 0.2 | $ 445.00 | $ 89.00 | Correspondence w/ J Sinclair re: committee information request |
| | **Creditor Committee Matter Total** | | **0.2** | | **$ 89.00** | |
| O'Callaghan | DIP Financing | 09/03/19 | 1.2 | $ 205.00 | $ 246.00 | Updating weekly reports on shipments, orders |
| O'Callaghan | DIP Financing | 09/03/19 | 1.0 | $ 205.00 | $ 205.00 | Analyzing weekly cash flow comparative |
| O'Callaghan | DIP Financing | 09/03/19 | 1.8 | $ 205.00 | $ 369.00 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 09/04/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 09/04/19 | 1.6 | $ 205.00 | $ 328.00 | Additional work on cash flow projections |
| O'Callaghan | DIP Financing | 09/06/19 | 0.2 | $ 205.00 | $ 41.00 | Update call with lender |
| O'Callaghan | DIP Financing | 09/09/19 | 0.7 | $ 205.00 | $ 143.50 | Preparing weekly cash flow comparative |
| O'Callaghan | DIP Financing | 09/09/19 | 0.9 | $ 205.00 | $ 184.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 09/10/19 | 1.1 | $ 205.00 | $ 225.50 | Additional work on weekly cash flow comparative |
| O'Callaghan | DIP Financing | 09/12/19 | 2.3 | $ 205.00 | $ 471.50 | Additional updates on cash flow projection |
| O'Callaghan | DIP Financing | 09/18/19 | 2.3 | $ 205.00 | $ 471.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 09/19/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re open orders |
| O'Callaghan | DIP Financing | 09/19/19 | 1.4 | $ 205.00 | $ 287.00 | Weekly cash flow budget to actual comparison |
| O'Callaghan | DIP Financing | 09/23/19 | 1.6 | $ 205.00 | $ 328.00 | Reviewing weekly cash receipts and disbursements |
| O'Callaghan | DIP Financing | 09/23/19 | 2.7 | $ 205.00 | $ 553.50 | Updating 13 week cash flow projection |
| O'Callaghan | DIP Financing | 09/23/19 | 1.7 | $ 205.00 | $ 348.50 | Updating weekly report on shipments and bookings |
| O'Callaghan | DIP Financing | 09/24/19 | 1.4 | $ 205.00 | $ 287.00 | Additional work on 13-week cash flow |
| O'Callaghan | DIP Financing | 09/24/19 | 0.5 | $ 205.00 | $ 102.50 | Call with M. Podgainy re: cash flow forecast |
| Podgainy | DIP Financing | 09/24/19 | 0.5 | $ 445.00 | $ 222.50 | Call w/ C O'Callaghan re: cash flow status and related issues |
| O'Callaghan | DIP Financing | 09/26/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 09/26/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with asst. controller re: cash flow |
| O'Callaghan | DIP Financing | 09/30/19 | 2.0 | $ 205.00 | $ 410.00 | Reviewing weekly disbursements and cash receipts |
| O'Callaghan | DIP Financing | 09/30/19 | 2.4 | $ 205.00 | $ 492.00 | Updating 13 week cash flow projection |
| | **DIP Financing Total** | | **31.9** | | **$ 6,659.50** | |
| O'Callaghan | Monthly Operating Report | 09/09/19 | 0.6 | $ 205.00 | $ 123.00 | Preparing schedule of receipts and disbursements for August MOR |
| O'Callaghan | Monthly Operating Report | 09/16/19 | 2.3 | $ 205.00 | $ 471.50 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 09/17/19 | 4.2 | $ 205.00 | $ 861.00 | Additional drafting of MOR |
| O'Callaghan | Monthly Operating Report | 09/18/19 | 3.4 | $ 205.00 | $ 697.00 | Finalizing MOR |
| | **Monthly Operating Report Total** | | **10.5** | | **$ 2,152.50** | |
| O'Callaghan | Motion Review / Analysis | 09/04/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing profit analysis for tax distribution motion |
| | **Motion Review / Analysis Total** | | **0.8** | | **$ 164.00** | |
| O'Callaghan | Operational Review | 09/09/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing materials prepared for safety expert |
| Ozarski | Operational Review | 09/10/19 | 1.0 | $ 385.00 | $ 385.00 | Meeting David Krupnick, Shawn Pack, Andrew Bellise - overview/background of project, area of focus |
| Ozarski | Operational Review | 09/10/19 | 0.8 | $ 385.00 | $ 308.00 | Walkthrough/observations of upper level manufacturing with A Bellise & S Pack |
| Ozarski | Operational Review | 09/10/19 | 1.8 | $ 385.00 | $ 693.00 | Review safety materials and safety incident reports |
| Ozarski | Operational Review | 09/10/19 | 0.8 | $ 385.00 | $ 308.00 | Walkthrough/observations of lower level manufacturing operations |
| Ozarski | Operational Review | 09/10/19 | 2.5 | $ 385.00 | $ 962.50 | Walkthrough/observations of lower level manufacturing and warehousing operations |
| Ozarski | Operational Review | 09/10/19 | 0.8 | $ 385.00 | $ 308.00 | Meeting with D Krupnick, S Pack and Patrick Rosetto to discuss findings and get further background |
| Ozarski | Operational Review | 09/10/19 | 1.2 | $ 385.00 | $ 462.00 | Review Duro Dyne incident reports and facility procedures |
| Ozarski | Operational Review | 09/10/19 | 2.1 | $ 385.00 | $ 808.50 | Observe evening warehouse operations with Nicholas Palumbo |
| Ozarski | Operational Review | 09/11/19 | 0.4 | $ 385.00 | $ 154.00 | Observe warehouse operations (receiving) |

**Getzler Henrich & Associates LLC**

SEPTEMBER 1 - SEPTEMBER 30, 2019

DURO DYNE (DIP)
TIME DETAIL -SEPTEMBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Ozarski | Operational Review | 09/11/19 | 2.3 | $ 385.00 | $ 885.50 | Observe Connector/Rail/Vane manufacturing operations for safety assessment |
| Ozarski | Operational Review | 09/11/19 | 0.8 | $ 385.00 | $ 308.00 | Report development recommendation review |
| Ozarski | Operational Review | 09/11/19 | 0.4 | $ 385.00 | $ 154.00 | Facility safety incident report review |
| Ozarski | Operational Review | 09/11/19 | 0.6 | $ 385.00 | $ 231.00 | Warehouse observations/findings with day warehouse manager |
| Ozarski | Operational Review | 09/11/19 | 1.1 | $ 385.00 | $ 423.50 | Observations of press operations, x-machine operations and manufacturing floor flow for safety assessment |
| Ozarski | Operational Review | 09/11/19 | 0.7 | $ 385.00 | $ 269.50 | Safety issue review with S Pack |
| Ozarski | Operational Review | 09/11/19 | 0.4 | $ 385.00 | $ 154.00 | Safety/operations review with maintenance supervisor |
| Ozarski | Operational Review | 09/11/19 | 2.1 | $ 385.00 | $ 808.50 | Material review for safety procedures |
| Ozarski | Operational Review | 09/11/19 | 2.2 | $ 385.00 | $ 847.00 | Report development and recommendation review |
| Ozarski | Operational Review | 09/12/19 | 0.3 | $ 385.00 | $ 115.50 | Review ISO Quality Materials & safety training info |
| Ozarski | Operational Review | 09/12/19 | 1.2 | $ 385.00 | $ 462.00 | On Floor training with Zenas |
| Ozarski | Operational Review | 09/12/19 | 0.3 | $ 385.00 | $ 115.50 | Discussions with maintenance re: safety |
| Ozarski | Operational Review | 09/12/19 | 0.4 | $ 385.00 | $ 154.00 | Review ISO quality materials & safety training info |
| Ozarski | Operational Review | 09/12/19 | 1.3 | $ 385.00 | $ 500.50 | Meeting with HR Director Re: Safety procedures and training |
| Ozarski | Operational Review | 09/12/19 | 1.0 | $ 385.00 | $ 385.00 | Safety Committee Meeting |
| Ozarski | Operational Review | 09/12/19 | 0.2 | $ 385.00 | $ 77.00 | Meeting with HR director re: emergency response and security |
| Ozarski | Operational Review | 09/12/19 | 0.8 | $ 385.00 | $ 308.00 | Report and recommendations development |
| Ozarski | Operational Review | 09/12/19 | 0.4 | $ 385.00 | $ 154.00 | Manufacturing ops observation Cabling |
| Ozarski | Operational Review | 09/12/19 | 2.7 | $ 385.00 | $ 1,039.50 | Meeting with leadership regarding findings |
| Ozarski | Operational Review | 09/12/19 | 0.9 | $ 385.00 | $ 346.50 | Review of Training materials and welding area |
| Ozarski | Operational Review | 09/13/19 | 2.3 | $ 385.00 | $ 885.50 | Recommendation development |
| Ozarski | Operational Review | 09/13/19 | 1.3 | $ 385.00 | $ 500.50 | Meeting w/ HR Director re: Incident reporting |
| Ozarski | Operational Review | 09/13/19 | 1.7 | $ 385.00 | $ 654.50 | Review HR materials re: incidents, costs, procedures, training |
| Ozarski | Operational Review | 09/13/19 | 3.2 | $ 385.00 | $ 1,232.00 | Report and recommendations development |
| Podgainy | Operational Review | 09/17/19 | 1.1 | $ 445.00 | $ 489.50 | Reviewed and edited safety assessment report, and related correspondence re: changes |
| | **Operational Review Total** | | **42.2** | | **$ 16,115.00** | |
| O'Callaghan | Supplier Issues | 09/06/19 | 2.1 | $ 205.00 | $ 430.50 | Preparing update on professional fees for board of directors |
| O'Callaghan | Supplier Issues | 09/06/19 | 0.7 | $ 205.00 | $ 143.50 | Call with corporate counsel re: interpretation of vendor agreements |
| O'Callaghan | Supplier Issues | 09/09/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: review of vendor scorecard |
| O'Callaghan | Supplier Issues | 09/18/19 | 0.3 | $ 205.00 | $ 61.50 | Call with vendor to discuss payment terms |
| O'Callaghan | Supplier Issues | 09/20/19 | 1.1 | $ 205.00 | $ 225.50 | Responding to request for prepayment of inventory from vendor |
| O'Callaghan | Supplier Issues | 09/23/19 | 0.3 | $ 205.00 | $ 61.50 | Call with freight vendor |
| O'Callaghan | Supplier Issues | 09/24/19 | 0.6 | $ 205.00 | $ 123.00 | Updating schedule of professional fees for Board |
| O'Callaghan | Supplier Issues | 09/25/19 | 1.6 | $ 205.00 | $ 328.00 | Meeting with vendor re: pricing |
| O'Callaghan | Supplier Issues | 09/25/19 | 0.4 | $ 205.00 | $ 82.00 | Call with insurance broker re: credit insurance |
| O'Callaghan | Supplier Issues | 09/25/19 | 1.2 | $ 205.00 | $ 246.00 | Processing foreign receivable insurance renewal |
| O'Callaghan | Supplier Issues | 09/30/19 | 1.4 | $ 205.00 | $ 287.00 | Reviewing steel vendors' price quotes |
| | **Supplier Issues Total** | | **10.9** | | **$ 2,234.50** | |

**Getzler Henrich & Associates LLC**

**SEPTEMBER 1 - SEPTEMBER 30, 2019**

**DURO DYNE (DIP)**
**TIME DETAIL -SEPTEMBER 2019**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Travel | 09/03/19 | 0.8 | $ 102.50 | $ 82.00 | Travel to client |
| O'Callaghan | Travel | 09/04/19 | 1.0 | $ 102.50 | $ 102.50 | Travel from client |
| O'Callaghan | Travel | 09/09/19 | 1.2 | $ 102.50 | $ 123.00 | Travel to client |
| Ozarski | Travel | 09/09/19 | 5.0 | $ 192.50 | $ 962.50 | Travel State College PA to Bay Shore NY |
| Ozarski | Travel | 09/12/19 | 5.0 | $ 192.50 | $ 962.50 | Travel Bay Shore NY to State College PA |
| O'Callaghan | Travel | 09/17/19 | 0.7 | $ 102.50 | $ 71.75 | Travel to client |
| O'Callaghan | Travel | 09/19/19 | 0.8 | $ 102.50 | $ 82.00 | Travel from client |
| O'Callaghan | Travel | 09/23/19 | 1.0 | $ 102.50 | $ 102.50 | Travel to client |
| O'Callaghan | Travel | 09/26/19 | 1.0 | $ 102.50 | $ 102.50 | Travel from client |
| O'Callaghan | Travel | 09/30/19 | 0.5 | $ 102.50 | $ 51.25 | Travel to client |
| | **Travel Total** | | **17.0** | | **$ 2,642.50** | |
| | **Grand Total** | | **166.3** | | **$ 40,881.00** | |

# EXHIBIT B

**Getzler Henrich & Associates LLC**  SEPTEMBER 1 - SEPTEMBER 30, 2019  **DURO DYNE (DIP)**
**EXPENSE DETAIL SEPTEMBER 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| Ozarski | Accommodations | Accommodations | 09/12/19 | $ 840.57 | Courtyard Marriott Republic Airport - three nights |
| | **Accommodations Total** | | | **$ 840.57** | |
| Ozarski | Meals | Meals - Dinner | 09/09/19 | $ 8.45 | McDonalds Stroudsburg PA |
| Ozarski | Meals | Meals - Breakfast | 09/10/19 | $ 10.05 | Courtyard Marriott Republic Airport |
| Ozarski | Meals | Meals - Dinner | 09/10/19 | $ 30.79 | Houlihans Farmingdale NY |
| Ozarski | Meals | Meals - Lunch | 09/10/19 | $ 10.31 | McDonalds Bay Shore NY |
| Ozarski | Meals | Meals - Breakfast | 09/11/19 | $ 9.83 | Courtyard Marriott Republic Airport |
| Ozarski | Meals | Meals - Dinner | 09/11/19 | $ 22.49 | Chili's Farmingdale NY |
| Ozarski | Meals | Meals - Lunch | 09/11/19 | $ 10.32 | Joe's Pizza Bay Shore NY |
| Ozarski | Meals | Meals - Breakfast | 09/12/19 | $ 9.83 | Courtyard Marriott Republic Airport |
| Ozarski | Meals | Meals - Dinner | 09/12/19 | $ 9.95 | Mobil Mart Danville PA |
| Ozarski | Meals | Meals - Lunch | 09/12/19 | $ 10.31 | McDonald's Bay Shore NY |
| | **Meals Total** | | | **$ 132.33** | |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/03/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/03/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/03/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/03/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/04/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/04/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/04/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/09/19 | $ 90.48 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/09/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/09/19 | $ 12.24 | Throgs Neck |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/09/19 | $ 162.40 | Mileage for travel to Bay Shore NY |
| Ozarski | Transportation | Automobile Expense - Tolls | 09/09/19 | $ 9.50 | TNB Bridge toll |
| Ozarski | Transportation | Automobile Expense - Tolls | 09/09/19 | $ 12.50 | GW Bridge toll |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/10/19 | $ 6.96 | Hotel to site |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/10/19 | $ 6.96 | Site to Hotel |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/11/19 | $ 6.96 | Hotel to site |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/11/19 | $ 6.96 | Site to Hotel |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/12/19 | $ 6.96 | Hotel to site |
| Ozarski | Transportation | Automobile Expense - Mileage | 09/12/19 | $ 167.04 | Miileage for travel from Bay Shore to Home |
| Ozarski | Transportation | Automobile Expense - Tolls | 09/12/19 | $ 9.50 | TNB Bridge toll |
| Ozarski | Transportation | Automobile Expense - Tolls | 09/12/19 | $ 1.00 | Delaware Watergap Bridge Toll |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/17/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/17/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/17/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/17/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/18/19 | $ 49.88 | Mileage to and from client |

| Getzler Henrich & Associates LLC | | | SEPTEMBER 1 - SEPTEMBER 30, 2019 | | | DURO DYNE (DIP) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | EXPENSE DETAIL SEPTEMBER 2019 |

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | | Description |
| --- | --- | --- | --- | --- | --- | --- |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/19/19 | $ | 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/19/19 | $ | 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/19/19 | $ | 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/23/19 | $ | 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/23/19 | $ | 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/23/19 | $ | 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/23/19 | $ | 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/24/19 | $ | 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/25/19 | $ | 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/26/19 | $ | 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/26/19 | $ | 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/26/19 | $ | 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/30/19 | $ | 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 09/30/19 | $ | 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/30/19 | $ | 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 09/30/19 | $ | 6.12 | Throgs Neck |
| | **Transportation Total** | | | $ | **1,243.20** | |
| | **Grand Total** | | | $ | **2,216.10** | |