| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this eleventh monthly fee statement[2] for the period commencing September 1, 2019, through September 30, 2019 (the "**Eleventh Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Eleventh Fee Statement, if any, are due by November 4, 2019.

Dated: October 25, 2019    By: /s/ James P. Wehner
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**<u>D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET</u>**

| | | | |
|---|---|---|---|
| Debtor: | <u>Duro Dyne National Corp., *et al.*</u> [1] | Applicant: | <u>Caplin & Drysdale, Chartered</u> |
| Case No.: | <u>18-27963 (MBK)</u> | Client: | <u>Official Committee of Asbestos Claimants</u> |
| Chapter: | <u>11</u> | Case Filed: | <u>September 7, 2018</u> |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
<u>UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

<u>RETENTION ORDER(S) ATTACHED AS EXHIBIT B</u>

**ELEVENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
<u>FROM SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019</u>**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED[3] | $1,540,301.00 | $27,142.11 |
| TOTAL ALLOWED TO DATE | $1,455,043.50 | $25,416.32 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $112,103.30 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,355,476.90 | $25,416.32 |
| | | |
| FEE TOTALS – PAGE 2 | $52,358.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $1,277.38 | |
| TOTAL FEE APPLICATION | $53,635.38 | |
| MINUS 20% HOLDBACK | $10,471.60 | |
| AMOUNT SOUGHT AT THIS TIME | $43,163.78 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

[3] Caplin & Drysdale's tenth monthly fee statement inadvertently included the total fees and expenses requested for that fee period in the "Total Previously Requested" amounts. The correct "Total Previously Requested" amounts for that statement are: Fees - $1,449,400.00; Expenses - $25,416.33.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 0.2 | $840 | $168.00 |
| Kevin C. Maclay, Member | 1994 | 6.6 | $775 | $5,115.00 |
| James P. Wehner, Member | 1995 | 26.5 | $735 | $19,477.50 |
| Jeffrey A. Liesemer, Member | 1993 | 33.0 | $735 | $24,255.00 |
| Kevin M. Davis, Associate | 2010 | 2.5 | $505 | $1,262.50 |
| Cecilia Guerrero, Paralegal | N/A | 6.4 | $325 | $2,080.00 |
| **TOTAL FEES** | | **75.2** | | **$52,358.00** |
| **ATTORNEY BLENDED RATE** | | | **$696.25** | |

## SECTION II
## SUMMARY OF SERVICES

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.5 | $162.50 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 3.1 | $1,335.50 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 24.9 | $17,794.50 |
| **(.11) Plan and Disclosure Statement** | 44.6 | $31,777.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 1.2 | $914.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 0.9 | $374.50 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **75.2** | **$52,358.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $1,017.62 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $245.70 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery, Meals** | $14.06 |
| **DISBURSEMENTS TOTAL:** | **$1,277.38** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

- a) Caplin & Drysdale analyzed appellate issues related to the Plan, drafted and revised appellate pleadings related to the Plan, and reviewed and analyzed court decisions and pleadings;
- b) Caplin & Drysdale researched and drafted pleadings regarding relief from stay;
- c) Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;
- d) Caplin & Drysdale prepared and filed fee applications;
- e) Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

    f)    Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

    g)    Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  October 25, 2019                                 /s/ James P. Wehner
                                                                     Signature

# EXHIBIT A

**Caplin & Drysdale**
ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

October 24, 2019
Invoice #:    322963
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through September 30, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 9/3/2019 | CG | Update electronic pleadings file and update docketing calendar. | 0.2 | $325.00 | $65.00 |
| 9/27/2019 | CG | Update docketing calendar. | 0.3 | $325.00 | $97.50 |
| | | Total | 0.50 | | $162.50 |
| **.07** | **Fee Applications-Self** | | | | |
| 9/24/2019 | JPW | Review monthly. | 0.4 | $735.00 | $294.00 |
| 9/24/2019 | CG | Review, revise monthly fee app. | 1.2 | $325.00 | $390.00 |
| 9/25/2019 | JPW | Review monthly. | 0.2 | $735.00 | $147.00 |
| 9/25/2019 | JPW | Emails re fee issues. | 0.2 | $735.00 | $147.00 |
| 9/25/2019 | CG | Review, revise, and finalize monthly fee app (.6); draft and revise certificates of no objection (.3); communications w/ local counsel re same (.2). | 1.1 | $325.00 | $357.50 |
| | | Total | 3.10 | | $1,335.50 |
| **.10** | **Litigation** | | | | |
| 9/6/2019 | JPW | Meet with KCM re case status (0.4); draft motion (2.2). | 2.6 | $735.00 | $1,911.00 |
| 9/6/2019 | KCM | Meet with JPW re case status. | 0.4 | $775.00 | $310.00 |
| 9/6/2019 | KCM | Review/analyze draft lift stay motion. | 0.2 | $775.00 | $155.00 |
| 9/9/2019 | KCM | Review materials re stay issues. | 0.4 | $775.00 | $310.00 |
| 9/11/2019 | JAL | Review and comments on JPW's draft lift-stay motion. | 0.6 | $735.00 | $441.00 |
| 9/12/2019 | JAL | Meetings with JPW re motion (0.3); review of materials re same (0.5). | 0.8 | $735.00 | $588.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .10 | Litigation | | | | |
| 9/12/2019 | JPW | Revise draft motion (1.5); conferences with JAL (.3). | 1.8 | $735.00 | $1,323.00 |
| 9/12/2019 | KCM | Review draft stay brief. | 0.3 | $775.00 | $232.50 |
| 9/16/2019 | JPW | Revise draft motion (1.5); emails re draft motion (0.4). | 1.9 | $735.00 | $1,396.50 |
| 9/17/2019 | JPW | Emails re motion. | 0.6 | $735.00 | $441.00 |
| 9/18/2019 | JAL | Teleconference with JPW, KCM, and C. Malone re stay issues issue (0.4); telephone call with JPW and KCM re same (0.2). | 0.6 | $735.00 | $441.00 |
| 9/18/2019 | JPW | Teleconference Cort Malone, JAL, and KCM re stay issues (0.4); teleconference JAL and KCM re same (0.2). | 2.2 | $735.00 | $1,617.00 |
| 9/18/2019 | JPW | Revise motion. | 1.6 | $735.00 | $1,176.00 |
| 9/18/2019 | KCM | Teleconference with JPW and JAL re stay issues (.2); teleconference with Debtor, JPW, and JAL re same (.4). | 0.6 | $775.00 | $465.00 |
| 9/18/2019 | CG | Review and revise lift stay motion. | 1.0 | $325.00 | $325.00 |
| 9/19/2019 | JAL | Review and comments on draft lift-stay motion. | 0.8 | $735.00 | $588.00 |
| 9/19/2019 | JPW | Revise motion and meet with JAL re same. | 0.3 | $735.00 | $220.50 |
| 9/20/2019 | JPW | Emails re motion (0.7); teleconference J. Fialcowitz re motion (0.2). | 0.9 | $735.00 | $661.50 |
| 9/22/2019 | JAL | Further drafting and revisions to lift-stay motion. | 2.0 | $735.00 | $1,470.00 |
| 9/23/2019 | JAL | Revisions and editing to motion for relief from stay to preserve claimant testimony. | 1.2 | $735.00 | $882.00 |
| 9/23/2019 | JPW | Review revised brief (0.4); emails re draft brief (0.2). | 0.6 | $735.00 | $441.00 |
| 9/23/2019 | CG | Review and revise lift stay motion. | 0.6 | $325.00 | $195.00 |
| 9/24/2019 | JAL | Revisions and editing to motion for relief from stay to preserve testimony. | 0.6 | $735.00 | $441.00 |
| 9/24/2019 | JPW | Emails re draft motion. | 0.2 | $735.00 | $147.00 |
| 9/25/2019 | JAL | Telephone call and voice message to K. Quinn re lift-stay motion. | 0.1 | $735.00 | $73.50 |
| 9/27/2019 | KCM | Review/analyze stay-related materials. | 0.4 | $775.00 | $310.00 |
| 9/30/2019 | ACM | Review District Court decision re FCR appointment (.1); exchange e-mails re same (.1). | 0.2 | $840.00 | $168.00 |
| 9/30/2019 | JPW | Meet with KCM re motion (0.2); review appellate ruling (0.3). | 0.5 | $735.00 | $367.50 |
| 9/30/2019 | KCM | Meet with JPW re stay brief. | 0.2 | $775.00 | $155.00 |
| 9/30/2019 | KCM | Review/analyze appeal ruling. | 0.5 | $775.00 | $387.50 |
| 9/30/2019 | KCM | Teleconference with E. Harron re appeal ruling. | 0.2 | $775.00 | $155.00 |
| | | **Total** | **24.90** | | **$17,794.50** |

October 24, 2019
Invoice #:  322963

Page: 3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 9/3/2019 | JAL | Review correspondence from K. Quinn re developments in coverage action. | 0.2 | $735.00 | $147.00 |
| 9/3/2019 | JPW | Research claimant issue (2.5); emails re claimant issue (0.5); emails re insurance issues (0.2); telephone conference with J. Prol re claimant issues (0.2). | 3.4 | $735.00 | $2,499.00 |
| 9/4/2019 | JAL | Teleconference with JPW, K. Quinn, Debtors' counsel, and FCR's counsel re insurance-related confirmation issues and next steps (0.6); office conference with JPW re client inquiry and related issues (0.7). | 1.3 | $735.00 | $955.50 |
| 9/4/2019 | JPW | Meet with JAL (0.7); telephone conference with J. Prol, insurance counsel, re insurance issues (0.6). | 1.3 | $735.00 | $955.50 |
| 9/5/2019 | JAL | Telephone conference with K. Quinn, JPW, and KCM re plan-related insurance issues (0.3); confer with JPW and KCM re plan-related insurance issues (0.2); review and analysis of materials in connection with drafting sur-reply brief (4.2). | 4.7 | $735.00 | $3,454.50 |
| 9/5/2019 | JPW | Draft motion (1.0); telephone conference with T. Quinn, KCM and JAL re insurance issues (0.3); emails re insurance issues (0.3); meet with KCM and JAL re same (0.2). | 1.8 | $735.00 | $1,323.00 |
| 9/5/2019 | KCM | Teleconference with special insurance counsel, JPW and JAL re plan-related insurance issues (.3); meet with JPW and JAL re same (.2). | 0.5 | $775.00 | $387.50 |
| 9/6/2019 | JAL | Drafted and revised sur-reply to North River's reply brief. | 5.1 | $735.00 | $3,748.50 |
| 9/9/2019 | JAL | Further drafting and revisions to sur-reply (6.1); revisions and editing to motion to strike reply brief (0.9); call with J. Prol, JPW, and KCM re plan-related insurance issue (0.1); confer with JPW and KCM re issues relating to Debtors' motion to approve procedures for omnibus claims objections (0.2); confer with JPW and KCM re comments on draft sur-reply brief (0.1); confer with JPW re same (0.2). | 7.6 | $735.00 | $5,586.00 |
| 9/9/2019 | JPW | Emails re insurance issues (0.5); meetings with JAL and KCM re insurance issues (0.3); telephone conference with J. Prol, KCM, and JAL re same (0.1); review draft supplemental brief (1.0); meet with JAL re supplemental brief (0.2). | 2.1 | $735.00 | $1,543.50 |
| 9/9/2019 | KCM | Meetings with JPW and JAL re insurance issues (.3); call with J. Prol, JPW, and JAL re same (.1). | 0.4 | $775.00 | $310.00 |

October 24, 2019
Invoice #:  322963

Page:  4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 9/10/2019 | JAL | Review and comments on draft notice of motion and form of proposed order (1.3); correspondence with CG re edits to surreply brief (0.3); revisions and editing to motion to strike and surreply (0.9); correspondence with E. Grim re comments on the draft surreply (0.8). | 3.3 | $735.00 | $2,425.50 |
| 9/10/2019 | JPW | Review draft brief (1.1); emails re draft brief (0.5). | 1.6 | $735.00 | $1,176.00 |
| 9/10/2019 | CG | Review, revise, and citecheck motions to strike and related materials (1.0); communicate w/ JAL re same (.3). | 1.3 | $325.00 | $422.50 |
| 9/11/2019 | JAL | Review and analysis of E. Grim re asbestos insurance settlements (0.1); drafted and revised email to J. Fialcowitz re tomorrow's hearing (0.1); meet with JPW re insurance issues (0.2). | 0.4 | $735.00 | $294.00 |
| 9/11/2019 | JPW | Emails re insurance issues (0.3); meet with JAL re insurance issues (0.2). | 0.5 | $735.00 | $367.50 |
| 9/13/2019 | JAL | Teleconference with JPW, KCM K. Quinn, Debtors' counsel, and FCR's counsel re confirmation strategies and next steps (0.9); office conference with JPW and KCM re confirmation strategies and related issues (0.3); review and edits to draft motion (1.4). | 2.6 | $735.00 | $1,911.00 |
| 9/13/2019 | JPW | Meet with KCM and JAL re insurance issues (0.3); teleconference Debtors counsel, insurance counsel, FCR counsel, JAL, and KCM re insurance issues (0.9). | 1.2 | $735.00 | $882.00 |
| 9/13/2019 | KCM | Plan/prepare for call with Debtor. | 0.2 | $775.00 | $155.00 |
| 9/13/2019 | KCM | Teleconference with Debtor, FCR, special insurance counsel, JPW and JAL re case status and next steps. | 0.9 | $775.00 | $697.50 |
| 9/13/2019 | KCM | Meet with JPW and JAL re case status. | 0.3 | $775.00 | $232.50 |
| 9/16/2019 | JAL | Review and analysis of materials bearing on confirmation-related insurance issue. | 0.2 | $735.00 | $147.00 |
| 9/17/2019 | KMD | Review and revise agreements. | 0.8 | $505.00 | $404.00 |
| 9/18/2019 | JAL | Conference with KMD re next steps. | 0.1 | $735.00 | $73.50 |
| 9/18/2019 | KMD | Review and revise agreements (1.6); discuss same w/ JAL (0.1). | 1.7 | $505.00 | $858.50 |
| 9/19/2019 | JAL | Review and analysis of North River's opposition to motion to strike reply brief and related materials (0.5); confer with JPW re motion (0.3). | 0.8 | $735.00 | $588.00 |
| 9/30/2019 | KCM | Teleconference with E. Harron re case status. | 0.3 | $775.00 | $232.50 |
| | | Total | 44.60 | | $31,777.00 |
| .15 | **Committee Meetings/Conferences** | | | | |
| 9/12/2019 | JPW | Meet with KCM re Committee inquiry. | 0.4 | $735.00 | $294.00 |

October 24, 2019
Invoice #: 322963

Page: 5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/12/2019 | KCM | Teleconference with Committee member re stay issues (.4); meet with JPW re Committee member, communication and related issue (.4). | 0.8 | $775.00 | $620.00 |
| | | Total | 1.20 | | $914.00 |
| **.18** | **Fee Applications-Others** | | | | |
| 9/24/2019 | CG | Review and revise Charter Oak monthly fee app (.2); communications re same (.1). | 0.3 | $325.00 | $97.50 |
| 9/25/2019 | JPW | Review CO monthly. | 0.2 | $735.00 | $147.00 |
| 9/25/2019 | CG | Review and revise Charter Oak monthly fee app (.3); communications re same (.1). | 0.4 | $325.00 | $130.00 |
| | | Total | 0.90 | | $374.50 |
| | | Total Professional Services | 75.2 | | $52,358.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 33.0 | $735.00 | $24,255.00 |
| KCM | Kevin C. Maclay | Member | 6.6 | $775.00 | $5,115.00 |
| ACM | Ann C. McMillan | Member | 0.2 | $840.00 | $168.00 |
| JPW | James P. Wehner | Member | 26.5 | $735.00 | $19,477.50 |
| KMD | Kevin M. Davis | Associate | 2.5 | $505.00 | $1,262.50 |
| CG | Cecilia Guerrero | Paralegal | 6.4 | $325.00 | $2,080.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 09/05/2019 | Meals - Working dinner for CG. [.11] | $12.48 |
| 09/25/2019 | eDiscovery Exp - August 2019 [.01] | $1.58 |
| 09/30/2019 | Court Reporting/Transcript Service - transcript [.10] | $245.70 |
| 09/30/2019 | Database Research - Westlaw - JPW 9/18/19 [.01] | $332.56 |
| 09/30/2019 | Database Research - Westlaw - CG 9/10/19 [.01] | $135.55 |
| 09/30/2019 | Database Research - Westlaw - JAL 9/5-19/19 [.01] | $549.51 |
| | Total Disbursements | $1,277.38 |

October 24, 2019
Invoice #:     322963

Page:     6

| | |
|---|---:|
| Total Services | $52,358.00 |
| Total Disbursements | $1,277.38 |
| Total Current Charges | $53,635.38 |

# EXHIBIT B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com *Proposed Local Counsel for the Official Committee of Asbestos Claimants* | **Order Filed on November 9, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey** |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved.  Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Case 18-27963-MBK    Doc 256    Filed 10/09/19    Entered 10/09/19 09:04:45    Desc Main
Document    Page 17 of 37

Page:       3
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5.     This Order shall be immediately effective and enforceable upon its entry; and

6.     The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.