UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Duro Dyne National Corp.

Case No.:  18-27963

Adv. No.:

Hearing Date:  11/7/2019

Judge:  Michael B. Kaplan

ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS AND FUTURE CLAIMANT'S REPRESENTATIVE FOR RELIEF FROM THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PRESERVING TESTIMONY OF DYING CLAIMANTS

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 12, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz, Esq.<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone (973) 532-7208<br>john@fialcowitzlaw.com<br><br>CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC  20005<br>Telephone:  (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com<br><br>*Counsel for the Official Committee of Asbestos Claimants* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Edwin J. Harron, Esq.<br>Sara Beth A. R. Kohut, Esq.<br>(admitted *pro hac vice*)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6703<br>Facsimile: (302) 576-3298<br>eharron@ycst.com<br>skohut@ycst.com<br><br>*Counsel to the Future Claimants' Representative* |
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*[1]<br><br>    Debtors. | Case No. 18-27963 MBK<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: Nov. 7, 2019, at 10:00 a.m. |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS AND FUTURE CLAIMANTS' REPRESENTATIVE FOR RELIEF FROM THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PRESERVING TESTIMONY OF DYING CLAIMANTS**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

DOC# 3216761

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No: 18-27963 (MBK)
Caption: Order Granting Motion of the Official Committee of Asbestos Claimants and Future Claimants' Representative for Relief from the Automatic Stay for the Limited Purpose of Preserving Testimony of Dying Claimants

---

This matter comes before the Court on the Official Committee of Asbestos Claimants' and FCR's Motion for Relief from the Automatic Stay for the Limited Purpose of Preserving Testimony of Dying Claimants ("**Motion**"). The Court having reviewed the Motion and any objection or responses thereto; and having determined that adequate and sufficient notice of the Motion has been given and no further notice is required; and having considered the arguments of counsel at the hearing held on November 7, 2019, and the entire record in this case; and having found and concluded that cause exists for granting the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. Any party who wishes to perpetuate the testimony of a tort claimant who is subject to the automatic stay, but who faces significant risk of dying or becoming incapacitated and unable to testify before completion of the above-referenced chapter 11 cases, may prepare an application signed by counsel for the claimant identifying the claimant and briefly stating the reasons and circumstances of the application.

3. The application shall not exceed two (2) pages and shall be filed on the docket for these cases. The claimant need not retain local bankruptcy counsel for the purposes of filing the application. The Official Committee of Asbestos Claimants may, solely for administrative purposes, file the application for the claimant without representing the claimant individually.

4. Any objection to the application shall be filed within seven (7) days of the filing of the application.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No: 18-27963 (MBK)
Caption: Order Granting Motion of the Official Committee of Asbestos Claimants and Future Claimants' Representative for Relief from the Automatic Stay for the Limited Purpose of Preserving Testimony of Dying Claimants

---

5. If no timely objection to the application is filed, the application is granted pursuant to § 362(d) of the Bankruptcy Code at the expiration of the time to object without further order of the Court.

6. If a timely objection is filed, the objection shall be resolved by a telephonic conference with the Court. Such telephonic conference shall be held as soon as reasonably practicable. The resolution of the objection shall be noted on the docket by an Order or other entry.

7. The stay imposed by Bankruptcy Rule 4001(a)(3) is waived, and any modification of the stay pursuant to paragraphs 5 or 6 above shall take effect immediately.

8. All parties' rights and obligations with respect to any claims for defense costs, contribution, or otherwise are unaffected by this order and fully reserved.

9. This Court retains jurisdiction with respect to all matters arising from, or related to, the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27963-MBK
Duro Dyne National Corp.                                                Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db             +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
               efile@pbgc.gov
              Christina Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
              Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
              Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick , dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 12, 2019
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
               john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
               john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
               john@fialcowitzlaw.com
              Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
               jacobson.jordan@pbgc.gov, efile@pbgc.gov
              Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
               quinnk@gotofirm.com
              Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
               knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
               mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
              Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
               lrestivo@mccarter.com
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
              Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
               slross@duanemorris.com, AutoDocketWILM@duanemorris.com
              Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
               stephen.forte@offitkurman.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
               stephen.forte@offitkurman.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
               American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                                             TOTAL: 42
```