**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, October 1, 2019 through October 31, 2019 (the "October 2019 Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Twelfth Fee Statement, if any, are due by December 2, 2019.

Dated: November 20, 2019

                                                  Respectfully submitted,

                                                  **GETZLER HENRICH & ASSOCIATES LLC**

                                                  /s/ *Mark D. Podgainy*
                                                  Mark D. Podgainy
                                                  295 Madison Avenue
                                                  New York, NY 10017
                                                  *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 658,465.75 | $ 13,512.69 |
| TOTAL FEES ALLOWED TO DATE: | $ 579,612.50 | $ 10,327.87 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 15,770.65- | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 579,612.50 | $ 10,327.87 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $30,913.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $699.82 |
| TOTAL FEE APPLICATION | $31,612.82 |
| MINUS 20% HOLDBACK | -$6,182.60 |
| AMOUNT SOUGHT AT THIS TIME | $25,430.22 |

31035/2
11/20/2019 53200155.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 134.7 | $27,613.50 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 1.8 | 184.50 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 7.0 | 3,115.00 |
| | | **Grand Total:** | **$215.42** | **$30,913.00** |
| | | **Blended Rate:** | $ | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 34.8 | $7,134.00 |
| Bankruptcy Consulting | 20.5 | 4,562.50 |
| Budget Preparation | 19.2 | 3,936.00 |
| Claims Analysis & Negotiation | 0.0 | 0.00 |
| Creditor Committee Matter | .9 | 256.50 |
| Confirmation Issues | 0.0 | 0.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 23.4 | 4,869.00 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 4.8 | 2,136.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 12.4 | 2,542.00 |
| Motion Review / Analysis | .9 | 184.50 |
| Operational Review | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 24.8 | 5,108.00 |
| Travel | 1.8 | 184.50 |
| **SERVICE TOTALS** | **143.5** | **$30,913.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

2

|  | AMOUNT |
|---|---|
| Accommodations |  |
| Telecommunications |  |
| Transportation |  |
| **TOTAL DISBURSEMENTS** | $ |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for September 2019;

b) Getzler assisted the Debtors with the preparation of financial statements and supporting schedules, preparation for the 2019 audit, and related accounting tasks;

c) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

d) Getzler responded to information requests from the Committee's financial advisor;

e) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency, profitability and safety;

f) Getzler assisted the Debtors in addressing vendor issues, including participating in calls and meetings with vendors;

g) Getzler assisted counsel with preparing pleadings to be filed with the Court;

h) Getzler assisted the Debtors with the 2020 budget process; and

i) Getzler provided such other services consistent with its engagement letter.

3

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (100%)
    (B) SECURED CREDITORS: (100%)
    (C) PRIORITY CREDITORS: (100%)
    (D) GENERAL UNSECURED CREDITORS: (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2019

                                                /s/ *Mark D. Podgainy*
                                                Mark D. Podgainy

|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* |

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
|---|---|
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

51635/2
09/26/2018 51210348.1

Page: 2
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("<u>Getzler Henrich</u>") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "<u>Podgainy Declaration</u>"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:	3
Debtors:	Duro Dyne National Corp., Inc., *et al.*
Case No.:	18-27963 (MBK)
Caption:	Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Page:     5
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Duro Dyne National Corp.
100 Horizon Center Boulevard
Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
11–2504664

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

Jeanne Naughton
Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

OCTOBER 1, 2019 - OCTOBER 31, 2019

DURO DYNE (DIP)
TIME DETAIL - OCTOBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 10/01/19 | 0.6 | $ 205.00 | $ 123.00 | Responding to Texas sales tax audit request |
| O'Callaghan | Accounting and Audit | 10/01/19 | 1.0 | $ 205.00 | $ 205.00 | Researching potential inventory adjustments |
| O'Callaghan | Accounting and Audit | 10/01/19 | 0.4 | $ 205.00 | $ 82.00 | Phone call with controller of Canadian subsidiary re: accounting question |
| O'Callaghan | Accounting and Audit | 10/01/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with inventory manager re: cycle counts |
| O'Callaghan | Accounting and Audit | 10/02/19 | 2.6 | $ 205.00 | $ 533.00 | Meeting with management re: commissions calculations |
| O'Callaghan | Accounting and Audit | 10/02/19 | 0.8 | $ 205.00 | $ 164.00 | Follow up meeting with inventory manager re: inventory adjustments |
| O'Callaghan | Accounting and Audit | 10/02/19 | 0.4 | $ 205.00 | $ 82.00 | Meeting with staff accountant re: bank reconciliations |
| O'Callaghan | Accounting and Audit | 10/02/19 | 0.9 | $ 205.00 | $ 184.50 | Reviewing final calculation of September commission |
| O'Callaghan | Accounting and Audit | 10/03/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing commissions due from affiliate |
| O'Callaghan | Accounting and Audit | 10/03/19 | 0.4 | $ 205.00 | $ 82.00 | Call with outside accountant re: cycle counts |
| O'Callaghan | Accounting and Audit | 10/03/19 | 0.5 | $ 205.00 | $ 102.50 | Meeting with AP manager re: fixed asset invoices |
| O'Callaghan | Accounting and Audit | 10/03/19 | 0.6 | $ 205.00 | $ 123.00 | Responding to additional request from Texas re: sales tax |
| O'Callaghan | Accounting and Audit | 10/03/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with HR manager re: 401k audit |
| O'Callaghan | Accounting and Audit | 10/04/19 | 0.7 | $ 205.00 | $ 143.50 | Conference call re: 401k audit |
| O'Callaghan | Accounting and Audit | 10/04/19 | 0.6 | $ 205.00 | $ 123.00 | Call with outside accountant re: end of year audit schedule |
| O'Callaghan | Accounting and Audit | 10/07/19 | 1.1 | $ 205.00 | $ 225.50 | Responding to information request for 401k information from auditor |
| O'Callaghan | Accounting and Audit | 10/08/19 | 0.6 | $ 205.00 | $ 123.00 | Conference call with 401k administrator re: 401K audit |
| O'Callaghan | Accounting and Audit | 10/08/19 | 0.9 | $ 205.00 | $ 184.50 | Responding to information request for 401k information |
| O'Callaghan | Accounting and Audit | 10/08/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with accounting staff re monthly close |
| O'Callaghan | Accounting and Audit | 10/08/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: reported negative inventory |
| O'Callaghan | Accounting and Audit | 10/09/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: year-end inventory |
| O'Callaghan | Accounting and Audit | 10/09/19 | 0.8 | $ 205.00 | $ 164.00 | Providing additional background information on 401k |
| O'Callaghan | Accounting and Audit | 10/10/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting to discuss year end inventory |
| O'Callaghan | Accounting and Audit | 10/11/19 | 0.5 | $ 205.00 | $ 102.50 | Meeting with production manager re: die inventory |
| O'Callaghan | Accounting and Audit | 10/14/19 | 3.7 | $ 205.00 | $ 758.50 | Reviewing accounting files for retention |
| O'Callaghan | Accounting and Audit | 10/15/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: inventory showing negative quantities |
| O'Callaghan | Accounting and Audit | 10/15/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing and processing tax filing for 401k |
| O'Callaghan | Accounting and Audit | 10/16/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: year-end inventory planning |
| O'Callaghan | Accounting and Audit | 10/16/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with department head re: production reporting procedures and negative inventory reports |
| O'Callaghan | Accounting and Audit | 10/17/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with accounting staff re: 401k match |
| O'Callaghan | Accounting and Audit | 10/17/19 | 0.3 | $ 205.00 | $ 61.50 | Drafting memo regarding year-end inventory planning |
| O'Callaghan | Accounting and Audit | 10/17/19 | 2.7 | $ 205.00 | $ 553.50 | Drafting Q3 financial statements |
| O'Callaghan | Accounting and Audit | 10/21/19 | 2.1 | $ 205.00 | $ 430.50 | Finalizing Q3 financial statements |
|  | **Accounting and Audit Total** |  | **34.8** |  | **$ 7,134.00** |  |
| O'Callaghan | Bankruptcy Consulting | 10/01/19 | 0.3 | $ 205.00 | $ 61.50 | Meeting with accounting staff re: fraudulent email requests |
| O'Callaghan | Bankruptcy Consulting | 10/01/19 | 1.4 | $ 205.00 | $ 287.00 | Attending staff meeting |
| O'Callaghan | Bankruptcy Consulting | 10/01/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with production manager re: machine downtime and maintenance |
| O'Callaghan | Bankruptcy Consulting | 10/01/19 | 0.8 | $ 205.00 | $ 164.00 | Online research for pricing suite applications |
| Podgainy | Bankruptcy Consulting | 10/01/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Prol re: decision on appointment of L Fitzpatrick |
| O'Callaghan | Bankruptcy Consulting | 10/02/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with IT director re: new scan gun implementation for inventory tracking |
| O'Callaghan | Bankruptcy Consulting | 10/02/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing analysis of steel purchases and steel scrap sales |
| O'Callaghan | Bankruptcy Consulting | 10/04/19 | 0.2 | $ 205.00 | $ 41.00 | Call with company president re: orders and shipments |
| O'Callaghan | Bankruptcy Consulting | 10/04/19 | 0.4 | $ 205.00 | $ 82.00 | Email correspondence to schedule meeting to review Q3 financial results |
| Podgainy | Bankruptcy Consulting | 10/07/19 | 0.4 | $ 445.00 | $ 178.00 | Review of 2019 H1 financial statements for US and Canada |
| O'Callaghan | Bankruptcy Consulting | 10/08/19 | 0.6 | $ 205.00 | $ 123.00 | Reviewing proposal for office reconfiguration |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
OCTOBER 1, 2019 - OCTOBER 31, 2019
TIME DETAIL - OCTOBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 10/10/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with IT director and shipping personnel re: data discrepancies |
| O'Callaghan | Bankruptcy Consulting | 10/11/19 | 1.6 | $ 205.00 | $ 328.00 | Reviewing safety report .6 and participating in conference call with safety consultant 1.0 |
| O'Callaghan | Bankruptcy Consulting | 10/11/19 | 2.3 | $ 205.00 | $ 471.50 | Identifying files for long term storage |
| Podgainy | Bankruptcy Consulting | 10/11/19 | 1.0 | $ 445.00 | $ 445.00 | Call w/ Duro Dyne management and operations people re: follow up on safety report |
| O'Callaghan | Bankruptcy Consulting | 10/15/19 | 1.8 | $ 205.00 | $ 369.00 | Researching options to dispose of used forklift |
| O'Callaghan | Bankruptcy Consulting | 10/16/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing startup expenses re: new distribution facility |
| O'Callaghan | Bankruptcy Consulting | 10/16/19 | 0.9 | $ 205.00 | $ 184.50 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 10/18/19 | 0.8 | $ 205.00 | $ 164.00 | Call with management re: document retention policies |
| O'Callaghan | Bankruptcy Consulting | 10/22/19 | 1.7 | $ 205.00 | $ 348.50 | Preparing report to the board regarding start up expenses at new facility |
| O'Callaghan | Bankruptcy Consulting | 10/22/19 | 1.5 | $ 205.00 | $ 307.50 | Preparing report to the board regarding Q3 financial performance |
| | **Bankruptcy Consulting Total** | | **20.5** | | **$ 4,562.50** | |
| O'Callaghan | Budget Preparation | 10/01/19 | 2.6 | $ 205.00 | $ 533.00 | Updating long term financial projections |
| O'Callaghan | Budget Preparation | 10/03/19 | 2.1 | $ 205.00 | $ 430.50 | Meeting with management re: 2020 budget and forecasts |
| O'Callaghan | Budget Preparation | 10/03/19 | 2.2 | $ 205.00 | $ 451.00 | Updating financial projections to incorporate management comments |
| O'Callaghan | Budget Preparation | 10/03/19 | 0.7 | $ 205.00 | $ 143.50 | Call with board member re: budget |
| O'Callaghan | Budget Preparation | 10/04/19 | 0.9 | $ 205.00 | $ 184.50 | Call with board member re: long term financial projections |
| O'Callaghan | Budget Preparation | 10/07/19 | 1.4 | $ 205.00 | $ 287.00 | Conference call with board of directors re: budget |
| O'Callaghan | Budget Preparation | 10/09/19 | 1.5 | $ 205.00 | $ 307.50 | Updating department budgets for 2020 budget |
| O'Callaghan | Budget Preparation | 10/10/19 | 2.4 | $ 205.00 | $ 492.00 | Additional drafting of 2020 budget |
| O'Callaghan | Budget Preparation | 10/14/19 | 2.5 | $ 205.00 | $ 512.50 | Updating budget worksheets |
| O'Callaghan | Budget Preparation | 10/15/19 | 1.3 | $ 205.00 | $ 266.50 | Drafting memo to department heads re: budget process |
| O'Callaghan | Budget Preparation | 10/16/19 | 0.9 | $ 205.00 | $ 184.50 | Drafting schedule of proposed capital expenditures |
| O'Callaghan | Budget Preparation | 10/16/19 | 0.3 | $ 205.00 | $ 61.50 | Providing update to board re: 2020 budget process |
| O'Callaghan | Budget Preparation | 10/18/19 | 0.4 | $ 205.00 | $ 82.00 | Call with management re: capital expenditures |
| | **Budget Preparation Total** | | **19.2** | | **$ 3,936.00** | |
| Podgainy | Creditor Committee Matter | 10/04/19 | 0.1 | $ 445.00 | $ 44.50 | Follow up on information to be provided to Committee |
| O'Callaghan | Creditor Committee Matter | 10/07/19 | 0.6 | $ 205.00 | $ 123.00 | Responding to information request from FA to creditor committee |
| Podgainy | Creditor Committee Matter | 10/07/19 | 0.2 | $ 445.00 | $ 89.00 | Review of pension plan documents requested by Charter Oak and send to J Sinclair |
| | **Creditor Committee Matter Total** | | **0.9** | | **$ 256.50** | |
| O'Callaghan | DIP Financing | 10/01/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open shipments |
| O'Callaghan | DIP Financing | 10/02/19 | 1.4 | $ 205.00 | $ 287.00 | Updating schedule of weekly orders and shipments |
| O'Callaghan | DIP Financing | 10/03/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 10/07/19 | 1.3 | $ 205.00 | $ 266.50 | Reviewing weekly cash receipts / disbursements |
| O'Callaghan | DIP Financing | 10/07/19 | 1.5 | $ 205.00 | $ 307.50 | Updating weekly cash actual / budget |
| O'Callaghan | DIP Financing | 10/08/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 10/08/19 | 2.4 | $ 205.00 | $ 492.00 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 10/10/19 | 1.6 | $ 205.00 | $ 328.00 | Reviewing open purchase orders for cash flow projections |
| O'Callaghan | DIP Financing | 10/15/19 | 1.2 | $ 205.00 | $ 246.00 | Attending meeting re: open orders and shipments |
| O'Callaghan | DIP Financing | 10/16/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing weekly shipment information |
| O'Callaghan | DIP Financing | 10/16/19 | 2.1 | $ 205.00 | $ 430.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 10/17/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 10/17/19 | 0.5 | $ 205.00 | $ 102.50 | Conference call with lender re: equipment financing |
| O'Callaghan | DIP Financing | 10/22/19 | 2.7 | $ 205.00 | $ 553.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 10/22/19 | 2.0 | $ 205.00 | $ 410.00 | Preparing weekly report on shipments and new bookings |
| O'Callaghan | DIP Financing | 10/22/19 | 0.6 | $ 205.00 | $ 123.00 | Responding to lender's request for information regarding potential lease financing |

**Getzler Henrich & Associates LLC**

OCTOBER 1, 2019 - OCTOBER 31, 2019

DURO DYNE (DIP)
TIME DETAIL - OCTOBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Podgainy | DIP Financing | 10/30/19 | 0.3 | $ 445.00 | $ 133.50 | Review of latest cash flow forecast |
| | **DIP Financing Total** | | **23.4** | | **$ 4,869.00** | |
| Podgainy | Fee / Employment Application | 10/04/19 | 0.6 | $ 445.00 | $ 267.00 | Initial preparation of time and expense detail for August fee application |
| Podgainy | Fee / Employment Application | 10/05/19 | 0.8 | $ 445.00 | $ 356.00 | Preparation of time detail for August fee application |
| Podgainy | Fee / Employment Application | 10/06/19 | 0.9 | $ 445.00 | $ 400.50 | Prepared narrative for August 2019 fee application and sent to counsel |
| Podgainy | Fee / Employment Application | 10/14/19 | 0.4 | $ 445.00 | $ 178.00 | Initial preparation of time detail for the September fee application |
| Podgainy | Fee / Employment Application | 10/18/19 | 1.1 | $ 445.00 | $ 489.50 | Continued preparation of time and expense detail for September 2019 fee application |
| Podgainy | Fee / Employment Application | 10/20/19 | 0.6 | $ 445.00 | $ 267.00 | Preparation of summary charts for September fee application |
| Podgainy | Fee / Employment Application | 10/22/19 | 0.4 | $ 445.00 | $ 178.00 | Finalized September fee application and sent to counsel for filing |
| | **Fee / Employment Application Total** | | **4.8** | | **$ 2,136.00** | |
| O'Callaghan | Monthly Operating Report | 10/16/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing monthly cash disbursement journals |
| O'Callaghan | Monthly Operating Report | 10/18/19 | 1.8 | $ 205.00 | $ 369.00 | Drafting schedule of cash inflows and outflows |
| O'Callaghan | Monthly Operating Report | 10/18/19 | 3.8 | $ 205.00 | $ 779.00 | Drafting September Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 10/20/19 | 5.2 | $ 205.00 | $ 1,066.00 | Continued drafting of September Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 10/21/19 | 0.6 | $ 205.00 | $ 123.00 | Finalizing September Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 10/21/19 | 0.3 | $ 205.00 | $ 61.50 | Calculating US Trustee quarterly fees |
| | **Monthly Operating Report Total** | | **12.4** | | **$ 2,542.00** | |
| O'Callaghan | Motion Review / Analysis | 10/07/19 | 0.9 | $ 205.00 | $ 184.50 | Reviewing updated motion to reject leases / contracts |
| | **Motion Review / Analysis Total** | | **0.9** | | **$ 184.50** | |
| O'Callaghan | Supplier Issues | 10/01/19 | 1.3 | $ 205.00 | $ 266.50 | Preparing D&O insurance renewal |
| O'Callaghan | Supplier Issues | 10/04/19 | 0.6 | $ 205.00 | $ 123.00 | Processing credit application for lease agreement |
| O'Callaghan | Supplier Issues | 10/08/19 | 0.4 | $ 205.00 | $ 82.00 | Call with company general counsel re: contract reviews |
| O'Callaghan | Supplier Issues | 10/08/19 | 0.6 | $ 205.00 | $ 123.00 | Processing credit application for equipment lease |
| O'Callaghan | Supplier Issues | 10/08/19 | 0.4 | $ 205.00 | $ 82.00 | Meeting with HR director re: D&O renewal |
| O'Callaghan | Supplier Issues | 10/09/19 | 1.8 | $ 205.00 | $ 369.00 | Meeting with accounting staff and MRP vendor |
| O'Callaghan | Supplier Issues | 10/09/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with MRP vendor |
| O'Callaghan | Supplier Issues | 10/09/19 | 2.0 | $ 205.00 | $ 410.00 | Follow up meeting with MRP vendor |
| O'Callaghan | Supplier Issues | 10/10/19 | 1.6 | $ 205.00 | $ 328.00 | Call with corporate counsel re: vendor agreement review and comments |
| O'Callaghan | Supplier Issues | 10/10/19 | 0.7 | $ 205.00 | $ 143.50 | Meeting with bank representative re: cash management process |
| O'Callaghan | Supplier Issues | 10/10/19 | 0.3 | $ 205.00 | $ 61.50 | Call with equipment leasing company re: statement questions |
| O'Callaghan | Supplier Issues | 10/11/19 | 0.4 | $ 205.00 | $ 82.00 | Email correspondence with equipment leasing company re: account review |
| O'Callaghan | Supplier Issues | 10/11/19 | 0.7 | $ 205.00 | $ 143.50 | Conference call with steel vendor |
| O'Callaghan | Supplier Issues | 10/11/19 | 2.2 | $ 205.00 | $ 451.00 | Researching discrpepancy in steel pricing |
| O'Callaghan | Supplier Issues | 10/14/19 | 1.2 | $ 205.00 | $ 246.00 | Reviewing updated pricing from steel vendor |
| O'Callaghan | Supplier Issues | 10/14/19 | 0.4 | $ 205.00 | $ 82.00 | Conference call with inventory scanning equipment vendor |
| O'Callaghan | Supplier Issues | 10/15/19 | 1.0 | $ 205.00 | $ 205.00 | Researching discrepancies in steel pricing |
| O'Callaghan | Supplier Issues | 10/15/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with steel vendor to discuss volume commitments and pricing |
| O'Callaghan | Supplier Issues | 10/15/19 | 0.5 | $ 205.00 | $ 102.50 | Follow up correspondence with leasing company for equipment |
| O'Callaghan | Supplier Issues | 10/15/19 | 0.5 | $ 205.00 | $ 102.50 | Reviewing steel pricing quote comparison |
| O'Callaghan | Supplier Issues | 10/15/19 | 0.4 | $ 205.00 | $ 82.00 | Call with steel vendor re: pricing |
| O'Callaghan | Supplier Issues | 10/15/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with management re: equipment frinancing options |
| O'Callaghan | Supplier Issues | 10/16/19 | 0.7 | $ 205.00 | $ 143.50 | Conference call with software vendor re: expense tracking |
| O'Callaghan | Supplier Issues | 10/16/19 | 0.4 | $ 205.00 | $ 82.00 | Follow up call with equipment leasing company re: information needed for approval |
| O'Callaghan | Supplier Issues | 10/16/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing credit insurance renewal proposal |
| O'Callaghan | Supplier Issues | 10/18/19 | 1.6 | $ 205.00 | $ 328.00 | Call with potential new vendor of corrugated supplies |

**Getzler Henrich & Associates LLC**

OCTOBER 1, 2019 - OCTOBER 31, 2019

**DURO DYNE (DIP)**
**TIME DETAIL - OCTOBER 2019**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Supplier Issues | 10/21/19 | 0.6 | $ 205.00 | $ 123.00 | Processing lease application |
| O'Callaghan | Supplier Issues | 10/23/19 | 0.5 | $ 205.00 | $ 102.50 | Email correspondence with outside auditor regarding fees |
| Podgainy | Supplier Issues | 10/27/19 | 0.1 | $ 445.00 | $ 44.50 | Review of BMC invoice for September |
|  | **Supplier Issues Total** |  | **24.8** |  | **$ 5,108.00** |  |
| O'Callaghan | Travel | 10/03/19 | 0.7 | $ 102.50 | $ 71.75 | Travel from client |
| O'Callaghan | Travel | 10/07/19 | 1.1 | $ 102.50 | $ 112.75 | Travel to client |
|  | **Travel Total** |  | **1.8** |  | **$ 184.50** |  |
|  | **Grand Total** |  | **143.5** |  | **$ 30,913.00** |  |

# EXHIBIT B

**Getzler Henrich & Associates LLC**

OCTOBER 1, 2019 - OCTOBER 31, 2019

**DURO DYNE (DIP)**
**EXPENSE DETAIL SEPTEMBER 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/01/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/02/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/03/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/03/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 10/03/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 176.06** | |
| Podgainy | Telecommunications | Telephone / Cell Phone | 10/04/19 | $ 10.00 | Phone charges for the 8/22-9/21 period |
| | **Telecommunications Total** | | | **$ 10.00** | |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/07/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 10/07/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 10/07/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/07/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 10/08/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 10/09/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/10/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 10/11/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 10/14/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 10/15/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 10/16/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 10/17/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 10/17/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 10/17/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 513.76** | |
| | **Grand Total** | | | **$ 699.82** | |