| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC | CAPLIN & DRYSDALE, CHARTERED |
| John A. Fialcowitz | James P. Wehner (admitted *pro hac vice*) |
| 89 Headquarters Plaza | Jeffrey A. Liesemer (admitted *pro hac vice*) |
| North Suite 1216 | One Thomas Circle, N.W., Suite 1100 |
| Morristown, NJ 07960 | Washington, D.C. 20005 |
| Telephone: (973) 813-7227 | Telephone: (202) 862-5000 |
| john@fialcowitzlaw.com | jwehner@capdale.com |
| | jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963-MBK |
| Debtors. | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this thirteenth monthly fee statement[2] for the period commencing November 1, 2019, through November 30, 2019 (the "**Thirteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Thirteenth Fee Statement, if any, are due by December 20, 2019.

Dated:  December 10, 2019     By:  */s/ James P. Wehner*
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**THIRTEENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,604,543.50 | $29,386.27 |
| TOTAL ALLOWED TO DATE | $1,449,400.00 | $25,416.32 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $31,028.70 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,449,400.00 | $25,416.32 |
| | | |
| FEE TOTALS – PAGE 2 | $31,841.25 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $594.33 | |
| TOTAL FEE APPLICATION | $32,435.58 | |
| MINUS 20% HOLDBACK | $6,368.25 | |
| AMOUNT SOUGHT AT THIS TIME | $26,067.33 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 0.1 | $840 | $84.00 |
| Kevin C. Maclay, Member | 1994 | 14.1 | $775 | $10,927.50 |
| Kevin C. Maclay, Member | 1994 | 3.5 | $387.50[*] | $1,356.25 |
| James P. Wehner, Member | 1995 | 15.9 | $735 | $11,686.50 |
| James P. Wehner, Member | 1995 | 4.0 | $367.50[*] | $1,470.00 |
| Jeffrey A. Liesemer, Member | 1993 | 1.6 | $735 | $1,176.00 |
| Todd E. Phillips, Member | 2005 | 0.1 | $640 | $64.00 |
| Jeanna Rickards-Koski, Of Counsel | 2005 | 3.2 | $565 | $1,808.00 |
| Cecilia Guerrero, Paralegal | N/A | 9.8 | $325 | $3,185.00 |
| Brigette A. Wolverton, Paralegal | N/A | 0.3 | $280 | $84.00 |
| **TOTAL FEES** | | **52.6** | | **$31,841.25** |
| **ATTORNEY BLENDED RATE** | | | **$605.35** | |

[*] Reflects 50% rate reduction due to non-working travel time

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.3 | $97.50 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 5.1 | $1,862.50 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 32.5 | $22,581.50 |
| **(.11) Plan and Disclosure Statement** | 3.9 | $2,898.50 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.7 | $525.00 |
| **(.16) Travel Time** | 7.5 | $2,826.25 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 2.6 | $1,050.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **52.6** | **$31,841.25** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $111.83 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $482.50 |
| **Other (specify): eDiscovery** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$594.33** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258].  *See* Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)  Caplin & Drysdale analyzed issues related to the Plan;

   b)  Caplin & Drysdale researched, drafted pleadings, and attended a hearing regarding relief from stay;

   c)  Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   d)  Caplin & Drysdale prepared and filed fee applications;

   e)  Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

      f)      Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

      g)      Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  December 10, 2019                          */s/ James P. Wehner*
                                                                       Signature

# EXHIBIT A

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000　　　Federal Tax I.D. No.: 52-1226629　　　Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

December 10, 2019
Invoice #: 323921
Page: 1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through November 30, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 11/19/2019 | CG | Update docketing calendar. | 0.3 | $325.00 | $97.50 |
| | | Total | 0.30 | | $97.50 |
| **.07** | **Fee Applications-Self** | | | | |
| 11/15/2019 | CG | Review and revise monthly. | 1.7 | $325.00 | $552.50 |
| 11/17/2019 | CG | Review and revise monthly. | 0.9 | $325.00 | $292.50 |
| 11/18/2019 | JPW | Review C&D monthly. | 0.3 | $735.00 | $220.50 |
| 11/19/2019 | CG | Draft and review monthly fee application. | 0.6 | $325.00 | $195.00 |
| 11/25/2019 | JPW | Review monthly. | 0.2 | $735.00 | $147.00 |
| 11/25/2019 | CG | Draft, revise, and finalize monthly fee application (.9); communications w/ local counsel re same (.1). | 1.0 | $325.00 | $325.00 |
| 11/26/2019 | CG | Draft and revise certificate of no objection for monthly fee statement. | 0.4 | $325.00 | $130.00 |
| | | Total | 5.10 | | $1,862.50 |
| **.10** | **Litigation** | | | | |
| 11/1/2019 | JAL | Review and comments on draft reply brief in support of lift-stay motion. | 0.4 | $735.00 | $294.00 |
| 11/1/2019 | JPW | Revise reply. | 1.3 | $735.00 | $955.50 |
| 11/1/2019 | JPW | Emails re reply (0.9); meet with KCM re reply (0.2). | 1.1 | $735.00 | $808.50 |
| 11/1/2019 | KCM | Review/analyze and edit brief. | 0.9 | $775.00 | $697.50 |
| 11/1/2019 | KCM | Meet with JPW re brief. | 0.2 | $775.00 | $155.00 |
| 11/1/2019 | KCM | Review/analyze emails re briefing. | 0.3 | $775.00 | $232.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .10 | Litigation | | | | |
| 11/1/2019 | CG | Review and revise reply re stay. | 2.8 | $325.00 | $910.00 |
| 11/4/2019 | KCM | Review/analyze revised draft. | 0.3 | $775.00 | $232.50 |
| 11/5/2019 | JPW | Hearing prep - outline (2.1); meet with KCM re same (.4). | 2.5 | $735.00 | $1,837.50 |
| 11/5/2019 | KCM | Plan/prepare for hearing and review/analyze related materials. | 2.9 | $775.00 | $2,247.50 |
| 11/5/2019 | KCM | Meet with TEP re hearing issue. | 0.1 | $775.00 | $77.50 |
| 11/5/2019 | KCM | Meet with JPW re hearing issues. | 0.4 | $775.00 | $310.00 |
| 11/5/2019 | TEP | Confer w/ KCM re hearing prep. | 0.1 | $640.00 | $64.00 |
| 11/5/2019 | JRK | Research regarding stay motion. | 3.2 | $565.00 | $1,808.00 |
| 11/5/2019 | BAW | Select and prepare hearing materials re motion for relief from stay. | 0.3 | $280.00 | $84.00 |
| 11/6/2019 | JPW | Hearing prep with KCM (1.0); emails re hearing and stay motion (0.6). | 1.6 | $735.00 | $1,176.00 |
| 11/6/2019 | KCM | Plan/prepare for hearing and review/analyze related materials. | 3.1 | $775.00 | $2,402.50 |
| 11/6/2019 | KCM | Meet with JPW re hearing. | 1.0 | $775.00 | $775.00 |
| 11/7/2019 | JPW | Attend hearing re stay motion (1.1); meet with Debtor, FCR, KCM re motion (.3); draft Order (.8). | 2.2 | $735.00 | $1,617.00 |
| 11/7/2019 | KCM | Plan/prepare for hearing and review/analyze related materials. | 1.4 | $775.00 | $1,085.00 |
| 11/7/2019 | KCM | Attend hearing. | 1.1 | $775.00 | $852.50 |
| 11/7/2019 | KCM | Meet with Debtor, FCR, and JPW re motion. | 0.3 | $775.00 | $232.50 |
| 11/8/2019 | JAL | Review and comments on proposed order on motion to lift stay (0.2); review and analysis of correspondence from G. Calhoun re proposed form of lift-stay order (0.1). | 0.3 | $735.00 | $220.50 |
| 11/8/2019 | JPW | Revise draft order (1.0); meet with KCM re draft order (0.3); emails re draft order (0.6). | 1.9 | $735.00 | $1,396.50 |
| 11/8/2019 | KCM | Review/edit and analyze draft order and related communications. | 0.8 | $775.00 | $620.00 |
| 11/8/2019 | KCM | Meet with JPW re draft order. | 0.3 | $775.00 | $232.50 |
| 11/11/2019 | JPW | Revise proposed order (0.4); emails re order (0.4); meet with KCM re same (0.2). | 1.0 | $735.00 | $735.00 |
| 11/11/2019 | KCM | Meet with JPW re order issue. | 0.2 | $775.00 | $155.00 |
| 11/12/2019 | JPW | Emails re order. | 0.5 | $735.00 | $367.50 |
| | | Total | 32.50 | | $22,581.50 |
| .11 | Plan & Disclosure Statement | | | | |
| 11/1/2019 | JAL | Teleconference with JPW, KCM, K. Quinn, E. Grim, and E. Harron re confirmation-related insurance issues. | 0.5 | $735.00 | $367.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/1/2019 | JPW | Teleconference FCR counsel, insurance counsel re insurance issues. | 0.5 | $735.00 | $367.50 |
| 11/19/2019 | JPW | Emails re plan issues. | 0.3 | $735.00 | $220.50 |
| 11/20/2019 | JPW | Meet with KCM re plan issue (0.4); teleconference J. Prol re plan issue (0.2). | 0.6 | $735.00 | $441.00 |
| 11/20/2019 | KCM | Meet with JPW re POR issue. | 0.4 | $775.00 | $310.00 |
| 11/21/2019 | JAL | Confer with JPW re developments and next steps. | 0.2 | $735.00 | $147.00 |
| 11/21/2019 | JPW | Meet with JAL re plan issues. | 0.2 | $735.00 | $147.00 |
| 11/25/2019 | JPW | Teleconference K. Quinn re insurance issues. | 0.2 | $735.00 | $147.00 |
| 11/26/2019 | JPW | Teleconference J. Prol re plan issues (0.2); meetings with KCM re plan issues (0.4). | 0.6 | $735.00 | $441.00 |
| 11/26/2019 | KCM | Meetings with JPW re trust and case strategy. | 0.4 | $775.00 | $310.00 |
| | | **Total** | **3.90** | | **$2,898.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 11/7/2019 | ACM | Exchange e-mails re memo to Committee. | 0.1 | $840.00 | $84.00 |
| 11/7/2019 | JAL | Review draft memo to Committee. | 0.2 | $735.00 | $147.00 |
| 11/7/2019 | JPW | Draft memo to Committee. | 0.4 | $735.00 | $294.00 |
| | | **Total** | **0.70** | | **$525.00** |
| **.16** | **Travel** | | | | |
| 11/6/2019 | JPW | Travel to Trenton for hearing. | 1.5 | $367.50 | $551.25 |
| 11/6/2019 | KCM | Non-working travel to Trenton. | 1.1 | $387.50 | $426.25 |
| 11/7/2019 | JPW | Travel to DC. | 2.5 | $367.50 | $918.75 |
| 11/7/2019 | KCM | Non-working travel to DC. | 2.4 | $387.50 | $930.00 |
| | | **Total** | **7.50** | | **$2,826.25** |
| **.18** | **Fee Applications-Others** | | | | |
| 11/14/2019 | CG | Review draft Charter Oak monthly fee statements (.5); review local rules and interim comp procedures re same (.3); emails with Sinclair re same (.1). | 0.9 | $325.00 | $292.50 |
| 11/15/2019 | JPW | Review CO monthlies and meet with CG re same. | 0.5 | $735.00 | $367.50 |
| 11/15/2019 | CG | Review Charter Oak monthly invoices (.2); emails with Sinclair re same (.1); meet w/ JPW re same (.1). | 0.4 | $325.00 | $130.00 |
| 11/25/2019 | CG | Review and finalize Charter Oak monthly invoices (.3); communications w/ local counsel re same (.1). | 0.4 | $325.00 | $130.00 |
| 11/26/2019 | CG | Draft and revise certificates of no objection for Charter Oak monthly applications. | 0.4 | $325.00 | $130.00 |

December 10, 2019
Invoice #: 323921

Page: 4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .18 | | Fee Applications-Others | | | |
| | | Total | 2.60 | | $1,050.00 |
| | | Total Professional Services | 52.6 | | $31,841.25 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 1.6 | $735.00 | $1,176.00 |
| KCM | Kevin C. Maclay | Member | 14.1 | $775.00 | $10,927.50 |
| KCM | Kevin C. Maclay | Member | 3.5 | $387.50 | $1,356.25 |
| ACM | Ann C. McMillan | Member | 0.1 | $840.00 | $84.00 |
| TEP | Todd E. Phillips | Member | 0.1 | $640.00 | $64.00 |
| JPW | James P. Wehner | Member | 15.9 | $735.00 | $11,686.50 |
| JPW | James P. Wehner | Member | 4.0 | $367.50 | $1,470.00 |
| JRK | Jeanna Rickards Koski | Of Counsel | 3.2 | $565.00 | $1,808.00 |
| CG | Cecilia Guerrero | Paralegal | 9.8 | $325.00 | $3,185.00 |
| BAW | Brigette A. Wolverton | Paralegal | 0.3 | $280.00 | $84.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 11/11/2019 | Trvl Exp - Hotel charges re 11/7 hrg (JPW) [.16] | $228.10 |
| 11/11/2019 | Trvl Exp - Ground Transportation to hotel (KCM) [.16] | $26.30 |
| 11/11/2019 | Trvl Exp - Hotel charges re 11/7 hrg (KCM) [.16] | $228.10 |
| 11/30/2019 | Database Research Westlaw - JPW 11/5/19 [.01] | $111.83 |
| | Total Disbursements | $594.33 |
| | Total Services | $31,841.25 |
| | Total Disbursements | $594.33 |
| | Total Current Charges | $32,435.58 |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |
|---|

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-27963-MBK    Doc 960    Filed 12/09/19    Entered 12/09/19 15:02:23    Desc Main
Document    Page 2 of 3

| | |
|---|---|
| Page: | 2 |
| Debtor: | Duro Dyne National Corp., *et al.* |
| Case No.: | 18-27963 (MBK) |
| Caption: | Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018 |

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page: 3
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.