**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF THE LAW OFFICE
OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF
<u>NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019</u>**

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this thirteenth monthly fee statement[2] for the period commencing November 1, 2019 through November 30, 2019 (the "**Thirteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Thirteenth Fee Statement, if any, are due by December 23, 2019.

Dated: December 13, 2019                                Respectfully submitted,

                                                        **THE LAW OFFICE OF**
                                                       **JOHN A. FIALCOWITZ, LLC**

                                                       By: /s/ John A. Fialcowitz
                                                           John A. Fialcowitz
                                                           89 Headquarters Plaza North, Ste. 1216
                                                           Morristown, NJ 07960
                                                            Telephone: (973) 532-7208

                                                           *Local Counsel to the Office Committee of*
                                                           *Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.*[1] | Applicant: | The Law Office of John A. Fialcowitz, LLC |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT B

**THIRTEENTH MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

## SECTION 1
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $72,637.50 | $3,725.68 |
| TOTAL ALLOWED TO DATE | $51,317.50 | $2,970.36 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT | $58,190.50 | $3,502.95 |
| FEE TOTALS – PAGE 2 | $3,315.00 | |
| DISBURSEMENT TOTALS – PAGE 3 | | N/A |
| MINUS 20% HOLDBACK | $663.00 | |
| AMOUNT SOUGHT AT THIS TIME | $2,652.00 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 10.2 | $325.00 | $3,315.00 |
| TOTAL FEES | | | | $3,315.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 1.7 | $552.50 |
| Financing | | |
| Litigation | 6.5 | $2,112.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 2.0 | $650.00 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| SERVICE TOTALS: | 10.2 | $3,315.00 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | |
| Travel | |
| Other (specify): | |
| DISBURSEMENTS TOTALS: | |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257]. See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   (a)  LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period.

3

(b)    Fialcowitz prepared and filed his twelfth monthly fee statement;

(c)    Fialcowitz assisted in the preparation, review and filing of the twelfth monthly fee statements for other Committee professionals;

(d)    Fialcowitz assisted in the filing of the Committee's reply in support of its motion to lift stay and attended the associated court hearing; and

(e)    Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: December 13, 2019                      Respectfully submitted,

**THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**

By:   /s/ John A. Fialcowitz
       John A. Fialcowitz
       89 Headquarters Plaza North, Suite 1216
       Morristown, NJ 07960
       Telephone (973) 532-7208
       Email: john@fialcowitzlaw.com

# EXHIBIT A

## DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the Official Committee of Asbestos Claimants
### November 1, 2019 through November 30, 2019

| Description of Services | Time | Charge |
|---|---|---|
| Review and respond to Caplin e-mail re: fee statements and applications (11/1/19) | .2 | $65.00 |
| Review draft reply brief in further support of lift stay motion; provide comments (11/1/19) | .2 | $65.00 |
| Draft update to BMC Group re: timing of filing of reply (11/1/19) | .1 | $32.50 |
| Review and file final version of reply brief in further support of lift stay motion; contact BMC Group re: assist with service (11/1/19) | .5 | $162.50 |
| Follow up with BMC Group re: affidavit of service (11/4/19) | .1 | $32.50 |
| Draft e-mail to CG at Caplin re: certification of no objection (11/5/19) | .1 | $32.50 |
| Draft e-mail to Jim and Jeff re: Thursday hearing on motion to lift stay (11/5/19) | .1 | $32.50 |
| Review and file affidavit of service for reply brief in further support of lift stay motion (11/5/19) | .2 | $65.00 |
| Prepare and file certification of no objection for Gilbert monthly fee statement (11/6/19) | .3 | $97.50 |
| Prepare and file certification of no objection for Fialcowitz monthly fee statement (11/6/19) | .3 | $97.50 |
| Review and file certification of no objection for Caplin & Drysdale monthly fee statement (11/7/19) | .1 | $32.50 |

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Attendance in United States Bankruptcy Court, District of New Jersey, for hearing on motion to life stay (11/7/19) | 4.1 | $1,332.50 |
| Review proposed form of Order to resolve lift stay motion and provide comments (11/8/19) | .2 | $65.00 |
| Review revised draft of proposed form of Order; provide comments (11/8/19) | .1 | $32.50 |
| Review e-mails from all parties resolving objections to proposed form of Order on lift stay motion; draft correspondence to the Court to submit final form of Order (11/12/19) | .5 | $162.50 |
| Review entered Order resolving lift stay motion; update Caplin team (11/12/19) | .2 | $65.00 |
| Review Court notice on outcome of Debtor motion; update Caplin team (11/14/19) | .1 | $32.50 |
| Preparation of monthly fee statement (October 2019 twelfth) (11/21/19) | 1.2 | $390.00 |
| Review court's order on debtor's motion; update Caplin team (11/21/19) | .1 | $32.50 |
| Review and file Caplin & Drysdale 12th monthly fee statement (11/25/19) | .3 | $97.50 |
| Review and file Gilbert LLP 12th monthly fee statement (11/25/19) | .3 | $97.50 |
| File Fialcowitz monthly fee statement (11/25/19) | .2 | $65.00 |
| Review and file Charter Oak monthly fee statement (12th/ October) (11/25/19) | .3 | $97.50 |
| Review and file Charter Oak monthly fee statement (11th/ September) (11/25/19) | .2 | $65.00 |

2

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Preparation of certification of service for monthly fee statements (11/25/19) | .2 | $65.00 |
| | 10.2 | $3,315.00 |

**Total amount due this invoice**                                    **$3,315.00**

3

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
|---|
| **THE LAW OFFICE OF<br>JOHN A. FIALCOWITZ, LLC**<br>John Fialcowitz (JF-0752)<br>89 Headquarters Plaza North, Suite 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>john@fialcowitzlaw.com<br>*Proposed Co-Counsel for the<br>Official Committee of Asbestos Claimants* |
| In re:<br><br>Duro Dyne National Corp., *et al.* [1] |

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: November 8, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Fialcowitz does not represent any person or entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Committee is authorized to employ and retain Fialcowitz, effective as of the Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3. Fialcowitz shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Page:    3
Debtor:  Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or is otherwise waived.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of the Order.