## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## THIRTEENTH MONTHLY FEE STATEMENT OF
## GETZLER HENRICH & ASSOCIATES LLC
## FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, November 1, 2019 through November 30, 2019 (the "November 2019 Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Twelfth Fee Statement, if any, are due by December 30, 2019.

Dated:  December 19, 2019

Respectfully submitted,

**GETZLER HENRICH &ASSOCIATES LLC**

*/s/  Mark D. Podgainy*
Mark D. Podgainy
295 Madison Avenue
New York, NY  10017
*Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

---

## SECTION I
## FEE SUMMARY

### MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES
### FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 689,378.75 | $ 14,212.51 |
| TOTAL FEES ALLOWED TO DATE: | $ 658,465.75 | $ 13,512.69 |
| TOTAL RETAINER ( IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 22,922.20- | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 642,695.10 | $ 13,243.79 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $32,792.75 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $638.52 |
| TOTAL FEE APPLICATION | $33,431.27 |
| MINUS 20% HOLDBACK | -$6,558.55 |
| AMOUNT SOUGHT AT THIS TIME | $26,872.72 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 147.5 | $30,237.50 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 9.3 | 953.25 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 3.6 | 1,602.00 |
| | | **Grand Total:** | **$160.4** | **$32,792.75** |
| | | **Blended Rate:** | **$204.44** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 48.7 | $9,983.50 |
| Bankruptcy Consulting | 26.9 | 5,682.50 |
| Budget Preparation | 1.2 | 246.00 |
| Claims Analysis & Negotiation | 3.1 | 707.50 |
| Creditor Committee Matter | 0.0 | 0.00 |
| Confirmation Issues | 0.0 | 0.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 20.7 | 4,243.50 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 2.6 | 1,157.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 20.9 | 4,284.50 |
| Motion Review / Analysis | .9 | 184.50 |
| Operational Review | 0.0 | 0.00 |
| Plan of Reorganization | 1.5 | 307.50 |
| Supplier Issues | 24.6 | 5,043.00 |
| Travel | 9.3 | 953.25 |
| **SERVICE TOTALS** | **160.4** | **$32,792.75** |

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Transportation | $638.52 |
| **TOTAL DISBURSEMENTS** | **$638.52** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 195].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

a)   Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for October 2019;

b)   Getzler assisted the Debtors with the preparation of financial statements and supporting schedules, preparation for the 2019 audit, physical inventory count, and related accounting tasks;

c)   Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

d)   Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency, profitability and safety;

e)   Getzler assisted the Debtors in addressing vendor issues, including participating in calls and meetings with vendors;

f)   Getzler assisted counsel with preparing pleadings to be filed with the Court;

g)   Getzler assisted the Debtors with the 2020 budget process; and

h)   Getzler provided such other services consistent with its engagement letter.

3

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES:      (100%)
    (B)    SECURED CREDITORS:           (100%)
    (C)    PRIORITY CREDITORS:          (100%)
    (D)    GENERAL UNSECURED CREDITORS:   (100%)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2019

                        */s/ Mark D. Podgainy*
                        Mark D. Podgainy

<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

</td><td>

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

</td></tr>
</table>

In re:

Duro Dyne National Corp., *et al.*[1]

         Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
## GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO
## <u>THE DEBTORS EFFECTIVE AS OF THE PETITION DATE</u>

       The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("<u>Getzler Henrich</u>") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "<u>Podgainy Declaration</u>"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** in its entirety.

2.      The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3.      Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4.      Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6.      The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:      4
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

_____

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Page:      5
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7.      Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8.      The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Case 18-27963-MBK Doc 195 Filed 10/19/18 Entered 10/19/18 06:04:10 Desc
Notice of Order Entry Page 1 of 1

Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27963–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Duro Dyne National Corp.
 100 Horizon Center Boulevard
 Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
 11–2504664

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

Jeanne Naughton
Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

NOVEMBER 1, 2019 - NOVEMBER 30, 2019

DURO DYNE (DIP)
TIME DETAIL - NOVEMBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 11/04/19 | 0.7 | $205.00 | $ 143.50 | Researching and providing guidance on accounting for settlement expense |
| O'Callaghan | Accounting and Audit | 11/05/19 | 1.4 | $205.00 | $ 287.00 | Meeting with accounting staff re:  monthly close |
| O'Callaghan | Accounting and Audit | 11/05/19 | 0.4 | $205.00 | $ 82.00 | Reviewing aged accounts receivable |
| O'Callaghan | Accounting and Audit | 11/05/19 | 0.8 | $205.00 | $ 164.00 | Reviewing Accounts Payable reconciliation |
| O'Callaghan | Accounting and Audit | 11/06/19 | 2.2 | $205.00 | $ 451.00 | Meeting with management re: sales commissions calculations |
| O'Callaghan | Accounting and Audit | 11/06/19 | 1.1 | $205.00 | $ 225.50 | Meeting with management re: year-end inventory planning |
| O'Callaghan | Accounting and Audit | 11/06/19 | 1.6 | $205.00 | $ 328.00 | Meeting with outside accountant re: year-end inventory and financial review planning |
| O'Callaghan | Accounting and Audit | 11/08/19 | 2.3 | $205.00 | $ 471.50 | Meeting with management re: inventory and bills of material corrections |
| O'Callaghan | Accounting and Audit | 11/08/19 | 1.3 | $205.00 | $ 266.50 | Meeting with management re: new products and associated costing issues |
| O'Callaghan | Accounting and Audit | 11/08/19 | 0.4 | $205.00 | $ 82.00 | Call with outside accountant re: year end inventory |
| O'Callaghan | Accounting and Audit | 11/08/19 | 0.4 | $205.00 | $ 82.00 | Reviewing information request from financial advisor re: 401k |
| O'Callaghan | Accounting and Audit | 11/08/19 | 0.6 | $205.00 | $ 123.00 | Meeting with accounting staff re: payroll |
| O'Callaghan | Accounting and Audit | 11/08/19 | 0.4 | $205.00 | $ 82.00 | Reviewing purchasing history and inventory adjustment analysis regarding purchased raw materials |
| O'Callaghan | Accounting and Audit | 11/11/19 | 0.4 | $205.00 | $ 82.00 | Responding to accountants' request for details regarding year-end inventory |
| O'Callaghan | Accounting and Audit | 11/12/19 | 1.2 | $205.00 | $ 246.00 | Reviewing negative inventory reports |
| O'Callaghan | Accounting and Audit | 11/12/19 | 1.5 | $205.00 | $ 307.50 | Reconciling rent and other payments for distribution facility |
| O'Callaghan | Accounting and Audit | 11/13/19 | 0.6 | $205.00 | $ 123.00 | Call with IT director re: preparations for year-end inventory |
| O'Callaghan | Accounting and Audit | 11/13/19 | 1.3 | $205.00 | $ 266.50 | Meeting with management re: year-end physical inventory |
| O'Callaghan | Accounting and Audit | 11/14/19 | 0.2 | $205.00 | $ 41.00 | Follow up call with IT director re: preparations for year-end inventory |
| O'Callaghan | Accounting and Audit | 11/15/19 | 0.7 | $205.00 | $ 143.50 | Reviewing inventory reports prior to physical inventory |
| O'Callaghan | Accounting and Audit | 11/15/19 | 1.5 | $205.00 | $ 307.50 | Reviewing status of draft monthly financial results |
| O'Callaghan | Accounting and Audit | 11/18/19 | 5.2 | $205.00 | $ 1,066.00 | Overseeing year-end physical inventory counts |
| O'Callaghan | Accounting and Audit | 11/18/19 | 4.7 | $205.00 | $ 963.50 | Continuing with year-end physical inventory count |
| O'Callaghan | Accounting and Audit | 11/19/19 | 1.4 | $205.00 | $ 287.00 | Preparing schedule of fixed assets in Colorado location |
| O'Callaghan | Accounting and Audit | 11/19/19 | 5.2 | $205.00 | $ 1,066.00 | Overseeing year-end physical inventory counts |
| O'Callaghan | Accounting and Audit | 11/19/19 | 2.8 | $205.00 | $ 574.00 | Preparing October financial statements |
| O'Callaghan | Accounting and Audit | 11/20/19 | 3.7 | $205.00 | $ 758.50 | Finalizing physical inventory reconciliation |
| O'Callaghan | Accounting and Audit | 11/22/19 | 1.3 | $205.00 | $ 266.50 | Call with management to review physical inventory counts and plan for upcoming inventory counts |
| O'Callaghan | Accounting and Audit | 11/26/19 | 0.6 | $205.00 | $ 123.00 | Meeting with management re: physical inventory count scheduling |
| O'Callaghan | Accounting and Audit | 11/27/19 | 0.4 | $205.00 | $ 82.00 | Call with management re: outside accounting firm and year end inventory |
| O'Callaghan | Accounting and Audit | 11/27/19 | 0.7 | $205.00 | $ 143.50 | Conference call with outside accounting firm re: year end inventory |
| O'Callaghan | Accounting and Audit | 11/27/19 | 1.0 | $205.00 | $ 205.00 | Call with management re: physical inventory planning |
| O'Callaghan | Accounting and Audit | 11/27/19 | 0.7 | $205.00 | $ 143.50 | Reviewing schedule of negative inventory |
| | **Accounting and Audit Total** | | **48.7** | | **$ 9,983.50** | |
| O'Callaghan | Bankruptcy Consult | 11/04/19 | 2.3 | $205.00 | $ 471.50 | Meeting with management to prepare for board call |
| O'Callaghan | Bankruptcy Consult | 11/04/19 | 2.6 | $205.00 | $ 533.00 | Updating presentation for board call |
| O'Callaghan | Bankruptcy Consult | 11/05/19 | 1.2 | $205.00 | $ 246.00 | Meeting with Director of IT re: IT infrastructure planning |
| O'Callaghan | Bankruptcy Consult | 11/05/19 | 3.8 | $205.00 | $ 779.00 | Preparing for and participating in board call |

**Getzler Henrich & Associates LLC**

NOVEMBER 1, 2019 - NOVEMBER 30, 2019

DURO DYNE (DIP)
TIME DETAIL - NOVEMBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consult | 11/05/19 | 0.4 | $205.00 | $ 82.00 | Meeting with production manager re: equipment needs |
| O'Callaghan | Bankruptcy Consult | 11/06/19 | 1.4 | $205.00 | $ 287.00 | Follow up meeting with IT director re: IT infrastructure |
| O'Callaghan | Bankruptcy Consult | 11/11/19 | 1.4 | $205.00 | $ 287.00 | Review and discuss existing license agreements with management re: potential updates |
| O'Callaghan | Bankruptcy Consult | 11/12/19 | 0.4 | $205.00 | $ 82.00 | Editing memo to customers re: inventory dates |
| O'Callaghan | Bankruptcy Consult | 11/12/19 | 0.6 | $205.00 | $ 123.00 | Researching registration requirements for vehicles in Colorado |
| O'Callaghan | Bankruptcy Consult | 11/13/19 | 1.4 | $205.00 | $ 287.00 | Meeting with management re: alternatives for equipment at licensee in Middle East |
| O'Callaghan | Bankruptcy Consult | 11/13/19 | 0.6 | $205.00 | $ 123.00 | Call with board member re: overseas equipment options |
| O'Callaghan | Bankruptcy Consult | 11/14/19 | 0.7 | $205.00 | $ 143.50 | Assembling list of capital equipment at overseas licensee |
| O'Callaghan | Bankruptcy Consult | 11/14/19 | 0.5 | $205.00 | $ 102.50 | Follow up meeting with management re: equipment at licensee |
| O'Callaghan | Bankruptcy consult | 11/15/19 | 0.6 | $205.00 | $ 123.00 | Call with M. Podgainy re: cash flow, Q3 financials, production capacity |
| Podgainy | Bankruptcy Consult | 11/15/19 | 0.7 | $445.00 | $ 311.50 | Discussion w/ C O'Callaghan re: cash flow, production capacity and other business issues .6 and related correspondence w/ J Prol .1 |
| O'Callaghan | Bankruptcy Consult | 11/25/19 | 0.5 | $205.00 | $ 102.50 | Attending meeting with production staff |
| O'Callaghan | Bankruptcy Consult | 11/25/19 | 0.6 | $205.00 | $ 123.00 | Reviewing schedule of forklift lease renewals |
| O'Callaghan | Bankruptcy Consult | 11/25/19 | 1.0 | $205.00 | $ 205.00 | Meeting with management re: equipment requirements and purchase options |
| O'Callaghan | Bankruptcy Consult | 11/26/19 | 1.6 | $205.00 | $ 328.00 | Meeting with management re: overtime hours and expense |
| O'Callaghan | Bankruptcy Consult | 11/26/19 | 0.4 | $205.00 | $ 82.00 | Meeting with management re: hourly personnel vacation policy and production scheduling |
| O'Callaghan | Bankruptcy Consult | 11/26/19 | 1.4 | $205.00 | $ 287.00 | Meeting with management to review commission schedules and financial results |
| O'Callaghan | Bankruptcy Consult | 11/26/19 | 0.6 | $205.00 | $ 123.00 | Meeting with management re: new products being introduced |
| O'Callaghan | Bankruptcy consult | 11/29/19 | 2.2 | $205.00 | $ 451.00 | Reviewing list of fixed assets for property insurance renewal |
| | **Bankruptcy Consult Total** | | **26.9** | | **$ 5,682.50** | |
| O'Callaghan | Budget Preparation | 11/07/19 | 0.4 | $205.00 | $ 82.00 | Call with management re: capital expenditures |
| O'Callaghan | Budget Preparation | 11/13/19 | 0.8 | $205.00 | $ 164.00 | Meeting with management re: 2020 budget |
| | **Budget Preparation Total** | | **1.2** | | **$ 246.00** | |
| Podgainy | Claims Analysis & Negotia | 11/20/19 | 0.3 | $445.00 | $ 133.50 | Correspondence w/ management re: North River's settlement offer |
| O'Callaghan | Claims Analysis & Negotia | 11/22/19 | 0.6 | $205.00 | $ 123.00 | Call with board member to discuss insurance settlement negotiations |
| O'Callaghan | Claims Analysis & Negotia | 11/22/19 | 0.7 | $205.00 | $ 143.50 | Follow up call with board member to continue discussion re: insurance settlements |
| O'Callaghan | Claims Analysis & Negotia | 11/23/19 | 1.0 | $205.00 | $ 205.00 | Conference call with management and counsel re: insurance settlement discussions |
| O'Callaghan | Claims Analysis & Negotia | 11/27/19 | 0.5 | $205.00 | $ 102.50 | Call with counsel re: settlement negotiations |
| | **Claims Analysis & Negotia Total** | | **3.1** | | **$ 707.50** | |
| O'Callaghan | DIP Financing | 11/04/19 | 1.3 | $205.00 | $ 266.50 | Reviewing weekly shipments and orders |
| O'Callaghan | DIP Financing | 11/04/19 | 2.1 | $205.00 | $ 430.50 | Updating 13 week cash flow projection |
| O'Callaghan | DIP Financing | 11/05/19 | 0.7 | $205.00 | $ 143.50 | Reviewing weekly sales and disbursements |
| O'Callaghan | DIP Financing | 11/05/19 | 1.1 | $205.00 | $ 225.50 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 11/11/19 | 2.2 | $205.00 | $ 451.00 | Updating schedule of weekly orders and shipments |
| O'Callaghan | DIP Financing | 11/12/19 | 1.2 | $205.00 | $ 246.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 11/13/19 | 2.7 | $205.00 | $ 553.50 | Updating financial projections in response to request from lender |
| O'Callaghan | DIP Financing | 11/14/19 | 1.2 | $205.00 | $ 246.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 11/14/19 | 2.7 | $205.00 | $ 553.50 | Updating 13 week cash flow projection |

**Getzler Henrich & Associates LLC**

NOVEMBER 1, 2019 - NOVEMBER 30, 2019

DURO DYNE (DIP)
TIME DETAIL - NOVEMBER 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 11/25/19 | 1.4 | $205.00 | $ 287.00 | Updating schedule of weekly receipts and disbursements |
| O'Callaghan | DIP Financing | 11/25/19 | 2.1 | $205.00 | $ 430.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 11/26/19 | 1.1 | $205.00 | $ 225.50 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 11/29/19 | 0.9 | $205.00 | $ 184.50 | Responding to lender's request for financial information |
| | **DIP Financing Total** | | **20.7** | | **$ 4,243.50** | |
| Podgainy | Fee / Employment Applica | 11/12/19 | 1.2 | $445.00 | $ 534.00 | Initial preparation of October 2019 fee application |
| Podgainy | Fee / Employment Applica | 11/13/19 | 1.4 | $445.00 | $ 623.00 | Completed preparation of October 2019 fee application and sent to counsel |
| | **Fee / Employment Applicat Total** | | **2.6** | | **$ 1,157.00** | |
| O'Callaghan | Monthly Operating Report | 11/12/19 | 0.7 | $205.00 | $ 143.50 | Meeting with accounting staff re: schedule of receipts and disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 11/12/19 | 1.0 | $205.00 | $ 205.00 | Updating schedule of cash disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 11/13/19 | 1.4 | $205.00 | $ 287.00 | Initial preparation of October 2019 MOR |
| O'Callaghan | Monthly Operating Report | 11/18/19 | 1.6 | $205.00 | $ 328.00 | Drafting October 2019 Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 11/19/19 | 1.7 | $205.00 | $ 348.50 | Additional drafting of October 2019 Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 11/20/19 | 2.9 | $205.00 | $ 594.50 | Review and revise October 2019 Monthly Operating Report draft |
| O'Callaghan | Monthly Operating Report | 11/21/19 | 4.8 | $205.00 | $ 984.00 | Preparing balance sheet for October 2019 Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 11/22/19 | 2.4 | $205.00 | $ 492.00 | Preparing income statement for October 2019 Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 11/22/19 | 2.2 | $205.00 | $ 451.00 | Review and revise cash flow portion of October 2019 Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 11/25/19 | 2.2 | $205.00 | $ 451.00 | Finalizing MOR and send to counsel to file |
| | **Monthly Operating Report Total** | | **20.9** | | **$ 4,284.50** | |
| O'Callaghan | Motion Review / Analysis | 11/14/19 | 0.9 | $205.00 | $ 184.50 | Preparing list of ordinary course payments per counsel's request |
| | **Motion Review / Analysis Total** | | **0.9** | | **$ 184.50** | |
| O'Callaghan | Plan of Reorganization | 11/26/19 | 1.5 | $205.00 | $ 307.50 | Analyzing financial impact of potential alternative note structures |
| | **Plan of Reorganization Total** | | **1.5** | | **$ 307.50** | |
| O'Callaghan | Supplier Issues | 11/04/19 | 1.2 | $205.00 | $ 246.00 | Meeting with potential scrap vendor |
| O'Callaghan | Supplier Issues | 11/05/19 | 0.4 | $205.00 | $ 82.00 | Call with equipment vendor re: equipment lease |
| O'Callaghan | Supplier Issues | 11/05/19 | 0.3 | $205.00 | $ 61.50 | Reviewing credit app for equipment lease |
| O'Callaghan | Supplier Issues | 11/06/19 | 0.6 | $205.00 | $ 123.00 | Researching calling vendor regarding overpayment and obtaining refund of overpayment |
| O'Callaghan | Supplier Issues | 11/06/19 | 0.8 | $205.00 | $ 164.00 | Responding to request for financial information from vendor to obtain open credit terms |
| O'Callaghan | Supplier Issues | 11/08/19 | 0.5 | $205.00 | $ 102.50 | Call with equipment vendor re: capital equipment lease |
| O'Callaghan | Supplier Issues | 11/08/19 | 0.6 | $205.00 | $ 123.00 | Reviewing quote for new machinery |
| O'Callaghan | Supplier Issues | 11/08/19 | 0.7 | $205.00 | $ 143.50 | Meeting with purchasing manager re: materials purchased from overseas and import duties |
| O'Callaghan | Supplier Issues | 11/11/19 | 2.4 | $205.00 | $ 492.00 | Meeting with insurance broker to review policy renewals |
| O'Callaghan | Supplier Issues | 11/11/19 | 3.3 | $205.00 | $ 676.50 | Comparable analysis for facility lease rates |
| O'Callaghan | Supplier Issues | 11/11/19 | 0.5 | $205.00 | $ 102.50 | Reviewing lease comparable analysis with management |
| O'Callaghan | Supplier Issues | 11/12/19 | 0.6 | $205.00 | $ 123.00 | Call with outside auditors re: fees |
| O'Callaghan | Supplier Issues | 11/12/19 | 1.3 | $205.00 | $ 266.50 | Responding to vendor's request for financial information |
| O'Callaghan | Supplier Issues | 11/12/19 | 0.4 | $205.00 | $ 82.00 | Call with vendor re: request for financial information |
| O'Callaghan | Supplier Issues | 11/14/19 | 3.3 | $205.00 | $ 676.50 | Meeting with vendor re: potential equipment purchase |
| O'Callaghan | Supplier Issues | 11/15/19 | 0.3 | $205.00 | $ 61.50 | Reviewing updated proposal for equipment purchase |

Getzler Henrich & Associates LLC

**NOVEMBER 1, 2019 - NOVEMBER 30, 2019**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Supplier Issues | 11/15/19 | 0.8 | $205.00 | $ 164.00 | Preparing for and participating in call with vendor to review financial information |
| O'Callaghan | Supplier Issues | 11/20/19 | 1.4 | $205.00 | $ 287.00 | Preparing schedule of professional fee payments |
| O'Callaghan | Supplier Issues | 11/25/19 | 0.8 | $205.00 | $ 164.00 | Meeting with insurance broker re: property insurance renewal |
| O'Callaghan | Supplier Issues | 11/25/19 | 1.8 | $205.00 | $ 369.00 | Reviewing updated steel vendor price quotes |
| O'Callaghan | Supplier Issues | 11/26/19 | 1.7 | $205.00 | $ 348.50 | Reviewing sales agency agreement |
| O'Callaghan | Supplier Issues | 11/27/19 | 0.7 | $205.00 | $ 143.50 | Reviewing updated proposal from forklift vendor |
| O'Callaghan | Supplier Issues | 11/27/19 | 0.2 | $205.00 | $ 41.00 | Call with forklift vendor to discuss pricing |
|  | **Supplier Issues Total** |  | **24.6** |  | **$ 5,043.00** |  |
| O'Callaghan | Travel | 11/04/19 | 1.2 | $102.50 | $ 123.00 | Travel to client |
| O'Callaghan | Travel | 11/11/19 | 0.5 | $102.50 | $ 51.25 | Travel to client |
| O'Callaghan | Travel | 11/14/19 | 0.7 | $102.50 | $ 71.75 | Travel from client |
| O'Callaghan | Travel | 11/18/19 | 2.8 | $102.50 | $ 287.00 | Travel to client |
| O'Callaghan | Travel | 11/21/19 | 3.0 | $102.50 | $ 307.50 | Travel home from Colorado |
| O'Callaghan | Travel | 11/25/19 | 0.6 | $102.50 | $ 61.50 | Travel to client |
| O'Callaghan | Travel | 11/26/19 | 0.5 | $102.50 | $ 51.25 | Travel from client location |
|  | **Travel Total** |  | **9.3** |  | **$ 953.25** |  |
|  | **Grand Total** |  | **160.4** |  | **$ 32,792.75** |  |

# EXHIBIT B

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
**EXPENSE DETAIL NOVEMBER 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/04/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/04/19 | $ 0.58 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/04/19 | $ 0.58 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/04/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/05/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/06/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/08/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/11/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/11/19 | $ 0.58 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/11/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/11/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/12/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/13/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/14/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/14/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/14/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/25/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/25/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/25/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 11/25/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/26/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/26/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 11/26/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 638.52** | |
| | **Grand Total** | | | **$ 638.52** | |