**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWELFTH MONTHLY FEE STATEMENT OF GETZLER HENRICH & ASSOCIATES LLC FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on December 18, 2018 [Docket No. 345] (the "Administrative Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

3. On November 20, 2019, Getzler Henrich & Associates LLC filed its *Twelfth Monthly Fee Statement of Getzler Henrich & Associates LLC for the Period of October 1, 2019 through October 31, 2019* (the "Twelfth Monthly Statement") [Docket No. 939]. Pursuant to the Administrative Order, objections to the Twelfth Monthly Fee Statement were to be filed and served no later than December 2, 2019.

4. My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Twelfth Monthly Statement appears thereon. To the best of my knowledge, no answer, objection, or other responsive pleading to the Twelfth Monthly Statement has been filed or served in accordance with the Administrative Order.

5. Pursuant to the Administrative Order, the Debtors are authorized to pay Getzler Henrich & Associates LLC 80% of its fees in the amount of $24,730.40 and 100% of its expenses in the amount of $699.82, for a total of $25,430.22, requested in the Twelfth Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Twelfth Monthly Statement.

Dated: December 19, 2019               Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*