**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this twelfth monthly fee statement[2] for the period October 1, 2019 through October 31, 2019 (the "**Twelfth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Twelfth Fee Statement, if any, are due by December 30, 2019.

Dated: December 20, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**TWELFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

## SECTION I
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,310,044.00 | $45,739.27 |
| TOTAL FEES ALLOWED TO DATE: | $1,227,882.50 | $43,65.10 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $16,432.30 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,227,804.20 | $43,165.10 |
| FEE TOTALS | $14,934.00 | |
| DISBURSEMENTS TOTALS | +$461.00 | |
| TOTAL FEE APPLICATION | $15,395.00 | |
| MINUS 20% HOLDBACK | - $2,986.80 | |
| AMOUNT SOUGHT AT THIS TIME | $12,408.20 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fourth Interim Period of August 1, 2019 through November 30, 2019 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
12/20/2019 53737498.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 8.40 | $895.00 | $7,518.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 1.30 | $470.00 | $611.00 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 12.50 | $470.00 | $5,875.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.50 | $270.00 | $405.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.10 | $250.00 | $525.00 |
| **TOTAL FEES** | | | **25.80** | | **$14,934.00** |
| **Attorney Blended Rate** | | | | | **$630.81** |

# SECTION II
# SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.20 | $54.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | $179.00 |
| B165 | Employment and Retention Applications - Others | 6.20 | $3,361.50 |
| B175 | Fee Applications and Invoices - Others | 3.00 | $948.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 7.70 | $3,506.50 |
| B310 | Claims Administration and Objections | 7.10 | $6,227.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.40 | $658.00 |
| | **Total** | **25.80** | **$14,934.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Computerized legal research | $461.00 |
| **Total Disbursements** | **$461.00** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler attended to negotiations with North River regarding settlement of its claim;

   b) Lowenstein Sandler attended to issues regarding ordinary course professionals' fee limits;

   c) Lowenstein Sandler reviewed and analyzed the opinion denying the United States Trustee's appeal of order appointing legal representative;

   d) Lowenstein Sandler prepared and filed monthly fee applications for the Debtors' other professionals;

   e) Lowenstein Sandler prepared the Debtors' first omnibus motion for rejection of contracts and leases; and

   f) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:       (100%)
   (B) SECURED CREDITORS:              (100%)
   (C) PRIORITY CREDITORS:             (100%)
   (D) GENERAL UNSECURED CREDITORS:    (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2019                    /s/ *Jeffrey D. Prol*
                                            Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS
<u>EFFECTIVE AS OF THE PETITION DATE</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

___

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

___

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## **EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through October 31, 2019

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 8.40 | $895.00 | $7,518.00 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 1.30 | $470.00 | $611.00 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 12.50 | $470.00 | $5,875.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.50 | $270.00 | $405.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.10 | $250.00 | $525.00 |
| **TOTAL FEES** | | | **25.80** | | **$14,934.00** |
| **Attorney Blended Rate** | | | | | **$630.81** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

<u>B100 - Administration</u>

<u>B110 Case Administration</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 10/28/19 | DC | Tend to filing Affidavits of Service and follow up with J. Prol re: monthly operating report | 0.20 | $54.00 |
| | | | **Total B110 - Case Administration** | 0.20 | $54.00 |

<u>B140 Relief from Stay/Adequate Protection Proceedings</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 10/11/19 | JDP | E-mail exchange with C. Malone re: carriers concerns about proceeding with PI deps for dying declarants | 0.20 | $179.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.20 | $179.00 |

<u>B165 Employment and Retention Applications - Others</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 10/01/19 | JDP | Review and analyze opinion denying UST's appeal of order appointing legal representative; e-mails to/from client and parties in interest re: same | 1.10 | $984.50 |
| B165 | 10/01/19 | TJF | Review e-mails re: retention of Future's Representative upheld by District Court (.2); research appeal period to the Third Circuit (.3) | 0.50 | $235.00 |
| B165 | 10/01/19 | TJF | Review discussion with client and other counsel re: Future's Representative | 0.20 | $94.00 |
| B165 | 10/01/19 | TJF | E-mail discussion with C. O'Callaghan re: retention of accountant | 0.30 | $141.00 |
| B165 | 10/02/19 | JAK | E-mail correspondence with T. Funkhouser re: ordinary course professional fees | 0.20 | $94.00 |
| B165 | 10/02/19 | JAK | Review ordinary course professional pleadings and orders | 0.60 | $282.00 |
| B165 | 10/03/19 | DC | Review and circulate District Court Order Denying Appeal | 0.10 | $27.00 |
| B165 | 10/04/19 | JAK | Review issues re: Ordinary Course Professional limits | 0.40 | $188.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 10/05/19 | JAK | Review correspondence re: Ordinary Course Professional limits | 0.10 | $47.00 |
| B165 | 10/07/19 | JAK | Email correspondence with J. Sponder re: ordinary course professional issues | 0.20 | $94.00 |
| B165 | 10/08/19 | JAK | E-mail correspondence with J. Sponder re: ordinary course professional issues | 0.10 | $47.00 |
| B165 | 10/10/19 | JAK | E-mail correspondence with T. Funkhouser re: ordinary course professional fee statements | 0.20 | $94.00 |
| B165 | 10/10/19 | JAK | Review and research ordinary course professional fee statements | 1.30 | $611.00 |
| B165 | 10/11/19 | JAK | E-mail correspondence with J. Sponder re: ordinary course professional fee statements | 0.20 | $94.00 |
| B165 | 10/24/19 | JAK | E-mail correspondence with T. Funkhouser re: ordinary course professional payments | 0.20 | $94.00 |
| B165 | 10/25/19 | JAK | Telephone conference and e-mail correspondence with J. Sponder re: ordinary course professionals | 0.20 | $94.00 |
| B165 | 10/25/19 | JAK | Telephone conference and email correspondence with T. Funkhouser re: ordinary course professionals | 0.20 | $94.00 |
| B165 | 10/28/19 | JAK | Office conference with J. Prol re: ordinary course professional issues | 0.10 | $47.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 6.20 | $3,361.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 10/01/19 | EBL | Prepare and file CNO to Anderson Kill's sixth monthly fee statement; e-mail to client re: now payable | 0.50 | $125.00 |
| B175 | 10/16/19 | JAK | Office conference with J. Prol re: Ordinary Course Professional fee statements | 0.20 | $94.00 |
| B175 | 10/23/19 | EBL | FInalize, e-file and serve Getzler's August and September monthly fee statements | 0.60 | $150.00 |
| B175 | 10/23/19 | EBL | Finalize, e-file and serve Anderson Kill's September fee statement | 0.40 | $100.00 |
| B175 | 10/29/19 | JAK | Telephone conference with J. Sponder re: ordinary course professional fee statements | 0.20 | $94.00 |
| B175 | 10/30/19 | EBL | Begin preparing spreadsheet re: OCP invoices; discussions with J. Kramer re: same | 0.60 | $150.00 |
| B175 | 10/30/19 | JAK | Office conference and e-mail correspondence with E. Lawler re: ordinary course professional fee statements | 0.50 | $235.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B175 - Fee Applications and Invoices - Others** | 3.00 | $948.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 10/02/19 | JAK | Review draft motion to reject contracts | 0.60 | $282.00 |
| B185 | 10/03/19 | DC | Prepare exhibits to Motion to Reject Leases and confer with J. Kramer re: filing | 0.20 | $54.00 |
| B185 | 10/03/19 | JAK | Office conferences with J. Prol re: Debtors' First Omnibus Motion to Reject Contracts | 0.40 | $188.00 |
| B185 | 10/03/19 | JAK | Office conferences with D. Claussen re: Debtors' First Omnibus Motion to Reject Contracts | 0.20 | $94.00 |
| B185 | 10/03/19 | JAK | Prepare First Omnibus Motion to Reject Contracts | 3.00 | $1,410.00 |
| B185 | 10/04/19 | JAK | E-mail correspondence with A. Wein and J. Prol re: Motion to Reject Contracts | 0.10 | $47.00 |
| B185 | 10/11/19 | JAK | Review issues re: 1st Omnibus's Motion to Reject Contracts | 0.20 | $94.00 |
| B185 | 10/14/19 | JAK | Email correspondence with A. Wein re: First Omnibus Motion to Reject Contracts | 0.10 | $47.00 |
| B185 | 10/14/19 | JAK | Prepare First Omnibus Motion to Reject Contracts for filing | 0.50 | $235.00 |
| B185 | 10/16/19 | JDP | E-mails from/to client re: rejection of forklift lease | 0.30 | $268.50 |
| B185 | 10/21/19 | JAK | E-mail correspondence with J. Prol and A. Wein re: filing of First Omnibus Motion to Reject Contracts | 0.20 | $94.00 |
| B185 | 10/22/19 | JAK | E-mail correspondence with D. Krupnick re: lease rejections | 0.20 | $94.00 |
| B185 | 10/23/19 | DC | Tend to filing and service of First Omnibus Motion for Rejection of Contracts and Leases | 0.40 | $108.00 |
| B185 | 10/23/19 | JAK | Office conference and e-mail correspondence with D. Claussen re: First Omnibus Motion to Reject Contracts | 0.50 | $235.00 |
| B185 | 10/23/19 | JAK | Prepare First Omnibus Motion to Reject Contracts for filing | 0.20 | $94.00 |
| B185 | 10/24/19 | DC | Prepare Notice of Filing of amended exhibits to First Omnibus Rejection Motion | 0.60 | $162.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 7.70 | $3,506.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 10/01/19 | JDP | Review alternatives for insurance settlements | 0.40 | $358.00 |
| B310 | 10/01/19 | TJF | E-mail to J. Kramer re: tax claims | 0.30 | $141.00 |
| B310 | 10/03/19 | JDP | Calls with C. Malone re: resolution of N. River claim; e-mail to A. Wein re: same | 0.40 | $358.00 |
| B310 | 10/04/19 | JDP | Telephone conference with A. Wein re: N. River claim | 0.50 | $447.50 |
| B310 | 10/16/19 | JDP | E-mails from/to A. Wein and G. Calhoun re: scheduling meeting to address settlement of N. River's claim | 0.10 | $89.50 |
| B310 | 10/17/19 | JDP | E-mails from/to G.Calhoun, A. Wein and C. Malone re: meeting to discuss resolution of N. River claim | 0.20 | $179.00 |
| B310 | 10/18/19 | JDP | E-mails to G. Calhoun and A. Wein re: meeting with NOrth River re; settlement of claim | 0.10 | $89.50 |
| B310 | 10/22/19 | JDP | E-mails to/from client and G. Calhoun re: scheduling meeting to settle N. River's claim | 0.10 | $89.50 |
| B310 | 10/29/19 | JDP | Prepare for, travel to and from and attend meeting with N. River re: settlement of claim | 5.00 | $4,475.00 |
| | | | **Total B310 - Claims Administration and Objections** | 7.10 | $6,227.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 10/23/19 | JAK | E-mail correspondence with BMC and D. Claussen re: service of lease rejection motion | 0.40 | $188.00 |
| B320 | 10/24/19 | JAK | Review notice of amendment to lease rejection motion | 0.50 | $235.00 |
| B320 | 10/24/19 | JAK | Revise and edit notice of amendment to lease rejection motion | 0.30 | $141.00 |
| B320 | 10/24/19 | JAK | E-mail correspondence with BMC and D. Claussen re: service of notice of amendment | 0.20 | $94.00 |
| | | | **Total B320 - Plan and Disclosure Statement** | 1.40 | $658.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
| --- | --- | --- | --- |
| B110 | Case Administration | 0.20 | $54.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | $179.00 |
| B165 | Employment and Retention Applications - Others | 6.20 | $3,361.50 |
| B175 | Fee Applications and Invoices - Others | 3.00 | $948.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 7.70 | $3,506.50 |
| B310 | Claims Administration and Objections | 7.10 | $6,227.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.40 | $658.00 |
|  | **Total** | **25.80** | **$14,934.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $461.00 |
| **Total Disbursements** | **$461.00** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 07/08/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 07/08/2019 Court: NJBK Pages: 63 | $6.30 |
| 07/16/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 07/16/2019 Court: NJBK Pages: 156 | $15.60 |
| 07/17/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 07/17/2019 Court: NJBK Pages: 117 | $11.70 |
| 07/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 07/23/2019 Court: NJBK Pages: 32 | $3.20 |
| 07/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 07/23/2019 Court: NJBK Pages: 30 | $3.00 |
| 08/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/06/2019 Court: NJBK Pages: 33 | $3.30 |
| 08/08/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/08/2019 Court: NJBK Pages: 157 | $15.70 |
| 08/09/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/09/2019 Court: NJBK Pages: 200 | $20.00 |
| 08/11/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/11/2019 Court: NJBK Pages: 30 | $3.00 |
| 08/13/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/13/2019 Court: NJBK Pages: 98 | $9.80 |
| 08/13/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/13/2019 Court: NJDC Pages: 61 | $6.10 |
| 08/14/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/14/2019 Court: NJBK Pages: 39 | $3.90 |
| 08/14/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212378-Q32019 DATE: 10/14/2019   Date: 08/14/2019 Court: NJDC Pages: * | $166.30 |
| 08/15/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/15/2019 Court: NJBK Pages: 87 | $8.70 |
| 08/15/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/15/2019 Court: DEBK Pages: 965 | $96.50 |
| 08/16/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 08/16/2019 Court: DEBK Pages: 2 | $0.20 |
| 08/16/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 08/16/2019 Court: NJBK Pages: 38 | $3.80 |
| 08/21/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 08/21/2019 Court: NJBK Pages: 1 | $0.10 |
| 08/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: | $6.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|---|---|---|
| | 10/14/2019   Date: 08/22/2019 Court: DEBK Pages: 65 | |
| 08/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/23/2019 Court: NJBK Pages: 68 | $6.80 |
| 08/27/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/27/2019 Court: NJBK Pages: 62 | $6.20 |
| 08/27/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 08/27/2019 Court: NJBK Pages: 42 | $4.20 |
| 08/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/28/2019 Court: DEBK Pages: 34 | $3.40 |
| 08/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/28/2019 Court: NJBK Pages: 92 | $9.20 |
| 08/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/28/2019 Court: NJDC Pages: 7 | $0.70 |
| 08/28/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 08/28/2019 Court: OHNBK Pages: 66 | $6.60 |
| 09/06/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 09/06/2019 Court: NJBK Pages: 279 | $27.90 |
| 09/10/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 09/10/2019 Court: NJBK Pages: 2 | $0.20 |
| 09/19/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 09/19/2019 Court: NJBK Pages: 31 | $3.10 |
| 09/19/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q32019 DATE: 10/14/2019   Date: 09/19/2019 Court: NJBK Pages: 30 | $3.00 |
| 09/26/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32019 DATE: 10/14/2019   Date: 09/26/2019 Court: NJBK Pages: 60 | $6.00 |
| | Total Disbursements | $461.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**