**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.,*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this thirteenth monthly fee statement[2] for the period November 1, 2019 through November 30, 2019 (the "**Thirteenth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
12/20/2019 53737499.1

Pursuant to the Administrative Order, responses to the Thirteenth Fee Statement, if any,

are due by December 30, 2019.

Dated: December 20, 2019                    Respectfully submitted,

                                            **LOWENSTEIN SANDLER LLP**

                                            /s/ *Jeffrey D. Prol*
                                            Kenneth A. Rosen, Esq.
                                            Jeffrey D. Prol, Esq.
                                            One Lowenstein Drive
                                            Roseland, New Jersey 07068
                                            (973) 597-2500 (Telephone)
                                            (973) 597-2400 (Facsimile)
                                            E-mail: krosen@lowenstein.com
                                            E-mail: jprol@lowenstein.com

                                            *Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Duro Dyne National Corp., *et al.,*[1]     APPLICANT:    Lowenstein Sandler LLP

CASE NO.:   18-27963 (MBK)     CLIENT:    Chapter 11 Debtors

CHAPTER: 11     CASE FILED:    September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**

**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

## SECTION I
## FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$1,324,978.00** | **$46,200.27** |
| TOTAL FEES ALLOWED TO DATE: | **$1,227,882.50** | **$43,65.10** |
| TOTAL RETAINER REMAINING | **$0.00** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | **$19,419.10** | **$0.00** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | **$1,227,804.20** | **$43,165.10** |
| FEE TOTALS | **$13,686.00** | |
| DISBURSEMENTS TOTALS | **+ $116.54** | |
| TOTAL FEE APPLICATION | **$13,802.54** | |
| MINUS 20% HOLDBACK | **- $2,737.20** | |
| AMOUNT SOUGHT AT THIS TIME | **$11,065.34** | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fourth Interim Period of August 1, 2019 through November 30, 2019 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
12/20/2019 53737499.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 7.70 | $895.00 | $6,891.50 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 3.00 | $447.50 | $1,342.50 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 9.70 | $470.00 | $4,559.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.90 | $270.00 | $243.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.60 | $250.00 | $650.00 |
| **TOTAL FEES** | | | **23.90** | | **$13,686.00** |
| **Attorney Blended Rate** | | | | | **$627.11** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.70 | $189.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 2.50 | $1,557.50 |
| B150 | Meetings of and Communication with Creditors | 0.20 | $179.00 |
| B160 | Fee/Employment Applications | 0.20 | $50.00 |
| B175 | Fee Applications and Invoices - Others | 8.90 | $3,697.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.90 | $383.00 |
| B195 | Non-Working Travel | 3.00 | $1,342.50 |
| B310 | Claims Administration and Objections | 6.30 | $5,638.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.00 | $555.00 |
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $94.00 |
| | **Total** | **23.90** | **$13,686.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Miscellaneous | $30.70 |
| Travel | $85.84 |
| **Total Disbursements** | **$116.54** |

**SECTION IV**
**CASE HISTORY**

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Lowenstein Sandler attended to settlement negotiations regarding North River's claim;

   b)   Lowenstein Sandler assisted with the preparation and filing of the Debtors' monthly operating report;

   c)   Lowenstein Sandler reviewed and analyzed North River's objection to the Committee's motion for stay relief to allow *de bene esse* depositions to be taken and the Committee's reply thereto, and prepared for an attended the hearing on the lift stay motion;

   d)   Lowenstein Sandler attended to issues regarding ordinary course professionals' invoices and fee statements; and

   e)   Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)   ADMINISTRATION EXPENSES:         (100%)
   (B)   SECURED CREDITORS:               (100%)
   (C)   PRIORITY CREDITORS:              (100%)
   (D)   GENERAL UNSECURED CREDITORS:     (100%)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  December 20, 2019                    /s/ *Jeffrey D. Prol*
                                             Jeffrey D. Prol Esq.

Case 18-27963-MBK   Doc 994   Filed 10/19/18   Entered 10/19/18 09:57:15   Desc Main
Document    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS
<u>EFFECTIVE AS OF THE PETITION DATE</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

_____

Upon consideration of the application (the "Application")[2] of the above captioned

debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing

the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to

the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the

Prol Declaration submitted in support of the Application; and the Court being satisfied, based on

representations made in the Application that (i) Lowenstein Sandler has no connection with the

Debtors, their creditors, any other party in interest, their current respective attorneys or

professionals, the United States Trustee or any person employed in the office of the United States

Trustee, and does not represent any entity having an adverse interest to the Debtors in connection

with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein

Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy

Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the

Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment

is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the

Bankruptcy Court Under Title 11* of the United States District Court for the District of New

Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. §

157(b)(2); and notice of the Application being sufficient under the circumstances; and it

appearing that no other or further notice need be provided; and after due deliberation and

sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

_____

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Application.

-2-

Case 18-27963-MBK    Doc 954    Filed 10/29/19    Entered 10/29/19 09:25:15    Desc Main
Document    Page 3 of 3

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

_____

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler,

effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330

and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local

Rules, and any orders entered in this case governing professional compensation and

reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or

other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by

the contents of the Application or otherwise waived.

5.      The Debtors are authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all

disputes related to or arising from the implementation, interpretation and enforcement of this

Order.

# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through November 30, 2019

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 7.70 | $895.00 | $6,891.50 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 3.00 | $447.50 | $1,342.50 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 9.70 | $470.00 | $4,559.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.90 | $270.00 | $243.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.60 | $250.00 | $650.00 |
| **TOTAL FEES** | | | **23.90** | | **$13,686.00** |
| **Attorney Blended Rate** | | | | | **$627.11** |

\*      Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 11/01/19 | DC | Update critical dates memo and attorney calendar | 0.10 | $27.00 |
| B110 | 11/04/19 | DC | Tend to filing Monthly Operating Report for September 2019 | 0.20 | $54.00 |
| B110 | 11/22/19 | DC | Tend to filing Affidavits of Service for BMC Group | 0.20 | $54.00 |
| B110 | 11/26/19 | DC | Tend to filing and service of Monthly Operating Report for October 2019 | 0.20 | $54.00 |
| | | | **Total B110 - Case Administration** | 0.70 | $189.00 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 11/01/19 | JAK | Review and analyze objection filed by North River Insurance Company re: Stay Relief and confer with LS team | 0.50 | $235.00 |
| B140 | 11/01/19 | JAK | Review and analyze Committee's Reply in Support of its Stay Relief Motion and confer with LS team | 0.50 | $235.00 |
| B140 | 11/01/19 | JAK | Telephone conference and e-mail correspondence with J. Prol re: objection to Committee's motion for stay relief | 0.30 | $141.00 |
| B140 | 11/01/19 | JAK | Review objection to Committee's motion for stay relief | 0.30 | $141.00 |
| B140 | 11/07/19 | JDP | Prepare for and attend hearing on motion to lift stay to permit de bene esse deps to be taken | 0.80 | $716.00 |
| B140 | 11/11/19 | JDP | E-mails from/to committee counsel re: order resolving lift stay motion | 0.10 | $89.50 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 2.50 | $1,557.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/01/19 | JDP | Respond to creditor inquiries re: voting deadline | 0.20 | $179.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.20 | $179.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 11/20/19 | EBL | Review and reply to e-mail from C. O'Callaghan re: LS Fees | 0.20 | $50.00 |
| | | | **Total B160 - Fee/Employment Applications** | 0.20 | $50.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 11/05/19 | JAK | Review issues re: fees of ordinary course professionals and confer with LS team | 1.00 | $470.00 |
| B175 | 11/06/19 | EBL | Prepare CNO re: Anderson Kill's September fee statement; e-mails with C. Malone, J. Prol and J. Kramer re: same | 0.20 | $50.00 |
| B175 | 11/06/19 | JAK | Address issues re: ordinary course professional invoices and applications | 0.70 | $329.00 |
| B175 | 11/12/19 | EBL | Prepare, finalize and e-file CNOs re: Anderson Kill September fee statement and Getzler's August and September fee statements; update fee app chart re: same; e-mail to Debtors re: same | 1.20 | $300.00 |
| B175 | 11/12/19 | JAK | Review issues and confer with LS team re: ordinary course professional fee applications | 0.40 | $188.00 |
| B175 | 11/12/19 | JAK | Confer with C. O'Callaghan re: ordinary course professional fee applications | 0.20 | $94.00 |
| B175 | 11/12/19 | JDP | Telephone conference with C. Malone re: Andersen Kill fee apps/ordinary course professional retention | 0.10 | $89.50 |
| B175 | 11/13/19 | JAK | Review CNO's for fee applications of Debtor professionals | 0.20 | $94.00 |
| B175 | 11/13/19 | JAK | Review ordinary course professional documentation | 1.10 | $517.00 |
| B175 | 11/14/19 | JAK | Confer with C. O'Callaghan re: ordinary course professionals and review fee amounts | 0.50 | $235.00 |
| B175 | 11/14/19 | JAK | E-mail correspondence with T. Funkhouser re: fee amounts | 0.20 | $94.00 |
| B175 | 11/14/19 | JAK | Further review ordinary course professional documentation | 0.50 | $235.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 11/14/19 | JAK | Review issues re: ordinary course professional fee applications | 1.00 | $470.00 |
| B175 | 11/18/19 | EBL | Follow up with J. Prol and J. Kramer re: Anderson Kill fee statement | 0.10 | $25.00 |
| B175 | 11/18/19 | EBL | Finalize, e-file and coordinate service of Anderson Kill's October fee statement | 0.40 | $100.00 |
| B175 | 11/18/19 | JAK | Review Debtor professional fee applicationi and confer with LS team | 0.30 | $141.00 |
| B175 | 11/19/19 | JAK | Review Getzler October 2019 fee application and confer with LS team | 0.30 | $141.00 |
| B175 | 11/20/19 | EBL | Revise, finalize, e-file and coordinate serviec of Getzler's October fee statement; e-mail to client re: same | 0.50 | $125.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 8.90 | $3,697.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 11/12/19 | DC | Telephone call to court clerk re: status of first omnibus rejection of contracts | 0.10 | $27.00 |
| B185 | 11/12/19 | JAK | Confer with D. Claussen re: First Omnibus Rejection Motion and objection deadline | 0.30 | $141.00 |
| B185 | 11/14/19 | JAK | Review entry of First Omnibus Order Rejecting Contracts and correspond with C. O'Callaghan | 0.20 | $94.00 |
| B185 | 11/22/19 | JAK | E-mail correspondence with C. O'Callaghan re: first omnibus rejection order | 0.20 | $94.00 |
| B185 | 11/25/19 | DC | Draft e-mail to BMC re: service of Order Authorizing Rejection of Contracts | 0.10 | $27.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.90 | $383.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 11/07/19 | JDP | Travel to and from Trenton for hearing on motion to lift stay to permit de bene esse deps to be taken | 3.00 | $1,342.50 |
| | | | **Total B195 - Non-Working Travel** | 3.00 | $1,342.50 |

B300 - Claims and Plan

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 Claims Administration and Objections | | | | | |
| B310 | 11/04/19 | JDP | Review summary of Danaher decision; e-mails from/to client re: same | 0.30 | $268.50 |
| B310 | 11/11/19 | JDP | E-mails from/to A. Wein and K. Quinn re: resolution of claim issues | 0.10 | $89.50 |
| B310 | 11/14/19 | JDP | Telephone conference with K. Quinn and C. Malone re: settlement structures for N. River claim | 0.20 | $179.00 |
| B310 | 11/14/19 | JDP | Telephone conference with A. Wein re: settlement of N. River claim | 0.10 | $89.50 |
| B310 | 11/14/19 | JDP | Review claims projection analysis | 0.30 | $268.50 |
| B310 | 11/15/19 | JDP | Telephone conference with A. Wein and C. Malone re: settlement with N. River | 0.50 | $447.50 |
| B310 | 11/16/19 | JDP | Prepare for settlement call with N. River | 1.00 | $895.00 |
| B310 | 11/18/19 | JDP | Telephone conference with N. River re: settlement of N. River claim | 0.60 | $537.00 |
| B310 | 11/18/19 | JDP | Prepare for call with N. River | 0.30 | $268.50 |
| B310 | 11/19/19 | JDP | Participate in call with client re: reactions to call with N. River and strategy going forward | 0.20 | $179.00 |
| B310 | 11/20/19 | JDP | Telephone conference with J. Wehner re: settlement of N. River claim | 0.20 | $179.00 |
| B310 | 11/21/19 | JDP | Telephone conference with N. River re: settlement of claim | 0.40 | $358.00 |
| B310 | 11/21/19 | JDP | Follow-up with client re: settlement with N. River | 0.10 | $89.50 |
| B310 | 11/21/19 | JDP | Follow-up with C. Malone re: settlement with N. River | 0.20 | $179.00 |
| B310 | 11/23/19 | JDP | Telephone conference with Duro Dyne board re: proposed settlement with North River | 0.80 | $716.00 |
| B310 | 11/25/19 | JDP | E-mails to/from client and C. Malone re: settlement with N. River | 0.20 | $179.00 |
| B310 | 11/25/19 | JDP | Telephone conference with G. Calhoun re: settlement with N. River | 0.20 | $179.00 |
| B310 | 11/26/19 | JDP | Telephone conference with J. Wehner re: settlement with N. River | 0.20 | $179.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 11/26/19 | JDP | Review note and note issuance agreement re: structure of settlement with N. River | 0.20 | $179.00 |
| B310 | 11/27/19 | JDP | Telephone conference with client re: structure of proposed settlement with N. River | 0.20 | $179.00 |
| | | | **Total B310 - Claims Administration and Objections** | 6.30 | $5,638.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 11/06/19 | JAK | Conduct legal research re: confirmation of plan and treatment of claims and confer with LS team | 0.80 | $376.00 |
| B320 | 11/15/19 | JDP | E-mails to/from G. Calhoun and client re: telephonic meeting with N. River | 0.20 | $179.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 1.00 | $555.00 |

B400 - Bankruptcy-Related Advice

B410 General Bankruptcy Advice/Opinions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B410 | 11/26/19 | JAK | Review October monthly operating report and confer with LS team | 0.20 | $94.00 |
| | | | **Total B410 - General Bankruptcy Advice/Opinions** | 0.20 | $94.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 0.70 | $189.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 2.50 | $1,557.50 |
| B150 | Meetings of and Communication with Creditors | 0.20 | $179.00 |
| B160 | Fee/Employment Applications | 0.20 | $50.00 |
| B175 | Fee Applications and Invoices - Others | 8.90 | $3,697.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.90 | $383.00 |
| B195 | Non-Working Travel | 3.00 | $1,342.50 |
| B310 | Claims Administration and Objections | 6.30 | $5,638.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.00 | $555.00 |
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $94.00 |
| | **Total** | **23.90** | **$13,686.00** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---|
| Miscellaneous | $30.70 |
| Travel | $85.84 |
| **Total Disbursements** | **$116.54** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 10/29/19 | Other Office Costs  VENDOR: Sharebite Inc.; INVOICE#: LOWE-19-10-05-NY; DATE: 11/4/2019 - Meeting with client | $30.70 |
| 11/07/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3773171511130205 DATE: 11/13/2019   ; 11/07/19; Mileage; FROM: Office; TO: Court; Round trip mileage to Trenton to attend hearing | $68.44 |
| 11/07/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3773171511130205 DATE: 11/13/2019   ; 11/07/19; Toll; Tolls to Trenton to attend hearing | $7.40 |
| 11/07/19 | Local Travel  VENDOR: Prol, Jeffrey D. INVOICE#: 3773171511130205 DATE: 11/13/2019   ; 11/07/19; Parking; Parking while attending hearing | $10.00 |
|  | Total Disbursements | $116.54 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.