**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE TENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD OF AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on December 18, 2018 [Docket No. 345] (the "Administrative Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

3. On December 20, 2019, Lowenstein Sandler LLP filed its *Tenth Monthly Fee Statement of Lowenstein Sandler LLP for the Period of August 1, 2019 through August 31, 2019* (the "Tenth Monthly Statement") [Docket No. 982]. Pursuant to the Administrative Order, objections to the Tenth Monthly Fee Statement were to be filed and served no later than December 30, 2019.

4. My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Tenth Monthly Statement appears thereon. To the best of my knowledge, no answer, objection, or other responsive pleading to the Tenth Monthly Statement has been filed or served in accordance with the Administrative Order.

5. Pursuant to the Administrative Order, the Debtors are authorized to pay Lowenstein Sandler LLP 80% of its fees in the amount of $53,854.40 and 100% of its expenses in the amount of $2,150.97, for a total of $56,005.37, requested in the Tenth Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Tenth Monthly Statement.

Dated: December 31, 2019                    Respectfully submitted,

                                                   **LOWENSTEIN SANDLER LLP**

                                                   /s/ *Jeffrey D. Prol*
                                                   Kenneth A. Rosen, Esq.
                                                   Jeffrey D. Prol, Esq.
                                                   One Lowenstein Drive
                                                   Roseland, New Jersey 07068
                                                   (973) 597-2500 (Telephone)
                                                   (973) 597-2400 (Facsimile)

                                                   *Counsel to the Debtors and*
                                                   *Debtors-in-Possession*