THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING THIRTEENTH MONTHLY FEE
STATEMENT OF CHARTER OAK FINANCIAL CONSULTANTS, LLC
FOR THE PERIOD FROM NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019
[DOCKET NO. 975]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection,

or other responsive pleading to the Thirteenth Monthly Fee Statement of Charter Oak Financial

Consultants, LLC, financial consultants to the Official Committee of the Asbestos Claimants (the

"Committee"), for the period of November 1, 2019 through November 30, 2019 [Docket No. 975]

(the "Application"), filed on December 19, 2019, has been received. The undersigned further

certifies that a review of the Court's docket in these cases reflects that no answer, objection, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than December 29, 2019.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay Charter Oak Financial Consultants, LLC 80% ($7,410.40) of requested fees ($9,263.00) and 100% of requested expenses ($3.40), for the total of $7,413.80 on an interim basis without further order of the Court.

Dated: January 6, 2020                    By:/s/ John Fialcowitz
                                          John A. Fialcowitz
                                          89 Headquarters Plaza North, Suite 1216
                                          Morristown, NJ 07960
                                          Telephone: 973-532-7208
                                          John@fialcowitzlaw.com

                                          Local Counsel to the Official Committee of
                                          Asbestos Claimants