| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on January 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **Alan R. Brayton, Esq.**<br>**Bryn Letsch, Esq.**<br>**BRAYTON❖PURCELL LLP**<br>222 Rush Landing Road<br>Novato, CA  94948<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br>bletsch@braytonlaw.com<br><br>Counsel for Asbestos Claimant Jerry Lee Snyder | |
| In re:<br><br>DURO DYNE NATIONAL CORP., et al.<br><br>Debtors. | Case No.  18-27963 MBK<br>(Jointly Administered)<br><br>Chapter 11 |

# ORDER GRANTING APPLICATION TO PERPETUATE THE TESTIMONY OF ASBESTOS CLAIMANT JERRY LEE SNYDER

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: January 13, 2020**

*Michael B. Kaplan* (signature)
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Application to Perpetuate the Testimony of Asbestos Claimant Jerry Lee Snyder

Upon consideration of the *Application to Perpetuate the Testimony of Asbestos Claimant Jerry Lee Snyder*, filed December 17, 2019 (ECF No. 969) ("**Application**"); and the Court having jurisdiction to hear and decide the Application under 28 U.S.C. §§ 157(a) and 1334(b); and consideration of the Application being a core proceeding under 28 U.S.C. § 157(b)(2)(G) and in accordance with this Court's order of November 12, 2019 (ECF No. 931) ("**November 12 Order**"); and venue being proper in this District under 28 U.S.C. § 1409; and it appearing that notice of the Application was adequate and proper under the circumstances in the above-titled chapter 11 cases and that no further or other notice need be given; and it appearing that no objection or response to the Application was filed by the response deadline of December 24, 2019; and the Court having determined that there is good and sufficient cause for granting and approving the Application in accordance with the November 12 Order, it is hereby **ORDERED** as follows:

1. The Application is GRANTED and APPROVED.

2. The automatic stay under 11 U.S.C. § 362(a) is lifted for the limited purpose of preserving the testimony of Jerry Lee Snyder, who is represented in his asbestos personal injury action by Brayton Purcell, LLP.

3. In accordance with paragraph 7 of the November 12 Order, the stay imposed by Bankruptcy Rule 4001(a)(3) is waived, and the relief granted in this Order shall take effect immediately.

4. In accordance with paragraph 8 of the November 12 Order, all parties' rights and obligations with respect to any claims for defense costs, contribution, or otherwise are unaffected by this Order and fully reserved.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Application to Perpetuate the Testimony of Asbestos Claimant Jerry Lee Snyder

      5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27963-MBK
Duro Dyne National Corp.                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 13, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db             +Duro Dyne National Corp.,   100 Horizon Center Boulevard,   Hamilton, NJ 08691-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
      Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
        efile@pbgc.gov
      Christina Salem    on behalf of Interested Party    The North River Insurance Company
        christina.salem@kennedyscmk.com
      Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
        christina.salem@kennedyscmk.com
      Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
      Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
        International Association, AFL-CIO dstolz@wjslaw.com,
        dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
        dlondon@londonfischer.com
      Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
        dlaskin@ycst.com
      Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick , dlaskin@ycst.com
      Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
        cooperatty@aol.com;rgaydos@rltlawfirm.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
      Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
        jprol@lowenstein.com,
        jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 13, 2020
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
     jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
    Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
     jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
    Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
     jeffrey.m.sponder@usdoj.gov
    John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
    John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
     john@fialcowitzlaw.com
    John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
    John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
     john@fialcowitzlaw.com
    John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
     john@fialcowitzlaw.com
    Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
     jacobson.jordan@pbgc.gov,   efile@pbgc.gov
    Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
     quinnk@gotofirm.com
    Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
     knorgaard@norgaardfirm.com,
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
    Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
     mlichtenstein@crowell.com,   mplevin@crowell.com;tyoon@crowell.com
    Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
     lrestivo@mccarter.com
    Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
    Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
     International Association, AFL-CIO srever@wjslaw.com,
     srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
    Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
    Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
     slross@duanemorris.com,   AutoDocketWILM@duanemorris.com
    Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
     stephen.forte@offitkurman.com,
     bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
    Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
     stephen.forte@offitkurman.com,
     bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
     American Re-Insurance Company wmcgrath@dilworthlaw.com

                                         TOTAL: 42