Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
    skohut@ycst.com

Counsel to the Future Claimants' Representative

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |

### ORDER ALLOWING FOURTH INTERIM APPLICATION OF LAWRENCE FITZPATRICK AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: January 27, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing Fourth Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From August 1, 2019 Through November 30, 2019

---

Upon the *Fourth Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From August 1, 2019 Through November 30, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided during the Interim Period,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. The Future Claimants' Representative is hereby allowed a fourth interim allowance of compensation for services rendered in the sum of $9,672.00 and reimbursement of expenses incurred in the sum of $0.00 for the period from August 1, 2019 Through November 30, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Future Claimants' Representative within ten (10) days of the entry of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

23957973.6

-2-

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing Fourth Interim Application of Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From August 1, 2019 Through November 30, 2019

_____

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

23957973.6

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27963-MBK
Duro Dyne National Corp.                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: Jan 27, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db              +Duro Dyne National Corp.,   100 Horizon Center Boulevard,   Hamilton, NJ 08691-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
               efile@pbgc.gov
              Christina Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
              Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
              Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick , dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.  Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 27, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey D. Prol    on behalf of Attorney Cort T. Malone jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
        Jeffrey D. Prol    on behalf of Noticing Agent   BMC Group, Inc. jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
        John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants john@fialcowitzlaw.com
        Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov, efile@pbgc.gov
        Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants quinnk@gotofirm.com
        Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party knorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company mlichtenstein@crowell.com, mplevin@crowell.com;tyoon@crowell.com
        Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com
        Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
        Sean M. Beach    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com
        Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company stephen.forte@offitkurman.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        Stephen Forte    on behalf of Interested Party    The North River Insurance Company stephen.forte@offitkurman.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                                          TOTAL: 42