## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## FOURTEENTH MONTHLY FEE STATEMENT OF
## GETZLER HENRICH & ASSOCIATES LLC
## FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, December 1, 2019 through December 31, 2019 (the "December 2019 Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Twelfth Fee Statement, if any, are due by February 17, 2020.

Dated:  February 5, 2019

Respectfully submitted,

**GETZLER HENRICH & ASSOCIATES LLC**

/s/  *Mark D. Podgainy*
Mark D. Podgainy
295 Madison Avenue
New York, NY  10017
*Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

---

### SECTION I
### FEE SUMMARY

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES
FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $722,171.50 | $14,851.03 |
| TOTAL FEES ALLOWED TO DATE: | $ 722,151.50 | $14,851.03 |
| TOTAL RETAINER ( IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $28,511.80 | $0.00 |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $667,425.50 | $14,212.51 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $36,601.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | +   $578.60 |
| TOTAL FEE APPLICATION | $37,180.10 |
| MINUS 20% HOLDBACK | -$7,320.30 |
| AMOUNT SOUGHT AT THIS TIME | $29,859.80 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 157.7 | $32,328.50 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 12.6 | 1,291.50 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 6.7 | 2,981.50 |
| | | **Grand Total:** | | **$36,601.50** |
| | **Blended Rate:** | **$206.79** | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 93.5 | $19,167.50 |
| Bankruptcy Consulting | 17.7 | 3,628.50 |
| Budget Preparation | 11.5 | 2,357.50 |
| Claims Analysis & Negotiation | 0.0 | 0.00 |
| Creditor Committee Matter | .2 | 89.00 |
| Confirmation Issues | 2.1 | 718.50 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 16.3 | 3,341.50 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 5.3 | 2,358.50 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 12.4 | 2,542.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Operational Review | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 5.4 | 1,107.00 |
| Travel | 12.6 | 1,291.50 |
| **SERVICE TOTALS** | **177.0** | **$36,601.50** |

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Transportation | $578.60 |
| **TOTAL DISBURSEMENTS** | **$578.60** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)     DATE CASE FILED: September 7, 2018

(2)     CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)     DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 195].   See Order attached.

(4)     SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)     Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for November 2019;

   b)     Getzler assisted the Debtors with the preparation of financial statements and supporting schedules, preparation for the 2019 audit, physical inventory count, and related accounting tasks;

   c)     Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

   d)     Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency, profitability and safety;

   e)     Getzler assisted the Debtors in addressing vendor issues, including participating in calls and meetings with vendors;

   f)     Getzler assisted the Debtors with the 2020 budget process; and

   g)     Getzler provided such other services consistent with its engagement letter.

(5)     ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)   ADMINISTRATION EXPENSES:          (100%)
   (B)   SECURED CREDITORS:               (100%)

3

       (C)    PRIORITY CREDITORS:        (100%)
       (D)    GENERAL UNSECURED CREDITORS:    (100%)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 5, 2019

                           /s/ *Mark D. Podgainy* _____
                           Mark D. Podgainy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:                                              Chapter 11

Duro Dyne National Corp., *et al.*[1]                Case No. 18-27963 (MBK)

                    Debtors.                        (Jointly Administered)

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

_Michal B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

31853/2
09/26/2018 51210348.1

Page:     2
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
          as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("<u>Getzler Henrich</u>") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "<u>Podgainy Declaration</u>"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** in its entirety.

2.      The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3.      Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4.      Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6.      The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Case 18-27963-MBK    Doc 1055    Filed 02/05/20    Entered 02/05/20 09:34:02    Desc Main
Document    Page 9 of 17

Page:      4
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

a.  Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b.  Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c.  If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Page:      5
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

           jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7.      Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8.      The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27963–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duro Dyne National Corp.
  100 Horizon Center Boulevard
  Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
  11–2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

Jeanne Naughton
Clerk

# EXHIBIT A

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 12/03/19 | 5.4 | $ 205.00 | $ 1,107.00 | Overseeing year-end physical inventory count in Midwest location |
| O'Callaghan | Accounting and Audit | 12/03/19 | 1.8 | $ 205.00 | $ 369.00 | Visiting off-site inventory location in preparation for physical vount |
| O'Callaghan | Accounting and Audit | 12/03/19 | 3.3 | $ 205.00 | $ 676.50 | Reviewing results of inventory scans / counts; researching discrepancies |
| O'Callaghan | Accounting and Audit | 12/04/19 | 3.8 | $ 205.00 | $ 779.00 | Additional research on physical inventory count discrepancies |
| O'Callaghan | Accounting and Audit | 12/04/19 | 3.7 | $ 205.00 | $ 758.50 | Meeting with outside auditors re: physical inventory |
| O'Callaghan | Accounting and Audit | 12/04/19 | 1.2 | $ 205.00 | $ 246.00 | Reviewing reconciliation between general ledger and physical counts |
| O'Callaghan | Accounting and Audit | 12/06/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing final reconciliation of physical inventory |
| O'Callaghan | Accounting and Audit | 12/06/19 | 0.6 | $ 205.00 | $ 123.00 | Call with accounting staff re: recording invoices and inventory receipts following physical inventory |
| O'Callaghan | Accounting and Audit | 12/09/19 | 1.5 | $ 205.00 | $ 307.50 | Year-end inventory planning meeting |
| O'Callaghan | Accounting and Audit | 12/10/19 | 1.4 | $ 205.00 | $ 287.00 | Reviewing final reconciliation of Midwest physical inventory counts |
| O'Callaghan | Accounting and Audit | 12/10/19 | 2.4 | $ 205.00 | $ 492.00 | Providing additional information to outside accountants for tax planning purposes |
| O'Callaghan | Accounting and Audit | 12/10/19 | 0.9 | $ 205.00 | $ 184.50 | Reviewing preliminary November financial statements |
| O'Callaghan | Accounting and Audit | 12/11/19 | 2.4 | $ 205.00 | $ 492.00 | Participated in year-end inventory planning meeting |
| O'Callaghan | Accounting and Audit | 12/11/19 | 0.7 | $ 205.00 | $ 143.50 | Providing additional information to outside accountants for tax planning purposes |
| O'Callaghan | Accounting and Audit | 12/11/19 | 0.8 | $ 205.00 | $ 164.00 | Responding to financial advisor re: pension plan and 401k informtaion |
| O'Callaghan | Accounting and Audit | 12/11/19 | 0.6 | $ 205.00 | $ 123.00 | Call with outside auditor re: fees and 2020 budget for services |
| O'Callaghan | Accounting and Audit | 12/11/19 | 1.2 | $ 205.00 | $ 246.00 | Reviewing physical inventory to scrap prior to inventory |
| O'Callaghan | Accounting and Audit | 12/12/19 | 0.7 | $ 205.00 | $ 143.50 | Call with outside auditor re: inventory scheduling |
| O'Callaghan | Accounting and Audit | 12/12/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: information request relating to 401k |
| O'Callaghan | Accounting and Audit | 12/12/19 | 3.2 | $ 205.00 | $ 656.00 | Preparing memo for 401k financial advisor re: internal controls and IT related controls |
| O'Callaghan | Accounting and Audit | 12/13/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing financial statements for Canadian subsidiary |
| O'Callaghan | Accounting and Audit | 12/13/19 | 0.4 | $ 205.00 | $ 82.00 | Discussion with outside accountant re: LIFO adjustments |
| O'Callaghan | Accounting and Audit | 12/16/19 | 4.7 | $ 205.00 | $ 963.50 | Participating in year-end inventory count |
| O'Callaghan | Accounting and Audit | 12/16/19 | 3.5 | $ 205.00 | $ 717.50 | Meeting with outside auditors to review inventory |
| O'Callaghan | Accounting and Audit | 12/17/19 | 3.8 | $ 205.00 | $ 779.00 | Participating in year-end inventory count |
| O'Callaghan | Accounting and Audit | 12/17/19 | 4.4 | $ 205.00 | $ 902.00 | Meeting with outside auditors to review inventory |
| O'Callaghan | Accounting and Audit | 12/17/19 | 2.6 | $ 205.00 | $ 533.00 | Researching discrepancies in inventory counts |
| O'Callaghan | Accounting and Audit | 12/18/19 | 3.8 | $ 205.00 | $ 779.00 | Participating in year-end inventory count |
| O'Callaghan | Accounting and Audit | 12/18/19 | 4.3 | $ 205.00 | $ 881.50 | Continued participation in year-end inventory count |
| O'Callaghan | Accounting and Audit | 12/18/19 | 4.2 | $ 205.00 | $ 861.00 | Identifying and researching additional discrepancies in inventory count |
| O'Callaghan | Accounting and Audit | 12/19/19 | 4.4 | $ 205.00 | $ 902.00 | Identifying and researching additional discrepancies in inventory count |
| O'Callaghan | Accounting and Audit | 12/19/19 | 2.3 | $ 205.00 | $ 471.50 | Meeting with inventory manager re: overall variance calculations |
| O'Callaghan | Accounting and Audit | 12/19/19 | 1.2 | $ 205.00 | $ 246.00 | Meeting with outside auditors to review inventory |
| O'Callaghan | Accounting and Audit | 12/19/19 | 1.8 | $ 205.00 | $ 369.00 | Visit to outside warehouse with auditor to confirm inventory quantities |
| O'Callaghan | Accounting and Audit | 12/19/19 | 4.2 | $ 205.00 | $ 861.00 | Reviewing additional inventory selections from outside auditors |
| O'Callaghan | Accounting and Audit | 12/20/19 | 2.2 | $ 205.00 | $ 451.00 | Meeting with inventory manager and cost accountant to finalize inventory |
| O'Callaghan | Accounting and Audit | 12/20/19 | 1.1 | $ 205.00 | $ 225.50 | Meeting with purchasing manager to discuss specific variances in year-ended inventory |
| O'Callaghan | Accounting and Audit | 12/20/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with management to discuss plan to reduce inventory errors going forward |
| O'Callaghan | Accounting and Audit | 12/30/19 | 0.6 | $ 205.00 | $ 123.00 | Call with management re: year end inventory |
| O'Callaghan | Accounting and Audit | 12/30/19 | 2.8 | $ 205.00 | $ 574.00 | Updating internal financial statements |
| O'Callaghan | Accounting and Audit | 12/31/19 | 0.3 | $ 205.00 | $ 61.50 | Call with management re: overseas inventory |
| O'Callaghan | Accounting and Audit | 12/31/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing results of inventory update |
| O'Callaghan | Accounting and Audit | 12/31/19 | 0.4 | $ 205.00 | $ 82.00 | Call with outside accountant re: fees |
| | **Accounting and Audit Total** | | **93.5** | | **$ 19,167.50** | |
| O'Callaghan | Bankruptcy Consulting | 12/04/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management to discuss improving methods of reporting production of finished goods to minimize inventory errors |
| O'Callaghan | Bankruptcy Consulting | 12/06/19 | 0.5 | $ 205.00 | $ 102.50 | Call with management to discuss overseas fixed assets |
| O'Callaghan | Bankruptcy Consulting | 12/06/19 | 2.6 | $ 205.00 | $ 533.00 | Preparing analysis of revenue potential of assets overseas |
| O'Callaghan | Bankruptcy Consulting | 12/06/19 | 0.4 | $ 205.00 | $ 82.00 | Call with management re: capital expenditures |
| O'Callaghan | Bankruptcy Consulting | 12/07/19 | 0.6 | $ 205.00 | $ 123.00 | Updating equipment analysis to reflect management's comments |
| O'Callaghan | Bankruptcy Consulting | 12/10/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting with management re: capital expenditures |
| O'Callaghan | Bankruptcy Consulting | 12/10/19 | 0.7 | $ 205.00 | $ 143.50 | Reviewing existing licensee agreements with UK customer |
| O'Callaghan | Bankruptcy Consulting | 12/10/19 | 2.0 | $ 205.00 | $ 410.00 | Meeting with management re: bill of material issues |

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 12/12/19 | 0.8 | $ 205.00 | $ 164.00 | Meeting to discuss overtime |
| O'Callaghan | Bankruptcy Consulting | 12/12/19 | 1.5 | $ 205.00 | $ 307.50 | Attending staff meeting |
| O'Callaghan | Bankruptcy Consulting | 12/18/19 | 0.6 | $ 205.00 | $ 123.00 | Call with counsel re: ordinary course professional fees, real estate leases and additional lawsuit notice received |
| O'Callaghan | Bankruptcy Consulting | 12/18/19 | 1.0 | $ 205.00 | $ 205.00 | Meeting with HR staff re: 401k |
| O'Callaghan | Bankruptcy Consulting | 12/20/19 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: PTO policies |
| O'Callaghan | Bankruptcy Consulting | 12/20/19 | 0.6 | $ 205.00 | $ 123.00 | Meeting with management re: equipment return from licensee in UAE |
| O'Callaghan | Bankruptcy Consulting | 12/20/19 | 2.2 | $ 205.00 | $ 451.00 | Reviewing and updating annual management agreement with affiliate company |
| O'Callaghan | Bankruptcy Consulting | 12/20/19 | 0.7 | $ 205.00 | $ 143.50 | Responding to information request from board member re: inventory, budgets, taxes and capital expenditures |
| | **Bankruptcy Consulting Total** | | **17.7** | | **$ 3,628.50** | |
| O'Callaghan | Budget Preparation | 12/05/19 | 3.3 | $ 205.00 | $ 676.50 | Drafting 2020 financial budget |
| O'Callaghan | Budget Preparation | 12/09/19 | 2.7 | $ 205.00 | $ 553.50 | Preparing year-end projection for tax planning |
| O'Callaghan | Budget Preparation | 12/11/19 | 2.9 | $ 205.00 | $ 594.50 | Drafting 2020 budget |
| O'Callaghan | Budget Preparation | 12/12/19 | 2.6 | $ 205.00 | $ 533.00 | Meeting with management re: sales projections |
| | **Budget Preparation Total** | | **11.5** | | **$ 2,357.50** | |
| Podgainy | Confirmation Issues | 12/07/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Prol and C O'Callaghan re: North River negotiations |
| Podgainy | Confirmation Issues | 12/09/19 | 0.4 | $ 205.00 | $ 82.00 | Call with M. Podgainy re settlement discussions |
| Podgainy | Confirmation Issues | 12/09/19 | 0.4 | $ 445.00 | $ 178.00 | Call w/ C O'Callaghan re: negotiations with North River and related projections |
| O'Callaghan | Confirmation Issues | 12/10/19 | 0.5 | $ 205.00 | $ 102.50 | Call with M. Podgainy and outside counsel re: North River discussions .4 and related call w/ M Podgainy .1 |
| Podgainy | Confirmation Issues | 12/10/19 | 0.5 | $ 445.00 | $ 222.50 | Conference call w/ J Prol and C O'Callaghan re: North River negotiations .4 and related discussion w/ C O'Callaghan .1 |
| Podgainy | Confirmation Issues | 12/17/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: committee feedback on NR Settlement discussions |
| Podgainy | Confirmation Issues | 12/18/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence from A Wein re: status of North River negotiations |
| | **Confirmation Issues Total** | | **2.1** | | **$ 718.50** | |
| Podgainy | Creditor Committee Matter | 12/06/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ J Sinclair re: information request |
| Podgainy | Creditor Committee Matter | 12/07/19 | 0.1 | $ 445.00 | $ 44.50 | Follow up correspondence w/ J Sinclair re: information request |
| | **Creditor Committee Matter Total** | | **0.2** | | **$ 89.00** | |
| O'Callaghan | DIP Financing | 12/02/19 | 2.7 | $ 205.00 | $ 553.50 | Reviewing weekly receipts and disbursements, open orders and shipments |
| O'Callaghan | DIP Financing | 12/03/19 | 1.9 | $ 205.00 | $ 389.50 | Responding to lender's request for financial information |
| O'Callaghan | DIP Financing | 12/05/19 | 1.2 | $ 205.00 | $ 246.00 | Responding to additional information request from lender |
| O'Callaghan | DIP Financing | 12/05/19 | 2.4 | $ 205.00 | $ 492.00 | Updating 13-week cash flow |
| O'Callaghan | DIP Financing | 12/09/19 | 1.3 | $ 205.00 | $ 266.50 | Reviewing weekly shipments and billings |
| O'Callaghan | DIP Financing | 12/10/19 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 12/10/19 | 2.1 | $ 205.00 | $ 430.50 | Updating 13 week cash flow projections |
| O'Callaghan | DIP Financing | 12/16/19 | 1.1 | $ 205.00 | $ 225.50 | Reviewing weekly sales and bookings |
| O'Callaghan | DIP Financing | 12/16/19 | 2.3 | $ 205.00 | $ 471.50 | Updating 13-week cash flow |
| | **DIP Financing Total** | | **16.3** | | **$ 3,341.50** | |
| Podgainy | Fee / Employment Application | 12/16/19 | 2.2 | $ 445.00 | $ 979.00 | Preparation of November 2019 fee application and sent to counsel to file |
| Podgainy | Fee / Employment Application | 12/18/19 | 1.8 | $ 445.00 | $ 801.00 | Initial preparation of Fourth Interim Fee Application |
| Podgainy | Fee / Employment Application | 12/19/19 | 1.3 | $ 445.00 | $ 578.50 | Complete the Fourth Interim Fee Application and send to counsel |
| | **Fee / Employment Application Total** | | **5.3** | | **$ 2,358.50** | |
| O'Callaghan | Monthly Operating Report | 12/03/19 | 1.1 | $ 205.00 | $ 225.50 | Drafting schedule of receipts and disbursements for MOR |
| O'Callaghan | Monthly Operating Report | 12/05/19 | 1.6 | $ 205.00 | $ 328.00 | Updating draft of MOR |
| O'Callaghan | Monthly Operating Report | 12/30/19 | 3.7 | $ 205.00 | $ 758.50 | Drafting Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 12/30/19 | 1.2 | $ 205.00 | $ 246.00 | Additional drafting of MOR |
| O'Callaghan | Monthly Operating Report | 12/31/19 | 4.8 | $ 205.00 | $ 984.00 | Finalizing MOR |
| | **Monthly Operating Report Total** | | **12.4** | | **$ 2,542.00** | |
| O'Callaghan | Supplier Issues | 12/06/19 | 0.3 | $ 205.00 | $ 61.50 | Call with potential equipment vendor |
| O'Callaghan | Supplier Issues | 12/09/19 | 0.8 | $ 205.00 | $ 164.00 | Reviewing professional fee billings and amounts outstanding |
| O'Callaghan | Supplier Issues | 12/11/19 | 1.3 | $ 205.00 | $ 266.50 | Reviewing proposals for equipment purchases |
| O'Callaghan | Supplier Issues | 12/13/19 | 1.2 | $ 205.00 | $ 246.00 | Conference call with equipment vendor |
| O'Callaghan | Supplier Issues | 12/17/19 | 1.2 | $ 205.00 | $ 246.00 | Responding to request from insurance broker related to foreign credit insurance |
| O'Callaghan | Supplier Issues | 12/18/19 | 0.2 | $ 205.00 | $ 41.00 | Call with equipment vendor re: rental units in Bay Shore facility |
| O'Callaghan | Supplier Issues | 12/31/19 | 0.4 | $ 205.00 | $ 82.00 | Processing year-end professional wire payments |
| | **Supplier Issues Total** | | **5.4** | | **$ 1,107.00** | |

| Timekeeper | Activity | Date | Hours | Rate | | Fees | | Description |
|------------|----------|------|-------|------|---|------|---|-------------|
| O'Callaghan | Travel | 12/02/19 | 3.5 | $ | 102.50 | $ | 358.75 | Travel to client's Midwest location |
| O'Callaghan | Travel | 12/04/19 | 5.8 | $ | 102.50 | $ | 594.50 | Travel from client's Midwest location |
| O'Callaghan | Travel | 12/09/19 | 1.2 | $ | 102.50 | $ | 123.00 | Travel to client's location |
| O'Callaghan | Travel | 12/13/19 | 0.4 | $ | 102.50 | $ | 41.00 | Travel from client's location |
| O'Callaghan | Travel | 12/16/19 | 0.9 | $ | 102.50 | $ | 92.25 | Travel to client location |
| O'Callaghan | Travel | 12/20/19 | 0.8 | $ | 102.50 | $ | 82.00 | Travel from client |
| | **Travel Total** | | **12.6** | | | **$ 1,291.50** | | |
| | **Grand Total** | | **177.0** | | | **$ 36,601.50** | | |

Case 18-27963-MBK    Doc 1055    Filed 02/05/20    Entered 02/05/20 12:44:02    Desc
Document    Page 15 of 17

# EXHIBIT B

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/09/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/09/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/09/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/09/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/10/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/11/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/12/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/12/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/12/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/16/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/16/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/16/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/16/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/17/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/18/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/19/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/20/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 12/20/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 12/20/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 578.60** | |
| | **Grand Total** | | | **$ 578.60** | |