**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this fourteenth monthly fee statement[2] for the period December 1, 2019 through December 31, 2019 (the "**Fourteenth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
02/05/2020 53909631.1

Pursuant to the Administrative Order, responses to the Fourteenth Fee Statement, if any, are due by February 17, 2020.

Dated: February 5, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., et al.,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FOURTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**

**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$1,338,664.00** | **$46,316.81** |
| TOTAL FEES ALLOWED TO DATE: | **$1,338,664.00** | **$46,316.81** |
| TOTAL RETAINER REMAINING | **$0.00** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | **$0.00** | **$0.00** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | **$1,316,429.40** | **$46,316.81** |
| FEE TOTALS | $11,900.50 | |
| DISBURSEMENTS TOTALS | + $20.60 | |
| TOTAL FEE APPLICATION | $11,921.10 | |
| MINUS 20% HOLDBACK | - $2,380.10 | |
| AMOUNT SOUGHT AT THIS TIME | $9,541.00 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fifth Interim Period of December 1, 2019 through March 31, 2020 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

-2-

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 3.90 | $895.00 | $3,490.50 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 9.70 | $580.00 | $5,626.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.70 | $270.00 | $459.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 9.30 | $250.00 | $2,325.00 |
| **TOTAL FEES** | | | **24.60** | | **$11,900.50** |
| **Attorney Blended Rate** | | | | | **$670.33** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.40 | $170.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.10 | $638.00 |
| B160 | Fee/Employment Applications | 8.60 | $2,307.00 |
| B175 | Fee Applications and Invoices - Others | 10.00 | $5,104.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.00 | $549.00 |
| B310 | Claims Administration and Objections | 3.50 | $3,132.50 |
| | **Total** | **24.60** | **$11,900.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Bulk rate/special postage | $7.30 |
| Computerized legal research | $13.30 |
| **Total Disbursements** | **$20.60** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)  Lowenstein Sandler attended to settlement negotiations regarding North River's claim;

   b)  Lowenstein Sandler attended to issues in connection with treatment of leases;

   c)  Lowenstein Sandler reviewed and analyzed a motion to perpetuate testimony;

   d)  Lowenstein Sandler prepared and filed its monthly and interim fee applications and assisted with the preparation and filing of monthly and interim fee applications on behalf of the Debtors' other professionals;

   e)  Lowenstein Sandler attended to issues regarding ordinary course professionals' invoices and fee statements; and

   f)  Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)  ADMINISTRATION EXPENSES:        (100%)
   (B)  SECURED CREDITORS:              (100%)
   (C)  PRIORITY CREDITORS:             (100%)
   (D)  GENERAL UNSECURED CREDITORS:    (100%)

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2020                    /s/ *Jeffrey D. Prol*
                                           Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS
<u>EFFECTIVE AS OF THE PETITION DATE</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

___

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2019

In re: Chapter 11

### I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 3.90 | $895.00 | $3,490.50 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 9.70 | $580.00 | $5,626.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.70 | $270.00 | $459.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 9.30 | $250.00 | $2,325.00 |
| **TOTAL FEES** | | | **24.60** | | **$11,900.50** |
| **Attorney Blended Rate** | | | | | **$670.33** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 12/11/19 | DC | Tend to filing Affidavits of Service for BMC Group | 0.20 | $54.00 |
| B110 | 12/30/19 | JAK | Confer with LS team re: changes to creditor addresses | 0.10 | $58.00 |
| B110 | 12/31/19 | JAK | Confer with LS team re: changes to creditor addresses | 0.10 | $58.00 |
| | | | **Total B110 - Case Administration** | 0.40 | $170.00 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 12/18/19 | JAK | Confer with client and LS team re: potential stay violations | 0.40 | $232.00 |
| B140 | 12/19/19 | JAK | Draft correspondence to asbestos claimant re: stay violation and review complaint filed against Debtor | 0.20 | $116.00 |
| B140 | 12/20/19 | JAK | Review Motion to Perpetrate Testimony and confer with LS team | 0.40 | $232.00 |
| B140 | 12/20/19 | JAK | Correspond with A. Wein and C. Malone re: Motion to Perpetrate Testimony | 0.10 | $58.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 1.10 | $638.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/06/19 | EBL | Prepare monthly fee statements re: August through November, 2019 | 2.20 | $550.00 |
| B160 | 12/19/19 | EBL | Follow up with J. Prol re: outstanding fee statements and interim fee application | 0.30 | $75.00 |
| B160 | 12/19/19 | EBL | Prepare LS Tenth Monthly Fee Statement and related documents | 1.00 | $250.00 |
| B160 | 12/19/19 | EBL | Prepare Lowenstein's Eleventh Monthly Fee Statement and related documents | 0.90 | $225.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/19/19 | EBL | Prepare Lowenstein's Twelfth Monthly Fee Statement and related documents | 0.90 | $225.00 |
| B160 | 12/19/19 | EBL | Prepare Lowenstein's Thirteenth Monthly Fee Statement and related documents | 0.90 | $225.00 |
| B160 | 12/19/19 | EBL | Prepare Lowenstein Sandler's fourth interim fee application and related documents | 0.80 | $200.00 |
| B160 | 12/31/19 | DC | Prepare and file CNO's for Lowenstein's Tenth, Eleventh, Twelfth and Thirteenth Monthly Fee Statements and update fee application chart | 1.40 | $378.00 |
| B160 | 12/31/19 | JDP | Review CNO's for LS fee statements; confer with C. O'Callahan re: same | 0.20 | $179.00 |
| | | | **Total B160 - Fee/Employment Applications** | 8.60 | $2,307.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 12/03/19 | JAK | Confer with T. Funkhouser re: ordinary course professional applications | 0.20 | $116.00 |
| B175 | 12/03/19 | JAK | E-mail correspondence with T. Funkhouser re: ordinary course professional applications | 0.10 | $58.00 |
| B175 | 12/03/19 | JAK | E-mail correspondence with J. Sponder re: ordinary course professional applications | 0.10 | $58.00 |
| B175 | 12/03/19 | JAK | E-mail correspondence with C. O'Callaghan re: ordinary course professional applications | 0.20 | $116.00 |
| B175 | 12/03/19 | JAK | Review issues and documentation re: ordinary course professional applications | 0.50 | $290.00 |
| B175 | 12/03/19 | JDP | E-mails from/to estate professionals re: quarterly fee apps | 0.20 | $179.00 |
| B175 | 12/04/19 | JAK | Telephone conference with J. Sponder re: ordinary course professional applications | 0.20 | $116.00 |
| B175 | 12/06/19 | EBL | Finalize and e-file cno re: Anderson Kill's eighth monthly fee statement; prepare e-mail to client re: same | 0.30 | $75.00 |
| B175 | 12/06/19 | JAK | Confer with C. O'Callaghan re: ordinary course professionals (.1) review ordinary course budget issues and confer with LS team re: same (.4); email correspondence with T. Funkhouser re: ordinary course professional budgets (.2); review draft fee statement for ordinary course professional (.3) | 1.00 | $580.00 |
| B175 | 12/06/19 | JAK | Review fee statement certificates of no objection and confer with LS team | 0.20 | $116.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 12/16/19 | JAK | Review ordinary course professional issues and confer with client | 0.20 | $116.00 |
| B175 | 12/18/19 | JAK | Confer with client and ordinary course professionals re: fee applications | 0.50 | $290.00 |
| B175 | 12/20/19 | EBL | Discussions with J. Kramer re: Anderson Kill fee applications | 0.20 | $50.00 |
| B175 | 12/20/19 | JAK | Confer with LS team re: Anderson Kill fee statement | 0.20 | $116.00 |
| B175 | 12/20/19 | JAK | Prepare Motion to Extend Ordinary Course Professional Caps and confer with LS team | 1.00 | $580.00 |
| B175 | 12/20/19 | JAK | Email correspondence with C. O'Callaghan re: Ordinary Course Professional Caps and payments to professionals | 0.20 | $116.00 |
| B175 | 12/20/19 | JAK | Email correspondence with J. Sponder re: Ordinary Course Professional Caps | 0.20 | $116.00 |
| B175 | 12/23/19 | EBL | Revise, finalize, e-file and coordinate service of Anderson Kill's ninth monthly fee statement; e-mail to client re: same | 1.80 | $450.00 |
| B175 | 12/23/19 | JAK | Review and revise Anderson Kill fee statement | 0.30 | $174.00 |
| B175 | 12/23/19 | JAK | Email correspondence with client re: Motion to Perpetrate Testimony | 0.10 | $58.00 |
| B175 | 12/23/19 | JAK | Telephone conference with C. Malone re: Anderson Kill fee statement | 0.10 | $58.00 |
| B175 | 12/23/19 | JAK | Confer with LS team re: Anderson Kill fee statement | 0.20 | $116.00 |
| B175 | 12/24/19 | JAK | Prepare Motion to Extend Ordinary Course Professional Cap | 1.70 | $986.00 |
| B175 | 12/31/19 | JAK | Confer with LS team re: certificates of no objection | 0.20 | $116.00 |
| B175 | 12/31/19 | JAK | Confer with C. O'Callaghan re: certificates of no objection | 0.10 | $58.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 10.00 | $5,104.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 12/03/19 | JAK | Review issues re: lease rejection deadlines and confer with LS team | 0.50 | $290.00 |
| B185 | 12/06/19 | DC | Confer with J. Prol and J. Kramer re: Deadline to Assume/Reject | 0.10 | $27.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 12/18/19 | JAK | Confer with client re: lease assumptions | 0.40 | $232.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 1.00 | $549.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 12/02/19 | JDP | E-mails to/from committee and legal rep attys re: scheduling a call to discuss N. River settlement | 0.20 | $179.00 |
| B310 | 12/02/19 | JDP | Participate in call with committee and legal rep counsel re: settlement of N. River claim | 0.40 | $358.00 |
| B310 | 12/10/19 | JDP | Telephone conference with M. Podgainy and C. O'Callahan re: impact of proposed N. River settlement on projections | 0.40 | $358.00 |
| B310 | 12/12/19 | JDP | Telephone conference with J. Wehner re: settlement with N. River | 0.30 | $268.50 |
| B310 | 12/12/19 | JDP | Telephone conference with E. Harron and K. Quinn re: N. River settlement | 0.10 | $89.50 |
| B310 | 12/13/19 | JDP | Telephone conference with A. Wein and C. Malone re: creditor response to N. River settlement proposal | 0.40 | $358.00 |
| B310 | 12/16/19 | JDP | Telephone conference with K. Quinn re: settlement with N. River | 0.20 | $179.00 |
| B310 | 12/17/19 | JDP | Telephone conference with A. Wein and C. Malone re: settlement of N. River claim | 0.30 | $268.50 |
| B310 | 12/18/19 | JDP | Telephone conference with N. River re: settlement of N. River claim | 0.50 | $447.50 |
| B310 | 12/20/19 | JDP | E-mails from/to N. River and client re: scheduling follow-up discussion on settlement | 0.20 | $179.00 |
| B310 | 12/23/19 | JDP | Telephone conference with N. River re: settlement of claim | 0.50 | $447.50 |
| | | | **Total B310 - Claims Administration and Objections** | 3.50 | $3,132.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
| --- | --- | --- | --- |
| B110 | Case Administration | 0.40 | $170.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.10 | $638.00 |
| B160 | Fee/Employment Applications | 8.60 | $2,307.00 |
| B175 | Fee Applications and Invoices - Others | 10.00 | $5,104.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.00 | $549.00 |
| B310 | Claims Administration and Objections | 3.50 | $3,132.50 |
| | **Total** | **24.60** | **$11,900.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Bulk rate/special postage | $7.30 |
| Computerized legal research | $13.30 |
| **Total Disbursements** | **$20.60** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 10/03/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42019 DATE: 1/13/2020    Date: 10/03/2019 Court: NJDC Pages: 6 | $0.60 |
| 10/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42019 DATE: 1/13/2020    Date: 10/22/2019 Court: NJBK Pages: 3 | $0.30 |
| 10/23/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 10/23/2019 Court: NJBK Pages: 25 | $2.50 |
| 10/24/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 10/24/2019 Court: NJBK Pages: 3 | $0.30 |
| 10/29/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 10/29/2019 Court: NJBK Pages: 6 | $0.60 |
| 11/04/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 11/04/2019 Court: NJBK Pages: 30 | $3.00 |
| 11/14/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42019 DATE: 1/13/2020    Date: 11/14/2019 Court: NJBK Pages: 30 | $3.00 |
| 11/22/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 11/22/2019 Court: NJBK Pages: 5 | $0.50 |
| 12/03/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 12/03/2019 Court: NJBK Pages: 8 | $0.80 |
| 12/11/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 12/11/2019 Court: NJBK Pages: 7 | $0.70 |
| 12/17/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q42019 DATE: 1/13/2020    Date: 12/17/2019 Court: NYSBK Pages: 2 | $0.20 |
| 12/31/19 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q42019 DATE: 1/13/2020    Date: 12/31/2019 Court: NJBK Pages: 8 | $0.80 |
| | Bulk rate/special postage | $7.30 |
| | **Total Disbursements** | **$20.60** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**