| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC | CAPLIN & DRYSDALE, CHARTERED |
| John A. Fialcowitz | James P. Wehner (admitted *pro hac vice*) |
| 89 Headquarters Plaza | Jeffrey A. Liesemer (admitted *pro hac vice*) |
| North Suite 1216 | One Thomas Circle, N.W., Suite 1100 |
| Morristown, NJ 07960 | Washington, D.C. 20005 |
| Telephone: (973) 813-7227 | Telephone: (202) 862-5000 |
| john@fialcowitzlaw.com | jwehner@capdale.com |
| | jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963-MBK |
| Debtors. | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM JANUARY 1, 2020, THROUGH JANUARY 31, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fifteenth monthly fee statement[2] for the period commencing January 1, 2020, through January 31, 2020 (the "**Fifteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Fifteenth Fee Statement, if any, are due by March 6, 2020.

Dated:  February 25, 2020          By:  */s/ James P. Wehner*
                                    James P. Wehner, Esq. (admitted *pro hac vice*)
                                    Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                    One Thomas Circle, N.W., Suite 1100
                                    Washington, DC 20005
                                    Telephone:  (202) 862-5000
                                    Facsimile: (202) 429-3301
                                    jwehner@capdale.com
                                    jliesemer@capdale.com

                                    *Counsel to the Official Committee of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**FIFTEENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM JANUARY 1, 2020, THROUGH JANUARY 31, 2020**

## SECTION 1
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,675,916.25 | $30,998.11 |
| TOTAL ALLOWED TO DATE | $1,640,949.02 | $29,980.59 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $45,303.25 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,573,514.80 | $29,386.26 |
| | | |
| FEE TOTALS – PAGE 2 | $23,664.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $802.74 | |
| TOTAL FEE APPLICATION | $24,466.74 | |
| MINUS 20% HOLDBACK | $4,732.80 | |
| AMOUNT SOUGHT AT THIS TIME | $19,733.94 | |

---

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| James P. Wehner, Member | 1995 | 9.2 | $795 | $7,314.00 |
| Jeffrey A. Liesemer, Member | 1993 | 17.5 | $795 | $13,912.50 |
| Cecilia Guerrero, Paralegal | N/A | 5.0 | $340 | $1,700.00 |
| Brigette A. Wolverton, Paralegal | N/A | 2.5 | $295 | $737.50 |
| **TOTAL FEES** | | **34.2** | | **$23,664.00** |
| **ATTORNEY BLENDED RATE** | | | **$691.93** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.4 | $136.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 3.9 | $1,549.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 2.1 | $1,669.50 |
| **(.11) Plan and Disclosure Statement** | 24.0 | $18,980.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.0 | $0.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 2.2 | $649.00 |
| **(.18) Fee Applications-Others** | 1.6 | $680.50 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **34.2** | **$23,664.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $0.00 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $582.80 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery, filing fees** | $219.94 |
| **DISBURSEMENTS TOTAL:** | **$802.74** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)    Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including potential revisions of Plan documents;

    b)    Caplin & Drysdale reviewed pleadings and correspondence regarding relief from stay;

    c)    Caplin & Drysdale prepared and filed fee applications;

    d)    Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

    e)    Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

      f)      Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

      (A)    ADMINISTRATION EXPENSES: (unknown at this time)
      (B)    SECURED CREDITORS: (unknown at this time)
      (C)    PRIORITY CREDITORS: (unknown at this time)
      (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: February 25, 2020                                */s/ James P. Wehner*
                                                                     Signature

# EXHIBIT A



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

February 21, 2020
Invoice #:    325354
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through January 31, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 1/29/2020 | CG | Update docketing calendar. | 0.2 | $340.00 | $68.00 |
| 1/30/2020 | CG | Update docketing calendar. | 0.2 | $340.00 | $68.00 |
| | | Total | 0.40 | | $136.00 |
| **.07** | **Fee Applications-Self** | | | | |
| 1/14/2020 | BAW | Attention to accounting and fee application issues. | 0.1 | $295.00 | $29.50 |
| 1/21/2020 | CG | Review and revise monthly. | 1.1 | $340.00 | $374.00 |
| 1/22/2020 | JPW | Review monthly; emails re same. | 0.5 | $795.00 | $397.50 |
| 1/22/2020 | CG | Review and revise monthly. | 0.6 | $340.00 | $204.00 |
| 1/24/2020 | CG | Review, revise, and finalize monthly fee app (.8); communications w/ local counsel re same (.1). | 0.9 | $340.00 | $306.00 |
| 1/29/2020 | CG | Draft and finalize certificate of no objection re C&D Dec. monthly (.4); update materials re 4th interim (.3). | 0.7 | $340.00 | $238.00 |
| | | Total | 3.90 | | $1,549.00 |
| **.10** | **Litigation** | | | | |
| 1/6/2020 | JAL | Emails re revised form of proposed lift-stay order. | 0.1 | $795.00 | $79.50 |
| 1/7/2020 | JPW | Emails re client inquiry. | 0.6 | $795.00 | $477.00 |
| 1/10/2020 | JAL | Email exchanges re lift-stay order. | 0.4 | $795.00 | $318.00 |
| 1/16/2020 | JAL | Correspondence re lift-stay matter. | 0.5 | $795.00 | $397.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 1/17/2020 | JAL | Review of correspondence re de bene esse deposition and lift-stay orders (0.2); draft and revise email to J. Prol and C. Malone re same (0.3). | 0.5 | $795.00 | $397.50 |
| | | Total | 2.10 | | $1,669.50 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/6/2020 | JPW | Emails re plan issues (0.5); teleconference J. Prol re plan issues (0.4). | 0.9 | $795.00 | $715.50 |
| 1/7/2020 | JAL | Further analysis and revisions to draft exit loan agreement and related intercreditor agreement. | 5.9 | $795.00 | $4,690.50 |
| 1/8/2020 | JAL | Further analysis of and revisions to draft exit loan agreement and intercreditor agreement. | 0.6 | $795.00 | $477.00 |
| 1/8/2020 | JPW | Telephonic message re plan issues (0.2); emails re plan issues (0.3). | 0.5 | $795.00 | $397.50 |
| 1/9/2020 | JAL | Further analysis and revisions to draft exit loan agreement and related intercreditor agreement (4.3); confer with JPW re developments and next steps (0.3). | 4.6 | $795.00 | $3,657.00 |
| 1/9/2020 | JPW | Meet with JAL re plan issues. | 0.3 | $795.00 | $238.50 |
| 1/13/2020 | JAL | Review of correspondence from JPW and K. Quinn re confirmation-related insurance issues and confer with JPW re same (0.4); further analysis of and revisions to draft exit loan agreement and intercreditor agreement (2.1). | 2.5 | $795.00 | $1,987.50 |
| 1/13/2020 | JPW | Emails re plan issues (0.7); meet with JAL re plan issues (0.2). | 0.9 | $795.00 | $715.50 |
| 1/14/2020 | JPW | Emails re plan issues. | 0.5 | $795.00 | $397.50 |
| 1/16/2020 | JAL | Teleconference with K. Quinn, E. Grim, and JPW re confirmation-related insurance issue. | 0.3 | $795.00 | $238.50 |
| 1/16/2020 | JPW | Teleconference J. Prol, K. Quinn, JAL re plan issues. | 0.3 | $795.00 | $238.50 |
| 1/17/2020 | JPW | Teleconference J. Prol re plan issues (0.2); emails re plan issues (1.6). | 1.8 | $795.00 | $1,431.00 |
| 1/20/2020 | JAL | Conference call with JPW, K. Quinn, Debtors' counsel, and FCR's counsel re confirmation-related insurance issue and next steps. | 0.8 | $795.00 | $636.00 |
| 1/20/2020 | JPW | Teleconference E. Harron re plan issue (0.2); teleconference Debtors, FCR, JAL re plan issues (0.8); emails re plan issues (1.1). | 2.1 | $795.00 | $1,669.50 |
| 1/21/2020 | JAL | Draft and revise email to JPW and K. Quinn re confirmation-related insurance issue. | 0.3 | $795.00 | $238.50 |
| 1/22/2020 | JPW | Emails re plan issues. | 0.3 | $795.00 | $238.50 |
| 1/30/2020 | JAL | Further analysis and editing of draft exit loan agreement. | 1.0 | $795.00 | $795.00 |

February 21, 2020
Invoice #:    325354

Page:    3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 1/30/2020 | BAW | Factual research re plan issues and prepare materials re same. | 0.2 | $295.00 | $59.00 |
| 1/31/2020 | JPW | Emails re plan issues. | 0.2 | $795.00 | $159.00 |
| | | Total | 24.00 | | $18,980.00 |
| .17 | **Docket Review & File Maintenance** | | | | |
| 1/9/2020 | BAW | Factual research re recent filings and communication re same (.3); prepare materials re same (.6). | 0.9 | $295.00 | $265.50 |
| 1/21/2020 | BAW | Factual research re recent filings and communication re same (.2); prepare materials re same (.5). | 0.7 | $295.00 | $206.50 |
| 1/30/2020 | BAW | Factual research re recent filings and communication re same (.2); prepare materials re same (.4). | 0.6 | $295.00 | $177.00 |
| | | Total | 2.20 | | $649.00 |
| .18 | **Fee Applications-Others** | | | | |
| 1/27/2020 | JPW | Review CO monthly. | 0.3 | $795.00 | $238.50 |
| 1/27/2020 | CG | Review and revise Charter Oak monthly (.7); communications w/ JPW re same (.1). | 0.8 | $340.00 | $272.00 |
| 1/29/2020 | CG | Review and finalize Charter Oak fee application (.4); communications w/ local counsel re same (.1). | 0.5 | $340.00 | $170.00 |
| | | Total | 1.60 | | $680.50 |
| | | Total Professional Services | 34.2 | | $23,664.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 17.5 | $795.00 | $13,912.50 |
| JPW | James P. Wehner | Member | 9.2 | $795.00 | $7,314.00 |
| CG | Cecilia Guerrero | Paralegal | 5.0 | $340.00 | $1,700.00 |
| BAW | Brigette A. Wolverton | Paralegal | 2.5 | $295.00 | $737.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/14/2020 | Epiq eDiscovery Solutions - Services 12/2019 [.18] | $1.58 |
| 01/23/2020 | Pacer Service Center - BAW Usage Charges 10/1 - 12/31/19 [.18] | $551.50 |
| 01/23/2020 | Pacer Service Center - CG Usage Charges 10/1 - 12/31/19 [.18] | $28.90 |
| 01/23/2020 | Pacer Service Center - JAL Usage Charges 10/1 - 12/31/19 [.18] | $2.40 |

February 21, 2020
Invoice #: 325354

Page: 4

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---:|
| 01/27/2020 | Miscellaneous - NJ Lawyers' Fund annual dues (JPW) [.04] | $218.36 |
| | Total Disbursements | $802.74 |
| | Total Services | $23,664.00 |
| | Total Disbursements | $802.74 |
| | Total Current Charges | $24,466.74 |

# EXHIBIT B

|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
| John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com |
| *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:     3
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.