**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, January 1, 2020 through January 31, 2020 (the "January 2020 Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Fifteenth Fee Statement, if any, are due by March 19, 2020.

Dated: March 9, 2020

                                                                                   Respectfully submitted,

                                                                                   **GETZLER HENRICH & ASSOCIATES LLC**

                                                                                   /s/ *Mark D. Podgainy*
                                                                                   Mark D. Podgainy
                                                                                   295 Madison Avenue
                                                                                   New York, NY 10017
                                                                                   *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
03/09/2020 53200155.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al.* | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 758,773.00 | $ 15,429.63 |
| TOTAL FEES ALLOWED TO DATE: | $ 722,151.50 | $ 14,851.03 |
| TOTAL RETAINER ( IF APPLICABLE) | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 7,320.30 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 751,452.70 | $ 15,429.63 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $35,943.75 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $1,056.16 |
| TOTAL FEE APPLICATION | $36,999.91 |
| MINUS 20% HOLDBACK | - $7,188.75 |
| AMOUNT SOUGHT AT THIS TIME | $29,811.16 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 172.6 | $35,383.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 3.3 | 338.25 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | .5 | 222.50 |
| | | Grand Total: | 176.4 | $35,943.75 |
| | | Blended Rate: | 203.76$ | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 48.4 | $9,922.00 |
| Bankruptcy Consulting | 31.5 | 6,577.50 |
| Budget Preparation | 7.6 | 1,558.00 |
| Claims Analysis & Negotiation | 0.0 | 0.00 |
| Creditor Committee Matter | 0.0 | 0.00 |
| Confirmation Issues | 0.0 | 0.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 43.5 | 8,917.50 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 0.0 | 0.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 20.4 | 4,182.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Operational Review | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 21.7 | 4,448.50 |
| Travel | 3.3 | 338.25 |
| **SERVICE TOTALS** | **176.5** | **$35,943.75** |

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Transportation | $1,056.16 |
| **TOTAL DISBURSEMENTS** | **$1,056.16** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for December 2019;

    b) Getzler assisted the Debtors with the preparation of financial statements and supporting schedules, preparation for the 2019 audit, physical inventory count, and related accounting tasks;

    c) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

    d) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency, profitability and safety;

    e) Getzler assisted the Debtors in addressing vendor issues, including participating in calls and meetings with vendors;

    f) Getzler assisted the Debtors with the 2020 budget process; and

    g) Getzler provided such other services consistent with its engagement letter.

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:
    (A) ADMINISTRATION EXPENSES:    (100%)
    (B) SECURED CREDITORS:    (100%)

3

 (C) PRIORITY CREDITORS: (100%)
 (D) GENERAL UNSECURED CREDITORS: (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 9, 2020

           */s/ Mark D. Podgainy*
           Mark D. Podgainy

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

# ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

51033/2
09/26/2018 51210348.1

Page: 2
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("<u>Getzler Henrich</u>") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "<u>Podgainy Declaration</u>"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:     3
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Page: 5
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–27963–MBK
        Chapter: 11
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11–2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                                         Jeanne Naughton
                                                                         Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

JANUARY 1, 2020 - JANUARY 31, 2020

DURO DYNE (DIP)
TIME DETAIL - JANUARY 2020

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 01/02/20 | 0.2 | $ 205.00 | $ 41.00 | Call with IT director re: final year-end inventory updates |
| O'Callaghan | Accounting and Audit | 01/02/20 | 0.5 | $ 205.00 | $ 102.50 | Updating payment information for secured loan payment |
| O'Callaghan | Accounting and Audit | 01/03/20 | 0.5 | $ 205.00 | $ 102.50 | Providing updated information to 401k financial advisor |
| O'Callaghan | Accounting and Audit | 01/06/20 | 1.8 | $ 205.00 | $ 369.00 | Conference call to discuss updates to accounting system |
| O'Callaghan | Accounting and Audit | 01/06/20 | 1.9 | $ 205.00 | $ 389.50 | Reviewing accountant's estimate of taxable income |
| O'Callaghan | Accounting and Audit | 01/06/20 | 1.7 | $ 205.00 | $ 348.50 | Meeting with cost accountant to review inventory adjustments |
| O'Callaghan | Accounting and Audit | 01/07/20 | 0.8 | $ 205.00 | $ 164.00 | Call with outside accountant re: taxes |
| O'Callaghan | Accounting and Audit | 01/07/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: inventory at overseas warehouses |
| O'Callaghan | Accounting and Audit | 01/07/20 | 0.6 | $ 205.00 | $ 123.00 | Updating estimate of taxable income based on call with accountants |
| O'Callaghan | Accounting and Audit | 01/07/20 | 1.4 | $ 205.00 | $ 287.00 | Reviewing year-end updated physical / GL inventory reconciliation with cost accountant |
| O'Callaghan | Accounting and Audit | 01/07/20 | 1.1 | $ 205.00 | $ 225.50 | Meeting with Director of IT re: inventory controls |
| O'Callaghan | Accounting and Audit | 01/08/20 | 0.9 | $ 205.00 | $ 184.50 | Follow up call with tax accountant re: estimated tax payments |
| O'Callaghan | Accounting and Audit | 01/08/20 | 0.4 | $ 205.00 | $ 82.00 | Call with chairwoman re: tax payments |
| O'Callaghan | Accounting and Audit | 01/08/20 | 0.8 | $ 205.00 | $ 164.00 | Follow up meeting regarding inventory control position |
| O'Callaghan | Accounting and Audit | 01/09/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: overseas inventory |
| O'Callaghan | Accounting and Audit | 01/09/20 | 1.3 | $ 205.00 | $ 266.50 | Reviewing schedule of taxes due |
| O'Callaghan | Accounting and Audit | 01/09/20 | 0.8 | $ 205.00 | $ 164.00 | Folllow up call with outside accountant re taxes |
| O'Callaghan | Accounting and Audit | 01/09/20 | 0.9 | $ 205.00 | $ 184.50 | Meeting with HR re: profit sharing and 401k match |
| O'Callaghan | Accounting and Audit | 01/10/20 | 0.6 | $ 205.00 | $ 123.00 | Follow up call with chairwoman re: tax payments |
| O'Callaghan | Accounting and Audit | 01/10/20 | 0.4 | $ 205.00 | $ 82.00 | Reviewing weekly AR Summary |
| O'Callaghan | Accounting and Audit | 01/10/20 | 0.3 | $ 205.00 | $ 61.50 | Preparing memo to board re: taxes |
| O'Callaghan | Accounting and Audit | 01/14/20 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: consignment inventory |
| O'Callaghan | Accounting and Audit | 01/15/20 | 1.6 | $ 205.00 | $ 328.00 | Meeting with cost accountant re: year-end inventory adjustments |
| O'Callaghan | Accounting and Audit | 01/15/20 | 1.3 | $ 205.00 | $ 266.50 | Meeting with former controller re: final transition of responsibilities |
| O'Callaghan | Accounting and Audit | 01/15/20 | 1.6 | $ 205.00 | $ 328.00 | Reviewing analysis of return of consignment inventory |
| O'Callaghan | Accounting and Audit | 01/16/20 | 0.6 | $ 205.00 | $ 123.00 | Meeting with staff accountant re: job repsonsibilities |
| O'Callaghan | Accounting and Audit | 01/20/20 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: bills of material and negative inventory |
| O'Callaghan | Accounting and Audit | 01/22/20 | 1.6 | $ 205.00 | $ 328.00 | Preparing year-end adjustments for financial statements |
| O'Callaghan | Accounting and Audit | 01/22/20 | 1.1 | $ 205.00 | $ 225.50 | Reviewing inventory counts at consignment warehouses |
| O'Callaghan | Accounting and Audit | 01/23/20 | 2.1 | $ 205.00 | $ 430.50 | Meeting with management re: job responsibilities for new inventory management position |
| O'Callaghan | Accounting and Audit | 01/23/20 | 1.4 | $ 205.00 | $ 287.00 | Analyzing draft of LIFO inventory adjustment |
| O'Callaghan | Accounting and Audit | 01/23/20 | 0.9 | $ 205.00 | $ 184.50 | Meeting with sales management re: year-end rebate accruals |
| O'Callaghan | Accounting and Audit | 01/24/20 | 1.3 | $ 205.00 | $ 266.50 | Drafting job description for inventory management role |
| O'Callaghan | Accounting and Audit | 01/27/20 | 1.6 | $ 205.00 | $ 328.00 | Reviewing updated year end inventory reports |
| O'Callaghan | Accounting and Audit | 01/27/20 | 2.1 | $ 205.00 | $ 430.50 | Meeting with outside auditors |
| O'Callaghan | Accounting and Audit | 01/28/20 | 1.1 | $ 205.00 | $ 225.50 | Meeting with IT director re transition to inventory management position |
| O'Callaghan | Accounting and Audit | 01/28/20 | 1.2 | $ 205.00 | $ 246.00 | Reviewing schedule of completed / projected capital expenditures |
| O'Callaghan | Accounting and Audit | 01/28/20 | 1.3 | $ 205.00 | $ 266.50 | Updating schedule of professional fees billed and paid |
| O'Callaghan | Accounting and Audit | 01/29/20 | 0.9 | $ 205.00 | $ 184.50 | Call with outside accountants re: LIFO analysis and scheduling for financial review |
| O'Callaghan | Accounting and Audit | 01/29/20 | 1.5 | $ 205.00 | $ 307.50 | Meeting with accounting staff re: automating AP entry and document filing |
| O'Callaghan | Accounting and Audit | 01/29/20 | 0.9 | $ 205.00 | $ 184.50 | Reviewing final storage charges from overseas licensee |
| O'Callaghan | Accounting and Audit | 01/29/20 | 1.7 | $ 205.00 | $ 348.50 | Meeting with cost accountant re: standard cost changes |

**Getzler Henrich & Associates LLC**

JANUARY 1, 2020 - JANUARY 31, 2020

DURO DYNE (DIP)
TIME DETAIL - JANUARY 2020

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 01/30/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with payables manager re: 1099s |
| | **Accounting and Audit Total** | | **48.4** | | **$ 9,922.00** | |
| O'Callaghan | Bankruptcy Consulting | 01/03/20 | 0.7 | $ 205.00 | $ 143.50 | Updating payroll information for insurance renewal |
| O'Callaghan | Bankruptcy Consulting | 01/03/20 | 1.1 | $ 205.00 | $ 225.50 | Reviewing license agreement for overseas licensee for potential renewal |
| O'Callaghan | Bankruptcy Consulting | 01/06/20 | 1.8 | $ 205.00 | $ 369.00 | Meeting with management to discuss overseas licensee |
| O'Callaghan | Bankruptcy Consulting | 01/08/20 | 2.2 | $ 205.00 | $ 451.00 | Phone interview with purchasing manager candidate |
| O'Callaghan | Bankruptcy Consulting | 01/08/20 | 0.4 | $ 205.00 | $ 82.00 | Follow up meeting with management re: purchasing candidate |
| O'Callaghan | Bankruptcy Consulting | 01/08/20 | 1.8 | $ 205.00 | $ 369.00 | Meeting with management re: overseas licensee |
| O'Callaghan | Bankruptcy Consulting | 01/10/20 | 1.3 | $ 205.00 | $ 266.50 | Reviewing schedule of open purchase orders |
| O'Callaghan | Bankruptcy Consulting | 01/13/20 | 1.2 | $ 205.00 | $ 246.00 | Attending town hall style meeting with employees |
| O'Callaghan | Bankruptcy Consulting | 01/13/20 | 0.6 | $ 205.00 | $ 123.00 | Updating schedule of equipment leases |
| O'Callaghan | Bankruptcy Consulting | 01/14/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: production area layout |
| O'Callaghan | Bankruptcy Consulting | 01/15/20 | 0.5 | $ 205.00 | $ 102.50 | Call with M. Podgainy re: year end financials |
| O'Callaghan | Bankruptcy Consulting | 01/15/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: employee vacation / PTO policies |
| Podgainy | Bankruptcy Consulting | 01/15/20 | 0.5 | $ 445.00 | $ 222.50 | Tele conv w/ C O'Callaghan re: year end financials and operations |
| O'Callaghan | Bankruptcy Consulting | 01/16/20 | 1.4 | $ 205.00 | $ 287.00 | Meeting with management re: prodution staff overtime |
| O'Callaghan | Bankruptcy Consulting | 01/16/20 | 0.7 | $ 205.00 | $ 143.50 | Meeting with production manager re: capital expenditures |
| O'Callaghan | Bankruptcy Consulting | 01/16/20 | 0.9 | $ 205.00 | $ 184.50 | Meeting with asst. controller re: cash levels and disbursements |
| O'Callaghan | Bankruptcy Consulting | 01/17/20 | 0.5 | $ 205.00 | $ 102.50 | Call with financial advisor to 401k |
| O'Callaghan | Bankruptcy Consulting | 01/17/20 | 1.3 | $ 205.00 | $ 266.50 | Conference call with sales territory managers |
| O'Callaghan | Bankruptcy Consulting | 01/17/20 | 0.1 | $ 205.00 | $ 20.50 | Reviewing letter to customer re: credit limits |
| O'Callaghan | Bankruptcy Consulting | 01/17/20 | 0.3 | $ 205.00 | $ 61.50 | Call with HR department re: temp housing for relocating employee |
| O'Callaghan | Bankruptcy Consulting | 01/20/20 | 0.9 | $ 205.00 | $ 184.50 | Meeting with HR director re performance evaluations |
| O'Callaghan | Bankruptcy Consulting | 01/20/20 | 0.7 | $ 205.00 | $ 143.50 | Conference call with operations personnel |
| O'Callaghan | Bankruptcy Consulting | 01/21/20 | 3.4 | $ 205.00 | $ 697.00 | Meeting with management to discuss employee pay, incentive bonuses and performance reviews |
| O'Callaghan | Bankruptcy Consulting | 01/22/20 | 1.4 | $ 205.00 | $ 287.00 | Preparing for and participating in conference call with board of directors |
| O'Callaghan | Bankruptcy Consulting | 01/22/20 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: operational issues |
| O'Callaghan | Bankruptcy Consulting | 01/23/20 | 0.8 | $ 205.00 | $ 164.00 | Reviewing assumptions letter for pension plan annual actuarial review |
| O'Callaghan | Bankruptcy Consulting | 01/27/20 | 2.1 | $ 205.00 | $ 430.50 | Meeting with management re: revisions to PTO policy |
| O'Callaghan | Bankruptcy Consulting | 01/28/20 | 1.3 | $ 205.00 | $ 266.50 | Conference call with outside counsel re: PTO policy changes |
| O'Callaghan | Bankruptcy Consulting | 01/29/20 | 0.5 | $ 205.00 | $ 102.50 | Participated on weekly operations conference call |
| | **Bankruptcy Consulting Total** | | **31.5** | | **$ 6,577.50** | |
| O'Callaghan | Budget Preparation | 01/14/20 | 2.2 | $ 205.00 | $ 451.00 | Drafting full year budget |
| O'Callaghan | Budget Preparation | 01/16/20 | 1.4 | $ 205.00 | $ 287.00 | Contiunue drafting full year budget |
| O'Callaghan | Budget Preparation | 01/29/20 | 2.9 | $ 205.00 | $ 594.50 | Drafting 2020 budget |
| O'Callaghan | Budget Preparation | 01/30/20 | 1.1 | $ 205.00 | $ 225.50 | Updating 2020 budget file |
| | **Budget Preparation Total** | | **7.6** | | **$ 1,558.00** | |
| O'Callaghan | DIP Financing | 01/03/20 | 0.7 | $ 205.00 | $ 143.50 | Reviewing weekly cash receipts and disbursements |
| O'Callaghan | DIP Financing | 01/07/20 | 2.3 | $ 205.00 | $ 471.50 | Updating cash flow projections |
| O'Callaghan | DIP Financing | 01/07/20 | 0.7 | $ 205.00 | $ 143.50 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 01/09/20 | 1.4 | $ 205.00 | $ 287.00 | Meeting with Asst. Controller re cash position |
| O'Callaghan | DIP Financing | 01/09/20 | 2.1 | $ 205.00 | $ 430.50 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 01/09/20 | 1.1 | $ 205.00 | $ 225.50 | Reviewing weekly disbursements |

**Getzler Henrich & Associates LLC**

JANUARY 1, 2020 - JANUARY 31, 2020

DURO DYNE (DIP)
TIME DETAIL - JANUARY 2020

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 01/13/20 | 2.7 | $ 205.00 | $ 553.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 01/13/20 | 1.6 | $ 205.00 | $ 328.00 | Updating budget to actual cash flow |
| O'Callaghan | DIP Financing | 01/14/20 | 1.1 | $ 205.00 | $ 225.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 01/14/20 | 2.8 | $ 205.00 | $ 574.00 | Meeting with lender |
| O'Callaghan | DIP Financing | 01/14/20 | 0.8 | $ 205.00 | $ 164.00 | Reviewing schedule of proposed weekly disbursements |
| O'Callaghan | DIP Financing | 01/16/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 01/16/20 | 1.7 | $ 205.00 | $ 348.50 | Meeting with president re: overall staffing levels |
| O'Callaghan | DIP Financing | 01/17/20 | 1.1 | $ 205.00 | $ 225.50 | Updating weekly cash flow projections |
| O'Callaghan | DIP Financing | 01/21/20 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 01/22/20 | 3.2 | $ 205.00 | $ 656.00 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 01/22/20 | 1.1 | $ 205.00 | $ 225.50 | Reviewing weekly disbursement |
| O'Callaghan | DIP Financing | 01/22/20 | 1.2 | $ 205.00 | $ 246.00 | Reviewing cash receipts and projected cash inflows |
| O'Callaghan | DIP Financing | 01/23/20 | 1.3 | $ 205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 01/27/20 | 1.4 | $ 205.00 | $ 287.00 | Meeting with purchasing department re: open purchase orders |
| O'Callaghan | DIP Financing | 01/27/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with assistant controller re: cash position |
| O'Callaghan | DIP Financing | 01/28/20 | 1.6 | $ 205.00 | $ 328.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 01/28/20 | 2.4 | $ 205.00 | $ 492.00 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 01/29/20 | 1.2 | $ 205.00 | $ 246.00 | Meeting with staff accountant re: data entry for 13 week cash flow |
| O'Callaghan | DIP Financing | 01/29/20 | 1.3 | $ 205.00 | $ 266.50 | Reviewing edits to 13 week cash flow |
| O'Callaghan | DIP Financing | 01/29/20 | 3.4 | $ 205.00 | $ 697.00 | Updating weekly actual cash flow to budget results |
| O'Callaghan | DIP Financing | 01/30/20 | 1.6 | $ 205.00 | $ 328.00 | Meeitng with assistant controller re: cash requirements |
| | **DIP Financing Total** | | **43.5** | | **$ 8,917.50** | |
| O'Callaghan | Monthly Operating Report | 01/06/20 | 1.2 | $ 205.00 | $ 246.00 | Preparing cash disbursement journals |
| O'Callaghan | Monthly Operating Report | 01/08/20 | 0.9 | $ 205.00 | $ 184.50 | Updating disbursement information for MOR |
| O'Callaghan | Monthly Operating Report | 01/10/20 | 1.7 | $ 205.00 | $ 348.50 | Reviewing preliminary Dec. financial results |
| O'Callaghan | Monthly Operating Report | 01/14/20 | 2.1 | $ 205.00 | $ 430.50 | Updating draft of MOR |
| O'Callaghan | Monthly Operating Report | 01/15/20 | 1.6 | $ 205.00 | $ 328.00 | Continue to draft December MOR |
| O'Callaghan | Monthly Operating Report | 01/16/20 | 1.3 | $ 205.00 | $ 266.50 | Meeting with accounting staff re: monthly close |
| O'Callaghan | Monthly Operating Report | 01/17/20 | 1.3 | $ 205.00 | $ 266.50 | Continue to draft December MOR |
| O'Callaghan | Monthly Operating Report | 01/20/20 | 3.3 | $ 205.00 | $ 676.50 | Drafting December MOR |
| O'Callaghan | Monthly Operating Report | 01/20/20 | 2.1 | $ 205.00 | $ 430.50 | Additional drafting of MOR |
| O'Callaghan | Monthly Operating Report | 01/21/20 | 4.3 | $ 205.00 | $ 881.50 | Finalizing MOR |
| O'Callaghan | Monthly Operating Report | 01/23/20 | 0.6 | $ 205.00 | $ 123.00 | Calculating payment amounts for US Trustee |
| | **Monthly Operating Report Total** | | **20.4** | | **$ 4,182.00** | |
| O'Callaghan | Supplier Issues | 01/07/20 | 2.4 | $ 205.00 | $ 492.00 | Meeting with vendor re: open purchase orders and expected sales |
| O'Callaghan | Supplier Issues | 01/08/20 | 1.8 | $ 205.00 | $ 369.00 | Reviewing equipment proposal from vendors |
| O'Callaghan | Supplier Issues | 01/08/20 | 0.7 | $ 205.00 | $ 143.50 | Meeting with purchasing department re: steel purchases and potential returns |
| O'Callaghan | Supplier Issues | 01/09/20 | 2.1 | $ 205.00 | $ 430.50 | Meeting with third party logistics provider re: freight rates |
| O'Callaghan | Supplier Issues | 01/13/20 | 1.1 | $ 205.00 | $ 225.50 | Conference call with potential vendor re: IT systems |
| O'Callaghan | Supplier Issues | 01/13/20 | 1.3 | $ 205.00 | $ 266.50 | Reviewing proposal for new production equipment |
| O'Callaghan | Supplier Issues | 01/14/20 | 0.6 | $ 205.00 | $ 123.00 | Meeting with vendor re: payment terms and pricing |
| O'Callaghan | Supplier Issues | 01/15/20 | 1.3 | $ 205.00 | $ 266.50 | Follow up call with potential IT vendor |
| O'Callaghan | Supplier Issues | 01/15/20 | 1.1 | $ 205.00 | $ 225.50 | Meeting with purchasing department re: steel purchases |

**Getzler Henrich & Associates LLC**

**JANUARY 1, 2020 - JANUARY 31, 2020**

**DURO DYNE (DIP)**
**TIME DETAIL - JANUARY 2020**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Supplier Issues | 01/16/20 | 0.4 | $ 205.00 | $ 82.00 | Meeting with purchasing agent re: payment terms for foreign vendor |
| O'Callaghan | Supplier Issues | 01/21/20 | 0.7 | $ 205.00 | $ 143.50 | Reviewing counsel's comments to equipment proposal |
| O'Callaghan | Supplier Issues | 01/22/20 | 1.7 | $ 205.00 | $ 348.50 | Reviewing proposal from potential IT consultant |
| O'Callaghan | Supplier Issues | 01/23/20 | 1.1 | $ 205.00 | $ 225.50 | Conference call with potential IT consultant |
| O'Callaghan | Supplier Issues | 01/23/20 | 0.9 | $ 205.00 | $ 184.50 | Conference call with analytics software vendor |
| O'Callaghan | Supplier Issues | 01/24/20 | 1.0 | $ 205.00 | $ 205.00 | Conference call with insurance broker re: insurance renewals |
| O'Callaghan | Supplier Issues | 01/27/20 | 0.9 | $ 205.00 | $ 184.50 | Meeting with IT director re: technology review proposal |
| O'Callaghan | Supplier Issues | 01/28/20 | 1.0 | $ 205.00 | $ 205.00 | Call with equipment vendor to review financial terms |
| O'Callaghan | Supplier Issues | 01/28/20 | 0.7 | $ 205.00 | $ 143.50 | Call with credit card vendor re spending limits |
| O'Callaghan | Supplier Issues | 01/30/20 | 0.9 | $ 205.00 | $ 184.50 | Meeting with AP manager re: vendor payments |
| | **Supplier Issues Total** | | **21.7** | | **$ 4,448.50** | |
| O'Callaghan | Travel | 01/06/20 | 0.8 | $ 102.50 | $ 82.00 | Travel to client |
| O'Callaghan | Travel | 01/13/20 | 0.9 | $ 102.50 | $ 92.25 | Travel to client |
| O'Callaghan | Travel | 01/23/20 | 0.8 | $ 102.50 | $ 82.00 | Travel from client location |
| O'Callaghan | Travel | 01/27/20 | 0.8 | $ 102.50 | $ 82.00 | Travel to client location |
| | **Travel Total** | | **3.3** | | **$ 338.25** | |
| | **Grand Total** | | **176.4** | | **$ 35,943.75** | |

# EXHIBIT B

Getzler Henrich & Associates LLC    JANUARY 1, 2020 - JANUARY 31, 2020    DURO DYNE (DIP)
EXPENSE DETAIL JANUARY 2020

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/06/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 01/06/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 01/06/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/06/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/07/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/08/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/09/20 | $ 24.73 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 01/09/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/09/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/13/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/13/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/13/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/13/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/14/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/15/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/16/20 | $ 24.73 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/16/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/16/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/20/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/20/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/20/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/20/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/21/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/22/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/23/20 | $ 24.73 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/23/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/23/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/27/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/27/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/27/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/27/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/28/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/29/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/30/20 | $ 24.73 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 01/30/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 01/30/20 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 1,056.16** | |
| | **Grand Total** | | | **$ 1,056.16** | |