**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (New Jersey Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)

*Counsel to the Future Claimants' Representative*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Lisa M. Eden, hereby certify that I am employed by the law firm of Young Conaway Stargatt

& Taylor, LLP, attorneys for Lawrence Fitzpatrick, the legal representative for future claimants in the

above-captioned case, and that on March 18, 2020, I caused a copy of the following documents to be

served upon the parties identified on the attached service list in the manner indicated:

> *Sixteenth Monthly Fee Statement of Lawrence Fitzpatrick as the Legal Representative for Future Claimants for the Period February 1, 2020 through February 29, 2020 [Docket No. 1080]*

> *Sixteenth Monthly Fee Statement of Young Conaway Stargatt & Taylor, LLP as Counsel to Lawrence Fitzpatrick, Legal Representative for Future Claimants for the Period February 1, 2020 through February 29, 2020 [Docket No. 1081]*

Dated: March 26, 2020                      /s/ Lisa M. Eden
                                           Lisa M. Eden

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

26208427.1

**Service List – 3/18/2020**

**Email Service Parties:**
jcooper@rltlawfirm.com;
mitchell.b.hausman@usdoj.gov;
jeffrey.m.sponder@usdoj.gov;
knorgaard@norgaardfirm.com;
mlichtenstein@crowell.com;
scalello@mccarter.com;
krosen@lowenstein.com;
jprol@lowenstein.com;
sforte@goodwin.com;
john@fialcowitzlaw.com;
wmcgrath@dilworthlaw.com;
srever@wjslaw.com;
dlondon@londonfischer.com;
jacobson.jordan@pbgc.gov;
efile@pbgc.gov;
anthony.labruna@usdoj.gov;
slross@duanemorris.com;
jkahane@duanemorris.com;
ra-li-ucts-bankrupt@state.pa.us;
dkeller@kfjlegal.com;
cmalone@andersonkill.com;
dburke@mccarter.com;
george@ifrahlaw.com

**Overnight Mail (Federal Express):**
Duro Dyne National Corporation
Attn: Randall Hinden, President and CEO
81 Spence Street
Bay Shore, NY 11706