**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this seventeenth monthly fee statement[2] for the period March 1, 2020 through March 31, 2020 (the "**Seventeenth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
04/22/2020 54240300.1

Pursuant to the Administrative Order, responses to the Seventeenth Fee Statement, if any, are due by May 4, 2020.

| | |
|---|---|
| Dated: April 22, 2020 | Respectfully submitted, |
| | **LOWENSTEIN SANDLER LLP** |
| | /s/ *Jeffrey D. Prol* |
| | Kenneth A. Rosen, Esq. |
| | Jeffrey D. Prol, Esq. |
| | One Lowenstein Drive |
| | Roseland, New Jersey 07068 |
| | (973) 597-2500 (Telephone) |
| | (973) 597-2400 (Facsimile) |
| | E-mail: krosen@lowenstein.com |
| | E-mail: jprol@lowenstein.com |
| | *Counsel to the Debtors and Debtors-in-Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SEVENTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,363,002.50 | $46,377.31 |
| TOTAL FEES ALLOWED TO DATE: | $1,338,664.00 | $46,316.81 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $4,867.70 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,348,106.10 | $46,337.41 |

| | |
|---|---|
| FEE TOTALS | $28,731.50 |
| DISBURSEMENTS TOTALS | + $0.00 |
| TOTAL FEE APPLICATION | $28,731.50 |
| MINUS 20% HOLDBACK | - $5,746.30 |
| AMOUNT SOUGHT AT THIS TIME | $22,985.20 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fifth Interim Period of March 1, 2020 through March 31, 2020 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
04/22/2020 54240300.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner/Corporate / Tax | 0.50 | $1,115.00 | $557.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 20.60 | $895.00 | $18,437.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 3.90 | $470.00 | $1,833.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 6.70 | $695.00 | $4,656.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 1.00 | $755.00 | $755.00 |
| Tanico, Stephen | 2017 | Associate/Corporate / Tax | 3.30 | $475.00 | $1,567.50 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.70 | $250.00 | $925.00 |
| **TOTAL FEES** | | | **39.70** | | **$28,731.50** |
| **Attorney Blended Rate** | | | | | **$772.40** |

# SECTION II
# SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B165 | Employment and Retention Applications - Others | 1.20 | $564.00 |
| B175 | Fee Applications and Invoices - Others | 5.20 | $1,630.00 |
| B230 | Financing/Cash Collateral | 5.90 | $4,230.50 |
| B250 | Real Estate | 7.30 | $4,347.50 |
| B310 | Claims Administration and Objections | 3.00 | $2,685.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 17.10 | $15,274.50 |
| | **Total** | **39.70** | **$28,731.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| N/A | $0.00 |
|---|---|
| **Total Disbursements** | **$0.00** |

**SECTION IV**
**CASE HISTORY**

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: <u>September 7, 2018</u>

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler attended to settlement negotiations regarding North River's claim;

   b) Lowenstein Sandler prepared a motion to amend the ordinary course professionals' order;

   c) Lowenstein Sandler conferred with the Debtors and the Debtors' financial advisor, and conducted legal research regarding potential government relief programs related to coronavirus;

   d) Lowenstein Sandler reviewed and revised mortgage agreement documents;

   e) Lowenstein Sandler reviewed and revised the proposed confirmation order, findings of fact and conclusions of law, and related settlement agreements;

   f) Lowenstein Sandler conferred with the Debtors and the Debtors' financial advisor regarding exit financing;

   g) Lowenstein Sandler assisted with the preparation and filing of monthly fee applications on behalf of the Debtors' other professionals; and

   h) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:         (100%)
   (B) SECURED CREDITORS:                (100%)
   (C) PRIORITY CREDITORS:               (100%)
   (D) GENERAL UNSECURED CREDITORS:      (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  The Bankruptcy Court's recommendation in favor of confirmation of the Debtor's Plan of Reorganization is pending before the District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 22, 2020                              /s/ *Jeffrey D. Prol*_____
                                                        Jeffrey D. Prol Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* | **Order Filed on October 19, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS <u>EFFECTIVE AS OF THE PETITION DATE</u>

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

                Honorable Michael B. Kaplan
                United States Bankruptcy Judge

Page:     2
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through March 31, 2020

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner/Corporate / Tax | 0.50 | $1,115.00 | $557.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 20.60 | $895.00 | $18,437.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 3.90 | $470.00 | $1,833.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 6.70 | $695.00 | $4,656.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 1.00 | $755.00 | $755.00 |
| Tanico, Stephen | 2017 | Associate/Corporate / Tax | 3.30 | $475.00 | $1,567.50 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.70 | $250.00 | $925.00 |
| **TOTAL FEES** | | | **39.70** | | **$28,731.50** |
| **Attorney Blended Rate** | | | | | **$772.40** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 03/24/20 | JAK | Prepare and conduct research re: Motion to Amend Ordinary Course Professionals Order and confer with LS team | 1.10 | $517.00 |
| B165 | 03/30/20 | JAK | Email correspondence with C. O'Callaghan re: ordinary course professionals motion | 0.10 | $47.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 1.20 | $564.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 03/02/20 | JAK | Correspond with C. O'Callaghan re: OCP cap | 0.10 | $47.00 |
| B175 | 03/03/20 | EBL | Review docket for objections; prepare CNO re: Anderson Kill's eleventh monthly fee statement | 0.20 | $50.00 |
| B175 | 03/03/20 | EBL | Finalize and e-file cno re: Anderson Kill's eleventh monthly fee statement; email to client re: same | 0.20 | $50.00 |
| B175 | 03/03/20 | JAK | Review CNOs for Debtors' Professionals and confer with LS team | 0.20 | $94.00 |
| B175 | 03/09/20 | EBL | Revise, finalize, e-file and coordinate service of Getzler's January 2020 fee statement; email to client re: same; update calendars re: related deadlines; update electronic files re: same | 0.60 | $150.00 |
| B175 | 03/09/20 | JAK | Review Getzler Henrich's January 2020 fee application and confer with LS team | 0.20 | $94.00 |
| B175 | 03/17/20 | EBL | Revise, finalize, e-file and coordinate service of Anderson Kill's twelfth monthly fee statement; update electronic files and master fee chart re: same; email to client re: same; emails with J. Kramer re: same | 1.10 | $275.00 |
| B175 | 03/17/20 | JAK | Review Anderson Kill 12th Fee Application and confer with LS team | 0.10 | $47.00 |
| B175 | 03/17/20 | JAK | Correspond with C. O'Callaghan re: ordinary course professionals motion | 0.10 | $47.00 |
| B175 | 03/18/20 | JAK | Confer with C. O'Callaghan re: ordinary course professionals | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 03/20/20 | EBL | Prepare CNO re: Getzler's January fee statement; email to J. Kramer and J. Prol re: same | 0.30 | $75.00 |
| B175 | 03/20/20 | EBL | Revise, finalize and e-file CNO to Getzler's fifteenth fee statement; update master fee chart and electronic files re: same; emails with J. Kramer re: same | 0.40 | $100.00 |
| B175 | 03/20/20 | JAK | Review CNO for Getzler's 15th Fee Application and confer with LS team | 0.10 | $47.00 |
| B175 | 03/27/20 | JAK | Confer with LS team re: motion to amend ordinary course professioionals order | 0.20 | $94.00 |
| B175 | 03/31/20 | EBL | Prepare CNO re: Anderson Kill's February fee statement (.2); emails with C. Malone re: same (.2); email with J. Kramer re: same (.1); finalize and e-file same (.3); update electronic files and master fee chart re: same (.1) | 0.90 | $225.00 |
| B175 | 03/31/20 | JAK | Email correspondence with J. Sponder re: ordinary course professionals | 0.10 | $47.00 |
| B175 | 03/31/20 | JAK | Review Certificate of No Objection for Anderson KIll Twelfth Fee Statement and confer with LS team | 0.10 | $47.00 |
| B175 | 03/31/20 | JAK | Correspond with J. Sponder re: ordinary course professionals motion | 0.10 | $47.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 5.20 | $1,630.00 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 03/13/20 | DAS | Review and update forms of mortgages; conference with S. Yusem and J. Prol re: status of trust note and trust mortgages | 2.70 | $1,876.50 |
| B230 | 03/18/20 | JAK | Conduct legal research re: potential coronavirus relief programs in bankruptcy | 0.50 | $235.00 |
| B230 | 03/23/20 | JAK | Telephone conference with C. O'Callaghan re: potential government relief financing and bankruptcy | 0.20 | $94.00 |
| B230 | 03/25/20 | JDP | Telephone conference with C. O'Callaghan re: financing options | 0.20 | $179.00 |
| B230 | 03/30/20 | JAK | Conduct legal research re: government relief programs interplay with bankruptcy law | 0.50 | $235.00 |
| B230 | 03/30/20 | JDP | Review CARE Act provisions re: SBA loans; confer with L. Citron and client re: same | 0.50 | $447.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 03/31/20 | JDP | Telephone conference with L. Citron and client re: CARE's Act SBA loan provisions | 0.80 | $716.00 |
| B230 | 03/31/20 | JDP | Review CARE Act SBA loan provisions and articles to prepare for meeting with cleint re: same | 0.50 | $447.50 |
| | | | **Total B230 - Financing/Cash Collateral** | 5.90 | $4,230.50 |

B250 Real Estate

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B250 | 03/13/20 | ST | Research re: mortgage recording requirements in Suffolk County;   Correspondence with D. Suckerman re: research | 0.60 | $285.00 |
| B250 | 03/14/20 | DAS | Review recording requirements for Suffolk County; review affidavit and requirements re: mortgage recording tax in connection with bankruptcy; drafting strategy conferences with S. Tanico re: same | 0.70 | $486.50 |
| B250 | 03/18/20 | ST | Draft affidavit re: mortgage recording tax exemption; Confer with D. Suckerman re: recording requirements | 1.30 | $617.50 |
| B250 | 03/19/20 | DAS | Review and revise form of mortgages; emails re same | 0.70 | $486.50 |
| B250 | 03/19/20 | ST | Revise Mortgage Agreement; Confer with D. Suckerman re: same; Revise Affidavit; Confer with D. Suckerman re: Ohio recording requirements | 1.40 | $665.00 |
| B250 | 03/20/20 | DAS | Finalize revised draft forms of mortgages; e-mails with trust counsel re: same | 0.30 | $208.50 |
| B250 | 03/23/20 | DAS | Review and revise draft mortgages and affidavit; review environmental disclosures; emails with team re: same | 1.60 | $1,112.00 |
| B250 | 03/25/20 | DAS | Revise form of mortgages | 0.50 | $347.50 |
| B250 | 03/31/20 | DAS | E-mails with C. O'Callaghan re: status of mortgage review | 0.20 | $139.00 |
| | | | **Total B250 - Real Estate** | 7.30 | $4,347.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 03/09/20 | JDP | Telephone conference with J. Wehner re: settlement of N. River claim | 0.20 | $179.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 03/09/20 | JDP | Telephone conferences and e-mails to/from C. Malone re: settlement with N. River | 0.20 | $179.00 |
| B310 | 03/09/20 | JDP | Telephone conference with A. Wein re: counter-offer from committee re: settlement of N. River claim | 0.10 | $89.50 |
| B310 | 03/10/20 | JDP | Telephone conferences with J. Wehner, C. Malone, A. Wein, G. Calhoun and Judge Kaplan's chambers to negotiate settlement of N. River's claim | 1.50 | $1,342.50 |
| B310 | 03/12/20 | JDP | Review draft settlement agreement with N. River and proposed order approving settlement | 0.40 | $358.00 |
| B310 | 03/31/20 | JDP | Review N. River comments to settlement agreement; forward to committee and legal representative | 0.50 | $447.50 |
| B310 | 03/31/20 | JDP | Telephone conference with C. Malone re: N. River comments to settlement agreement | 0.10 | $89.50 |
| | | | **Total B310 - Claims Administration and Objections** | 3.00 | $2,685.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 03/10/20 | JDP | Develop strategy re: documenting settlement with N. River and amendment to plan | 1.00 | $895.00 |
| B320 | 03/11/20 | JDP | E-mails from/to A. Wein re: implementing N. River settlement | 0.20 | $179.00 |
| B320 | 03/11/20 | JDP | E-mails to/from committee counsel re: implementing N. River settlement | 0.10 | $89.50 |
| B320 | 03/11/20 | JDP | Review filed findings of fact and conclusions of law and insurance settlements; develop strategy for documenting N. River settlement and revised plan and getting them approved | 3.00 | $2,685.00 |
| B320 | 03/12/20 | JDP | Telephone conference with J. Wehner and J. Liesemer re: documenting N. River settlement and confirmation of revised plan | 0.70 | $626.50 |
| B320 | 03/12/20 | JDP | Telephone conference with and e-mail exchange with G. Calhoun re: documenting settlement with N. River and approval of revised plan | 0.10 | $89.50 |
| B320 | 03/12/20 | JDP | Review findings of fact/conclusions of law | 2.50 | $2,237.50 |
| B320 | 03/13/20 | JDP | Review committee comments to inter-creditor agreement (.2); e-mails from/to S. Yusem re: same (.1) | 0.30 | $268.50 |
| B320 | 03/13/20 | JDP | Review and edit amended proposed findings of fact/conclusions of law | 4.00 | $3,580.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 03/13/20 | JDP | E-mails to/from commmittee, legal rep and N. River counsel re: documenting settlement and consensual confirmation | 0.30 | $268.50 |
| B320 | 03/13/20 | SSY | Review comments from Committee/Trust counsel to Bank of America documents and confer with Bank's counsel re: review of same | 1.00 | $755.00 |
| B320 | 03/16/20 | JDP | Review Committee edits to proposed order confirming plan; edit same | 0.80 | $716.00 |
| B320 | 03/16/20 | JDP | Review committee edits to draft FOF/COL; edit same; forward revised FOF/COL to creditor representatives | 1.20 | $1,074.00 |
| B320 | 03/17/20 | JDP | Final review of revised proposed confirmation order | 0.40 | $358.00 |
| B320 | 03/18/20 | JDP | E-mails to/from G. Calhoun re: status of his review of settlement agreement, revised FOF/COL and confirmation order | 0.30 | $268.50 |
| B320 | 03/20/20 | JDP | Review comments to trust mortgages; e-mails from/to D. Suckerman re: same | 0.10 | $89.50 |
| B320 | 03/24/20 | JDP | E-mails to/from G. Calhoun re: timing on sign off on settlement agreement and revisions to FOF/COL and confirmation order | 0.10 | $89.50 |
| B320 | 03/25/20 | JDP | E-mail exchange with G. Calhoun re: timing on comments to revised confirmation and settlement docs | 0.10 | $89.50 |
| B320 | 03/27/20 | JDP | Participate in calls with C. O'Callaghan and R. Hirsch re: exit financing | 0.40 | $358.00 |
| B320 | 03/31/20 | LAC | Conference call re: SBA loans with J. Prol, C. O'Callaghan and A. Wein | 0.50 | $557.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 17.10 | $15,274.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B165 | Employment and Retention Applications - Others | 1.20 | $564.00 |
| B175 | Fee Applications and Invoices - Others | 5.20 | $1,630.00 |
| B230 | Financing/Cash Collateral | 5.90 | $4,230.50 |
| B250 | Real Estate | 7.30 | $4,347.50 |
| B310 | Claims Administration and Objections | 3.00 | $2,685.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 17.10 | $15,274.50 |
|  | **Total** | **39.70** | **$28,731.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**