**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

### SEVENTEENTH MONTHLY FEE STATEMENT OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this seventeenth monthly fee statement[1] for the period commencing March 1, 2020 through March 31, 2020 (the "**Seventeenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1]    Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Seventeenth Fee Statement, if any, are due by May 5, 2020.

Dated: April 24, 2020                          Respectfully submitted,

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**

By: /s/ John A. Fialcowitz
    John A. Fialcowitz
    89 Headquarters Plaza North, Ste. 1216
    Morristown, NJ 07960
    Telephone: (973) 532-7208

*Local Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**<u>D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET</u>**

Debtor:   <u>Duro Dyne National Corp., *et al*.</u>[1]    Applicant:   <u>The Law Office of John A.</u>
<u>Fialcowitz, LLC</u>

Case No.:   <u>18-27963 (MBK)</u>      Client:      <u>Official Committee of</u>
<u>Asbestos Claimants</u>

Chapter:   <u>11</u>          Case Filed:   <u>September 7, 2018</u>

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
<u>UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

<u>RETENTION ORDER (S) ATTACHED AS EXHIBIT B</u>

**SEVENTEENTH MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM
<u>MARCH 1, 2020 THROUGH MARCH 31, 2020</u>**

---

**SECTION 1**
**FEE SUMMARY**

---

|                                          | **FEES**     | **EXPENSES** |
|------------------------------------------|-------------|-------------|
| TOTAL PREVIOUSLY REQUESTED               | $81,250.00  | $3,725.68   |
| TOTAL ALLOWED TO DATE                    | $75,952.50  | $3,725.68   |
| TOTAL RETAINER (IF APPLICABLE)           | N/A         | N/A         |
| TOTAL RECEIVED BY APPLICANT              | $76,251.00  | $3,725.68   |
| FEE TOTALS – PAGE 2                       | $1,007.50   |             |
| DISBURSEMENT TOTALS – PAGE 3             |             | 0           |
| MINUS 20% HOLDBACK                       | $201.50     |             |
| AMOUNT SOUGHT AT THIS TIME               | $806.00     |             |

---

[1]      The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616),
Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]      Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First
Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of
Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 3.1 | $325.00 | $1,007.50 |
| TOTAL FEES | | | | $1,007.50 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 1.4 | $455.00 |
| Financing | | |
| Litigation | 1.7 | $552.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | | |
| Retention Applications – Others | | |
| Retention Applications – Self | | |

| Review Fee Application – Other Parties | | |
|---|---|---|
| SERVICE TOTALS: | 3.1 | $1,007.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | |
| Travel | |
| Other (specify): | |
| DISBURSEMENTS TOTALS: | |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257].  See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    (a)    LBR9010-b(4) states  that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period.

    (b)    Fialcowitz prepared and filed his sixteenth monthly fee statement;

    (c)    Fialcowitz assisted in the preparation, review and filing of the sixteenth monthly fee statements for other Committee professionals;

    (d)    Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: April 24, 2020                         Respectfully submitted,


                                    **THE LAW OFFICE OF JOHN A.**
                                    **FIALCOWITZ, LLC**

                              By:    /s/ John A. Fialcowitz
                                     John A. Fialcowitz
                                     89 Headquarters Plaza North, Suite 1216
                                     Morristown, NJ 07960
                                     Telephone (973) 532-7208
                                     Email: john@fialcowitzlaw.com

# EXHIBIT A

## DURO DYNE NATIONAL CORP.

**Services and Disbursements Related to Serving as Local Counsel to the
Official Committee of Asbestos Claimants
March 1, 2020 through March 31, 2020**

| Description of Services | Time | Charge |
|---|---|---|
| Draft e-mail to Cecilia at Caplin re: certification of no objection (3/6/20) | .1 | $32.50 |
| Draft and file certification of no objection – Gilbert monthly fee statement (3/8/20) | .3 | $97.50 |
| Draft and file certification of no objection – Fialcowitz monthly fee statement (3/8/20) | .3 | $97.50 |
| Review and file Caplin & Drysdale certification of no objection (3/9/20) | .2 | $65.00 |
| Telephone conference with Superior Court clerk to assist JAL of Caplin in his annual pro hac vice registration (3/13/20) | .3 | $97.50 |
| Review and file Caplin & Drysdale 16th monthly fee statement (3/25/20) | .3 | $97.50 |
| Review and file Gilbert 16th monthly fee Statement (3/25/20) | .3 | $97.50 |
| Preparation of sixteenth monthly fee statement (3/25/20) | 1.1 | $357.50 |
| Prepare and file certification of service (monthly fee statements) (3/30/20) | .2 | $65.00 |
| | | $1,007.50 |

**Total amount due this invoice**                    **$1,007.50**

# EXHIBIT B

.UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Proposed Co-Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No.  18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

DATED: November 8, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtor:    Duro Dyne National Corp., et al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
           Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of

Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and

retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the

Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the

Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied,

based on representations made in the Application that (i) Fialcowitz does not represent any person

or entity having an interest adverse to the Committee or to the asbestos-related creditors of the

Debtors' estates in connection with the matters for which the Committee proposes to employ

Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of

the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no

other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best

interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C.

§157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of

the United States District Court for the District of New Jersey dated September 18, 2012

(Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Committee is authorized to employ and retain Fialcowitz, effective as of the

Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3.      Fialcowitz shall be compensated in accordance with sections 330 and 331 of the

Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Page:      3
Debtor:    Duro Dyne National Corp., et al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
           Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services

rendered and charges and disbursements incurred.

    4.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other

request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the

contents of the Application or is otherwise waived.

    5.    The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

    6.    This Court shall retain exclusive jurisdiction to hear and decide any and all disputes

related to or arising from the implementation, interpretation and enforcement of the Order.