UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _Gilbert LLP, Special Insurance Counsel to the Official Committee of Asbestos Claimants_____
(Example: John Smith, creditor)

Old address: _____
_____
_____

New address: _____
_____
_____

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____        _____
                                                        Signature

*rev.2/1/16*