**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

### EIGHTEENTH MONTHLY FEE STATEMENT OF THE LAW OFFICE
### OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF
### APRIL 1, 2020 THROUGH APRIL 30, 2020

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official

Committee of Asbestos Claimants (the "**Committee**"), hereby submits this eighteenth monthly fee

statement[2] for the period commencing April 1, 2020 through April 30, 2020 (the "**Eighteenth Fee**

**Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for*

*Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by*

*Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation**

**Order**").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2]   Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Eighteenth Fee Statement, if any, are due by June 1, 2020.


Dated:  May 22, 2020

Respectfully submitted,

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**

By: /s/ John A. Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Ste. 1216
Morristown, NJ 07960
Telephone: (973) 532-7208

*Local Counsel to the Office Committee of
Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

Debtor:  Duro Dyne National Corp., *et al.*[1]    Applicant:  The Law Office of John A. Fialcowitz, LLC

Case No.:  18-27963 (MBK)    Client:  Official Committee of Asbestos Claimants

Chapter:  11    Case Filed:  September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT B

**EIGHTEENTH MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

## SECTION 1
## FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $82,257.00 | $3,725.68 |
| TOTAL ALLOWED TO DATE | $75,952.50 | $3,725.68 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT | $76,251.00 | $3,725.68 |
| FEE TOTALS – PAGE 2 | $2,372.50 | |
| DISBURSEMENT TOTALS – PAGE 3 | | 0 |
| MINUS 20% HOLDBACK | $474.50 | |
| AMOUNT SOUGHT AT THIS TIME | $1,898.00 | |

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 7.3 | $325.00 | $2,372.50 |
| TOTAL FEES | | | | $2,372.50 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 2.7 | $877.50 |
| Financing | | |
| Litigation | .3 | $97.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 4.3 | $1,397.50 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| SERVICE TOTALS: | 7.3 | $2,372.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | |
| Travel | |
| Other (specify): | |
| DISBURSEMENTS TOTALS: | |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257]. See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

(a)    LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period.

3

(b)    Fialcowitz prepared and filed his seventeenth monthly fee statement, as well as his fifth interim fee application;

(c)    Fialcowitz assisted in the preparation, review and filing of the seventeenth monthly fee statements for other Committee professionals, as well as their fifth interim fee applications;

(d)    Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

(A)    ADMINISTRATION EXPENSES: (unknown at this time)
(B)    SECURED CREDITORS: (unknown at this time)
(C)    PRIORITY CREDITORS: (unknown at this time)
(D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: May 22, 2020                           Respectfully submitted,

                                              **THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**

                                    By:  /s/ John A. Fialcowitz
                                         John A. Fialcowitz
                                         89 Headquarters Plaza North, Suite 1216
                                         Morristown, NJ 07960
                                         Telephone (973) 532-7208
                                         Email: john@fialcowitzlaw.com

4

# EXHIBIT A

## DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the Official Committee of Asbestos Claimants
### April 1, 2020 through April 30, 2020

| Description of Services | Time | Charge |
|---|---|---|
| Prepare and file Certification of No Objection for Gilbert's monthly fee statement (4/7/20) | .3 | $97.50 |
| Prepare and file Certificate of No Objection for Fialcowitz monthly fee statement (4/7/20) | .3 | $97.50 |
| Review and file Certificate of No Objection for Caplin monthly fee statement (4/7/20) | .2 | $65.00 |
| Draft e-mail to Cecilia at Caplin & Drysdale re: follow up on Charter Oak (4/9/20) | .1 | $32.50 |
| Review and file Charter Oak Financial Consultant's monthly fee statement (4/9/20) | .4 | $130.00 |
| Prepare and file certification of service (4/13/20) | .2 | $65.00 |
| Review e-mails re: Charter Oak monthly fee application (4/15/20) | .1 | $32.50 |
| Draft e-mail to Cecelia at Caplin re: interim fee application timing (4/17/20) | .1 | $32.50 |
| Draft e-mail to Gilbert re: interim fee application (4/20/20) | .1 | $32.50 |
| Draft e-mail to Jim W. at Caplin re: Charter Oak monthly fee statement (4/21/20) | .1 | $32.50 |
| Review and respond to Peggy H. at Gilbert re: interim fee application (4/22/20) | .1 | $32.50 |
| Review and respond to E. Grim e-mail re: update on upcoming motion (4/23/20) | .1 | $32.50 |
| Preparation of monthly fee statement (4/24/20) | .7 | $227.50 |

| Description of Services (continued) | Time | Charge |
|---|---|---|
| Review and file Charter Oak monthly fee statement (4/24/20) | .3 | $97.50 |
| Review and file Charter Oak monthly fee statement (4/24/20) | .4 | $130.00 |
| Prepare and file Charter Oak certification of no objection (4/27/20) | .2 | $65.00 |
| Prepare fifth monthly fee application (4/27/20) | 1.7 | $552.50 |
| Draft e-mail to BMC Group re: upcoming motion (4/28/20) | .1 | $32.50 |
| Review and file Gilbert fifth interim fee application (4/28/20) | .5 | $162.50 |
| Review and filing of Charter Oak fifth monthly fee application (4/28/20) | .4 | $130.00 |
| Review and filing of Caplin & Drysdale fifth monthly fee application (4/28/20) | .4 | $130.00 |
| Draft certification of service for March 2020 monthly fee statements (4/29/20) | .2 | $65.00 |
| Draft e-mail to E. Grim re: status of upcoming motion (4/29/20) | .1 | $32.50 |
| Prepare and file certification of service for interim fee applications (4/30/20) | .2 | $65.00 |
| | 7.3 | $2,372.50 |

**Total Amount Due for this Invoice**                    **$2,372.50**

2

# EXHIBIT B

.UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Proposed Co-Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No.  18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: November 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/08/18 14:28:29    Desc Main
Document    Page 2 of 13

Page:      2
Debtor:    Duro Dyne National Corp., et al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
           Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of

Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and

retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the

Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the

Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied,

based on representations made in the Application that (i) Fialcowitz does not represent any person

or entity having an interest adverse to the Committee or to the asbestos-related creditors of the

Debtors' estates in connection with the matters for which the Committee proposes to employ

Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of

the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no

other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best

interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C.

§157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of

the United States District Court for the District of New Jersey dated September 18, 2012

(Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1.     The Application is **GRANTED** as set forth herein.

2.     The Committee is authorized to employ and retain Fialcowitz, effective as of the

Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3.     Fialcowitz shall be compensated in accordance with sections 330 and 331 of the

Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Case 18-27963-MBK Doc 1164 Filed 05/22/20 Entered 05/22/20 14:38:27 Desc Main
Document Page 13 of 13

Page: 3
Debtor: Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services

rendered and charges and disbursements incurred.

4.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other

request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the

contents of the Application or is otherwise waived.

5.     The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

6.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes

related to or arising from the implementation, interpretation and enforcement of the Order.