| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM APRIL 1, 2020, THROUGH APRIL 30, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this eighteenth monthly fee statement[2] for the period commencing April 1, 2020, through April 30, 2020 (the "**Eighteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

DOC# 3316254

Pursuant to the Interim Compensation Order, responses to the Eighteenth Fee Statement, if any, are due by June 5, 2020.

Dated:  May 26, 2020                              By: */s/ James P. Wehner*
                                                          James P. Wehner, Esq. (admitted *pro hac vice*)
                                                          Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                                          One Thomas Circle, N.W., Suite 1100
                                                          Washington, DC 20005
                                                          Telephone:  (202) 862-5000
                                                          Facsimile: (202) 429-3301
                                                          jwehner@capdale.com
                                                          jliesemer@capdale.com

                                                          *Counsel to the Official Committee*
                                                          *of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**EIGHTEENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM APRIL 1, 2020, THROUGH APRIL 30, 2020**

## SECTION 1
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,740,993.75 | $32,061.99 |
| TOTAL ALLOWED TO DATE | $1,640,949.02 | $29,980.59 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $20,921.80 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,636,384.75 | $29,980.59 |
| | | |
| FEE TOTALS – PAGE 2 | $33,740.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $598.06 | |
| TOTAL FEE APPLICATION | $34,338.56 | |
| MINUS 20% HOLDBACK | $6,748.10 | |
| AMOUNT SOUGHT AT THIS TIME | $27,590.46 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 4.5 | $880 | $3,960.00 |
| James P. Wehner, Member | 1995 | 10.6 | $795 | $8,427.00 |
| Jeffrey A. Liesemer, Member | 1993 | 21.7 | $795 | $17,251.50 |
| Cecilia Guerrero, Paralegal | N/A | 7.9 | $340 | $2,686.00 |
| Brigette A. Wolverton, Paralegal | N/A | 4.8 | $295 | $1,416.00 |
| **TOTAL FEES** | | **49.5** | | **$33,740.50** |
| **ATTORNEY BLENDED RATE** | | | **$681.63** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 6.8 | $2,803.50 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 34.4 | $27,730.50 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.0 | $0.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 4.6 | $1,357.00 |
| **(.18) Fee Applications-Others** | 3.7 | $1,849.50 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **49.5** | **$33,740.50** |

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $0.00 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $594.90 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $3.16 |
| **DISBURSEMENTS TOTAL:** | **$598.06** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)  Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including potential revisions of Plan documents;

    b)  Caplin & Drysdale evaluated potential resolutions of Plan objections.

    c)  Caplin & Drysdale prepared and filed fee applications;

    d)  Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

    e)  Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

    f)    Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  May 26, 2020                                     /s/ James P. Wehner
                                                                         Signature

# EXHIBIT A



**Caplin & Drysdale**
ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000         Federal Tax I.D. No.: 52-1226629         Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

|  |  |
|---|---|
| Invoice #: | 327294 |
| Page: | 1 |

RE: Duro Dyne Bankruptcy

For Professional Services Rendered Through April 30, 2020

| | |
|---|---|
| Total Services | $33,740.50 |
| Total Disbursements | $598.06 |
| Total Current Charges | $34,338.56 |

**Remittance Advice**

Payment is due upon receipt. If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

May 26, 2020
Invoice #:   327294
Page:             1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through April 30, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .07 | **Fee Applications-Self** | | | | |
| 4/15/2020 | CG | Communications w/ local counsel re interim fee application. | 0.1 | $340.00 | $34.00 |
| 4/16/2020 | JPW | Emails re fee issues. | 0.2 | $795.00 | $159.00 |
| 4/16/2020 | CG | Review and revise monthly fee application. | 0.2 | $340.00 | $68.00 |
| 4/17/2020 | JPW | Review monthly (0.3); review draft interim (0.3). | 0.6 | $795.00 | $477.00 |
| 4/17/2020 | CG | Review and revise monthly fee application (.6); draft and revise interim fee application (.8); communications w/ JPW re same (.2). | 1.6 | $340.00 | $544.00 |
| 4/21/2020 | CG | Communications w/ JPW, local counsel re interim fee application. | 0.2 | $340.00 | $68.00 |
| 4/24/2020 | CG | Review, revise, and finalize monthly fee application (.8); communications w/ JPW, local counsel re same (.2). | 1.0 | $340.00 | $340.00 |
| 4/27/2020 | BAW | Review and prepare materials re monthly fee application. | 0.1 | $295.00 | $29.50 |
| 4/27/2020 | CG | Draft and finalize CNO re monthly fee application (.2); communication w/ local counsel re same (.1); review, revise, and finalize interim fee application and exhibits (1.2). | 1.5 | $340.00 | $510.00 |
| 4/28/2020 | JPW | Review interim fee application. | 0.3 | $795.00 | $238.50 |
| 4/29/2020 | BAW | Prepare materials re recent interim fee application. | 0.1 | $295.00 | $29.50 |
| | | **Total** | **5.90** | | **$2,497.50** |
| .11 | **Plan & Disclosure Statement** | | | | |

May 26, 2020
Invoice #:     327294

Page:     2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 4/1/2020 | ACM | Review North River's proposed changes to Settlement Agreement (.8); exchange e-mails re same (.1) review other insurance settlement agreements (.7). | 1.6 | $880.00 | $1,408.00 |
| 4/1/2020 | JPW | Emails re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 4/2/2020 | ACM | Review North River Settlement Agreement issues (.5); teleconference with JPW and JAL re same (.3); exchange e-mails re same (.1). | 0.9 | $880.00 | $792.00 |
| 4/2/2020 | JAL | Review of materials in prep for call re North River markup of draft settlement agreement (0.6); teleconference with ACM and JPW re same (0.3); drafted and revised email re same (0.4). | 1.3 | $795.00 | $1,033.50 |
| 4/2/2020 | JPW | Teleconference ACM and JAL re confirmation issues (0.3); emails re confirmation issues (0.8); review draft agreement (1.0). | 2.1 | $795.00 | $1,669.50 |
| 4/3/2020 | ACM | Exchange e-mails re Trustee review of documents (.1); review files re same (.2). | 0.3 | $880.00 | $264.00 |
| 4/3/2020 | JAL | Review and analysis of Debtors' markup of draft mortgages and emails re same. | 0.9 | $795.00 | $715.50 |
| 4/6/2020 | ACM | Teleconference with JAL, K. Quinn and E. Grim re North River Settlement Agreement (.3); review same (.1). | 0.4 | $880.00 | $352.00 |
| 4/6/2020 | JAL | Correspondence re revised mortgages (0.3); review of materials in prep for conference call re potential insurance settlement (0.9); telephone call with ACM, K. Quinn, and E. Grim re same (0.3); markup of draft insurance settlement agreement (1.5). | 3.0 | $795.00 | $2,385.00 |
| 4/6/2020 | JPW | Emails re settlement issues. | 0.5 | $795.00 | $397.50 |
| 4/8/2020 | ACM | Review revised North River Settlement Agreement (.4); exchange e-mails re same (.1). | 0.5 | $880.00 | $440.00 |
| 4/8/2020 | JAL | Review and analysis of revised draft of insurance settlement agreement (0.6); correspondence re related materials (0.1). | 0.7 | $795.00 | $556.50 |
| 4/9/2020 | JAL | Review and analysis of materials re environmental disclosures. | 1.5 | $795.00 | $1,192.50 |
| 4/9/2020 | JPW | Emails re confirmation documentation. | 0.4 | $795.00 | $318.00 |
| 4/10/2020 | JPW | Emails re confirmation issues. | 0.5 | $795.00 | $397.50 |
| 4/18/2020 | ACM | Review proposed changes to North River Settlement Agreement (.2); research re MSP and MMSEA (.5); exchange e-mails re Settlement Agreement (.1). | 0.8 | $880.00 | $704.00 |
| 4/20/2020 | JAL | Review and comments on revised insurance settlement agreement and proposed findings and conclusions. | 1.7 | $795.00 | $1,351.50 |

May 26, 2020
Invoice #:  327294

Page:  3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 4/20/2020 | JPW | Emails re confirmation and settlement issues (0.8); review settlement documentation (0.9). | 1.7 | $795.00 | $1,351.50 |
| 4/23/2020 | JPW | Emails re settlement issues. | 0.4 | $795.00 | $318.00 |
| 4/24/2020 | JAL | Review and comments on draft motion re insurance settlement (1.5); editing and revisions re same (4.3); editing and revisions to draft motion to seal (2.3). | 8.1 | $795.00 | $6,439.50 |
| 4/24/2020 | JPW | Emails re settlement filings. | 0.4 | $795.00 | $318.00 |
| 4/27/2020 | JAL | Further revisions and editing of drafts of NR settlement and related motions. | 4.5 | $795.00 | $3,577.50 |
| 4/27/2020 | JPW | Emails re settlement confirmation documents (0.4); review settlement and confirmation revision (0.9). | 1.3 | $795.00 | $1,033.50 |
| 4/28/2020 | JPW | Emails re confirmation issues. | 0.6 | $795.00 | $477.00 |
| | | Total | 34.40 | | $27,730.50 |
| .17 | **Docket Review & File Maintenance** | | | | |
| 4/1/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/3/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/6/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/7/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/8/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/9/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/13/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/14/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/14/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/16/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/16/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/17/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/20/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/21/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 4/23/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/24/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/28/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/29/2020 | BAW | Prepare materials re recent filings (,3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 4/30/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| | | **Total** | **4.60** | | **$1,357.00** |
| .18 | **Fee Applications-Others** | | | | |
| 4/10/2020 | JPW | Review CO bill. | 0.3 | $795.00 | $238.50 |
| 4/10/2020 | CG | Review and revise Charter Oak monthly (.3); emails to Crick and JPW re same (.1); communications w/ local counsel re same (.1). | 0.5 | $340.00 | $170.00 |
| 4/15/2020 | JPW | Emails re CO fee applications. | 0.4 | $795.00 | $318.00 |
| 4/15/2020 | CG | Review communications re Charter Oak monthly. | 0.2 | $340.00 | $68.00 |
| 4/16/2020 | CG | Review and revise COFC monthly. | 0.1 | $340.00 | $34.00 |
| 4/20/2020 | CG | Review and revise COFC monthly (.3); communications w/ JPW re same (.1); communications w/ COFC re same (.2). | 0.6 | $340.00 | $204.00 |
| 4/21/2020 | JPW | Emails re fee apps. | 0.3 | $795.00 | $238.50 |
| 4/23/2020 | JPW | Emails re CO monthly. | 0.3 | $795.00 | $238.50 |
| 4/23/2020 | CG | Review communications re UST inquiry re COFC monthly. | 0.1 | $340.00 | $34.00 |
| 4/24/2020 | CG | Review, revise, and finalize COFC monthly fee app (.3); communications w/ JPW, local counsel re same (.2). | 0.5 | $340.00 | $170.00 |
| 4/27/2020 | CG | Review, revise, and finalize COFC interim fee application. | 0.4 | $340.00 | $136.00 |
| | | **Total** | **3.70** | | **$1,849.50** |
| | | Total Professional Services | 49.5 | | $33,740.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 21.7 | $795.00 | $17,251.50 |
| ACM | Ann C. McMillan | Member | 4.5 | $880.00 | $3,960.00 |
| JPW | James P. Wehner | Member | 10.6 | $795.00 | $8,427.00 |
| CG | Cecilia Guerrero | Paralegal | 7.9 | $340.00 | $2,686.00 |

May 26, 2020
Invoice #: 327294

Page: 5

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BAW | Brigette A. Wolverton | Paralegal | 4.8 | $295.00 | $1,416.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04/01/2020 | eDiscovery Exp - EPIQ Feb. 2020 [.17] | $1.58 |
| 04/15/2020 | Pacer Charges - BAW 1/1-3/31/2020 [.18] | $163.00 |
| 04/15/2020 | Pacer Charges - CG 1/1-3/31/2020 [.18] | $428.00 |
| 04/15/2020 | Pacer Charges - JAL 1/1-3/31/2020 [.18] | $3.90 |
| 04/24/2020 | eDiscovery Exp - EPIQ Mar. 2020 [.17] | $1.58 |
| | Total Disbursements | $598.06 |

| | |
|---|---|
| Total Services | $33,740.50 |
| Total Disbursements | $598.06 |
| Total Current Charges | $34,338.56 |

# EXHIBIT B

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
| John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com  *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al*., | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page: 3
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.