THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

Local Counsel for the Official Committee of Asbestos Claimants

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>DURO DYNE NATIONAL CORP., et al. [1]<br>Debtors. | Chapter 11<br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING SEVENTEENTH MONTHLY
FEE STATEMENT OF CHARTER OAK FINANCIAL CONSULTANTS, LLC
FOR THE PERIOD FROM APRIL 1, 2020, THROUGH APRIL 30, 2020
[DOCKET NO. 1162]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Seventeenth Monthly Fee Statement of Charter Oak Financial Consultants, LLC, financial consultants to the Official Committee of the Asbestos Claimants (the "Committee"), for the period of April 1, 2020 through April 30, 2020 [Docket No. 1162] (the "Application"), filed on May 22, 2020, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than June 1, 2020.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay Charter Oak Financial Consultants, LLC 80% ($8,684.00) of requested fees ($10,855.00) and 100% of requested expenses ($0), for the total of $8,684.00 on an interim basis without further order of the Court.

Dated: June 5, 2020

By: /s/ John Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
Telephone: 973-532-7208
John@fialcowitzlaw.com

Local Counsel to the Official Committee of Asbestos Claimants