| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>john@fialcowitzlaw.com<br><br>*Local Counsel for the Official Committee of Asbestos Claimants* | Order Filed on June 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,<br><br>Debtors.[1] | Case No. 18-27963-MBK<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER APPROVING FIFTH INTERIM FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR <u>ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 4, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al*
Case No.: 18-27963 (MBK)
Caption: Order Approving Fifth Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses

Upon the *Fifth Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved and granted as provided herein.

2. Charter Oak Financial Consultants, LLC, is hereby allowed a Fifth interim allowance of compensation for services rendered as the financial advisor to the Official Committee of Asbestos Claimants in the sum of $42,011.00 and reimbursement of costs incurred in the sum of $0.00 for the period of December 1, 2019, through and including March 31, 2020.

3. The Debtors are authorized and directed to make this payment of the outstanding amount of such sums to Charter Oak Financial Consultants, LLC.

4. This Court shall retain jurisdiction over any and all matters arising or related to the interpretation and/or implementation of this Order.

---

[2]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-27963-MBK
Duro Dyne National Corp.                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jun 04, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db             +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
               efile@pbgc.gov
              Christina Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel Keller    on behalf of Interested Party Daniel  Keller dkeller@kfjlegal.com
              Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
              Edwin J Harron    on behalf of Other Prof. Lawrence  Fitzpatrick , dlaskin@ycst.com
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.   Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 04, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey D. Prol    on behalf of Attorney Cort T.  Malone jprol@lowenstein.com,
         jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
        Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
         jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
         jeffrey.m.sponder@usdoj.gov
        John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
         john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
         john@fialcowitzlaw.com
        John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
         john@fialcowitzlaw.com
        Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
         jacobson.jordan@pbgc.gov,   efile@pbgc.gov
        Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
         quinnk@gotofirm.com
        Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
         knorgaard@norgaardfirm.com,
         sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
         mlichtenstein@crowell.com,   mplevin@crowell.com;tyoon@crowell.com
        Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
         lrestivo@mccarter.com
        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
         International Association, AFL-CIO srever@wjslaw.com,
         srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
        Sean M. Beach    on behalf of Other Prof. Lawrence  Fitzpatrick bankfilings@ycst.com
        Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
         slross@duanemorris.com,   AutoDocketWILM@duanemorris.com
        Stephen  Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
         stephen.forte@offitkurman.com,
         bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        Stephen  Forte    on behalf of Interested Party    The North River Insurance Company
         stephen.forte@offitkurman.com,
         bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
         American Re-Insurance Company wmcgrath@dilworthlaw.com

                                                                                                                                                                                                                 TOTAL: 42