| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Hinden, Wendy Lynne<br>350 Bradford Street<br>Unit 3<br>Provincetown, MA 02657<br>(Individual) | FILED<br>JEANNE A. NAUGHTON, CLERK<br>JUN 18 2020<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |
| In Re:<br>Duro Dyne National Corp., et al. | Case No.: 18-27963 (MBK)<br>Chapter: 11<br>Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Wendy Hinden
(Example: John Smith, creditor)

Old address:   Wendy Hinden
100 Alden St., Unit 326
Provincetown, MA 02657

New address:   Wendy Hinden
350 Bradford St., Unit 3
Provincetown, MA 02657

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/15/20          _Wendy Hinden_
                        Signature

rev.2/1/16