UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Hinden, Randall S
1255 Woodcliff Dr.
Mattituck, NY 11952-2933
(Individual)

*FILED*
*JEANNE A. NAUGHTON, CLERK*
*JUL - 6 2020*
*U.S. BANKRUPTCY COURT*
*TRENTON, NJ*
*BY _____ DEPUTY*

In Re:
Duro Dyne National Corp., et al.

Case No.: 18-27963 (MBK)
Chapter: 11
Judge: Michael B. Kaplan

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Randall Hinden
(Example: John Smith, creditor)

Old address: Randall Hinden
2883 Bay Drive
Merrick, NY 11566-4602

New address: Randall Hinden
1255 Woodcliff Drive
Mattituck, NY 11952-2933

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 7/1/2020                Signature: _____

*rev.2/1/16*