| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963-MBK<br><br>(Jointly Administered) |

**TWENTIETH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM JUNE 1, 2020, THROUGH JUNE 30, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this twentieth monthly fee statement[2] for the period commencing June 1, 2020, through June 30, 2020 (the "**Twentieth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Twentieth Fee Statement, if any, are due by August 3, 2020.

Dated:  July 24, 2020               By: */s/ James P. Wehner*
                                                                                                     James P. Wehner, Esq. (admitted *pro hac vice*)
                                                                                                     Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                                                                                     One Thomas Circle, N.W., Suite 1100
                                                                                                     Washington, DC 20005
                                                                                                     Telephone:  (202) 862-5000
                                                                                                     Facsimile: (202) 429-3301
                                                                                                     jwehner@capdale.com
                                                                                                     jliesemer@capdale.com

                                                                                                   *Counsel to the Official Committee*
                                                                                                   *of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**TWENTIETH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM JUNE 1, 2020, THROUGH JUNE 30, 2020**

## SECTION 1
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,794,547.25 | $32,661.63 |
| TOTAL ALLOWED TO DATE | $1,740,993.75 | $32,061.98 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $10,710.70 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,740,993.75 | $32,061.98 |
| | | |
| FEE TOTALS – PAGE 2 | $7,831.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $0.00 | |
| TOTAL FEE APPLICATION | $7,831.00 | |
| MINUS 20% HOLDBACK | $1,566.20 | |
| AMOUNT SOUGHT AT THIS TIME | $6,264.80 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| James P. Wehner, Member | 1995 | 1.8 | $795 | $1,431.00 |
| Jeffrey A. Liesemer, Member | 1993 | 5.5 | $795 | $4,372.50 |
| Cecilia Guerrero, Paralegal | N/A | 3.1 | $340 | $1,054.00 |
| Brigette A. Wolverton, Paralegal | N/A | 3.3 | $295 | $973.50 |
| TOTAL FEES | | 13.7 | | $7,831.00 |
| ATTORNEY BLENDED RATE | | | $571.61 | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| (.01) Asset Analysis and Recovery | 0.0 | $0.00 |
| (.03) Business Operations | 0.0 | $0.00 |
| (.04) Case Administration | 0.3 | $97.50 |
| (.05) Claims Administration and Objections | 0.0 | $0.00 |
| (.07) Fee Applications-Self | 3.2 | $1,315.50 |
| (.09) Financing | 0.0 | $0.00 |
| (.10) Litigation | 0.0 | $0.00 |
| (.11) Plan and Disclosure Statement | 7.0 | $5,474.00 |
| (.12) Relief from Stay Proceedings | 0.0 | $0.00 |
| (.13) Tax Issues | 0.0 | $0.00 |
| (.15) Committee Meetings/Conferences | 0.0 | $0.00 |
| (.16) Travel Time | 0.0 | $0.00 |
| (.17) Docket Review & File Maintenance | 3.2 | $944.00 |
| (.18) Fee Applications-Others | 0.0 | $0.00 |
| (.19) Retention Applications-Others | 0.0 | $0.00 |
| (.20) Retention Applications-Self | 0.0 | $0.00 |
| (.22) Review Fee Application-Other Parties | 0.0 | $0.00 |
| SERVICE TOTALS: | 13.7 | $7,831.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $0.00 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify):** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including revisions of Plan documents;

   b) Caplin & Drysdale implemented resolutions of Plan objections;

   c) Caplin & Drysdale prepared and filed fee applications;

   d) Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

   e) Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  July 24, 2020    /s/ James P. Wehner
                                                    Signature

# EXHIBIT A



# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000         Federal Tax I.D. No.: 52-1226629         Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

| | |
|---|---|
| Invoice #: | 328527 |
| Page: | 1 |

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through June 30, 2020

| | |
|---|---:|
| Total Services | $7,831.00 |
| Total Current Charges | $7,831.00 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000         Federal Tax I.D. No.: 52-1226629         Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

July 24, 2020
Invoice #: 328527
Page: 1

RE: Duro Dyne Bankruptcy

For Professional Services Rendered Through June 30, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .04 | **Case Administration & Calendar Control** | | | | |
| 6/2/2020 | CG | Review communications re upcoming hearing and update docketing calendar re same. | 0.2 | $340.00 | $68.00 |
| 6/26/2020 | BAW | Review docket and update materials re same. | 0.1 | $295.00 | $29.50 |
| | | Total | 0.30 | | $97.50 |
| .07 | **Fee Applications-Self** | | | | |
| 6/3/2020 | CG | Exchange emails re fee issues. | 0.3 | $340.00 | $102.00 |
| 6/4/2020 | CG | Review recent filings and update fee-related materials. | 0.3 | $340.00 | $102.00 |
| 6/9/2020 | CG | Draft and finalize CNO (.2); communication w/ local counsel re same (.1). | 0.3 | $340.00 | $102.00 |
| 6/24/2020 | CG | Draft, review, and revise monthly fee application. | 1.3 | $340.00 | $442.00 |
| 6/25/2020 | JPW | Review monthly. | 0.3 | $795.00 | $238.50 |
| 6/25/2020 | CG | Review and revise monthly. | 0.3 | $340.00 | $102.00 |
| 6/26/2020 | JPW | Review revised monthly. | 0.2 | $795.00 | $159.00 |
| 6/26/2020 | CG | Finalize monthly and exchange emails w/ local counsel re same. | 0.2 | $340.00 | $68.00 |
| | | Total | 3.20 | | $1,315.50 |
| .11 | **Plan & Disclosure Statement** | | | | |
| 6/1/2020 | JPW | Emails re hearing (0.5); teleconference CG re hearing (.2). | 0.7 | $795.00 | $556.50 |
| 6/1/2020 | CG | Teleconference w/ JPW re upcoming hearing. | 0.2 | $340.00 | $68.00 |
| 6/2/2020 | JAL | Correspondence with J. Prol re insurance settlement hearing and next steps. | 0.3 | $795.00 | $238.50 |

July 24, 2020
Invoice #: 328527

Page: 2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/2/2020 | JPW | Emails re confirmation issues. | 0.6 | $795.00 | $477.00 |
| 6/10/2020 | JAL | Review and analyze Debtor's counsel's update to plan documents. | 0.9 | $795.00 | $715.50 |
| 6/11/2020 | JAL | Review and update plan documents. | 1.5 | $795.00 | $1,192.50 |
| 6/22/2020 | JAL | Review and analyze correspondence from BoA counsel re closing documents. | 1.1 | $795.00 | $874.50 |
| 6/23/2020 | JAL | Review and analyze draft closing documents. | 1.0 | $795.00 | $795.00 |
| 6/29/2020 | JAL | Review materials re prep for call with C. Grear (0.2); teleconference w/ C. Grear re closing documents and next steps (0.3). | 0.5 | $795.00 | $397.50 |
| 6/29/2020 | JAL | Draft and revise email re next steps re BoA docs. | 0.2 | $795.00 | $159.00 |
| | | Total | 7.00 | | $5,474.00 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 6/3/2020 | BAW | Prepare materials re recent filings (.2); draft and email summary re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/8/2020 | BAW | Prepare and update materials re recent filings (.3); prepare summary re same (.1). | 0.4 | $295.00 | $118.00 |
| 6/9/2020 | BAW | Prepare materials re recent filings. | 0.2 | $295.00 | $59.00 |
| 6/9/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/15/2020 | BAW | Prepare materials re recent filings (.1); prepare summary re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/18/2020 | BAW | Prepare materials re recent filings (.1); prepare summary re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/22/2020 | BAW | Prepare materials re recent filings (.2); draft and email summary re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/23/2020 | BAW | Review docket re recent filings (.1); prepare email summary re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/24/2020 | BAW | Prepare materials re recent filings (.1); prepare summary re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/25/2020 | BAW | Review docket re recent filings (.1); prepare email summary re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/26/2020 | BAW | Review docket re recent filings (.1); prepare email summary re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/29/2020 | BAW | Prepare materials re recent filings (.2); draft and email summary re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/30/2020 | BAW | Prepare materials re recent filings (.2); draft and email summary re same (.1). | 0.3 | $295.00 | $88.50 |
| | | Total | 3.20 | | $944.00 |
| | | Total Professional Services | 13.7 | | $7,831.00 |

Case 18-27963-MBK    Doc 1227    Filed 07/24/20    Entered 07/24/20 17:41:56    Desc Main
Document      Page 11 of 16

July 24, 2020
Invoice #: 328527

Page: 3

**PERSON RECAP**

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 5.5 | $795.00 | $4,372.50 |
| JPW | James P. Wehner | Member | 1.8 | $795.00 | $1,431.00 |
| CG | Cecilia Guerrero | Paralegal | 3.1 | $340.00 | $1,054.00 |
| BAW | Brigette A. Wolverton | Paralegal | 3.3 | $295.00 | $973.50 |

Total Services $7,831.00
Total Current Charges $7,831.00

July 24, 2020
Invoice #:  328527

Page:  4

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .04 | 0.30 | $97.50 |
| .07 | 3.20 | $1,315.50 |
| .11 | 7.00 | $5,474.00 |
| .17 | 3.20 | $944.00 |
| .18 | | |
| | 13.70 | $7,831.00 |

### Disbursements

| Category | Amount |
|---|---:|
| .17 | |
| | $0.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| CG | Cecilia Guerrero | .04 | 0.20 | $340.00 | $68.00 |
| BAW | Brigette A. Wolverton | .04 | 0.10 | $295.00 | $29.50 |
| JPW | James P. Wehner | .07 | 0.50 | $795.00 | $397.50 |
| CG | Cecilia Guerrero | .07 | 2.70 | $340.00 | $918.00 |
| JAL | Jeffrey A. Liesemer | .11 | 5.50 | $795.00 | $4,372.50 |
| JPW | James P. Wehner | .11 | 1.30 | $795.00 | $1,033.50 |
| CG | Cecilia Guerrero | .11 | 0.20 | $340.00 | $68.00 |
| BAW | Brigette A. Wolverton | .17 | 3.20 | $295.00 | $944.00 |
| | | | 13.70 | | $7,831.00 |

# EXHIBIT B

|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com  *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | : | Chapter 11 |
|---|---|---|
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

---

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved.  Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:        3
Debtor:      Duro Dyne National Corp., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.