Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  18−27963−MBK
          Chapter:  11
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     10/8/20
Time:     10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Young Conaway Stargatt & Taylor, LLP, Counsel to the Future Claimants' Representative

COMMISSION OR FEES
FEES $26,860.00

EXPENSES
$163.67

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 26, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-27963-MBK
Duro Dyne National Corp.                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Aug 26, 2020
                              Form ID: 137             Total Noticed: 168

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db              +Duro Dyne National Corp.,    100 Horizon Center Boulevard,    Hamilton, NJ 08691-1910
aty             +Abigail W Williams,    Shipman & Goodwin LLP,    400 Park Avenue, Fifth Floor,
                  New York, NY 10022-9439
aty             +Caplin & Drysdale, Chartered,    One Thomas Circle NW,,    Washington DC 20005-5894
aty             +Cort T. Malone,    Anderson Kill P.C.,    1251 Avenue of the Americas,    New York, NY 10020-1182
aty             +Emily P Grim,    Gilbert LLP,    1100 New York Avenue, NW,    7th Floor,
                  Washington, DC 20005-6176
aty             +George R Calhoun,    Ifrah PLLC,    1717 Pennsylvania Ave., NW,    Washington, DC 20006-4614
aty              Jeff D. Kahane,    Duane Morris LLP,    865 South Figueroa Street, Suite 3100,
                  Los Angeles, CA 90017-5450
aty             +Jeffrey A. Liesemer,    One Thomas Circle, N.W.,    Washington, DC 20005-5802
aty             +John T Dorsey,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
                  1000 North King Street,    Wilmington, DE 19801-3335
aty             +Joshua D weinberg,    Shipman & Goodwin LLP,    400 Park Avenue, Fifth Floor,
                  New York, NY 10022-9439
aty             +Kevin C. Maclay,    1 Thomas Circle N.W.,    Washington, DC 20005-5812
aty             +Sara Beth A.R. Kohut,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
                  1000 North King Street,    Wilmington, DE 19801-3335
aty             +Sarah Grossman-Swenson,    MaCrackern, Stemerman & Holsberry, LLP,    595 Market Street,
                  Suite 800,    San Francisco, CA 94105-2813
aty             +The Law Office of John A. Fialcowitz, LLC,    89 Headquarters Plaza Nortth,
                  Morristown, NJ 07960-6834
cr              +4 Site, LLC,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                  Livingston, NJ 07039-1711
op              +Charter Oak Financial Consultants, LLC,    430 Center Ave.,    Mamaroneck, NY 10543-2254
cr              +Commonwealth of Pennsylvania Department of Labor a,    Deb Secrest,    651 Boas Street, Room 702,
                  Harrisburg, PA 17121-0751
intp            +Daniel Keller,    Fishback & Jackson,    28720 Canwood Street,    Suite 200,
                  Agoura Hills, CA  91301,    US 91301-3465
intp            +Duro Dyne Corporation,    c/o Jeffrey D. Prol, Esq.,    One Lowenstein Drive,
                  Roseland, NJ 07068-1740
intp            +Duro Dyne Machinery,    c/o Jeffrey D. Prol, Esq.,    One Lowenstein Drive,
                  Roseland, NJ 07068-1740
intp            +Duro Dyne Midwest,    c/o Jeffrey D. Prol, Esq.,    Lowenstein Sandler LLP,
                  One Lowenstein Drive,    Roseland, NJ 07068-1791
intp            +Duro Dyne West,    c/o Jeffrey D. Prol, Esq.,    Lowenstein Sandler LLP,    One Lowenstein Drive,
                  Roseland, NJ 07068-1791
op              +Getzler Henrich & Associates, LLC,    Attn: Mark D. Podgainy,    295 Madison Avenue,    20th Floor,
                  New York, NY 10017-6358
sp              +Gilbert LLP,    700 Pennsylvania Avenue, SE,    Suite 400,    Washington, DC 20003-2659
intp            +Hartford Accident and Indemnity Company,    Shipman & Goodwin,    400 Park Avenue,    5th Floor,
                  New York, NY 10022-4406
cr              +Jerry Lee Snyder,    Brayton Purcell, LLP,    222 Rush Landing Road,    Novato, CA 94945-2469
intp            +MidStates Reinsurance Corporation,    10560 Success Ln #A,    Dayton, OH 45458-3697
intp            +Munich Reinsurance America, Inc. f/k/a American Re,    555 College Road East,
                  Princeton, NJ  08543,    UNITED STATES 08540-6616
crcm            +Official Committee of Asbestos Claimants,    Caplin & Drysdale, Chartered,
                  One Thomas Circle, N.W.,    Washington, DC 20005-5894
lm              +Shellpoint Mortgage Servicing,    55 Beattie Pl. Suite 500,    MS-501,
                  Greenville, SC 29601-5116
intp            +The North River Insurance Company,    Kennedys CMK LLP,    570 Lexington Avenue,    8th Floor,
                  New York, NY 10022-6737
517746252        105 E. Sinking Springs Lane,    P.O. Box 435,    Emigsville, PA  17318-0435
517746184       +4 Site, LLC,    81 Spence Street,    Bay Shore, NY 11706-2206
517770720       +A&R Supply,    2650 NW 89th Court,    Doral, FL 33172-1615
517770725       +ARC Excess & Surplus, LLC,    113 S. Service Road,    PO Box 9012,    Jericho, NY 11753-8912
517770722       +Aetna Life Insurance Company,    151 Farmington Avenue,    Hartford, CT 06156-0002
517770723       +Affiliated Distributors,    500 East Swedesford Road,    Suite 200,    Wayne, PA 19087-1614
517746185       +Air-Tro, Inc.,    1630 Myrtle Avenue,    Monrovia, CA 91016-4634
517770724       +Allyhealth,    1535 Chestnut Street,    Suite 100,    Philadelphia, PA 19102-2569
517746246       +American Elite Molding, LLC,    5680 John Givens Road,    Crestview, FL 32539-7018
517746237       +American Express,    200 Vesey Street,    New York, NY 10285-0002
517770726       +Avaya Financial Services,    PO Box 550599,    Jacksonville, FL 32255-0599
517756381       +BLACK & DECKER (US) INC.,    701 E. JOPPA RD MY 005,    TOWSON, MD 21286-5502
517770731       +BNP Media,    2401 W. Big Beaver Road,    Suite 700,    Troy, MI 48084-3333
517746186       +Bay Alarm Company,    740 S. Rochester Avenue,    Suite D,    Ontario, CA 91761-8179
517770727       +Bay Insulation,    PO BOX 9229,    Green Bay, WI 54308-9229
517770728        Blackman,    PO Box 9400,    Uniondale, NY 11555-9400
517770729       +Blue Hawk HVAC/R Dist. Coop.,    835 W. Warner Road,    Attn: Char Fetty, Suite 101-622,
                  Gilbert, AZ 85233-7269
517770730       +BlueHawk Cooporative,    835 W. Warner Road,    Attn: Char Fetty, Suite 101-622,
                  Gilbert, AZ 85233-7269
517770733       +CARR/XEROX,    130 Spagnoli Road,    Melville, NY 11747-3502
517827591       +CIT Communications Finance Corporation,    c/o Bankruptcy Processing Solutions, Inc,
                  PO Box 593007,    San Antonio, TX 78259-0200
```

```
District/off: 0312-3                   User: admin                    Page 2 of 5                      Date Rcvd: Aug 26, 2020
                                       Form ID: 137                   Total Noticed: 168


517827654        +CIT Finance, LLC,    c/o Bankruptcy Processing Solutions, Inc,    PO Box 593007,
                  San Antonio, TX 78259-0200
517746241       #+Cambridge Resources,    960 Alabama Avenue,    Brooklyn, NY 11207-8327
517770732        +Caplin & Drysdale,    600 Lexington Avenue,    21st Floor,    New York, NY 10022-7619
517746240         Century Mechanical Systems,    P.O. Box 60270,    Al Quoz Industrial Area-4,    DUBAI,
                  United Arab Emirates
517770734        +Charter Oak Financial,    430 Center Avenue,    Mamaroneck, NY 10543-2254
517746188         Cintas Corp.,    75A Bloomingdale Road,    Hicksville, NY 11801-6536
517746187         Cintas Corp.,    PO Box 29059,   Phoenix, AZ 85038-9059
517770735         Cleats Mfg,    701 S. Kostner Avenue,    Chicago, IL 60623
517770736        +Coface North America Insurance Company,    99 Park Avenue,    #1110,    New York, NY 10016-1354
517770737        +Cool Insuring Agency, Inc.,    PO Box 2153,    Glens Falls, NY 12801-2153
517746189       #+DJJ Technologies,    3116 Expressway South,    Islandia, NY 11749-5013
517770738        +David Brett Krupnick,    880 Deep Hole Drive,    Mattituck, NY 11952-2699
517770739        +DeFour, Shauna,    225 Lake Avenue,    Deer Park, NY 11729-4136
517956078         Dell Financial Services L.L.C.,    c/o Streusand Landon Ozburn & Lemmon,
                  1801 S. MoPac Expressway, Suite 320,    Austin, Texas 78746
517746245        +Die Matic Products, LLC,    130 Express St.,    Plainview, NY 11803-2477
517746190        +Duro Dyne Corporation,    81 Spence Street,    Bay Shore, NY 11706-2206
517746191        +Duro Dyne Machinery Corp.,    81 Spence Street,    Bay Shore, NY 11706-2206
517746192        +Duro Dyne Midwest Corp.,    81 Spence Street,    Bay Shore, NY 11706-2206
517746193        +Duro Dyne National Corporation,    81 Spence Street,    Bay Shore, NY 11706-2206
517770745        +Duro Dyne Pension Fund,    c/o Duro Dyne Corporation,    81 Spence Street,
                  Bay Shore, NY 11706-2206
517770746        +Duro Dyne West Corp.,    81 Spence Street,    Bay Shore, NY 11706-2206
517746250        +Dynamic Metals Inc.,    1713 South Second St.,    Piscataway, NJ 08854-1741
517770748        +EB Employee Solutions, LLC,    245 Main Street,    Suite 605,    White Plains, NY 10601-2425
517770747        +East Coast Metal,    1313 South Briggs Avenue,    Attn: Teresa Wilkins,    Durham, NC 27703-5049
517770749        +Econium Data International,    5755 Granger Road,    Suite 345,    Independence, OH 44131-1455
517770750        +Ed's Supply Company Inc,    711 6th Avenue South,    Nashville, TN 37203-4615
517770751         First Allmerica Financial Service Center,    PO Box 758552,    Topeka, KS 66675-8552
517770754        +Getzler Henrich & Associates LLC,    290 Madison Avenue,    20th Floor,    New York, NY 10017-6308
517770755        +Gilbert LLP,    700 Pennsylvania Ave., S.E.,    Suite 400,    Washington, DC 20003-2659
517770756        +HARDI,    445 Hutchinson Avenue,    Suite 550,    Columbus, OH 43235-8618
517746194        +HRM Facilities Services, Inc.,    PO Box 78373,    Corona, CA 92877-0145
517770757        +Hartford Fire Insurance Company, Inc.,    One Hartford Plaza,    Hartford, CT 06155-0001
517770759        +Hinden Grandchildren Trust,    10 Venetian Way,    Apt. #1202,    Miami Beach, FL 33139-8833
517770760        +Hinden, Irene L,    10 Venetian Way,    Apt. 202,    Miami Beach, FL 33139-8831
517770761         Hinden, Randall S,    1255 Woodcliff Drive,    Mattituck, NY 11952-2933
517770763        +Homans Associates,    1401 Erie Boulevard,    Suite 2,    Syracuse, NY 13210-1202
517746195        +ICON Logistics, Inc.,    One Bush Street, Suite 1100,    San Francisco, CA 94104-4417
517770764        +Iannazzo, James W,    30 W Zoraine Drive,    Farmingdale, NY 11735-2818
517872242        +Int'l Assoc. of Sheet Metal, Air, Rail and Transpo,    c/o Wasserman, Jurista & Stolz, PC,
                  Attn: Scott S. Rever, Esq.,    110 Allen Road, Suite 304,
                  Basking Ridge, New Jersey 07920-4500
517770765        +International Exposition Co.,    15 Franklin Street,    Westport, CT 06880-5967
517770766        +Irene Hinden,    10 Venetian Way,    Apt. 1202,    Miami Beach, FL 33139-8833
517746242        +JM Burns Steel Supply,    515 Wyoming Ave,    Cincinnati, OH 45215-4400
517770768        +Johnstone Supply,    11632 NE Ainsworth Circle,    Portland, OR 97220-9016
517770770        +Krupnick, David,    880 Deep Hole Drive,    Mattituck, NY 11952-2699
517746243        +L.I.S. Enterprises, Inc.,    263 South York Road,    Hatboro, PA 19040-3427
517770772        +L.M.S. Technical Svcs,    21 Grand Avenue,    Farmingdale, NY 11735-6331
517770775        +LMS Technical Services,    21 Grand Avenue,    Farmingdale, NY 11735-6300
517770773        +Lindsay Jill Blumenthal,    1420 Gabriella Court,    Mattituck, NY 11952-2490
517770774        +Linkedin,    1000 West Maude Avenue,    Sunnyvale, CA 94085-2810
517770776        +Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
517770777        +M&M Mfg,    4001 Mark IV Parkway,    Fort Worth, TX 76106-4129
517770778        +MacArthur Co,    2400 Wycliff St,    St. Paul, MN 55114-1268
517746196        +Mail Finance (Neopost),    478 Wheelers Farm Road,    Milford, CT 06461-9105
517746234        +Majestic Steel USA, Inc.,    31099 Chagrin Blvd., Suite 150,    Attn: Susan Suvak,
                  Cleveland, OH 44124-5930
517770779         Massmutual Financial Group,    APM Processing Center,    PO Box 92485,    Chicago, IL 60675-2485
517770780         Max Hinden,    1255 Woodcliff Drive,    Mattituck, NY 11952-2933
517746248        +Mestek, Inc.,    260 North Elm Street,    Westfield, MA 01085-1614
517746236        +Midland Steel,    5825 S. Greenwood Ave.,    Attn: Ed Smookier,    Los Angeles CA 90040-3846
517770781         Minnesota Revenue,    Mail Station 1765,    St Paul, MN 55145-1765
517770782        +NDS Systems LC,    3505 E Frontage Road,    Suite 175,    Clearwater, FL 33607-1762
517770783        +NDS Systems LLC,    3505 E. Frontage Road,    Suite 175,    Tampa, FL 33607-1762
517770784         NJ Division of Taxation,    PO Box 666,    Trenton, NJ 08646-0666
517746235         Nakazawa Die Casting,    Lot 46910, Block D,    Taman Perindustrian Selayang,    68100 BATU CAVES,
                  Selangor Darul Ehsan,    MALAYSIA
517746182        +New Jersey Division of Taxation,    50 Barrack Street,    CN 269,    Trenton, NJ 08646-0269
517746197        +PDI Partner's Delivery, Inc.,    10837 Commerce Way,    Unit #D,    Fontana, CA 92337-8202
517746239        +PHD Manufacturing, Inc.,    44018 Columbiana-Waterford Rd.,    Columbiana, OH 44408-9481
517746198        +PRO4MA II, LLC,    PO Box 32,    Brightwaters, NY 11718-0032
517746200        +PRO4MA, LLC,    PO Box 32,    Brightwaters, NY 11718-0032
517770785        +Phocas Inc.,    PO Box 782434,    Orlando, FL 32878-2434
517746249        +Pregis Holding,    515 Enterprise Street,    Aurora, IL 60504-8143
517770786        +Pro-Fab Sheet Metal Inc,    355 South Stewart Avenue,    Addison, IL 60101-3340
517770789         R.E. Michels Co,    One R.E. Michel Drive,    Glen Burnie, MD 21060
```

```
District/off: 0312-3                  User: admin                    Page 3 of 5                   Date Rcvd: Aug 26, 2020
                                      Form ID: 137                   Total Noticed: 168

517746251      +R2 Tape, Inc.,   1626 Bridgewater Road,    Bensalem, PA 19020,    Herculite Products 19020-4509
517770792      +REGUS,   100 Horizon Center Boulevard,    Hamilton, NJ 08691-1910
517770794      +RIZE Enterprises, LLC,    PO Box 1311,    Brentwood, NY 11717-0688
517770790      +Randall Hinden,    1255 Woodcliff Drive,    Mattituck, NY 11952-2933
517770791      +Refricenter of Miami,    7101 NW 43rd Street,    Miami, FL 33166-6829
517746238      +Retrans Freight,    420 Airport Road,    Fall River, MA 02720-4764
517770793      +Risk Management Consultants,    Crossroads Corporate Center,    One International Boulevard,
                 Suite 605,   Mahwah, NJ 07495-0025
517770795      +Robertson Heating Supply Co,    2155 W. Main Street,    Alliance, OH 44601-2190
517770796      +Rossetto, Patrick,    2 Samuel Court,    Syosset, NY 11791-3853
517770797      +Royal Metals,    100 Royal Way,   Temple, GA 30179-4437
517770798      +S.W. Anderson Sales,    63 Daniel Street,    Farmingdale, NY 11735-1303
517770802      +SMACNA Show Management,    1430 Spring Hill Raod,    6th Floor,    Mc Lean, VA 22102-3000
517770799      +Sanacora, Jo Ann,    345 Pecan Street,    Lindenhurst, NY 11757-4709
517770800      +Scully, Scott, Murphy & Presser, P.C.,    400 Garden City Plaza,    Suite 300,
                 Garden City, NY 11530-3319
517746244       Sealers Inc.,    5017 South 38th Street,    St. Louis, MO 63116-4129
517746201       Sheet Metal Workers Local 170,    9101 East Whittier Blvd.,    2nd Floor,
                 Pico Rivera, CA 90660-2405
517746233      +Six-2 Fastener Imports,    2 Bucks Lane, Suite 7,    Marlboro, NJ 07746-1473
517746247      +Snyder Mfg., Inc.,    3001 Progress St.,    Dover, OH 44622-9640
517770803      +Technical Distributors Inc,    PO Box 3826,    Guaynabo, PR 00970-3826
517770804       Texas Comptroller of Public Accounts,    PO Box 1493418,    Austin, TX 78714-9348
517770809      +Tobey Geller,    4 Rowe Court,    Roslindale, MA 02131-4310
517770810      +Transamerica Life Insurance Company,    4333 Edgewood Road NE,    Cedar Rapids, IA 52499-0001
517770811      +Travelers,    susidiaries: Charter Oak, Phoenix),    One Tower Square,    Hartford, CT 06183-0001
517770813      +U.S. Bank Equipment Finance,    1310 Madrid Street,    Marshall, MN 56258-4099
517770814       Underwriters Laboratories LLC,    75 Remittance Drive,    Suite #1524,    Chicago, IL 60675-1524
517770815       Washington Department of Revenue,    Taxpayer Account Administration,    PO Box 47476,
                 Olympia, WA 98504-7476
517770816      +Watsco, Inc,    2665 South Bayshore Drive,    Suite 901,    Miami, FL 33133-5436
517770817      +Weinberg, Gross & Pergament LLP,    400 Garden City Plaza,    Suite 403,
                 Garden City, NY 11530-3336
517834279      +Wells Fargo Equipment Finance,    Wells Fargo Bank, N.A.,    MAC F0005-055,    800 Walnut St.,
                 Des Moines, IA 50309-3605
517746202       Wells Fargo Financial,    Capital Finance Accounts Receivable,    PO Box 7777,
                 San Francisco, CA 94120-7777
517770818      +Wendy Hinden,    350 Bradford St., Unit 3,    Provincetown, MA 02657-1817
517770762      +Wendy Lynne Hinden,    350 Bradford Street, Unit 3,    Provincetown, MA 02657-1817
517770819      +White, Leo,    25 Wedgewood Lane,    Brookhaven, NY 11719-9708
517770820      +Young, Conaway, Stargatt & Taylor, LLP,    Rodney Square,    1000 North King Street,
                 Wilmington, DE 19801-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 00:28:36     Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2020 00:28:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2020 00:28:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bncctnotifications@pbgc.gov Aug 27 2020 00:28:13     Pension Benefit Guaranty Corp,
                 Office of the General Counsel,    1200 K Street, N.W.,   Attn: Jordan Jacobson,
                 Washington, DC 20005-4025
517770740       E-mail/PDF: DellBKNotifications@resurgent.com Aug 27 2020 00:32:23     Dell Financial Services,
                 PO Box 81577,    Austin, TX 78708-1577
517842458      +E-mail/Text: lynn.colombo@duke-energy.com Aug 27 2020 00:29:22     Duke Energy Ohio,
                 550 South Tryon Street,    Charlotte, NC 28202-4200
517770752       E-mail/Text: bankruptcy@unum.com Aug 27 2020 00:28:05     First UNUM Life Insurance Co.,
                 PO Box 406927,    Atlanta, GA 30384-6927
517770753       E-mail/Text: actg@gensco.com Aug 27 2020 00:28:14     Gensco Inc.,   4402-20th STREET E,
                 Tacoma, WA 98424
517772827      +E-mail/Text: creditdept3rdpartyBKR@mscdirect.com Aug 27 2020 00:28:31
                 MSC INDUSTRIAL SUPPLY CO,    75 MAXESS ROAD,    MELVILLE, NY 11747-3151
517746181      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2020 00:28:56     United States Trustee,
                 Office of the US Trustee,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517770821       E-mail/Text: usz.bankruptcy.legal.coll@zurichna.com Aug 27 2020 00:28:56
                 Zurich American Insurance Co.,    1299 Zurich Way,   Tower 2, Floor 5,
                 Schaumburg, IL 60196-1056
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Anderson Kill, P.C.
cr              WELLS FARGO BANK, N.A.
517770721       Abby Wein
517770758       Hayley Rebekah Geller
517770767       Jessie Cawley
517770801       See Rider B 73 & Rider G attached hereto
517770805       The Hinden Grandchildren Trust
517770806       The Irene Lee Hinden Trust
```

```
District/off: 0312-3          User: admin                Page 4 of 5              Date Rcvd: Aug 26, 2020
                              Form ID: 137               Total Noticed: 168


              ***** BYPASSED RECIPIENTS (continued) *****
517770807         The Randall Scott Hinden Trust
517770808         The Wendy Lynn Geller Trust
517770812         Trust under Art. 3rd of LWT,   of S. Blumenthal
aty*             +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty*             +Young Conaway Stargatt & Taylor, LLP,   Rodney Square,   1000 North King Street,
                   Wilmington, DE 19801-3335
cr*               Max Hinden,   1255 Woodcliff Drive,   Mattituck, NY 11952-2933
cr*               Randall Hinden,   1255 Woodcliff Drive,   Mattituck, NY 11952-2933
cr*              +Wendy Hinden,   350 Bradford St., Unit 3,   Provincetown, MA 02657-1817
517770719*       +4 Site, LLC,   81 Spence Street,   Bay Shore, NY 11706-2206
517756878*       +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
                   Philadelphia, PA 19101-7346
517770742*       +Duro Dyne Corporation,   81 Spence Street,   Bay Shore, NY 11706-2206
517770743*       +Duro Dyne Machinery Corp.,   81 Spence Street,   Bay Shore, NY 11706-2206
517770744*       +Duro Dyne Midwest Corp.,   81 Spence Street,   Bay Shore, NY 11706-2206
517746183*       +Internal Revenue Service,   2970 Market Street,   Mail Stop 5-Q30.133,
                   Philadelphia, PA 19104-5002
517770718*       +Internal Revenue Service,   2970 Market Street,   Mail Stop 5-Q30.133,
                   Philadelphia, PA 19104-5002
517770771*       +L.I.S. Enterprises, Inc,   263 South York Road,   Hatboro, PA 19040-3427
517770717*       +New Jersey Division of Taxation,   50 Barrack Street,   CN 269,   Trenton, NJ 08646-0269
517746199*       +PRO4MA II, LLC,   PO Box 32,   Brightwaters, NY 11718-0032
517770787*       +PRO4MA II, LLC,   PO Box 32,   Brightwaters, NY 11718-0032
517770788*       +PRO4MA, LLC,   PO Box 32,   Brightwaters, NY 11718-0032
517770716*       +United States Trustee,   Office of the US Trustee,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517770741        ##Distribution International,   P.O. Box 23847,   Houston, TX 77228-3847
517770769        ##+Joshua Blumenthal,   1717 Toomey Road,   Apt. 412,   Austin, TX 78704-0095
                                                                                              TOTALS: 11, * 18, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Carolyn Lachman    on behalf of Creditor    Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov,
               efile@pbgc.gov
              Christina Salem    on behalf of Interested Party    The North River Insurance Company
               christina.salem@kennedyscmk.com
              Christina Salem    on behalf of Interested Party    Hartford Accident and Indemnity Company
               christina.salem@kennedyscmk.com
              Daniel Keller    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com
              Daniel Stolz    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Wagner London, I    on behalf of Interested Party    MidStates Reinsurance Corporation
               dlondon@londonfischer.com
              Denise E. Carlon    on behalf of Loss Mitigation    Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Edwin J Harron    on behalf of Other Prof. Lawrence Fitzpatrick ,  dlaskin@ycst.com
              Edwin J Harron    on behalf of Attorney    Young Conaway Stargatt & Taylor, LLP eharron@ycst.com,
               dlaskin@ycst.com
```

```
District/off: 0312-3          User: admin               Page 5 of 5               Date Rcvd: Aug 26, 2020
                              Form ID: 137              Total Noticed: 168


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey A. Cooper    on behalf of Creditor    4 Site, LLC jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne MidWest Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney Cort T.    Malone jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Noticing Agent    BMC Group, Inc. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne National Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Machinery jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Attorney    Lowenstein Sandler LLP jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne West jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne West Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Machinery Corp. jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Midwest jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Interested Party    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Debtor    Duro Dyne Corporation jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey D. Prol    on behalf of Other Prof.    Getzler Henrich & Associates, LLC
               jprol@lowenstein.com,
               jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John A. Fialcowitz    on behalf of Attorney    Caplin & Drysdale, Chartered john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Other Prof.    Charter Oak Financial Consultants, LLC
               john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Spec. Counsel    Gilbert LLP john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Attorney    The Law Office of John A. Fialcowitz, LLC
               john@fialcowitzlaw.com
              John A. Fialcowitz    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
               john@fialcowitzlaw.com
              Jordan E. Jacobson    on behalf of Creditor    Pension Benefit Guaranty Corp
               jacobson.jordan@pbgc.gov,    efile@pbgc.gov
              Kami Elizabeth Quinn    on behalf of Creditor Committee    Official Committee of Asbestos Claimants
               quinnk@gotofirm.com
              Karl J. Norgaard    on behalf of Unknown Role Type    Undisclosed Interested Party
               knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Mark S. Lichtenstein    on behalf of Interested Party    Federal Insurance Company
               mlichtenstein@crowell.com,    mplevin@crowell.com;tyoon@crowell.com
              Matthew B. Heimann    on behalf of Creditor    Mestek, Inc. and Mestek Machinery, Inc.
               lrestivo@mccarter.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Scott S. Rever    on behalf of Creditor    Sheet Metal, Air, Rail & Transportation Workers
               International Association, AFL-CIO srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Sean M. Beach    on behalf of Other Prof. Lawrence    Fitzpatrick bankfilings@ycst.com
              Sommer Leigh Ross    on behalf of Interested Party    MidStates Reinsurance Corporation
               slross@duanemorris.com,    AutoDocketWILM@duanemorris.com
              Stephen Forte    on behalf of Interested Party    The North River Insurance Company
               stephen.forte@offitkurman.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              Stephen Forte    on behalf of Interested Party    Hartford Accident and Indemnity Company
               stephen.forte@offitkurman.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. McGrath, Jr    on behalf of Interested Party    Munich Reinsurance America, Inc. f/k/a
               American Re-Insurance Company wmcgrath@dilworthlaw.com
                                                                                              TOTAL: 42
```