THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone:  (973) 813-7227
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, [1] | : | Case No. 18-27963-MBK |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**CERTIFICATION OF NO OBJECTION REGARDING TWENTY-FIRST
MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED
FOR THE PERIOD FROM JULY 1, 2020, THROUGH JULY 31, 2020
[DOCKET NO. 1245]**

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection,

or other responsive pleading to the Twenty-First Monthly Fee Statement of Caplin & Drysdale,

Chartered as counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), for

the Period from July 1, 2020, through July 31, 2020 [Docket No. 1245] (the "**Application**"), filed

on August 25, 2020, has been received.  The undersigned further certifies that a review of the

Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the

Application appears thereon.  Objections to the Application were to be filed and served no later

than September 4, 2020.

---

[1]    The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

Pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 345], the Debtors are now authorized to pay 80% ($21,846.00) of requested fees ($27,307.50) and 100% of requested expenses ($623.02), for a total of $22,469.02, on an interim basis without further order of the Court.

Dated:  September 8, 2020

By: */s/ John A. Fialcowitz*
John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
Telephone:  (973) 813-7227
john@fialcowitzlaw.com

*Counsel to the Official Committee*
*of Asbestos Claimants*