**THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

**NARRATIVE OF SERVICES PROVIDED BY THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF
ASBESTOS CLAIMANTS IN ACCORDANCE WITH L.B.R. 2016-1(a)(2)(D) AND IN
SUPPORT OF ITS SIXTH INTERIM FEE APPLICATION FOR
ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE MICHAEL B. KAPLAN
        UNITED STATES BANKRUPTCY JUDGE

The Law Office of John A. Fialcowitz, LLC ("Fialcowitz") submits this narrative of

services pursuant to LBR 2016-1(a)(2)(D) and in support of its sixth interim fee application as

local counsel for the Official Committee of Asbestos Claimants ("the Committee") for allowance

of compensation and reimbursement of expenses for the period April 1, 2020 through July 31,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax
identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699);
Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp.
(4662).

2020. By this Application, I seek allowance and payment of compensation in the amount of $7,280.00 for services rendered during the Interim Period.

## I.      Introduction.

1.      On September 7, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases in this Court.

2.      Effective September 26, 2018, the Office of the United States Trustee appointed the Committee pursuant to Section 1102 of the Bankruptcy Code.

3.      On September 27, 2018, the Committee selected me to act as its local counsel in this case.

4.      By Order dated November 8, 2018, the Court granted the Committee's application to retain my firm and I to serve as its local counsel in this case, effective as of the Petition Date (Docket No. 257). Attached to the Fee Application Cover Sheet as **Exhibit A** is the Order authorizing the Committee to retain my law firm.

5.      On November 15, 2018, the Court entered the *Administrative Fee Order Establishing Certain Procedures for Allowance Of Interim Compensation and Reimbursement of Expenses of Processionals Retained By Order of This Court* (the "Interim Compensation Order")(Docket. No. 345).

6.      I seek an allowance of fees for services performed on behalf of the Committee for the period April 1, 2020 through July 31, 2020 (the "Application Period").

7.      I charge for my local counsel services at an hourly rate of $325 per hour.

## II.    Description of Services.

8.    During the Interim Period, I performed a variety of legal services in connection with this matter including, but not limited to, the following:

9.    ***Litigation Services (Total Hours: 3.6; Total Fees: $1,170.00)***. I performed litigation-related services during the Application Period.

10.    <u>First</u>, LBR 9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Interim Period.

11.    <u>Second</u>, Fialcowitz assisted in the filing of a motion to approve the North River settlement and the associated motion to seal.

12.    ***Fee Applications -- Self (Total Hours: 6.7; Total Fees: $2,177.50)***. I prepared and filed my eighteenth, nineteenth, twentieth and twenty-first monthly fee statements, as well as my fifth interim application for compensation.

13.    ***Fee Applications –Other (Total Hours 12.1; Total Fees: $3,932.50)***. I reviewed and filed the eighteenth, nineteenth, twentieth and twenty-first monthly fee statements for Caplin & Drysdale, Chartered, Gilbert LLP and Charter Oak Financial Consultants, LLC, as well as their fifth interim applications for compensation.

## III.    Detail of Hours Expended/Relief Requested.

14.    Attached as **Exhibit B** to the Fee Application Cover Sheet are my invoices that detail the time that I spent on this matter during the Application Period.

15.    As shown on the attached invoices, I devoted 22.4 hours to this matter during the Application Period, which services have a value of $7,280.00.

3

16.    By this Application, I request that the Court approve payment of one-hundred

percent (100%) of the fees and expenses that I incurred during the Application Period of April 1,

2020 through July 31, 2020.

17.    I attach my Declaration in further support of this Application at **Exhibit C**.

WHEREFORE, I respectfully request that the Court enter an order, substantially in the

form attached hereto as **Exhibit D**, approving this Application in its entirety and awarding me

$7,280.00 in compensation for services rendered and reimbursement of expenses, together with

such other and further relief as this Court deems just and proper.

Dated: September 8, 2020                      Respectfully submitted,


**THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC**

By:    /s/ John A. Fialcowitz
      John A. Fialcowitz
      89 Headquarters Plaza North, Suite 1216
      Morristown, NJ 07960
      Telephone (973) 532-7208
      Email: john@fialcowitzlaw.com


      *Local Counsel for Official Committee of Asbestos
      Claimants*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

Debtor:    Duro Dyne National Corp., *et al*.[1]    Applicant:    The Law Office of John A. Fialcowitz, LLC

Case No.:    18-27963 (MBK)    Client:    Official Committee of Asbestos Claimants

Chapter:    11    Case Filed:    September 7, 2018

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT A

### SIXTH INTERIM APPLICATION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM APRIL 1, 2020 THROUGH JULY 31, 2020

## SECTION 1
## FEE SUMMARY

Interim Fee Application (second interim)

|  | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $88,627.50 | $3,725.68 |
| TOTAL ALLOWED TO DATE | $82,257.50 | $3,725.68 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT | $82,556.00 | $3,725.68 |
| FEE TOTALS – PAGE 2 | $7,280.00 |  |
| DISBURSEMENT TOTALS – PAGE 3 |  | $0.00 |
| TOTAL FEE APPLICATION | $7,280.00 |  |

---

[1]    The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 22.4 | $325.00 | $7,280.00 |
| TOTAL FEES | | | | $7,280.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 6.7 | $2,177.50 |
| Financing | | |
| Litigation | 3.6 | $1,170.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 12.1 | $3,932.50 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| SERVICE TOTALS: | 22.4 | $7,280.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | |
| Travel | |
| Other (specify): | |
| DISBURSEMENTS TOTALS: | $0.00 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257]. See Order attached as Exhibit A.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   (a)  LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period;

(b)     Fialcowitz assisted in the preparation and filing of the Committee's motion to approve the North River settlement and the associated motion to seal;

(c)     Fialcowitz prepared and filed his eighteenth, nineteenth, twentieth and twenty-first monthly fee statements, as well as his fifth interim application for compensation;

(d)     Fialcowitz assisted in the preparation, review and filing of the eighteenth, nineteenth, twentieth and twenty-first monthly fee statements for other Committee professionals, as well as their fifth interim applications for compensation; and

(e)     Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)     ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)     ADMINISTRATION EXPENSES: (unknown at this time)
    (B)     SECURED CREDITORS: (unknown at this time)
    (C)     PRIORITY CREDITORS: (unknown at this time)
    (D)     GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: September 8, 2020                              Respectfully submitted,

                                    THE LAW OFFICE OF JOHN A.
                                    FIALCOWITZ, LLC

                            By:     /s/ John A. Fialcowitz
                                    John A. Fialcowitz
                                    89 Headquarters Plaza North, Suite 1216
                                    Morristown, NJ 07960
                                    Telephone (973) 532-7208
                                    Email: john@fialcowitzlaw.com

# EXHIBIT A

.UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Proposed Co-Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No.  18-27963 (MBK)

Jointly Administered

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

DATED: November 8, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor:     Duro Dyne National Corp., et al., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
            Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Fialcowitz does not represent any person or entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Committee is authorized to employ and retain Fialcowitz, effective as of the Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3.      Fialcowitz shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Case 18-27963-MBK    Doc 257    Filed 11/08/18    Entered 11/09/18 14:28:19    Desc Main
Document    Page 3 of 3

Page:       3
Debtor:     Duro Dyne National Corp., et al., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-
            Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services

rendered and charges and disbursements incurred.

    4.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other

request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the

contents of the Application or is otherwise waived.

    5.    The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

    6.    This Court shall retain exclusive jurisdiction to hear and decide any and all disputes

related to or arising from the implementation, interpretation and enforcement of the Order.

# EXHIBIT B

## DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the
### Official Committee of Asbestos Claimants
### April 1, 2020 through April 30, 2020

| Description of Services | Time | Charge |
|---|---|---|
| Prepare and file Certification of No Objection for Gilbert's monthly fee statement (4/7/20) | .3 | $97.50 |
| Prepare and file Certificate of No Objection for Fialcowitz monthly fee statement (4/7/20) | .3 | $97.50 |
| Review and file Certificate of No Objection for Caplin monthly fee statement (4/7/20) | .2 | $65.00 |
| Draft e-mail to Cecilia at Caplin & Drysdale re: follow up on Charter Oak (4/9/20) | .1 | $32.50 |
| Review and file Charter Oak Financial Consultant's monthly fee statement (4/9/20) | .4 | $130.00 |
| Prepare and file certification of service (4/13/20) | .2 | $65.00 |
| Review e-mails re: Charter Oak monthly fee application (4/15/20) | .1 | $32.50 |
| Draft e-mail to Cecelia at Caplin re: interim fee application timing (4/17/20) | .1 | $32.50 |
| Draft e-mail to Gilbert re: interim fee application (4/20/20) | .1 | $32.50 |
| Draft e-mail to Jim W. at Caplin re: Charter Oak monthly fee statement (4/21/20) | .1 | $32.50 |
| Review and respond to Peggy H. at Gilbert re: interim fee application (4/22/20) | .1 | $32.50 |
| Review and respond to E. Grim e-mail re: update on upcoming motion (4/23/20) | .1 | $32.50 |
| Preparation of monthly fee statement (4/24/20) | .7 | $227.50 |

| Description of Services (continued) | Time | Charge |
|---|---|---|
| Review and file Charter Oak monthly fee statement (4/24/20) | .3 | $97.50 |
| Review and file Charter Oak monthly fee statement (4/24/20) | .4 | $130.00 |
| Prepare and file Charter Oak certification of no objection (4/27/20) | .2 | $65.00 |
| Prepare fifth monthly fee application (4/27/20) | 1.7 | $552.50 |
| Draft e-mail to BMC Group re: upcoming motion (4/28/20) | .1 | $32.50 |
| Review and file Gilbert fifth interim fee application (4/28/20) | .5 | $162.50 |
| Review and filing of Charter Oak fifth monthly fee application (4/28/20) | .4 | $130.00 |
| Review and filing of Caplin & Drysdale fifth monthly fee application (4/28/20) | .4 | $130.00 |
| Draft certification of service for March 2020 monthly fee statements (4/29/20) | .2 | $65.00 |
| Draft e-mail to E. Grim re: status of upcoming motion (4/29/20) | .1 | $32.50 |
| Prepare and file certification of service for interim fee applications (4/30/20) | .2 | $65.00 |
| | 7.3 | $2,372.50 |

**Total Amount Due for this Invoice**                    **$2,372.50**

## DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the
### Official Committee of Asbestos Claimants
### May 1, 2020 through May 31, 2020

| Description of Services | Time | Charge |
|---|---|---|
| Review draft motion papers (5/4/20) | .4 | $130.00 |
| Review and file Certification of No Objection for Caplin & Drysdale monthly fee application (5/5/20) | .3 | $97.50 |
| Prepare and file Certification of No Objection for Charter Oak monthly fee application (5/5/20) | .3 | $97.50 |
| Prepare and file Certificate of No Objection for Gilbert monthly fee statement (5/6/20) | .3 | $97.50 |
| Prepare and file Certification of No Objection for Fialcowitz monthly fee statement (5/6/20) | .3 | $97.50 |
| Review e-mails between counsel for Future Claims Representative, Committee and Debtor on motion to approve settlement (5/7/20) | .4 | $130.00 |
| Review and file motion to approve North River settlement (5/7/20) | 1.7 | $552.50 |
| Review and file motion to seal North River settlement (5/7/20) | 1.4 | $455.00 |
| Draft follow up e-mail to Brad at BMC Group re: affidavit of service (5/12/20) | .1 | $32.50 |
| Review and file Affidavit of Service for motions to approve and seal North River settlement (5/12/20) | .2 | $65.00 |
| Review and file notice of Gilbert's change of address (5/15/20) | .2 | $65.00 |

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Preparation and filing of eighteenth monthly fee statement (5/19/20 and other dates) | 1.0 | $325.00 |
| Review and file Gilbert's monthly fee statement (5/21/20) | .4 | $130.00 |
| Review and file Charter Oak's monthly fee statement (5/21/20) | .4 | $130.00 |
| Review and file Caplin & Drysdale monthly fee statement (5/24/20) | .4 | $130.00 |
| Prepare and file Certification of Service for monthly fee statements (5/24/20) | .2 | $65.00 |
| Review entered orders granting fifth interim fee applications; update Caplin & Drysdale and Gilbert (5/25/20) | .2 | $65.00 |
| | 8.2 | $2,665.00 |

**Total amount due this invoice**                    **$2,665.00**

2

## DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the Official Committee of Asbestos Claimants
### June 1, 2020 through June 30, 2020

| Description of Services | Time | Charge |
|---|---|---|
| Review order on fee applications; update C&D and Gilbert (6/2/20) | .1 | $32.50 |
| Review and respond to E. Grim of Gilbert re: status of Thursday's hearing (6/3/20) | .1 | $32.50 |
| Review and respond to J. Prol e-mail re: proposed form of Order on motion to seal (6/4/20) | .1 | $32.50 |
| Review court notice re: status of motions to approve/seal (6/5/20) | .1 | $32.50 |
| Review order approving settlement with North River; update C&D and Gilbert (6/5/20) | .2 | $65.00 |
| Review order on motion to seal; update C&D and Gilbert (6/5/20) | .2 | $65.00 |
| Prepare and file Certification of No Objection – Charter Oak monthly fee statement (6/5/20) | .3 | $97.50 |
| Prepare and file Certification of No Objection – Fialcowitz monthly fee statement (6/5/20) | .3 | $97.50 |
| Review various court notices (6/8/20) | .1 | $32.50 |
| Prepare and file Certification of No Objection – Gilbert monthly fee statement (6/8/20) | .3 | $97.50 |
| Review and file Certification of No Objection – C&D monthly fee statement (6/10/20) | .2 | $65.00 |
| Preparation of monthly fee statement (6/24/20) | 1.1 | $357.50 |
| Review and file Gilbert monthly fee statement (6/25/20) | .4 | $130.00 |

| Description of Services (continued) | Time | Charge |
|---|---|---|
| Review and file C&D monthly fee statement (6/26/20) | .4 | $130.00 |
| Preparation and file certification of service for monthly fee statements (6/30/20) | .2 | $65.00 |
| | 4.1 | $1,332.50 |

**Total amount due this invoice**                          **$1,332.50**

## DURO DYNE NATIONAL CORP.

**Services and Disbursements Related to Serving as Local Counsel to the
Official Committee of Asbestos Claimants
July 1, 2020 through July 31, 2020**

| Description of Services | Time | Charge |
|---|---|---|
| Prepare and file Certification of No Objection – Fialcowitz monthly fee statement (7/7/20) | .3 | $97.50 |
| Prepare and file Certification of No Objection – Gilbert monthly fee statement (7/7/20) | .3 | $97.50 |
| Review and file Certification of No Objection – C&D monthly fee statement (7/19/20) | .2 | $65.00 |
| Preparation of monthly fee statement (7/24/20) | 1.0 | $325.00 |
| Review and file Gilbert monthly fee statement (7/24/20) | .4 | $130.00 |
| Review and file C&D monthly fee statement (7/24/20) | .4 | $130.00 |
| Preparation and file certification of service for monthly fee statements (7/28/20) | .2 | $65.00 |
| | 2.8 | $910.00 |

**Total amount due this invoice**          **$910.00**

# EXHIBIT C

**THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

### <u>DECLARATION OF JOHN FIALCOWITZ</u>

John A. Fialcowitz hereby declares, pursuant to 28 U.S.C. §1746, as follows:

1.      I am the sole member of the Law Office of John A. Fialcowitz, LLC, local counsel

to the Official Committee of Asbestos Claimants. I submit this declaration in connection with the

Sixth Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for an allowance of

fees and reimbursement of expenses (the "Application").

2.      In accordance with 18 U.S.C. §155 and the Rules of this Court, I have not entered

into any agreement, written or oral, express or implied, with the Debtor, any creditor, or any other

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of or paid from the assets of the Debtors.

3.     In accordance with § 504 of the Bankruptcy Code, no agreement or understanding exists between either me or my firm, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Debtors herein, nor will any division of fees prohibited by § 504 of the Bankruptcy Code be made by me, or any other individual on my firm's behalf.

4.     I have reviewed the requirements of D.N.J. LBR 2016-3 and the Revised UST Guidelines and certify to the best of my knowledge and belief that this Application substantially complies therewith.

I declare under penalty of perjury that the foregoing is true and correction to the best of my knowledge, information and belief.

Dated:  September 8, 2020

/s/John Fialcowitz
John A. Fialcowitz

# EXHIBIT D

.UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
 *Local Counsel for the*
*Official Committee of Asbestos Claimants*

|  |  |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.* [1] | Chapter 11<br><br>Case No.  18-27963 (MBK)<br><br>Jointly Administered |

**ORDER ALLOWING SIXTH INTERIM APPLICATION OF THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC AS LOCAL COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR COMPENSATION
FOR SERVICES RENDERED FOR THE
<u>PERIOD FROM APRIL 1, 2020 TO JULY 31, 2020</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

Page:      2
Debtor:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Allowing Sixth Interim Application of the Law Office of John A. Fialcowitz,
           LLC as Local Counsel to the Official Committee of Asbestos Claimants for
           Compensation for Services Rendered for the Period from April 1, 2020 to July 31, 2020

---

Upon the *Sixth Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered for the Period from April 1, 2020 to July 31, 2020*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Law Office of John A. Fialcowitz, LLC is allowed a sixth interim allowance of compensation for services rendered to the Committee in the sum of $7,280.00 for the period April 1, 2020 through July 31, 2020.

3.      The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Law Office of John A. Fialcowitz, LLC.

4.      This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.