Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Duro Dyne National Corp.
100 Horizon Center Boulevard
Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
11–2504664

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       10/15/20
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Getzler Henrich & Associates, LLC, Other Professional,

COMMISSION OR FEES
ee: $4,806.00

EXPENSES
expenses: $2.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 10, 2020
JAN: kmm

                                                        Jeanne Naughton
                                                        Clerk

Case 18-27963-MBK    Doc 1266    Filed 09/10/20    Entered 09/10/20 14:17:43    Desc Ntc of Hrg on Aplc for Comp    Page 2 of 2