**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (NJ Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
skohut@ycst.com

Counsel to the Future Claimants' Representative

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 1290** |

**NOTICE OF WITHDRAWAL**
**[DOCKET NO. 1290]**

PLEASE TAKE NOTICE THAT the undersigned counsel to Lawrence Fitzpatrick, the Legal Representative for Future Claimants (the "Future Claimants' Representative"), hereby withdraws the *Certificate of No Objection* filed at Docket No. 1290 filed on September 30, 2020. The document was filed in error.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

25095406.1

Dated: September 30, 2020

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Edwin J. Harron
-----
Edwin J. Harron, Esq. (NJ Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
      skohut@ycst.com

*Counsel to the Future Claimants' Representative*