UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:  
Duro Dyne National Corp.

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 18-27963 |
| Civil Number: | |
| Adversary Number: | |
| Bankruptcy Judge: | Michael B Kaplan |

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

☑ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____  
Attorney: _____    Attorney: _____  
Address: _____    Address: _____  
_____    _____

Title of Order Appealed: _____  
Date Entered On Docket: _____

The items indicated below are being transmitted together:

☐ Notice of Appeal    ☐ Order being Appealed    ☐ Designation of Record on Appeal  
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____  
☑ Other  Second Transmittal Form Proposed Findings of Fact and Conclusions of Law  _____

---

☐   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____  
By: _____    Date: _____

*rev. 12/15/14*