


.UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Local Counsel for the*
*Official Committee of Asbestos Claimants*

**Order Filed on October 15, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No.  18-27963 (MBK)

Jointly Administered

## ORDER ALLOWING SIXTH INTERIM APPLICATION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM APRIL 1, 2020 TO JULY 31, 2020

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: October 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2

Debtor:     Duro Dyne National Corp., *et al.*

Case No.:   18-27963 (MBK)

Caption:    Order Allowing Sixth Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered for the Period from April 1, 2020 to July 31, 2020

Upon the *Sixth Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered for the Period from April 1, 2020 to July 31, 2020*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Law Office of John A. Fialcowitz, LLC is allowed a sixth interim allowance of compensation for services rendered to the Committee in the sum of $7,280.00 for the period April 1, 2020 through July 31, 2020.

3.      The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Law Office of John A. Fialcowitz, LLC.

4.      This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 18-27963-MBK

Duro Dyne National Corp.                                                  Chapter 11

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Lachman | |
| | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Christina Salem | |
| | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | |
| | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | |
| | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com |
| Daniel Wagner London, I | |

District/off: 0312-3                          User: admin                                    Page 2 of 3
Date Rcvd: Oct 16, 2020                       Form ID: pdf903                          Total Noticed: 1

                            on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon
                            on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edwin J Harron
                            on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron
                            on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeffrey A. Cooper
                            on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
                            on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Attorney Cort T. Malone jprol@lowenstein.com
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
                            on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
                            jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder
                            on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz
                            on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz
                            on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz
                            on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

John A. Fialcowitz
                            on behalf of Attorney The Law Office of John A. Fialcowitz  LLC john@fialcowitzlaw.com

John A. Fialcowitz
                            on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

District/off: 0312-3                              User: admin                                    Page 3 of 3
Date Rcvd: Oct 16, 2020                          Form ID: pdf903                                 Total Noticed: 1

Jordan E. Jacobson
                      on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov  efile@pbgc.gov

Kami Elizabeth Quinn
                      on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard
                      on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
                      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein
                      on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com
                      mplevin@crowell.com;tyoon@crowell.com

Matthew B. Heimann
                      on behalf of Creditor Mestek  Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman
                      on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
                      on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com,
                      srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com

Sean M. Beach
                      on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross
                      on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
                      AutoDocketWILM@duanemorris.com

Stephen Forte
                      on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
                      bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
                      on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
                      bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
                      on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
                      wmcgrath@dilworthlaw.com


TOTAL: 42