UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**GETZLER HENRICH & ASSOCIATES, LLC**
Mark Podgainy
295 Madison Avenue
New York, NY 10017
Phone: (212) 697-2400
Fax: (212) 697-4812

*Financial Advisor To The Debtors*

Order Filed on October 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.*,[1]

                    Debtors.

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

## ORDER ALLOWING SIXTH INTERIM APPLICATION OF GETZLER HENRICH & ASSOCIATES, LLC AS FINANCIAL ADVISOR TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH JULY 31, 2020

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Allowing Sixth Interim Application of Getzler Henrich & Associates LLC As
           Financial Advisor To The Debtors For Services Rendered For The Period From April
           1, 2020 through July 31, 2020

_____

Upon the *Sixth Interim Application of Getzler Henrich & Associates LLC As Financial Advisor To The Debtors For Services Rendered For The Period From April 1, 2020 through July 31, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Application is in the best interest of the Debtors, the Committee, the estates, and creditors, and after due deliberation, and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted as provided herein.

2.      Getzler Henrich & Associates LLC is hereby allowed a sixth interim allowance of compensation for services rendered to the Debtors in the sum of $4,806.00 and reimbursement for costs incurred in the sum of $2.00, for the period April 1, 2020 through July 31, 2020.

3.      The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Getzler Henrich & Associates LLC.

_____

[2]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:       3
Debtors:    Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Allowing Sixth Interim Application of Getzler Henrich & Associates LLC As
            Financial Advisor To The Debtors For Services Rendered For The Period From April
            1, 2020 through July 31, 2020

_____

       4.     This Court shall retain jurisdiction over any and all matters arising from or

related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 18-27963-MBK
Duro Dyne National Corp.                                         Chapter 11
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                          Page 1 of 3
Date Rcvd: Oct 16, 2020                  Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

**Recip ID              Recipient Name and Address**
db                   +  Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

**Name                    Email Address**

Carolyn Lachman
                        on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov  efile@pbgc.gov

Christina Salem
                        on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com

Christina Salem
                        on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com

Daniel Keller
                        on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com

Daniel Stolz
                        on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com,
                        dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Daniel Wagner London, I

on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon

on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edwin J Harron

on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron

on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeffrey A. Cooper

on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Cort T. Malone jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz

on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Attorney The Law Office of John A. Fialcowitz  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

District/off: 0312-3                     User: admin                              Page 3 of 3
Date Rcvd: Oct 16, 2020                 Form ID: pdf903                      Total Noticed: 1

Jordan E. Jacobson

    on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov  efile@pbgc.gov

Kami Elizabeth Quinn

    on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard

    on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein

    on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com
    mplevin@crowell.com;tyoon@crowell.com

Matthew B. Heimann

    on behalf of Creditor Mestek  Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman

    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever

    on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com,
    srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com

Sean M. Beach

    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross

    on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Stephen Forte

    on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte

    on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr

    on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
    wmcgrath@dilworthlaw.com


TOTAL: 42