Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−27963−MBK
        Chapter: 11
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1315 − 1243
Order Granting Application For Compensation for Lawrence Fitzpatrick, fees awarded: $4056.00, expenses awarded: $0.00 (Related Doc # 1243). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/23/2020. (wir)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 23, 2020
JAN: wir

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:        Case No. 18-27963-MBK

Duro Dyne National Corp.        Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Oct 23, 2020      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |
| aty | + | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

**Name**      **Email Address**

Carolyn Lachman
    on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov

Christina Salem
    on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com

Christina Salem
    on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com

Daniel Keller
    on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com

Daniel Stolz
    on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: orderntc | Total Noticed: 2 |

Daniel Wagner London, I
    on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon
    on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Edwin J Harron
    on behalf of Attorney Young Conaway Stargatt & Taylor LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron
    on behalf of Other Prof. Lawrence Fitzpatrick dlaskin@ycst.com

Jeffrey A. Cooper
    on behalf of Creditor 4 Site LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
    on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Other Prof. Getzler Henrich & Associates LLC jprol@lowenstein.com,
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Attorney Cort T. Malone jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
    on behalf of Noticing Agent BMC Group Inc. jprol@lowenstein.com,
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz
    on behalf of Attorney Caplin & Drysdale Chartered john@fialcowitzlaw.com

John A. Fialcowitz
    on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com

John A. Fialcowitz
    on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

John A. Fialcowitz
    on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com

John A. Fialcowitz

Case 18-27963-MBK    Doc 1322    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: orderntc | Total Noticed: 2 |

on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

Jordan E. Jacobson
  on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov

Kami Elizabeth Quinn
  on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard
  on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
  sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein
  on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com
  mplevin@crowell.com;tyoon@crowell.com

Matthew B. Heimann
  on behalf of Creditor Mestek  Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman
  on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
  on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com,
  srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com

Sean M. Beach
  on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross
  on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
  AutoDocketWILM@duanemorris.com

Stephen Forte
  on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
  on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
  on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
  wmcgrath@dilworthlaw.com

TOTAL: 42