UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Local Counsel for the*
*Official Committee of Asbestos Claimants*

**Order Filed on October 23, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No.  18-27963 (MBK)

Jointly Administered

**ORDER ALLOWING SIXTH INTERIM APPLICATION OF GILBERT LLP,**
**SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**ASBESTOS CLAIMANTS FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM APRIL 1, 2020 TO JULY 31, 2020**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: October 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2

Debtor:     Duro Dyne National Corp., et. al., *et al.*

Case No.:   18-27963 (MBK)

Caption:    Order Allowing Sixth Interim Application of Gilbert LLP, Special Insurance Counsel
            to the Official Committee of Asbestos Claimants, for Compensation for Services
            Rendered and Reimbursement of Expenses for the Period from April 1, 2020 to July 31,
            2020

_____

Upon the *Sixth Interim Application of Gilbert, LLP as Special Insurance Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2020 to July 31, 2020*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees and expenses requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      Gilbert, LLP is allowed a sixth interim allowance of compensation for services rendered to the Committee in the sum of $17,351.50 and reimbursement of expenses in the amount of $48.50 for the period April 1, 2020 through July 31, 2020.

3.      The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Gilbert, LLP.

4.      This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-27963-MBK

Duro Dyne National Corp.                                                                   Chapter 11

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

**Recip ID                  Recipient Name and Address**
db                      +  Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Lachman | |
| | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Christina Salem | |
| | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | |
| | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | |
| | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com |
| Daniel Wagner London, I | |

District/off: 0312-3
User: admin
Page 2 of 3

Date Rcvd: Oct 23, 2020
Form ID: pdf903
Total Noticed: 1

on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon

on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edwin J Harron

on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron

on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeffrey A. Cooper

on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Cort T. Malone jprol@lowenstein.com
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz

on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Attorney The Law Office of John A. Fialcowitz  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

District/off: 0312-3                              User: admin                                    Page 3 of 3
Date Rcvd: Oct 23, 2020                          Form ID: pdf903                               Total Noticed: 1

Jordan E. Jacobson
                    on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov  efile@pbgc.gov

Kami Elizabeth Quinn
                    on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard
                    on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
                    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein
                    on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com
                    mplevin@crowell.com;tyoon@crowell.com

Matthew B. Heimann
                    on behalf of Creditor Mestek  Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman
                    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
                    on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com,
                    srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com

Sean M. Beach
                    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross
                    on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
                    AutoDocketWILM@duanemorris.com

Stephen Forte
                    on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
                    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
                    on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
                    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
                    on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
                    wmcgrath@dilworthlaw.com


TOTAL: 42