| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

Order Filed on October 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>Jointly Administered |

**ORDER ALLOWING SIXTH INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH JULY 31, 2020**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 23, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al*
Case No.: 18-27963 (MBK)
Caption: Order Allowing Sixth Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Services Rendered And Reimbursement of Expenses For The Period From April 1, 2020 through July 31, 2020

_____

Upon the *Sixth Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Services Rendered And Reimbursement of Expenses For The Period From April 1, 2020 through July 31, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtors,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Lowenstein Sandler LLP is hereby allowed a sixth interim allowance of compensation for services rendered to the Debtors in the sum of $52,037.00 and reimbursement for costs incurred in the sum of $29.00 for the period of April 1, 2020 through July 31, 2020.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Lowenstein Sandler LLP.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

United States Bankruptcy Court

District of New Jersey

In re:  
Duro Dyne National Corp.  
    Debtor(s)

Case No. 18-27963-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 23, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com |
| Daniel Wagner London, I | |

Case 18-27963-MBK    Doc 1326    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com |
| Denise E. Carlon | |
| | on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edwin J Harron | |
| | on behalf of Attorney Young Conaway Stargatt & Taylor LLP eharron@ycst.com, dlaskin@ycst.com |
| Edwin J Harron | |
| | on behalf of Other Prof. Lawrence Fitzpatrick  dlaskin@ycst.com |
| Jeffrey A. Cooper | |
| | on behalf of Creditor 4 Site LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne West jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Other Prof. Getzler Henrich & Associates LLC jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Cort T. Malone jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Noticing Agent BMC Group Inc. jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| John A. Fialcowitz | |
| | on behalf of Attorney Caplin & Drysdale Chartered john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |

Case 18-27963-MBK    Doc 1326    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Jordan E. Jacobson
    on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov

Kami Elizabeth Quinn
    on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard
    on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein
    on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com
    mplevin@crowell.com;tyoon@crowell.com

Matthew B. Heimann
    on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
    on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com,
    srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com

Sean M. Beach
    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross
    on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Stephen Forte
    on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
    on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
    on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company
    wmcgrath@dilworthlaw.com

TOTAL: 42