Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  18−27963−MBK
           Chapter:  11
           Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on October 23, 2020.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: October 28, 2020
JAN: jpp

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27963-MBK |
| Duro Dyne National Corp. | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Oct 28, 2020 | Form ID: 147 | Total Noticed: 167 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |
| aty | + | Abigail W Williams, Shipman & Goodwin LLP, 400 Park Avenue, Fifth Floor, New York, NY 10022-9439 |
| aty | + | Caplin & Drysdale, Chartered, One Thomas Circle NW,, Washington DC 20005-5894 |
| aty | + | Cort T. Malone, Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020-1182 |
| aty | + | Emily P Grim, Gilbert LLP, 1100 New York Avenue, NW, 7th Floor, Washington, DC 20005-6176 |
| aty | + | George R Calhoun, Ifrah PLLC, 1717 Pennsylvania Ave., NW, Washington, DC 20006-4614 |
| aty | | Jeff D. Kahane, Duane Morris LLP, 865 South Figueroa Street, Suite 3100, Los Angeles, CA 90017-5450 |
| aty | + | Jeffrey A. Liesemer, One Thomas Circle, N.W., Washington, DC 20005-5802 |
| aty | + | John T Dorsey, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Joshua D weinberg, Shipman & Goodwin LLP, 400 Park Avenue, Fifth Floor, New York, NY 10022-9439 |
| aty | + | Kevin C. Maclay, 1 Thomas Circle N.W., Washington, DC 20005-5812 |
| aty | + | Sara Beth A.R. Kohut, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Sarah Grossman-Swenson, MaCrackern, Stemerman & Holsberry, LLP, 595 Market Street, Suite 800, San Francisco, CA 94105-2813 |
| aty | + | The Law Office of John A. Fialcowitz, LLC, 89 Headquarters Plaza Nortth, Morristown, NJ 07960-6834 |
| cr | + | 4 Site, LLC, c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| op | + | Charter Oak Financial Consultants, LLC, 430 Center Ave., Mamaroneck, NY 10543-2254 |
| cr | + | Commonwealth of Pennsylvania Department of Labor a, Deb Secrest, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| intp | + | Daniel Keller, Keller, Fishback & Jackson, 28720 Canwood Street, Suite 200, Agoura Hills, CA 91301 US 91301-3465 |
| intp | + | Duro Dyne Corporation, c/o Jeffrey D. Prol, Esq., One Lowenstein Drive, Roseland, NJ 07068-1740 |
| intp | + | Duro Dyne Machinery, c/o Jeffrey D. Prol, Esq., One Lowenstein Drive, Roseland, NJ 07068-1740 |
| intp | + | Duro Dyne Midwest, c/o Jeffrey D. Prol, Esq., Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| intp | + | Duro Dyne West, c/o Jeffrey D. Prol, Esq., Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| op | + | Getzler Henrich & Associates, LLC, Attn: Mark D. Podgainy, 295 Madison Avenue, 20th Floor, New York, NY 10017-6358 |
| sp | + | Gilbert LLP, 700 Pennsylvania Avenue, SE, Suite 400, Washington, DC 20003-2659 |
| intp | + | Hartford Accident and Indemnity Company, Shipman & Goodwin, 400 Park Avenue, 5th Floor, New York, NY 10022-4406 |
| cr | + | Jerry Lee Snyder, Brayton Purcell, LLP, 222 Rush Landing Road, Novato, CA 94945-2469 |
| intp | + | MidStates Reinsurance Corporation, 10560 Success Ln #A, Dayton, OH 45458-3697 |
| intp | + | Munich Reinsurance America, Inc. f/k/a American Re, 555 College Road East, Princeton, NJ 08543, UNITED STATES 08540-6616 |
| crcm | + | Official Committee of Asbestos Claimants, Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, DC 20005-5894 |
| lm | + | Shellpoint Mortgage Servicing, 55 Beattie Pl. Suite 500, MS-501, Greenville, SC 29601-5116 |
| intp | + | The North River Insurance Company, Kennedys CMK LLP, 570 Lexington Avenue, 8th Floor, New York, NY 10022-6737 |
| 517746252 | | 105 E. Sinking Springs Lane, P.O. Box 435, Emigsville, PA 17318-0435 |
| 517746184 | + | 4 Site, LLC, 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517770720 | + | A&R Supply, 2650 NW 89th Court, Doral, FL 33172-1615 |
| 517770725 | + | ARC Excess & Surplus, LLC, 113 S. Service Road, PO Box 9012, Jericho, NY 11753-8912 |
| 517770722 | + | Aetna Life Insurance Company, 151 Farmington Avenue, Hartford, CT 06156-0002 |
| 517770723 | + | Affiliated Distributors, 500 East Swedesford Road, Suite 200, Wayne, PA 19087-1614 |
| 517746185 | + | Air-Tro, Inc., 1630 Myrtle Avenue, Monrovia, CA 91016-4634 |
| 517770724 | + | Allyhealth, 1535 Chestnut Street, Suite 100, Philadelphia, PA 19102-2569 |
| 517746246 | + | American Elite Molding, LLC, 5680 John Givens Road, Crestview, FL 32539-7018 |
| 517746237 | + | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 517770726 | + | Avaya Financial Services, PO Box 550599, Jacksonville, FL 32255-0599 |

Case 18-27963-MBK    Doc 1335    Filed 10/30/20    Entered 10/31/20 00:21:57    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 147 | Total Noticed: 167 |

| | | |
|---|---|---|
| 517756381 | + | BLACK & DECKER (US) INC., 701 E. JOPPA RD MY 005, TOWSON, MD 21286-5502 |
| 517770731 | + | BNP Media, 2401 W. Big Beaver Road, Suite 700, Troy, MI 48084-3333 |
| 517746186 | + | Bay Alarm Company, 740 S. Rochester Avenue, Suite D, Ontario, CA 91761-8179 |
| 517770727 | + | Bay Insulation, PO BOX 9229, Green Bay, WI 54308-9229 |
| 517770728 | | Blackman, PO Box 9400, Uniondale, NY 11555-9400 |
| 517770729 | + | Blue Hawk HVAC/R Dist. Coop., 835 W. Warner Road, Attn: Char Fetty, Suite 101-622, Gilbert, AZ 85233-7269 |
| 517770730 | + | BlueHawk Cooporative, 835 W. Warner Road, Attn: Char Fetty, Suite 101-622, Gilbert, AZ 85233-7269 |
| 517770733 | + | CARR/XEROX, 130 Spagnoli Road, Melville, NY 11747-3502 |
| 517827591 | + | CIT Communications Finance Corporation, c/o Bankruptcy Processing Solutions, Inc, PO Box 593007, San Antonio, TX 78259-0200 |
| 517827654 | + | CIT Finance, LLC, c/o Bankruptcy Processing Solutions, Inc, PO Box 593007, San Antonio, TX 78259-0200 |
| 517770732 | + | Caplin & Drysdale, 600 Lexington Avenue, 21st Floor, New York, NY 10022-7619 |
| 517746240 | | Century Mechanical Systems, P.O. Box 60270, Al Quoz Industrial Area-4, DUBAI, United Arab Emirates |
| 517770734 | + | Charter Oak Financial, 430 Center Avenue, Mamaroneck, NY 10543-2254 |
| 517746188 | | Cintas Corp., 75A Bloomingdale Road, Hicksville, NY 11801-6536 |
| 517746187 | | Cintas Corp., PO Box 29059, Phoenix, AZ 85038-9059 |
| 517770735 | | Cleats Mfg, 701 S. Kostner Avenue, Chicago, IL 60623 |
| 517770736 | + | Coface North America Insurance Company, 99 Park Avenue, #1110, New York, NY 10016-1354 |
| 517770737 | + | Cool Insuring Agency, Inc., PO Box 2153, Glens Falls, NY 12801-2153 |
| 517746189 | #+ | DJJ Technologies, 3116 Expressway South, Islandia, NY 11749-5013 |
| 517770738 | + | David Brett Krupnick, 880 Deep Hole Drive, Mattituck, NY 11952-2699 |
| 517770739 | + | DeFour, Shauna, 225 Lake Avenue, Deer Park, NY 11729-4136 |
| 517956078 | | Dell Financial Services L.L.C., c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Austin, Texas 78746 |
| 517746245 | + | Die Matic Products, LLC, 130 Express St., Plainview, NY 11803-2477 |
| 517746190 | + | Duro Dyne Corporation, 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517746191 | + | Duro Dyne Machinery Corp., 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517746192 | + | Duro Dyne Midwest Corp., 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517746193 | + | Duro Dyne National Corporation, 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517770745 | + | Duro Dyne Pension Fund, c/o Duro Dyne Corporation, 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517770746 | + | Duro Dyne West Corp., 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517746250 | + | Dynamic Metals Inc., 1713 South Second St., Piscataway, NJ 08854-1741 |
| 517770748 | + | EB Employee Solutions, LLC, 245 Main Street, Suite 605, White Plains, NY 10601-2425 |
| 517770747 | + | East Coast Metal, 1313 South Briggs Avenue, Attn: Teresa Wilkins, Durham, NC 27703-5049 |
| 517770749 | + | Econium Data International, 5755 Granger Road, Suite 345, Independence, OH 44131-1455 |
| 517770750 | + | Ed's Supply Company Inc, 711 6th Avenue South, Nashville, TN 37203-4615 |
| 517770751 | | First Allmerica Financial Service Center, PO Box 758552, Topeka, KS 66675-8552 |
| 517770754 | + | Getzler Henrich & Associates LLC, 290 Madison Avenue, 20th Floor, New York, NY 10017-6308 |
| 517770755 | + | Gilbert LLP, 700 Pennsylvania Ave., S.E., Suite 400, Washington, DC 20003-2659 |
| 517770756 | + | HARDI, 445 Hutchinson Avenue, Suite 550, Columbus, OH 43235-8618 |
| 517746194 | + | HRM Facilities Services, Inc., PO Box 78373, Corona, CA 92877-0145 |
| 517770757 | + | Hartford Fire Insurance Company, Inc., One Hartford Plaza, Hartford, CT 06155-0001 |
| 517770759 | + | Hinden Grandchildren Trust, 10 Venetian Way, Apt. #1202, Miami Beach, FL 33139-8833 |
| 517770760 | + | Hinden, Irene L, 10 Venetian Way, Apt. 202, Miami Beach, FL 33139-8831 |
| 517770761 | | Hinden, Randall S, 1255 Woodcliff Drive, Mattituck, NY 11952-2933 |
| 517770763 | + | Homans Associates, 1401 Erie Boulevard, Suite 2, Syracuse, NY 13210-1202 |
| 517746195 | + | ICON Logistics, Inc., One Bush Street, Suite 1100, San Francisco, CA 94104-4417 |
| 517770764 | + | Iannazzo, James W, 30 W Zoraine Drive, Farmingdale, NY 11735-2818 |
| 517872242 | + | Int'l Assoc. of Sheet Metal, Air, Rail and Transpo, c/o Wasserman, Jurista & Stolz, PC, Attn: Scott S. Rever, Esq., 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920-4500 |
| 517770765 | + | International Exposition Co., 15 Franklin Street, Westport, CT 06880-5967 |
| 517770766 | + | Irene Hinden, 10 Venetian Way, Apt. 1202, Miami Beach, FL 33139-8833 |
| 517746242 | + | JM Burns Steel Supply, 515 Wyoming Ave, Cincinnati, OH 45215-4400 |
| 517770768 | + | Johnstone Supply, 11632 NE Ainsworth Circle, Portland, OR 97220-9016 |
| 517770770 | + | Krupnick, David, 880 Deep Hole Drive, Mattituck, NY 11952-2699 |
| 517746243 | + | L.I.S. Enterprises, Inc., 263 South York Road, Hatboro, PA 19040-3427 |
| 517770772 | + | L.M.S. Technical Svcs, 21 Grand Avenue, Farmingdale, NY 11735-6331 |
| 517770775 | + | LMS Technical Services, 21 Grand Avenue, Farmingdale, NY 11735-6300 |
| 517770773 | + | Lindsay Jill Blumenthal, 1420 Gabriella Court, Mattituck, NY 11952-2490 |
| 517770774 | + | Linkedin, 1000 West Maude Avenue, Sunnyvale, CA 94085-2810 |
| 517770776 | + | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| 517770777 | + | M&M Mfg, 4001 Mark IV Parkway, Fort Worth, TX 76106-4129 |
| 517770778 | + | MacArthur Co, 2400 Wycliff St, St. Paul, MN 55114-1268 |
| 517746196 | + | Mail Finance (Neopost), 478 Wheelers Farm Road, Milford, CT 06461-9105 |
| 517746234 | + | Majestic Steel USA, Inc., 31099 Chagrin Blvd., Suite 150, Attn: Susan Suvak, Cleveland, OH 44124-5930 |

Case 18-27963-MBK    Doc 1335    Filed 10/30/20    Entered 10/31/20 00:21:57    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 147 | Total Noticed: 167 |

| | | |
|---|---|---|
| 517770779 | | Massmutual Financial Group, APM Processing Center, PO Box 92485, Chicago, IL 60675-2485 |
| 517770780 | | Max Hinden, 1255 Woodcliff Drive, Mattituck, NY 11952-2933 |
| 517746248 | + | Mestek, Inc., 260 North Elm Street, Westfield, MA 01085-1614 |
| 517746236 | + | Midland Steel, 5825 S. Greenwood Ave., Attn: Ed Smookier, Los Angeles CA 90040-3846 |
| 517770781 | | Minnesota Revenue, Mail Station 1765, St Paul, MN 55145-1765 |
| 517770782 | + | NDS Systems LC, 3505 E Frontage Road, Suite 175, Clearwater, FL 33607-1762 |
| 517770783 | + | NDS Systems LLC, 3505 E. Frontage Road, Suite 175, Tampa, FL 33607-1762 |
| 517770784 | | NJ Division of Taxation, PO Box 666, Trenton, NJ 08646-0666 |
| 517746235 | | Nakazawa Die Casting, Lot 46910, Block D, Taman Perindustrian Selayang, 68100 BATU CAVES, Selangor Darul Ehsan MALAYSIA |
| 517746182 | + | New Jersey Division of Taxation, 50 Barrack Street, CN 269, Trenton, NJ 08646-0269 |
| 517746197 | + | PDI Partner's Delivery, Inc., 10837 Commerce Way, Unit #D, Fontana, CA 92337-8202 |
| 517746239 | + | PHD Manufacturing, Inc., 44018 Columbiana-Waterford Rd., Columbiana, OH 44408-9481 |
| 517746198 | + | PRO4MA II, LLC, PO Box 32, Brightwaters, NY 11718-0032 |
| 517746200 | + | PRO4MA, LLC, PO Box 32, Brightwaters, NY 11718-0032 |
| 517770785 | + | Phocas Inc., PO Box 782434, Orlando, FL 32878-2434 |
| 517746249 | + | Pregis Holding, 515 Enterprise Street, Aurora, IL 60504-8143 |
| 517770786 | + | Pro-Fab Sheet Metal Inc, 355 South Stewart Avenue, Addison, IL 60101-3340 |
| 517770789 | | R.E. Michels Co, One R.E. Michel Drive, Glen Burnie, MD 21060 |
| 517746251 | + | R2 Tape, Inc., 1626 Bridgewater Road, Bensalem, PA 19020, Herculite Products 19020-4509 |
| 517770792 | + | REGUS, 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |
| 517770794 | + | RIZE Enterprises, LLC, PO Box 1311, Brentwood, NY 11717-0688 |
| 517770790 | + | Randall Hinden, 1255 Woodcliff Drive, Mattituck, NY 11952-2933 |
| 517770791 | + | Refricenter of Miami, 7101 NW 43rd Street, Miami, FL 33166-6829 |
| 517746238 | + | Retrans Freight, 420 Airport Road, Fall River, MA 02720-4764 |
| 517770793 | + | Risk Management Consultants, Crossroads Corporate Center, One International Boulevard, Suite 605, Mahwah, NJ 07495-0025 |
| 517770795 | + | Robertson Heating Supply Co, 2155 W. Main Street, Alliance, OH 44601-2190 |
| 517770796 | + | Rossetto, Patrick, 2 Samuel Court, Syosset, NY 11791-3853 |
| 517770797 | + | Royal Metals, 100 Royal Way, Temple, GA 30179-4437 |
| 517770798 | + | S.W. Anderson Sales, 63 Daniel Street, Farmingdale, NY 11735-1303 |
| 517770802 | + | SMACNA Show Management, 1430 Spring Hill Raod, 6th Floor, Mc Lean, VA 22102-3000 |
| 517770799 | + | Sanacora, Jo Ann, 345 Pecan Street, Lindenhurst, NY 11757-4709 |
| 517770800 | + | Scully, Scott, Murphy & Presser, P.C., 400 Garden City Plaza, Suite 300, Garden City, NY 11530-3319 |
| 517746244 | | Sealers Inc., 5017 South 38th Street, St. Louis, MO 63116-4129 |
| 517746201 | | Sheet Metal Workers Local 170, 9101 East Whittier Blvd., 2nd Floor, Pico Rivera, CA 90660-2405 |
| 517746233 | + | Six-2 Fastener Imports, 2 Bucks Lane, Suite 7, Marlboro, NJ 07746-1473 |
| 517746247 | + | Snyder Mfg., Inc., 3001 Progress St., Dover, OH 44622-9640 |
| 517770803 | + | Technical Distributors Inc, PO Box 3826, Guaynabo, PR 00970-3826 |
| 517770804 | | Texas Comptroller of Public Accounts, PO Box 1493418, Austin, TX 78714-9348 |
| 517770809 | + | Tobey Geller, 4 Rowe Court, Roslindale, MA 02131-4310 |
| 517770810 | + | Transamerica Life Insurance Company, 4333 Edgewood Road NE, Cedar Rapids, IA 52499-0001 |
| 517770811 | + | Travelers, susidiaries: Charter Oak, Phoenix), One Tower Square, Hartford, CT 06183-0001 |
| 517770813 | + | U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 517770814 | | Underwriters Laboratories LLC, 75 Remittance Drive, Suite #1524, Chicago, IL 60675-1524 |
| 517770815 | | Washington Department of Revenue, Taxpayer Account Administration, PO Box 47476, Olympia, WA 98504-7476 |
| 517770816 | + | Watsco, Inc, 2665 South Bayshore Drive, Suite 901, Miami, FL 33133-5436 |
| 517770817 | + | Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, NY 11530-3336 |
| 517834279 | + | Wells Fargo Equipment Finance, Wells Fargo Bank, N.A., MAC F0005-055, 800 Walnut St., Des Moines, IA 50309-3605 |
| 517746202 | | Wells Fargo Financial, Capital Finance Accounts Receivable, PO Box 7777, San Francisco, CA 94120-7777 |
| 517770818 | + | Wendy Hinden, 350 Bradford St., Unit 3, Provincetown, MA 02657-1817 |
| 517770762 | + | Wendy Lynne Hinden, 350 Bradford Street, Unit 3, Provincetown, MA 02657-1817 |
| 517770819 | + | White, Leo, 25 Wedgewood Lane, Brookhaven, NY 11719-9708 |
| 517770820 | + | Young, Conaway, Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |

TOTAL: 156

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 22:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2020 22:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 18-27963-MBK  Doc 1335  Filed 10/30/20  Entered 10/31/20 00:21:57  Desc
Imaged Certificate of Notice  Page 5 of 8

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 147 | Total Noticed: 167 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2020 22:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bncctnotifications@pbgc.gov | Oct 28 2020 22:47:00 | Pension Benefit Guaranty Corp, Office of the General Counsel, 1200 K Street, N.W., Attn: Jordan Jacobson, Washington, DC 20005-4025 |
| 517770740 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 28 2020 22:43:31 | Dell Financial Services, PO Box 81577, Austin, TX 78708-1577 |
| 517842458 | + | Email/Text: lynn.colombo@duke-energy.com | Oct 28 2020 22:49:00 | Duke Energy Ohio, 550 South Tryon Street, Charlotte, NC 28202-4200 |
| 517770752 | | Email/Text: bankruptcy@unum.com | Oct 28 2020 22:47:00 | First UNUM Life Insurance Co., PO Box 406927, Atlanta, GA 30384-6927 |
| 517770753 | | Email/Text: actg@gensco.com | Oct 28 2020 22:47:00 | Gensco Inc., 4402-20th STREET E, Tacoma, WA 98424 |
| 517772827 | + | Email/Text: creditdept3rdpartyBKR@mscdirect.com | Oct 28 2020 22:47:00 | MSC INDUSTRIAL SUPPLY CO, 75 MAXESS ROAD, MELVILLE, NY 11747-3151 |
| 517746181 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2020 22:48:00 | United States Trustee, Office of the US Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517770821 | | Email/Text: usz.bankruptcy.legal.coll@zurichna.com | Oct 28 2020 22:48:00 | Zurich American Insurance Co., 1299 Zurich Way, Tower 2, Floor 5, Schaumburg, IL 60196-1056 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Anderson Kill, P.C. |
| cr | | WELLS FARGO BANK, N.A. |
| 517770721 | | Abby Wein |
| 517770758 | | Hayley Rebekah Geller |
| 517770767 | | Jessie Cawley |
| 517770801 | | See Rider B 73 & Rider G attached hereto |
| 517770805 | | The Hinden Grandchildren Trust |
| 517770806 | | The Irene Lee Hinden Trust |
| 517770807 | | The Randall Scott Hinden Trust |
| 517770808 | | The Wendy Lynn Geller Trust |
| 517770812 | | Trust under Art. 3rd of LWT, of S. Blumenthal |
| aty | *+ | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| aty | *+ | Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |
| cr | * | Max Hinden, 1255 Woodcliff Drive, Mattituck, NY 11952-2933 |
| cr | * | Randall Hinden, 1255 Woodcliff Drive, Mattituck, NY 11952-2933 |
| cr | *+ | Wendy Hinden, 350 Bradford St., Unit 3, Provincetown, MA 02657-1817 |
| 517770719 | *+ | 4 Site, LLC, 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517756878 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517770742 | *+ | Duro Dyne Corporation, 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517770743 | *+ | Duro Dyne Machinery Corp., 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517770744 | *+ | Duro Dyne Midwest Corp., 81 Spence Street, Bay Shore, NY 11706-2206 |
| 517746183 | *+ | Internal Revenue Service, 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5002 |
| 517770718 | *+ | Internal Revenue Service, 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5002 |
| 517770771 | *+ | L.I.S. Enterprises, Inc, 263 South York Road, Hatboro, PA 19040-3427 |
| 517770717 | *+ | New Jersey Division of Taxation, 50 Barrack Street, CN 269, Trenton, NJ 08646-0269 |
| 517746199 | *+ | PRO4MA II, LLC, PO Box 32, Brightwaters, NY 11718-0032 |
| 517770787 | *+ | PRO4MA II, LLC, PO Box 32, Brightwaters, NY 11718-0032 |
| 517770788 | *+ | PRO4MA, LLC, PO Box 32, Brightwaters, NY 11718-0032 |
| 517770716 | *+ | United States Trustee, Office of the US Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517746241 | ##+ | Cambridge Resources, 960 Alabama Avenue, Brooklyn, NY 11207-8327 |

517770741   ##      Distribution International, P.O. Box 23847, Houston, TX 77228-3847
517770769   ##+     Joshua Blumenthal, 1717 Toomey Road, Apt. 412, Austin, TX 78704-0095

TOTAL: 11 Undeliverable, 18 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp  lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company  christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company  christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller  dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO  dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com |
| Daniel Wagner London, I | on behalf of Interested Party MidStates Reinsurance Corporation  dlondon@londonfischer.com |
| Denise E. Carlon | on behalf of Loss Mitigation Shellpoint Mortgage Servicing  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Edwin J Harron | on behalf of Other Prof. Lawrence Fitzpatrick    dlaskin@ycst.com |
| Edwin J Harron | on behalf of Attorney Young Conaway Stargatt & Taylor  LLP  eharron@ycst.com, dlaskin@ycst.com |
| Jeffrey A. Cooper | on behalf of Creditor 4 Site  LLC  jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | on behalf of Debtor Duro Dyne MidWest Corp.  jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Attorney Cort T. Malone  jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Noticing Agent BMC Group  Inc.  jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Debtor Duro Dyne National Corp.  jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |

Case 18-27963-MBK    Doc 1335    Filed 10/30/20    Entered 10/31/20 00:21:57    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 147 | Total Noticed: 167 |

| | |
|---|---|
| | on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Interested Party Duro Dyne West jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | on behalf of Other Prof. Getzler Henrich & Associates LLC jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| John A. Fialcowitz | on behalf of Attorney Caplin & Drysdale Chartered john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |
| Jordan E. Jacobson | on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov |
| Kami Elizabeth Quinn | on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com |
| Karl J. Norgaard | on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Mark S. Lichtenstein | on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com mplevin@crowell.com;tyoon@crowell.com |
| Matthew B. Heimann | on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com |
| Sean M. Beach | on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com |
| Sommer Leigh Ross | on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com AutoDocketWILM@duanemorris.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Oct 28, 2020 | Form ID: 147 | Total Noticed: 167 |

Stephen Forte
    on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
    on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
    on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
    wmcgrath@dilworthlaw.com

TOTAL: 42