**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## TWENTY-THIRD MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
## FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this Twenty-Third monthly fee statement[2] for the period September 1, 2020 through September 30, 2020 (the "**Twenty-Third Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

Pursuant to the Administrative Order, responses to the Twenty-Third Fee Statement, if any, are due by November 30, 2020.

Dated: November 20, 2020        Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., et al.,[1] | APPLICANT: | Lowenstein Sandler LLP |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**TWENTY-THIRD MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$1,461,654.00** | **$46,406.31** |
| TOTAL FEES ALLOWED TO DATE: | **$1,443,771.00** | **$46,406.31** |
| TOTAL RETAINER REMAINING | **$0.00** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | **$3,576.60** | **$0.00** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | **$1,443,771.00** | **$46,406.31** |

| | |
|---|---|
| FEE TOTALS | $59,285.00 |
| DISBURSEMENTS TOTALS | +$346.20 |
| TOTAL FEE APPLICATION | $59,631.20 |
| MINUS 20% HOLDBACK | - $11,857.00 |
| AMOUNT SOUGHT AT THIS TIME | $47,774.20 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the current interim period only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Adamo, Lesley P. | 2010 | Partner/Corporate / Tax | 0.20 | $895.00 | $179.00 |
| Berger, John L. | 1982 | Partner/Corporate / Tax | 1.90 | $855.00 | $1,624.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 47.40 | $895.00 | $42,423.00 |
| Wovsaniker, Alan | 1977 | Partner/Corporate / Tax | 3.30 | $905.00 | $2,986.50 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 2.30 | $470.00 | $1,081.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 2.40 | $695.00 | $1,668.00 |
| Yusem, Stuart S. | 1984 | Counsel/Corporate / Tax | 1.00 | $755.00 | $755.00 |
| Perlmutter, Erica | 2018 | Associate/Corporate / Tax | 3.10 | $420.00 | $1,302.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 15.70 | $270.00 | $4,239.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 10.50 | $250.00 | $2,625.00 |
| Mignone, Joseph | N/A | Paralegal/Corporate / Tax | 1.20 | $335.00 | $402.00 |
| **TOTAL FEES** | | | **89.00** | | **$59,285.00** |
| **Attorney Blended Rate** | | | | | **$844.46** |

# SECTION II
# SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 2.30 | $685.00 |
| B160 | Fee/Employment Applications | 4.40 | $1,188.00 |
| B175 | Fee Applications and Invoices - Others | 6.60 | $1,911.00 |
| B210 | Business Operations | 3.40 | $1,443.00 |
| B240 | Tax Issues | 2.10 | $1,803.50 |
| B250 | Real Estate | 2.40 | $1,668.00 |
| B310 | Claims Administration and Objections | 1.00 | $470.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 63.50 | $47,130.00 |
| B420 | Restructurings | 3.30 | $2,986.50 |
| | **Total** | **89.00** | **$59,285.00** |

# SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---:|
| Filing fees | $338.20 |
| Bulk rate/special postage | $8.00 |
| **Total Disbursements** | **$346.20** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: <u>September 7, 2018</u>

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)   Lowenstein Sandler reviewed and finalized closing documents;

    b)   Lowenstein Sandler reviewed, revised and filed the proposed confirmation order and related documents;

    c)   Lowenstein Sandler prepared and filed revised plan exhibits;

    d)   Lowenstein Sandler reviewed the draft note issuance agreement, promissory note and mortgages;

    e)   Lowenstein Sandler attended to the filing of the Debtors' monthly operating reports;

    f)   Lowenstein Sandler reviewed and commented on the Debtors' restated certificate of incorporation;

    g)   Lowenstein Sandler reviewed and commented on the charter amendment;

    h)   Lowenstein Sandler prepared and filed its sixth interim fee application, and assisted with the preparation and filing of interim fee applications for the Debtors' other professionals;

    i)   Lowenstein Sandler reviewed a stay violation complaint served on the Debtor; and

    j)   Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

| | | |
|---|---|---|
| (A) | ADMINISTRATION EXPENSES: | (100%) |
| (B) | SECURED CREDITORS: | (100%) |
| (C) | PRIORITY CREDITORS: | (100%) |
| (D) | GENERAL UNSECURED CREDITORS: | (100%) |

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
CREDITORS (IF APPLICABLE):  The Bankruptcy Court's recommendation in favor of
confirmation of the Debtor's Plan of Reorganization is pending before the District Court.

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  November 20, 2020                              /s/ *Jeffrey D. Prol*_____
                                                                Jeffrey D. Prol Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS
EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

DATED: **October 19, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

### EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through September 30, 2020

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Adamo, Lesley P. | 2010 | Partner/Corporate / Tax | 0.20 | $895.00 | $179.00 |
| Berger, John L. | 1982 | Partner/Corporate / Tax | 1.90 | $855.00 | $1,624.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 47.40 | $895.00 | $42,423.00 |
| Wovsaniker, Alan | 1977 | Partner/Corporate / Tax | 3.30 | $905.00 | $2,986.50 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 2.30 | $470.00 | $1,081.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 2.40 | $695.00 | $1,668.00 |
| Yusem, Stuart S. | 1984 | Counsel/Corporate / Tax | 1.00 | $755.00 | $755.00 |
| Perlmutter, Erica | 2018 | Associate/Corporate / Tax | 3.10 | $420.00 | $1,302.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 15.70 | $270.00 | $4,239.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 10.50 | $250.00 | $2,625.00 |
| Mignone, Joseph | N/A | Paralegal/Corporate / Tax | 1.20 | $335.00 | $402.00 |
| **TOTAL FEES** | | | **89.00** | | **$59,285.00** |
| **Attorney Blended Rate** | | | | | **$844.46** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 09/08/20 | DC | Tend to filing and service of July 2020 MOR | 0.20 | $54.00 |
| B110 | 09/17/20 | EBL | Finalize and e-file 5 certs of service for BMC Group | 0.70 | $175.00 |
| B110 | 09/18/20 | DC | Tend to filing August 2020 monthly operating report | 0.20 | $54.00 |
| B110 | 09/22/20 | JM | Monitor e-mails; discuss pre-clear options in NY; correspond with A. Wovsaniker re: pre-clearing in NY and fees; prepare e-mail of same | 0.40 | $134.00 |
| B110 | 09/30/20 | JM | Submit NY restated charter for pre-clear; prepare reponse email to E. Perlmutter of filing update in NY; call with A. Wovsaniker re: NY filing; prepare email of comments to LS working group | 0.80 | $268.00 |
| | | | **Total B110 - Case Administration** | 2.30 | $685.00 |
| **B160 Fee/Employment Applications** | | | | | |
| B160 | 09/01/20 | EBL | Prepare Lowenstein's sixth interim fee application and related documents | 1.90 | $475.00 |
| B160 | 09/02/20 | JAK | Review draft sixth interim fee application for Lowenstein Sandier and confer with LS team re: same | 0.30 | $141.00 |
| B160 | 09/03/20 | EBL | Revise, finalize, e-file and coordinate service of Lowenstein's sixth interim fee application | 0.70 | $175.00 |
| B160 | 09/03/20 | JAK | Correspond with LS team re: interim fee applications | 0.10 | $47.00 |
| B160 | 09/11/20 | EBL | Prepare and e-file cnos for LS 19th, 20th and 21st monthly fee statements; e-mail to client re: same | 1.20 | $300.00 |
| B160 | 09/24/20 | EBL | Review and respond to billing inquiry from J. Prol | 0.20 | $50.00 |
| | | | **Total B160 - Fee/Employment Applications** | 4.40 | $1,188.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 Fee Applications and Invoices - Others | | | | | |
| B175 | 09/01/20 | EBL | Prepare and e-file CNO to Anderson Kill's seventeenth monthly fee statement; update master fee chart re: same; e-mail to client re: same; emails with C. Malone re: same | 0.40 | $100.00 |
| B175 | 09/01/20 | JAK | Review draft certificate of no objection re: Anderson Kill's seventeenth monthly fee application and confer with LS team re: same | 0.10 | $47.00 |
| B175 | 09/02/20 | EBL | Revisions to Anderson Kill's second interim fee application | 0.60 | $150.00 |
| B175 | 09/02/20 | JAK | Review draft Anderson Kill's second interim fee application and confer with LS team re: same | 0.20 | $94.00 |
| B175 | 09/03/20 | EBL | Revise, finalize, e-file and coordinate service of Anderson Kill's sixth interim fee application | 1.10 | $275.00 |
| B175 | 09/03/20 | EBL | Emails with M. Podgainy and J. Prol re: Getzler's interim fee application | 0.30 | $75.00 |
| B175 | 09/03/20 | JAK | Confer with LS team re: Getzler fee applications | 0.20 | $94.00 |
| B175 | 09/08/20 | EBL | Review and revise Getzler's sixth interim fee statement; prepare notice of hearing re: same; e-mail to J. Prol and J. Kramer re: same | 1.10 | $275.00 |
| B175 | 09/08/20 | EBL | Finalize, e-file and coordinate service of Getzler's sixth interim fee application; update master fee chart re: same; e-mail to client re: same | 0.60 | $150.00 |
| B175 | 09/08/20 | JDP | Review Getzler interim fee application | 0.20 | $179.00 |
| B175 | 09/16/20 | EBL | Revise (.3); finalize (.2), e-file (.2) and coordinate service (.1) of Anderson Kill's eighteenth monthly fee statement; e-mails with C. Malone re: same (.1); update master fee chart re:  same (.1); e-mail to client re: same (.1) | 1.10 | $275.00 |
| B175 | 09/29/20 | EBL | Prepare Anderson Kill's CNO re: eighteenth monthly fee statement; email with C. Malone re: same; email to J. Kramer and J. Prol re: same | 0.40 | $100.00 |
| B175 | 09/29/20 | EBL | Finalize and e-file CNO re: Anderson Kill's eighteenth monthly fees statement; email to client re: same; update master fee chart re: same | 0.20 | $50.00 |
| B175 | 09/29/20 | JAK | Review certificates of no objection for monthly fee applications | 0.10 | $47.00 |
| **Total B175 - Fee Applications and Invoices - Others** | | | | 6.60 | $1,911.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|

**B200 - Operations**

**B210 Business Operations**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 09/08/20 | JAK | Review monthly operating report and confer with client and LS team re: same | 0.20 | $94.00 |
| B210 | 09/21/20 | EP | Review and revise certificate of incorporation; correspondence with A. Wovsaniker re: same | 2.60 | $1,092.00 |
| B210 | 09/28/20 | JAK | Review August monthly operating report and confer with LS team | 0.10 | $47.00 |
| B210 | 09/29/20 | EP | Finalize restated certificate of incorporation | 0.50 | $210.00 |
| | | | **Total B210 - Business Operations** | 3.40 | $1,443.00 |

**B240 Tax Issues**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B240 | 09/18/20 | JLB | E-mails from/to J. Prol, S. Yusem, L. Adamo, A. Wovsaniker; document review; consider tax issue | 0.80 | $684.00 |
| B240 | 09/18/20 | LPA | Correspondence re: tax matters | 0.20 | $179.00 |
| B240 | 09/20/20 | JLB | Telephone conferences with A. Wovsaniker; review restated certificate of incorporation | 0.50 | $427.50 |
| B240 | 09/21/20 | JLB | E-mails from/to A. Wovsaniker; review, provide comments on restated certificate of incorporation | 0.60 | $513.00 |
| | | | **Total B240 - Tax Issues** | 2.10 | $1,803.50 |

**B250 Real Estate**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B250 | 09/14/20 | DAS | E-mails with J. Prol and S. Yusem re: status of finalizing documents | 0.30 | $208.50 |
| B250 | 09/15/20 | DAS | Review revised draft note issuance agreement, promissory note and mortgages; various e-mails re: same | 1.60 | $1,112.00 |
| B250 | 09/16/20 | DAS | E-mails re: reviewing pledge agreement | 0.20 | $139.00 |
| B250 | 09/23/20 | DAS | Review revised draft mortgages; e-mails with J. Prol re: same | 0.30 | $208.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B250 - Real Estate** | 2.40 | $1,668.00 |

**B300 - Claims and Plan**

B310 Claims Administration and Objections

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B310 | 09/15/20 | JAK | Correspond with client and LS team re: Allen litigation and review complaint served on Debtor | 0.30 | $141.00 |
| B310 | 09/16/20 | JAK | Correspond with client re: asbestos complaint and stay violation; correspond with plaintiff's counsel re: Allen asbestos complaint; review Allen complaint re: stay violation | 0.70 | $329.00 |
| | | | **Total B310 - Claims Administration and Objections** | 1.00 | $470.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B320 | 09/01/20 | SSY | Confer with R. Stehl re: finalizing exit loan documents | 0.20 | $151.00 |
| B320 | 09/02/20 | JDP | E-mails from/to A. Wein re: revisions to FOF/COL and confirmation order | 0.10 | $89.50 |
| B320 | 09/03/20 | JDP | Develop plan for submission of FOF/COL and confirmation order; prepare for call with ACC and legal rep | 1.50 | $1,342.50 |
| B320 | 09/04/20 | JDP | Prepare for and participate in call with ACC and legal rep counsel re: filing of amended FOF/COL and confirmation order | 0.80 | $716.00 |
| B320 | 09/08/20 | JDP | Finalize FOF/COL and proposed confirmation order; circulate to N. River, BoA and UST for comments | 2.00 | $1,790.00 |
| B320 | 09/09/20 | JDP | E-mails from/to A. Wein re: process for plan confirmation | 0.20 | $179.00 |
| B320 | 09/09/20 | JDP | Review and finalize exhibits to confirmation order | 1.20 | $1,074.00 |
| B320 | 09/10/20 | JDP | Review G. Calhoun comments to FOF/COL and proposed confirmation order | 0.30 | $268.50 |
| B320 | 09/10/20 | JDP | E-mails to/from R. Stehl, S. Yusem and client re: BoA comments on FOF/COL | 0.20 | $179.00 |
| B320 | 09/11/20 | JDP | E-mails to/from committee, legal rep, UST and N. River re: revised FOF/COL and confirmation order | 0.30 | $268.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/11/20 | JDP | E-mails to S. Yusem and R. Stehl re: BoA comments on FOF/COL and proposed confirmation order; telephone conference with R. Stehl re: same | 0.20 | $179.00 |
| B320 | 09/11/20 | JDP | Develop strategy for closing case | 1.20 | $1,074.00 |
| B320 | 09/14/20 | JDP | E-mails to/from R. Stehl re: comments on FOF and confirmation order | 0.10 | $89.50 |
| B320 | 09/14/20 | JDP | Review BoA comments to FOF/COL; edit docs per BoA's comments' e-mails to/from committee and legal rep re: same | 1.00 | $895.00 |
| B320 | 09/14/20 | JDP | Final review of closing documents; prepare closing exhibit list | 2.00 | $1,790.00 |
| B320 | 09/15/20 | JDP | Review docket; draft notice of filing of FOF/COL and confirmation order; review and edit FOF and COL | 3.00 | $2,685.00 |
| B320 | 09/16/20 | JDP | E-mails to/from client re: review of and finalizing closing documents | 0.30 | $268.50 |
| B320 | 09/16/20 | JDP | Review and finalize closing documents | 2.50 | $2,237.50 |
| B320 | 09/16/20 | JDP | Review and finalize draft of Notice of Filing; e-mails to/from client, committee and legal rep re: same | 1.00 | $895.00 |
| B320 | 09/17/20 | JDP | Follow up re: comments on Cooperation Agreement and status of BoA closing documents | 0.50 | $447.50 |
| B320 | 09/17/20 | JDP | Compile plan exhibits and schedules; prepare for fiing | 2.00 | $1,790.00 |
| B320 | 09/18/20 | JDP | E-mails from/to A. Wovsakiker re: issues re: amendment to certificate of incorporation | 0.30 | $268.50 |
| B320 | 09/18/20 | JDP | Prepare for and participate in call with client and C. McGiveny re: cooperation agreement | 1.00 | $895.00 |
| B320 | 09/18/20 | JDP | Review plan terms and exhibits; prepare closing checklist | 1.50 | $1,342.50 |
| B320 | 09/18/20 | JDP | Telephone conference with C. O'Callaghan re: questions re: amendment to certificate of incorporation | 0.20 | $179.00 |
| B320 | 09/18/20 | JDP | Review plan and certificate of incorporation; forward issue to J. Berger and A. Wovsaniker | 0.80 | $716.00 |
| B320 | 09/18/20 | JDP | E-mails to/from A. Wein re: cooperation agreement; review cooperation agreement to respond to questions raised | 0.30 | $268.50 |
| B320 | 09/21/20 | JDP | Review and analyze issues re: revisions to certificate of incorporation; confer with A. Wovsaniker and C. O'Callaghan re: same | 0.50 | $447.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/21/20 | JDP | Prepare for (.5) and participate in call with client re: questions and issues regarding note issuance agreement and security agreement | 0.80 | $716.00 |
| B320 | 09/21/20 | JDP | Review plan exhibits; prepare for fling notice of filing of revised plan exhibits | 1.50 | $1,342.50 |
| B320 | 09/22/20 | JDP | Draft notice of filing of revised exhibits to plan | 1.50 | $1,342.50 |
| B320 | 09/22/20 | JDP | E-mails to/from J. Liesimer re: notice of filing revised plan exhibits | 0.20 | $179.00 |
| B320 | 09/22/20 | JDP | E-mails to/from S. Yusem and C. O'Callaghan re: steps necessary to get to closing with BoA | 0.20 | $179.00 |
| B320 | 09/22/20 | JDP | Review and comment on revised certificate of incorporation | 0.30 | $268.50 |
| B320 | 09/22/20 | JDP | Follow-up re: amended certificate of incorporation and comments to Notice of Filing | 0.50 | $447.50 |
| B320 | 09/22/20 | SSY | Confer with J. Prol re: finalizing Duro Dyne exit financing ancillary documents and checklist items; review lender's checklist | 0.50 | $377.50 |
| B320 | 09/23/20 | JDP | E-mails to/from J. Liesemer re: requirements for notices of filing | 0.20 | $179.00 |
| B320 | 09/24/20 | JDP | Continued preparation for closing | 1.50 | $1,342.50 |
| B320 | 09/25/20 | DC | Review files for plan exhibits filed on 6/6/2020, telephone conference with J. Prol to discuss strategy with respect to amended filings and create electronic folders for filing | 1.80 | $486.00 |
| B320 | 09/25/20 | JDP | Compile and review plan exhibits and schedules; review redlines marked to show changes since Third Amended Plan was filed; prepare for filing | 4.50 | $4,027.50 |
| B320 | 09/28/20 | DC | Revise Notice of Filing Exhibits, prepare redlines for all revised plan documents, review 6-6-19 filings for mortgage agreements and confer with J. Prol re: strategy for filing | 4.80 | $1,296.00 |
| B320 | 09/28/20 | JDP | Prepare plan, exhibits, findings of fact and confirmation order for filing | 4.50 | $4,027.50 |
| B320 | 09/29/20 | DC | Revise redlined exhibits and prepare same for filing with the court | 2.80 | $756.00 |
| B320 | 09/29/20 | JDP | Review Plan and exhibits for filing with Court | 3.00 | $2,685.00 |
| B320 | 09/29/20 | SSY | Confer with C. O'Callaghan re: EBITDA term in loan agreement for exit financing | 0.30 | $226.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B320 | 09/30/20 | DC | Revisions to revised plan documents, run redlined versions of same, coordinate exhibits for filing and tend to filing same | 5.90 | $1,593.00 |
| B320 | 09/30/20 | JDP | Continued preparation for filing revised exhibits, findings of fact and proposed confirmation order; attention to service | 3.50 | $3,132.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 63.50 | $47,130.00 |

B400 - Bankruptcy-Related Advice

B420 Restructurings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B420 | 09/18/20 | AW | E-mails with J. Prol and J. Berger and review charter documents | 0.50 | $452.50 |
| B420 | 09/20/20 | AW | Telephone conferences with J. Berger re: charter and split | 0.40 | $362.00 |
| B420 | 09/21/20 | AW | Office conference with J. Prol; office conference with E. Perlmutter re: edits to charter; review and comment on revisions; e-mails with J. Prol, J. Berger and E. Perlmutter | 1.20 | $1,086.00 |
| B420 | 09/22/20 | AW | E-mails re; charter amendment | 0.20 | $181.00 |
| B420 | 09/28/20 | AW | E-mails re: charter amendment | 0.10 | $90.50 |
| B420 | 09/29/20 | AW | E-mails and office conferences with J. Prol and E. Perlmutter re: comments on charter amendment and related matters | 0.40 | $362.00 |
| B420 | 09/30/20 | AW | E-mails and office conference with J. Prol, E. Perlmutter and J. Mignone re: charter amendment | 0.50 | $452.50 |
| | | | **Total B420 - Restructurings** | 3.30 | $2,986.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 2.30 | $685.00 |
| B160 | Fee/Employment Applications | 4.40 | $1,188.00 |
| B175 | Fee Applications and Invoices - Others | 6.60 | $1,911.00 |
| B210 | Business Operations | 3.40 | $1,443.00 |
| B240 | Tax Issues | 2.10 | $1,803.50 |
| B250 | Real Estate | 2.40 | $1,668.00 |
| B310 | Claims Administration and Objections | 1.00 | $470.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 63.50 | $47,130.00 |
| B420 | Restructurings | 3.30 | $2,986.50 |
|  | **Total** | **89.00** | **$59,285.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Filing fees | $338.20 |
| Bulk rate/special postage | $8.00 |
| **Total Disbursements** | **$346.20** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

*ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.*

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/20 | CSC Filing Fees  VENDOR: CSC the US Corporation Co.; INVOICE#: 81110065297; DATE: 9/30/2020 DURO DYNE NATIONAL CORP | $338.20 |
| | Bulk rate/special postage | $8.00 |
| | Total Disbursements | $346.20 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**