**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for Official Committee of Asbestos Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF THE LAW OFFICE
OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD OF
<u>OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020</u>**

The Law Office of John A. Fialcowitz ("**Fialcowitz**"), local counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this twenty-fourth monthly fee statement[2] for the period commencing October 1, 2020 through October 31, 2020 (the "**Twenty-Fourth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Fialcowitz filed his *First Interim Fee Application of the Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 in lieu of his first monthly fee statement (Docket No. 340).

Pursuant to the Interim Compensation Order, responses to the Twenty-Fourth Fee Statement, if any, are due by December 7, 2020.

Dated: November 25, 2020

Respectfully submitted,

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**

By: /s/ John A. Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Ste. 1216
Morristown, NJ 07960
Telephone: (973) 532-7208

*Local Counsel to the Office Committee of Asbestos Claimants*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.*[1] | Applicant: | The Law Office of John A. Fialcowitz, LLC |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OR PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER (S) ATTACHED AS EXHIBIT B

**TWENTY-FOURTH MONTHLY FEE STATEMENT[2] OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

## SECTION 1
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $92,300.00 | $3,725.68 |
| TOTAL ALLOWED TO DATE | $89,537.50 | $3,725.68 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT | $90,538.00 | $3,725.68 |
| FEE TOTALS – PAGE 2 | $1,137.50 | |
| DISBURSEMENT TOTALS – PAGE 3 | | 0 |
| MINUS 20% HOLDBACK | $227.50 | |
| AMOUNT SOUGHT AT THIS TIME | $910.00 | |

---

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  Fialcowitz's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of The Law Office of John A. Fialcowitz, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 340).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| John A. Fialcowitz | 1995 | 3.5 | $325.00 | $1,137.50 |
| TOTAL FEES | | | | $1,137.50 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Fee Applications – Self | 1.3 | $422.50 |
| Financing | | |
| Litigation | .4 | $130.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Committee Meetings/Conferences | | |
| Travel Time | | |
| Docket Review & File Maintenance | | |
| Fee Applications – Others | 1.8 | $585.00 |
| Retention Applications – Others | | |
| Retention Applications – Self | | |
| Review Fee Application – Other Parties | | |
| SERVICE TOTALS: | 3.5 | $1,137.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | |
| Conference Call Charges | |
| Courier & Express Carriers | |
| Court Reporting | |
| Fax | |
| Filing Fees | |
| Other Research | |
| Pacer Fees | |
| Postage | |
| Reproduction Services – In-house | |
| Reproduction Services – Outside | |
| Travel | |
| Other (specify): | |
| **DISBURSEMENTS TOTALS:** | |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: November 8, 2018, effective as of September 27, 2018 [Docket No. 257].  See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   (a)   LBR9010-b(4) states that "[o]nly local counsel, and not the attorney admitted *pro hac vice*, may file papers, enter appearances, and receive notices and service of papers." Consistent with my obligations as the Committee's local counsel, I reviewed and filed all of the Committee's submissions during the Application Period.

3

    (b)    Fialcowitz prepared and filed his twenty-third monthly fee statement;

    (c)    Fialcowitz assisted in the preparation, review and filing of the monthly fee statements for other Committee professionals;

    (d)    Fialcowitz performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)    ADMINISTRATION EXPENSES: (unknown at this time)
    (B)    SECURED CREDITORS: (unknown at this time)
    (C)    PRIORITY CREDITORS: (unknown at this time)
    (D)    GENERAL UNSECURITED CREDITORS: (unknown at this time)

I certify under penalty of perjury that the above is true.

Dated: November 25, 2020                  Respectfully submitted,

**THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC**

By:   /s/ John A. Fialcowitz
       John A. Fialcowitz
       89 Headquarters Plaza North, Suite 1216
       Morristown, NJ 07960
       Telephone (973) 532-7208
       Email: john@fialcowitzlaw.com

# EXHIBIT A

# DURO DYNE NATIONAL CORP.

### Services and Disbursements Related to Serving as Local Counsel to the
### Official Committee of Asbestos Claimants
### October 1, 2020 through October 31, 2020

| Description of Services | Time | Charge |
|---|---|---|
| Review and respond to P. Holland of Gilbert's e-mail re: status of interim fee application (10/8/20) | .1 | $32.50 |
| Draft e-mail to Cecilia at Caplin firm re: certification of no objection on last monthly fee statements (10/8/20) | .1 | $32.50 |
| Prepare and file Fialcowitz certification of no objection (10/8/20) | .3 | $97.50 |
| Prepare and file Gilbert certification of no objection (10/8/20) | .3 | $97.50 |
| Review court notices on interim fee applications (10/9/20) | .1 | $32.50 |
| Review and file Caplin & Drysdale certification of no objection on monthly fee application (10/9/20) | .3 | $97.50 |
| Review order transferring case to District Court; update Caplin team (10/16/20) | .1 | $32.50 |
| Review Bankruptcy Court/District Court Order re: amended findings of fact (10/17/20) | .1 | $32.50 |
| Review and file Gilbert monthly fee statement (10/20/20) | .4 | $130.00 |
| Prepare monthly fee statement (10/20/20) | 1.0 | $325.00 |
| Draft e-mail to Diane Clausen of Lowenstein re: inquiry on the status of Caplin and other interim fee applications (10/23/20) | .1 | $32.50 |

| **Description of Services (continued)** | **Time** | **Charge** |
|---|---|---|
| Review court notification of order granting Caplin interim fee application; update Caplin team (10/23/20) | .1 | $32.50 |
| Review and file Caplin monthly fee statement (10/23/20) | .3 | $97.50 |
| Review entered order re: confirmation of plan; update Caplin team (10/26/20) | .2 | $65.00 |
| | 3.5 | $1,137.50 |
| **Total amount due this invoice** | | **$1,137.50** |

2

# EXHIBIT B



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Proposed Co-Counsel for the
Official Committee of Asbestos Claimants*

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: November 8, 2018

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., et al., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

---

Upon consideration of the application (the "Application") of the Official Committee of Asbestos Claimants (the "Committee") for entry of an order authorizing the employment and retention of the Law Office of John A. Fialcowitz, LLC ("Fialcowitz") as co-counsel to the Committee, effective as of the Petition Date (September 7, 2018), and upon consideration of the Fialcowitz Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Fialcowitz does not represent any person or entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Fialcowitz, (ii) Fialcowitz is a "disinterested person" pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary, and (iv) Fialcowitz's employment is necessary and in the best interest of the Committee; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.);

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Committee is authorized to employ and retain Fialcowitz, effective as of the Petition Date, to serve as co-counsel to the Committee in these Chapter 11 cases.

3. Fialcowitz shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any

Page:      3
Debtor:    Duro Dyne National Corp., et al., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of John A. Fialcowitz, LLC as Co-Counsel to the Official Committee of Asbestos Claimants

---

order entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or is otherwise waived.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of the Order.