THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>DURO DYNE NATIONAL CORP., et al. [1]<br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING TWENTY-FOURTH MONTHLY
FEE STATEMENT OF THE LAW OFFICE OF JOHN A. FIALCOWITZ
FOR THE PERIOD FROM OCTOBER 1, 2020, THROUGH OCTOBER 31, 2020
[DOCKET NO. 1347]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Twenty-Fourth Monthly Fee Statement of The Law Office of John A. Fialcowitz, LLC as local counsel for the Official Committee of the Asbestos Claimants (the "Committee"), for the period of October 1, 2020 through October 31, 2020 [Docket No. 1347] (the "Application"), filed on November 25, 2020, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

other responsive pleading to the Application appears thereon. Objections to the Application were

to be filed and served no later than December 7, 2020.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance

of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of

this Court [Docket No. 345], the Debtors are now authorized to pay 80% ($910.00) of requested

fees ($1,137.50) for the total of $910.00 on an interim basis without further order of the Court.

Dated: December 11, 2020                    By:/s/ John Fialcowitz
                                            John A. Fialcowitz
                                            89 Headquarters Plaza North, Suite 1216
                                            Morristown, NJ 07960
                                            Telephone: 973-532-7208
                                            John@fialcowitzlaw.com

                                            Local Counsel to the Official Committee of
                                            Asbestos Claimants