THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>DURO DYNE NATIONAL CORP., et al. [1]<br>Debtors. | Chapter 11<br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING TWENTY-THIRD MONTHLY FEE STATEMENT OF GILBERT, LLP FOR THE PERIOD FROM NOVEMBER 1, 2020, THROUGH NOVEMBER 30, 2020 [DOCKET NO. 1360]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Twenty-Third Monthly Fee Statement of Gilbert LLP, special insurance counsel to the Official Committee of the Asbestos Claimants (the "Committee"), for the period of November 1, 2020 through November 30, 2020 [Docket No. 1360] (the "Application"), filed on December 18, 2020, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

to the Application appears thereon. Objections to the Application were to be filed and served no later than December 28, 2020.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay Gilbert 80% ($4,348.00) of requested fees ($5,435.00) and 100% of requested expenses ($0), for the total of $4,348.00 on an interim basis without further order of the Court.

Dated: December 30, 2020                By:/s/ John Fialcowitz
                                        John A. Fialcowitz
                                        89 Headquarters Plaza North, Suite 1216
                                        Morristown, NJ 07960
                                        Telephone: 973-532-7208
                                        John@fialcowitzlaw.com

                                        Local Counsel to the Official Committee of
                                        Asbestos Claimants