

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |

Order Filed on December 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER CLOSING CHAPTER 11 CASES EFFECTIVE AS OF DECEMBER 31, 2020
AND DIRECTING ENTRY OF FINAL DECREE**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

DATED: December 29, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/3
12/22/2020 207844732.3

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Closing Chapter 11 Cases Effective as of December 31, 2020 and Directing Entry of Final Decree

---

The Court having considered the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order closing the captioned Chapter 11 Cases effective as of December 31, 2020 and directing entry of a final decree (this "Order") pursuant to sections 105(a) and 350(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"); and the Court having considered the Motion and the opposition thereto, if any; and the Court having heard the arguments of counsel in support of the relief requested in the Motion at a hearing before the Court, if any; and after due deliberation and consideration, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Chapter 11 Cases of (a) Duro Dyne National Corp., Case No. 18-27963, (b) Duro Dyne Machinery Corp., Case No. 18-27969, (c) Duro Dyne Corporation, Case No. 18-27968, (d) Duro Dyne West Corp., Case No. 18-27971, and (e) Duro Dyne Midwest Corp., Case No. 18-27970 are closed effective as of December 31, 2020.

3. The Clerk of the Court shall issue a Final Decree closing the Chapter 11 Cases.

4. The Debtors shall file any outstanding monthly operating reports or post-confirmation operating reports within thirty (30) days after the date of entry of this Order. Any post-confirmation statutory quarterly U.S. Trustee fees pursuant to 28 U.S.C. § 1930(a)(6) that were incurred prior to the closing of the Chapter 11 Cases, effective as of December 31, 2020, shall be paid by the Debtors within thirty (30) days after the date of entry of this Order. To the

Case 18-27963-MBK    Doc 1372    Filed 12/31/20    Entered 01/01/21 00:13:54    Desc
Imaged Certificate of Notice    Page 3 of 7

Page:     3
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Closing Chapter 11 Cases Effective as of December 31, 2020 and Directing Entry of Final Decree

extent the statutory quarterly fees are not timely paid or the reports are not timely filed (a "Payment or Filing Deficiency"), the Chapter 11 Cases will be reopened to allow the U.S. Trustee to file an appropriate motion. In addition, the Chapter 11 Cases will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the U. S. Trustee, by and through counsel, on five (5) days' notice (the "Notice Period") to the Debtors and Debtors' counsel, without the need for filing a separate motion to reopen the case. The Debtors consent to the reopening of the Chapter 11 Cases pursuant to the procedures set forth herein unless the Payment or Filing Deficiency is cured within the Notice Period. The Court shall retain jurisdiction to resolve any statutory quarterly fee disputes.

5. The Debtors shall file a certification within seven (7) days after the date of entry of this Order confirming that all payments due to be made on the Effective Date were in fact made on such date and that all documents to be delivered on the Effective Date were released from escrow and delivered on the Effective Date. All payments to be made on the Effective Date or that will commence on the Effective Date shall count towards statutory quarterly fees for the fourth quarter of 2020.

6. This Court shall retain sole and exclusive jurisdiction to hear and determine all matters arising from or related to any applications for the payment of Professional Claims or requests for the payment of Administrative Claims filed on or after December 31, 2020.

7. The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

Page: 4
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Closing Chapter 11 Cases Effective as of December 31, 2020 and Directing Entry of Final Decree

---

8. Entry of this Order is without prejudice to the rights of the Debtors or other parties in interest to seek to reopen any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

9. Notwithstanding anything in the Bankruptcy Code, Bankruptcy Rules, or Local Rules to the contrary, this Order shall be immediately effective upon its entry, there shall be no stay of execution or effectiveness of this Order, and this Order shall be a final order.

10. This Court shall retain sole and exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-27963-MBK

Duro Dyne National Corp.  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Dec 29, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com |
| Daniel Wagner London, I | |

Case 18-27963-MBK    Doc 1372    Filed 12/31/20    Entered 01/01/21 00:13:54    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com |
| Denise E. Carlon | |
| | on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Edwin J Harron | |
| | on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com |
| Edwin J Harron | |
| | on behalf of Other Prof. Lawrence Fitzpatrick    dlaskin@ycst.com |
| Jeff Kahane | |
| | on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com  dmartinez@duanemorris.com |
| Jeffrey A. Cooper | |
| | on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne West jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Cort T. Malone jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com, jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| John A. Fialcowitz | |
| | on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Attorney The Law Office of John A. Fialcowitz  LLC john@fialcowitzlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf903 | Total Noticed: 1 |

John A. Fialcowitz
    on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

Jordan E. Jacobson
    on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov

Kami Elizabeth Quinn
    on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard
    on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein
    on behalf of Interested Party Federal Insurance Company mlichtenstein@crowell.com
    mplevin@crowell.com;tyoon@crowell.com

Matthew B. Heimann
    on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
    on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@wjslaw.com,
    srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com

Sean M. Beach
    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross
    on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Stephen Forte
    on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
    on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
    on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company
    wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com

TOTAL: 43