UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Crowell & Moring LLP
Allyson M. McKinstry, Esq.
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4001
amckinstry@crowell.com

In Re:

DURO DYNE NATIONAL CORP., et al.,

Debtors.

Case No.: 18-27963 MBK

Chapter: 11

Judge: Michael B. Kaplan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Federal Insurance Company. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Allyson M. McKinstry, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Email: amckinstry@crowell.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: January 8, 2021

/s/ Allyson M. McKinstry
Signature

new.8/1/15