CROWELL & MORING LLP
Allyson M. McKinstry
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone:     (212) 223-4000
Facsimile:      (212) 223-4001
amckinstry@crowell.com

CROWELL & MORING LLP
Mark D. Plevin
Tacie H. Yoon
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:     (202) 624-2500
Facsimile:      (202) 628-5116
mplevin@crowell.com
tyoon@crowell.com

Attorneys for Federal Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | Case No. 18-27963 MBK |
| Debtors. | (Jointly Administered) |

**FEDERAL INSURANCE COMPANY'S**
**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**

PLEASE TAKE NOTICE that Federal Insurance Company hereby withdraws with prejudice (i) its proof of claim against Duro Dyne National Corp. (Claim

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

- 1 -

No. 45), (ii) its proof of claim against Duro Dyne Corp. (Claim No. 46), (iii) its proof of claim against Duro Dyne Machinery Corp. (Claim No. 47), (iv) its proof of claim against Duro Dyne Midwest Corp. (Claim No. 48), and (v) its proof of claim against Duro Dyne West Corp. (Claim No. 49).

Dated: January 8, 2021

Respectfully submitted,

/s/ Allyson M. McKinstry
Allyson M. McKinstry
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4001
Email: amckinstry@crowell.com

Mark D. Plevin (admitted pro hac vice)
Tacie H. Yoon (admitted pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: mplevin@crowell.com
tyoon@crowell.com

Attorneys for Federal Insurance Company

905925349