**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this Twenty-Fifth monthly fee statement[2] for the period November 1, 2020 through November 30, 2020 (the "**Twenty-Fifth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
01/19/2021 55412321.1

Pursuant to the Administrative Order, responses to the Twenty-Fifth Fee Statement, if any, are due by January 29, 2021.

Dated: January 19, 2021

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

### SECTION I
### FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,540,232.50 | $66,046.01 |
| TOTAL FEES ALLOWED TO DATE: | $1,443,771.00 | $46,406.31 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $19,292.30 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,443,842.70 | $46,406.31 |

| | |
|---|---|
| FEE TOTALS | $56,283.00 |
| DISBURSEMENTS TOTALS | +$2,790.00 |
| TOTAL FEE APPLICATION | $59,073.00 |
| MINUS 20% HOLDBACK | -$11,256.60 |
| AMOUNT SOUGHT AT THIS TIME | $47,816.40 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the current interim period only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
01/19/2021 55412321.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner/Corporate / Tax | 1.50 | $1,115.00 | $1,672.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 3.90 | $895.00 | $3,490.50 |
| Wovsaniker, Alan | 1977 | Partner/Corporate / Tax | 1.70 | $905.00 | $1,538.50 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 38.70 | $470.00 | $18,189.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 0.20 | $695.00 | $139.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 18.60 | $755.00 | $14,043.00 |
| Perez, Patricia K. | 2010 | Associate/Corporate / Tax | 26.70 | $585.00 | $15,619.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.80 | $270.00 | $216.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.50 | $250.00 | $1,375.00 |
| **TOTAL FEES** | | | **97.60** | | **$56,283.00** |
| **Attorney Blended Rate** | | | | | **$599.04** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.30 | $143.50 |
| B160 | Fee/Employment Applications | 4.50 | $1,173.00 |
| B175 | Fee Applications and Invoices - Others | 1.70 | $491.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 91.10 | $54,475.50 |
| | **Total** | **97.60** | **$56,283.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Outside Legal Counsel / Local Counsel | $2,790.00 |
| **Total Disbursements** | **$2,790.00** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler attended to closing and effective date matters, including: (i) reviewing and analyzing insurance requirements; (ii) communicating with the Debtors and Bank of America regarding closing checklist; (iii) reviewing ancillary loan documents; (iv) attending to dismissal of state court litigation; (v) conferring with Colorado landlord regarding waiver; (vi) reviewing and analyzing insurance settlement agreements; (vii) reviewing and analyzing updated information certificate; and (viii) reviewing opinion letter;

   b) Lowenstein Sandler prepared and filed its monthly fee applications for August and September, 2020, and assisted with the preparation and filing of interim fee applications for the Debtors' other professionals; and

   c) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:        (100%)
   (B) SECURED CREDITORS:              (100%)
   (C) PRIORITY CREDITORS:             (100%)
   (D) GENERAL UNSECURED CREDITORS:    (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): The Bankruptcy Court's recommendation in favor of confirmation of the Debtor's Plan of Reorganization is pending before the District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2021            /s/ *Jeffrey D. Prol*
                                   Jeffrey D. Prol Esq.

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

2.    The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.    Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.    This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through November 30, 2020

In re: Chapter 11

### I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner/Corporate / Tax | 1.50 | $1,115.00 | $1,672.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 3.90 | $895.00 | $3,490.50 |
| Wovsaniker, Alan | 1977 | Partner/Corporate / Tax | 1.70 | $905.00 | $1,538.50 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 38.70 | $470.00 | $18,189.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 0.20 | $695.00 | $139.00 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 18.60 | $755.00 | $14,043.00 |
| Perez, Patricia K. | 2010 | Associate/Corporate / Tax | 26.70 | $585.00 | $15,619.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.80 | $270.00 | $216.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.50 | $250.00 | $1,375.00 |
| **TOTAL FEES** | | | **97.60** | | **$56,283.00** |
| **Attorney Blended Rate** | | | | | **$599.04** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 11/02/20 | DC | Tend to filing Affidavits of Service for BMC Group | 0.20 | $54.00 |
| B110 | 11/24/20 | JDP | Review email from UST re: outstanding UST fees; draft email to client re: same | 0.10 | $89.50 |
| | | | **Total B110 - Case Administration** | 0.30 | $143.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 11/09/20 | DC | Exchange e-mails re: deadline for filing final fee applications, review notice of order confirming plan and update calendar | 0.20 | $54.00 |
| B160 | 11/09/20 | EBL | Prepare August 2020 monthly fee statement and related documents | 1.30 | $325.00 |
| B160 | 11/09/20 | EBL | Prepare LS September monthly fee statement | 1.50 | $375.00 |
| B160 | 11/20/20 | EBL | Follow up with J. Kramer re: August and September fee statements | 0.10 | $25.00 |
| B160 | 11/20/20 | EBL | Finalize, e-file and coordinate service of Lowenstein's August and September monthly fee statements; email to client re: same; update charts and calendar related deadlines re: same | 1.20 | $300.00 |
| B160 | 11/20/20 | JAK | Review Lowenstein monthly fee statements and confer with LS ream | 0.20 | $94.00 |
| | | | **Total B160 - Fee/Employment Applications** | 4.50 | $1,173.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 11/12/20 | EBL | Review and respond to emails from C. Malone re: Anderson Kill October fee statement | 0.20 | $50.00 |
| B175 | 11/16/20 | EBL | Revise (.4), finalize (.1), efile (.2) and coordinate service (.1) of Anderson Kill's twentieth monthly fee statement; phone call with J. Kramer re: same (.2); update charts (.1) and calendar deadlines re: same (.1) | 1.20 | $300.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 11/16/20 | JAK | Correspond with B. Lawler re: Anderson Kill fee application | 0.10 | $47.00 |
| B175 | 11/30/20 | JAK | Review certification of no objection re: Anderson Kill and correspond with LS team | 0.20 | $94.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.70 | $491.00 |

B300 - Claims and Plan

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 11/01/20 | JAK | Review confirmation order, plan and related documents re: closing of case and effective date | 6.40 | $3,008.00 |
| B320 | 11/02/20 | JAK | Correspond with J. Prol re: dismissal of state court litigation under plan | 0.30 | $141.00 |
| B320 | 11/02/20 | JDP | Confer with J. Kramer and S. Yusem re: closing on plan | 0.20 | $179.00 |
| B320 | 11/02/20 | PKP | Prepare for and participate in checklist call with C. O'Callaghan, A. Wein and S. Yusem; attention to LSA insurance requirements and confer with A. Wein re: same | 1.00 | $585.00 |
| B320 | 11/02/20 | SSY | Attend call with P. Perez, A. Wein and C. O'Callaghan re: review of Bank closing agenda, confer with P. Perez re: loan checklist, review correspondence from Lender's counsel re: Information Certificate; review ancillary loan documents with client team | 4.00 | $3,020.00 |
| B320 | 11/03/20 | JAK | Review confirmation order, plan and related documents re: closing of case and effective date | 3.30 | $1,551.00 |
| B320 | 11/03/20 | JDP | Follow-up with S. Yusem re: closing | 0.10 | $89.50 |
| B320 | 11/03/20 | JDP | E-mail's to/from C. Malone and S. Ross re: timing on dismissal of insurance coverage action | 0.20 | $179.00 |
| B320 | 11/03/20 | SSY | Confer with J. Prol and J. Kramer re: closing date payments and closing statement/funds flow preparation | 0.30 | $226.50 |
| B320 | 11/04/20 | DAS | E-mails with P. Perez re: insurance requirements in financing | 0.20 | $139.00 |
| B320 | 11/04/20 | JAK | Review confirmation order, plan and related documents re: closing of case and effective date | 2.80 | $1,316.00 |
| B320 | 11/04/20 | JAK | Correspond with LS team re: plan discharge provisions | 0.40 | $188.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 11/04/20 | PKP | Attention to mortgagee insurance requirments and confer with D. Suckerman and S. Yusem re: same; confer with lender's counsel re: third-party searches; analyze and consider confirmation order identified lien releases and effectiveness of order as it relates to prepetition debt and confer with J. Kramer re: same and lender's counsel re: same; revise warehouse notifications and transmit same to related entities; prepare landlord waiver and transmit same to lender; attention to responses to warehouse notifications; confer with client re: additional inventory locations | 7.30 | $4,270.50 |
| B320 | 11/04/20 | SSY | Confer with J. Prol and J. Kramer re: lien release requirements in lender's checklist | 0.50 | $377.50 |
| B320 | 11/05/20 | JDP | Telephone conference with C. O'Callaghan re: closing issues | 0.20 | $179.00 |
| B320 | 11/08/20 | JAK | Prepare memorandum re: closing of plan confirmation and effective date and correspond with LS team | 2.70 | $1,269.00 |
| B320 | 11/09/20 | AW | E-mails with J. Prol and S. Yusem re: closing | 0.20 | $181.00 |
| B320 | 11/09/20 | JDP | Review notice confirming plan and schedule of dates for final fee apps and effective date and compare to plan | 0.30 | $268.50 |
| B320 | 11/09/20 | JDP | Prepare for closing and effective date | 0.50 | $447.50 |
| B320 | 11/09/20 | PKP | Prepare for and participate in checklist call with bank's counsel and S. Yusem; attention to due diligence items and confer with client, third-party warehouse facilities and bank's counsel re: same; | 1.90 | $1,111.50 |
| B320 | 11/09/20 | SSY | Confer with J. Prol and A. Wovsaniker re: Effective Date considerations | 0.20 | $151.00 |
| B320 | 11/09/20 | SSY | Confer with Richard Stehl and P. Perez re: checklist review | 0.50 | $377.50 |
| B320 | 11/10/20 | DC | Review Notice of Order Confirming Plan and e-mail with attorneys re: effective date and related deadlines with respect to final fee applications and closure of bankruptcy cases; update attorney calendar and critical dates | 0.40 | $108.00 |
| B320 | 11/10/20 | JAK | Correspond with LS team re: notice of order confirming plan | 0.20 | $94.00 |
| B320 | 11/10/20 | JAK | Review insurance settlement agreements, confirmation order, plan and related documents re: closing of case and effective date | 4.20 | $1,974.00 |
| B320 | 11/10/20 | JDP | Attend to closing issues | 0.30 | $268.50 |
| B320 | 11/10/20 | PKP | Confer with Colorado landlord re: waiver; receipt and review of updated information certificate | 0.80 | $468.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 11/11/20 | JAK | Review insurance settlement agreements, confirmation order, plan and related documents re: closing of case and effective date | 3.90 | $1,833.00 |
| B320 | 11/11/20 | PKP | Attention to information certificate and confer with Lender's counsel re: same | 0.60 | $351.00 |
| B320 | 11/12/20 | SSY | Confer with C. O'Callaghan re: open items on lender's list | 0.30 | $226.50 |
| B320 | 11/13/20 | PKP | Analyze and consider draft loan documents identifying issues for follow-up contained in same and confer with S. Yusem re: same; attention to email correspondence to lender's counsel re: open issues; prepare opinion letter; prepare opinion back-up certificate | 6.70 | $3,919.50 |
| B320 | 11/13/20 | SSY | Confer with R. Stehl re: clean up items in loan agreement and confer with P. Perez re: same | 0.40 | $302.00 |
| B320 | 11/16/20 | LAC | Review of opinion | 1.50 | $1,672.50 |
| B320 | 11/16/20 | PKP | Revise opinion letter and confer with L. Citron and S. Yusem re: same; prepare schedules to loan agreement and confer with S. Yusem re: same; | 7.80 | $4,563.00 |
| B320 | 11/16/20 | SSY | Review draft schedules; confer with P. Perez re: draft schedules and opinion letter; revise schedules; review shareholder, Board and officer information Re: Schedule completions for loan agreement; revise opinion letter | 3.50 | $2,642.50 |
| B320 | 11/17/20 | AW | E-mails and office conferences with J. Prol and S. Yusem re: closing timing and mechanics | 0.60 | $543.00 |
| B320 | 11/17/20 | JDP | Attend to issues re: timing of closing | 0.50 | $447.50 |
| B320 | 11/17/20 | SSY | Discuss closing process and timing with J. Prol | 0.20 | $151.00 |
| B320 | 11/18/20 | AW | E-mails re: closing process | 0.20 | $181.00 |
| B320 | 11/18/20 | JDP | Attend to closing issues | 1.00 | $895.00 |
| B320 | 11/18/20 | SSY | Confer with A. Wovsaniker and J. Prol re: corporate issues for closing; confer with lender's counsel re: arrangements for pre-closing | 0.70 | $528.50 |
| B320 | 11/20/20 | JAK | Review issues re: plan and effective date | 2.60 | $1,222.00 |
| B320 | 11/23/20 | AW | E-mail from J. Prol; review opinion letter and office conferences with S. Yusem re: same and closing matters | 0.70 | $633.50 |
| B320 | 11/23/20 | JAK | Review and prepare memorandum re: consummation of bankruptcy case and plan documents | 3.30 | $1,551.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 11/23/20 | SSY | Confer with A. Wovsaniker re: resolutions; revise opinion letter; confer with C. O'Callaghan re: schedules; confer with R. Stehl re: changes to opinion letter | 2.50 | $1,887.50 |
| B320 | 11/24/20 | JAK | Review and prepare memorandum re: consummation of bankruptcy case and plan documents | 4.10 | $1,927.00 |
| B320 | 11/25/20 | JAK | Review and prepare memorandum re: consummation of bankruptcy case and plan documents | 3.70 | $1,739.00 |
| B320 | 11/30/20 | JAK | Correspond with LS team re: Plan closing documents | 0.30 | $141.00 |
| B320 | 11/30/20 | JDP | Prepare for closing | 0.50 | $447.50 |
| B320 | 11/30/20 | PKP | Attention to transaction status, open items and confer with S. Yusem re: same | 0.60 | $351.00 |
| B320 | 11/30/20 | SSY | Prepare and revise ancillary loan documents, exhibits, schedules, waivers and resolutions; checklist review | 5.50 | $4,152.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | **91.10** | **$54,475.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.30 | $143.50 |
| B160 | Fee/Employment Applications | 4.50 | $1,173.00 |
| B175 | Fee Applications and Invoices - Others | 1.70 | $491.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 91.10 | $54,475.50 |
| | **Total** | **97.60** | **$56,283.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Outside Legal Counsel / Local Counsel | $2,790.00 |
| **Total Disbursements** | **$2,790.00** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 01/01/20 | Outside Legal Counsel / Local Counsel  VENDOR: The Gallagher Law Group PC; INVOICE#: 19-1210-08; DATE: 8/15/2019  -  For professional services rendered during August 2019 | $450.00 |
| 01/01/20 | Outside Legal Counsel / Local Counsel  VENDOR: The Gallagher Law Group PC; INVOICE#: 19-1210-07; DATE: 8/8/2019  -  For professional services rendered during July 2019 | $315.00 |
| 01/01/20 | Outside Legal Counsel / Local Counsel  VENDOR: The Gallagher Law Group PC; INVOICE#: 19-1210-06; DATE: 8/2/2019  -  For professional services rendered during June 2019 | $2,025.00 |
| | Total Disbursements | $2,790.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**