| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone:  (973) 813-7227<br>john@fialcowitzlaw.com<br>*Co-Counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Case No. 18-27963-MBK |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Chapter 11 |
| Debtors.[1] | : | Jointly Administered |
| | : | Hearing Date: February 25, 2021, at 10:00 a.m. (ET)<br>Objection Deadline: February 18, 2021 at 4:00 p.m. (ET) |

**NOTICE OF SIXTH INTERIM AND FINAL FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC ("CHARTER OAK") AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM (I) APRIL 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) OCTOBER 5, 2018 THROUGH DECEMBER 31, 2020**

PLEASE TAKE NOTICE that on February 25, 2021 at 10:00 a.m. (Eastern Time), or as soon thereafter as counsel may be heard[2], Charter Oak, as financial advisor for the Official Committee of Asbestos Claimants (the "Committee"), shall move before the Honorable Michael B. Kaplan at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom #8, for an order granting Charter Oak's sixth interim and final fee application for

---

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  This hearing will be conducted telephonically.  Parties who wish to appear at the hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

compensation in the sum of $386,368.50 and reimbursement of expenses in the sum of $466.45 for the period of October 5, 2018 through December 31, 2020 (the "**Application**").

    PLEASE TAKE FURTHER NOTICE that Charter Oak shall rely upon the Application. No brief is necessary as no novel issues of fact or law are presented by the Application. A proposed form of Order has been submitted therewith. Oral argument is requested in the event an objection is timely filed.

    PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application shall conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court, and pursuant to Local Bankruptcy Rule 9013-l(d), shall be served upon the undersigned so as to be received no later than February 18, 2021 at 4:00 p.m. (Eastern Time). In the event that no objections are filed, the relief requested in the Application may be granted without a hearing.

Dated: January 21, 2021
                                            Respectfully submitted,

                                       By: */s/ James P. Sinclair*
                                             James P. Sinclair
                                             Senior Managing Director
                                             Charter Oak Financial Consultants, LLC
                                             430 Center Ave.
                                             Mamaroneck, NY 10543
                                             Telephone: (914) 372-1874
                                             Facsimile: (914) 930-6867
                                             jsinclair@charteroakfc.com

                                             *Financial Advisor for the Official Committee of*
                                             *Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., et al. [1] | APPLICANT: | Charter Oak Financial Consultants, LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Official Committee of Asbestos Claimants |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

**SIXTH INTERIM AND FINAL FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC ("CHARTER OAK") AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM (I) APRIL 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) OCTOBER 5, 2018 THROUGH DECEMBER 31, 2020**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $386,368.50 | $466.45 |
| TOTAL FEES ALLOWED TO DATE: | $345,693.50 | $466.45 |
| TOTAL RETAINER REMAINING (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $8,135.00 | $0.00 |
| TOTAL RECEIVED BY CHARTER OAK[3] | $356,548.50 | $466.45 |
| | | |
| FEE TOTALS[4] | $386,368.50 | |
| DISBURSEMENTS TOTALS | $466.45 | |
| TOTAL FEE APPLICATION | $386,834.95 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts only and does not reflect all outstanding amounts owed to Charter Oak.

[3] As disclosed in its Retention Application, Charter Oak held a retainer left over from prepetition services in the amount of $38,291.00 (the "Retainer"). The Retainer has been applied to fees and expense requested and approved to date, and the Total Received By Applicant amount reflects the drawing down of the entire retainer amount of $38,291.00 plus payment received from the Debtors in the amount of $318,723.95

[4] Charter Oak is not requesting any additional fees in connection with the preparation of this Sixth Interim and Final Fee Application.

## SIXTH INTERIM PERIOD

| Name | Title | Years of Experience | Rate | Hours Billed | Fees Billed |
|---|---|---|---|---|---|
| James P. Sinclair | Sr. Managing Director | 45+ | $870 | 28.0 | $24,360.00 |
| Gibbons H. Sinclair | Director | 14+ | $650 | 25.1 | $16,315.00 |
| | | | TOTAL: | 53.1 | $40,675.00 |
| | | | | Blended rate: | $766.01 |

## FINAL PERIOD

| Name | Title | Years of Experience | Rate | Hours Billed | Fees Billed |
|---|---|---|---|---|---|
| James P. Sinclair (2018) | Sr. Managing Director | 45+ | $835 | 74.5 | $62,207.50 |
| Gibbons H. Sinclair (2018) | Assistant Director | 14+ | $540 | 39.0 | $21,060.00 |
| James P. Sinclair (2019-2020) | Sr. Managing Director | 45+ | $870 | 216.3 | $188,181.00 |
| Gibbons H. Sinclair (2019-2020) | Director | 14+ | $650 | 176.8* | $114,920.00 |
| | | | TOTAL: | 506.6 | $386,368.50 |
| | | | | Blended rate: | $762.67 |

*Reflects travel time billed at 50%

## SECTION II
## SUMMARY OF SERVICES

## SIXTH INTERIM PERIOD

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Accounting/Auditing | 0.0 | $0.00 |
| Adversary Proceedings and Bankruptcy Court Litigation | 0.0 | $0.00 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 0.0 | $0.00 |
| Fee/Employment Applications | 1.9 | $1,235.00 |
| Financing/Cash Collateral | 0.0 | $0.00 |
| Non-Working Travel | 0.0 | $0.00 |
| Plan and Disclosure Statement | 51.2 | $39,440.00 |
| Valuation | 0.0 | $0.00 |
| **TOTAL** | 53.1 | $40,675.00 |

## FINAL PERIOD

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Accounting/Auditing | 126.40 | $101,744.50 |
| Adversary Proceedings and Bankruptcy Court Litigation | 10.70 | $5,778.00 |
| Asset Analysis and Recovery | 10.80 | $9,018.00 |
| Business Operations | 9.90 | $6,909.50 |
| Case Administration | 10.30 | $7,983.00 |
| Fee/Employment Applications | 32.50 | $19,783.00 |
| Financing/Cash Collateral | 5.10 | $4,258.50 |
| Non-Working Travel | 5.60 | $3,420.00 |
| Plan and Disclosure Statement | 266.00 | $204,997.00 |
| Valuation | 29.30 | $22,477.00 |
| **TOTAL** | **506.60** | **$386,368.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Category | Amount |
|---|---|
| Computer Assisted Research | $161.80 |
| Travel Expenses - Ground Transportation | $304.65 |
| **TOTAL DISBURSEMENTS** | **$466.45** |

I certify under penalty of perjury that the above is true and correct to the best of my information, knowledge and belief.

Date: January 21, 2021                                    */s/ James P. Sinclair*
                                                         James P. Sinclair

3

| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com<br>*Co-counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Case No. 18-27963-MBK |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Chapter 11 |
| | : | |
| Debtors.[5] | : | Jointly Administered |
| | : | |
| | : | Hearing Date: February 25, 2021, at 10:00 a.m. (ET)<br>Objection Deadline: February 18, 2021 at 4:00 p.m. (ET) |

**SIXTH INTERIM AND FINAL FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC ("CHARTER OAK") AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM (I) APRIL 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) OCTOBER 5, 2018 THROUGH DECEMBER 31, 2020**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Charter Oak Financial Consultants, LLC ("Charter Oak"), as financial advisor for the Official Committee of Asbestos Claimants (the "Committee"), submits this (i) sixth interim application (the "Application") for allowance of compensation and reimbursement of expenses for the period of April 1, 2020 through December 31, 2020 (the "Interim Period"), and (ii) its final application for allowance of compensation and reimbursement of expenses for the period October

---

[5] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

4

5, 2018 through December 31, 2020 (the "Final Period"). By this Application, pursuant to the Interim Compensation Order (defined below), Charter Oak seeks allowance and payment of: (i) compensation in the amount of $40,675.00 for services rendered by Charter Oak during the Interim Period and reimbursement of its actual and necessary expenses in the amount of $0.00 for the Interim Period; and (ii) compensation in the amount of $386,368.50 for services rendered by Charter Oak during the Final Period and reimbursement of its actual and necessary expenses in the amount of $466.45 for the Final Period. In support of this Application, Charter Oak respectfully states as follows:

### BACKGROUND AND INTRODUCTION

1. On September 7, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

2. The Debtors operated their businesses and managed their properties as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code through confirmation of their Plan of Reorganization. No trustee or examiner has been appointed in the Chapter 11 Cases.

3. On September 26, 2018, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee").

4. On November 26, 2018, this Court entered its Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC, as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018 (ECF No. 300). The Retention Order authorizes Charter Oak to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

5

5. On December 18, 2018, the Count entered the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court (ECF No. 345).

6. On October 23, 2020, the Court entered an order (the "Confirmation Order") (ECF No. 1322) *Approving and Adopting the Bankruptcy Court's Amended Report and Recommendation and Confirming the Third Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code, as Modified* (the "Plan") (ECF No. 792).

7. On December 31, 2020, the Effective Date of the Plan occurred.

### CHARTER OAK'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

8. Charter Oak's monthly fee statements (the "Monthly Fee Statements") for the periods of October 5, 2018 through December 31, 2020 have been filed and served pursuant to the Interim Compensation Order.

9. On December 14, 2018 Charter Oak filed its First Interim Fee Application Of Charter Oak For The Period From October 5, 2018 Through November 30, 2018 (ECF No. 338)[6] (the "First Interim Fee Application") requesting $58,609.50 in fees and $154.79 in expenses. The Order Approving First Interim Fee Application of Charter Oak was filed on January 18, 2019 (ECF No. 376).

10. On January 25, 2019 Charter Oak filed its Second Monthly Fee Statement Of Charter Oak For The Period From December 1, 2018 Through December 31, 2018 (ECF No. 407) (the "Second Monthly Fee Statement") requesting $24,658.00 in fees and $2.90 in expenses. The

---

[6] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses*.

6

Certificate of No Objection for the Second Monthly Fee Statement was filed on February 13, 2019 (ECF No. 456).

11. On February 25, 2019 Charter Oak filed its Third Monthly Fee Statement Of Charter Oak For The Period From January 1, 2019 Through January 30, 2019 (ECF No. 475) (the "Third Monthly Fee Statement") requesting $17,056.00 in fees and $10.80 in expenses. The Certificate of No Objection for the Third Monthly Fee Statement was filed on March 8, 2019 (ECF No. 542).

12. On March 27, 2019 Charter Oak filed its Fourth Monthly Fee Statement Of Charter Oak For The Period From February 1, 2019 Through February 28, 2019 (ECF No. 586) (the "Fourth Monthly Fee Statement") requesting $12,096.00 in fees and $11.00 in expenses. The Certificate of No Objection for the Fourth Monthly Fee Statement was filed on April 8, 2019 (ECF No. 606).

13. On April 25, 2019, Charter Oak filed its Firth Monthly Fee Statement Of Charter Oak For The Period From March 1, 2019 Through March 31, 2019 (ECF No. 643) (the "Fifth Monthly Fee Statement") requesting $29,829.00 in fees and $186.76 in expenses. The Certificate of No Objection for the Fifth Monthly Fee Statement was filed on May 6, 2019 (ECF No. 667).

14. On May 24, 2019, Charter Oak filed its Sixth Monthly Fee Statement Of Charter Oak For The Period From April 1, 2019 Through April 30, 2019 (ECF No. 712) (the "Sixth Monthly Fee Statement") requesting $37,745.00 in fees and $4.20 in expenses. The Certificate of No Objection for the Sixth Monthly Fee Statement was filed on June 10, 2019 (ECF No. 752).

15. On June 25, 2019, Charter Oak filed its Seventh Monthly Fee Statement Of Charter Oak For The Period From May 1, 2019 Through May 30, 2019 (ECF No. 770) (the "Seventh Monthly Fee Statement") requesting $17,860.00 in fees and $40.20 in expenses. The Certificate of No Objection for the Seventh Monthly Fee Statement was filed on July 8, 2019 (ECF No. 780).

16. On July 25, 2019, Charter Oak filed its Eighth Monthly Fee Statement Of Charter Oak For The Period From June 1, 2019 Through June 30, 2019 (ECF No. 799) (the "Eighth Monthly Fee Statement") requesting $19,610.00 in fees and $1.00 in expenses. The Certificate of No Objection for the Eighth Monthly Fee Statement was filed on August 6, 2019 (ECF No. 810).

17. On August 25, 2019, Charter Oak filed its Ninth Monthly Fee Statement Of Charter Oak For The Period From July 1, 2019 Through July 31, 2019 (ECF No. 833) (the "Ninth Monthly Fee Statement") requesting $31,563.00 in fees and $36.90 in expenses. The Certificate of No Objection for the Ninth Monthly Fee Statement was filed on September 26, 2019 (ECF No. 878).

18. On September 25, 2019, Charter Oak filed its Tenth Monthly Fee Statement Of Charter Oak For The Period From August 1, 2019 Through August 31, 2019 (ECF No. 874) (the "Tenth Monthly Fee Statement") requesting $28,752.00 in fees and $8.20 in expenses. The Certificate of No Objection for the Tenth Monthly Fee Statement was filed on October 8, 2019 (ECF No. 907).

19. On November 25, 2019, Charter Oak filed its Eleventh Monthly Fee Statement Of Charter Oak For The Period From September 1, 2019 Through September 30, 2019 (ECF No. 948) (the "Eleventh Monthly Fee Statement") requesting $1,474.00 in fees and $6.30 in expenses. The Certificate of No Objection for the Eleventh Monthly Fee Statement was filed on December 9, 2019 (ECF No. 957).

20. On November 25, 2019, Charter Oak filed its Twelfth Monthly Fee Statement Of Charter Oak For The Period From October 1, 2019 Through October 31, 2019 (ECF No. 947) (the "Twelfth Monthly Fee Statement") requesting $15,347.00 in fees and $0.00 in expenses. The Certificate of No Objection for the First Monthly Fee Statement was filed on December 9, 2019 (ECF No. 956).

21. On December 19, 2019, Charter Oak filed its Thirteenth Monthly Fee Statement Of Charter Oak For The Period From November 1, 2019 Through November 30, 2019 (ECF No. 975) (the "Thirteenth Monthly Fee Statement") requesting $9,263.00 in fees and $3.40 in expenses. The Certificate of No Objection for the Thirteenth Monthly Fee Statement was filed on January 6, 2020 (ECF No. 1012).

22. On January 29, 2020, Charter Oak filed its Fourteenth Monthly Fee Statement Of Charter Oak For The Period From December 1, 2019 Through December 30, 2019 (ECF No. 1038) (the "Fourteenth Monthly Fee Statement") requesting $23,735.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Fourteenth Monthly Fee Statement was filed on February 20, 2020 (ECF No. 1057).

23. On April 10, 2020, Charter Oak filed its Fifteenth Monthly Fee Statement Of Charter Oak For The Period From February 1, 2020 Through February 29, 2020 (ECF No. 1098) (the "Fifteenth Monthly Fee Statement") requesting $6,456.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Fifteenth Monthly Fee Statement was filed on April 27, 2020 (ECF No. 1121).

24. On April 24, 2020, Charter Oak filed its Sixteenth Monthly Fee Statement Of Charter Oak For The Period From March 1, 2020 Through March 31, 2020 (ECF No. 1117) (the "Sixteenth Monthly Fee Statement") requesting $11,820.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Sixteenth Monthly Fee Statement was filed on May 5, 2020 (ECF No. 1142).

25. On May 22, 2020, Charter Oak filed its Seventeenth Monthly Fee Statement Of Charter Oak For The Period From April 1, 2020 Through April 30, 2020 (ECF No. 1162) (the "Seventeenth Monthly Fee Statement") requesting $10,855.00 in fees and $0.00 in expenses. The

Certificate of No Objection for the Seventeenth Monthly Fee Statement was filed on June 5, 2020 (ECF No. 1184).

26. On January 21, 2021, Charter Oak filed its Eighteenth Monthly Fee Statement Of Charter Oak For The Period From May 1, 2020 Through May 31, 2020 (ECF No. 1394) (the "Eighteenth Monthly Fee Statement") requesting $12,333.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Eighteenth Monthly Fee Statement has not yet been filed.

27. On January 21, 2021, Charter Oak filed its Nineteenth Monthly Fee Statement Of Charter Oak For The Period From June 1, 2020 Through June 30, 2020 (ECF No. 1395) (the "Nineteenth Monthly Fee Statement") requesting $3,828.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Nineteenth Monthly Fee Statement has not yet been filed.

28. On January 21, 2021, Charter Oak filed its Twentieth Monthly Fee Statement Of Charter Oak For The Period From July 1, 2020 Through July 31, 2020 (ECF No. 1396) (the "Twentieth Monthly Fee Statement") requesting $4,872.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Twentieth Monthly Fee Statement has not yet been filed.

29. On January 21, 2021, Charter Oak filed its Twenty-First Monthly Fee Statement Of Charter Oak For The Period From August 1, 2020 Through August 31, 2020 (ECF No. 1397) (the "Twenty-First Monthly Fee Statement") requesting $4,176.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Twenty-First Monthly Fee Statement has not yet been filed.

30. On January 21, 2021, Charter Oak filed its Twenty-Second Monthly Fee Statement Of Charter Oak For The Period From September 1, 2020 Through September 30, 2020 (ECF No. 1398) (the "Twenty-Second Monthly Fee Statement") requesting $1,653.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Twenty-Second Monthly Fee Statement has not yet been filed.

31. On January 21, 2021, Charter Oak filed its Twenty-Third Monthly Fee Statement Of Charter Oak For The Period From November 1, 2020 Through November 30, 2020 (ECF No. 1399) (the "Twenty-Third Monthly Fee Statement") requesting $1,653.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Twenty-Third Monthly Fee Statement has not yet been filed.

32. On January 21, 2021, Charter Oak filed its Twenty-Fourth Monthly Fee Statement Of Charter Oak For The Period From December 1, 2020 Through December 31, 2020 (ECF No. 1400) (the "Twenty-Fourth Monthly Fee Statement") requesting $1,305.00 in fees and $0.00 in expenses. The Certificate of No Objection for the Twenty-Fourth Monthly Fee Statement has not yet been filed.

33. In accordance with the Interim Compensation Order, Charter Oak seeks final approval of all fees and expenses sought in the Monthly Fee Statements and payment in an amount equal to the difference between the amount of the fees and expenses allowed and the actual payments received by Charter Oak on account of the Monthly Fee Statements.

## SUMMARY OF SERVICES

34. During the Final Period, Charter Oak rendered significant professional services to the Committee solely in connection with these Chapter 11 Cases and on behalf of the Committee in accordance with Charter Oak's professional responsibilities. The services performed were necessary to the administration of these Chapter 11 Cases and were beneficial at the time at which the services were rendered. All services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

35. The Monthly Fee Statements covered by this Application contain detailed daily time logs describing the actual and necessary services provided by Charter Oak during the periods

covered by such applications. Detailed descriptions of the services rendered during the Interim Period were included in the Monthly Fee Statements and are incorporated herein by reference as if fully set forth in their entirety. In addition, Charter Oak incorporates herein by reference the summaries of services performed by Charter Oak contained in the Monthly Fee Statements as if fully set forth herein in their entirety.

36. Charter Oak has rendered professional services as financial advisor to the Committee as requested and necessary and appropriate in these Chapter 11 Cases.

37. During the course of these Chapter 11 Cases, Charter Oak incurred and paid its actual and necessary disbursements and expenses.

38. This is Charter Oak's sixth interim and final application pursuant to the Interim Compensation Order. Charter Oak has made no prior or other application to this or any other Court for the relief requested herein.

**EXPENSES INCURRED**

39. During the course of these Chapter 11 Cases, Charter Oak incurred and paid its actual and necessary disbursements and expenses, which totaled $466.45. The Monthly Fee Statements covered by this Application contain detailed itemizations of expenses incurred by Charter Oak during the Final Period. The Monthly Fee Statements are incorporated herein by reference as if fully set forth in their entirety. In addition, Charter Oak incorporates herein by reference the itemizations of expenses incurred by Charter Oak contained in the Monthly Fee Statements as if fully set forth herein in their entirety.

**RELIEF REQUESTED**

40. By this Application, Charter Oak requests that the Court grant an interim award of one-hundred percent (100%) of the fees and expenses incurred by Charter Oak during the Interim

Period and grant a final award of one-hundred percent (100%) of the fees and expenses incurred by Charter Oak during the Final Period.

41. The professional services and related expenses for which Charter Oak requests approval were rendered and incurred in connection with the Chapter 11 Cases in accordance with Charter Oak's professional responsibilities as financial advisor to the Debtors. Charter Oak's services were reasonable, necessary and beneficial to the Committee.

42. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of compensation requested by Charter Oak in this Application is fair and reasonable given (a) the complexity of the Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

43. Charter Oak has reviewed the requirements of D.N.J. LBR 2016-3 and the Interim Compensation Order and believes this Application substantially complies with such local rules, order and guidelines.

## CERTIFICATION OF JAMES P. SINCLAIR

44. A Certification of James P. Sinclair is attached hereto as **Exhibit A** and made part of this Application.

**WHEREFORE**, Charter Oak Financial Consultants, LLC respectfully requests the Court enter an order, substantially in the form attached hereto, providing that: (a) an interim allowance be made to Charter Oak in the amount of (i) $40,675.00 as compensation for necessary professional services rendered during the Interim Period, and (ii) $0.00 for actual and necessary expenses incurred during the Interim Period; (b) a final allowance be made to Charter Oak Financial Consultants, LLC in the amount of (i) $386,368.50 as compensation for necessary professional services rendered during the Final Period, and (ii) $466.45 for actual and necessary expenses

13

incurred during the Final Period, for a total of $386,834.95; (c) the Debtors are authorized and directed to pay Charter Oak the outstanding amount of such sums in accordance with the Plan; and (d) for such other and further relief as may be just and proper.

Dated:  January 21, 2021  By:  */s/ James P. Sinclair*
James P. Sinclair
Senior Managing Director
Charter Oak Financial Consultants, LLC
430 Center Ave.
Mamaroneck, NY 10543
Telephone:  (914) 372-1874
Facsimile: (914) 930-6867
jsinclair@charteroakfc.com

*Financial Advisor for the Official Committee of Asbestos Claimants*

# EXHIBIT A

| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com<br>*Co-counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Case No. 18-27963-MBK |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Chapter 11 |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |

**CERTIFICATION OF JAMES P. SINCLAIR**

James P. Sinclair, pursuant to 28 U.S.C. § 1746, states as follows:

I am a professional in the consulting firm of Charter Oak Financial Consultants, LLC ("Charter Oak"), financial advisor for the Official Committee of Asbestos Claimants (the "Committee"). I submit this Certification in connection with the *Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From (I) April 1, 2020 Through December 31, 2020 and (II) October 5, 2018 Through December 31, 2020* (the "Application").

In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any professional of Charter Oak has entered into any agreement, written or oral, express or implied,

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

2

with the Debtors, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtors.

In accordance with § 504 of the Bankruptcy Code, no agreement or understanding exists between me, Charter Oak or any professional thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as Charter Oak may receive from the Debtors herein, nor will any division of fees prohibited by § 504 of the Bankruptcy Code be made by Charter Oak.

I have reviewed the requirements of D.N.J. LBR 2016-3 and the Interim Compensation Order[2] and certify to the best of my knowledge and belief that this Application substantially complies with such local rule and order. I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Date: January 21, 2021     /s/ James P. Sinclair
                           James P. Sinclair

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application