UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz, Esq.
89 Headquarters Plaza, North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Counsel for the Official Committee*
*of Asbestos Claimants*

| | |
|---|---|
| In re: | Case No. 18-27963 MBK |
| DURO DYNE NATIONAL CORP., *et al.* [1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SEVENTH INTERIM AND FINAL FEE APPLICATION OF
CAPLIN & DRYSDALE, CHARTERED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FROM (I) AUGUST 1, 2020, THROUGH DECEMBER 31, 2020
AND (II) SEPTEMBER 26, 2018, THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

Page:  2
Debtors:  Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:  Order Granting Seventh Interim and Final Fee Application of Caplin & Drysdale,
Chartered as Counsel to the Official Committee of Asbestos Claimants for Allowance of
Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) August
1, 2020, Through December 31, 2020 and (II) September 26, 2018, Through December 31, 2020

Upon consideration of the *Seventh Interim and Final Fee Application of Caplin &*

*Drysdale, Chartered as Counsel to the Official Committee of Asbestos Claimants for Allowance*

*of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) August*

*1, 2020, Through December 31, 2020 and (II) September 26, 2018, Through December 31, 2020*

("**Application**")[2]; and the Court having jurisdiction to hear and decide the Application under 28

U.S.C. §§ 157(a) and 1334(b); and consideration of the Application being a core proceeding under

28 U.S.C. § 157(b)(2)(G); and venue being proper under 28 U.S.C. § 1409; and it appearing that

notice of the Application was adequate and proper under the circumstances in the above-titled

Chapter 11 Cases and that no further or other notice need be given; and it appearing that it

appearing that the fees and expenses requested in the Application are reasonable and for necessary

services provided to the Official Committee of Asbestos Claimants (the "**Committee**"),

It is hereby **ORDERED** as follows:

1.    The Application is GRANTED and APPROVED.

2.    Caplin & Drysdale is hereby allowed a seventh interim allowance of compensation

for services rendered to the Committee in the sum of $109,469.50 and reimbursement for costs

incurred in the sum of $572.45 for the period of August 1, 2020, through December 31, 2020.

3.    Caplin & Drysdale is hereby allowed a final allowance of compensation for services

rendered to the Debtors in the sum of $1,947,088.75 and reimbursement for costs incurred in the

sum of $33,857.10 for the period of September 26, 2018, through December 31, 2020.

---

[2]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:  3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:  Order Granting Seventh Interim and Final Fee Application of Caplin & Drysdale,
Chartered as Counsel to the Official Committee of Asbestos Claimants for Allowance of
Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) August
1, 2020, Through December 31, 2020 and (II) September 26, 2018, Through December 31, 2020

4.      The Debtors are authorized and directed to make payment of the outstanding

amount of such sums to Caplin & Drysdale.

5.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.