| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| THE LAW OFFICE OF<br>JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz, Esq.<br>89 Headquarters Plaza, North Suite 1216<br>Morristown, NJ 07960<br>Telephone (973) 532-7208<br>john@fialcowitzlaw.com<br><br>*Counsel for the Official Committee*<br>*of Asbestos Claimants*<br><br>CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br><br>*Financial Advisor for the Official Committee of*<br>*Asbestos Claimant* |

| | |
|---|---|
| In re: | Case No. 18-27963 MBK |
| DURO DYNE NATIONAL CORP., *et al.* [1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SIXTH INTERIM AND FINAL FEE APPLICATION
OF CHARTER OAK FINANCIAL CONSULTANTS, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FROM (I) APRIL 1, 2020 THROUGH DECEMBER 31, 2020
AND (II) OCTOBER 5, 2018 THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

DOC# 3457555

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) April 1, 2020, Through December 31, 2020 and (II) October 5, 2018, Through December 31, 2020

Upon consideration of the *Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) April 1, 2020, Through December 31, 2020 and (II) October 5, 2018, Through December 31, 2020* ("**Application**")[2]; and the Court having jurisdiction to hear and decide the Application under 28 U.S.C. §§ 157(a) and 1334(b); and consideration of the Application being a core proceeding under 28 U.S.C. § 157(b)(2)(G); and venue being proper under 28 U.S.C. § 1409; and it appearing that notice of the Application was adequate and proper under the circumstances in the above-titled Chapter 11 Cases and that no further or other notice need be given; and it appearing that it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Official Committee of Asbestos Claimants (the "**Committee**"),

It is hereby **ORDERED** as follows:

1. The Application is GRANTED and APPROVED.

2. Charter Oak is hereby allowed a sixth interim allowance of compensation for services rendered to the Committee in the sum of $40,675.00 and reimbursement for costs incurred in the sum of $0.00 for the period of April 1, 2020, through December 31, 2020.

3. Caplin & Drysdale is hereby allowed a final allowance of compensation for services rendered to the Debtors in the sum of $386,368.50 and reimbursement for costs incurred in the sum of $466.45 for the period of October 5, 2018, through December 31, 2020.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Granting Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) April 1, 2020, Through December 31, 2020 and (II) October 5, 2018, Through December 31, 2020

4. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Charter Oak.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.