**Lead Debtor's Name:** Duro Dyne National Corp. et. al.
**Lead Bankruptcy Case #:** 18-27963
**Date of Confirmation:** October 23, 2020
**Reporting Period:** Oct. 23, 2020 -- Dec. 31, 2020

| Debtor | Duro Dyne Corporation | | | Duro Dyne Midwest Corp. | | | Duro Dyne West Corp. | | | Duro Dyne Machinery Corp. | Duro Dyne National Corp. | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-27968 | | | 18-27970 | | | 18-27971 | | | 18-27969 | 18-27963 | | | | | | |
| Bank | BANK OF AMERICA | | | | | | | | | | | | | | | | |
| Account Number | x1203 | x5333 | x1383 | x1222 | x5325 | x1401 | x1208 | x5317 | x1388* | x1185 | x1161 | x1142 | x1166 | x1180 | x3608 | x1147 | |
| Account Type | Collections | Operating | Operating | Collections | Operating | Operating | Collections | Operating | Operating | Operating | Operating | Operating | Operating | Operating | Operating | Operating | |
| Opening Cash Balance | $1,703,670 | $68,808 | $0 | $300,594 | $123,069 | $150,000 | $76,135 | $17,529 | $0 | $18,792 | $8,132,864 | $70,460 | $3,477 | $6,746 | $18,954 | $167,572 | $10,858,669 |
| All receipts received by Debtor | | | | | | | | | | | | | | | | | |
|   Collections of Accounts Receivable | 12,885,143 | | | 1,611,189 | | | 1,806,982 | | | | | | | | | | 16,303,313 |
|   Scrap Steel Sales | 5,756 | | | 772 | | | | | | | | | | | | | 6,528 |
|   Management Fees | | | | | | | | | | | | 74,863 | | | | | 74,863 |
|   Interest Income | | | | | | | | | | | 3,090 | | | | 8 | | 3,099 |
|   Sale of Debtor's Assets | | | | | | | | | | | | | | | | | - |
|   Capital Infusion pursuant to the Plan | | | | | | | | | | | | | | | | | - |
|   Total of Cash Received | 12,890,899 | - | - | 1,611,960 | - | - | 1,806,982 | - | - | - | 3,090 | 74,863 | - | - | 8 | - | 16,387,802 |
| Total of Cash Available | 14,594,569 | 68,808 | - | 1,912,554 | 123,069 | 150,000 | 1,883,117 | 17,529 | - | 18,792 | 8,135,954 | 145,322 | 3,477 | 6,746 | 18,963 | 167,572 | 27,246,471 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor | | | | | | | | | | | | | | | | | |
|   Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | - | - | - | - | - | - | - | - | 7,500,000 | - | - | - | - | 7,500,000 |
|   Disbursements made pursuant to the administrative claims of bankruptcy professionals | - | - | - | - | - | - | - | - | - | - | - | 323,355 | - | - | - | - | 323,355 |
|   All other disbursements made in the ordinary course | (0) | 8,812,406 | - | 0 | 1,350,382 | - | - | 755,930 | - | 253,258 | - | 1,898,442 | 8,699 | 3,887 | - | 1,926,978 | 15,009,982 |
| Total Disbursements | (0) | 8,812,406 | - | 0 | 1,350,382 | - | - | 755,930 | - | 253,258 | - | 9,721,796 | 8,699 | 3,887 | - | 1,926,978 | 22,833,337 |
| Intercompany Transfers | (11,979,654) | 8,714,924 | - | (1,275,000) | 1,235,386 | - | (1,765,000) | 768,275 | - | 242,047 | (7,500,000) | 9,588,134 | 10,000 | - | - | 1,960,888 | 0 |
| Ending Cash Balance | 2,614,915 | (28,675) | - | 637,554 | 8,073 | 150,000 | 118,117 | 29,875 | - | 7,581 | 635,954 | 11,660 | 4,778 | 2,859 | 18,963 | 201,481 | 4,413,135 |

*Note: Accounts marked with asterisk have been opened in anticipation of the Bank of America exit financing credit line but are not yet in use.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

28-Jan-21
Date

Name / Title   Christopher O'Callaghan--Chief Financial Officer

In re: Duro Dyne National Corp., et. al.  
Debtor

Case No. 18-27963-MBK  
Reporting Period: October 23- December 31, 2020

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash | $4,413,135 | $4,406,831 |
| Accounts Receivable | 8,284,986 | 8,072,041 |
| Inventory | 12,026,926 | 12,282,256 |
| Prepaid Expenses | 755,102 | 690,250 |
| *TOTAL CURRENT ASSETS* | 25,480,150 | 25,451,378 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 229,648 | 106,000 |
| Machinery and Equipment | 10,605,665 | 8,417,512 |
| Furniture, Fixtures and Office Equipment | 148,546 | 43,863 |
| Leasehold Improvements | 2,446,195 | 2,128,416 |
| Vehicles | 132,297 | 36,955 |
| Less Accumulated Depreciation | (10,850,436) | (9,684,955) |
| *TOTAL PROPERTY & EQUIPMENT* | 2,711,915 | 1,047,791 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | 0 |
| Other Assets (attach schedule) | 1,646,330 | 1,419,827 |
| *TOTAL OTHER ASSETS* | 1,646,330 | 1,419,827 |
| **TOTAL ASSETS** | $29,838,395 | $27,918,997 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $5,344,473 | |
| Wages Payable | 292,357 | |
| Notes Payable | 0 | |
| Rent / Leases - Building/Equipment | 0 | |
| Secured Debt / Adequate Protection Payments | 20,000,000 | |
| Professional Fees | 82,237 | |
| Amounts Due to Insiders* | 0 | |
| Other Postpetition Liabilities (attach schedule) | 2,110,176 | |
| *TOTAL POSTPETITION LIABILITIES* | 27,829,242 | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Accounts Payable | 102,345 | $6,758,604 |
| Accrued Expenses | 98,750 | 1,694,119 |
| Secured Debt | 572,291 | 1,155,167 |
| Priority Debt | 0 | 0 |
| Unsecured Debt[1] | 954,124 | 1,333,000 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,727,510 | 10,940,890 |
| *TOTAL LIABILITIES* | 29,556,752 | 10,940,890 |
| *OWNER EQUITY* | | |
| Capital Stock | 68,406 | 68,406 |
| Additional Paid-In Capital | 968,372 | 968,372 |
| Partners' Capital Account | 0 | 0 |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 15,941,329 | 15,941,329 |
| Retained Earnings - Postpetition | (16,696,464) | 0 |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | 0 |
| *NET OWNER EQUITY* | 281,642 | 16,978,107 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $29,838,395 | $27,918,997 |

1. Unsecured debt now reflects Local 210 Pension Withdrawal liability to conform with internal financial presentations.. The Debtor views the total asserted by the creditor as unliquidated and disputed.

*"Insider" is defined in 11 U.S.C. Section 101(31).  
**NOTE:  The above financial results are preliminary and are subject to customary year-end adjustments.**

FORM MOR-3  
(04/07)