# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1]  ) | Case No. 18-27963 (MBK) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE RE:

Docket No. 1373  CERTIFICATION OF JEFFREY D. PROL REGARDING PLAN EFFECTIVE DATE AND ORDER CLOSING CASES

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On January 4, 2021, at the request of Lowenstein Sandler LLP, Counsel to the Debtors and Debtors in Possession, copies of the above referenced document were served on the parties listed in Exhibit A via the modes of service indicated thereon:

Exhibit A    The Master Service List Parties referenced on Service List Nos. 73905, 73906, and 73914.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 9th day of February, 2021 at New York, New York.

                                                /s/ Bradford Daniel
                                                Bradford Daniel

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

# DuroDyne

**Total number of parties: 92**

### Exhibit A

### Duro Dyne

AMERICAN ELITE MOLDING, LLC
ATTN: JOHN GAYNOR
5680 JOHN GIVENS ROAD
CRESTVIEW, FL  32539
*VIA E-mail*

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY  10285
*VIA US Mail (1st Class)*

ANDERSON KILL & OLICK PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020-1182
*VIA US Mail (1st Class)*

ANDERSON KILL PC
(RE: DURO DYNE NATIONAL CORP)
CORT T MALONE ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020
*VIA E-mail*

BELLUCK & FOX, LLP
(RE: CMTE MEMBER JOSEPH BARNA)
JOSEPH BELLUCK, ESQ.
546 FIFTH AVENUE, 4TH FLOOR
NEW YORK, NY  10036
*VIA US Mail (1st Class)*

BRAYTON PURCELL, LLP
(RE: CMTE MEMBER ROBERT ENVALL)
BRYN GALLAGHER LETSCH, ESQ.
222 RUSH LANDING ROAD
NOVATO, CA  94948
*VIA US Mail (1st Class)*

CALIFORNIA ATTY GENERAL`S OFFICE
BK NOTICES DIV/PUBLIC INQUIRY UNIT
CALIFORNIA DEPARTMENT OF JUSTICE
PO BOX 944255
SACRAMENTO, CA  94244-2550
*VIA US Mail (1st Class)*

CAMBRIDGE RESOURCES
ATTN: STEVE KIELSON
960 ALABAMA AVENUE
BROOKLYN, NY  11207
*VIA E-mail*

CAPLIN & DRYSDALE
(RE: AD HOC ASBESTOS COMMITTEE)
JOHN WEHNER; JEFFREY A. LIESEMER
ONE THOMAS CIRCLE NW, STE 1100
WASHINGTON, DC  20005-5802
*VIA E-mail*

CAPLIN & DRYSDALE
(RE: AD HOC ASBESTOS COMMITTEE)
JOHN WEHNER; JEFFREY A. LIESEMER
ONE THOMAS CIRCLE NW, STE 1100
WASHINGTON, DC  20005-5802
*VIA E-mail*

CARROLL, MCNULTY & KULL LLC
(RE: THE NORTH RIVER INSURANCE COMPANY)
CR CARROLL;MJ TRICARICO, ET AL.
570 LEXINGTON AVENUE
8TH FLOOR
NEW YORK, NY  10022
*VIA US Mail (1st Class)*

CENTURY MECHANICAL SYSTEMS
ATTN: JARI VARGHESE
PO BOX 60270
AL QUOZ INDUSTRIAL AREA-4
DUBAI,
UNITED ARAB EMIRATES
*failed email*
*VIA US Mail (1st Class)*

CENTURY MECHANICAL SYSTEMS
ATTN: JARI VARGHESE
PO BOX 60270
AL QUOZ INDUSTRIAL AREA-4
DUBAI,
UNITED ARAB EMIRATES
*failed email*
*VIA E-mail*

COMMONWEALTH OF PENNSYLVANIA
DEB SECREST
DEPT OF LABOR & INDUSTRY, COLCTIONS
SUPPORT UNIT, 651 BOAS ST RM 702
HARRISBURG, PA  17121
*VIA E-mail*

COONEY & CONWAY
(RE: CMTE MEMBER DONALD KURTZER)
KATHY BYRNE, ESQ.
120 N. LASALLE STREET, 30TH FL.
CHICAGO, IL  60602
*VIA US Mail (1st Class)*

CROWELL & MORING LLP
(RE: FEDERAL INSURANCE COMPANY)
MARK PLEVIN & TACIE YOON
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20004-2595
*VIA US Mail (1st Class)*

CROWELL & MORING LLP
(RE: FEDERAL INSURANCE CO.)
MARK S LICHTENSTEIN ESQ.
590 MADISON AVENUE 20TH FLOOR
NEW YORK, NY  10022
*VIA US Mail (1st Class)*

DEXTER HOFING, LLC
45 ROCKEFELLER PLAZA, SUITE 2000
NEW YORK, NY  10111
*VIA US Mail (1st Class)*

DIE MATIC PRODUCTS, LLC
ATTN: BILL OEHRLEIN
130 EXPRESS ST
PLAINVIEW, NY  11803
*VIA US Mail (1st Class)*

DILWORTH PAXSON LLP
(RE: MUNICH REINSURANCE AMERICA FKA ARC)
WILLIAM E MCGRATH JR; LEAH BARTLOME
99 PARK AVENUE, SUITE 320
NEW YORK, NY  10016
*VIA US Mail (1st Class)*

DILWORTH PAXSON LLP
(RE: MUNICH REINSURANCE AMERICA FKA ARC)
WILLIAM E. MCGRATH JR.
2 RESEARCH WAY
PRINCETON, NJ  08540
*VIA E-mail*

**Exhibit A**

**Duro Dyne**

| | | |
|---|---|---|
| DLA PIPER LLP (US)<br>(RE: FEDERAL INSURANCE COMPANY)<br>AIDAN M MCCORMACK;CYRIL E SMITH ESQ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104<br>*VIA US Mail (1st Class)* | DUANE MORRIS LLP<br>(RE: MIDSTATES REINSURANCE CORPORATION)<br>JEFF D. KAHANE<br>865 SOUTH FIGUEROA STREET, STE 3100<br>LOS ANGELES, CA 90017-5450<br>*VIA E-mail* | DUANE MORRIS LLP<br>(RE: MIDSTATES REINSURANCE CORPORATION)<br>SOMMER L. ROSS<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE 19801-1659<br>*VIA E-mail* |
| DURO DYNE NATIONAL CORPORATION<br>(RE: DEBTOR)<br>ATTN RANDALL HINDEN,PRESIDENT & CEO<br>81 SPENCE STREET<br>BAY SHORE, NY 11706<br>*VIA US Mail (1st Class)* | DYNAMIC METALS INC<br>ATTN: TONY FRANGIONE<br>1713 SOUTH SECOND ST<br>PISCATAWAY, NJ 08854<br>*VIA E-mail* | HERCULITE PRODUCTS<br>ATTN: DAVID YOHE<br>105 E SINKING SPRINGS LANE<br>PO BOX 435<br>EMIGSVILLE, PA 17318-0435<br>*VIA E-mail* |
| IFRAH PLLC<br>(RE: THE NORTH RIVER INSURANCE COMPANY)<br>GEORGE R. CALHOUN, V<br>1717 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20006<br>*VIA E-mail* | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY NOTICES DIVISION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA, PA 19104-5016<br>*VIA US Mail (1st Class)* | JACKSON LEWIS LLP<br>ONE NO. BROADWAY<br>WHITE PLAINS, NY 10601<br>*VIA US Mail (1st Class)* |
| JASPAN SCHLESINGER LLP<br>(RE: HARTFORD ACCIDENT & INDEMNITY COM)<br>STANLEY A. CAMHI, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530<br>*VIA US Mail (1st Class)* | JM BURNS STEEL SUPPLY<br>ATTN: JUSTIN ROBBINS<br>515 WYOMING AVE<br>CINCINNATI, OH 45215<br>failed email<br>*VIA US Mail (1st Class)* | JM BURNS STEEL SUPPLY<br>ATTN: JUSTIN ROBBINS<br>515 WYOMING AVE<br>CINCINNATI, OH 45215<br>failed email<br>*VIA E-mail* |
| KELLER, FISHBACK & JACKSON LLP<br>DANIEL KELLER<br>28720 CAMVOOD STREET, SUITE 200<br>AGOURA HILLS, CA 91301<br>*VIA US Mail (1st Class)* | KELLEY & FERRARO, LLP<br>(RE: CMTE MEMBER EUGENE F. SROMEK)<br>CONSTANTINE P. VENIZELOS, ESQ.<br>ERNEST & YOUNG TOWER<br>950 MAIN AVENUE, SUITE 1300<br>CLEVELAND, OH 44113<br>*VIA US Mail (1st Class)* | KENNEDYS CMK LLP<br>MARGARET CATALANO & CHRISTINA SALEM<br>570 LEXINGTON AVENUE – 8TH FLOOR<br>NEW YORK, NY 10022<br>*VIA E-mail* |
| KENNEDYS CMK LLP<br>MARGARET CATALANO & CHRISTINA SALEM<br>570 LEXINGTON AVENUE – 8TH FLOOR<br>NEW YORK, NY 10022<br>*VIA E-mail* | L I S ENTERPRISES, INC.<br>ATTN: JASON BRENNER<br>263 SOUTH YORK ROAD<br>HATBORO, PA 19040<br>*VIA US Mail (1st Class)* | LONDON FISCHER LLP<br>(RE: MIDSTATES REINSURANCE CORP FKA MEAD)<br>JTH DEAVER; S DEVITO; DANIEL LONDON<br>59 MAIDEN LANE, 39TH FLOOR<br>NEW YORK, NY 10038<br>*VIA E-mail* |
| LOWENSTEIN SANDLER LLP<br>(RE: DEBTOR)<br>JEFFREY D. PROL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068<br>*VIA E-mail* | LOWENSTEIN SANDLER LLP<br>(RE: DEBTOR)<br>KENNETH A. ROSEN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>*VIA E-mail* | MAJESTIC STEEL USA INC.<br>ATTN: SUSAN SUVAK<br>31099 CHAGRIN BLVD.<br>STE 150<br>CLEVELAND, OH 44124<br>*VIA E-mail* |
| MAJESTIC STEEL USA INC.<br>ATTN: SUSAN SUVAK<br>31099 CHAGRIN BLVD.<br>STE 150<br>CLEVELAND, OH 44124<br>*VIA E-mail* | MANLEY BURKE LPA<br>225 WEST COURT ST.<br>CINCINNATI, OH 45202<br>*VIA US Mail (1st Class)* | MAZURS USA, LLP<br>135 WEST 50TH STREET<br>NEW YORK, NY 10020<br>*VIA US Mail (1st Class)* |

**Exhibit A**

**Duro Dyne**

| | | |
|---|---|---|
| MCCARTER & ENGLISH, LLP<br>(RE: MESTEK, INC & MESTEK MACHINERY INC)<br>MATTHEW HEIMANN, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ  07102<br>*VIA US Mail (1st Class)* | MCCARTER & ENGLISH, LLP<br>SHEILA E. CALELLO, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ  07102<br>*VIA E-mail* | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP<br>190 WILLIS AVENUE<br>MINEOLA, NY  11501<br>*VIA US Mail (1st Class)* |
| MESTEK, INC.<br>ATTN: BRUCE DEWEY<br>260 NORTH ELM STREET<br>WESTFIELD, MA  01085<br>*VIA US Mail (1st Class)* | MIDLAND STEEL WHSE. CORP.<br>ATTN: HOWARD ALLEN<br>1120 LEGGETT AVE.<br>BRONX, NY  10474<br>*VIA E-mail* | NAKAZAWA DIE CASTING<br>ATTN: DESMOND KHONG<br>LOT 46910-BLOCK D, 68100 BATU CAVES<br>TAMAN PERINDUSTRIAN SELAYANG<br>SELANGOR DARUL EHSAN, 68100<br>MALAYSIA<br>*VIA E-mail* |
| NEW JERSEY ATTORNEY GENERALS OFFICE<br>ATTN: DIVISION OF LAW<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON, NJ  08625-0112<br>*VIA US Mail (1st Class)* | NEW JERSEY DIVISION OF TAXATION<br>ATTN: COMPLIANCE AND ENFORCEMENT BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON, NJ  08695<br>*VIA US Mail (1st Class)* | NEW JERSEY DIVISION OF TAXATION<br>ATTN: COMPLIANCE AND ENFORCEMENT BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON, NJ  08695<br>*VIA US Mail (1st Class)* |
| NEW YORK CITY DEPT OF FINANCE<br>CORRESPONDENCE UNIT<br>ONE CENTRE STREET<br>22ND FLOOR<br>NEW YORK, NY  10007<br>*VIA US Mail (1st Class)* | NEW YORK STATE DEPT OF TAXATION<br>ATTN: OFFICE OF COUNSEL<br>NYS DEPT OF TAXATION AND FINANCE<br>BUILDING 9 WA HARRIMAN CAMPUS<br>ALBANY, NY  12227<br>*VIA US Mail (1st Class)* | NORGAARD O'BOYLE<br>(RE: UNDISCLOSED INTERESTED PARTY)<br>KARL J NORGAARD, ESQ<br>184 GRAND AVENUE<br>ENGLEWOOD, NJ  07631-3507<br>*VIA E-mail* |
| OFFICE OF THE US ATTORNEY OF NJ<br>ATTN EAMONN O`HAGAN, ASST US ATTY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK, NJ  07102<br>*VIA E-mail* | OFFICE OF THE US TRUSTEE FOR THE<br>J. SPONDER; M. HAUSMAN<br>DISTRICT OF NJ<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ  07102<br>*VIA E-mail* | OFFICE OF THE US TRUSTEE FOR THE<br>J. SPONDER; M. HAUSMAN<br>DISTRICT OF NJ<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ  07102<br>*VIA E-mail* |
| OFFICE OF THE US TRUSTEE FOR THE<br>J. SPONDER; M. HAUSMAN<br>DISTRICT OF NJ<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ  07102<br>*VIA E-mail* | OHIO ATTORNEY GENERAL`S OFFICE<br>ATTN: BANKRUPTCY NOTICES DIVISION<br>30 EAST BROAD STREET<br>14TH FLOOR<br>COLUMBUS, OH  43215<br>*VIA US Mail (1st Class)* | PENSION BENEFIT GUARANTY CORP.<br>(RE: PENSION BENEFIT GUARANTY CORPORTION)<br>CAROLYN J. LACHMAN, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC  20005-4026<br>*failed email*<br>*VIA US Mail (1st Class)* |
| PENSION BENEFIT GUARANTY CORP.<br>(RE: PENSION BENEFIT GUARANTY CORPORTION)<br>CAROLYN J. LACHMAN, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC  20005-4026<br>*failed email*<br>*VIA E-mail* | PENSION BENEFIT GUARANTY CORP.<br>(RE: PENSION BENEFIT GUARANTY CORPORTION)<br>CAROLYN J. LACHMAN, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC  20005-4026<br>*VIA E-mail* | PHD MANUFACTURING INC.<br>ATTN: JONATHON CORBINO<br>44018 COLUMBIANA-WATERFORD RD<br>COLUMBIANA, OH  44408<br>*VIA E-mail* |
| PREGIS HOLDING<br>ATTN: DANIEL LINDENBAUM<br>515 ENTERPRISE STREET<br>AURORA, IL  60504<br>*VIA US Mail (1st Class)* | R2 TAPE, INC.<br>ATTN: JEN HIRSCH<br>1626 BRIDGEWATER ROAD<br>BENSALEM, PA  19020<br>*VIA E-mail* | RABINOWITZ, LUBETKIN & TULLY, LLC<br>(RE: 4 SITE, LLC)<br>JONATHAN RABINOWITZ; J. A. COOPER<br>293 EISENHOWER PARKWAY STE 100<br>LIVINGSTON, NJ  07039<br>*VIA E-mail* |

**Exhibit A**

**Duro Dyne**

RABINOWITZ, LUBETKIN & TULLY, LLC
(RE: 4 SITE, LLC)
JONATHAN RABINOWITZ; J. A. COOPER
293 EISENHOWER PARKWAY STE 100
LIVINGSTON, NJ  07039
*VIA E-mail*

RETRANS FREIGHT
ATTN: BRIAN HILLER
420 AIRPORT ROAD
FALL RIVER, MA  02720
*VIA US Mail (1st Class)*

SCULLY, SCOTT, MURPHY & PRESSER, PC
400 GARDEN CITY PLAZA
SUITE 300
GARDEN CITY, NY  11530
*VIA US Mail (1st Class)*

SEALERS INC.
ATTN: JIM BERGER
5017 SOUTH 38TH STREET
ST. LOUIS, MO  63116-4129
*VIA US Mail (1st Class)*

SHIPMAN & GOODWIN LLP
(RE: HARTFORD ACCIDENT & INDEMNITY COM)
JAMES RUGGERI;A WILLIAMS;J WEINBERG
1875 K STREET NW, SUITE 600
WASHINGTON, DC  20006
*VIA E-mail*

SHIPMAN & GOODWIN LLP
(RE: HARTFORD ACCIDENT & INDEMNITY COM)
JAMES RUGGERI;A WILLIAMS;J WEINBERG
1875 K STREET NW, SUITE 600
WASHINGTON, DC  20006
*VIA E-mail*

SHIPMAN & GOODWIN LLP
(RE: HARTFORD ACCIDENT & INDEMNITY COM)
JAMES RUGGERI;A WILLIAMS;J WEINBERG
1875 K STREET NW, SUITE 600
WASHINGTON, DC  20006
*VIA E-mail*

SHIPMAN & GOODWIN LLP
(RE: HARTFORD ACCIDENT & INDEMNITY CO.)
STEPHEN M. FORTE, ESQ.
400 PARK AVENUE, FIFTH FLOOR
NEW YORK, NY  10022-4406
*VIA US Mail (1st Class)*

SIMMONS HANLY CONROY
(RE: CMTE MEMBER WENDELL BETTS)
MATTHEW PETERSON, ESQ.
ONE COURT STREET
ALTON, IL  62002
*VIA US Mail (1st Class)*

SIX-2 FASTENER IMPORTS
ATTN: STEVE COWAN
2 BUCKS LANE
SUITE 7
MARLBORO, NJ  07746
*VIA E-mail*

SNYDER MFG INC
ATTN: JOLENE MEESE
3001 PROGRESS ST.
DOVER, OH  44622
*VIA US Mail (1st Class)*

STATE OF CALIFORNIA DIV OF TAXATION
ATTN: COMPLIANCE AND ENFORCEMENT
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO, CA  94240-0040
*VIA US Mail (1st Class)*

STATE OF OHIO DIVISION OF TAXATION
ATTN: COMPLIANCE AND ENFORCEMENT
PO BOX 530
COLUMBUS, OH  43216-0530
*VIA US Mail (1st Class)*

THE LAW OFFICE OF JOHN FIALCOWITZ
(RE: PROPOSED COUNSEL FOR OFFICIAL)
JOHN FIALCOWITZ ESQ
89 HEADQUARTERS PLAZA NORTH
SUITE 1216
MORRISTOWN, NJ  07960
*VIA US Mail (1st Class)*

THE NJ DIV. OF TAXATION COMPLIANCE
AND ENFORCEMENT - BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
TRENTON, NJ  08695
*VIA US Mail (1st Class)*

UCAC INC
5737 CORPORATE WAY
WEST PALM BEACH, FL  33407
*VIA US Mail (1st Class)*

UNITED STATES DEPARTMENT OF JUSTICE
(RE: THE ACTING U.S. TRUSTEE)
M.HILDEBRANDT; J.SPONDER; M.HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ  07102
*VIA E-mail*

UNITED STATES DEPARTMENT OF JUSTICE
(RE: THE ACTING U.S. TRUSTEE)
M.HILDEBRANDT; J.SPONDER; M.HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ  07102
*VIA E-mail*

WASSERMAN, JURISTA & STOLZ, PC
(RE: SHEET METAL AIR RAIL & TRNSPO ET AL)
SCOTT REVER; D. STOLZ
110 ALLEN ROAD, SUITE 304
BASKING RIDGE, NJ  07920
*VIA E-mail*

WASSERMAN, JURISTA & STOLZ, PC
(RE: SHEET METAL AIR RAIL & TRNSPO ET AL)
SCOTT REVER; D. STOLZ
110 ALLEN ROAD, SUITE 304
BASKING RIDGE, NJ  07920
*VIA E-mail*

YOUNG CONAWAY STARGATT & TAYLOR LLP
(RE: PRE-PETITION LEGAL REPRESENTATIVE)
EDWIN HARRON;SARA KOHUT;SEAN BEACH
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE  19801
*VIA E-mail*

**Exhibit A**

**Duro Dyne**

| | | |
|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br>(RE: PRE-PETITION LEGAL REPRESENTATIVE)<br>EDWIN HARRON;SARA KOHUT;SEAN BEACH<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br>*VIA E-mail* | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>(RE: PRE-PETITION LEGAL REPRESENTATIVE)<br>EDWIN HARRON;SARA KOHUT;SEAN BEACH<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br>*VIA E-mail* | **Subtotal for this group:  92** |