UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Duro Dyne National Corp., et als.,

Debtors.

Case No.: 18-27963

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 2/25/21

Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Jeffrey M. Sponder__,

   ☒ am the attorney for: __the United States Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Final Fee Applications of Young Conaway (1392) and Larry Fitzpatrick (1393)

   Current hearing date and time: 2/25/21 @ 10am

   New date requested: 3/11/21 @ 2pm

   Reason for adjournment request: The parties are discussing a possible resolution and require additional time.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/18/21                                      /s/ Jeffrey M. Sponder
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 3/11/21 at 11:30 am            ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2