Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−27963−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Duro Dyne National Corp.
    100 Horizon Center Boulevard
    Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
    11−2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on February 26, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1444 − 1404
Order Granting Application For Compensation for Charter Oak Financial Consultants, LLC, fees awarded: $386368.50, expenses awarded: $466.45 (Related Doc # 1404). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/26/2021. (wir)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 26, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 18-27963-MBK

Duro Dyne National Corp.                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |
| op | + | Charter Oak Financial Consultants, LLC, 430 Center Ave., Mamaroneck, NY 10543-2254 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | |

District/off: 0312-3                      User: admin                                    Page 2 of 3
Date Rcvd: Feb 26, 2021                  Form ID: orderntc                           Total Noticed: 2

on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Wagner London, I

on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon

on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edwin J Harron

on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron

on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeff Kahane

on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey A. Cooper

on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Cort T. Malone jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz

on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Attorney The Law Office of John A. Fialcowitz  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

Jordan E. Jacobson

on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov  efile@pbgc.gov

Kami Elizabeth Quinn

on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard

on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein

on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Matthew B. Heimann

on behalf of Creditor Mestek  Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman

on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever

on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO
srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Sean M. Beach

on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross

on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Stephen Forte

on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte

on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr

on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com

TOTAL: 44