| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| THE LAW OFFICE OF<br>JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz, Esq.<br>89 Headquarters Plaza, North Suite 1216<br>Morristown, NJ 07960<br>Telephone (973) 532-7208<br>john@fialcowitzlaw.com<br><br>*Counsel for the Official Committee<br>of Asbestos Claimants*<br><br>CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br><br>*Financial Advisor for the Official Committee of<br>Asbestos Claimant* |

**Order Filed on February 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.* [1]<br><br>    Debtors. | Case No. 18-27963 MBK<br><br>Chapter 11<br><br>(Jointly Administered) |

**ORDER GRANTING SIXTH INTERIM AND FINAL FEE APPLICATION
OF CHARTER OAK FINANCIAL CONSULTANTS, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FROM (I) APRIL 1, 2020 THROUGH DECEMBER 31, 2020
AND (II) OCTOBER 5, 2018 THROUGH**

DATED: February 26, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The relief set forth on the following pages, num

**ORDERED**.

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) April 1, 2020, Through December 31, 2020 and (II) October 5, 2018, Through December 31, 2020

Upon consideration of the *Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) April 1, 2020, Through December 31, 2020 and (II) October 5, 2018, Through December 31, 2020* ("**Application**")[2]; and the Court having jurisdiction to hear and decide the Application under 28 U.S.C. §§ 157(a) and 1334(b); and consideration of the Application being a core proceeding under 28 U.S.C. § 157(b)(2)(G); and venue being proper under 28 U.S.C. § 1409; and it appearing that notice of the Application was adequate and proper under the circumstances in the above-titled Chapter 11 Cases and that no further or other notice need be given; and it appearing that it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Official Committee of Asbestos Claimants (the "**Committee**"),

It is hereby **ORDERED** as follows:

1. The Application is GRANTED and APPROVED.

2. Charter Oak is hereby allowed a sixth interim allowance of compensation for services rendered to the Committee in the sum of $40,675.00 and reimbursement for costs incurred in the sum of $0.00 for the period of April 1, 2020, through December 31, 2020.

3. Caplin & Drysdale is hereby allowed a final allowance of compensation for services rendered to the Debtors in the sum of $386,368.50 and reimbursement for costs incurred in the sum of $466.45 for the period of October 5, 2018, through December 31, 2020.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Sixth Interim and Final Fee Application of Charter Oak Financial Consultants, LLC as Financial Advisor to the Official Committee of Asbestos Claimants for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) April 1, 2020, Through December 31, 2020 and (II) October 5, 2018, Through December 31, 2020

4. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Charter Oak.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27963-MBK |
| Duro Dyne National Corp. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

        dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Wagner London, I
        on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon
        on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edwin J Harron
        on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron
        on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeff Kahane
        on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey A. Cooper
        on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
        on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Attorney Cort T. Malone jprol@lowenstein.com
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
        on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
        dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder
        on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz
        on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz
        on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz
        on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

Case 18-27963-MBK    Doc 1448    Filed 02/28/21    Entered 03/01/21 00:23:14    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| John A. Fialcowitz | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |
| Jordan E. Jacobson | on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov |
| Kami Elizabeth Quinn | on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com |
| Karl J. Norgaard | on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Mark S. Lichtenstein | on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com Reyko.delpino@akerman.com |
| Matthew B. Heimann | on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Sean M. Beach | on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com |
| Sommer Leigh Ross | on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen Forte | on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| Stephen Forte | on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. McGrath, Jr | on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com |

TOTAL: 44