UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz, Esq.
89 Headquarters Plaza, North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Counsel for the Official Committee*
*of Asbestos Claimants*

**Order Filed on February 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

DURO DYNE NATIONAL CORP., *et al.* [1]

                                        Debtors.

Case No. 18-27963 MBK

Chapter 11

(Jointly Administered)

**ORDER GRANTING SEVENTH INTERIM AND FINAL FEE APPLICATION OF
CAPLIN & DRYSDALE, CHARTERED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS CLAIMANTS FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FROM (I) AUGUST 1, 2020, THROUGH DECEMBER 31, 2020
AND (II) SEPTEMBER 26, 2018, THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: February 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:  2
Debtors:  Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:  Order Granting Seventh Interim and Final Fee Application of Caplin & Drysdale,
Chartered as Counsel to the Official Committee of Asbestos Claimants for Allowance of
Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) August
1, 2020, Through December 31, 2020 and (II) September 26, 2018, Through December 31, 2020

Upon consideration of the *Seventh Interim and Final Fee Application of Caplin &*

*Drysdale, Chartered as Counsel to the Official Committee of Asbestos Claimants for Allowance*

*of Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) August*

*1, 2020, Through December 31, 2020 and (II) September 26, 2018, Through December 31, 2020*

("**Application**")[2]; and the Court having jurisdiction to hear and decide the Application under 28

U.S.C. §§ 157(a) and 1334(b); and consideration of the Application being a core proceeding under

28 U.S.C. § 157(b)(2)(G); and venue being proper under 28 U.S.C. § 1409; and it appearing that

notice of the Application was adequate and proper under the circumstances in the above-titled

Chapter 11 Cases and that no further or other notice need be given; and it appearing that it

appearing that the fees and expenses requested in the Application are reasonable and for necessary

services provided to the Official Committee of Asbestos Claimants (the "**Committee**"),

It is hereby **ORDERED** as follows:

1. The Application is GRANTED and APPROVED.

2. Caplin & Drysdale is hereby allowed a seventh interim allowance of compensation

for services rendered to the Committee in the sum of $109,469.50 and reimbursement for costs

incurred in the sum of $572.45 for the period of August 1, 2020, through December 31, 2020.

3. Caplin & Drysdale is hereby allowed a final allowance of compensation for services

rendered to the Debtors in the sum of $1,947,088.75 and reimbursement for costs incurred in the

sum of $33,857.10 for the period of September 26, 2018, through December 31, 2020.

---

[2]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:  3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:  Order Granting Seventh Interim and Final Fee Application of Caplin & Drysdale,
Chartered as Counsel to the Official Committee of Asbestos Claimants for Allowance of
Compensation for Services Rendered and Reimbursement of Expenses Incurred from (I) August
1, 2020, Through December 31, 2020 and (II) September 26, 2018, Through December 31, 2020

4.    The Debtors are authorized and directed to make payment of the outstanding

amount of such sums to Caplin & Drysdale.

5.    This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27963-MBK |
| Duro Dyne National Corp. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

---

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +   Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | |
| | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | |
| | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov   efile@pbgc.gov |
| Christina Salem | |
| | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | |
| | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | |
| | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO |

dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Wagner London, I

on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon

on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edwin J Harron

on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron

on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeff Kahane

on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey A. Cooper

on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Cort T. Malone jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz

on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Feb 26, 2021                          Form ID: pdf903                              Total Noticed: 1

John A. Fialcowitz

      on behalf of Attorney The Law Office of John A. Fialcowitz  LLC john@fialcowitzlaw.com

John A. Fialcowitz

      on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

Jordan E. Jacobson

      on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov  efile@pbgc.gov

Kami Elizabeth Quinn

      on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard

      on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein

      on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Matthew B. Heimann

      on behalf of Creditor Mestek  Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman

      on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever

      on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO
      srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Sean M. Beach

      on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross

      on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
      AutoDocketWILM@duanemorris.com

Stephen Forte

      on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
      bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte

      on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
      bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr

      on behalf of Interested Party Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company
      wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com


TOTAL: 44