Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27963−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duro Dyne National Corp.
   100 Horizon Center Boulevard
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   11−2504664

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on March 3, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1455 − 1391
Order Granting Application For Compensation for Anderson Kill, P.C., fees awarded: $552314.23, expenses awarded: $835.73 (Related Doc # 1391). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/3/2021. (wir)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 3, 2021
JAN: wir

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-27963-MBK
Duro Dyne National Corp.                                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                              Page 1 of 3
Date Rcvd: Mar 03, 2021                 Form ID: orderntc                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Anderson Kill, P.C. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                      Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | |

Case 18-27963-MBK    Doc 1458    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | |
| | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Wagner London, I | |
| | on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com |
| Denise E. Carlon | |
| | on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Edwin J Harron | |
| | on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com |
| Edwin J Harron | |
| | on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com |
| Jeff Kahane | |
| | on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com  dmartinez@duanemorris.com |
| Jeffrey A. Cooper | |
| | on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne West jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Cort T. Malone jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| John A. Fialcowitz | |
| | on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com |
| John A. Fialcowitz | |

Case 18-27963-MBK    Doc 1458    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |
| Jordan E. Jacobson | |
| | on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov |
| Kami Elizabeth Quinn | |
| | on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com |
| Karl J. Norgaard | |
| | on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Mark S. Lichtenstein | |
| | on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com Reyko.delpino@akerman.com |
| Matthew B. Heimann | |
| | on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | |
| | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Sean M. Beach | |
| | on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen Forte | |
| | on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| Stephen Forte | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. McGrath, Jr | |
| | on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com |

TOTAL: 44