Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−27963−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duro Dyne National Corp.
  100 Horizon Center Boulevard
  Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
  11−2504664

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 3, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1456 − 1402
Order Granting Application For Compensation for Gilbert LLP, fees awarded: $399690.75, expenses awarded: $11713.42 (Related Doc # 1402). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/3/2021. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 3, 2021
JAN: wir

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27963-MBK |
| Duro Dyne National Corp. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2021 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |
| sp | + Gilbert LLP, 700 Pennsylvania Avenue, SE, Suite 400, Washington, DC 20003-2659 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | |

Case 18-27963-MBK    Doc 1459    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: orderntc | Total Noticed: 2 |

on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Wagner London, I

on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon

on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Edwin J Harron

on behalf of Attorney Young Conaway Stargatt & Taylor LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron

on behalf of Other Prof. Lawrence Fitzpatrick dlaskin@ycst.com

Jeff Kahane

on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com dmartinez@duanemorris.com

Jeffrey A. Cooper

on behalf of Creditor 4 Site LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne West jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Other Prof. Getzler Henrich & Associates LLC jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Attorney Cort T. Malone jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol

on behalf of Noticing Agent BMC Group Inc. jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz

on behalf of Attorney Caplin & Drysdale Chartered john@fialcowitzlaw.com

John A. Fialcowitz

on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com

John A. Fialcowitz

Case 18-27963-MBK    Doc 1459    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |
| Jordan E. Jacobson | |
| | on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov |
| Kami Elizabeth Quinn | |
| | on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com |
| Karl J. Norgaard | |
| | on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Mark S. Lichtenstein | |
| | on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com Reyko.delpino@akerman.com |
| Matthew B. Heimann | |
| | on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | |
| | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Sean M. Beach | |
| | on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen Forte | |
| | on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| Stephen Forte | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. McGrath, Jr | |
| | on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com |

TOTAL: 44