UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (New Jersey Bar No. 040701995)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)

**Order Filed on March 3, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Duro Dyne National Corp., et als.,[1]

Debtors.

Case No.: 18-27963 (MBK)

Chapter 11

Hearing Date: March 11, 2021 @ 11:30 a.m.

Chief Judge: Michael B. Kaplan

**ORDER ALLOWING SEVENTH INTERIM AND FINAL APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO LAWRENCE FITZPATRICK, THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR (I) THE INTERIM PERIOD FROM AUGUST 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) THE FINAL PERIOD FROM SEPTEMBER 7, 2018 THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages numbered two (2), three (3) and four (4) is hereby **ORDERED**.

**DATED: March 3, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

(Page 2)
Debtors: Duro Dyne National Corp., et als.
Case No. 18-27963/MBK
**Order Allowing Seventh Interim and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury Claimants for (i) the Interim Period from August 1, 2020 Through December 31, 2020 and (ii) the Final Period from September 7, 2018 Through December 31, 2020**

Upon the *Seventh Interim and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury Claimants for (I) the Interim Period from August 1, 2020 through December 31, 2020 and (II) the Final Period from September 7, 2018 through December 31, 2020* (ECF No 1392) (the "Application"),[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the United States Trustee (the "U.S. Trustee") having provided an informal objection (the "U.S. Trustee Objection") to the Application and to the Seventh Interim and Final Application of Lawrence Fitzpatrick for Allowance of Compensation and Reimbursement of Expenses as the Legal Representative for Future Asbestos Personal Injury Claimants for (i) the Interim Period From August 1, 2020 Through December 31, 2020 and (ii) the Final Period From September 7, 2018 Through

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

**(Page 3)**
Debtors:  Duro Dyne National Corp., et als.
Case No. 18-27963/MBK
**Order Allowing Seventh Interim and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury Claimants for (i) the Interim Period from August 1, 2020 Through December 31, 2020 and (ii) the Final Period from September 7, 2018 Through December 31, 2020**

December 31, 2020 (the "Fitzpatrick Application") (ECF No. 1393); and it appearing that the U.S. Trustee and Young Conaway Stargatt & Taylor, LLP having reached a resolution of the U.S. Trustee Objection; and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided during the Interim Period and the Final Period,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. YCST is hereby allowed (i) compensation for services rendered in the sum of $34,118.50 and reimbursement of expenses incurred in the sum of $178.68 for the Interim Period, and is hereby allowed (ii) compensation for services rendered in the sum of $748,742.50 and reimbursement of expenses incurred in the sum of $26,402.48 for the Final Period, for a total of $775,144.98.

3. Notwithstanding paragraph 2 above, YCST shall reduce its fee for services rendered and reimbursement of expenses during the Final Period by $50,000 to $725,144.98.  As YCST has received payment of $740,847.82 during these cases, YCST shall not receive a payment for its services during the Interim Period and shall return $15,702.84 to the Debtors within ten (10) days of entry of this order.

4. The payment of $50,000 by YCST resolves the U.S. Trustee's informal objection concerning the Fitzpatrick Application.

**(Page 4)**
Debtors:  Duro Dyne National Corp., et als.
Case No. 18-27963/MBK
**Order Allowing Seventh Interim and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury Claimants for (i) the Interim Period from August 1, 2020 Through December 31, 2020 and (ii) the Final Period from September 7, 2018 Through December 31, 2020**

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27963-MBK |
| Duro Dyne National Corp. | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO |

Case 18-27963-MBK    Doc 1460    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 6 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Wagner London, I | |
| | on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com |
| Denise E. Carlon | |
| | on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edwin J Harron | |
| | on behalf of Attorney Young Conaway Stargatt & Taylor LLP eharron@ycst.com, dlaskin@ycst.com |
| Edwin J Harron | |
| | on behalf of Other Prof. Lawrence Fitzpatrick dlaskin@ycst.com |
| Jeff Kahane | |
| | on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com dmartinez@duanemorris.com |
| Jeffrey A. Cooper | |
| | on behalf of Creditor 4 Site LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne West jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Other Prof. Getzler Henrich & Associates LLC jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Attorney Cort T. Malone jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey D. Prol | |
| | on behalf of Noticing Agent BMC Group Inc. jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| John A. Fialcowitz | |
| | on behalf of Attorney Caplin & Drysdale Chartered john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | |
| | on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

John A. Fialcowitz
    on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com

John A. Fialcowitz
    on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com

Jordan E. Jacobson
    on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov

Kami Elizabeth Quinn
    on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com

Karl J. Norgaard
    on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com
    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Mark S. Lichtenstein
    on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com Reyko.delpino@akerman.com

Matthew B. Heimann
    on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
    on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO
    srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Sean M. Beach
    on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com

Sommer Leigh Ross
    on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Stephen Forte
    on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

Stephen Forte
    on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. McGrath, Jr
    on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company
    wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com

TOTAL: 44