UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF**
**JOHN A. FIALCOWITZ, LLC**
John Fialcowitz (JF-0752)
89 Headquarters Plaza North, Suite 1216
Morristown, New Jersey 07960
973.532.7208
john@fialcowitzlaw.com
*Local Counsel for the*
*Official Committee of Asbestos Claimants*

Order Filed on March 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.* [1]

Chapter 11

Case No. 18-27963 (MBK)

Jointly Administered

**ORDER ALLOWING SEVENTH INTERIM AND FINAL APPLICATION OF THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR COMPENSATION FOR SERVICES RENDERED AND COSTS INCURRED FOR THE PERIOD (I) FROM AUGUST 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) FROM SEPTEMBER 26, 2018 THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: March 3, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Allowing Seventh Interim and Final Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Costs Incurred for the Period (i) from August 1, 2020 through December 31, 2020 and (ii) from September 26, 2018 through December 31, 2020

---

Upon the *Seventh Interim and Final Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Costs Incurred for (i) the Period from August 1, 2020 through December 31, 2020 and (ii) for the Period from September 26, 2018 through December 31, 2020*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Law Office of John A. Fialcowitz, LLC is allowed a seventh interim allowance of $7,897.50 for the period from August 1, 2020 through December 31, 2020.

3. The Law Office of John A. Fialcowitz, LLC is allowed a final allowance of compensation services rendered to the Committee in the sum of $97,435.00 and reimbursement of costs incurred in the sum of $3,725.68 for the final period from September 26, 2018 through December 31, 2020.

4. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Law Office of John A. Fialcowitz, LLC.

Page:     3
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Allowing Seventh Interim and Final Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered and Costs Incurred for the Period (i) from August 1, 2020 through December 31, 2020 and (ii) from September 26, 2018 through December 31, 2020

---

5. This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27963-MBK |
| Duro Dyne National Corp. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO |

Case 18-27963-MBK    Doc 1462    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Wagner London, I
on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon
on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Edwin J Harron
on behalf of Attorney Young Conaway Stargatt & Taylor LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron
on behalf of Other Prof. Lawrence Fitzpatrick dlaskin@ycst.com

Jeff Kahane
on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com dmartinez@duanemorris.com

Jeffrey A. Cooper
on behalf of Creditor 4 Site LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Other Prof. Getzler Henrich & Associates LLC jprol@lowenstein.com,
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Attorney Cort T. Malone jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
on behalf of Noticing Agent BMC Group Inc. jprol@lowenstein.com,
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz
on behalf of Attorney Caplin & Drysdale Chartered john@fialcowitzlaw.com

John A. Fialcowitz
on behalf of Other Prof. Charter Oak Financial Consultants LLC john@fialcowitzlaw.com

John A. Fialcowitz
on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

| | |
|---|---|
| John A. Fialcowitz | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |
| Jordan E. Jacobson | on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov |
| Kami Elizabeth Quinn | on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com |
| Karl J. Norgaard | on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Mark S. Lichtenstein | on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com Reyko.delpino@akerman.com |
| Matthew B. Heimann | on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Sean M. Beach | on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com |
| Sommer Leigh Ross | on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen Forte | on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| Stephen Forte | on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. McGrath, Jr | on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com |

TOTAL: 44