| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
|---|
| **GETZLER HENRICH & ASSOCIATES, LLC**<br>Mark Podgainy<br>295 Madison Avenue<br>New York, NY  10017<br>Phone: (212) 697-2400<br>Fax: (212) 697-4812<br><br>*Financial Advisor To The Debtors* |

Order Filed on March 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | Jointly Administered |

**ORDER ALLOWING SEVENTH INTERIM AND FINAL FEE APPLICATION OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM (I) AUGUST 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) SEPTEMBER 7, 2018 THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: March 3, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtors:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:    Order Allowing Seventh Interim and Final Application of Getzler Henrich & Associates LLC As Financial Advisor To The Debtors For Services Rendered And Reimbursement for Expenses Incurred From (I) August 1, 2020 Through December 31, 2020 And (II) September 7, 2018 Through December 31, 2020

_____

Upon the *Seventh Interim and Final Fee Application of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses from (I) August 1, 2020 Through December 31, 2020 And (II) September 7, 2018 Through December 31, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Application is in the best interest of the Debtors, the Committee, the estates, and creditors, and after due deliberation, and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.    The Application is granted as provided herein.

2.    Getzler Henrich & Associates LLC is hereby allowed a seventh interim allowance of compensation for services rendered to the Debtors in the sum of $2,091.50 and reimbursement for costs incurred in the sum of $40.90, for the period August 1, 2020 through December 31, 2020, and a final allowance of compensation for services rendered to the Debtors in

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:    Order Allowing Seventh Interim and Final Application of Getzler Henrich & Associates LLC As Financial Advisor To The Debtors For Services Rendered And Reimbursement for Expenses Incurred From (I) August 1, 2020 Through December 31, 2020 And (II) September 7, 2018 Through December 31, 2020

_____

the sum of $845,393.25 and reimbursement for costs incurred in the sum of $17,437.40 for the period of September 7, 2018 through December 31, 2020.

       3.       The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Getzler Henrich & Associates LLC.

       4.       This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 18-27963-MBK
Duro Dyne National Corp.                                                                            Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 3
Date Rcvd: Mar 03, 2021           Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Duro Dyne National Corp., 100 Horizon Center Boulevard, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                 Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allyson M. McKinstry | on behalf of Interested Party Federal Insurance Company amckinstry@crowell.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corp lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Christina Salem | on behalf of Interested Party The North River Insurance Company christina.salem@kennedyscmk.com |
| Christina Salem | on behalf of Interested Party Hartford Accident and Indemnity Company christina.salem@kennedyscmk.com |
| Daniel Keller | on behalf of Interested Party Daniel Keller dkeller@kfjlegal.com |
| Daniel Stolz | on behalf of Creditor Sheet Metal  Air, Rail & Transportation Workers International Association, AFL-CIO |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

      dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Wagner London, I
      on behalf of Interested Party MidStates Reinsurance Corporation dlondon@londonfischer.com

Denise E. Carlon
      on behalf of Loss Mitigation Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Edwin J Harron
      on behalf of Attorney Young Conaway Stargatt & Taylor  LLP eharron@ycst.com, dlaskin@ycst.com

Edwin J Harron
      on behalf of Other Prof. Lawrence Fitzpatrick   dlaskin@ycst.com

Jeff Kahane
      on behalf of Interested Party MidStates Reinsurance Corporation jkahane@duanemorris.com dmartinez@duanemorris.com

Jeffrey A. Cooper
      on behalf of Creditor 4 Site  LLC jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
      on behalf of Debtor Duro Dyne National Corp. jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Interested Party Duro Dyne Machinery jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Interested Party Duro Dyne West jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Debtor Duro Dyne West Corp. jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Debtor Duro Dyne Machinery Corp. jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Interested Party Duro Dyne Midwest jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Interested Party Duro Dyne Corporation jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Debtor Duro Dyne Corporation jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Other Prof. Getzler Henrich & Associates  LLC jprol@lowenstein.com,
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Debtor Duro Dyne MidWest Corp. jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Attorney Cort T. Malone jprol@lowenstein.com
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey D. Prol
      on behalf of Noticing Agent BMC Group  Inc. jprol@lowenstein.com,
      dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey M. Sponder
      on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

John A. Fialcowitz
      on behalf of Attorney Caplin & Drysdale  Chartered john@fialcowitzlaw.com

John A. Fialcowitz
      on behalf of Other Prof. Charter Oak Financial Consultants  LLC john@fialcowitzlaw.com

John A. Fialcowitz
      on behalf of Spec. Counsel Gilbert LLP john@fialcowitzlaw.com

| | |
|---|---|
| John A. Fialcowitz | on behalf of Attorney The Law Office of John A. Fialcowitz LLC john@fialcowitzlaw.com |
| John A. Fialcowitz | on behalf of Creditor Committee Official Committee of Asbestos Claimants john@fialcowitzlaw.com |
| Jordan E. Jacobson | on behalf of Creditor Pension Benefit Guaranty Corp jacobson.jordan@pbgc.gov efile@pbgc.gov |
| Kami Elizabeth Quinn | on behalf of Creditor Committee Official Committee of Asbestos Claimants quinnk@gotofirm.com |
| Karl J. Norgaard | on behalf of Unknown Role Type Undisclosed Interested Party knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Mark S. Lichtenstein | on behalf of Interested Party Federal Insurance Company mark.lichtenstein@akerman.com Reyko.delpino@akerman.com |
| Matthew B. Heimann | on behalf of Creditor Mestek Inc. and Mestek Machinery, Inc. lrestivo@mccarter.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Creditor Sheet Metal Air, Rail & Transportation Workers International Association, AFL-CIO srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Sean M. Beach | on behalf of Other Prof. Lawrence Fitzpatrick bankfilings@ycst.com |
| Sommer Leigh Ross | on behalf of Interested Party MidStates Reinsurance Corporation slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen Forte | on behalf of Interested Party Hartford Accident and Indemnity Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| Stephen Forte | on behalf of Interested Party The North River Insurance Company stephen.forte@offitkurman.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;awilliams@goodwin.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. McGrath, Jr | on behalf of Interested Party Munich Reinsurance America Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com |

TOTAL: 44