| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**Duane Morris LLP**<br>**A Delaware Limited Liability Partnership**<br>Sommer L. Ross, Esq. (004112005)<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>Telephone: (302) 657-4951<br>E-mail: slross@duanemorris.com<br><br>*Counsel to MidStates Reinsurance Corporation, f/k/a Mead Reinsurance Corporation* | |
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 18-27963 (MBK) |

## NOTICE OF CHANGE OF ADDRESS FOR SOMMER L. ROSS

**PLEASE TAKE NOTICE** that **Sommer L. Ross, Esq.**, an attorney at **Duane Morris LLP**, has a new address and all pleadings and other papers filed in the above-captioned case, as well as notices given or required to be given in the above-captioned case to her in her capacity as counsel to **MidStates, Reinsurance Corporation f/k/a Mead Reinsurance Corporation** ("MidStates") shall be served upon her at the following address:

Sommer L. Ross, Esq.
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
slross@duanemorris.com

---

[1] The Debtors in these chapter 11 cases, along wit the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp., (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

1

DM3\7866694.1

**PLEASE TAKE FURTHER NOTICE** that no other attorney at Duane Morris LLP that has entered an appearance in the above-captioned case has a new address and all other counsel to MidStates shall continue to receive notice at the address set forth in their respective notice of appearance.

Respectfully submitted,

Dated: July 14, 2021

/s/ *Sommer L. Ross*
Sommer L. Ross (No. 004112005)
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
Telephone: (302) 657-4951
Facsimile: (302) 657-4901
E-mail: slross@duanemorris.com

*Counsel for MidStates, Reinsurance Corporation*
*f/k/a Mead Reinsurance Corporation*

2